IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No: 8:22-cv-01660-TPB-JSS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 2.01 of the Local Rules for the United States, Mutual of Omaha Mortgage, Inc. ("Mutual of Omaha Mortgage"), respectfully moves for an Order allowing attorney Christopher L. McCall of the law firm of Mitchell Sandler LLC to appear *pro hac vice* in this Court as counsel for plaintiff Mutual of Omaha Mortgage in this action.

1.      Christopher L. McCall and the law firm of Mitchell Sandler LLC, 1120 20th Street N.W. Suite 725 Washington, DC 20036, has been retained to represent Mutual of Omaha Mortgage.  Christopher L. McCall is not a resident of Florida or a member of The Florida Bar.

2.      Christopher L. McCall is not a member of the bar of this Court, but is a

ACTIVE:15815502.2

duly licensed attorney who resides in the District of Columbia and regularly practices law in the District of Columbia. He is admitted to practice in the State of New York, the District of Columbia, and The United States District Courts for the Southern and Eastern Districts of New York.

3. Christopher L. McCall has appeared in the following federal court case in the State of Florida in the last thirty-six (36) months: (a) Christopher L. McCall was admitted *pro hac* vice by order dated May 2, 2022 as counsel for the defendant NEXA Mortgage LLC in *Januszewski v. NEXA Mortgage, LLC*, Case No. 9:22-CV-80656-RS, in the United States District Court for the Southern District of Florida (West Palm Beach) before the Honorable Rodney Smith. The case was settled and closed on July 21, 2022.

4. Christopher L. McCall is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

5. Mutual of Omaha Mortgage desires that Christopher L. McCall and Mitchell Sandler LLC actively participate as co-counsel on its behalf along with local counsel of record in the conduct of all trials and pre-trial and post-trial proceedings in this matter.

6. Christopher L. McCall of the law firm of Mitchell Sandler LLC hereby designates John A. Schifino of the law firm Gunster, Yoakley & Stewart, P.A., 401

East Jackson St., Ste. 1500, Tampa, FL 33602, as the member of the bar of this Court, residing in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

7. Christopher L. McCall has paid, with the filing of this motion, the fee upon special admission. Christopher L. McCall has submitted the Special Admission Attorney Certification to the Clerk of this Court along with the required $150.00 fee to the Clerk.

8. Christopher L. McCall will register with the Court's CM/ECF system.

9. Christopher L. McCall has read and reviewed the Local Rules of this Court and is familiar with and will comply with and be governed by the Rules of Professional Conduct and the other ethical requirements governing the professional behavior of members of the Florida Bar. Christopher L. McCall certifies that he shall comply with both the fee and e-mail registration requirements of Local Rule 2.01(d).

10. Christopher L. McCall affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Christopher L. McCall*

**WHEREFORE**, Plaintiff, Mutual of Omaha Mortgage, respectfully requests this Court enter an Order admitting Christopher L. McCall of the law firm of Mitchell Sandler LLC to practice before this Court *pro hac vice*.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that there is no opposing counsel yet in place requiring compliance with or communication regarding this Motion.

Dated:  July 27, 2022                                         Respectfully submitted,

/s/ *John A. Schifino*
John A. Schifino
Florida Bar Number 0072321
Justin P. Bennett
Florida Bar Number 112833
Alexis Dion Deveaux
Florida Bar Number 1025108
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson St., Ste. 1500
Tampa, FL 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
Email: jschifino@gunster.com
            jbennett@gunster.com
            adeveaux@gunster.com

4

## CERTIFICATE OF SERVICE

I certify that on July 27, 2022, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ John A. Schifino*
Attorney
