UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.,

    Plaintiff,

v.                                                          Case No: 8:22-cv-1660-TPB-JSS

WATERSTONE MORTGAGE CORPORATION,

    Defendant.
_____/

## **ORDER**

Plaintiff moves the court to allow Christopher L. McCall to appear *pro hac vice* as its counsel pursuant to Middle District of Florida Local Rule 2.01(c). (Dkt. 10.) Upon consideration, the court finds that the requirements of Local Rule 2.01 regarding special admission have been met. Accordingly, it is **ORDERED** that Plaintiff's Motion (Dkt. 10.) is **GRANTED**.

In accordance with Local Rule 2.01(c), counsel, if he has not done so already, is directed to comply with the requirements for obtaining and maintaining general admission before this court as set forth in Local Rule 2.01 within fourteen (14) days of this order.[1] Counsel is also reminded that any attorney who appears in this court

---

[1] Counsel may obtain a password for CM/ECF from the court by accessing the court's website, www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an e-mail address.

pursuant to Middle District of Florida Local Rule 2.01 "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar."  M.D. Fla. Local R. 2.01(e).

**ORDERED** in Tampa, Florida, on July 28, 2022.

                                      JULIE S. SNEED
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record