# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE,
INC.,

        Plaintiff,

        v.

WATERSTONE MORTGAGE
CORPORATION,

        Defendant.
_____/

Case No: 8:22-cv-01660-TPB-JSS

## MUTUAL OF OMAHA MORTGAGE, INC.'S STATEMENT OF INTERESTED PARTIES AND CORPORATE DISCLOSURE

Plaintiff, Mutual of Omaha Mortgage, Inc., by counsel and pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, submits the following statement of interested parties and corporate disclosures:

    A.    The name of each person, attorney, association of persons, firm, law firm, partnership or corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

1. Mutual of Omaha Mortgage, Inc. (Plaintiff)

2. Omaha Financial Holdings, Inc. (parent company of Plaintiff)

3. Mutual of Omaha Insurance Company (parent company of Plaintiff)

4. WaterStone Mortgage Corporation (Defendant)

5. John A. Schifino of Gunster, Yoakley & Stewart, P.A. (Counsel for Plaintiff)

6. Christopher L. McCall of Mitchell Sandler LLC (Counsel for Plaintiff)

7. Aron Raskas of Gunster, Yoakley & Stewart, P.A. (Counsel for Plaintiff)

8. Justin P. Bennett of Gunster, Yoakley & Stewart, P.A. (Counsel for Plaintiff)

9. Alexis Deveaux of Gunster, Yoakley & Stewart, P.A. (Counsel for Plaintiff)

B.  The name of every other entity whose publicly traded-stock, equity, or debt may be substantially effected by the outcome of these proceedings:

- No publicly-owned or publicly-traded entity owns 10% or more of any shares in Plaintiff Mutual of Omaha Mortgage, Inc. Plaintiff Mutual of Omaha Mortgage, Inc. is a wholly-owned subsidiary of non-party Omaha Financial Holdings, Inc., which is not a publicly-owned or publicly-traded entity. Omaha Financial Holdings, Inc. is, in turn, a wholly-owned subsidiary of non-party Mutual of Omaha Insurance Company, which is not a publicly-owned or publicly-traded corporation.

C.  The name of every other entity which is likely to be an active participant in the proceedings:

- None.

D.  Each person arguably entitled to restitution.

1. Mutual of Omaha Mortgage, Inc. (Plaintiff)

## **CORPORATE DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Mutual of Omaha Mortgage, Inc., states that no publicly-owned or publicly-traded entity owns 10% or

more of any shares in Plaintiff Mutual of Omaha Mortgage, Inc. Plaintiff Mutual of Omaha Mortgage, Inc. is a wholly-owned subsidiary of non-party Omaha Financial Holdings, Inc., which is not a publicly-owned or publicly-traded entity. Omaha Financial Holdings, Inc. is, in turn, a wholly-owned subsidiary of non-party Mutual of Omaha Insurance Company, which is not a publicly-owned or publicly-traded corporation.

## CERTIFICATION

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson St., Suite 1500
Tampa, Florida 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)

Respectfully submitted,

/s/ *John A. Schifino*
John A. Schifino
Florida Bar Number 0072321
Justin P. Bennett
Florida Bar Number 112833
Alexis Dion Deveaux
Florida Bar Number 1025108
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson St., Ste. 1500
Tampa, FL 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
Email: jschifino@gunster.com

jbennett@gunster.com
adeveaux@gunster.com

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I CERTIFY that on August 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

*/s/ John A. Schifino*