AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

| | |
|---|---|
| Mutual of Omaha Mortgage, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 8:22-CV-01660 |
| WaterStone Mortgage Corporation ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mutual of Omaha Mortgage (admitted pro hac vice by order dated July 28, 2022 (ECF No. 11)) .

Date: 08/02/2022

*Attorney's signature*

Christopher L. McCall (admitted pro hac vice)
*Printed name and bar number*
Mitchell Sandler, LLC
1120 20th Street NW
Suite 725
Washington, D.C. 20036
*Address*

cmccall@mitchellsandler.com
*E-mail address*

(202) 886-5292
*Telephone number*

*FAX number*