IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**WATERSTONE MORTGAGE CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Waterstone Mortgage Corporation ("Waterstone"), pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests this Court enter an order granting it additional time to answer or otherwise respond to Plaintiff's Complaint (the "Complaint," Dkt. 1), through and including September 1, 2022. In support, Waterstone states:

1. Plaintiff filed its Complaint on July 22, 2022. (Dkt. 1).

2. Waterstone was served with a copy of the Complaint on July 28, 2022.[1]

3. Waterstone's response to the Complaint is therefore due August 18, 2022.

---

[1] For purposes of this motion and calculating the deadline to respond, Waterstone assumes valid service of the Complaint on July 28, 2022. However, Waterstone reserves the right to challenge service, if appropriate, in its first responsive pleading.

4.  The rules permit this Court, in its discretion, to enlarge the period of time in which Waterstone may respond to the Complaint for "good cause," its request having been made prior to the expiration of time originally allowed. Fed. R. Civ. P. 6(b).  The Court also has the inherent discretion to control its docket to allow for the orderly processing of matters before it. *See Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002).

5.  Waterstone respectfully submits that good cause exists.

6.  First, undersigned Florida counsel was retained by Watersone on August 8, 2022. Accordingly, Waterstone and its counsel have not yet completed their assessment of the Complaint, are in the process of developing an appropriate response, and respectfully request additional time to do so.

7.  Second, Waterstone's out of state counsel most familiar with the matter, who will pursue pro hac vice admission, is currently recovering from surgery.

8.  Accordingly, Waterstone requests this Court extend its deadline to respond to the Complaint by two weeks to September 1, 2022.

9.  This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

10. Plaintiff consents to the relief requested by this motion.

WHEREFORE, Waterstone Mortgage Corporation respectfully requests that this Court grant an extension of time, through and including September 1, 2022, for it to answer or otherwise respond to Plaintiff's Complaint, together with such other and further relief as the Court deems just and appropriate.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Plaintiff's counsel and certifies that Plaintiff consents to the relief sought in this motion.

        Respectfully Submitted,

        */s/ Carolina Y. Blanco*
        Carolina Y. Blanco (FBN: 0098878)
        Carolina.blanco@hwhlaw.com
        jaime.schill@hwhlaw.com
        HILL, WARD & HENDERSON, P.A.
        101 East Kennedy Blvd., Suite 3700
        Post Office Box 2231
        Tampa, Florida 33601
        (813) 221-3900 (Telephone)
        (813) 221-2900 (Facsimile)

        Maria Kreiter (*pro hac vice* to be requested)
        mkreiter@gklaw.com
        GODFREY KAHN S.C.
        833 East Michigan Street, Suite 1800
        Milwaukee, WI 53202
        (414) 287-9466 (Telephone)
        (414) 273-5198 (Facsimile)

        *Attorneys for Defendant Waterstone Mortgage Corporation*