IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.

        Plaintiff,

v.

WATERSTONE MORTGAGE CORPORATION,

        Defendant.

CASE NO. 8:22-cv-01660-TPB-JSS

## DEFENDANT WATERSTONE MORTGAGE CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

X    IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: August 12, 2022

Respectfully Submitted,

*/s/ Carolina Y. Blanco*
Carolina Y. Blanco (FBN: 0098878)
Carolina.blanco@hwhlaw.com

jaime.schill@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)

Maria Kreiter (*pro hac vice* to be requested)
mkreiter@gklaw.com
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
(414) 273-5198 (Facsimile)

*Attorneys for Defendant Waterstone Mortgage Corporation*
