IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>　　　　Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**DEFENDANT WATERSTONE MORTGAGE CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Waterstone Mortgage Corporation ("Waterstone") hereby discloses the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action— including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Scott McLaren and Carolina Blanco of the Hill Ward Henderson law firm

- Maria Kreiter and Annie Eiden of the Godfrey & Kahn, S.C. law firm

- Defendant Waterstone Mortgage Corporation is a wholly-owned

subsidiary of WaterStone Bank SSB. In turn, WaterStone Bank SSB's parent corporation is Waterstone Financial, Inc., the outstanding shares of which are publicly traded

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- As indicated in response to Section 1 above, Defendant Waterstone Mortgage Corporation is a wholly-owned subsidiary of WaterStone Bank SSB. In turn, WaterStone Bank SSB's parent corporation is Waterstone Financial, Inc., the outstanding shares of which are publicly traded

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff Mutual of Omaha Mortgage, Inc. alleges wrongdoing

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully Submitted,

*/s/ Carolina Y. Blanco*

>Carolina Y. Blanco (FBN: 0098878)
>Carolina.blanco@hwhlaw.com
>jaime.schill@hwhlaw.com
>HILL, WARD & HENDERSON, P.A.
>101 East Kennedy Blvd., Suite 3700
>Post Office Box 2231
>Tampa, Florida 33601
>(813) 221-3900 (Telephone)
>(813) 221-2900 (Facsimile)
>
>Maria Kreiter (*pro hac vice* to be requested)
>mkreiter@gklaw.com
>GODFREY KAHN S.C.
>833 East Michigan Street, Suite 1800
>Milwaukee, WI 53202
>(414) 287-9466 (Telephone)
>(414) 273-5198 (Facsimile)
>
>*Attorneys for Defendant Waterstone Mortgage Corporation*

17204203v1