IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.

    Plaintiff,

v.                                              Case No.: 8:22-cv-01660-TPB-JSS

WATERSTONE MORTGAGE CORPORATION,

    Defendant.
_____/

## NOTICE OF APPEARANCE

The law firm of Hill, Ward & Henderson, P.A., and its attorney Scott A. McLaren, hereby give notice of their appearance in this matter on behalf of Defendant, Waterstone Mortgage Corporation ("Waterstone"). Therefore, it is requested that all further notices, pleadings, motions, orders, and other matters filed in this proceeding be served upon them.

                                                                          /s/ Scott A. McLaren
                                                                 Scott A. McLaren (FBN: 414816)
                                                                 scott.mclaren@hwhlaw.com
                                                                 jaime.schill@hwhlaw.com
                                                                 relit.samcla@hwhlaw.com
                                                               **HILL, WARD & HENDERSON, P.A.**
                                                                 101 East Kennedy Boulevard, Suite 3700
                                                                 Tampa, Florida 33602
                                                                 Telephone: (813) 221-3900
                                                                 Facsimile: (813) 221-2900
                                                                 *Attorneys for Defendants*

17230913v1