# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

## UNOPPOSED MOTION FOR
## SPECIAL ADMISSION OF MARIA L. KREITER

Maria L. Kreiter, Esquire, moves for special admission to represent Defendant Waterstone Mortgage Corporation in this action.

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States District Court; specifically, U.S. District Court, Eastern District of Wisconsin and U.S. District Court, Western District of Wisconsin.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*s/ Maria L. Kreiter*
Maria L. Kreiter. Esq.

## Local Rule 3.01(g) Certification

I have conferred with counsel for Plaintiff Mutual of Omaha Mortgage, Inc. and represent that Plaintiff has no opposition to Maria L. Kreiter's special admission.

Respectfully Submitted,

*/s/ Carolina Y. Blanco*
Scott A. McLaren (FBN: 414816)
scott.mclaren@hwhlaw.com
Carolina Y. Blanco (FBN: 0098878)
Carolina.blanco@hwhlaw.com
jaime.schill@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601

        (813) 221-3900 (Telephone)
        (813) 221-2900 (Facsimile)

        *Attorneys for Defendant Waterstone Mortgage Corporation*

17242156v1          3