UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE,
INC.,

    Plaintiff,

v.     Case No: 8:22-cv-1660-TPB-JSS

WATERSTONE MORTGAGE
CORPORATION,

    Defendant.
_____/

## ORDER

Defendant moves the court to allow Maria L. Kreiter to appear *pro hac vice* as its counsel pursuant to Middle District of Florida Local Rule 2.01(c). (Dkt. 21.) Upon consideration, the court finds that the requirements of Local Rule 2.01 regarding special admission have been met. Accordingly, it is **ORDERED** that Defendant's Unopposed Motion for Special Admission of Maria L. Kreiter (Dkt. 21) is **GRANTED**.

In accordance with Local Rule 2.01(c), counsel, if she has not done so already, is directed to comply with the requirements for obtaining and maintaining general admission before this court as set forth in Local Rule 2.01 within 14 days of this order.[1]

---

[1] Counsel may obtain a password for CM/ECF from the court by accessing the court's website, www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an e-mail address.

Counsel is also reminded that any attorney who appears in this court pursuant to Middle District of Florida Local Rule 2.01 "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. Local R. 2.01(e).

    **ORDERED** in Tampa, Florida, on August 31, 2022.

                              JULIE S. SNEED
                              UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record