# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No: 8:22-cv-01660-TPB-JSS |

## AMENDED NOTICE OF APPEARANCE

Aron U. Raskas hereby files his Notice of Appearance on behalf of Plaintiff, MUTUAL OF OMAHA MORTGAGE INC. having now been admitted to the Middle District of Florida, and requests that copies of all pleadings, notices, orders, and other papers be directed to him at the address below.

                                                Respectfully submitted,

                                                */s/ Aron U. Raskas*
                                                ARON U. RASKAS
                                                Florida Bar No.: 1022416
                                                araskas@gunster.com
                                                mmotola@gunster.com
                                                GUNSTER, YOAKLEY & STEWART, P.A.
                                                600 Brickell Avenue, Suite 3500
                                                Miami, FL 33131
                                                Telephone: (305) 376-6009

      Facsimile: (305) 376-6010

GUNSTER, YOAKLEY & STEWART, P.A
John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
Primary email: jschifino@gunster.com
Secondary email: eservice@gunster.com
Telephone: (813) 739-6962

MITCHELL SANDLER LLC
Christopher L. McCall (admitted *pro hac vice*)
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Primary email: cmccall@mitchellsandler.com
Telephone: (202) 886-5292

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

      /s/ *Aron U. Raskas*
      ARON U. RASKAS

ACTIVE:16213078.1