**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:22-cv-1660-TPB-JSS | DATE:   October 12, 2022 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Christopher McCall, John Schifino & Alexis Deveaux<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter & Scott McLaren | |
| **COURT REPORTER:**  Rebekah Lockwood | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:**  9:56 – 11:09 a.m.<br>**TOTAL:**    1 hr 13 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:**   MOTION HEARING/INITIAL CASE MANAGEMENT CONFERENCE

Court conducts Initial Case Management Conference and cancels the 10/26/2022 hearing.

Case Management Conference: February 22, 2023, at 1:30 p.m. Notice to follow.

Court hears arguments on motion to dismiss (Doc. 25). Counts 2, 6, 7 & 8 are dismissed without prejudice. Order to follow.