# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>          Plaintiff,<br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>          Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual Mortgage") and Defendant Waterstone Mortgage Corporation ("Waterstone") (collectively "the Parties") move for entry of the Stipulated Protective Order attached as Exhibit A on the following grounds:

1.    Discovery is likely to entail disclosure of non-public, confidential information, including personnel records, financial information, and commercial information, that if disclosed to the public, risks harm to the parties and third parties and may also risk the parties' confidentiality obligations under contract and state or federal law.

2.    Federal Rule of Civil Procedure 26(c)(B) and (G) allow the court, for good cause, to issue an order specifying terms for the disclosure or discovery and

requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way.

3. The parties here seek to protect information they believe in good faith to be confidential from public disclosure and use outside this litigation and request entry of Exhibit A.

Dated this 25th day of October, 2022.

By: *Carolina Y. Blanco*
Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

Maria Kreiter (admitted pro *hac vice*)
Annie Eiden (admitted *pro hac vice*)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
aeiden@gklaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

By: *Christopher L. McCall* (with permission*)*
John A. Schifino (FBN: 0072321)
GUNSTER, YOAKLEY & STEWART, P.A.
401 East Jackson Street, Suite 1500
Tampa, FL 33602
(813) 739-6962 (Telephone)
jschifino@gunster.com
eservice@gunster.com

Aron U. Raskas (FBN: 1022416)
GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue, Suite 3500
Miami, FL 33131
(305) 376-6009 (Telephone)
araskas@gunster.com
mmotola@gunster.com

Christopher L. McCall (admitted *pro hac vice*)
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
(202) 886-5292 (Telephone)
cmccall@mitchellsandler.com

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*