UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE,
INC.,

    Plaintiff,

v.                                          Case No: 8:22-cv-1660-TPB-JSS

WATERSTONE MORTGAGE
CORPORATION,

    Defendant.
_____/

## ORDER

The parties jointly move for entry of a stipulated protective order. (Motion, Dkt. 36). In support of the Motion, the parties submitted a proposed Stipulated Protective Order regarding the disclosure of documents and information. (Dkt. 36-1.)

Federal Rule of Civil Procedure 26(c) provides that a court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way. Fed. R. Civ. P. 26(c)(1)(G). District courts have broad discretion in issuing protective orders "to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material deemed worthy of protection." *In re Alexander Grant & Co.*

*Litig.*, 820 F.2d 352, 356–57 (11th Cir. 1987). The court finds that good cause has been shown to issue a protective order in this matter.

Accordingly, it is **ORDERED** that:

1. The parties' Joint Motion for Entry of Stipulated Protective Order (Dkt. 36) is **GRANTED**.

2. The proposed Stipulated Protective Order (Dkt. 36-1) is approved and incorporated herein.

3. For each document, object, or other material that the parties wish to file under seal, they shall file a Motion to Seal in accordance with Middle District of Florida Local Rule 1.11.

**ORDERED** in Tampa, Florida, on October 26, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record