# Kreiter, Maria

| | |
|---|---|
| **From:** | Kreiter, Maria <MKreiter@gklaw.com> |
| **Sent:** | Saturday, December 17, 2022 5:42 PM |
| **To:** | Chris McCall |
| **Cc:** | Schifino, John; Eiden, Annie; Scott McLaren; Carolina Blanco; Jenkins, Xavier; Bennett, Justin; Raskas, Aron |
| **Subject:** | RE: Mutual of Omaha v. Waterstone - meet and confer letter [GK-Active.FID3206660] |

Chris: I am following up again: let me know a time that works Monday, if possible, or Tuesday for a meet and confer.
Thanks,
Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN s.c.**

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

**From:** Kreiter, Maria
**Sent:** Thursday, December 15, 2022 12:30 PM
**To:** Chris McCall <cmccall@mitchellsandler.com>
**Cc:** Schifino, John <JSchifino@gunster.com>; Eiden, Annie <aeiden@gklaw.com>; Scott McLaren <scott.mclaren@hwhlaw.com>; Carolina Blanco <carolina.blanco@hwhlaw.com>; Jenkins, Xavier <XJenkins@gklaw.com>; Bennett, Justin <JBennett@gunster.com>; Raskas, Aron <ARaskas@gunster.com>
**Subject:** RE: Mutual of Omaha v. Waterstone - meet and confer letter [GK-Active.FID3206660]

Chris: I wanted to follow up on the request for a call to discuss. If this week does not work, let's set a call Monday morning. Can you provide some time options on Monday?
Thanks,
Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN s.c.**

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

**From:** Kreiter, Maria
**Sent:** Monday, December 12, 2022 3:19 PM
**To:** Chris McCall <cmccall@mitchellsandler.com>
**Cc:** Schifino, John <JSchifino@gunster.com>; Eiden, Annie <aeiden@gklaw.com>; Scott McLaren <scott.mclaren@hwhlaw.com>; Carolina Blanco <carolina.blanco@hwhlaw.com>; Jenkins, Xavier <XJenkins@gklaw.com>; Bennett, Justin <JBennett@gunster.com>; Raskas, Aron <ARaskas@gunster.com>
**Subject:** Mutual of Omaha v. Waterstone - meet and confer letter [GK-Active.FID3206660]

Chris:

See the attached letter and let me know your availability for a call this week to discuss.

1

**EXHIBIT E**

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct
MKreiter@gklaw.com

GODFREY KAHN s.c.
833 E. Michigan Street, Suite 1800 | Milwaukee, Wisconsin 53202-5615


*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*