# Kreiter, Maria

| | |
|---|---|
| **From:** | Kreiter, Maria |
| **Sent:** | Tuesday, December 20, 2022 5:09 PM |
| **To:** | Chris McCall |
| **Cc:** | Jenkins, Xavier; Carolina Blanco; Scott McLaren; Schifino, John; Raskas, Aron; Bennett, Justin; Eiden, Annie |
| **Subject:** | Meet and confer follow up [GK-Active.FID3206660] |
| **Attachments:** | Mutual of Omaha v. Waterstone - meet and confer letter [GK-Active.FID3206660] |

Chris:

As discussed just now, Waterstone will allow additional time for Plaintiff to supplement its production and amend its discovery responses beyond December 23, which is the date by which Waterstone initially requested that Plaintiff supplement and amend in the attached December 12 meet-and-confer letter. Specifically, Waterstone will allow until January 6, 2024. After that date, Waterstone will need to move to compel so that the discovery is resolved before we proceed with depositions.

You raised for the first time on our call that there are alleged deficiencies with respect to Waterstone's production. I asked on the call and memorialize here that you send notice of your concerns so that I can have a frame of reference, and perhaps reconsider Waterstone's objections.

With respect to a privilege log, that is an item both sides need to produce. I will have Waterstone's log to you by January 6.

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct
MKreiter@gklaw.com



833 E. Michigan Street, Suite 1800 | Milwaukee, Wisconsin 53202-5615



*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

1

**EXHIBIT F**