

833 EAST MICHIGAN STREET • SUITE 1800
MILWAUKEE, WISCONSIN 53202-5615

TEL • 414.273.3500   FAX • 414.273.5198

WWW • GKLAW.COM

Direct: 414-287-9466
mkreiter@gklaw.com

January 4, 2023

**VIA EMAIL**

Christopher L. McCall, Esq.
Mitchell Sandler LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
cmcall@mitchellsandler.com

RE:   Demand for itemization of damages

Dear Mr. McCall:

      Waterstone's prior meet and confer letter dated December 12, 2022 included a demand that Mutual of Omaha amend its discovery responses and supplement its production of documents. Waterstone's letter asked that the deficiencies be addressed by December 23, 2022 but I extended the deadline to January 6, 2023 during our meet and confer call on December 20, 2022. Yesterday, Mutual made a settlement offer based on theories of damages that are not reflected in Mutual's response to Waterstone's interrogatory no. 1, which asks Mutual to "Itemize Your damages, including the formula used to calculate those damages." While Mutual's itemization of damages was already the subject of our meet and confer exchanges, including the December 12, 2022 letter, the position taken by Mutual yesterday makes Mutual's immediate amendment of its response to interrogatory no. 1 critical. Please ensure Mutual amends that response in particular by January 6, in addition to addressing the other deficiencies raised by Waterstone.

Very truly yours,

GODFREY & KAHN, S.C.

Maria L. Kreiter

cc:   Carolina Blanco, Esq. (via email)
      Scott McLaren, Esq. (via email)
      John Schifino, Esq. (via email)
      Aron Raskas, Esq. (via email)
      Justin P. Bennett, Esq. (via email)

28570445.1

**EXHIBIT G**