## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) )  Civil Action No. 22-CV-01660 |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WATERSTONE MORTGAGE CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF CHRISTOPHER L. MCCALL

Pursuant to 28 U.S.C. § 1746, I, Christopher L. McCall, declare as follows:

1. I am an attorney at the law firm Mitchell Sandler LLC, and I represent Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") in the above-captioned action. As such, I have personal knowledge of the facts set forth in this declaration.

2. I submit this declaration in support of Plaintiff's opposition to defendant WaterStone Mortgage Corporation's ("Defendant") motion to compel and for an award of fees.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's First Set of Requests for Production to Defendant, which were served on Defendant on September 29, 2022.

4. Attached hereto as Exhibit B is a true and correct copy of Defendant's First Set of Interrogatories to Plaintiff, which were served on Plaintiff on October 4, 2022.

5. Attached hereto as Exhibit C is a true and correct copy of Defendant's First Set of Requests for Production to Plaintiff, which were served on Plaintiff on October 4, 2022.

6. Attached hereto as Exhibit D is a true and correct copy of Defendant's First Set of Requests for Admissions to Plaintiff, which were served on Plaintiff on October 4, 2022.

7. Attached hereto as Exhibit E is a true and correct copy of Plaintiff's Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff, which were served on Defendant on November 3, 2022.

8. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Responses and Objections to Defendant's First Set of Requests for Production to Plaintiff, which were served on Defendant on November 3, 2022.

9.     Attached hereto as Exhibit G is a true and correct copy of Plaintiff's Responses and Objections to Defendant's First Set of Requests for Admission to Plaintiff, which were served on Defendant on November 3, 2022.

10.    Attached hereto as Exhibit H is a true and correct copy of Plaintiff's Amended Responses and Objections to Defendant's First Set of Interrogatories to Plaintiff, which were served on Defendant on January 6, 2023.

11.    Attached hereto as Exhibit I is a true and correct copy of Plaintiff's Amended Responses and Objections to Defendant's First Set of Requests for Production of Documents to Plaintiff, which were served on Defendant on January 6, 2023.

12.    At the time I received Defendant's December 12, 2022 letter attached as Exhibit D to the Declaration of Maria L. Kreiter (Doc. No. 43), Defendant had not produced a privilege log, and did not do so until January 6, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2023.

                                                    */s/ Christopher L. McCall*
                                                    Christopher L. McCall