# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>　　　　Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS TO PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.**

TO:　Mutual of Omaha Mortgage, Inc.
　　　c/o John A. Schifino, Esq.
　　　Gunster, Yoakley & Stewart, P.A.
　　　401 East Jackson Street, Suite 1500
　　　Tampa, Florida 33602
　　　jschifino@gunster.com

　　　Christopher L. McCall, Esq.
　　　1120 20th Street, NW, Suite 725
　　　Washington, DC 20036
　　　cmccall@mitchellsandler.com

　　　Defendant WaterStone Mortgage Corporation ("WaterStone") submits this First Set of Requests for Admission to Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual of Omaha"). Pursuant to Fed. R. Civ. P. 36, written responses are due within thirty (30) days to Maria L. Kreiter, Godfrey & Kahn, S.C., 833 East Michigan Street, Suite 1800, Milwaukee, WI 53202-5615, and Carolina Blanco, Hill Ward Henderson, 101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602.

## REQUESTS FOR ADMISSION

REQUEST FOR ADMISSION NO. 1:  Admit that, as of August 1, 2022, Plaintiff Mutual of Omaha Mortgage, Inc. no longer operated a branch in Tampa, Florida.

REQUEST FOR ADMISSION NO. 1:  Admit that, as of May 1, 2022, Mutual of Omaha no longer operated a branch in Ormond Beach, Florida.

Dated:  October 4, 2022.

Respectfully Submitted,

Maria Kreiter (admitted *pro hac vice*)
Annie Eiden (admitted *pro hac vice*)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
(414) 273-5198 (Facsimile)
mkreiter@gklaw.com
aeiden@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

27978059.2