**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:22-cv-1660-TPB-JSS | DATE: February 22, 2023 |
|---|---|
| **HONORABLE JULIE S. SNEED** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Christopher McCall,<br>John Schifino<br><br>**DEFENDANT COUNSEL:**<br>Maria Kreiter &<br>Scott McLaren |
| **COURT REPORTER:** DIGITAL | **DEPUTY CLERK:** Clara Reaves |
| **TIME:** 2:07 PM -2:32 PM<br>**TOTAL:** 25 Mins | **COURTROOM:** 11A |

**PROCEEDINGS:**   CASE MANAGEMENT CONFERENCE

Case Management Conference set August 23, 2023, at 1:30 p.m. Notice to follow.