UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation
8:22-cv-1660-TPB-JSS

| **Date**: March 1, 2023 | **Court Reporter**: Digital (Zoom) |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 10:00 AM – 10:51 AM \| Total: 51 mins. | **Deputy Clerk**: Clara Reaves |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Christopher McCall. Esq. | Scott McLaren, Esq. |
|  | Maria Kreiter, Esq. |

| **Motion Hearing** |
|---|
| All parties appeared via Zoom Video and consented to Zoom hearing. |
| Matter is before the Court on Defendant's Motion to Compel Discovery and For An Award of Fees (Dkt. 42) |
| Court hears argument |
| Plaintiff to provide Bates numbers to Defendant and amend requests for production by March 10, 2023. |
| Defendant to provide Bates numbers to Plaintiff by March 10, 2023. |
| Court denies request for fees. |
| Court in recess. |