AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| Mutual of Omaha Mortgage, Inc. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 8:22-CV-01660 |
| WaterStone Mortgage Corporation | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Mutual of Omaha Mortgage, Inc.

Date:  03/09/2023

*Attorney's signature*

Courtney E. Walter / FBN: 106228
*Printed name and bar number*

Mitchell Sandler, LLC
1120 20th Street NW
Suite 725
Washington, D.C. 20036
*Address*

cwalter@mitchellsandler.com
*E-mail address*

(202) 240-7135
*Telephone number*

*FAX number*