IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**WATERSTONE MORTGAGE CORPORATION'S UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES**

Defendant Waterstone Mortgage Corporation ("Waterstone") requests that this Court enter an order granting 14-day extensions of the parties' remaining expert disclosures deadlines. In support, Waterstone states:

1. Plaintiff consents to the relief requested by this motion.

2. Plaintiff recently produced a large volume of documents on March 10, 2023, in response to the Court's order on Waterstone's Motion to Compel. (*See* Order, Dkt. 52).

3. Waterstone requires sufficient time to review the documents and engage in additional discovery pertinent to its expert disclosures.

4. Accordingly, Waterstone respectfully requests a 14-day extension of both parties' upcoming expert disclosure deadlines as follows:

    a. Waterstone's expert disclosure deadline would be changed from May 1, 2023 to May 15, 2023.

    b. Plaintiff's expert rebuttal deadline would be changed from June 15, 2023 to June 29, 2023.

5. This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Waterstone respectfully requests that this Court grant a 14-day extension of Defendant's expert disclosure deadline through and including May 15, 2023, as well as a 14-day extension for Plaintiff's rebuttal to Defendant's expert disclosures through and including June 29, 2023.

Respectfully Submitted,

*s/Maria L. Kreiter*
Maria Kreiter (*pro hac vice*)
mkreiter@gklaw.com
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
Scott.mclaren@hwhlaw.com
Carolina.blanco@hwhlaw.com
jaime.schill@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)

*Attorneys for Defendant Waterstone Mortgage Corporation*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Plaintiff's counsel and certifies that Plaintiff consents to the relief sought in this motion.

Respectfully Submitted,

*s/Maria L. Kreiter*
Maria Kreiter (*pro hac vice*)
mkreiter@gklaw.com
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
(414) 273-5198 (Facsimile)

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
Scott.mclaren@hwhlaw.com
Carolina.blanco@hwhlaw.com
jaime.schill@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)

*Attorneys for Defendant Waterstone Mortgage Corporation*