IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No: 8:22-cv-01660-TPB-JSS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 2.01 of the Local Rules for the United States, Mutual of Omaha Mortgage, Inc. ("Mutual of Omaha Mortgage"), respectfully moves for an Order allowing attorney Ari Karen of the law firm of Mitchell Sandler LLC to appear *pro hac vice* in this Court as counsel for Mutual of Omaha Mortgage in this action.

1. Ari Karen and the law firm of Mitchell Sandler LLC, 1120 20th Street N.W. Suite 725 Washington, DC 20036, have been retained to represent Mutual of Omaha Mortgage. Ari Karen is not a resident of Florida or a member of The Florida Bar.

2. Ari Karen is not a member of the bar of this Court, but is duly licensed attorney who resides in Maryland and regularly practices law there. He is admitted to

ACTIVE:16767356.1

practice in Georgia, Maryland, the District of Columbia, The United States District Courts for the District of Maryland, the District of Columbia, the Northern District of Georgia, as well as the United States Courts of Appeals for the District of Columbia Circuit, the Third Circuit, the Fourth Circuit, and the Tenth Circuit.

3. Ari Karen has not appeared in federal court cases in the State of Florida in the last thirty-six (36) months.

4. Ari Karen is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

5. Mutual of Omaha Mortgage desires that Ari Karen and Mitchell Sandler LLC actively participate as co-counsel on its behalf along with local counsel of record in the conduct of all trials and pre-trial and post-trial proceedings in this matter.

6. Ari Karen of the law firm of Mitchell Sandler LLC hereby designates John A. Schifino of the law firm Gunster, Yoakley & Stewart, P.A., 401 East Jackson St., Ste. 1500, Tampa, FL 33602, as the member of the bar of this Court, residing in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

7. Ari Karen has paid, with the filing of this motion, the fee upon special admission. Ari Karen has submitted the Special Admission Attorney Certification to the Clerk of this Court along with the required $150.00 fee to the Clerk.

8. Ari Karen will register with the Court's CM/ECF system.

9. Ari Karen has read and reviewed the Local Rules of this Court and is familiar with and will comply with and be governed by the Rules of Professional Conduct and the other ethical requirements governing the professional behavior of members of the Florida Bar. Ari Karen certifies that he shall comply with both the fee and e-mail registration requirements of Local Rule 2.01(d).

10. Ari Karen affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Ari Karen

**WHEREFORE**, Plaintiff, Mutual of Omaha Mortgage, respectfully requests this Court enter an Order admitting Ari Karen of the law firm of Mitchell Sandler LLC to practice before this Court *pro hac vice*.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that there is no opposing counsel yet in place requiring compliance with or communication regarding this Motion.

Dated:  March 21, 2023

Respectfully submitted,

/s/ *John A. Schifino*
John A. Schifino
Florida Bar Number 0072321
Justin P. Bennett
Florida Bar Number 112833
Alexis Dion Deveaux
Florida Bar Number 1025108
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson St., Ste. 1500
Tampa, FL 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
Email: jschifino@gunster.com
jbennett@gunster.com
adeveaux@gunster.com

## CERTIFICATE OF SERVICE

I certify that on March 21, 2023, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

                                                */s/ John A. Schifino*
                                                Attorney

ACTIVE:16767356.1