UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE,
INC.,

    Plaintiff,

v.                                                              Case No: 8:22-cv-1660-TPB-JSS

WATERSTONE MORTGAGE
CORPORATION,

    Defendant.
_____/

## ORDER

Plaintiff moves the court to allow Ari Karen to appear *pro hac vice* as its counsel pursuant to Middle District of Florida Local Rule 2.01(c). (Motion, Dkt. 57.) Upon consideration, the court finds that the requirements of Local Rule 2.01 regarding special admission have been met. Accordingly, Plaintiff's Motion for Admission *Pro Hac Vice* (Dkt. 57) is **GRANTED**.

In accordance with Local Rule 2.01(c), counsel, if he has not done so already, is directed to comply with the requirements for obtaining and maintaining general admission before this court as set forth in Local Rule 2.01 within 14 days of this order.[1] Counsel is also reminded that any attorney who appears in this court pursuant to

---

[1] Counsel may obtain a password for CM/ECF from the court by accessing the court's website, www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an e-mail address.

Middle District of Florida Local Rule 2.01 "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. Local R. 2.01(e).

**ORDERED** in Tampa, Florida, on March 22, 2023.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record