IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.

    Plaintiff,

v.

WATERSTONE MORTGAGE CORPORATION,

    Defendant.

CASE NO. 8:22-cv-01660-TPB-JSS

## NOTICE OF LEAD COUNSEL FOR DEFENDANT

Pursuant to Local Rule 2.02(a) of the United States District Court for the Middle District of Florida, Defendant Waterstone Mortgage Corporation hereby gives notice that Maria Kreiter, Esquire, of the Godfrey Kahn S.C. law firm in Milwaukee, Wisconsin is lead counsel for Defendant in the above-styled matter.

Respectfully submitted this 24th day of March, 2023

    Respectfully Submitted,

    *s/Carolina Y. Blanco*
    Scott A. McLaren (FBN: 414816)
    scott.mclaren@hwhlaw.com
    Carolina Y. Blanco (FBN: 0098878)
    Carolina.blanco@hwhlaw.com
    jaime.schill@hwhlaw.com
    HILL, WARD & HENDERSON, P.A.
    101 East Kennedy Blvd., Suite 3700
    Post Office Box 2231
    Tampa, Florida 33601
    (813) 221-3900 (Telephone)

Maria Kreiter (*Admitted PHV*)
mkreiter@gklaw.com
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)

*Attorneys for Defendant Waterstone Mortgage Corporation*

18046377v1