IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**WATERSTONE MORTGAGE CORPORATION'S UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES**

Defendant Waterstone Mortgage Corporation ("Waterstone") requests that this Court enter an order granting a brief extension of Waterstone's expert disclosure deadline. In support, Waterstone states:

1. Plaintiff consents to the relief requested by this motion.

2. Waterstone served Plaintiff with its Notice of Federal Rule 30(b)(6) Deposition on April 7, 2023, noticing the deposition for April 28, 2023.

3. Waterstone seeks to depose Plaintiff's corporate representative before disclosing its expert witness reports, which are currently due May 15, 2023.

4. Plaintiff was unable to find dates that worked for its witnesses prior to the May 15, 2023 deadline and proposed that the corporate representative deposition be conducted May 25-26, 2023.

5. Waterstone is willing to conduct the deposition the dates Mutual's representatives are available, assuming a brief extension of the defense expert witness deadline from May 15, 2023 to June 2, 2023.

6. This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Waterstone respectfully requests that this Court grant a brief extension of Defendant's expert disclosure deadline through and including June 2, 2023.

                                                  Respectfully Submitted,

                                                  *s/Maria L. Kreiter*
                                                  Maria Kreiter (*pro hac vice*)
                                                  mkreiter@gklaw.com
                                                  GODFREY KAHN S.C.
                                                  833 East Michigan Street, Suite 1800
                                                  Milwaukee, WI 53202
                                                  (414) 287-9466 (Telephone)

                                                  Scott A. McLaren (FBN: 414816)
                                                  Carolina Y. Blanco (FBN: 0098878)
                                                  Scott.mclaren@hwhlaw.com
                                                  Carolina.blanco@hwhlaw.com
                                                  jaime.schill@hwhlaw.com
                                                  HILL, WARD & HENDERSON, P.A.
                                                  101 East Kennedy Blvd., Suite 3700
                                                  Post Office Box 2231
                                                  Tampa, Florida 33601
                                                  (813) 221-3900 (Telephone)

                                                  *Attorneys for Defendant Waterstone Mortgage Corporation*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Plaintiff's counsel and certifies that Plaintiff consents to the relief sought in this motion.

Respectfully Submitted,

*s/Maria L. Kreiter*
Maria Kreiter (*pro hac vice*)
mkreiter@gklaw.com
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
(414) 273-5198 (Facsimile)

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
Scott.mclaren@hwhlaw.com
Carolina.blanco@hwhlaw.com
jaime.schill@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)

*Attorneys for Defendant Waterstone Mortgage Corporation*
