# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC. <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

## WATERSTONE MORTGAGE CORPORATION'S UNOPPOSED MOTION TO EXTEND DEFENSE EXPERT DISCLOSURE DEADLINE

Defendant Waterstone Mortgage Corporation ("Waterstone") requests that this Court enter an order granting a brief extension of the defense expert witness deadline from June 2, 2023 to June 5, 2023.

In support, Waterstone states:

1. Plaintiff consents to the relief requested by this motion.

2. This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Waterstone respectfully requests that this Court grant a brief extension of Defendant's expert disclosure deadline through and including June 5, 2023.

Respectfully Submitted,

*s/Maria L. Kreiter*

Maria Kreiter (*pro hac vice*)
mkreiter@gklaw.com
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
Scott.mclaren@hwhlaw.com
Carolina.blanco@hwhlaw.com
jaime.schill@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)

*Attorneys for Defendant Waterstone Mortgage Corporation*

2

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Plaintiff's counsel and certifies that Plaintiff consents to the relief sought in this motion.

        Respectfully Submitted,

        *s/Maria L. Kreiter*
        Maria Kreiter (*pro hac vice*)
        mkreiter@gklaw.com
        GODFREY KAHN S.C.
        833 East Michigan Street, Suite 1800
        Milwaukee, WI 53202
        (414) 287-9466 (Telephone)
        (414) 273-5198 (Facsimile)

        Scott A. McLaren (FBN: 414816)
        Carolina Y. Blanco (FBN: 0098878)
        Scott.mclaren@hwhlaw.com
        Carolina.blanco@hwhlaw.com
        jaime.schill@hwhlaw.com
        HILL, WARD & HENDERSON, P.A.
        101 East Kennedy Blvd., Suite 3700
        Post Office Box 2231
        Tampa, Florida 33601
        (813) 221-3900 (Telephone)
        (813) 221-2900 (Facsimile)

        *Attorneys for Defendant Waterstone Mortgage Corporation*

29226379.2