# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) <br> ) Civil Action No. 22-CV-01660 <br> ) |
| Plaintiff, | ) **PLAINTIFF MUTUAL OF OMAHA** <br> ) **MORTGAGE, INC.'S UNOPPOSED** |
| v. | ) **MOTION FOR EXTENSION OF TIME** <br> ) **TO EXTEND DEADLINES** |
| WATERSTONE MORTGAGE CORPORATION, | ) <br> ) <br> ) |
| Defendant. | ) |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") requests that this Court enter an Order granting an extension of the deadlines for: (1) Plaintiff's rebuttal expert witness disclosure, (2) discovery cut-off, and (3) summary judgment, Daubert, and other Dispositive Motions. In support thereof, Plaintiff states:

1. Plaintiff's current deadline to serve its rebuttal expert witness disclosure is June 30, 2023. ECF No. 56.

2. This month, both of Plaintiff's lead counsel will be traveling and unavailable—one will be in Israel celebrating his daughter's bat mitzvah and one will be in Alaska, both of whom will be without access to the internet.

3. In light of this, Plaintiff requests that it be provided with an extension through July 14, 2023 to serve its rebuttal expert witness disclosure.

4.      Given the imminence of the close of discovery (currently July 17, 2023) and the dispositive motion deadline (currently August 17, 2023), Plaintiff requests a two-week extension for these deadlines as well to July 31, 2023 and August 31, 2023, respectively.

5.      This is the first request for an extension to the discovery and dispositive motion deadlines.

6.      Defendant consents to the relief requested by this motion.

7.      This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Plaintiff respectfully requests that this Court grant a two-week extension of Plaintiff's rebuttal disclosure to July 14, 2023, the discovery cut-off to July 31, 2023, and Summary Judgment, Daubert, and other Dispositive Motions to August 31, 2023.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Defendant's counsel and certifies that Defendant consents to the relief sought in this motion.

Dated: Washington, D.C.
June 9, 2023

        MITCHELL SANDLER LLC

        By: */s/ Courtney E. Walter*

        Christopher L. McCall (admitted *pro hac vice*)
        Courtney E. Walter
        1120 20th Street N.W., Suite 725
        Washington, D.C.  20036
        Email:  cmccall@mitchellsandler.com
        Email:  cwalter@mitchellsandler.com
        Telephone:  (202) 886-5292

        GUNSTER, YOAKLEY & STEWART, P.A.

        John A. Schifino
        Florida Bar No. 0072321
        401 East Jackson Street, Suite 1500
        Tampa, Florida  33602
        Primary email:  jschifino@gunster.com
        Secondary email: eservice@gunster.com
        Telephone:  (813) 739-6962

        *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*