IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>     Plaintiff,<br>v.<br>WATERSTONE MORTGAGE CORPORATION,<br><br>     Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**WATERSTONE'S MOTION SEEKING LEAVE TO FILE UNDER SEAL
PURSUANT TO THE STIPULATED PROTECTIVE ORDER**

  Waterstone's Motion *in Limine* to Exclude Plaintiff's Category 2 ($4,440,002.42) and Category 3 ($750,000) Damages (Dkt. 69)[1] references documents and deposition testimony from Plaintiff Mutual of Omaha that are designated "Confidential" under the Court's October 26, 2022 Protective Order. (Dkt. 38, incorporating Dkt. 36-1) Waterstone does not believe the documents and deposition testimony are "Confidential," but moves the Court for an Order permitting Waterstone to file under seal the following documents in order to comply with the Protective Order and Local Rule 1.11:

---

[1] Waterstone filed a redacted version of its Motion *in Limine* contemporaneous with this motion on July 3, 2023.

(1) Waterstone's Motion *in Limine* to Exclude Plaintiff's Category 2 ($4,440,002.42) and Category 3 ($750,000) Damages (Dkt. 69) incorporating Confidential portions of deposition testimony and exhibits;

(2) Plaintiff's damages analysis, Exhibit 7 to the Deposition of Mutual's Rule 30(b)(6) corporate representative, Jeff Gennarelli, which is Exhibit D to Waterstone's Motion *in Limine*;

(3) Plaintiff's e-mails showing the dates of employee resignations, MOM-0014082-0014084, MOM-0014280-0014282, and MOM-0014631-0014632, which are Exhibit E to Waterstone's Motion *in Limine*;

(4) Plaintiff's e-mails related to Mutual's financial performance, Exhibit 12 to the Deposition of Mutual's Rule 30(b)(6) corporate representative, Jeff Gennarelli, which is Exhibit F to Waterstone's Motion *in Limine*; and

(5) The June 22, 2023 Deposition transcript of Mutual employee, Christine Leyden, which is Exhibit G to Waterstone's Motion *in Limine*.

## **GROUNDS FOR MOTION**

Under the existing Protective Order in this case, Dkt. 36, Plaintiff has designated documents produced in discovery as "Confidential," and such information shall be filed under seal pursuant to the terms of the Protective Order. *See* Dkt. 36. Documents 3, 4, and 5, above, are labeled "Confidential" and per the terms of the Protective Order should remain under seal for the duration of this case. Waterstone's Motion *in Limine*, which incorporates the aforementioned documents should also remain under seal for the duration of the case in accordance with the Protective Order.

The June 22, 2023 deposition transcript of Christine Leyden was received by the parties on June 26, 2023. Under the Protective Order, Mutual has thirty (30) days to designate portions of the deposition transcript as "Confidential." Per the Protective Order, the entire transcript is to be treated as "Confidential" prior to the expiration of this thirty-day period. The deposition transcript of Christine Leyden should therefore remain under seal until July 26, 2023.

WHEREFORE, Waterstone requests that the Court grant this motion and direct the Clerk to place the documents listed under seal.

Dated: July 3, 2022.

*s/ Maria L. Kreiter*
Maria Kreiter (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

29581067.1