# EXHIBIT E

| | |
|---|---|
| From: | Katherine Theobald |
| Sent: | Wednesday, April 27, 2022 6:41 AM EDT |
| To: | MM Termination |
| Subject: | Daytona Branch - 11 Resignations |

Hello,

Please process terms for the following:

**Melvin (Dwayne) Hutto**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Branch Manager

**Chris Wolf**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Sales Manager

**Tatiana Giraldo**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Sales Manager

**John Thomas Knight**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Loan Officer

**Beatrice Fleurio**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Loan Officer

**Michael Gurley**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Loan Officer

**Sunshine Staudt**
Last Day of Employment – 4/26/22

CONFIDENTIAL

Resignation
Cost Center – 1734 (Daytona)
Position – Loan Officer

**Robin Williams**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Loan Partner

**Lisa Ali**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Processor

**Diana Jacobs**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Junior Processor

**Lorri Hutchcraft**
Last Day of Employment – 4/26/22
Resignation
Cost Center – 1734 (Daytona)
Position – Loan Officer Assistant

IT:
- Please route voicemails/emails to Brian Tomalak.
- No equipment return labels needed, the branch will handle.

Payroll:
- Final wages can be included on next available pay cycle.

Katherine Theobald
Human Resources Manager
Office  (312) 273-7944
Fax     (312) 517-1915
109 W. 22nd Street, Suite 101
Lombard, IL 60148

CONFIDENTIAL
MOM-0014083



CONFIDENTIAL                                                                                             MOM-0014084

| From: | Katherine Theobald |
| --- | --- |
| Sent: | Wednesday, June 15, 2022 8:02 PM EDT |
| To: | Brian Tomalak; Kiley King |
| CC: | Mario Arevalo |
| Subject: | Tampa Touch-Base |

Hi Guys,

Wanted to touch base on Chris' team.

We received Resignation emails from all of these folks, so we sent term emails for them today.

| Payroll Name | Job Title Description |
| --- | --- |
| Bertolotti, Anthony W | Loan Officer - Forward |
| Bowe, Robert E | Loan Officer - Junior |
| Brown, Hannah | Loan Officer - Forward |
| Dahlin, Nathan | Loan Officer - Forward |
| De Palma, Justin | Business Development Manager |
| Ebelini, Jordan | Loan Officer - Forward |
| Edwards, Nikki A | Loan Officer - Forward |
| Khalaf, Wadie | Business Development |
| Lamb, Kenton C | Loan Officer Assistant |
| Landgraff, Matthew R | Loan Officer - Forward |
| Manley, Cynthia | Team Lead |
| Mueller, Eric A | Loan Officer - Forward |
| Nandwani, Kali | Loan Officer - Junior |
| Nedelcheva, Neli S | Loan Processor |
| Negrich, Brittanie A | Loan Officer Assistant |
| Roden, Rebecca S | Loan Coordinator |
| Smith, Julia L | Loan Officer - Junior |
| Smith, Christopher C | SVP, Sales Manager |
| Stalls, Frederick D | Loan Officer - Forward |
| Thornton, Timothy | Loan Officer - Forward |
| Utsch, John | Sales Manager - Producing |
| Van Dame, Lucas | Loan Officer - Forward |
| Walsh, Tyler | Business Development Manager |

We did not receive a Resignation email from these Tampa employees. They are not on the list of the 3 processors that I believe Chris communicated were not planning to leave (Tara, Donzi, Janelle). My plan is to assume these 5 left but just did not send a resignation email. If they reach out with questions, you can route them to HR. Or if you know anything different for these folks, please let us know.

CONFIDENTIAL

MOM-0014280

| Payroll Name | Job Title Description |
|---|---|
| Johnson, James | Loan Officer - Forward |
| Nguyen, John | Loan Officer - Forward |
| Smith, Lauren | Office Manager |
| Stefans, Michael A | Loan Officer - Forward |
| Tully, Kiera | Loan Officer - Junior |

This employee requested a leave of absence today, we'll address.

| Payroll Name | Job Title Description |
|---|---|
| Orlando, Lindsay M | Loan Officer Assistant |

We can discuss the 3 Processors that Chris said were not planning to go with his group.

| Payroll Name | Job Title Description |
|---|---|
| Becerra, Karla J | Loan Coordinator |
| Graves, Donzella | Loan Processor |
| O'Keefe, Tara M | Loan Processor |

We have not heard anything from the New Jersey team. Do you have a status update on them?

| Payroll Name | Job Title Description |
|---|---|
| Japaz, Patrick | Sales Manager - Producing |
| Karwoski, Brian J | Branch Manager |
| Lynch, Michael V | Branch Manager |
| Basso, Andrew J | Loan Officer - Forward |
| Castello, Juan Jose | Loan Officer - Forward |
| Fermin, Ana | Business Development |
| Ferrer, Javier | Business Development |
| Hernandez, Hector | Business Development |
| Japaz, Gabriella | Loan Officer - Junior |
| Karp, Tony | Loan Officer - Junior |
| Karwoski, Merita | Loan Officer Assistant |
| Medrano, Ricardo | Loan Officer - Junior |
| Pezzolla, Ryen | Loan Officer - Forward |
| Ruiz, Ingrid C | Loan Officer - Forward |
| Shajnoski, Ajradin | Business Development |
| Tavarez, Franny | Loan Officer - Junior |

Thanks,
Katy

CONFIDENTIAL

**Katherine Theobald**
Senior Human Resources Manager
Office: (312) 273-7944
Fax:     (312) 517-1915
100 W. 22nd Street, Suite 101
Lombard, IL 60148



Send Secure Documents Here  DOCUMENTGUARDIAN®

Mutual of Omaha Mortgage, Inc. NMLS. 1025894

CONFIDENTIAL                                                                                      MOM-0014282

| | |
|---|---|
| From: | Michael Lynch |
| Sent: | Tuesday, July 5, 2022 3:57 PM EDT |
| To: | Brian Tomalak; Jeffrey Gennarelli; Bernard Mayle |
| Cc: | Katherine Theobald; Mario Arevalo; Patrick Japaz |
| Subject: | RE: Hoboken |

Jeff & Bernie,

Patrick and I sincerely appreciate your time spent providing us with a compelling offer to stay after Tampa's departure.

As discussed with Brian we are extremely grateful of the opportunity we have had to conduct our business at Mutual of Omaha and will always hold this company in high regards.

We wish you all continued success moving forward.

Thank you and best regards,



Michael Lynch
Regional VP of Mortgage Lending
Mobile: (201) 906-2007
Office: (201) 330-4104
Fax: (630) 883-1074
40 Eisenhower Drive Suite 203
Paramus, NJ 07652
NMLS # 307638
https://www.mutualmortgage.com/about-us/loan-officer/?email=mlynch@mutualmortgage.com
See all of my recent reviews. Click here!

**MuTuAL of OmaHa MORTGAGE**
Send Secure Documents Here DOCUMENTGUARDIAN
Mutual of Omaha Mortgage, Inc. NMLS: 1025894


From: Brian Tomalak <btomalak@mutualmortgage.com>
Sent: Tuesday, July 5, 2022 3:41 PM
To: Katherine Theobald <ktheobald@mutualmortgage.com>; Mario Arevalo <marevalo@mutualmortgage.com>
Cc: Jeffrey Gennarelli <JGennarelli@MutualMortgage.com>; Michael Lynch <mlynch@mutualmortgage.com>; Bernard Mayle <bmayle@mutualmortgage.com>
Subject: Hoboken

Katie, Mario, Jeff and Bernie,

Hoboken is resigning as of today and going to Waterstone. Mike and Pat will work on getting the resignations from their team. Mike is cc'd on this email and will help with anything that is needed.

CONFIDENTIAL



Brian Tomalak
Senior Vice President of Sales
Mobile: (630) 770-7878
Office:  (630) 984-4643
Fax:     (630) 261-6646
100 W. 22nd Street, Suite 109
Lombard, IL 60148
NMLS # 179238
https://www.mutualmortgage.com/about-us/loan-officer/?email=btomalak@mutualmortgage.com
See all of my recent reviews. Click here!



Send Secure Documents Here DOCUMENTGUARDIAN®
Mutual of Omaha Mortgage, Inc. NMLS: 1025894



CONFIDENTIAL                                                                                                                              MOM-0014632