**EXHIBIT F**

**From:** Lucas Curtolo
**Sent:** Tuesday, July 12, 2022 4:04 PM EDT
**To:** Tyler Larsen
**Subject:** RE: MOOM Financial Performance for June 2022

Far from good. 90% of my focus has been on cost cutting to get to profitability. I feel we are in a good spot operationally. A little fat on there still but difficult loans requires us to be a little heavier than normal. Also, once we get through summer vacations I think we can look at some additional cuts.

90% of my focus last 45 days has been cutting all non-profitable sales. Have made significant progress and will make more by end of July.

I am back (bittersweet). Haven't swung a club in 7 months but would love to get out if you have an opening any time.

**From:** Tyler Larsen <tyler@mutualmortgage.com>
**Sent:** Tuesday, July 12, 2022 12:25 PM
**To:** MoOM Executives <exec@mutualmortgage.com>
**Cc:** Eric.Kuncl@mutualofomaha.com; Andrew Clements <andrew.clements@mutualofomaha.com>; Charlie Melton <Charlie.Melton@mutualofomaha.com>; Matthew Nyman <mnyman@mutualmortgage.com>
**Subject:** MOOM Financial Performance for June 2022
**Importance:** High

Good afternoon,

Attached please find June 2022 financial results. See below comments for detail on each Division. Overall, there continues to be heavy downward pressure on margins on both sides of the business for slightly different reasons. Forward margins are being compressed due to the recent increase in interest rates, which pushes competitors to lower margins in an effort to capture volume to support their expense structure that has scaled over the past 2 years. This will normally continue until there is consolidation (or exits altogether) in the space. On the Reverse side of the house, margins are at the lowest levels in decades due to the Refinance activity that was brought on due to the historic home price appreciation we have seen since the Pandemic and lower interest rates. Investor pricing (margins) should come back as HPA flattens and rates have moved north, but will probably take a little time (looking toward end of 2022).

<u>**CONSOLIDATED JUNE PRETAX EARNINGS**</u> **were -$3.2k (vs PLAN of +$3.2M) on Total Volume of $353M (vs PLAN of $705M).**

-

-
<u>**CONSOLIDATED YTD 2022**</u> results are as follows:
**Pretax Earnings of $4.5M vs PLAN of $19.2M (-76%) and PY of $42.2M (-89%)**
**Volumes of $2.7B vs PLAN of $4.0B (-33%) and PY of $5.0B (-46%)**



---

**FORWARD** (Jeff Gennarelli)

Progress...although slower than we hoped. The key to profit is right sizing the staff as they relate to lead spend and lead conversion. June moved in the right direction in terms of Payrolls down significantly. However, lead spend and conversion of leads did not move. This WILL be reduced significantly in July with a path toward profit. The continued reduction in non-performers on the sales side is critical. We termed 55 MLOs in June with another 30 on final right ups. The next target is the Junior MLO and MLO assistant area. We feel this is an area we can pick up savings with very little disruption to sales. We termed a total of 18 in this role during June. We are being very cautious with how we term, to avoid any potential legal liability. This is a very prudent path but it does cause a delay in reductions.

June is a good snapshot of core earnings and break even. As the market stabilizes, and we do not see wide swings in Servicing Values, the Locked Portfolio and other related market driven earnings components, we should have a very good understanding of where we need to be in terms of Margin to successfully manage this downturn. We have increased margin over the past couple of weeks.

We have seen 2 good groups leave over the past 45 days, Tampa and Daytona. The managers were paid very large bonuses to leave and join Waterstone. We DO NOT pay these huge bonuses, but that is why it is critical to retain and recruit with other value. The departing thoughts from the manager of Daytona, were directed at the surprisingly little cooperation we had with the Insurance Company in terms of Cross Marketing etc...We all need to understand this was a big reason our staff stuck with us through the licensing process, the belief we would have some benefit to sales of being part of such a great company. There is progress being made now, but it is slow. To give some context, we went through the greatest Mortgage Market in decades and received less than 100 referrals in those 2 years!
To finish on a couple high notes. For the first time we had more purchases close than refinances, our MORE benefit is taking off!!! And the wholesale pipeline continues to grow and should close 10M in July and 20M in August.

**FORWARD JUNE PRETAX EARNINGS were -$439K (vs PLAN of $3.2M) on Total Volume of $246M (vs PLAN of $619M)**

**YTD 2022** results are as follows:
**Pretax Earnings of $11.7M vs PLAN of $18.3M (-36%) and PY of $43.0M (-73%)**
**Volumes of $2.0B vs PLAN of $3.5B (-43%) and PY of $4.6B (-57%)**

---

**REVERSE** (Alex Pistone)

We missed our fund goal for June, which resulted in volume that was $23M behind May, and our lowest of the year. Our pipeline remains strong, however there were distractions and inefficiencies in June that contributed to the miss, which we are working to quickly clean up. The reduced volume was compounded by further deterioration in our margins, which also negatively affected the fair value of our portfolio.

*That being said, I am thankful that we started our HMBS securitization program when we did. Over the last 30 days, we have picked up an additional 154 bps in value, which added $1.08M to our bottom line. The plan was for our issuance program to be additive to our profitability, but for the month of June it has limited our downside.*

*As I have mentioned in previous narratives, the investment to grow our Consumer Direct division is and has been a short term drag on profitability. We are investing about $1M per month to hire, train, and supply leads to new teams that are currently unproductive. This investment is not producing any loans today, but we will see the fruits of our investment in Q4 as these teams season and start to produce.*

*We continue to be optimistic that our margins will improve as the industry H2H volume subsides. Our H2H volume has gone down from 25% of our production in January to just 8% in June. That being said, we are not waiting around for that to happen. We are working through a number of initiatives to increase revenues through rate sheets changes and compensation cuts. We are also looking to more aggressively move out lower performers in Operations and Sales in order to stay lean and top grade in some areas. The current challenges are not easy, but we have the right team to manage through it.*

**REVERSE JUNE PRETAX EARNINGS were -$1.7M (vs PLAN of $2.2M) on Total Volume of $107M (vs PLAN of $86M)**

**YTD 2022** results are as follows:
**Pretax Earnings of $3.7M vs PLAN of $12.0M (-69%) and PY of $13.6M (-73%)**
**Volumes of $738M vs PLAN of $486M (+52%) and PY of $361M (+104%)**

---

**CORPORATE EXPENSES were $1.1M for JUNE (vs PLAN of $2.2M).**

As always, please feel free to reach out with any questions.

Tyler

**Tyler Larsen**
Chief Financial Officer

Cell: (619) 454-1653
Email: tyler@mutualmortgage.com

CONFIDENTIAL                                            MOM-0014669

3131 Camino Del Rio North Suite 1100
San Diego, CA, 92108
Corporate NMLS #1025894

**MutualMortgage.com**



Confidentiality Notice. The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Mutual of Omaha Mortgage. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

CONFIDENTIAL

MOM-0014670