# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.

    Plaintiff,

v.

WATERSTONE MORTGAGE CORPORATION,

    Defendant.

CASE NO. 8:22-cv-01660-TPB-JSS

**STIPULATION TO GRANT, IN PART, WATERSTONE MORTGAGE CORPORATION'S MOTION *IN LIMINE*: CATEGORY 3 ($750,000) DAMAGES TO BE EXCLUDED**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual") and Defendant Waterstone Mortgage Corporation ("Waterstone") stipulate to the Court's entry of an order granting Waterstone's Motion *In Limine* (Dkt. No. 72), in part, as follows:

1. Mutual and Waterstone stipulate to the exclusion, with prejudice, of Mutual's Category 3 ($750,000) damages.

2. The parties may reference Waterstone's provision of credit to the profit and loss statements of the Tampa branch ($500,000) and Daytona branch ($250,000) as a factual matter, but Mutual may not seek damages in this litigation against Waterstone based on its Category 3 damages theory or any portion of the $750,000.

| | |
|---|---|
| Dated: July 20, 2023. | s/Courtney E. Walter |

Christopher L. McCall (admitted pro hac vice)
Courtney E. Walter
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Email: cmccall@mitchellsandler.com
Email: cwalter@mitchellsandler.com
Telephone: (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.
John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com
Telephone: (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

s/Maria L. Kreiter
Maria Kreiter (admitted pro hac vice)
Emma Jewell (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
scott.mclaren@hwhlaw.com
carolina.blanco@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*