# **EXHIBIT B**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf@mutualmortgage.com> |
| **Sent:** | Tuesday, March 29, 2022 10:29 PM |
| **To:** | Dwayne Hutto <dhutto@mutualmortgage.com>; Zeke Waterman <zwaterman@mutualmortgage.com> |
| **Subject:** | RE: Hennessey |

Sent

**Chris Wolf** 

**Vice President of Mortgage Lending**

Mobile: (321) 278-9930

Office: (386) 742-0555

Fax: (630) 426-2668

900 W. Granada Blvd, Suite 4

Ormond Beach, FL 32174

NMLS # 1626538



Mutual of Omaha Mortgage, Inc. NMLS: 1025894

**From:** Dwayne Hutto <dhutto@mutualmortgage.com>
**Sent:** Tuesday, March 29, 2022 2:09 PM
**To:** Zeke Waterman <zwaterman@mutualmortgage.com>; Chris Wolf <cwolf@mutualmortgage.com>
**Subject:** Hennessey

Can you guys forward the full file to Mike Smalley at Waterstone? They can get it done

Sent from my iPhone

 **Dwayne Hutto**

**Vice President of Mortgage Lending**

Mobile: (386) 334-6464

Office: (386) 742-0555

Fax: (630) 426-2690

900 W. Granada Suite 4

Ormond Beach, FL 32174

NMLS # 110495



Mutual of Omaha Mortgage, Inc. NMLS: 1025894

