# **EXHIBIT C**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf@mutualmortgage.com> |
| **Sent:** | 4/19/2022 7:30:49 PM -0500 |
| **To:** | Dawson Walker <dawson.walker@waterstonemortgage.com> |
| **Subject:** | Fwd: Fwd: title commitment |
| **Attachments:** | T - Updated Commitment 2 Oceans West Blvd #606(5).pdf |

EXTERNAL EMAIL: Use Caution!



**Chris Wolf**
**Vice President of Mortgage Lending**
Mobile: (321) 278-9930
Office:  (386) 742-0555
Fax:     (630) 426-2668
900 W. Granada Blvd, Suite 4
Ormond Beach, FL 32174
NMLS # 1626538





Mutual of Omaha Mortgage, Inc. NMLS: 1025894

**From:** Rosana Scaccia - Realtor <therealestaterose@yahoo.com>
**Sent:** Tuesday, April 19, 2022 7:30:31 PM
**To:** Svetlana Hardwick (Wolves Realty) <a11318tr1718553s87530@trfit.com>; Svetlana Hardwick <shardwick@wolvesrealty.com>; Dawson Walker <dwalker@mutualmortgage.com>
**Subject:** title commitment

*This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.*

**Rosana Scaccia Realtor**
**Realty Pros Assured**
Cell: 347-247-8093
[homeasap.com/rosanascacci](homeasap.com/rosanascacci)

CONFIDENTIAL					WMC000688