# **EXHIBIT D**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf@mutualmortgage.com> |
| **Sent:** | 4/20/2022 1:53:31 PM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | FW: FW: Offer for Atia |
| **Attachments:** | 1678Offer-DigiSign.pdf |

EXTERNAL EMAIL: Use Caution!



**Chris Wolf**
**Vice President of Mortgage Lending**
Mobile: (321) 278-9930
Office:   (386) 742-0555
Fax:       (630) 426-2668
900 W. Granada Blvd, Suite 4
Ormond Beach, FL 32174
NMLS # 1626538





Mutual of Omaha Mortgage, Inc. NMLS: 1025894

**From:** Daniel Zeeman <daniel.zeeman@exprealty.com>
**Sent:** Wednesday, April 20, 2022 2:38 PM
**To:** Kyrstin Friebis <kfriebis@mutualmortgage.com>
**Subject:** Offer for Atia

*This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.*

See attached for offer letter. Submitting to the listing agent now.

Thank you,



CONFIDENTIAL  WMC000697