# **<u>EXHIBIT E</u>**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf@mutualmortgage.com> |
| **Sent:** | 4/19/2022 11:15:21 AM -0500 |
| **To:** | Dawson Walker <dawson.walker@waterstonemortgage.com> |
| **Subject:** | Fwd: Fwd: PERSINGER \| 10820 Queens Rd, Port Richey Florida 34668 |
| **Attachments:** | Persinger10820QueensRdSalesContract.pdf; CONTRACT10820QueensRoad2.pdf |

EXTERNAL EMAIL: Use Caution!



**Chris Wolf**
**Vice President of Mortgage Lending**
Mobile: (321) 278-9930
Office:   (386) 742-0555
Fax:       (630) 426-2668
900 W. Granada Blvd, Suite 4
Ormond Beach, FL 32174
NMLS # 1626538

WMC000715



Mutual of Omaha Mortgage, Inc. NMLS: 1025894

**From:** Offerpad <fl_transactions@offerpad.com>
**Sent:** Tuesday, April 19, 2022 8:35:43 AM
**To:** Dawson Walker <dwalker@mutualmortgage.com>
**Subject:** PERSINGER | 10820 Queens Rd, Port Richey Florida 34668

*This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.*

*Due to an ongoing phishing campaign against our organization, please exercise extreme caution when opening any emails claiming to be sent from First American Title Company. If you were not expecting this*

CONFIDENTIAL                                                                 WMC000716



WMC000717

- We strive to close transactions on time, if not early. Please note, per the Seller Standard Addendum, there is a $50/day penalty for closing late & a $50/day credit for closing early.

- Please let us know when you have ordered/received the appraisal, and whether it appraised at purchase price and/or is subject to any conditions. Please keep us informed through this closing process of any issues or problems that may arise with closing on time.

Contact Info
**Escrow/Title:**
First American Title
Becky Allsbury
FLProptech@firstam.com
(813) 440-6515

**Agent:**
MVP Realty Associates
Natasha Abbott
natashasellsflorida@gmail.com
239-248-9047

Thanks for your help!

**Tampa Closing Team**
fl_transactions@offerpad.com
Closing Team Direct Line: 602-671-0136
Repair Team Direct Line: 602-932-6516

CONFIDENTIAL    WMC000718



One or more employees of Offerpad or its affiliates are licensed real estate agents, salespeople or brokers in the states in which Offerpad does business.

Copyright © 2019-2020, Offerpad LLC

Click Here to Unsubscribe or Update Your Preferences

CONFIDENTIAL