# **EXHIBIT F**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/19/2022 10:26:09 AM -0500 |
| **To:** | Dawson Walker <dawson.walker@waterstonemortgage.com> |
| **Subject:** | Castaneda appraisal |
| **Attachments:** | Appraisal.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf