# EXHIBIT L

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MUTUAL OF OMAHA MORTGAGE,
INC.,

               Plaintiff,

v.                                                        Civil Action No. 22-CV-01660-TPB-JSS

WATERSTONE MORTGAGE
CORPORATION,

               Defendant.

**Expert Rebuttal Report of Candice L. Rosevear**
**July 14, 2023**

1

**Table of Contents**

I.    Introduction ................................................................................................................3

II.   Qualifications.............................................................................................................4

III.  Summary of Opinions................................................................................................5

IV.  Overview of Mutual of Omaha Mortgage .................................................................5

V.   Damages Related to Lost Profits on Loan Sales from the Closure of the Tampa and
      Daytona Branches......................................................................................................6

      A.  Actual Loan Sales ............................................................................................7

      B.  Predicted Loan Sales.......................................................................................7

      C.  Discounted Cash Flow (DCF) Analysis..........................................................10

      D.  Determination of Mutual of Omaha Mortgage's Discount Rate ...................12

VI.  Conclusion................................................................................................................15

## I.      Introduction

1.      I, Candice L. Rosevear, am a Principal at Global Economics Group, a Chicago-based firm that specializes in the application of economics, finance, statistics, and valuation principles to questions that arise in a variety of contexts, including, as here, in the context of litigation.

2.      I have been asked by counsel for Plaintiffs to calculate the lost profits to Mutual of Omaha Mortgage ("MOM") resulting from the closure of its Tampa and Daytona branches, and to express the amount in present value terms. It is my understanding that the lost profits and lost business associated with the closure of the Tampa and Daytona branches was a direct result of Defendants' actions.[1]

3.      I have also been asked to review the expert report of Steven S. Oscher, DBA ("Oscher Report"),[2] in which he opines on three sets of damages based on "Plaintiffs' Second Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Interrogatories" ("Mutual's Second Amended Responses"):[3] First, regarding loans diverted from Mutual to Waterstone, he finds damages fall between $25.7 to $58.9 thousand;[4] second, he opines that no valuation is possible regarding the closing of branch offices;[5] finally, he states that alleged ill-gotten gains were actually Defendant expenses.[6]

4.      In formulating my opinions set forth in this Report, I have relied upon the analysis described herein; my knowledge, experience, and formal training in economics and statistics; and the allegations and facts set forth in this lawsuit. The materials I have considered and relied upon in forming my opinions in this Report are summarized in **Appendix A**.

---

[1] First Amended Complaint filed October 26, 2022, in *Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation*, civil action No. 22-CV-01660-TPB-JSS, ¶¶ 66-97.

[2] Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation, Expert Report, June 5, 2023, Prepared by: Oscher Consulting, PLLC (the "Oscher Report").

[3] Oscher Report p. 4. The three categories are: 1) Lost revenue and profits from loans that were improperly diverted from Plaintiff to Defendant (Mutual's Second Amended Responses p. 5); 2) Lost profit damages over the 18-month period beginning June 30, 2022 through December 31, 2023 based on prior financial performance of the two branches (Mutual's Second Amended Responses pp. 27-28); and 3) Ill-gotten gains including compensation, paid by Defendants to Plaintiff's prior employees in exchange for the alleged unlawful conduct that caused the closing of the two branches, in particular, two large bonuses paid of $750,000 (Mutual's Second Amended Responses pp. 28-29).

[4] Oscher Report pp. 6-9, 14.

[5] Oscher Report pp. 9-12, 14-15.

[6] Oscher Report pp. 13, 15.

5.      Global Economics Group is being compensated at an hourly rate of $500 per hour for my work on this matter and my compensation is in no way contingent on the opinions provided or the outcome of this case.

6.      I reserve the right to amend this Report to reflect new information that becomes available to me, including from the discovery process and/or future rulings from the Court.

## II.      Qualifications

7.      I hold a Master of Business Administration, with a concentration in economics, econometrics and statistics, and finance, from the University of Chicago Booth School of Business, as well as a bachelor's degree in business, with high distinction, from Indiana University's Kelley School of Business in Indianapolis.

8.      I have been employed as an analyst and economist for approximately 15 years. I have been employed at Global Economics Group for over nine years. Prior to that, I worked for approximately five years at Chicago Partners, an economics consulting firm. Over the course of my career, I have been responsible for conducting and managing economic, statistical, and empirical analyses in various areas, including wage and hour, labor discrimination, antitrust, securities, valuation, and general damages. I have worked extensively on statistical analyses in labor disputes involving hiring, promotion, and pay issues. I have significant expertise in the analysis of company payroll and timekeeping data, statistical sampling, financial modeling, the analysis of stock and bond price behavior, the estimation of economic damages, and the valuation of companies and financial instruments. I have been responsible for building, managing, and analyzing large and complex multi-dimensional databases on some of the highest profile cases, including *AMD v. Intel*.[7]

9.      My experience includes work for plaintiffs, defendants, and an independent mediator. I have submitted expert reports and expert declarations to various federal and state courts. I have provided deposition testimony in federal courts and arbitration testimony in a state court matter. I have also worked on statistical, economic, and data projects outside the context of litigation.

---

[7] *Advanced Micro Devices, Inc. v. Intel Corporation,* Case Nos. 1:05-cv-00441 and 1:05-md-01717, in the United States District Court for the District of Delaware.

10.     My qualifications are further detailed in my curriculum vitae, which is attached as **Appendix B.**

### III.    Summary of Opinions

11.     In this report, I calculate the present value of lost profits at the MOM Tampa and Daytona branches using standard valuation models.

12.     I begin with the historical loan sales at Tampa and Daytona. I then project what future sales at Tampa and Daytona would have been absent Defendants' alleged misconduct, assuming the branches would have otherwise continued operating. I base my projections on (1) actual loan sales that occurred at the St. Louis and Maryland MOM branches through present day; and (2) national data from the Mortgage Bankers of Association, a data source also used in the Oscher Report. Then I use a reasonable growth rate to project future loan sales.

13.     From these projections, I perform a well-known valuation technique known as a discounted cash flow (DCF) analysis to estimate the present value of lost profits. I explain and document each of the inputs I used in determining the appropriate discount rate.

14.     Based on the various data sources used to estimate loan sales in Tampa and Daytona, and after applying conservative assumptions into the discounted cash flow model, I find that the present value of lost profits is approximately $28 million.

### IV.    Overview of Mutual of Omaha Mortgage

15.     Mutual of Omaha Mortgage ("MOM") is a wholly-owned subsidiary of Mutual of Omaha Insurance Company, which is a "mutual" company owned by its insurance policyholders.[8] The MOM subsidiary provides home financing, refinancing, and reverse mortgage products.[9] The company was founded as a joint venture of residential mortgage lender PrimeLending[10] and Mutual of Omaha Bank,[11] created in 2016 to provide a range of home

---

[8] https://www.mutualmortgage.com/about-us and https://www.mutualofomaha.com/about/company-profile/affiliates.

[9] https://www.mutualofomaha.com/about/newsroom/article/mutual-of-omaha-mortgage-announces-strategic-acquisition-of-keller-mortgage.

[10] PrimeLending is a PlainsCapital Company. PlainsCapital is a subsidiary of NYSE-listed Hilltop Holdings.

[11] Mutual of Omaha Bank was a subsidiary of Mutual of Omaha Insurance Company at the time.

financing products and services.[12] In 2020, CIT acquired Mutual of Omaha Bank, but Mutual of Omaha retained the bank's mortgage business.[13] In February 2023, MOM acquired the assets of Keller Mortgage LLC, which is a member of the Keller Williams real estate franchise.[14] MOM is headquartered in San Diego, California,[15] and operates branches across the United States including, as it relates to this matter, in Florida.[16]

## V.    Damages Related to Lost Profits on Loan Sales from the Closure of the Tampa and Daytona Branches

16.    I have been asked by counsel for Plaintiffs to calculate the lost profits to MOM resulting from the closure of its Tampa and Daytona branches, and to express the amount in present value terms. According to my analysis, which I describe in detail in the subsections that follow, the present value of lost profits is approximately $28 million.

17.    I calculate lost profits from loan sales for the Tampa and Daytona branches in three steps. First, I evaluate historical loan sales from MOM's profit and loss statements. Second, I predict what loan sales would have been had the branches remained open. I constructed two separate prediction models, based upon the relationship between Tampa and Daytona's actual loan sales and the following benchmarks: (1) actual loan sales from two other MOM branches that remained in operation after the closure of the Tampa and Daytona branches and (2) Mortgage Bankers Association (MBA) loan origination data for the United States. Third, I apply a discounted cash flow (DCF) analysis to calculate lost earnings before interest and taxes (EBIT) and free cash flows to the firm, and express lost profit in today's dollars using my estimated discount rate for MOM.

---

[12] https://www.businesswire.com/news/home/20160413006070/en/Mutual-of-Omaha-Bank-and-PrimeLending-Announce-Mortgage-Joint-Venture; https://www.mutualofomaha.com/about/company-profile.

[13] https://www.mutualofomaha.com/about/newsroom/article/cit-to-acquire-mutual-of-omaha-bank; https://www.prnewswire.com/news-releases/cit-completes-acquisition-of-mutual-of-omaha-bank-300980325.html; https://www.housingwire.com/articles/49857-cit-buying-mutual-of-omaha-bank-but-not-its-mortgage-business/.

[14] https://www.mutualofomaha.com/about/newsroom/article/mutual-of-omaha-mortgage-announces-strategic-acquisition-of-keller-mortgage

[15] https://www.mutualmortgage.com/about-us/contact-us/#.

[16] https://www.mutualmortgage.com/about-us/loan-officer/.

### A.    Actual Loan Sales

18.    First, I evaluate historical loan sales at the Tampa and Daytona branches. **Exhibit 1** shows monthly loan sales for Tampa and Daytona from 2019 to 2022.[17] As the chart shows, beginning in April 2022, loan sales at each location began to decline, and by mid-2022 loan sales fell to zero as the branches closed. The data aligns with allegations in the Complaint stating that loan officers began to leave in April 2022, and that the branches closed as a result a few months later.[18]

### B.    Predicted Loan Sales

19.    Second, I estimate loan sales for the Tampa and Daytona branches from the beginning of the alleged misconduct and into the future. The projections from my analysis provide an estimate of what loan sales would have been if the purported misconduct by Waterstone had not occurred and the branches had persisted in their operations. In other words, it provides an estimate of loan sales *but-for* the alleged misconduct by Waterstone.

20.    I conduct an extrapolation analysis to extend loan sales data from May 2022 through the year 2031. Extrapolation is a statistical tool commonly used by economists and statisticians to estimate a complete data series in the absence of comprehensive data.[19]

---

[17] Total Loan Volume is sourced from Mutual Of Omaha Mortgage Profit & Loss Statements, which is reported monthly for Tampa and Daytona (MOM-0010942--MOM-0011047). The Tampa profit and loss statements include the Paramus branch.

[18] Complaint ¶¶ 18-65.

[19] I used a common extrapolation method based on a percent change approach to estimate future loan sales. I then applied the estimations to extend the series as described above. This is a common extrapolation method, used to estimate a complete data series in the absence of comprehensive data. For example, Armstrong (p. 22) states "By examining analogous situations, one may be able to predict for a new situation." Armstrong, Jon S. "Role Playing: A Method to Forecast Decisions" in *Principles of Forecasting: A Handbook for Researchers and Practitioners* (Ed. Jon S. Armstrong). Boston, MA: Kluwer Academic, 2001; "Extrapolation can also be used for cross-sectional data. The assumption is that the behavior of some actors at a given time can be used to extrapolate the behavior of others. The analyst should find base rates for similar populations." Armstrong, Jon S. "Extrapolation for Time-Series and Cross-Sectional Data" in *Principles of Forecasting: A Handbook for Researchers and Practitioners* (Ed. Jon S. Armstrong). Boston, MA: Kluwer Academic, 2001, p. 218; "Plaintiffs' experiences in other locations is also a commonly accepted method of calculating lost profits." Lloyd, Terry and Rashell Young, "Calculating Lost Profits Damages to New Businesses," Chapter 6 in Roman L. Weil, Michael J. Wagner, and Peter J. Frank, *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed. John Wiley & Sons, New York, 2001.

21.    I rely on two distinct data sources to inform my extrapolation models: (1) monthly loan sales from two other MOM branches, Maryland and St. Louis ("Peer-Based Model")[20] and (2) Mortgage Bankers Association (MBA) data ("MBA-Based Model"), which provides quarterly loan originations for the United States.[21] This approach allows for a comprehensive examination of loan sales across multiple sources.

### i.    Peer-Based Model

22.    **Exhibit 2** shows actual monthly loan sales for Tampa, Daytona, Maryland, and St. Louis from January 2019 to May 2023.[22] Recall, the Tampa and Daytona Branches began to close in April 2022, while the other two branches remained in operation. Thus, the Maryland and St. Louis branches provide insight into MOM loan sales for the one-year window, from April 2022 to May 2023.

23.    I use the volume weighted average percentage change in loan sales for Maryland and St. Louis ("Peer Composite") in each month to calculate predicted loan sales through May 2023. For example, in May 2022, the Peer Composite declined by 19%. Thus, starting from Tampa and Daytona's last month of full loan sales, April 2022, I applied the 19% decline to that figure to arrive at predicted loan sales for May 2022, which is $13.56 million for Tampa and $10.60 million for Daytona. Then for June 2022, the composite fell 22%, and in a similar fashion, I apply that percentage change to the May 2022 predictions to arrive at June 2022 predictions of $10.60 million for Tampa and $8.28 million for Daytona. I did this for every month where I have data for Maryland and St. Louis, which is through May 2023, to

---

[20] I understand that MOM chose to provide me with data for these two branches due to their structural and data coverage resemblances to Tampa and Daytona. All four branches operate under the "P&L" model, meaning that MOM charges them a portion of loan sales and they operate independently in other aspects. Moreover, the data coverage is consistent for all the branches; they each demonstrated productivity within the 2019-2022 period, a prerequisite for the extrapolation modeling.

[21] "MBA Mortgage Finance Forecasts," Mortgage Bankers Association (April 2, 2020; April 22, 2021; April 13, 2022; and May 19, 2023) (https://www.mba.org/news-and-research/forecasts-and-commentary/mortgage-finance-forecast-archives). The Oscher Report also utilizes and relies on this data set (*see*, Oscher Report footnote 12: "MBA Mortgage Finance Forecast dated May 19, 2023. https://www.mba.org/docs/default-source/research-andforecasts/ forecasts/2023/mortgage-finance-forecast-may-2023.pdf?sfvrsn=4bf1d1a7_1").

[22] Mutual Of Omaha Mortgage Profit & Loss Statements (MOM-0010942 to MOM-0011047); Maryland Group Fundings 2019 thru May 2023.xlsx; St Louis Group Fundings 2019 thru May 2023.xlsx.

capture monthly fluctuations in loan sales. **Exhibit 3** shows the results from my Peer-Based projection model.

24.    From June 2023 forward I apply 2.6% per annum interest to calculate predicted loan sales through the end of 2031.[23] To test the robustness of my results, I also conducted a similar projection model based on quarterly MBA loan sales data.

## ii.    *MBA-Based Model*

25.    **Exhibit 4** shows actual quarterly loan sales for Tampa and Daytona against MBA quarterly loan originations for the United States.[24] The MBA data reflects actual loan originations through Q1 2023 and predicted loan originations from Q2 2023 to Q4 2024. The data is plotted on two separate axes (MOM branch loan sales is expressed in millions and referenced to the lefthand axis; MBA data is expressed in billions and referenced to the righthand axis).[25] As the chart shows, the MOM and MBA data follow a similar general pattern over the 2019 to mid-2022 period.

26.    Like the method described above, I use the MBA data in each quarter to calculate predicted loan sales through Q4 2024 for Tampa and Daytona. For example, in Q2 2022, the MBA loan sales declined by 1.6%. Thus, starting from Tampa and Daytona's last quarter of full loan sales, Q1 2022, I apply the MBA 1.6% decline to those figures to arrive at predicted loan sales for Q2 2022, which is $53.32 million for Tampa and $38.39 million for Daytona. In Q3 2022, the MBA fell another 29.2%, so I apply that percentage change to the Q2 2022 predictions to arrive at Q3 2022 predictions of $37.75 million for Tampa and $27.18 million for Daytona. I did this for every month where I have MBA data, which is through Q4

---

[23] I apply a rate of 2.6% per year as an estimate of inflation over the estimation window (2022-2031) based on the average (mean) consumer price index changes over the past 10 years, June 2018-May 2023 (available at https://fred.stlouisfed.org/graph/?g=ANNk.; https://www.minneapolisfed.org/about-us/monetary-policy/inflation-calculator/consumer-price-index-1913-;). According to the Bureau of Labor Statistics, the CPI-U is a measure of the average change over time in the prices paid by urban consumers for a market basket of consumer goods and services (https://www.bls.gov/cpi/questions-and-answers.htm).

[24] "MBA Mortgage Finance Forecasts," Mortgage Bankers Association (April 2, 2020; April 22, 2021; April 13, 2022; and May 19, 2023) (https://www.mba.org/news-and-research/forecasts-and-commentary/mortgage-finance-forecast-archives). The MBA-Based Model is conducted on a quarterly basis since MBA data is quarterly, which differs from the monthly Peer-Based Model. I aggregated the monthly MOM loan sales data to arrive at quarterly loan sales figures.

[25] The difference in scale is due to the fact that MBA data covers the U.S. as a whole, whereas the MOM data cover the Florida regional markets served by the Tampa and Daytona branches.

2024, to capture quarterly fluctuations in loan sales. **Exhibit 5** shows the results from my MBA-Based projection model.

27.     From that quarter forward, I apply 2.6% per annum interest to calculate predicted loan sales through the end of 2031.[26]

28.     **Exhibit 6** shows actual and predicted loan sales under both models, annually from 2019 through 2031. Notably, the two distinct models predict similar levels of loan sales in each year, indicating robustness in my methodology.[27] The projected loan sales are foundational inputs to my discounted cash flow ("DCF") analysis, which I describe next.

### C.     Discounted Cash Flow (DCF) Analysis

29.     Third, I prepared a DCF model to determine the present value of the lost profits to MOM using the loan sales projections described above. To derive the income lost by MOM due to the closure of the Tampa and Daytona branches, I applied a corporate profit apportionment factor to each branch's projected loan sales over the damages timeframe.[28] The product of these figures is each branch's lost earnings before interest and taxes (EBIT). From these EBIT figures, I deducted 26.5% in estimated taxes based on the 21.0% Federal corporate income tax rate and the 5.5% Florida corporate income tax rate as of 2023 to determine the lost free cash flow to the firm from each branch over the damages timeframe.[29] Building on the

---

[26] As explained in the earlier footnote, 2.6% is the average (mean) of CPI-U changes over the past 10 years, June 2018-May 2023 (https://fred.stlouisfed.org/graph/?g=ANNk).

[27] The year 2022 includes actual loan sales through June 2023 plus the incremental loan sales predicted by my models.

[28] The model is based on actual and historical corporate profit margins for the two branches (*see* "Corporate Margin 2019 – 2022," YSP -Corp Margin Calc 1728-1734 - 2019 Thru 2022 - v2.xlsx). For 2022, the model relies on the 2022 actual corporate margin of 75.3bps for Tampa and 89bps for Daytona; for 2023 and after, it relies on the historical average over the 2019-2022 timeframe, which is 77.9bps for Tampa and 91.3bps for Daytona. I understand that MOM receives corporate margins "off the top" – in other words, as a percentage of branch loan sales – and that the branch receives the remainder of the income to cover expenses including overhead and loan officer commissions. I further understand that each branch is managed independently by the branch manager.

[29] Cash flow to the firm is defined as each branch's after-tax earnings before interest, plus depreciation and amortization, less capital expenditures, less additional working capital requirements. See, for example, Hitchner, James R. "Financial Valuation: Applications and Models," 3rd ed. (Ed. James R. Hitchner). Hoboken, NJ: John Wiley & Sons, Inc., 2011, pp. 132-133. Given MOM's operation as a mortgage lender, it is assumed that depreciation and capital expenditures offset each other in the long-term, while no additional working capital beyond what the firm was already generating would be required to fulfill the projected loan sales production.

results of the Peer-Based projections, **Exhibit 7A** shows the DCF model for Tampa and **Exhibit 7B** shows the DCF model for Daytona.[30]

30.      Next, I calculate the present value of each branch's lost free cash flow each year based on the weighted average cost of capital (WACC) of 8.38%, as described in the next section. The present value of the total cash flows from June 2022 through December 2031 is $7.30 million for the Tampa branch and $6.79 million for the Daytona branch, or $14.09 million total.[31]

31.      Finally, I calculate the terminal value of each branch's cash flows beyond 2031 using the Gordon Growth formula.[32] As a conservative measure, I apply a terminal growth value of 0% to estimate the Terminal Value. The terminal growth rate is intended to estimate the perpetual growth of the company, and the lost profits, beyond the 10-year projection window, assuming no change in behavior regarding branch operations. The terminal value is then adjusted to present value using the WACC rate referenced above and outlined below, resulting in a present value of the terminal value is $7.29 million for Tampa and $6.67 million for Daytona, or $13.97 million in total.[33]

32.      The total present value in lost profits on loan sales under this model, including the 2022-2031 timeframe and the terminal value, is $14.59 million for Tampa and $13.46 million for Daytona, or $28.05 million combined.[34, 35]

---

[30] Similarly, starting with the results of the MBA-Based projections, **Exhibit 8A** and **Exhibit 8B** show the DCF models for Tampa and Daytona, respectively.

[31] Under the MBA-Based model, the present value of the total cash flows from June 2022 through December 2031 is $7.48 million for the Tampa branch and $6.41 million for the Daytona branch, or $13.89 million total.

[32] The Gordon Growth Model is a widely accepted methodology for determining the terminal value in a discounted cash flow analysis. It involves dividing the subject cash flow for the terminal period (e.g., overpayment estimate) by the differential between the assumed discount rate and a long-term growth rate. See, for example, Hitchner, James R. "Financial Valuation: Applications and Models," 3rd ed. (Ed. James R. Hitchner). Hoboken, NJ: John Wiley & Sons, Inc., 2011, pp. 139-140, 151-152.

[33] Under the MBA-Based model, the present value of the terminal value is $7.60 million for the Tampa branch and $6.41 million for the Daytona branch, or $14.00 million total (Numbers are rounded to two decimal places, which accounts for any apparent discrepancies when summing branch figures).

[34] Under the MBA-Based model, the total present value in lost profits on loan sales is $15.08 million for the Tampa branch and $12.82 million for the Daytona branch, or $27.90 million total.

[35] The model is flexible to other damages timeframes. It allows for the calculation of damages through any year up to 2031 using the results from Exhibits 7A-8B. For example, the peer based-model suggests damages from lost profits over the 2022-2026 timeframe, is $3.88 million for the Tampa branch and $3.66 million for the Daytona branch, or $7.54 million in total. Adding the "Present Value ("PV") of Free Cash Flows to Firm" row from Exhibit 7A from 2022 to 2026 results in $3.88 million for Tampa

### D.     Determination of Mutual of Omaha Mortgage's Discount Rate

33.     As stated, with respect to MOM's lost profits that would have been earned after the date of this report, such amounts would need to be discounted to present value at a rate reflective of the returns required by MOM stakeholders (i.e., costs of capital).[36] Typically, costs of capital may be determined by examining the trading data for the subject company's debt and equity securities. However, in this case, MOM is a wholly-owned subsidiary of Mutual of Omaha Insurance Company, which in turn is a "mutual" company owned by its insurance policyholders. Consequently, company securities are not traded on public securities exchanges.

34.     Thus, to determine the appropriate rate at which to discount MOM's future lost profits, I examine sources that are frequently employed to determine costs of capital for other privately-held corporations. Specifically, to determine MOM's cost of equity—the rate of return required by its shareholders—I utilize both the Build-Up method and the Capital Asset Pricing Model (CAPM).

35.     Under the Build-Up method, a company's cost of equity is determined using the following formula:

$$Cost\ of\ Equity = R_f + \text{ERP} + \text{Industry Risk Premium} + \text{Size Premium}$$

where $R_f$ = the risk-free rate and $ERP$ = the equity risk premium.

36.     The risk-free rate represents the rate of return on investments that are considered to have little to no possibility of default. Typically, yields on long-term U.S. Treasury bonds are used as a proxy for the risk-free rate. As of June 15, 2023, the yield on 20-year Treasury bonds was 4.02%.

37.     In order to invest in riskier assets, such as equity in an operating company, investors require a premium to the return offered by risk-free assets as compensation for

---

($0.38 + $0.95 + $0.90 + $0.85 + $0.80) and using the same row from Exhibit 7B the sum is $3.66 million for Daytona ($0.46 + $0.87 + $0.82 + $0.78 + $0.74).

[36] MOM stakeholders include investors holding debt and equity securities issued by the company, both of which generate returns to MOM investors (e.g., interest payments, dividends, share price appreciation). The "cost of debt" represents the rate of return demanded by the subject company's debt holders while the "cost of equity" reflects the rate of return required by investors in the subject company's equity shares (i.e., common stock).

incurring such additional risk. These incremental risk components have been estimated in empirical studies over the years. One such source for these components is the Kroll Cost of Capital Navigator, which compiles historical securities returns and other cost of capital metrics. Based on empirical market data between 1926 and 2022, the arithmetic average supply-side equity risk premium was 6.35%.

38.     While the equity risk premium represents the additional return demanded by equity investors in general, risks vary from one industry to the next. Consequently, the Build-Up method includes an industry risk premium (or discount) that measures the overall riskiness of an industry relative to the overall equity market. If investors in companies operating in a certain industry require a higher return than the overall market, then the industry risk adjustment will be positive. Conversely, if investors in a particular industry require a lower return relative to the general equity market, the adjustment will be negative. In the case of MOM, the relevant industry is represented by Global Industry Classification Standard (GICS) code 40201050, or "Commercial & Residential Mortgage Finance." Market data for this industry code generated an industry risk premium of 2.48%.

39.     Empirical data have also shown that investors generally consider smaller companies to be riskier than larger companies, all other factors equal. A size premium reflects the additional return that an investor would demand of a smaller company over the industry's cost of equity due to additional riskiness of the cash flows. In general, smaller companies tend to be associated with more cash flow volatility and related risks.

40.     More specifically, data from the Center for Research in Securities Prices ("CRSP") at the University of Chicago has been analyzed to study how investor returns vary by company size as measured by market capitalization. According to these data, the smallest 10% of companies exhibited a size premium of 4.83% through the end of 2022.

41.     **Exhibit 9** shows the sum of the four components of the Build-Up method which results in a cost of equity estimate of 17.68%.

42.     The second method for estimating cost of equity—CAPM—utilizes most of the same components of the Build-Up method. The formula is as follows:

$$Cost\ of\ Equity = R_f + \beta \times ERP + Size\ Premium$$

43.     However, rather than relying on an estimate for the industry risk premium, the subject company's equity *beta* (or β) is estimated. Beta is a financial metric that measures risk relative to the overall market (typically represented by the S&P 500 index) by looking at how share prices change relative to the index. As stated, MOM's equity is privately-held and as a result its beta cannot be measured directly. However, guideline publicly-traded companies may be used to estimate an appropriate equity beta estimate.

44.     To identify a set of publicly-traded guideline companies, I use S&P Capital IQ to search for U.S. companies with actively-traded common stock, primarily operating within the Standard Industrial Classification ("SIC") code 6160 ("Mortgage Bankers and Brokers") or GICS code 40201050 ("Commercial & Residential Mortgage Finance"). From this list of companies, I eliminated those that lacked financial data, had filed for bankruptcy, or for which mortgage banking operations was not a primary focus. The result of this process was a list of seven guideline companies for which an average beta of 1.15 was determined, as shown in **Exhibit 10**.

45.     **Exhibit 11** shows the application of the beta estimate to the CAPM formula which results in a total cost of equity estimate of 16.15%.

46.     The primary difference between the Build-Up and CAPM methods is that the former relies on industry-wide estimates of risk while the latter is based on stock price volatility measures derived from a specific set of guideline companies. In this case, I have determined that both measures provide equally reliable indications of MOM's cost of equity and thus concluded that a reasonable estimate of the company's cost of equity would be at the midpoint of the range, or 16.92%.

47.     With respect to MOM's cost of debt, the "Commercial & Residential Mortgage Finance" industry composite cost of debt for early 2023 was 8.9%, as shown in **Exhibit 12**. While I could not locate any MOM debt instruments with publicly-available yield data, I identified three surplus notes issued by MOM's parent company, Mutual of Omaha Insurance Company ("Mutual"). Surplus notes are unsecured bonds issued by insurance companies that are subordinated to all present and future policyholder claims, as well as most if not all other creditor claims. As a result of their subordinated nature, surplus notes are typically considered to be equity-like investments and are generally reported as part of the insurance company's equity

capital in its financial statements.[37] **Exhibit 12** shows that as of June 15, 2023, the yield to maturity for these three long-term notes ranged from 6.2% to 8.1%. Averaging these metrics results in a cost of debt estimate of 7.52% for Mutual as of mid-2023.

48.    **Exhibit 13** shows that weighing each cost of capital metric by Mutual's capital structure results in a weighted average cost of capital of 8.38%.

## VI.    Conclusion

49.    In this report, I have used multiple data sources to estimate loan sales in Tampa and Daytona. One source was based on the pattern of loan sales from other MOM branches, and the other is a trusted source of national data. I applied a reasonable growth rate to future loan sales. I used an extremely conservative estimate of the terminal growth rate. Furthermore, I used multiple methodologies to estimate the cost of equity, a key input into finding the appropriate discount rate.

50.    Under these assumptions, I estimate between $27.90 million and $28.05 million in lost profits stemming from the closing of the MOM Tampa and Daytona branches. Approximately half of that amount is from profits lost during the 2022 to 2031 timeframe, and half is from the terminal value calculation as described above. **Table 1** summarizes the results from my models.

---

[37] "Evaluating U.S. Surplus Notes," A.M. Best Methodology (April 2, 2014).

**Table 1: Present Value of Lost Profits, in Millions**

| | 2022 to 2031 | Terminal Value | Total |
|---|---|---|---|
| *Peer-Based Model* | | | |
| Tampa | $7.30 | $7.29 | $14.59 |
| Daytona | $6.79 | $6.67 | $13.46 |
| | $14.09 | $13.97 | $28.05 |
| *MBA-Based Model* | | | |
| Tampa | $7.48 | $7.60 | $15.08 |
| Daytona | $6.41 | $6.41 | $12.82 |
| | $13.89 | $14.00 | $27.90 |

Note: the 2022 present value is based off the difference of projected loan sales and actual loan sales.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 14th day of July, 2023, in Chicago, Illinois.

Candice L. Rosevear

16













**Exhibit 7A**
**Mutual of Omaha**
**Discounted Cash Flow (DCF) Analysis to Estimate Free Cash Flows to Parent Company**
**Tampa Branch**
**Peer-Based Model**
**Discounted to 2023, in Millions**

| | 2022 (Partial Year) | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|
| Branch Loan Sales | $68.95 | $165.37 | $169.67 | $174.08 | $178.60 | $183.25 | $188.01 | $192.90 | $197.92 | $203.06 |
| Income to Mutual of Omaha | 0.75% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% |
| EBIT | $0.52 | $1.29 | $1.32 | $1.36 | $1.39 | $1.43 | $1.47 | $1.50 | $1.54 | $1.58 |
| Tax Rate | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% |
| Free Cash Flows to Firm | $0.38 | $0.95 | $0.97 | $1.00 | $1.02 | $1.05 | $1.08 | $1.10 | $1.13 | $1.16 |
| Present Value ("PV") of Free Cash Flows to Firm | $0.38 | $0.95 | $0.90 | $0.85 | $0.80 | $0.76 | $0.72 | $0.68 | $0.65 | $0.61 |

| Summary: | Total |
|---|---|
| NPV | $7.30 |
| Terminal Value ("TV") | $13.88 |
| PV of TV | $7.29 |
| Total PV | **$14.59** |

| | |
|---|---|
| WACC | 8.38% |
| Terminal Growth | 0.00% |

Notes:
  Analysis is based on analysis presented in Exhibits 2 and 3.
  Determination of the WACC is presented in Exhibit 13.
  Terminal Growth of 0% is applied to estimate Terminal Value using the Gordon Growth formula.
  Annual payment values are discounted to the midpoint of each year to assume even distribution of payments over the year.
  Free Cash Flows to Firm assumes branch capital expenditures and depreciation offset one another in the long-term, while no additional working capital beyond what the firm was already generating would be required to fulfill the projected loan sales production.

**Exhibit 7B**
**Mutual of Omaha**
**Discounted Cash Flow (DCF) Analysis to Estimate Free Cash Flows to Parent Company**
**Daytona Branch**
**Peer-Based Model**
**Discounted to 2023, in Millions**

| | 2022 (Partial Year) | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|
| Branch Loan Sales | $70.12 | $129.22 | $132.58 | $136.03 | $139.56 | $143.19 | $146.91 | $150.73 | $154.65 | $158.67 |
| Income to Mutual of Omaha | 0.89% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% |
| EBIT | $0.62 | $1.18 | $1.21 | $1.24 | $1.27 | $1.31 | $1.34 | $1.38 | $1.41 | $1.45 |
| Tax Rate | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% |
| Free Cash Flows to Firm | $0.46 | $0.87 | $0.89 | $0.91 | $0.94 | $0.96 | $0.99 | $1.01 | $1.04 | $1.06 |
| Present Value ("PV") of Free Cash Flows to Firm | $0.46 | $0.87 | $0.82 | $0.78 | $0.74 | $0.70 | $0.66 | $0.62 | $0.59 | $0.56 |

| Summary: | Total |
|---|---|
| NPV | $6.79 |
| Terminal Value ("TV") | $12.71 |
| PV of TV | $6.67 |
| Total PV | **$13.46** |

| | |
|---|---|
| WACC | 8.38% |
| Terminal Growth | 0.00% |

Notes:

Analysis is based on analysis presented in Exhibits 2 and 3.

Determination of the WACC is presented in Exhibit 13.

Terminal Growth of 0% is applied to estimate Terminal Value using the Gordon Growth formula.

Annual payment values are discounted to the midpoint of each year to assume even distribution of payments over the year.

Free Cash Flows to Firm assumes branch capital expenditures and depreciation offset one another in the long-term, while no additional working capital beyond what the firm was already generating would be required to fulfill the projected loan sales production.

**Exhibit 8A**
**Mutual of Omaha**
**Discounted Cash Flow (DCF) Analysis to Estimate Free Cash Flows to Parent Company**
**Tampa Branch**
**MBA-Based Model**
**Discounted to 2023, in Millions**

|  | 2022 (Partial Year) | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|
| Branch Loan Sales | $81.70 | $142.18 | $176.78 | $181.38 | $186.10 | $190.93 | $195.90 | $200.99 | $206.22 | $211.58 |
| Income to Mutual of Omaha | 0.75% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% | 0.78% |
| EBIT | $0.62 | $1.11 | $1.38 | $1.41 | $1.45 | $1.49 | $1.53 | $1.57 | $1.61 | $1.65 |
| Tax Rate | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% |
| Free Cash Flows to Firm | $0.45 | $0.81 | $1.01 | $1.04 | $1.07 | $1.09 | $1.12 | $1.15 | $1.18 | $1.21 |
| Present Value ("PV") of Free Cash Flows to Firm | $0.45 | $0.81 | $0.93 | $0.88 | $0.84 | $0.79 | $0.75 | $0.71 | $0.67 | $0.64 |

| Summary: | Total |
|---|---|
| NPV | $7.48 |
| Terminal Value ("TV") | $14.46 |
| PV of TV | $7.60 |
| Total PV | **$15.08** |

| WACC | 8.38% |
|---|---|
| Terminal Growth | 0.00% |

Notes:
    Analysis is based on analysis presented in Exhibits 4 and 5.
    Determination of the WACC is presented in Exhibit 13.
    Terminal Growth of 0% is applied to estimate Terminal Value using the Gordon Growth formula.
    Annual payment values are discounted to the midpoint of each year to assume even distribution of payments over the year.
    Free Cash Flows to Firm assumes branch capital expenditures and depreciation offset one another in the long-term, while no additional working capital beyond
    what the firm was already generating would be required to fulfill the projected loan sales production.

**Exhibit 8B**
**Mutual of Omaha**
**Discounted Cash Flow (DCF) Analysis to Estimate Free Cash Flows to Parent Company**
**Daytona Branch**
**MBA-Based Model**
**Discounted to 2023, in Millions**

|  | 2022 (Partial Year) | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
|---|---|---|---|---|---|---|---|---|---|---|
| Branch Loan Sales | $72.57 | $102.38 | $127.29 | $130.60 | $133.99 | $137.48 | $141.05 | $144.72 | $148.48 | $152.34 |
| Income to Mutual of Omaha | 0.89% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% | 0.91% |
| EBIT | $0.65 | $0.93 | $1.16 | $1.19 | $1.22 | $1.26 | $1.29 | $1.32 | $1.36 | $1.39 |
| Tax Rate | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% | 26.5% |
| Free Cash Flows to Firm | $0.47 | $0.69 | $0.85 | $0.88 | $0.90 | $0.92 | $0.95 | $0.97 | $1.00 | $1.02 |
| Present Value ("PV") of Free Cash Flows to Firm | $0.47 | $0.69 | $0.79 | $0.75 | $0.71 | $0.67 | $0.63 | $0.60 | $0.57 | $0.54 |

| Summary: | Total |
|---|---|
| NPV | $6.41 |
| Terminal Value ("TV") | $12.20 |
| PV of TV | $6.41 |
| Total PV | **$12.82** |

| | |
|---|---|
| WACC | 8.38% |
| Terminal Growth | 0.00% |

Notes:

Analysis is based on analysis presented in Exhibits 4 and 5.

Determination of the WACC is presented in Exhibit 13.

Terminal Growth of 0% is applied to estimate Terminal Value using the Gordon Growth formula.

Annual payment values are discounted to the midpoint of each year to assume even distribution of payments over the year.

Free Cash Flows to Firm assumes branch capital expenditures and depreciation offset one another in the long-term, while no additional working capital beyond what the firm was already generating would be required to fulfill the projected loan sales production.

**Exhibit 9**
**Mutual of Omaha Mortgage, Inc.**
**Determination of Cost of Equity - Build-Up Method**

| | |
|---|---|
| Risk-Free Rate (1) | 4.02% |
| + | |
| Equity Risk Premium (2) | 6.35% |
| + | |
| Industry Risk Premium (2) | 2.48% |
| + | |
| Size Premium (2) | 4.83% |
| | |
| **Cost of Equity - Build-Up** | **17.68%** |

Notes & Sources:
[1] 20-Year U.S. Treasury Bond Yield as of June 15, 2023.  Source: Federal Reserve Statistical Release H.15 Selected Interest Rates (https://www.federalreserve.gov/releases/h15/).
[2] Kroll Cost of Capital Navigator.

**Exhibit 10**
**Mutual of Omaha Mortgage, Inc.**
**Cost of Equity - Beta Determination**

| Guideline Company [1] | Ticker [1] | Effective Tax Rate [2] | Market Capitalization [3] | Market Value of Debt [3] | Debt to Equity Ratio | Levered Beta [4] | Unlevered Beta [5] | Relevered Beta [6] |
|---|---|---|---|---|---|---|---|---|
| Mr. Cooper Group Inc. | COOP | 24.0% | $2,788.1 | $5,609.0 | 201.2% | 1.412 | 0.56 | 1.79 |
| Impac Mortgage Holdings, Inc. | IMPM | 26.9% | 6.2 | 42.8 | 690.3% | 1.556 | 0.26 | 0.83 |
| Merchants Bancorp | MBIN | 24.5% | 1,125.8 | 1,245.4 | 110.6% | 0.947 | 0.52 | 1.67 |
| Ocwen Financial Corporation | OCN | 26.9% | 207.2 | 11,558.2 | 5578.3% | 1.923 | 0.05 | 0.16 |
| PennyMac Financial Services, Inc. | PFSI | 28.5% | 2,986.3 | 8,833.2 | 295.8% | 1.557 | 0.50 | 1.60 |
| TFS Financial Corporation | TFSL | 19.0% | 3,540.6 | 5,205.0 | 147.0% | 0.736 | 0.34 | 1.09 |
| Waterstone Financial, Inc. | WSBF | 20.4% | 330.9 | 501.7 | 151.6% | 0.649 | 0.29 | 0.93 |

| Mutual of Omaha Mortgage Inputs | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Estimated Debt Capitalization | 75.0% [7] | | | | | | Average | 1.15 |
| Estimated Equity Capitalization | 25.0% [7] | | | | | | Median | 1.09 |
| Estimated Debt to Equity Ratio | 300.0% | | | | | | | |
| Estimated Tax Rate | 26.5% [8] | | | | | | | |

Notes & Sources:

[1] Guideline companies operating in the mortgage lending and mortgage brokerage industry.  Source: S&P Capital IQ.

[2] As of most recent calendar year end.  Source: Bloomberg.  If the most recent effective tax rate was not available, an average combined state (5.9%) and federal (21%) corporate income tax rate of 26.9% was assumed.  Source: "State Corporate Income Tax Rates - 2002 to 2023," Tax Policy Center (March 24, 2023).

[3] As of most recent calendar quarter end.  Source: Bloomberg.

[4] Based on weekly market data for the five years prior to June 15, 2023.  Source: Bloomberg.

[5] Calculated as: Levered Beta ÷ [1 + Debt to Equity Ratio × (1 - Effective Tax Rate)].

[6] Calculated as: Unlevered Beta × [1 + Mutual of Omaha Mortgage's Estimated Debt to Equity Ratio × (1 - Mutual of Omaha Mortgage's Effective Tax Rate)].

[7] Based on proportion of liabilities and shareholders' equity as reported in Mutual of Omaha Mortgage, Inc. and Subsidiaries' Form 1120 U.S. Corporation Income Tax Return (2021).

[8] Assumes a 26.5% corporate income tax rate (21.0% federal and 5.5% Florida corporate income tax rates).  Source: "State Corporate Income Tax Rates and Brackets for 2022," Tax Foundation (1/18/2022) (https://taxfoundation.org/state-corporate-income-tax-rates-brackets-2022/).

**Exhibit 11**
**Mutual of Omaha Mortgage, Inc.**
**Determination of Cost of Equity - CAPM**

| | |
|---|---:|
| Risk-Free Rate (1) | 4.02% |
| + | |
| Beta (2) | 1.15 |
| × | |
| Equity Risk Premium (3) | 6.35% |
| + | |
| Size Premium (3) | 4.83% |
| | |
| **Cost of Equity - CAPM** | **16.15%** |

Notes & Sources:

[1] 20-Year U.S. Treasury Bond Yield as of June 15, 2023.  Source: Federal Reserve Statistical Release H.15 Selected Interest Rates (https://www.federalreserve.gov/releases/h15/).

[2] Exhibit 10.

[3] Kroll Cost of Capital Navigator.

**Exhibit 12**
**Mutual of Omaha Mortgage, Inc.**
**Determination of Cost of Debt**

| | |
|---|---|
| "Commercial & Residential Mortgage Finance" Industry Composite Cost of Debt (1) | 8.90% |
| Mutual of Omaha 2014-2054 Surplus Note Yield (2) | 8.14% |
| Mutual of Omaha 2010-2040 Surplus Note Yield (2) | 6.83% |
| Mutual of Omaha 2006-2036 Surplus Note Yield (2) | 6.21% |

| | |
|---|---|
| **Average** | **7.52%** |
| **Median** | **7.49%** |

Notes & Sources:
[1] Composite cost of debt as of March 31, 2023 for companies operating in the "Commercial & Residential Mortgage Finance" (GICS 40201050) industry.  Source: Kroll Cost of Capital Navigator.
[2] As of June 15, 2023.  Source: Bloomberg.

**Exhibit 13**
**Mutual of Omaha Mortgage, Inc.**
**Weighted Average Cost of Capital ("WACC")**

|  | Cost of Capital | After-Tax Cost of Capital | Assumed Capital Structure | Weighted Cost of Capital |
|---|---|---|---|---|
| Debt Component | 7.52% (1) | 5.53% (2) | 75% (3) | 4.15% |
| Equity Component | 16.92% (4) | 16.92% | 25% (3) | 4.23% |
| **Weighted Average Cost of Capital ("WACC")** |  |  |  | **8.38%** |

Notes & Sources:

[1] Exhibit 12.

[2] Assumes a 26.5% corporate income tax rate (21.0% federal and 5.5% Florida corporate income tax rates). Source: "State Corporate Income Tax Rates and Brackets for 2022," Tax Foundation (1/18/2022) (https://taxfoundation.org/state-corporate-income-tax-rates-brackets-2022/)

[3] Based on proportion of liabilities and shareholders' equity as reported in Mutual of Omaha Mortgage, Inc. and Subsidiaries' Form 1120 U.S. Corporation Income Tax Return (2021) (15.02c - 2021 Combined States - Clnt V1 (Mutual of Omaha Mortgage 2021 Tax [12_31_2021] (In Process)).pdf).

[4] Average cost of equity based on the Build-Up and CAPM methods. See Exhibits 9 and 11.

# Appendix A

# Documents Considered

**Court Documents**

- First Amended Complaint filed October 26, 2022, *in Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation, civil action No. 22-CV-01660-TPB-JSS.*
- Steven S. Oscher Expert Report filed June 5, 2023.
- Plaintiff Mutual of Omaha Mortgage, Inc.'s Second Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Interrogatories filed March 10, 2023.
- Defendant Waterstone Mortgage Corporation's Motion *in Limine* to Exclude Plaintiff's Category 2 ($4,440,002.42) and Category 3 ($750,000) Damages filed July 6, 2023.

**Additional Legal Documents**

- Letter containing expert reports from Mutual of Omaha Mortgage, Inc. and Christopher L. McCall, Esq., "RE: *Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation*; Case No. 8:22-cv-01660-TPB-JSS," June 5, 2023.

**Deposition Transcripts**

- Deposition of J. Gennarelli, taken May 25, 023.

**Mutual of Omaha Mortgage Tax Returns**

- Form 1120 U.S. Corporation Income Tax Return (2019), 15.03 - 2019 Synergy One Lending Inc - CLIENT (Synergy One Lending, Inc. 2019 [12_31_2019] (In Process)).pdf.
- 1120 U.S. Corporation Income Tax Return (2020), 15.05 - 2020 MoOM Federal and Proforma States_Final (Mutual of Omaha Mortgage 2020 Tax [12_31_2020] (In Process)).pdf.
- 1120 U.S. Corporation Income Tax Return (2021), 15.02c - 2021 Combined States - Clnt V1 (Mutual of Omaha Mortgage 2021 Tax [12_31_2021] (In Process)).pdf.

**Mutual of Omaha Mortgage Branch Profit and Loss Statements**

- Daytona Profit and Loss Statements, 2019-2022.
  - 1734 Daytona Profit and Loss 2019-01.xlsx (MOM-0010943).

- o  1734 Daytona Profit and Loss 2019-02.xlsx (MOM-0010944).
- o  1734 Daytona Profit and Loss 2019-03.xlsx (MOM-0010947).
- o  1734 Daytona Profit and Loss 2019-04.xlsx (MOM-0010949).
- o  1734 Daytona Profit and Loss 2019-05.xlsx (MOM-0010950).
- o  1734 Daytona Profit and Loss 2019-06.xlsx (MOM-0010951).
- o  1734 Daytona Profit and Loss 2019-07 (1).xlsx (MOM-0010955).
- o  1734 Daytona Profit and Loss 2019-08.xlsx (MOM-0010957).
- o  1734 Daytona Profit and Loss 2019-09 (1).xlsx (MOM-0010959).
- o  1734 Daytona Profit and Loss 2019-10 (1).xlsx (MOM-0010961).
- o  1734 Daytona Profit and Loss 2019-11 (1).xlsx (MOM-0010963).
- o  1734 Daytona Profit and Loss 2019-12 (1).xlsx (MOM-0010965).
- o  1734 Daytona Profit and Loss 2020-01.xlsx (MOM-0010967).
- o  1734 Daytona Profit and Loss 2020-02.xlsx (MOM-0010969).
- o  1734 Daytona Profit and Loss 2020-03.xlsx (MOM-0010970).
- o  1734 Daytona Profit and Loss 2020-04.xlsx (MOM-0010973).
- o  1734 Daytona Profit and Loss 2020-05.xlsx (MOM-0010975).
- o  1734 Daytona Profit and Loss 2020-06.xlsx (MOM-0010977).
- o  1734 Daytona Profit and Loss 2020-07.xlsx (MOM-0010979).
- o  1734 Daytona Profit and Loss 2020-08.xlsx (MOM-0010981).
- o  1734 Daytona Profit and Loss 2020-09.xlsx (MOM-0010982).
- o  1734 Daytona Profit and Loss 2020-10.xlsx (MOM-0010985).
- o  1734 Daytona Profit and Loss 2020-11.xlsx (MOM-0010987).
- o  1734 Daytona Profit and Loss 2020-12.xlsx (MOM-0010989).
- o  1734 Daytona P&L 2021-01 1.xlsx (MOM-0010991).
- o  1734 Daytona P&L 2021-02.xlsx (MOM-0010993).
- o  1734 Daytona P&L 2021-03.xlsx (MOM-0010995).
- o  1734 Daytona P&L 2021-04.xlsx (MOM-0010997).
- o  1734 Daytona P&L 2021-05 1.xlsx (MOM-0010999).
- o  1734 Daytona P&L 2021-06.xlsx (MOM-0011001).
- o  1734 Daytona P&L 2021-07.xlsx (MOM-0011002).
- o  1734 Daytona P&L 2021-08.xlsx (MOM-0011004).
- o  1734 Daytona P&L 2021-09.xlsx (MOM-0011007).
- o  1734 Daytona P&L 2021-10.xlsx (MOM-0011009).
- o  1734 Daytona P&L 2021-11.xlsx (MOM-0011011).
- o  1734 Daytona P&L 2021-12.xlsx (MOM-0011013).
- o  1734 Daytona P&L 2022-01 1.xlsx (MOM-0011014).
- o  1734 Daytona P&L 2022-02.xlsx (MOM-0011017).
- o  1734 Daytona P&L 2022-03.xlsx (MOM-0011019).
- o  1734 Daytona P&L 2022-04.xlsx (MOM-0011021).
- o  1734 Daytona P&L 2022-05.xlsx (MOM-0011023).

- o   1734 Daytona P&L 2022-06.xlsx (MOM-0011026).
- o   1734 Daytona P&L 2022-07.xlsx (MOM-0011028).
- o   1734 Daytona P&L 2022-08.xlsx (MOM-0011030).
- o   1734 Daytona P&L 2022-09.xlsx (MOM-0011032).
- o   1734 Daytona P&L 2022-10.xlsx (MOM-0011039).
- o   1734 Daytona P&L 2022-11.xlsx (MOM-0011041).
- o   1734 Daytona P&L 2022-12.xlsx (MOM-0011043).
- o   1734 Daytona P&L 2023-01.xlsx (MOM-0011045).
- o   1734 Daytona P&L 2023-02.xlsx (MOM-0011046).
- Tampa Profit and Loss Statements, 2019-2022.
  - o   1728 Tampa Profit and Loss 2019-01.xlsx (MOM-0010942).
  - o   1728 Tampa Profit and Loss 2019-02.xlsx (MOM-0010945).
  - o   1728 Tampa Profit and Loss 2019-03.xlsx (MOM-0010946).
  - o   1728 Tampa Profit and Loss 2019-04.xlsx (MOM-0010948).
  - o   1728 Tampa Profit and Loss 2019-05.xlsx (MOM-0010952).
  - o   1728 Tampa Profit and Loss 2019-06 (1).xlsx (MOM-0010953).
  - o   1728 Tampa Profit and Loss 2019-07 (1).xlsx (MOM-0010954).
  - o   1728 Tampa Profit and Loss 2019-08.xlsx (MOM-0010956).
  - o   1728 Tampa Profit and Loss 2019-09.xlsx (MOM-0010958).
  - o   1728 Tampa Profit and Loss 2019-10 (1).xlsx (MOM-0010960).
  - o   1728 Tampa Profit and Loss 2019-11.xlsx (MOM-0010962).
  - o   1728 Tampa Profit and Loss 2019-12.xlsx (MOM-0010964).
  - o   1728 Tampa Profit and Loss 2020-01.xlsx (MOM-0010966).
  - o   1728 Tampa Profit and Loss 2020-02.xlsx (MOM-0010968).
  - o   1728 Tampa Profit and Loss 2020-03.xlsx (MOM-0010971).
  - o   1728 Tampa Profit and Loss 2020-04.xlsx (MOM-0010972).
  - o   1728 Tampa Profit and Loss 2020-05.xlsx (MOM-0010974).
  - o   1728 Tampa Profit and Loss 2020-06.xlsx (MOM-0010976).
  - o   1728 Tampa Profit and Loss 2020-07.xlsx (MOM-0010978).
  - o   1728 Tampa Profit and Loss 2020-08.xlsx (MOM-0010980).
  - o   1728 Tampa Profit and Loss 2020-09.xlsx (MOM-0010983).
  - o   1728 Tampa Profit and Loss 2020-10.xlsx (MOM-0010984).
  - o   1728 Tampa Profit and Loss 2020-11.xlsx (MOM-0010986).
  - o   1728 Tampa Profit and Loss 2020-12.xlsx (MOM-0010988).
  - o   1728 Tampa P&L 2021-01.xlsx (MOM-0010990).
  - o   1728 Tampa P&L 2021-02.xlsx (MOM-0010992).
  - o   1728 Tampa P&L 2021-03.xlsx (MOM-0010994).
  - o   1728 Tampa P&L 2021-04.xlsx (MOM-0010996).
  - o   1728 Tampa P&L 2021-05.xlsx (MOM-0010998).
  - o   1728 Tampa P&L 2021-06.xlsx (MOM-0011000).

- o   1728 Tampa P&L 2021-07.xlsx (MOM-0011003).
- o   1728 Tampa P&L 2021-08.xlsx (MOM-0011005).
- o   1728 Tampa P&L 2021-09.xlsx (MOM-0011006).
- o   1728 Tampa P&L 2021-10.xlsx (MOM-0011008).
- o   1728 Tampa P&L 2021-11.xlsx (MOM-0011010).
- o   1728 Tampa P&L 2021-12.xlsx (MOM-0011012).
- o   1728 Tampa P&L 2022-01 1.xlsx (MOM-0011015).
- o   1728 Tampa P&L 2022-02.xlsx (MOM-0011016).
- o   1728 Tampa P&L 2022-03.xlsx (MOM-0011018).
- o   1728 Tampa P&L 2022-04.xlsx (MOM-0011020).
- o   1728 Tampa P&L 2022-05.xlsx (MOM-0011022).
- o   1728 Tampa P&L 2022-06.xlsx (MOM-0011025).
- o   1728 Tampa P&L 2022-07.xlsx (MOM-0011027).
- o   1728 Tampa P&L 2022-08.xlsx (MOM-0011029).
- o   1728 Tampa P&L 2022-09.xlsx (MOM-0011031).
- o   1728 Tampa P&L 2022-10.xlsx (MOM-0011038).
- o   1728 Tampa P&L 2022-11.xlsx (MOM-0011040).
- o   1728 Tampa P&L 2022-12.xlsx (MOM-0011042).
- o   1728 Tampa P&L 2023-01.xlsx (MOM-0011044).
- o   1728 Tampa P&L 2023-02.xlsx (MOM-0011047).

**Defendant Expert Production**

- Loan data
  - o   000000_Original000302.xlsx
  - o   000000_Original064456.xlsx
  - o   000001_Original000469.xlsx
  - o   000001_Original064457.xlsx
  - o   000002_Original000937.xlsx
  - o   000002_Original064455.xlsx
  - o   000003_Original000406.xlsx
  - o   000004_Original000205.xlsx
  - o   000005_Original000170.xlsx
  - o   000006_Original000149.xlsx
  - o   000007_Original000253.xlsx
  - o   000008_Original000948.xlsx
  - o   000009_Original000949.xlsx
  - o   000010_Original000947.xlsx
  - o   000011_Original000946.xlsx
  - o   000012_Original000950.xlsx

- o   000013_Original000951.xlsx
- o   000014_Original000945.xlsx
- o   000015_Original000944.xlsx
- o   000016_Original000953.xlsx
- o   000017_Original000957.xlsx
- o   000018_Original000128.xlsx
- o   000019_Original000459.xlsx
- o   000020_Original000920.xlsx
- o   000021_Original000646.xlsx
- o   000022_Original000554.xlsx
- o   000023_Original000992.xlsx
- o   000024_Original000745.xlsx
- o   000025_Original000635.xlsx
- o   000026_Original000314.xlsx
- o   000027_Original000053.xlsx
- o   000028_Original000670.xlsx
- o   000029_Original000478.xlsx
- o   000030_Original000540.xlsx
- o   000031_Original000325.xlsx
- o   000032_Original000417.xlsx
- o   000033_Original000752.xlsx
- o   000034_Original000399.xlsx
- o   000035_Original000176.xlsx
- o   000036_Original000370.xlsx
- o   000037_Original000223.xlsx
- o   000038_Original000452.xlsx
- o   000039_Original000922.xlsx
- o   000040_Original000027.xlsx
- o   000041_Original000521.xlsx
- o   000042_Original000112.xlsx
- o   000043_Original000261.xlsx
- o   000044_Original000411.xlsx
- o   000045_Original000413.xlsx
- o   000046_Original000429.xlsx
- o   000047_Original000028.xlsx
- o   000048_Original000562.xlsx
- o   000049_Original000636.xlsx
- o   000050_Original000619.xlsx
- o   000051_Original000471.xlsx
- o   000052_Original000453.xlsx

- o  000000_Original064456.xlsx
- o  000001_Original064457.xlsx
- o  000002_Original064455.xlsx

**Other Documents Produced**

- Maryland Group Fundings 2019 thru May 2023.xlsx.
- "2024 Plan vs 2023 Plan," 2023-2024 Forecast_20220913_iteration 2_updated 9-14-2022 (10-28-2022 20 percent sensitivity).xlsx.pdf.
- "Corporate Margin 2019 – 2022," YSP -Corp Margin Calc 1728-1734 - 2019 Thru 2022 - v2.xlsx.
- "Financial Statements," MOM Financial Statements 2019-2022 - Forward Only.xlsx.
- "Financial Statements," MOM Financial Statements 2019- May 2023 - Forward Only.xlsx.
- "Hoboken, Tampa, and Daytona Summary," Hoboken, Tampa, and Daytona - 7.5.22.xlsx.
- 'Summary of Corporate Earnings Contribution from Tampa and Daytona Branches," (MOM-0003484).
- 'Summary of Corporate Earnings Contribution from Tampa and Daytona Branches," (MOM-0011035).
- "Tampa and Daytona Earnings Summary," Tampa and Daytona Earnings Summary.xlsx.
- St Louis Group Fundings 2019 thru May 2023.xlsx.
- "YSP Split Calculation," YSP Accrual Calculation - 2023-05.xlsx.

**Bloomberg Data**

- Discussion with customer support regarding region-specific data, June 9, 2023.
- Mortgage Bankers Association Forecasts.
- Mutual of Omaha Mortgage, Inc.
- Mutual of Omaha Surplus Bonds.
    - o  2006.
    - o  2010.
    - o  2014.
- Mutual of Omaha Mortgage Comps.
    - o  COOP.
    - o  IMPM.
    - o  MBIN.
    - o  OCN.
    - o  PFSI.

- o TFSL.
- o WSBF.

## S&P Capital IQ Data

- Discussion with customer support regarding mortgage origination forecast data, June 8, 2023.
- Equity Screening Report.
- Mutual of Omaha, Inc.
- SIC Code Mapping.

## Supplemental Public Data

- Board of Governors of the Federal Reserve System, "Selected Interest Rates (Daily) - H.15," https://www.federalreserve.gov/releases/h15/.
- Fannie Mae, "Housing Forecast: May 2023," https://www.fanniemae.com/media/47006/display.
- Federal Reserve Economic Data, "Consumer Price Index for All Urban Consumers: All Items in U.S. City Average (CPIAUCSL)," https://fred.stlouisfed.org/graph/?g=ANNk.
- Freddie Mac, "2022 Q4 Economic and Housing Market Outlook," https://www.freddiemac.com/research/docs/Oct_2022_Outlook_Public.xlsx.
- Kroll Cost of Capital Navigator.
- Moody's Analytics, "U.S. County Forecast Database," https://www.moodys.com/sites/products/ProductAttachments/Databases-County-Forecast-Brochure.pdf.
- Mortgage Bankers Association, "MBA Mortgage Finance Forecast Archives" (April 2, 2020; April 22, 2021; April 13, 2022; and May 19, 2023), https://www.mba.org/news-and-research/forecasts-and-commentary/mortgage-finance-forecast-archives.
- Mutual of Omaha, "Fixed Income Investor Presentation, March 2023," https://cdn.mutualofomaha.com/mutualofomaha/documents/pdfs/about/company_investor_deck_march_2023_vf.pdf.
- Mutual of Omaha Insurance Company, "Statutory Financial Statements," 2019-2022.
  - o https://cdn.mutualofomaha.com/documents/mutualofomaha/pdf/mutual-sap-2019-report.pdf.
  - o https://cdn.mutualofomaha.com/documents/mutualofomaha/pdf/mutual-sap-2020-report.pdf.
  - o https://cdn.mutualofomaha.com/mutualofomaha/documents/pdfs/about/mutual-sap-2021-report.pdf.

- o https://cdn.mutualofomaha.com/mutualofomaha/documents/pdfs/about/mutual-sap-2022-report.pdf.
- Phila_Fed Mortgage Origination Data (Historical, region-specific).csv.
- Tax Foundation, "State Corporate Income Tax Rates and Brackets for 2022," (January 18, 2022), https://taxfoundation.org/state-corporate-income-tax-rates-brackets-2022/
- Tax Policy Center, "State Corporate Income Tax Rates - 2002 to 2023" (March 24, 2023), https://www.taxpolicycenter.org/file/191436/download?token=ZRK44hjo.
- Urban Institute, "Housing Finance at a Glance, January 2023," https://www.urban.org/sites/default/files/2023-01/Housing%20Finance%20At%20A%20Glance%20Monthly%20Chartbook%20January%202023.pdf.

## Academic Articles and Textbooks

- Armstrong, Jon S. "Extrapolation for Time-Series and Cross-Sectional Data" in *Principles of Forecasting: A Handbook for Researchers and Practitioners* (Ed. Jon S. Armstrong). Boston, MA: Kluwer Academic, 2001.
- Armstrong, Jon S. "Role Playing: A Method to Forecast Decisions" in *Principles of Forecasting: A Handbook for Researchers and Practitioners* (Ed. Jon S. Armstrong). Boston, MA: Kluwer Academic, 2001.
- Finnerty, John D., Michael J. McAllister, Esq., Maureen M. Chakraborty (2006). "Calculating Damages in Broker Raiding Cases," *Stanford Journal of Law, Business & Finance* 11(2).
- Freedman, David, Robert Pisani, and Roger Purves. *Statistics*. New York: W.W. Norton, 1978.
- Hitchner, James R. "Financial Valuation: Applications and Models," 3rd ed. (Ed. James R. Hitchner). Hoboken, NJ: John Wiley & Sons, Inc., 2011, pp. 132-133, 139-140, 151-152.
- Lloyd, Terry and Rashell Young, "Calculating Lost Profits Damages to New Businesses," Chapter 6 in Roman L. Weil, Michael J. Wagner, and Peter J. Frank, *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed. John Wiley & Sons, New York, 2001, p.6.13.

## Other Documents

- A.M. Best Methodology, "Evaluating U.S. Surplus Notes" (April 2, 2014), https://www3.ambest.com/ambv/ratingmethodology/openpdf.aspx?ubcr=1&ri=1079.
- Business Wire, "Mutual of Omaha Bank and Prime Lending Announce Mortgage Joint Venture" (April 13, 2016),

https://www.businesswire.com/news/home/20160413006070/en/Mutual-of-Omaha-Bank-and-PrimeLending-Announce-Mortgage-Joint-Venture.

- Federal Reserve Bank of Minneapolis, "Consumer Price Index, 1913-," https://www.minneapolisfed.org/about-us/monetary-policy/inflation-calculator/consumer-price-index-1913-.

- HOUSINGWIRE, "CIT buying Mutual of Omaha Bank, but not its mortgage business" (August 14, 2019), https://www.housingwire.com/articles/49857-cit-buying-mutual-of-omaha-bank-but-not-its-mortgage-business/.

- Mutual of Omaha, "CIT to Acquire Mutual of Omaha Bank" (August 13, 2019), https://www.mutualofomaha.com/about/newsroom/article/cit-to-acquire-mutual-of-omaha-bank.

- Mutual of Omaha, "Affiliates," https://www.mutualofomaha.com/about/company-profile/affiliates.

- Mutual of Omaha, "Mutual of Omaha Mortgage Announces Strategic Acquisition of Keller Mortgage" (February 20, 2023), https://www.mutualofomaha.com/about/newsroom/article/mutual-of-omaha-mortgage-announces-strategic-acquisition-of-keller-mortgage.

- Mutual of Omaha, "Timeline," https://www.mutualofomaha.com/about/company-profile.

- Mutual of Omaha Mortgage, "Contact Us," https://www.mutualmortgage.com/about-us/contact-us/.

- Mutual of Omaha Mortgage, "Find a Mortgage Loan Originator or Branch Near You," https://www.mutualmortgage.com/about-us/loan-officer/.

- Mutual of Omaha Mortgage, "Our Story," https://www.mutualmortgage.com/about-us.

- PR Newswire,  "CIT Completes Acquisition of Mutual of Omaha Bank" (January 2, 2020),  https://www.prnewswire.com/news-releases/cit-completes-acquisition-of-mutual-of-omaha-bank-300980325.html.

- U.S. Bureau of Labor Statistics, "Consumer Price Index Frequently Asked Questions," https://www.bls.gov/cpi/questions-and-answers.htm.

# Appendix B

## *Curriculum Vitae*

## CANDICE L. ROSEVEAR

*Curriculum Vitae*

# CANDICE L. ROSEVEAR

July 2023

Global Economics Group
140 S. Dearborn, Suite 1000
Chicago, IL  60603
(312) 622-6757
crosevear@globaleconomicsgroup.com

**EMPLOYMENT**

**Global Economics Group, LLC**

Principal (2021-Present)
Vice President (2016-2021)
Director (2012-2016)

**Chicago Partners, LLC (presently Navigant Economics)**

Managing Consultant (2008-2011)
Associate (2007-2008)
Research Analyst (2006-2007)

**EDUCATION**

**M.B.A.**    **University of Chicago Booth School of Business, 2012**
Master of Business Administration with a concentration in Economics, Finance, Entrepreneurship, and Econometrics and Statistics

Teaching Assistant for Microeconomics in the M.B.A. Program

**B.S.**    **Indiana University Kelley School of Business (Indianapolis), 2006**
Bachelor of Science, *magna cum laude*, in Business
Minor in Philosophy

Honors thesis: *The Legal and Ethical Implications of Radio Frequency Identification (RFID) Technology*

Beijing Foreign Studies University - Beijing, China, 2005

**SELECT RESEARCH AND SPEAKING ENGAGEMENTS**

Author, "Knight Diversity of Asset Managers Research Series: Philanthropy, A Study to Assess the Representation of Firms Owned by Women and Racial or Ethnic Minorities Among Investment Firms Used by the Country's Top 55 Charitable Foundations," The John S. and James L. Knight Foundation, December 2022.

Author, "Knight Diversity of Asset Managers Research Series: Higher Education, Interim Release," The John S. and James L. Knight Foundation and New York University's Center for Business and Human Rights, June 2022.

Author, "Knight Diversity of Asset Managers Research Series: Ownership and Teams Diversity Metrics," The John S. and James L. Knight Foundation, April 2022.

Author, "Knight Diversity of Asset Managers Research Series: Philanthropy, A Study to Assess the Representation of Firms Owned by Women and Racial or Ethnic Minorities Among Investment Firms Used by the Country's Top 55 Charitable Foundations," The John S. and James L. Knight Foundation, September 2021.

Presenter, "Diversity, Equity, and Inclusion (DEI): How to Measure Workforce Diversity and Establish DEI Goals," Franczek, June 22, 2021.

Invited Panelist, "Loss Causation in a Bear Market: The Economists' Perspective," The Chicago Bar Association, June 30, 2020.

Author, "Diversity of Asset Managers in Philanthropy: A Study to Assess the Representation of Women and Racial or Ethnic Minorities Among Investment Firms Used by the Country's Top 50 Charitable Foundations," The John S. and James L. Knight Foundation, February 2020.

Invited Panelist, "Industry Leaders in Analytics," The University of Chicago Booth School of Business, November 9, 2019.

Co-Author, "The Digital Revolution: Bitcoin and the Future of Digital Assets," Blockchain, 2017.

Co-Author, "The Power of Parks: An Assessment of Chicago Parks' Economic Impact," The Chicago Park District, July 2014.

Contributing Researcher, "Radio Frequency Identification and Privacy Law: An Integrative Approach," 46 *American Business Law Journal* 1, Manning Magid, J., Tatikonda, M. V., and Cochran, P. L., 2009.

**TESTIMONIAL EXPERIENCE AND EXPERT REPORTS**

Arbitration Testimony of Candice L. Rosevear, March 2, 2022, in the Matter of Lindsey Rumer et al v. Richard Walker Restaurants, LLC, et al, The Superior Court for the State of California for the County of San Diego. Case No. 37-2020-00015608-CU-\OJT-CTL.

Deposition of Candice L. Rosevear, January 4, 2022, in the Matter of Jeremy Sorenson et al v. Delta Air Lines, Inc., The United States District Court for the Northern District of Georgia Atlanta Division. Case No. 1:17-cv-00541-ELR.

Expert Rebuttal Report of Candice L. Rosevear, December 8, 2021, in the Matter of Jeremy Sorenson et al v. Delta Air Lines, Inc., The United States District Court for the Northern District of Georgia Atlanta Division. Case No. 1:17-cv-00541-ELR.

Expert Rebuttal Report of Candice L. Rosevear, November 4, 2021, in the Matter of Marco Arellano et al v. Access Business Group LLC., The Superior Court for the State of California for the County of Los Angeles. Case No. 19STCV33430.

Declaration of Candice L. Rosevear, November 3, 2021, in the Matter of Marco Arellano et al v. Access Business Group LLC., The Superior Court for the State of California for the County of Los Angeles. Case No. 19STCV33430.

Expert Report of Candice L. Rosevear, October 8, 2021, in the Matter of Jeremy Sorenson et al v. Delta Air Lines, Inc., The United States District Court for the Northern District of Georgia Atlanta Division. Case No. 1:17-cv-00541-ELR.

Declaration of Candice L. Rosevear, May 26, 2021, in the Matter of Marco Arellano et al v. Access Business Group LLC., The Superior Court for the State of California for the County of Los Angeles. Case No. 19STCV33430.

Deposition of Candice L. Rosevear, May 14, 2021, in the Matter of James Zollicoffer and Norman Green et al v. Gold Standard Baking, Inc. and  Personnel Staffing Group, LLC., The United States District Court for the Northern District of Illinois Eastern Division. Case No. 13-C-1524.

Expert Rebuttal Report of Candice L. Rosevear, April 21, 2021, in the Matter of James Zollicoffer and Norman Green et al v. Gold Standard Baking, Inc. and Personnel Staffing Group, LLC., The United States District Court for the Northern District of Illinois Eastern Division. Case No. 13-C-1524.

Declaration of Candice L. Rosevear, March 11, 2021, in the Matter of Bryant Patton et al v. Midwest Construction Services, Inc., The United States District Court for the Central District of California. Case No. 2:19-cv-02580-JFW-MAA.

Declaration of Candice L. Rosevear, October 27, 2020, in the Matter of Windham et al and Marquez et al v. Golden Queen Mining Company, LLC., The Superior Court of the State of California for the County of Kern Metropolitan Division. Case No. BCV-18-102304/ BCV-19-102651.

Declaration of Candice L. Rosevear, October 20, 2020, in the Matter of Windham et al and Marquez et al v. Golden Queen Mining Company, LLC., The Superior Court of the State of California for the County of Kern Metropolitan Division. Case No. BCV-18-102304/ BCV-19-102651.

Declaration of Candice L. Rosevear, May 8, 2020, in the Matter of Claudia Barraza et al v. The Ritz-Carlton Hotel Company, The Superior Court of the State of California for the County of Orange. JCCP Case No. 4652.

Expert Report of Candice L. Rosevear, October 29, 2019, in the Matter of Laura Cota Olivas et al v. Peoplease, LLC et al., The Superior Court of the State of California for the County of Los Angeles. Case No. BC605055.

Expert Report of Candice L. Rosevear, June 14, 2019, in the Matter of David Kohl v. Trans High Corporation, The Supreme Court of the State of New York. Index No. 655200/2016.

Expert Report of Candice L. Rosevear, June 12, 2019, in the Matter of Marc Kramer et al v. American Bank and Trust Company et al., The United States District Court for the Northern District of Illinois Eastern Division. Case No. 11-CV-08758.

Expert Report of Candice L. Rosevear, August 29, 2018, in the Matter of Gerardo Ortega et al v. J.B. Hunt Transport, Inc., The United States District Court for the Central District of California Western Division. Case No. 2:07-CV-08336-RGK-AFM.

Expert Report of Candice L. Rosevear, August 15, 2018, in the Matter of Gerardo Ortega et al v. J.B. Hunt Transport, Inc., The United States District Court for the Central District of California Western Division. Case No. 2:07-CV-08336-RGK-AFM.

Expert Report of Brendan P. Burke and Candice L. Rosevear, August 3, 2018, in the Matter of Gerardo Ortega et al v. J.B. Hunt Transport, Inc., The United States District Court for the Central District of California Western Division. Case No. 2:07-CV-08336-FMC-JCx.

Declaration of Brendan P. Burke and Candice L. Rosevear, July 9, 2018, in the Matter of Gerardo Ortega et al v. J.B. Hunt Transport, Inc., The United States District Court for the Central District of California Western Division. Case No. 2:07-CV-08336-FMC-JCx.

**REPRESENTATIVE ECONOMIC CONSULTING EXPERIENCE**

**Labor and Discrimination**

o Employment discrimination matters, including disparate impact and disparate treatment class action litigation, and various wage and hour matters, including FLSA class actions and PAGA representative actions.

o Expertise includes:
- Disparate impact analysis.
- Logistic and multivariate linear regression models to quantify the effects of candidate and employee characteristics on hiring, promotion, salary growth, and reductions in force.
- Analysis of various human resource data, timecard, building access, and driving distance data to address liability and estimate penalties and damages.
- Compensation audits.
- Development and analysis of organizational diversity (DEI) metrics.

**Valuation**

o Projects involving the valuation of complex financial instruments, closely held businesses, executive compensation packages, and compensatory loss in medical malpractice.

o Developed a process to estimate the economic value of park district assets as part of a *pro bono* consulting engagement with the Chicago Park District and the Office of the Mayor. The process includes geospatial analysis of GIS data and hedonic price modeling of housing prices.

o Conducted market concentration and impact analysis for a national health food chain as part of merger and acquisition (M&A) matter.

o Expertise includes:
- Black-Scholes, binomial trees, and Monte Carlo methods.
- Traditional valuation methods, including market-, asset-, and income-based analysis.
- Entrepreneurial finance, including market valuation and resource allocation for new companies.

**Securities Fraud and Market Manipulation**

o Securities fraud class action and market manipulation matters.

o Expertise includes:
- Tests for market efficiency, loss causation, and price impact.

- ▪ Calculation of class-wide damages under 10(b)-5 and Section 11.
- ▪ Financial and econometric modeling to analyze volatility and pricing behavior for various securities in a wide range of markets, applying, for example, market models, intraday event studies, GARCH models and statistical tests for structural breaks.
- ▪ Design and application of econometric and statistical models to detect market manipulation such as cartel behavior, price-fixing, and bid-rigging in various commodities markets and rate setting environments such as LIBOR.

**Data Analytics and Coding**

- o Proficient in SAS, SQL, Stata, Python, and R coding languages and software.

- o Extensive experience building, managing, and analyzing large and complex multi-dimensional databases on high profile, data-intensive projects, including the *AMD v. Intel* antitrust litigation.

- o Extensive experience designing financial, statistical, and econometric models.

**COMMUNITY, AFFILIATIONS, AND AWARDS**

Board of Directors, Old Town School of Folk Music, 2019-Present
Finance Committee Chair, Old Town School of Folk Music, 2021-Present
Beta Gamma Sigma Academic Honor Society
Kelley School of Business Director's Advisory Board, 2004-2006
Kelley School of Business Dean Selection Committee, 2004-2005
NCAA Student Athletic Advisory Committee, 2003
J. Dwight Peterson Key Award: awarded annually to the top business student, 2005