# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

|  |  |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) ) Civil Action No. 22-CV-01660 |
|  | ) |
| Plaintiff, | ) **PLAINTIFF MUTUAL OF OMAHA** |
|  | ) **MORTGAGE, INC.'S MOTION FOR** |
| v. | ) **LIMITED EXTENSION OF THIRTY (30)** |
|  | ) **ADDITIONAL DAYS TO CONDUCT** |
| WATERSTONE MORTGAGE | ) **TWO (2) DEPOSITIONS** |
| CORPORATION, | ) |
|  | ) |
| Defendant. | ) |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") requests that this Court enter an Order granting a limited thirty (30) day extension of time to conduct the two depositions of Defendant Waterstone Mortgage Corporation's ("Defendant") designated 30(b)(6) corporate representative and its expert witness, Steven Oscher. In support thereof, Plaintiff states:

1.    Discovery is currently set to close in this case on July 31, 2023.  ECF No. 68.

2.    Both Parties have been diligently working to finalize the remaining depositions and complete outstanding requests for discovery ahead of the discovery close deadline.

3.    On June 26, 2023, Plaintiff served Defendant with its Notice of Waterstone's 30(b)(6) Representative and its Notice of Deposition with Mr. Oscher.

4.     The Parties attempted to coordinate scheduling for several weeks before finalizing dates of the remaining deponents on July 13, 2023.  The only day that Defendant made available its expert witness available for his deposition was Friday, July 28, 2023, and for the corporate representative was either on July 26, 2023 or July 31, 2023.

5.     However, due to a combination of airplane schedules and childcare responsibilities Plaintiff's counsel cannot do the depositions on those dates.

6.     Defendant's counsel offered August 3, 2023 as a date on which to conduct *both* depositions; however, Plaintiff's counsel is committed to a proceeding on another matter on that day.

7.     To date, Defendant's counsel has not offered additional dates.  She informed Plaintiff's counsel that both she and Mr. Oscher will not be available until later in August.

8.     Additionally, Plaintiff served Defendant with its Third Set of Document Requests on June 26, 2023, with the deadline to produce being July 26, 2023. Plaintiff served Defendant with these Requests after conducting the depositions of Dwayne Hutto and Christopher Smith and learning that Defendant still possessed documents and information that are relevant to this action.  Without this information, Plaintiff will be highly prejudiced in conducting the depositions of Defendant's 30(b)(6) corporate representative and Mr. Oscher.

9. Given Plaintiff's counsels' scheduling demands and the outstanding documents requests, Plaintiff respectfully requests an additional thirty (30) days *for the limited purpose* of conducting the two depositions of Defendant's 30(b)(6) corporate representative and Mr. Oscher.

10. This request is not made for purposes of delay, and Plaintiff is not requesting the extension of any other deadline. This request is solely made for an additional thirty (30) days for the limited purpose of conducting the two depositions, until August 30, 2023.

11. Further, Plaintiff does not believe it is necessary to move the dispositive motion deadline.

12. This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Plaintiff respectfully requests that this Court allow an additional thirty (30) days, until Wednesday, August 30, 2023, to conduct the depositions of Defendant's 30(b)(6) corporate representative and Mr. Oscher.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel attempted to confer with Defendant's counsel. At the time of filing this Motion, lead counsel for Defendant had not yet responded. The Parties have been working together for weeks in an attempt to schedule the final depositions before the close of discovery; however, given that

3

discovery closes on July 31, 2023, and Defendant's counsel has not yet provided additional dates, Plaintiff is left with no choice but to file the Motion at this time.

Dated:    Washington, D.C.
          July 21, 2023

MITCHELL SANDLER LLC

By: */s/ Courtney E. Walter*

Ari Karen (admitted *pro hac vice*)
Christopher L. McCall (admitted *pro hac vice*)
Courtney E. Walter
1120 20th Street N.W., Suite 725
Washington, D.C.  20036
Email:  cmccall@mitchellsandler.com
Email:  cwalter@mitchellsandler.com
Telephone:  (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.

John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida  33602
Primary email:  jschifino@gunster.com
Secondary email: eservice@gunster.com
Telephone:  (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*