IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC. <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**DEFENDANT WATERSTONE MORTGAGE CORPORATION'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A THIRTY DAY EXTENSION OF DISCOVERY**

Mutual's poor planning is not grounds to extend the deadline to conduct discovery until the August 31, 2023 dispositive motion deadline. Mutual waited until the final month of the case, which has been pending for more than a year, to notice seven depositions, including key depositions. Waterstone's counsel accommodated the request and came to an agreed upon schedule to timely conduct all the depositions. To do so, Waterstone's lead counsel moved a July 25, 2023 mediation in New York to August, which involved changing the date and travel for numerous parties; Waterstone obtained the admission of additional counsel, Emma Jewell, on July 13, 2023 to assist in covering the depositions (see Dkt. 74 and 75); lead Waterstone counsel cancelled plans for a family outing; and Waterstone engaged with its local counsel to also assist in the depositions, if need be.

1

While Waterstone was not able to provide an array of date options to conduct all the depositions requested, that was due to the limited number of days left in the discovery and the large number of depositions Mutual requested. Nevertheless, by July 13, 2023, the parties came to an agreed upon deposition schedule, and Mutual noticed the deposition of Waterstone's damages expert, Steve Oscher, and Waterstone's Rule 30(b)(6) corporate representative for July 28, 2023 (Oscher) and July 31, 2023 (Waterstone). See Exhibit 1.

Days later, on July 18, 2023, Mutual's counsel indicated the Oscher and Waterstone depositions needed to be moved because one of its attorneys, Courtney Walter, would be out of the country and another of its attorneys, Ari Karen, had his daughter coming home on July 28 after being away all summer, such that he was facing scheduling conflicts with childcare. See Exhibit 2. While it seems Mr. Karen and Ms. Walter would have known of both conflicts for some time, Waterstone offered to conduct the depositions on August 3, 2023 (assuming a short extension of the discovery schedule would be procured, and that date worked for both witnesses). Mutual rejected that option.

Waterstone explored other availability but has now moved several matters to August in effort to accommodate the agreed upon July deposition schedule, such that resetting the depositions is not easy. As such, on July 20, 2023, Waterstone asked if Mutual's other lead counsel, Christopher McCall could take the Oscher and Waterstone depositions on the dates previously noticed. Mr. McCall has taken one of the key depositions for Mutual already and argued both of the contested motions

for Mutual (Waterstone's motion to dismiss (Dkt. 25, 40) and Waterstone's motion to compel discovery (Dkt. 42, 61). Mutual never responded to the inquiry and instead filed the pending motion for a 30-day extension.

    Waterstone is willing to accommodate a limited extension of discovery as to the deposition of its corporate representative, who is available August 2, 2023 after 12:00 p.m., August 3 any time, or August 7 at 3:00 p.m. The Waterstone corporate representative is unavailable August 11-21, 2023. In addition, Waterstone's counsel does not have greater availability in early August due to the rescheduled New York mediation referenced above and other work demands, including matters set in August to accommodate the Mutual depositions. Waterstone does not oppose an extension of discovery assuming Mutual can take the deposition on August 2, 3, or 7, remotely as previously noticed, but opposes Mutual taking the deposition in late August, as Waterstone plans to file a summary judgment motion and will factor in whether its representative's testimony impedes its arguments.

    As for the deposition of Mr. Oscher, he has a family vacation set the first two weeks of August and has depositions or hearings set already for August 14, 15, and 16. He is available August 18 or 22, 2023, but those dates are nine business days or less from the August 31, 2023 dispositive motion and Daubert motion deadline. Waterstone is concerned about conducting such an important deposition that may bear on the scope of its August 31, 2023 filings (which will be robust) so late in the case, particularly when Mr. Oscher's report issued June 5, 2023. As such, without further extending the deadline for Waterstone's summary judgment and Daubert

3

motions, Waterstone opposes an extension of discovery as to Mr. Oscher's deposition.

Dated this 24th day of July, 2023.    Respectfully Submitted,

s/*Maria L. Kreiter*
Maria Kreiter (*Admitted PHV*)
mkreiter@gklaw.com
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)

Scott McLaren (FBN: 414816)
Scott.mclaren@hwhlaw.com
Carolina Y. Blanco (FBN: 0098878)
Carolina.blanco@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)

*Attorneys for Defendant Waterstone Mortgage Corporation*