| | |
|---|---|
| **From:** | Courtney Walter <cwalter@mitchellsandler.com> |
| **Sent:** | Wednesday, July 19, 2023 3:28 PM |
| **To:** | Kreiter, Maria |
| **Cc:** | Ari Karen; Jewell, Emma; Chris McCall |
| **Subject:** | RE: Mutual of Omaha v. Waterstone - Deposition Extension [GK-Active.FID3206660] |

**[EXTERNAL] This message originated from outside your domain.**

Unfortunately, August 3 won't work for that. Can you let us know when in August you may potentially be available?

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Wednesday, July 19, 2023 10:11 AM
**To:** Courtney Walter <cwalter@mitchellsandler.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Jewell, Emma <EJewell@gklaw.com>; Chris McCall <cmccall@mitchellsandler.com>
**Subject:** RE: Mutual of Omaha v. Waterstone - Deposition Extension [GK-Active.FID3206660]

Courtney:

Could you do both depositions remotely on August 3? I have not checked that date with the witnesses, but I have a full calendar (I moved a number of matters to August to accommodate the July deposition schedule for this case) and do not currently have other availability until later in August. I also assume it would be doable to have a half day for these witnesses. Let me know.

Thanks,

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN**

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Courtney Walter <cwalter@mitchellsandler.com>
**Sent:** Tuesday, July 18, 2023 8:31 PM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Jewell, Emma <EJewell@gklaw.com>; Chris McCall <cmccall@mitchellsandler.com>
**Subject:** RE: Mutual of Omaha v. Waterstone - Deposition Extension [GK-Active.FID3206660]

**[EXTERNAL] This message originated from outside your domain.**

Sure. I will be out of the country returning on August 1, and Ari's daughter is returning home on July 28 after being away all summer, so he is facing scheduling conflicts with childcare.

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Tuesday, July 18, 2023 8:36 PM
**To:** Courtney Walter <cwalter@mitchellsandler.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Jewell, Emma <EJewell@gklaw.com>; Chris McCall

EXHIBIT 2

<cmccall@mitchellsandler.com>

**Subject:** RE: Mutual of Omaha v. Waterstone - Deposition Extension [GK-Active.FID3206660]

Courtney:

I will discuss this with my client; can you provide additional detail.

Thanks,

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com



This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

---

**From:** Courtney Walter <cwalter@mitchellsandler.com>
**Sent:** Tuesday, July 18, 2023 4:10 PM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Jewell, Emma <EJewell@gklaw.com>; Chris McCall <cmccall@mitchellsandler.com>
**Subject:** Mutual of Omaha v. Waterstone - Deposition Extension

**[EXTERNAL] This message originated from outside your domain.**

Maria:

We need to reschedule the depositions of Waterstone's 30(b)(6) corporate representative and Mr. Oscher due to personal and scheduling conflicts.  As such, we intend to ask the Court for an additional ten (10) days to conduct the depositions.  We do not intend to request an extension of any other deadline.  Please let me know if you oppose, or if you would like to discuss further.

Thank you,

Courtney

**COURTNEY E. WALTER**
Senior Associate
cwalter@mitchellsandler.com
(o) (202) 240-7135
(m) (215) 688-0834



1120 20th Street, NW, Suite 725
Washington, DC 20036
202-886-5260
info@mitchellsandler.com

---

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.