# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) <br> ) Civil Action No. 22-CV-01660 <br> ) |
| Plaintiff, | ) **NOTICE OF MEDIATION** <br> ) |
| v. | ) <br> ) |
| WATERSTONE MORTGAGE CORPORATION, | ) <br> ) <br> ) |
| Defendant. | ) |

PLEASE TAKE NOTICE THAT Plaintiff, Mutual of Omaha Mortgage, Inc. and Defendant, Waterstone Mortgage Corporation, will attend an in-person mediation as set forth below:

**Date:** Thursday, July 27, 2023

**Time:** 12:00 P.M.

**Name of Mediator:** Christopher Griffin
Griffin Mediation
4006 S. MacDill Avenue
Tampa, Florida 33611

Dated: Washington, D.C.
July 24, 2023

        MITCHELL SANDLER LLC

        By: */s/ Courtney E. Walter*

        Ari Karen (admitted *pro hac vice*)
        Christopher L. McCall (admitted *pro hac vice*)
        Courtney E. Walter
        1120 20th Street N.W., Suite 725
        Washington, D.C. 20036
        Email: akaren@mitchellsandler.com
        Email: cmccall@mitchellsandler.com
        Email: cwalter@mitchellsandler.com
        Telephone: (202) 886-5292

        GUNSTER, YOAKLEY & STEWART, P.A.

        John A. Schifino
        Florida Bar No. 0072321
        401 East Jackson Street, Suite 1500
        Tampa, Florida 33602
        Primary email: jschifino@gunster.com
        Secondary email: eservice@gunster.com
        Telephone: (813) 739-6962

        *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*