**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:22-cv-1660-TPB-JSS | DATE: July 27, 2023 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Ari Karen<br><br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter & Carolina Blanco |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 10:09 – 11:25 a.m.<br>**TOTAL:** 1 hr. 16 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** MOTION HEARING

Court hears arguments on Defendant's Motion in Limine (Doc. 72) – denied without prejudice. Order to follow.

Defendant's motion to strike rebuttal expert (Doc 84) – denied. Order to follow.