UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DISTRICT

**MUTUAL OF OMAHA MORTGAGE, INC.,**

    Plaintiff,                                            Case No. 8:22-cv-01660-TPB-JSS

vs.

**WATERSTONE MORTGAGE CORPORATION,**

    **Defendant.**
_____

## MEDIATION REPORT

In accord with the mediation order, mediation occurred on **July 27, 2023.**

(a)    The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __√__                  All individual parties and their respective trial counsel.

    __√__                  Designated corporate representatives.

    __**n/a**__               Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:  **None.**

(c)    The result of the mediation:

|  |  |
|---|---|
| _____ | <u>The action completely settled</u>.  In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the Mediator. |

Comments:

|  |  |
|---|---|
| _____ | <u>The action partially resolved.</u>  Lead counsel must file within ten days a joint stipulation resolving the settled claims.  The following issues remain: |

Comments:

|  |  |
|---|---|
| \_\_\_\_\_ | <u>The action neither settled nor failed to settle.</u> |
| √ | <u>The parties failed to settle</u>. |

Reported on July 31, 2023, in Tampa, Florida.

    /s/ Christopher L. Griffin
Christopher L. Griffin, Mediator
Florida Mediator Number 35934R
Griffin Mediation, LLC
4006 S. MacDill Avenue
Tampa, FL  33611
(813) 314-7449
chris@chrisgriffinmediation.com

cc:  Counsel of record (via CM/ECF)