| | |
|---|---|
| **From:** | Courtney Walter <cwalter@mitchellsandler.com> |
| **Sent:** | Monday, May 15, 2023 10:21 AM |
| **To:** | Kreiter, Maria |
| **Cc:** | Chris McCall; Carolina Blanco; Schifino, John; Scott McLaren; Jewell, Emma |
| **Subject:** | Mutual of Omaha v. Waterstone: Next week's depositions |

**[EXTERNAL] This message originated from outside your domain.**

Maria:

Due to unforeseen personal circumstances, we are no longer able to move forward with the depositions of Dwayne Hutto and Christopher Smith next week. We apologize for the inconvenience. We are available on June 12-13 or 15-16 to reschedule. Please let us know if those dates work for you.

Thank you,

Courtney

## COURTNEY E. WALTER

Senior Associate
cwalter@mitchellsandler.com
(o) (202) 240-7135
(m) (215) 688-0834



1120 20th Street, NW, Suite 725
Washington, DC 20036
202-886-5260
info@mitchellsandler.com

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*



EXHIBIT 5