UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.,

    Plaintiff,

v.                                                       Case No: 8:22-cv-1660-TPB-JSS

WATERSTONE MORTGAGE CORPORATION,

    Defendant.
_____/

**<u>ORDER</u>**

    Plaintiff moves for a 30-day extension of the discovery deadline for the limited purpose of conducting two additional depositions. (Motion, Dkt. 79.) Plaintiff asserts that due to scheduling issues, it was unable to conduct the depositions prior to the July 31, 2023 discovery deadline. (*Id.*) Defendant filed a response in opposition (Dkt. 80), and the court held a hearing on the Motion on August 4, 2023. During the hearing, Defendant represented that it agrees to extend the discovery deadline to conduct the two depositions, subject to an extension of the dispositive motion deadline. Upon consideration, Plaintiff's Motion is granted.

    Courts enjoy broad discretion in deciding how to best manage the cases before them. *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) (citing *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997)). In exercising this discretion, a court may extend the time concerning when an act must be done

within a specific time if the request is made before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A). Moreover, a scheduling order may be modified or extended upon a showing of good cause with the consent of the court. Fed. R. Civ. P. 16(b)(4). Here, Plaintiff's Motion was timely filed, and the court finds good cause to extend the discovery deadline. Additionally, the court finds good cause to extend the dispositive motion deadline until September 29, 2023, as requested by the parties, and with the consent of the presiding district judge.

Accordingly:

1. Plaintiff's Motion for Limited Extension of Thirty (30) Additional Days to Conduct Two (2) Depositions (Dkt. 79) is **GRANTED**.

2. The discovery deadline is extended until August 30, 2023 to allow for Plaintiff to conduct the depositions of Defendant's Rule 30(b)(6) corporate representative and Defendant's expert Mr. Steven Oscher. The parties are directed to confer regarding scheduling the depositions.

3. The dispositive motion deadline is extended until September 29, 2023.

**ORDERED** in Tampa, Florida, on August 4, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record