UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation
8:22-cv-1660-TPB-JSS

| **Date**: August 4, 2023 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 11:06 AM–11:37 AM \| Total: 31 Mins | **Deputy Clerk**: Clara Reaves |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Courtney Walker, Esq. | Maria Kreiter, Esq. |
|  | Carolina Blanco, Esq. |
|  | Emma Jewell, Esq. |

| **Motion Hearing (Zoom)** |
|---|
| All parties appear and consent via zoom video. |
| Matter is before the court on Plaintiff's Motion for Sanctions (Dkt. 78) and Motion for Extension of time (Dkt. 79) |
| Court hears argument by counsel. |
| Court takes issues under advisement. Will enter order. |
| Court in recess. |