**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:22-cv-1660-TPB-JSS | DATE: August 23, 2023 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORP.** | **PLAINTIFF COUNSEL:**<br>Courtney Walter<br><br>**DEFENDANT COUNSEL:**<br>Maria Kreiter |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 1:53 – 2:07 p.m.<br>**TOTAL:** 14 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:**   CASE MANAGEMENT CONFERENCE

Mediation resulted in an impasse. Plaintiff directed to file a summary judgment motion re: damages within 30 days.

Case Management Conference set 12/13/2023 at 1:30 p.m. Notice to follow.