## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) |
| | ) Civil Action No. 22-CV-01660 |
| | ) |
| Plaintiff, | ) **NOTICE TO THE COURT OF** |
| | ) **RESCHEDULING EXPERT WITNESS** |
| v. | ) **DEPOSITION AND PLAINTIFF'S** |
| | ) **UNOPPOSED MOTION FOR** |
| WATERSTONE MORTGAGE | ) **EXTENSION OF TIME TO FILE** |
| CORPORATION, | ) **DISPOSITIVE MOTION** |
| | ) |
| Defendant. | ) |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") hereby files this Notice informing the Court of Defendant's rescheduling of a deposition that extends beyond the close of discovery in this case. Plaintiff further requests that this Court enter an Order granting an extension of time to file its dispositive motion for damages. In support thereof, Plaintiff states:

1.      On August 4, 2023, the Court entered an Order extending the discovery deadline until August 30, 2023, to allow for Plaintiff to conduct the depositions of Defendant's 30(b)(6) corporate representative and Defendant's expert witness, Mr. Steven Oscher. D.E. 90.

2.      The Parties have since completed the deposition of Defendant's 30(b)(6) corporate representative.

3.     Pursuant to the Parties' joint agreement, the deposition of Mr. Oscher was scheduled to take place on August 31, 2023.

4.     However, due to Hurricane Idalia and Mr. Oscher being in Tampa, Florida, Defendant's counsel informed the undersigned that Mr. Oscher would need to cancel the deposition due to hurricane preparations.

5.     The deposition is now rescheduled for September 18, 2023.

6.     Given that this deposition falls outside this Court's imposed discovery deadline, Plaintiff's counsel wished to inform the Court of this change.

7.     Further, at the Case Management Conference on August 23, 2023, the Court ordered Plaintiff to move for summary judgment on damages within 30 days. D.E. 94.  That deadline is currently set for September 22, 2023.

8.     Due to the rescheduling of Defendant's expert witness deposition, and the need to review, analyze, and incorporate this expert's testimony into Plaintiff's dispositive motion on summary judgment as it directly relates to damages, Plaintiff respectfully requests a 21-day extension to file its dispositive motion—until October 13, 2023.

9.     Plaintiff has conferred with counsel for Defendant's counsel, who does not oppose this request.

10.     This request is not made for the purpose of delay, and Plaintiff is not requesting the extension of any other deadline.

11.     This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Plaintiff respectfully requests that this Court allow an additional twenty-one (21) days, until October 13, 2023, to file its dispositive motion on damages in the case.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Defendant's counsel who does not oppose this request.

Dated:    Washington, D.C.
           September 5, 2023

MITCHELL SANDLER LLC

By:  */s/ Courtney E. Walter*

Ari Karen (admitted *pro hac vice*)
Christopher L. McCall (admitted *pro hac vice*)
Courtney E. Walter
1120 20th Street N.W., Suite 725
Washington, D.C.  20036
Email:  cmccall@mitchellsandler.com
Email:  cwalter@mitchellsandler.com
Telephone:  (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.

John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida  33602
Primary email:  jschifino@gunster.com
Secondary email: eservice@gunster.com
Telephone:  (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*