# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) |
| | ) Civil Action No. 22-CV-01660 |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S UNOPPOSED MOTION** |
| | ) **FOR SEVEN ADDITIONAL DAYS TO** |
| v. | ) **FILE DISPOSITIVE MOTION** |
| | ) |
| WATERSTONE MORTGAGE CORPORATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") hereby files this Unopposed Motion for Seven Additional Days to file its dispositive motion for damages. In support thereof, Plaintiff states:

1. At the Case Management Conference on August 23, 2023, the Court ordered Plaintiff to move for summary judgment. D.E. 94. The deadline to file this Motion is currently October 13, 2023.

2. Due to the complexity of this Motion and undersigned counsel's current travel commitments, Plaintiff respectfully requests an additional (7) days to file its Motion, making that deadline October 20, 2023.

3. Plaintiff has conferred with counsel for Defendant's counsel, who does not oppose this request. In return, Defendant requested an additional seven (7) days

to file its Response, making that deadline November 17, 2023. Plaintiff agrees to that reciprocal request given Plaintiff's requested extension.

4. This request is not made for the purpose of delay, and Plaintiff is not requesting the extension of any other deadline.

5. This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Plaintiff respectfully requests that this Court allow an additional seven days (7), until October 20, 2023, to file its dispositive motion on damages in the case, and until November 17, 2023 for Defendant to file its response.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Defendant's counsel who does not oppose this request.

Dated:   Washington, D.C.
          October 7, 2023

          MITCHELL SANDLER LLC

          By: */s/ Courtney E. Walter*

          Ari Karen (admitted *pro hac vice*)
          Christopher L. McCall (admitted *pro hac vice*)
          Courtney E. Walter
          1120 20th Street N.W., Suite 725
          Washington, D.C.  20036
          Email:  cmccall@mitchellsandler.com
          Email:  cwalter@mitchellsandler.com
          Telephone:  (202) 886-5292

          GUNSTER, YOAKLEY & STEWART, P.A.

          John A. Schifino
          Florida Bar No. 0072321
          401 East Jackson Street, Suite 1500
          Tampa, Florida  33602
          Primary email:  jschifino@gunster.com
          Secondary email: eservice@gunster.com
          Telephone:  (813) 739-6962

          *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*