# **EXHIBIT E**

| | |
|---|---|
| From: | Dustin Owen <dowen@waterstonemortgage.com> |
| Sent: | 10/8/2021 12:59:58 PM -0500 |
| To: | dwayne.hutto@yahoo.com |
| CC: | David Holbrook <dholbrook@waterstonemortgage.com>; Ben Davis <bdavis@waterstonemortgage.com>; Michael Smalley <msmalley@waterstonemortgage.com>; Dustin Owen <dowen@waterstonemortgage.com> |
| Subject: | Additional Info Regarding Waterstone Mortgage Corp. |
| Attachments: | Post Closing Campaign.pdf; Jungo 7-Mo. Prospect Campaign.pdf; Jungo In Process Campaign Schedule and Content.pdf |

Dwayne,

In case you are not enjoying yourself while on your buddy's yacht, I thought it could not hurt to stuff your in-box with a basic overview of who Waterstone is from a corporate standpoint as well as give you some examples of the things we do on behalf of our originators to allow them to achieve their production goals and be better partners to their referral sources.

For a good overview of Waterstone, the company, I invite you to check out this interactive flipbook our marketing department as put together. You can access the info by clicking: http://www.waterstonemortgagedifference.com. (Heads up, it will take a moment to load.)

In terms of how we look to support our sales teams, I'll ask you to open the three attachments and to see below. These attachments cover the three marketing campaigns we do on behalf of our LO's which are:

- We have a campaign to market to prospects. (prospects are people who have not yet made formal loan application)
- We have a campaign for when a loan is in process.
- We have a campaign for once the loan has closed.

We co-brand these campaigns with the referring Realtor when applicable and use texts and e-mails to communicate. The "In-Process" and "Post-Close" campaigns include texts / e-mails to the Buyers Agent and Listing Agent (BA / LA).

When an LO joins our team, they essentially have a built-in, company paid marketing / sales assistant. Meaning, many other companies would either make the LO do certain tasks themselves or make the LO hire an LOA to do certain tasks. When an LO works for us, we have a team in place, along with the systems, that do these tasks for them. (i.e. data-base management, drip marketing, in-process file communication etc.)

CONFIDENTIAL
WMC003673

==\*The purpose of these campaigns is to help our LO's capture and close more business and generate more referrals from current and past clients.\*==

Let me know if you have any questions.

Again, we are looking forward to diving deeper with you on the 21st and focusing more on what you are looking for in terms of career growth and opportunity. The above and attached is just a little about us so that when we meet we can focus more on you and your answering your questions.

Sincerely,

**Dustin Owen, CMB®**

**Regional Vice President - Southeast**

NMLS #322926

2699 Lee Road, Suite 600 Winter Park, FL 32789

Office: 407.645.6363 Mobile: 407.497.8655

Email: DOwen@WaterstoneMortgage.com

Website: DustinOwen.com

*Host of "The Loan Officer Podcast"*

    

 

CONFIDENTIAL WMC003674

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #166434) is a wholly ownedsubsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressees. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.