# **<u>EXHIBIT G</u>**

Chris Wolf

-via e-mail-


April 20th, 2022


Dear Chris,


We are very pleased to offer you a position with Waterstone Mortgage Corporation ("Waterstone Mortgage"). This offer of employment is conditioned on your satisfactory completion of certain requirements, as more fully explained in this letter, which override anything said to you during any discussions about your employment with Waterstone Mortgage.

At Waterstone Mortgage, we are a team that works together to deliver the best mortgage experience – from the very beginning of the process to after the closing. We treat our customers and business partners, and each other, with the utmost respect. Because of our values, ethics, and integrity, we are unparalleled in our industry. We stand out in our community because of our complete focus on quality and exceptional customer care. We are thrilled you have chosen to work with us.

You will be hired as a Producing Sales Manager effective March 27th, 2022. You will be assigned to Waterstone Mortgage's office in Ormond Beach, FL. You will be paid a salary of $6,000.00 per month, subject to all withholdings and deductions as required by law. This salary is considered non-recoverable and will not be recovered against commissions.

You will also be paid commission at the Commission Rate set forth below on loans closed and funded in accordance with the terms of your Waterstone Mortgage Employment Agreement. Commissions will be paid in arrears on either the 15th or the last business day of the month. Your Base Salary is considered to be recoverable and will be recovered from your commission payments.

Commission Rate:

- 125 bps of closed and funded loan volume, based on personal production

Deduction:

- 10bps per closed and funded loan file, based on personal production

You will be subject to a minimum commission of $500.00 per loan and a maximum commission of $8,000.00 per loan.

Additionally, you will also receive a team override on closed and funded loan volume based on the production of your team, in accordance with the following retroactive tier (personal production will not count toward this override):

WMC005264

- $0.00 - $5,00,000.00: 0 bps
- $5,00,001.00 - $6,000,000.00: 7 bps
- $6,000,001.00 - $7,000,000.00: 8 bps
- $7,000,001.00 - $7,500,000.00: 8.5 bps
- $7,500,001.00 - $8,000,000.00: 10 bps
- $8,000,001.00 - $8,500,000.00: 12 bps
- $8,500,001.00 - $9,000,000.00: 13 bps
- $9,000,001.00 - $9,500,000.00: 14 bps
- $9,500,001.00 - $10,000,000.00: 15 bps
- $10,000,001.00+: 16 bps

We are proud to offer a comprehensive benefits package including group medical, dental & vision insurance, and more. You may be eligible for these benefits beginning the first of the month following 60 days of employment which is expected to be July 1, 2022.

With the acceptance of this offer, you agree to devote your full business time, attention, and best efforts to the performance of your duties with Waterstone Mortgage. Your employment will be at-will, meaning that you or Waterstone Mortgage may terminate the employment relationship at any time, with or without cause, and with or without notice. At all times during the duration of your employment with Waterstone Mortgage, you will remain subject to the terms in your Employment Agreement and all employment and other policies of Waterstone Mortgage applicable to Loan Originators, as outlined in Waterstone Mortgage's Employee Handbook and elsewhere.

This employment offer is contingent upon:

    a. Completion of the Waterstone Mortgage employment application and all related documentation, including, but not limited to, the Waterstone Mortgage Certification & Affirmation.

    b. Verification of your right to work in the United States.

    c. Satisfactory completion of a background investigation, for which the required notice and consent forms are attached to this letter.

    d. Your execution of a Waterstone Mortgage Employment Agreement.

    This offer will be withdrawn if any of the above conditions are not satisfied.

By signing this offer and accepting employment with Waterstone Mortgage, you affirmatively acknowledge that you are not currently subject to any restrictive covenants from previous employers that would restrict your ability to perform the duties required by this position, including but not limited to, any non-compete clauses.

CONFIDENTIAL

All of us at Waterstone Mortgage are excited to welcome you to the team. If you have any questions about the above details, please feel free to call me anytime. If you wish to accept this position, please sign below and return this letter agreement to me by Friday, April 27th, 2022. This offer is open for you to accept on or prior to April 27th, 2022, after which time it will be deemed to be withdrawn.

Following the acceptance of this offer, Cassidy Duborg will reach out to you via email with details on next steps. She will be your onboarding concierge to ensure a seamless transition to Waterstone Mortgage.

Sincerely,

................................................

Human Resources Specialist
On Belalf of Waterstone Mortgage Corporation

Chris Wolf

Signature: _Chris Wolf_

Date: Apr 21, 2022

WMC005266



Previous Company Information Disclosure

We are excited to welcome you to the Waterstone Mortgage family. We pride ourselves on maintaining strong business ethics, as we work to uphold our positive reputation with our employees and the industry as a whole. To help us ensure that the transition from your previous employer to Waterstone Mortgage is handled with professionalism and integrity, please reference these important guidelines:

1. Waterstone Mortgage will not request information or assets from your previous employer. The loans currently in your pipeline are property of your former employer, so please ensure that they maintain ownership of those files. This also applies to loan pre-qualifications that haven't yet moved to the application stage.

2. Please refrain from copying or otherwise recording your clients' personal information from your previous employer's systems. While you may wish to contact your clients to inform them that you are leaving the company, and that someone else will contact them in regards to their loan file, please do not encourage your clients to do business with you at Waterstone Mortgage.

3. Please ensure that you do not remove, copy, record, or use any other method to take proprietary company information from your previous employer.

4. Do not take software, equipment, or any other physical property belonging to your former employer.

By following the above guidelines, you will set yourself up for a successful transition. Not only will you maintain your positive reputation in the industry, but you will also help Waterstone Mortgage uphold our high standards.

If you are found to be in violation of these guidelines and your previous employer consequently takes legal action against you, this may result in changes to your employment status with Waterstone Mortgage.

By adhering to these simple steps, we can ensure that your transition is handled efficiently and respectfully. If you have any questions or would like additional information, please contact me directly at 262.696.3887.

Thank you,

Elizabeth Spragg
Senior Vice President – Human Resources

*By signing below, I acknowledge receipt of and agree to adhere to the guidelines contained herein.*

*Chris Wolf*
Chris Wolf (Apr 21, 2022 10:02 EDT)

Apr 21, 2022

Name                                                    Date

WATERSTONE MORTGAGE CORPORATION
N25 W23255 Paul Road, Pewaukee, WI 53072
262 691 9300 PHONE   262 691 9301 FAX   800.354 1149 TOLL FREE
WaterstoneMortgage.com

CONFIDENTIAL                                            WMC005267

# Waterstone Mortgage - Offer Letter

Final Audit Report                                                      2022-04-21

| | |
|---|---|
| Created: | 2022-04-21 |
| By: | Jen Witon (JWiton@waterstonemortgage.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9GIa78zf0Z2Kc2jSVtJBKbHnOM8cSHo0 |

## "Waterstone Mortgage - Offer Letter" History

📄 Document created by Jen Witon (JWiton@waterstonemortgage.com)
2022-04-21 - 1:57:23 PM GMT

📧 Document emailed to Chris Wolf (cwolf011@gmail.com) for signature
2022-04-21 - 1:58:04 PM GMT

📄 Email viewed by Chris Wolf (cwolf011@gmail.com)
2022-04-21 - 2:01:54 PM GMT

✍ Document e-signed by Chris Wolf (cwolf011@gmail.com)
Signature Date: 2022-04-21 - 2:02:27 PM GMT - Time Source: server

✅ Agreement completed.
2022-04-21 - 2:02:27 PM GMT

📕 **Adobe Acrobat Sign**

WMC005268