# **EXHIBIT K**

**From:** Dustin Owen <dowen@waterstonemortgage.com>
**Sent:** Thursday, March 3, 2022 10:58 AM
**To:** Dwayne Hutto <dhutto@mutualmortgage.com>
**Subject:** RE: December P&I

*This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.*

Received. Thank you. I have sent this off to Kevin Allen.
Let's look at some times / dates for next week.
We'll want and hour with you and then an hour with Smitty.
Talk soon.

**Dustin Owen, CMB®**
**Regional Vice President - Southeast**
NMLS #322926
2699 Lee Road, Suite 600 Winter Park, FL 32789
Office: 407.645.6363 Mobile: 407.497.8655
Email: DOwen@WaterstoneMortgage.com
Website: DustinOwen.com
**Host of "The Loan Officer Podcast"**



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Dwayne Hutto <dhutto@mutualmortgage.com>
**Sent:** Thursday, March 3, 2022 10:53 AM
**To:** Dustin Owen <dowen@waterstonemortgage.com>
**Subject:** Fwd: December P&I

**EXTERNAL EMAIL:** Use Caution!

Sent from my iPhone

Begin forwarded message:

> **From:** Dwayne Hutto <dwayne.hutto@yahoo.com>
> **Date:** March 3, 2022 at 10:51:47 AM EST
> **To:** Dwayne Hutto <dhutto@mutualmortgage.com>
> **Subject: Fw: December P&I**
>
> *This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.*
>
> Sent from Yahoo Mail for iPhone
>
> Begin forwarded message:
>
> On Wednesday, March 2, 2022, 6:31 PM, Chris Smith <husky5417@yahoo.com> wrote:
>
>> ----- Forwarded Message -----
>> **From:** Chris Smith <chrissmith@mutualmortgage.com>
>> **To:** husky5417@yahoo.com <husky5417@yahoo.com>
>> **Sent:** Wednesday, March 2, 2022, 06:25:00 PM EST
>> **Subject:** FW: December P&I

**Chris Smith**
**Senior Vice President of Sales**
Mobile: (813) 777-7881
Office: (813) 756-4717
Fax: (630) 448-3023
4902 Eisenhower Boulevard, Suite 385
Tampa, FL 33634
NMLS # 69879

Mutual of Omaha Mortgage, Inc. NMLS: 1025894

---

**From:** Brian Tomalak <btomalak@mutualmortgage.com>
**Sent:** Thursday, January 20, 2022 4:48 PM
**To:** Chris Smith <chrissmith@mutualmortgage.com>; Kiley King <kking@mutualmortgage.com>
**Subject:** December P&I

Great job and congrats!

**Brian Tomalak**

**Senior Vice President of Sales**

Mobile: (630) 770-7878

Office: (630) 984-4643

Fax: (630) 261-6646

100 W. 22nd Street, Suite 109

Lombard, IL 60148

NMLS # 179238

https://mutualmortgage.simplenexus.com/borrower/signup/btomalak@mutualmortgage.com

Mutual of Omaha Mortgage, Inc. NMLS: 1025894

**Dwayne Hutto**
**Vice President of Mortgage Lending**
Mobile: (386) 334-6464
Office: (386) 742-0555
Fax: (630) 426-2690
900 W. Granada Suite 4
Ormond Beach, FL 32174
NMLS # 110495

Mutual of Omaha Mortgage, Inc. NMLS: 1025894

MOM-0000037