# **EXHIBIT N**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf@mutualmortgage.com> |
| **Sent:** | Friday, April 8, 2022 10:21 PM |
| **To:** | |
| **Subject:** | Today's call |

Please do not discuss what we talked about on today's call with anyone outside of your families. We are still finalizing details.

Thank you,

**Chris Wolf** 

**Vice President of Mortgage Lending**
Mobile: (321) 278-9930
Office: (386) 742-0555
Fax: (630) 426-2668
900 W. Granada Blvd, Suite 4
Ormond Beach, FL 32174
NMLS # 1626538



Mutual of Omaha Mortgage, Inc. NMLS: 1025894