# **EXHIBIT O**

| | |
|---|---|
| **From:** | Elizabeth Spragg <espragg@waterstonemortgage.com> |
| **Sent:** | 4/11/2022 4:23:48 PM -0500 |
| **To:** | cwolf011@gmail.com; Michael Smalley <msmalley@waterstonemortgage.com>; Melanie Pischke Ferrara <mferrara@waterstonemortgage.com> |
| **Subject:** | Employee Roster |
| **Attachments:** | new branch template for employee list.xlsx |

Chris,

It was great to meet you and I am excited to start working with you and the group!

Per our conversation, here is a template which I have started to add names and hiring details. Any additional details on everyone would be greatly appreciated. We will start working on offer letters for everyone as well.

Under separate cover, I will send over a template of the email which everyone will receive about starting their background check and the application.

Again, great to meet you. Feel free to send over any questions.

Sincerely,

Elizabeth



**Elizabeth Spragg**

**Chief People and Administrative Officer**

N25W23255 Paul Road Pewaukee, WI 53072

O: 262.701.5878  M: 414.721.8611

F: 262.367.3863

Email: espragg@WaterstoneMortgage.com

 

 

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.