# **EXHIBIT P**

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/12/2022 8:15:11 PM -0500 |
| To: | Elizabeth Spragg <espragg@waterstonemortgage.com> |
| Subject: | Re: Re: FW: Pre-Employment Email |
| Attachments: | new branch template for employee list.xlsx; Chris Wolf override.jpg |

**EXTERNAL EMAIL: Use Caution!**

Hi Elizabeth,
Spreadsheet attached. Jake Lowe is not transitioning with us. We just found out today. He got an opportunity with another company.
Let me know if you have any questions. I'm not sure how the File Contacts work in your Encompass so you may have questions on Diana Jacobs and Kristie Johnson.
Thank you,
Chris Wolf

On Tue, Apr 12, 2022 at 12:25 PM Chris Wolf <cwolf011@gmail.com> wrote:
> Yes I will get to you by end of the day.
> Thanks!
> Chris Wolf
>
>
> On Tue, Apr 12, 2022 at 9:54 AM Elizabeth Spragg <espragg@waterstonemortgage.com> wrote:
>>
>> Hi Chris,
>>
>> Thanks for this. I have added some columns for pay and original hire date. Any chance you have access to compensation details that you could share with me? I would like to get offer letters put together for everyone.
>>
>>
>> Thanks!
>>
>>
>> 
>> **Elizabeth Spragg**
>>
>> **Chief People and Administrative Officer**
>>
>> N25W23255 Paul Road Pewaukee, WI 53072
>>
>> O: 262.701.5878  M: 414.721.8611
>>
>> F: 262.367.3863

CONFIDENTIAL

Email: espragg@WaterstoneMortgage.com

 

 

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act (â€œE-Signâ€) unless a specific statement to the contrary is included in this message.

**From:** Chris Wolf <cwolf011@gmail.com>
**Sent:** Tuesday, April 12, 2022 8:42 AM
**To:** Elizabeth Spragg <espragg@waterstonemortgage.com>
**Subject:** Re: FW: Pre-Employment Email

EXTERNAL EMAIL: Use Caution!

Hi Elizabeth,

Here is our full roster. Let me know if there is anything else you need.

Thank you!

Chris Wolf

On Mon, Apr 11, 2022 at 6:45 PM Elizabeth Spragg <espragg@waterstonemortgage.com> wrote:

Chris,

Melissa Wagner and Jen Witon from the HR team will begin calling the 5 names which you gave us first thing in the morning. Below is the email which they will send to them after the conversation.

As we said on the call, we are happy to have others start this process right away as well. If you do not have personal email addresses on everyone else, they can send and email to HR@waterstonemortgage.com with a message that states they are with the Ormond Beach team. My team can then have them get started on this process as well. In order to start the background check process with our third party vendor, we need name, personal email address and job title.

We will try to make this process as simple as possible for everyone. Please ask any questions at any time.



**Elizabeth Spragg**

**Chief People and Administrative Officer**

N25W23255 Paul Road Pewaukee, WI 53072

O: 262.701.5878   M: 414.721.8611

F: 262.367.3863

Email: espragg@WaterstoneMortgage.com

 

CONFIDENTIAL            WMC000743

 

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressees. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act (E-Sign), unless a specific statement to the contrary is included in this message.

---

**From:** Elizabeth Spragg
**Sent:** Monday, April 11, 2022 5:02 PM
**To:** Jen Witon <jwiton@waterstonemortgage.com>; Melissa Wagner <MWagner@waterstonemortgage.com>
**Subject:** RE: Pre-Employment Email

Hi    ,

It was wonderful speaking with you today. We are very excited to have you join our team at Waterstone Mortgage! As a next step, we would like to begin the pre-employment process. Please complete the following steps at your earliest convenience. If you have any questions, please do not hesitate to call or email me any time!

1. General Application
2. Certification & Affirmation
3. Complete background consent from our partner, Asurint. You will receive a separate email from Asurint with instructions on how to complete this step of the process.
    - If you do not wish for Asurint to contact your current OR previous employers, please be sure to indicate on "do not contact" on the verification portion.

CONFIDENTIAL                                                                                                      WMC000744

Over the course of this week, we will be in touch with more details about starting with Waterstone Mortgage including an offer letter and more details about what to expect on your first day!

Thank you,

**Jen Witon**

**Human Resources Specialist**

N25 W23255 Paul Road Pewaukee, Wisconsin 53072

O: 262.701.5840

Email: JWiton@WaterstoneMortgage.com





Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act (â€œE-Signâ€ ) unless a specific statement to the contrary is included in this message.

CONFIDENTIAL

WMC000746