# **EXHIBIT Q**

| | |
|---|---|
| From: | Cassidy Duborg <CDuborg@waterstonemortgage.com> |
| Sent: | 6/13/2022 8:24:41 AM -0500 |
| To: | Jen Witon <JWiton@waterstonemortgage.com>; Elizabeth Spragg <espragg@waterstonemortgage.com>; Melissa Wagner <MWagner@waterstonemortgage.com> |
| Subject: | RE: RE: Fred Stalls entered mutualmortgage email - we need to change |

It looks like everyone else so far has entered a real personal email! 😊

Cheers,

**Cassidy Duborg**

**Organizational Development Specialist**

N25W23255 Paul Road Pewaukee, WI
53072

O: 262.696.3142 ext. 3142

Email: CDuborg@WaterstoneMortgage.com

 



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of Waterstone Bank, SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by contacting Info@WaterstoneMortgage.com and destroying all copies of the original message and all attachments.

*[illegible disclaimer text]*

**From:** Jen Witon <JWiton@waterstonemortgage.com>
**Sent:** Monday, June 13, 2022 8:21 AM
**To:** Elizabeth Spragg <espragg@waterstonemortgage.com>; Melissa Wagner <MWagner@waterstonemortgage.com>; Cassidy Duborg <CDuborg@waterstonemortgage.com>
**Subject:** RE: Fred Stalls entered mutualmortgage email – we need to change

Thanks, Elizabeth! I just re-sent the onboarding email to his hotmail account.

Jen Witon

Human Resources Specialist

N25 W23255 Paul Road Pewaukee, Wisconsin 53072

O: 262.701.5840

Email: JWiton@WaterstoneMortgage.com





Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly-owned subsidiary of WaterStone Bank,SSB (NASDAQ: WSBF. This message is intended only for the addressee; if you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be reviewed as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act (ESIGN) unless a specific statement to the contrary is included in this message.

**From:** Elizabeth Spragg <espragg@waterstonemortgage.com>
**Sent:** Monday, June 13, 2022 8:16 AM
**To:** Jen Witon <JWiton@waterstonemortgage.com>; Melissa Wagner <MWagner@waterstonemortgage.com>; Cassidy Duborg <CDuborg@waterstonemortgage.com>
**Subject:** Fred Stalls entered mutualmortgage email - we need to change
**Importance:** High

Looks like Fred entered a Mutual of Omaha email address in UKG. Can we get it changed right away? I did let Melanie know that is how it got there. Let's make sure no one else did the same.



**Elizabeth Spragg**

Chief People and Administrative Officer

N25W23255 Paul Road Pewaukee, WI 53072

O: 262.701.5878 M: 414.721.8611

F: 262.367.3863

Email: espragg@WaterstoneMortgage.com

 

CONFIDENTIAL

 

🏠 Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186241) is a wholly-owned subsidiary of Waterstone Bank SSB (NASDAQ: WSBF). This message is confidential for the use of the intended recipient only. This message may contain information that is privileged, confidential, or otherwise protected from disclosure. If you have received this communication in error, please notify us immediately by reply email to [info@WaterstoneMortgage.com](mailto:info@WaterstoneMortgage.com) and delete/destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its affiliates may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act (ESIGN) unless a specific statement to the contrary is included in this message.

**From:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>
**Sent:** Friday, June 10, 2022 3:09 PM
**To:** Elizabeth Spragg <espragg@waterstonemortgage.com>
**Subject:** Fwd: Waterstone Mortgage On-boarding

Hi Elizabeth,

Please see Fred's request below regarding his email . . I'm not sure who's contacting Fred @ his Mutual address, but he'd like it stopped ASAP.

Thank you

Melanie Ferrara

Waterstone Mortgage

Regional Support Manager

407-645-6333

---

**From:** Fred Stalls <fredstalls@hotmail.com>
**Sent:** Friday, June 10, 2022 4:02 PM

CONFIDENTIAL

**To:** Fred Stalls; Melanie Pischke Ferrara
**Subject:** RE: Waterstone Mortgage On-boarding

EXTERNAL EMAIL: Use Caution!

Melanie – there are emails being sent to fstalls@mutualmortgage.com for onboarding. Can you please change the system so that emails are NOT sent there ASAP. Please resend the onboarding email to this address as I deleted it immediately.

**From:** Fred Stalls <fredstalls@hotmail.com>
**Sent:** Friday, June 10, 2022 3:29 PM
**To:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>
**Cc:** Fred Stalls <fredstalls@hotmail.com>
**Subject:** RE: Waterstone Mortgage On-boarding

Please use fredstalls@hotmail.com as my personal email page.

My NMLS is 1140620

My cell is 772-985-2894

Attached is my headshot

I would do the website but that is a bit out of my experience level – if you have a marketing department that could help me, that would be great.

I haven't written a BIO in a while – give me a couple days to figure that out.

Do you have a marketing department for swag items? Realtor gifts? How about flyers that I can co-brand with Realtors?

Thank you
Fred Stalls

**From:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>
**Sent:** Friday, June 10, 2022 8:13 AM
**To:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>
**Subject:** Waterstone Mortgage On-boarding

Good Morning,

Congratulations and welcome to the Waterstone Mortgage Team! I will be assisting with your on-boarding from a local FL level.

Below are a few additional items necessary for your on-boarding:

- I've attached an Excel template spreadsheet for your Realtor, Client & Sphere of Influence (friends & family, co-workers etc.) database you'd like uploaded to your Jungo (CRM) profile. Please feel free to send me any database, regardless of format, and I'll complete the formatting and upload.
- Please confirm your NMLS #.
- Please confirm your cell # to be published on your website & business cards.
- Please send me your headshot if you'd prefer to publish on your website & marketing collateral.
- If you choose to purchase a GoDaddy domain for a vanity URL (ex. **LoansWithMel.com**), please forward the GoDaddy confirmation emails to me, including your login credentials, as I'll require this info. to complete your URL set-up (please note – this will be a personal expense averaging $10 annually & is *HIGHLY RECOMMENDED*).
- Please send me your bio to be published on your WMC website.

**PLEASE** reach out to me if there is anything I can assist with, or further clarify.

Thank you


Melanie Pischke Ferrara | Regional Support Manager | Waterstone-FL.com
2699 Lee Road, Ste 600 Winter Park, FL 32789 407.645.6333 OFFICE

Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

CONFIDENTIAL WMC009047