# **EXHIBIT R**

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/20/2022 12:56:30 PM -0500 |
| To: | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| Subject: | Columbis |
| Attachments: | DD214.pdf; Annuity Statement 2020.pdf; Passport.pdf; SSA Letter.pdf; 1st Pension Check - others are direct deposit.pdf; Dec bnk stmt.pdf; 1003.pdf |

EXTERNAL EMAIL: Use Caution!

Credit did not have scores. Said they were all frozen. I would tell him to unfreeze them before you try to get a report.
Chris Wolf

CONFIDENTIAL

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/21/2022 12:01:37 PM -0500 |
| To: | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| Subject: | Sherwood file |
| Attachments: | 2021 W2.pdf; 2020 W2s.pdf; 1003.pdf; Job letter.pdf; DL.pdf; Pay stubs.pdf; Spouse DL.pdf; WVOEs prior.pdf; Contract.pdf; Bank stmts.pdf |

**EXTERNAL EMAIL:** Use Caution!

They are doing a 7/6 ARM at 4.75%. The current employer will be noting on WVOE that 15+ hours OT are guaranteed so we can use it.
Let me know what credit score is please. I'm hoping it's 720+
Thanks!
Chris Wolf

CONFIDENTIAL

| | |
|---|---|
| From: | Chris Wolf <cwolf@mutualmortgage.com> |
| Sent: | 2/22/2022 12:11:15 PM -0600 |
| To: | Michael Smalley <msmalley@waterstonemortgage.com> |
| Subject: | FW: FW: Loan Referral - Charlie Valentin |

EXTERNAL EMAIL: Use Caution!

Hi Mike!

I have a construction lead for you.  Please see below for Charlie's email.  He's a referral from a client of mine, Gabe Sanchez.

I gave him your information as well.

Thanks!



**Chris Wolf**
**Vice President of Mortgage Lending**
Mobile: (321) 278-9930
Office: (386) 742-0555
Fax:    (630) 426-2668
900 W. Granada Blvd, Suite 4
Ormond Beach, FL 32174
NMLS # 1626538





**From:** Sanchez, Gabe (GB and WC Claims) <Gabriel.Sanchez@thehartford.com>
**Sent:** Tuesday, February 22, 2022 12:57 PM
**To:** Chris Wolf <cwolf@mutualmortgage.com>
**Cc:** Valentin III, Charlie (GB and WC Claims) <Carlyle.ValentinIII@thehartford.com>
**Subject:** Loan Referral

CONFIDENTIAL                                                                                           WMC006194

> **This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.**

Hi Chris,

I wanted to put you in contact with my friend who is looking to secure a loan. He is wanting to buy land and build his home. I included him in the email so you guys can get in contact. I told him you would need to run credit and get employment info so he can get a pre-approval letter.

Thank You

Gabriel Sanchez
STD Claim Manager
Eastern Region



The Hartford Insurance

PO Box 14473, Lexington KY 40512

W: 407-562-3406
F: 860-380-9368

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

THE HARTFORD

Business Insurance
Employee Benefits
Auto
Home

**The Hartford® is The Hartford Financial Services Group, Inc. and its subsidiaries, including underwriting companies Hartford Life and Accident Insurance Company and Hartford Fire Insurance Company. Home Office is Hartford, CT. The Hartford is the administrator for certain group benefits business written by Aetna Life Insurance Company and Talcott Resolution Life Insurance Company (formerly known as Hartford Life Insurance Company). The Hartford also provides administrative and claim services for employer leave of absence programs and self-funded disability benefit plans.**

*************************************************************************************
This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

CONFIDENTIAL                                                                                                WMC006195

CONFIDENTIAL

WMC006196