# **EXHIBIT U**

| | |
|---|---|
| **From:** | Dwayne Hutto |
| **Sent:** | Tuesday, April 26, 2022 3:40 PM EDT |
| **To:** | Katherine Theobald; Chris Smith; Brian Tomalak |
| **Subject:** | Resignation |

***This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.***

Hello Katy! Please accept this email as my office resignation effective immediately. Thank you

Sent from Yahoo Mail for iPhone

CONFIDENTIAL                                                                                                                              MOM-0009307