# **EXHIBIT V**

| | |
|---|---|
| **From:** | Chris Wolf |
| **Sent:** | Tuesday, April 26, 2022 3:39 PM EDT |
| **To:** | Katherine Theobald |
| **Subject:** | Resignation |

***This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.***

Hi Katy,
Please accept this as my official letter of resignation.  Please have my emails forwarded to John Utsch.
Thank you,
Chris Wolf

**CONFIDENTIAL**

MOM-0009306