# **EXHIBIT X**

**Mutual of Omaha**
MORTGAGE

April 29, 2022

**VIA FEDEX and EMAIL**
Christopher Wolf
156 Lucky Drive
Ormond Beach, FL 32176

### Re: Cease and Desist – Breach of Confidentiality and Non-Solicitation Agreement

Mr. Wolf:

I represent Mutual of Omaha Mortgage, Inc. ("*Mutual*") as its Senior General Counsel. We have recently uncovered evidence that you are in possession Mutual's confidential private customer information in direct violation of Mutual's Policies and Standards and your Agreement with Mutual (the "*Agreement*") that you signed at the time of your hire. This information and any other Mutual customer information is considered "Confidential Information".

While Mutual's investigation is ongoing, Mutual has discovered that you have participated in a scheme to forward Confidential Information to personal email addresses and to the email addresses of other former employees of Mutual at the time they were employed by Waterstone. In addition, based upon our information and belief, we believe that you worked in concert with multiple other former employees of Mutual to divert Mutual leads and Confidential Information to representatives of Waterstone Mortgage Corporation ("**Waterstone**"). Your conduct constitutes a gross violation of several sections of your Protective Agreement (Non-Solicit) with Mutual (the "*Agreement*"). Accordingly, I am sending a copy of this letter to Jeff McGuiness, President and CEO of Waterstone and Stephanie Ziebell, Senior Vice-President and General Counsel of Waterstone.

In addition, we have uncovered several emails from several scheme participants containing Mutual's protected Confidential Information that were forwarded from your assigned Mutual email accounts to personal email accounts and to email accounts of assigned Waterstone email accounts of former Mutual employees. The numerous email transmissions with specific Mutual Confidential Information make it apparent that have been disclosed for Mutual Restricted Customers to Waterstone for the purpose of soliciting these customers to do business with Waterstone. The Agreement clearly provides a prohibition against such conduct:

**Restrictive Covenants**. To protect the Company's legitimate business interests, including with respect to Employee's access to and use of the Company's Confidential Information and Trade Secrets, including key information about, and goodwill in, its referral sources, customers and employees, Employee agrees that:
Non-Solicitation and Non-Inducement of Restricted Customers. During the Restricted Period and in connection with a Competitive Product or Service, Employee shall not directly or Indirectly: (a) solicit or attempt to solicit any Restricted Customer; or (b) induce or encourage any Restricted Customer to terminate a relationship with the Company or to otherwise cease accepting services or products from the Company.

Cease & Desist
April 29, 2022
Page 2

Moreover, the Agreement defines **Confidential Information** to include "(b) the Company's records pertaining to customers (including key customer contact information), potential customers (including key contact information of anyone who applies for a mortgage with the Company or contacts the Company for mortgage needs), mortgage loan terms and related information..." Moreover, the Agreement additionally defines a Restricted customer as "any person(s) introduced to Employee by Company, assigned to Employee by Company, or introduced to Employee by a Referral Source whom, within twenty-four (24) months prior to the Last Day, Employee, directly or Indirectly (e.g., through employees whom Employee supervised, managed or directed): (a) provided a Competitive Product or Service, or (b) provided written proposals concerning a Competitive Product or Service.

The Agreement also prohibits sharing confidential information, including Mutual's personnel and contact lists:

> Access and Use. Employee expressly acknowledges and agrees that, by virtue of Employee's employment with the Company and exercise of Employee's duties for the Company, Employee will have access to and will use certain Confidential Information and Trade Secrets, and that such Confidential Information and Trade Secrets constitutes confidential and proprietary business information and/or Trade Secrets of the Company, all of which is the Company's exclusive property. Accordingly, Employee agrees that Employee will not, and will not permit any other person or entity to, directly or Indirectly, without the prior written consent of the Company: (a) use Confidential Information or Trade Secrets for the benefit of any person or entity other than the Company; (b) remove, copy, duplicate or otherwise reproduce any document or tangible item embodying or pertaining to any of the Confidential Information or Trade Secrets, except as required to perform responsibilities for Company; and (c) while employed and thereafter, publish, release, disclose, deliver or otherwise make available to any third party any Confidential Information or Trade Secrets by any communication, including oral, documentary, electronic or magnetic information transmittal device or media.

I cannot overstate the gravity of your conduct and how seriously Mutual intends to address it. To avoid the legal consequences of your actions, including potential litigation, you must immediately cease and desist all activity that directly or indirectly breaches the Agreement, including sharing Mutual's Confidential Information with Waterstone. In addition, we demand that you inform Waterstone of your conduct and insist that they cease aiding your breach of contacting Mutual customers about whom you have provided information.

Mutual demands that you return all Confidential Information in your possession and any information you may have supplied to third parties. Additionally, we need you to complete the enclosed Certificate and return it to me by May 4, 2022 to make sure that Mutual and you are complying with customer privacy laws at both the state and federal levels. Mutual takes protection of its Confidential Information seriously.

If you fail to immediately comply with the foregoing demands, Mutual will take whatever actions it deems appropriate to protect the interests of itself and its customers, including injunctive relief and suit for all damages, including reasonable attorneys' fees and costs associated with this matter. Please note that because of the potential for litigation against you, you are on notice to preserve all electronic data which relates to the issues identified in this letter, including without limitation text

Cease & Desist
April 29, 2022
Page 3

messages and email correspondence included on personal and assigned emails at Waterstone, and all data stored in any format. Further, in the event of litigation, Mutual will depose you and request a court subpoena to conduct a forensic examination of your personal computer, email, and cell phone.

This notice deserves your immediate and undivided attention. Please return the attached Certificate to me **no later than the close of business on May 4, 2022** at mcarroll@mutualmortgage.com. I trust that you understand the seriousness of your actions and will respond appropriately.

Sincerely,

Mark J. Carroll
Senior Counsel

cc:  Jeff McGuiness, President and CEO        Stephanie Ziebell, Sr. VP, General Counsel
     Waterstone Mortgage Corporation          Waterstone Mortgage Corporation
     N25W23255 Paul Road                      N25W23255 Paul Road
     Pewaukee, WI 53072                       Pewaukee, WI 53072

Cease & Desist
April 29, 2022
Page 4

## CERTIFICATE

I, _____, hereby certify to Mutual of Omaha Mortgage, Inc., with respect to customer information and records ("Information") in my possession, that:

1. I did not and will not share any of the Information with any other person. If you have shared any Information with another person, please explain: _____
   _____;

2. I have now destroyed and/or returned to Mutual of Omaha Mortgage, Inc. all Information in my possession,

3. I have deleted any copies of Information I have sent or received in electronic format. This includes but is not limited to Information transmitted through email, text and/or cloud storage, and

4. I cannot recreate or regain access to any Information.

_____

Dated: _____, 2022

CONFIDENTIAL                                                                                                   WMC001531