# **EXHIBIT Y**

| | |
|---|---|
| **From:** | John Utsch |
| **Sent:** | Friday, July 28, 2023 12:27 PM EDT |
| **To:** | Ari Karen; Courtney Walter |
| **Subject:** | Fw: Encompass Export Field Map - John Utsch Subpoena |

Waterstone stuff

----- Forwarded Message -----
**From:** Chris Smith <husky5417@yahoo.com>
**To:** johnutsch@yahoo.com <johnutsch@yahoo.com>
**Sent:** Thursday, June 9, 2022 at 10:02:28 AM EDT
**Subject:** Fw: Encompass Export Field Map

Sent back on 5/11, not sure how hard it will be to do this

----- Forwarded Message -----
**From:** Chris Smith <husky5417@yahoo.com>
**To:** johnutsch@yahoo.com <johnutsch@yahoo.com>
**Sent:** Sunday, May 15, 2022, 11:55:57 AM EDT
**Subject:** Fw: Encompass Export Field Map

Not sure how difficult it will be to create a report in encompass to map the fields to the below, but hopefully it is already exported like the below.

----- Forwarded Message -----
**From:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>
**To:** Chris Smith <husky5417@yahoo.com>
**Sent:** Wednesday, May 11, 2022, 10:25:15 AM EDT
**Subject:** Encompass Export Field Map

Good Morning Chris,

Below is the suggested Encompass export map for the 'Completed Loans/Closed Loans' folder.

| Loan Officer | First Name | First Name (CoBorrower) | Last Name | Email | Mobile | Phone | Last Name (CoBorrower) | Mobile (CoBorrower) | Email (CoBorrower) | Subject Property Address | Subject Property City | Subject Property State | Subject Property Zip | Loan Purpose | Closing Date | Loan Amount | Note Rate | Loan Type | Birthdate | Birthday (CoBorrower) | Buying Agent Name | Buyers Agent Email | Buyers Agent Phone | Listing Agent Name | Listing Agent Email | Listing Agent Phone |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Please let me know if you have any questions or concerns.

Thank you

 Melanie Pischke Ferrara | Regional Support Manager | Waterstone-FL.com
2699 Lee Road, Ste 600 Winter Park, FL 32789 407.645.6333 OFFICE

**Waterstone Mortgage Corporation** (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.