# EXHIBIT AA

From:     Chris Wolf <CWolf@waterstonemortgage.com>
Sent:     Thursday, June 9, 2022 2:29 PM
To:       Cody Lamb <clamb@mutualmortgage.com>; Fred Stalls <FStalls@MutualMortgage.com>
Subject:  RE: Mcintosh

This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.

All 5 received.

Thank you,



**Chris Wolf**
**Branch Manager**
NMLS #1626538
900 W. Granada Blvd, Suite 4, Ormond Beach, FL 32174
M: 321.278.9930  O: 386.401.7228
F: 386.866.5804  TF: 800.354.1149
Email: CWolf@WaterstoneMortgage.com
Visit My Website



Get Pre-Approved / Apply Now
Get Mobile App

*If you have any friends, family, or co-workers looking to buy, sell, or refinance, I would love the opportunity to help them. Your referral is the greatest compliment.*

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Cody Lamb <clamb@mutualmortgage.com>
**Sent:** Thursday, June 9, 2022 2:18 PM
**To:** Fred Stalls <FStalls@MutualMortgage.com>
**Cc:** Chris Wolf <CWolf@waterstonemortgage.com>
**Subject:** RE: Mcintosh

EXTERNAL EMAIL: Use Caution!

5th Email – Last email

Thanks!



**Cody Lamb**
**Mortgage Loan Originator Assistant**
Mobile: (217) 251-5880
Office:  (813) 575-4510  Ext: 7018
Fax:     (630) 210-3650
4902 Eisenhower Boulevard, Suite 385
Tampa, FL 33634
NMLS # 243081



Send Secure Documents Here DOCUMENTGUARDIAN®
Mutual of Omaha Mortgage, Inc. NMLS: 1025894



**From:** Fred Stalls <FStalls@MutualMortgage.com>
**Sent:** Wednesday, June 8, 2022 8:43 PM
**To:** Cody Lamb <clamb@mutualmortgage.com>
**Cc:** cwolf@waterstonemortgage.com
**Subject:** Mcintosh

Cody – this is Chris's email. Please send over docs when you get a chance. 4 sets of co-borrowers. Call with questions



**Fred Stalls**
**Mortgage Loan Originator**
Office:   (772) 985-2894
Fax:     (630) 210-3601
4902 Eisenhower Boulevard, Suite 385
Tampa, Florida 33634
NMLS # 1140620

https://socialsurvey.me/pages/fred-stalls
See all of my recent reviews. Click here!



Send Secure Documents Here DOCUMENTGUARDIAN®
Mutual of Omaha Mortgage, Inc. NMLS: 1025894



MOM-0000239