# **EXHIBIT EE**

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/14/2022 5:55:01 PM -0500 |
| To: | Kevin Allen <kallen@waterstonemortgage.com> |
| Subject: | Re: Re: few questions for you |
| Attachments: | image001.jpg |

EXTERNAL EMAIL: Use Caution!

Hi Kevin,
Let us know where we land on the hourly pay. Dwayne and I like the idea of no draw but would like something for the first 60 days maybe? What are your thoughts?

On Wed, Apr 13, 2022, 3:28 PM Kevin Allen <kallen@waterstonemortgage.com> wrote:

> Thanks for the quick response, going to review this with Dustin/Elizabeth on early call tomorrow and will let you know of any follow up questions!



**Kevin Allen** | SVP - Sales | WaterstoneMortgage.com
N25 W23255 Paul Road Pewaukee, WI 53072   262.701.4918 OFFICE   262.225.8371 MOBILE

Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

From: Chris Wolf <cwolf011@gmail.com>
Sent: Wednesday, April 13, 2022 1:24 PM
To: Kevin Allen <kallen@waterstonemortgage.com>
Cc: Elizabeth Spragg <espragg@waterstonemortgage.com>; Dustin Owen <dowen@waterstonemortgage.com>
Subject: Re: few questions for you

EXTERNAL EMAIL: Use Caution!

Hi Kevin,

Absolutely, happy to help!  My answers are below.

Also one thing I think I forgot on my email with the comp is that the 10bps for the LP comes out of the LO's commission.

Chris Wolf

On Wed, Apr 13, 2022 at 1:15 PM Kevin Allen <kallen@waterstonemortgage.com> wrote:

Chris – I thought best to send you a note with some questions and we can jump on the phone if necessary (apologies if any duplicate questions that you have already answered for Dustin or Elizabeth!!) A decent amount of detail that will be very beneficial to understand via your responses so thank you in advance for your help!!

- Commissions – my understanding is that the tiered structure for everyone is a retroactive one, meaning if someone hits for example the 3-6 unit threshold, they would get 125 bps on all of those loans? Also wanted to confirm if the BMR's or co-assist apply for the purpose of the production/tiers? - **Yes that is correct it is retroactive for the month. Usually what they see is the loans for the 1st-15th of the month they get 100bps on that first check, then for the commission check payout on 16th-30th funded loans they see the tiered commission, so say they hit 6 loans they would see the 125bps on the loans funded 16-30th and an additional 25bps for the loans funded 1-15th.**
- Do you have any specific numbers on how many of the BMR's are done monthly versus the co-assist? My assumption is more of the co-assist, attempting to help our accounting area who handles commissions to understand the quantity of each bucket - **We do more BMRs than Co-Asst. I believe we did 5 BMR last month and 2 Co-Asst. BMR is how we tag a file that is from a Zillow lead from a realtor so the branch retains some revenue to compensate for the lead expense. It is also used if we need to take a moderate hit to the YSP to get a rate where we need it to make the deal work, or have to add a lender credit. Co-asst is how we categorize a loan where we had to take a big hit for rate/lender credit and also for broker loans. I believe Dustin said you pay out regular commission on broker loans though. We didn't make very much off them here so the LO couldn't make much, so we used that payroll type.**
- Do your Loan Partners close loans in their name if they brought one to the team? Assuming anything they do is not part of being recaptured in their salary (i.e., they would receive salary + commissions if they did bring something in)? - **Yes the Loan Partners close loans in their names. Since they are on salary we pay them a flat 75bps on loans they originate.**
- Your override schedule – based on note appears your personal production is backed out of the numbers otherwise any other production would be part of that grid, including Dwayne's production? And also making sure I understand that Dawson & Tatiana would get their override from the production of their people? Example – month that the branch does $12 million (separate from your personal production), Dawson & Tatiana would get 10 bps on their teams production, you would get 16 bps for a total of 26 bps that the branch would see as an expense? - **Yes that is correct. Personal production is backed out for override calculation. Dwayne's**

production is included for my override.  For Dawson & Tatiana it's broken down by their team, so if Dawson's team (not including himself) did $5M he would get a 10bp bonus ($5,000).
- Looks like you, Dawson & Tatiana have a salary+ commissions + override, assuming based on how this is presented that the salary is not recovered?  **Correct, salary is not recovered.**
- LO Hourly – in talking with Smitty earlier today, we advised that our originators are for the most part considered "outside" and do not receive any hourly wages (and don't need to enter hours!)  We also have situations we went thru with him in which you have someone that is more of a support person, does a few loans during the year, which they can be on an hourly pay and also receive commissions. - **This is an interesting idea.  I know other companies who have done this.  Would we be able to do the hourly to start then switch over?  Say 60 or 90 days to give us some time to get settled then switch to the "outside" plan.  If that's too much of a hassle Dwayne and I can talk to the LOs about this new plan, but a bit of a safety net on the change over might be a good idea.**

I will probably have more questions, appreciate your reply/feedback and please do not hesitate to let me know if you have any questions in return!!!  Thanks again!



**Kevin Allen** | SVP - Sales | WaterstoneMortgage.com
N25 W23255 Paul Road Pewaukee, WI 53072   262.701.4918 OFFICE   262.225.8371 MOBILE

Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF) This message is intended only for the addressee. If you have received this communication in error, please notify us immediately by reply email to info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

