# **<u>EXHIBIT GG</u>**

MUTUAL OF OMAHA
MORTGAGE, INC.,

Plaintiff,

     v.

WATERSTONE MORTGAGE
CORPORATION,

Defendant.

**Civil Action No.: 22-CV-01660-TPB-JSS**

# Expert Report

## June 5, 2023

Prepared by:
Oscher ⬦ Consulting, PLLC

# Mutual of Omaha Mortgage, Inc.

## v.

# Waterstone Mortgage Corporation

## Table of Contents

|                        | Page(s) |
|------------------------|---------|
| Understanding          | 3       |
| Background             | 5       |
| Information Considered  | 5       |
| Findings               | 6       |
| Conclusion             | 14      |

**Exhibits:**

Steven S. Oscher's Curriculum Vitae ............................Exhibit I

Steven S. Oscher's Rule 26 Disclosure ..........................Exhibit II

Information Considered…………………………….. Exhibit III

Potential Damages Calculation Active Customer Loans ......................................................................Exhibit IV

Potential Damages Calculation Prior Customer Loans Exhibit .....................................................................Exhibit V

Lost Corporate Profit Percentage ....................................Exhibit VI

Branch Manager Loan Volume........................................Exhibit VII

# UNDERSTANDING

Mutual of Omaha Mortgage, Inc. ("Mutual" or the "Plaintiff") is a residential mortgage lender with branch offices in multiple states. Former branch offices located in Tampa, FL (the "Tampa Branch"), Ormond Beach, FL (the "Daytona Branch"), and Paramus, NJ (the "Paramus Branch"), are the subject of the pending matter.

Waterstone Mortgage Corporation ("Waterstone" or the "Defendant") is also a licensed residential mortgage lender with branch offices in multiple states.

Mutual alleged in its First Amended Complaint (the "Amended Complaint") that Waterstone:

1. Solicited and hired over sixty (60) Mutual employees who were bound by Employment Agreements with Mutual at the time of their departure;

2. Caused the closure of its Tampa, Daytona, and Paramus Branches; and

3. Encouraged and assisted the Mutual employees hired by Waterstone to breach their Employment Agreements as follows:

    a. To solicit additional Mutual employees for employment with Waterstone (violates non-solicitation provision),

    b. To disclose Mutual's confidential and trade secret information to Waterstone (violates the confidentiality and trade secret provisions),

    c. To divert borrowers from Mutual to Waterstone (violates the duty of loyalty provision and/or the non-solicitation provision), and

    d. To share personal borrower information for customers of Mutual with Waterstone (violates the provision prohibiting disclosure of personal borrower information to any unauthorized person and/or the confidentiality and trade secrets provision).

Mutual has alleged economic damages, as stated in its Second Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Interrogatories ("Mutual's Second Amended Responses"), for the following three (3) categories:

1. "Lost revenue and profits from loans that were improperly diverted from Plaintiff to Defendant."[1]

2. "Profits Plaintiff would have made but for the Defendant's unlawful conduct, which caused Plaintiff to have to close its branches in Tampa and Daytona Beach. Plaintiff calculates its lost profit damages over the 18-month period beginning June 30, 2022 and ending on December 31, 2023 based on the prior financial performance of the two branches. From June 30, 2022 to December 31, 2023 the Tampa branch would have yielded profits in the amount of $2,716,040.53, and the Daytona Beach branch would have yielded profits in the amount of $1,723,961.89, for a total of $4,440,002.42."[2]

3. "Ill-gotten gains, including compensation paid or advanced by Defendant to Plaintiff's prior employees in exchange for the unlawful conduct that caused the closure of two of Plaintiff's branches. Specifically, documents belatedly produced by Defendant in this action show that Defendant paid large bonuses – disguised by Defendant as "Branch Financial Credits" – to two of Plaintiff's former employees, $500,000 to Chris Smith and $250,000 to Dwayne Hutto. Plaintiff believes Defendant offered and paid these large bonuses – which are disproportionate to the employees' salaries – in exchange for the individuals' participation in Defendant's unlawful scheme, and not merely as bonuses for the services provided by the individuals."[3]

---

[1] Plaintiff Mutual of Omaha Mortgage, Inc.'s Second Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Interrogatories, Response to Interrogatory 1 at pg. 5.

[2] Plaintiff Mutual of Omaha Mortgage, Inc.'s Second Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Interrogatories, Response to Interrogatory 1 at pgs. 27-28.

[3] Plaintiff Mutual of Omaha Mortgage, Inc.'s Second Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Interrogatories, Response to Interrogatory 1 at pgs. 28-29.

Waterstone has engaged Oscher Consulting, PLLC and Steven S. Oscher ("Oscher") to review, analyze, and opine on the Plaintiff's alleged economic damages and to prepare a report on his findings.

## BACKGROUND

Steven S. Oscher ("Oscher" or "Dr. Oscher") holds a Doctorate in Business Administration from the University of South Florida. He is a member of Oscher Consulting, PLLC, a Certified Public Accounting firm. Dr. Oscher is a Certified Public Accountant ("CPA") and has been accredited by the American Institute of CPAs in the areas of Business Valuation and Financial Forensics. Dr. Oscher has been accredited as a Certified Fraud Examiner. He has worked on numerous engagements involving forensic accounting issues, investigations of fraudulent conduct and the analysis of economic damages.

A copy of Dr. Oscher's curriculum vitae is attached as **Exhibit I**. A listing of cases in which Dr. Oscher has provided testimony at trial or deposition is attached as **Exhibit II**. Dr. Oscher is compensated at the rate of $450 per hour.

## INFORMATION CONSIDERED

The information we considered in forming our opinions in this matter is identified in **Exhibit III**.

# FINDINGS

The Plaintiff designated Jeff Gennarelli ("Mr. Gennarelli"), President of Forward Mortgage at Mutual of Omaha Mortgage, as the corporate representative who would testify regarding the economic damages sought in the pending matter. He and Bernard Mayle ("Mr. Mayle"), Senior Vice President of Finance at Mutual of Omaha Mortgage, worked together to create Mutual's damage model and calculate the economic damages claimed in Mutual's Second Amended Responses.[4]

A summary of the alleged damages detailed in Mutual's Second Amended Response to Interrogatory 1 (which seeks disclosure of Mutual's damages) is as follows:

| Damage Category | Damages Sought |
|---|---|
| #1 – Diverted Loans | No monetary demand provided |
| #2 – Closing of Offices | $ 4,440,002.42 |
| #3 – Ill-gotten gains | $ 750,000.00 |

My opinion in response to Mutual's demand is as follows:

## Damage Category #1 – Loans Diverted from Mutual to Waterstone

Mutual alleged loans were improperly diverted from Plaintiff to Defendant. Mr. Gennarelli testified at the May 25, 2023 corporate representative deposition that Mutual is seeking lost profits (not revenue) from those loans.[5] The Plaintiff has not provided a monetary demand or calculation of damages related to the alleged diverted loans. Mr. Gennarelli as Mutual's corporate representative confirmed that, "I don't have a number

---

[4] Plaintiff Mutual of Omaha Mortgage, Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Second Set of Interrogatories, Response to Interrogatory 9 at page 5.
[5] Mutual Corporate Representative (Jeff Gennarelli) Dep. Tr. at 32:25-33:9.

with respect to Bucket 1."[6] In addition, Mr. Gennarelli testified he was not able to testify as to the Category #1 damages sought, and that Mutual has made no attempt to calculate those damages:

Q: Is Mutual seeking damages with respect to Bucket 1?

A: I believe so.

Q: But you're not able to tell me what those damages are?

A: Not at this moment.

Q: Have you or anyone at Mutual made an attempt to calculate those damages?

A: I have not.

Q: Has anyone at Mutual?

A: Not that I'm aware of.[7]

It is my understanding that Mutual has the burden of demonstrating its damages and has made no effort to do so.

To evaluate the claim for diverted loans, we analyzed the Mutual pipeline for the Tampa, Paramus, and Daytona branches and compared it to the loans closed at Waterstone's Tampa, Daytona, and Paramus branches. Documents produced by Mutual[8] were used to compile a database of loans in the Mutual pipeline for those branches. The loan pipeline included loan application dates from June 22, 2019 to June 13, 2022.

After removing duplicates (i.e., loans listed in more than one individual loan officer's pipeline) Mutual's potential loan population consisted of 2,203 loans. These

---

[6] *Id.* at 25:14-20.

[7] *Id.* at 25:21-26:6.

[8] MOM-0005885, MOM-0009201, MOM-0009245, MOM-0009248, MOM-0009246, MOM-0009254, MOM-0009261, MOM-0009313, MOM-0009323, MOM-0009324, MOM-0009325, MOM-0009326, MOM-0009327, MOM-0009328, MOM-0009329, MOM-0009330, 0009331, MOM-0009338, MOM-0009971, MOM-0009975, MOM-0009983, MOM-0009984, MOM-0009988, MOM-0009989, MOM-0009994, MOM-0009998, MOM-0010002, MOM-0010003, MOM-0010008, MOM-0010012, MOM-0010013, MOM-0010018, MOM-0010019, MOM-0010024, MOM-0010025, MOM-0010026, MOM-0010030, MOM-0010031, MOM-0010038, MOM-0010041, MOM-0010043, MOM-0010052, MOM-0010087, MOM-0010101, MOM-0010102, MOM-0010103, MOM-0010104, MOM-0010105, MOM-0010106, MOM-0010107, MOM-0010108, MOM-0010498, and MOM-0010503.

potential loans were identified in Mutual's documents as either active or closed. Closed loans include those that Mutual categorized as "application denied" or "application withdrawn" or "loan originated" whereas loans categorized as "approval" or "approved w cond" were considered active. The potential loan population is as follows:

| Mutual Loan Population | | |
| --- | --- | --- |
| Classification | Number of Loans | Loan Value |
| Active | 107 | $ 30,838,966 |
| Closed | 2,096 | 578,027,043 |
| Total | 2,203 | $608,866,009 |

The names of the customers with loans included in Mutual's total loan population were cross referenced with the names of customers with loans closed at Waterstone's Tampa, Daytona, and Paramus branches from May 2, 2022 to April 7, 2023.[9] For each customer referenced in both databases, Oscher reviewed the loan information compiled to categorize the loans as follows:

- Active Customer Loans - A customer loan file started at Mutual that did not close at Mutual and was subsequently closed at Waterstone; or
- Prior Customer Loans - If there was a customer loan file closed (i.e., loan funded, application denied, application withdrawn, etc.) at Mutual and subsequently Waterstone closed a loan for that same customer.

This analysis identified nine (9) Active Customer Loans, with a total loan value of $2,989,497 (**Exhibit IV**). In addition, eleven (11) Prior Customer Loans were identified, with a total loan value of $3,860,033 (**Exhibit V**).

---

[9] *See* New Jersey Fundings through April 5 2023, Ormond Beach Fundings through April 5, 2023, and Tampa Fundings through April 5, 2023 at WMC012767-012769.

Next, Oscher relied upon Mutual's historical financial data as used in Mutual's Damage Category #2 (closed branches) to estimate the potential economic loss Mutual might have claimed for Mutual's Category #1 (diverted loans) damages.[10] We calculated Mutual's potential Lost Corporate Profit Percentage to be 0.86% (**Exhibit VI**).

The potential Lost Corporate Profit Percentage was applied to both the identified Active and Prior Customer Loans. Potential damages associated with the nine (9) Active Customer Loans are $25,709.67. Potential damages associated with the eleven (11) Prior Customer Loans include $7,565.35 (occurring 0 – 12 months after the prior loan file was closed), $13,586.63 (12 – 18-month subsequent loans), and $12,044.30 (over 18 months subsequent loans) for total potential damages related to the Prior Customer Loans of $33,196.28.

---

**Damage Category #2 – Closing of Branch Offices (Tampa and Daytona)**

---

Mutual created MOM-0003484, the Summary of Corporate Earnings Contribution from Tampa and Daytona Branches ("Summary of Corporate Earnings Contribution") to support its claim of $4,440,002.42 in damages associated with the closing of its branches. We noted that the relevant data used as the basis for this calculation was derived from documents Mutual failed to produce.  Specifically, Mr. Gennarelli testified that the basis for the loan volumes used in Mutual's damages calculation was data in Mutual's system that Mutual refused to produce.[11] Mr. Gennarelli was also asked to support the corporate profits multiplier used in Mutual's damages calculation. In response, Mr. Gennarelli testified:  "I don't really know what's in there. I don't really know if there's a – if there's a corporate P&L or we can use the Richey May documents. I don't know."[12]   When

---

[10] Oscher used Mutual's Category #2 methodology to estimate what Mutual might claim if it had calculated damages for Category 1 but does not credit Mutual's Category #2 methodology.
[11] Mutual Corporate Representative (Jeff Gennarelli) Dep. Tr. at 154:10-22.
[12] *Id*. at 158:17-159:1.

presented with the Richey May documents, however, Mr. Gennarelli testified "I'm afraid you're going to need an accountant to figure this out. . . . . This is not going to be helpful to us."[13] Mr. Gennarelli also testified that looking at Mutual's "tax returns are going to make it more tricky" and that instead a corporate P&L statement should be used.[14] However, the P&L statements Mutual claimed it referred to or relied upon for its damages analysis[15] consist of branch level P&Ls that Mr. Gennarelli testified he did not rely upon.[16]

Without the supporting documentation relied upon by Mutual, the demand reflected in MOM-0003484 is unsupported and cannot be verified or tested.

We noted that certain aspects of the calculation involved unsupported assumptions. For example, Mutual's damages are based on the alleged profits Mutual would have enjoyed had the three branches stayed open for another 18 months. There were no contracts requiring employees to stay employed for the 18-month period. While the employees are alleged to have a non-solicit agreement that prohibits them from recruiting other employees, this non-solicit period extends for 12 months following separation.

Mutual's inclusion of the volumes of loans attributable to the three branch managers: Dwayne Hutto ("Mr. Hutto"), Christopher Smith ("Mr. Smith"), and Christopher Wolf ("Mr. Wolf") (collectively, the "Branch Managers"), who left Mutual to work for Waterstone is without foundation as Mr. Gennarelli acknowledged that there is nothing unlawful about Waterstone recruiting the Branch Managers.[17]

---

[13] *Id*. at 159:2-21.
[14] *Id*. at 134:7-15.
[15] Plaintiff Mutual of Omaha Mortgage, Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Second Set of Interrogatories, Response to Interrogatory 10 at page 5.
[16] Mutual Corporate Representative (Jeff Gennarelli) Dep. Tr. at 136:8-138:1.
[17] Mutual Corporate Representative (Jeff Gennarelli) Dep. Tr. at 76:22-78:1; *see also id*. at 78:19-25 and 92:6-8.

To the extent that the Trier of Fact determines that the Defendant's recruitment of Messrs. Hutto, Smith, and Wolf should be considered, the loan volumes produced by these three (3) Branch Managers should not be included in the damage calculation.

Oscher utilized the branch P&Ls produced by Mutual for the years 2019, 2020, 2021, and the period ended June 30, 2022[18] to aggregate the annual loan volume attributable to each Branch Manager. These loan volumes were then compared to the annual loan volumes for each branch to determine what percentage of the total loan volume was comprised of loans originated by the Branch Managers. **Exhibit VII** details the percentage of branch loan volume accounted for by the Branch Managers. The loan volume percentages originated by the Daytona Branch Managers ranged from 44.77% to 47.77%, while the Tampa Branch Managers originated 11.61% to 18.83% of loan volume.

While Mutual could have excluded the loans originated by the Branch Managers from its forecast, it chose not to. Similarly, Mutual has not considered the extent to which employees left Mutual due to relationships with the Branch Managers, which predated their employment at Mutual, or due to natural attrition within the branches.

Mutual projected lost profits for 18 months into the future by looking at its historical, unsupported profit information dating back to 2019, including 2020 and 2021 which Mr. Gennarelli acknowledged were highly anomalous years for the mortgage industry, with activity triggered by the COVID-19 pandemic, with 2020 in particular being "absolutely" a record year for Mutual, a "record high" for the branches at issue, and a "historically anomalous year for the industry."[19]

---

[18] "Branch P&Ls" - MOM-0010964, MOM-0010965, MOM-0010988, MOM-0010989, MOM-0011012, MOM-0011013, MOM-0011025, and MOM-0011026.
[19] Mutual Corporate Representative (Jeff Gennarelli) Dep. Tr. at 163:10-164:24.

11

To evaluate the reasonableness of Mutual's projections, we obtained the Mortgage Bankers Association ("MBA") published data on historical loan originations which we used to analyze the trends in the mortgage industry as well as the industry outlook over the relevant time frame.

We compared the Mutual damage model to the Mortgage Banker's Association May 19, 2023 Mortgage Finance Forecast[20] to see how the actual and forecasted quarterly loan volumes at Mutual compared to the mortgage industry. We noted that Mutual appears to trend closely to the mortgage industry, from Q1 2019 to Q3 2022. The forecasted revenue prepared by Mutual for their damage calculation is not consistent with the industry's projections as shown in the following chart.[21]



[20] MBA Mortgage Finance Forecast dated May 19, 2023. https://www.mba.org/docs/default-source/research-and-forecasts/forecasts/2023/mortgage-finance-forecast-may-2023.pdf?sfvrsn=4bf1d1a7_1
[21] Sources: (1) Mutual 2019 Q1 includes $720,316 in loan volume (2.23% of total loan volume) from the acquired company BBMC. (2) Mutual Actual and Forecast Loan Volumes from Branch P&Ls and Damage Model (MOM-0003484). (3) MBA Actual and Forecast Loan Volumes from MBA Finance Forecast (May 2023).

**Damage Category #3 – Ill-gotten Gains**

Mutual has alleged that "Branch Financial Credits" extended in connection with Waterstone's hiring of the Branch Managers should be considered its economic losses.

Based on my review of the documentation produced, the $750,000 in question were not gains enjoyed by Waterstone. They are expenses incurred by Waterstone, not gains to the Defendant, Waterstone. Mutual acknowledged that this Category #3 is not money Waterstone received but rather money Waterstone paid out:

Q: . . . so this is money that Waterstone is paying out to the employees; correct?

A: Yes.

Q: It's not money that Waterstone is enjoying. It's a cost to Waterstone; correct?

A: Correct.

***

Q: Sure. The employees gained the money, not Waterstone; right?

A: Yeah.

Q: Mutual claims these ill-gotten gains to Waterstone that actually went to the employees and not Waterstone consists of $500,000 that Waterstone paid to Chris Smith and $250,000 that Waterstone paid to Dwayne Hutto for a total of $750,000; correct?

A: Yes.[22]

---

[22] Mutual Corporate Representative (Jeff Gennarelli) Dep. Tr. at 63:23-64:18.

# CONCLUSION

Mutual has either failed to quantify its alleged economic losses, or it has put forward calculations that are unsupported and are based on unreasonable assumptions. My conclusions as to Mutual's three categories of damages are as follows:

- As to Damage Category 1:  Loans Diverted from Mutual to Waterstone
    - The Plaintiff has not calculated an economic loss.  At his deposition, Mr. Gennarelli testified that neither he nor anyone else at Mutual has attempted to calculate these damages.
    - My analysis demonstrates that the potential economic loss Mutual might have claimed, assuming liability, is between $25,700 and $58,900.

- As to Damage Category 2: Closing of Branch Offices (Tampa and Daytona)
    - This category of damages is unsupported and cannot be verified, as Mr. Gennarelli acknowledged at his deposition.
    - Mutual has calculated damages over an 18-month period, which is not supported by the employment agreements that are at issue in this matter.
    - Mutual has based its 18-month forecast on historical periods that were anomalous, and that forecast is not consistent with industry expectations.
    - While acknowledging that there was nothing unlawful in Waterstone recruiting the Branch Managers, Mutual has included loans originated by the Branch Managers in its forecast of profits from the closed branches.
    - Mutual has not considered other factors which would cause employees to resign, such as professional relationships or natural

14

attrition, but has assumed that all losses are due to the alleged solicitation of employees.

- As to Damage Category 3: Ill-gotten Gains
  - Mr. Gennarelli provided no foundation for an economic loss of $750,000. Factually, this amount was an expense to the Defendant, not an ill-gotten gain.

If additional information or documentation becomes available, I reserve the right to update my report and conclusions as may be appropriate.

Steven S. Oscher
June 5, 2023

15

# STEVEN S. OSCHER – DBA, CPA, ABV/CFF, CFE

**Education:**

- Doctor of Business Administration, 2017
  University of South Florida- Muma College of Business
- B.S. Accounting, 1977 University of South Florida
- Continuing professional education as an instructor and student

**Employment:**

| | |
|---|---|
| 1990 – Present | Oscher Consulting |
| 2017 – 2020 | University of South Florida |
| | Adjunct Instructor |
| 1990 – 1991 | Coopers & Lybrand - Consultant |
| 1984 – 1990 | Laventhol & Horwath - Partner |
| | Director, Litigation Support Services |
| | Director, Accounting & Auditing Services |
| 1981 – 1984 | Coopers & Lybrand - Audit Manager |
| 1977 – 1981 | Grant Thornton - Audit Supervisor |

**Professional:**
**(current and past)**

- AICPA- ABV Designation (Accredited in Business Valuation) and
  CFF Designation (Certified in Financial Forensics)
- Florida Institute of CPAs
- Association of Certified Fraud Examiners (Accredited as a CFE)
- FICPA Valuation and Litigation Section Steering Committee
- USF School of Accountancy, Past Chairman Advisory Board
- USF College of Business, Deans Advisory Board
- National Association of Forensic Economists
- Florida State Board of Accountancy, past Chairman and Vice Chairman
- American Arbitration Association, National Roster of Neutrals member
- Thirteenth Judicial Circuit Business Courts - Committee Member
- Hillsborough County Bar Foundation Board of Trustees, Treasurer

**Community:**
**(current and past)**

- USF Physicians Group of the USF College of Medicine, University Medical
  Service Association, Inc. and USF Medical Services Support
  Corporation-Board of Directors-Audit Committee Chairman
- Florida Bar Grievance Committee
- Leadership Tampa, Past Chairman
- University of South Florida
  National Alumni Association, Past President
- Hillsborough County Bar Association-Associate Member
- Sun Dome, Inc., Board of Directors President-Audit Committee Chairman
- The Florida Aquarium, Board of Directors
- Judicial Nominating Commission, Thirteenth Circuit, Former
  Commissioner
- Florida BOA Independence Task Force Committee, Former Chairman
- USF Center for Entrepreneurship, Board Member

**Military:**

- 1966 – 1972    U.S. Navy - Submarine Service; Clearance:  Top Secret

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
|---|---|---|
| Douglas Szabo<br>Henderson, Franklin, Stearnes & Holt<br>1715 Monroe St.<br>Fort Myers, FL 33901<br>Phone: 239-344-1260 | In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida<br>Case No. 2015-CA-7137-0 | Design Pallets, Inc. vs. Lifdek Corporation; Joseph J. Dank; Chris Gabrys; and Neil Schopke |
| Marshall Rainey<br>Burr & Forman<br>201 N Franklin St., Suite 3200<br>Tampa, FL 33602<br>Phone: 813-367-5761 | In the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida<br>Civil Division<br>Case No. 2014-CA-001601 | Guyer Corral Ventures, LLC vs. Hughes Construction, Inc. vs. J. Gross Structures, Inc. and Pardue Masonry of Central Florida, Inc. |
| Kenneth G. Turkel<br>Bajo, Cuva, Cohen, Turkel<br>100 North Tampa Street, Suite 1900<br>Tampa, Fl 33602<br>Phone: 813-443-2199 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida General Civil Division<br>Case No. 18-CA-000225 | LDRV Holdings Corp. d/b/a Lazydays RV, a Delaware Corporation vs. REV Recreation Group, Inc. f/k/a Allied Recreation Group, Inc., a Delaware Corporation |
| Jonathan B. Sbar<br>Rocke, McLean & Sbar, P.A.<br>2309 S. MacDill Avenue<br>Tampa, FL  33629<br>Phone: 813-769-5600 | United States District Court<br>Middle District of Florida<br>Tampa Division<br>Case No. 8:17-cv-00190-T-23MAP | Financial Information Technologies, LLC vs. iControl Systems, USA, LLC |
| John A. Anthony<br>Anthony & Partners, LLC<br>201 North Franklin Street, Suite 2800<br>Tampa, Florida  33602<br>Phone: 813-273-5616 | In the Circuit Court of the Thirteenth Judicial Circuit Hillsborough County, Florida Civil Division<br>Case No. 16-CA-003845 | Slice & Rice, Inc. vs. CCP Harbour Island, LLC |
| Ronald E. Bush<br>Bush, Graziano, Rice & Platter, P.A.<br>100 S. Ashley Drive, Suite 1400<br>Tampa, Florida 33602<br>Phone: 813-302-1418 | In the Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida Civil Division<br>Circuit Civil Case No. 2015 CA 1442 WS | Doreen L. Gilbert and Allen F. Gilbert vs. Jennifer D. Nuss, M.D., Carolyn E. Johnstone, M.D., Florida EM-I Medical Services, P.A., Baxley Emergency Physicians, LLC, Siddharth H. Shah, M.D., Siddharth H. Shah, M.D., P.A., d/b/a Bay View Neurology, Shiv K. Aggarwal, M.D., Shiv Aggarwal, M.D., P.A., and New Port Richey Hospital, Inc., d/b/a Medical Center of Trinity |
| William J. Schifino, Jr.<br>Burr Forman<br>201 N. Franklin St. Suite 3200<br>Phone: 813-221-1764 | American Arbitration Association<br>Case No. 16-000751-CA | Jefferson Trupp, M.D. vs. Panama City Urological Center, P.A., a Florida Professional Association; Advanced Urology Institute, L.L.C., a Florida Limited Liability Company |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| Luis Santos<br>Ford Harrison<br>101 E. Kennedy Blvd. Suite 900<br>Tampa, FL 33602<br>Phone: 813-261-7852 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida Civil Division<br>Case No. 17-CA-1588 | Sharon D. Ford vs. Lincare Holdings Inc. |
| James C. Valenti<br>James C. Valenti, P.A.<br>500 S. Florida Ave., Suite 410<br>Lakeland, FL 33801<br>Phone: 863-937-6056 | In the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida Civil Division<br>Case No. 2016-CA-000137 | David Ricketts vs. Fleetwing Corporation, a Florida Corporation |
| John A. Anthony<br>Anthony & Partners, LLC<br>201 North Franklin Street, Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5616 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida<br>Case No. 16-CA-005311 | Jackson's Bistro and Bar, L.C., a Florida limited liability company vs. CCP Harbour Island LLC, a Florida limited liability Company |
| Clif Curry<br>Curry Law Group, P.A.<br>750 Lumsden Rd.<br>Brandon, Florida 33511<br>Phone: 813-653-2500 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, State of Florida Family Law Division | Keri Clare, Petitioner/Former Wife, and Michael P. Clare, Respondent/Former Husband |
| Scott A. Stichter<br>Stichter Riedel Blain & Prosser, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, Florida 33602<br>Phone: 813-229-0144 | United States Bankruptcy Court Middle District of Florida Tampa Division<br>Case No. 8:16-bk-10109-MGW | John Allen Yanchunis, Sr. vs. James Hoyer, P.A., f/k/a James, Hoyer, Newcomer & Smiljanich, P.A., f/k/a James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A.; Founders Funding Group, LLC; W. Christian Hoyer; and John R. Newcomer, Jr., and Nancy Harrison |
| Richard T. Heiden<br>Richard T. Heiden, P.A.<br>2723 State Road 580<br>Clearwater, Florida 33761<br>Phone: 727-771-7888 | American Arbitration Association<br>AAA Docket Number: 01-18-0002-2077 | American Income Life Insurance Company vs. Abdel Alkurdi, a/k/a Abdel Al-Kurdi, a/k/a Al Kirby, a/k/a Al Alkurdi, a/k/a Abdel Latif Ahirab Al-Kurdi and Innovative Insurance Brokers, Inc., a New York corporation |
| Chris Haaf<br>Kilpatrick Townsend & Stockton, LLP<br>1001 W 4th Street<br>Winston-Salem, North Carolina 27101<br>Phone: 336-607-7300 | In the United States District Court for the Middle District of Florida Tampa Division<br>Case No. 8:18-cv-00577-VMC-MAP | Movement Mortgage, LLC vs. AmeriFirst Financial Corporation d/b/a AmeriFirst Home Mortgage |
| J. Todd Timmerman<br>Shumaker<br>101 E Kennedy Blvd., Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-227-2243 | United States District Court for the Northern District of Ohio Western Division<br>Case No. 3:18-cv-00831 | Spartan Chemical Company, Inc. vs. Ecolab Inc. |

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
|---|---|---|
| Frank R. Jakes<br>Johnson Pope Bokor Ruppel & Burns, LLP<br>401 E Jackson Street, Suite 3100<br>Tampa, Florida 33602<br>Phone: 813-225-2500 ext. 2050 | In the United States District Court for the Middle District of Florida Tampa Division<br>Case No. 8:18-cv-00644-JSM-JSS | K.E.L.K. Corp., f/k/a Solar Sense Corporation, a Florida corporation vs. CCA Industries, Inc., d/b/a Core Care America, a Delaware corporation |
| John A. Anthony<br>Anthony & Partners, LLC<br>201 N Franklin Street, Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5066 | In the United States District Court Middle District of Florida Tampa Division<br>Case No. 8:16-cv-00088-CEH-JSS | Centennial Bank, an Arkansas state chartered bank vs. ServisFirst Bank, Inc., an Alabama state chartered bank, Gregory W. Bryant, an individual, Patrick Murrin, an individual, Gwynn Davey, an individual, and Jonathan Zunz, an individual |
| Robert vs. Williams<br>Burr & Forman LLP<br>201 N Franklin Street, Suite 3200<br>Tampa, Florida 33602<br>Phone: 813-367-5712 | In the Circuit Court of the Thirteenth Judicial Circuit In and for Hillsborough County, Florida Complex Business Litigation Division<br>Case No. 17-CA-009893 | Linda J. Lack, an individual vs. Stephen W. Jones, an individual, SimPhonics, Inc., a Florida corporation, and Vplus, a Florida corporation |
| Dominick J. Graziano<br>Bush Graziano Rice & Platter, P.A.<br>101 E Kennedy Blvd., Suite 1700<br>Tampa, Florida 33602<br>Phone: 813-228-7000 | In the Circuit Court of the Twentieth Judicial Circuit, in and for Charlotte County, Florida<br>Case No. 17-000511-CA | Wood Carvers Supply, Inc., a foreign corporation authorized to do business in Florida, Master Carver, Inc., a Florida corporation, Timothy C. Effrem and Deborah E. Effrem, Individuals vs. Paradise Foam, LLC, a Florida limited liability company, Grande Aire Services, Inc., a Florida corporation |
| Stephenie Anthony<br>Anthony & Partners, LLC<br>201 N Franklin St., Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5616 | United States Bankruptcy Court Middle District of Florida Fort Myers Division<br>Case No. 9:18-bk-06721<br>Chapter 11 | Periwinkle Partners LLC, a Florida limited liability company |
| Robert M. Quinn<br>Carlton Fields<br>4221 W. Boy Scout Blvd., Suite 1000<br>Tampa, Florida 33607<br>Phone: 813-229-4217 | United States District Court Middle District of Florida Tampa Division<br>Case No. 8:18-cv-1155-T-36-AAS | Amalie Oil Company vs. TC Chemicals, LLC d/b/a Third Coast Chemicals, Third Coast Chemicals, LLC, and Third Coast Chemicals, Ltd. |
| Edmund S. Whitson III<br>Adams and Reese, LLP<br>101 E. Kennedy Blvd., Suite 4000<br>Tampa, Florida 33602<br>Phone: 813-227-5542 | United States Bankruptcy Court Middle District of Florida Tampa Division<br>Case No. 8:13-bk-06864-CED | Able Body Temporary Services, Inc., Westward Ho, LLC, Westward Ho II, LLC, PreferAble People HQ, LLC, Cecil B Bedoone, LLC, ABTS Holdings, LLC, Professional Staffing - A.B.T.S., Inc., Rotrpick, LLC, YJNK II, Inc., Organized Confusion, LLP, USL&H Staffing, LLC, YJNK VIII, LLC, Training U, LLC, YJNK XI CA, LLC, YJNK III, INC., Able Body Gulf Coast, Inc. vs. Regions Bank |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| FIRM | CASE NUMBER | CASE NAME |
|------|-------------|-----------|
| William E. Grob<br>Ogletree Deakins Nash Smoak & Stewart, P.C.<br>100 N. Tampa St., Suite 3600<br>Tampa, Florida 33602<br>Phone: 813-221-7228 | In the Circuit Court of the 17th Judicial Circuit, In and For Broward County, Florida<br>Case No. 13-07421(25) | Land & Sea Petroleum Holdings, Inc. vs. Steven Leavitt and Atlas Oil Supply Company of Florida, a/k/a Atlas Oil Company |
| John Barr<br>Law Office of John M. Barr, P.C.<br>4105 Stuart Ave.<br>Richmond, VA 23221<br>Phone: 804-269-5078 | In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida Civil Division<br>Case No. 15-CA-001112 DIV: G | Dr. Wanda Espinoza-Cruz vs. Florida EM-I Medical Services, P.A., EmCare, Inc. and HCA, Inc. |
| Pedro F. Bajo Jr.<br>Bajo Cuva Cohen Turkel<br>100 N. Tampa St., Suite 1900<br>Tampa, Florida 33602<br>Phone: 813-443-2199 | In the Circuit Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida Civil Division<br>Case No. 19-CA-00740<br>Division: F | Counsel Financial Services, LLC vs. Barry A. Cohen P.A., a Florida corporation |
| Stuart J. Levine<br>Walters Levine Lozano DeGrave<br>601 Bayshore Blvd., Suite 720<br>Tampa, Florida 33606<br>Phone: 813-295-6930 | In the United States District Court For the Middle District of Florida Tampa Division<br>Case No. 8:14-cv-00775-SDM-AAS | Zurich American Insurance Company vs. John Edward Walker Hardin, Leasing Resources of America 4, Inc., and Cohesive Networks, Inc. |
| Patrick G. Gilligan<br>Gilligan, Gooding, Franjola & Batsel, P.A.<br>1531 SE 36th Avenue<br>Ocala, Florida 34471<br>Phone: 352-867-7707 | In the Circuit Court of the Fifth Judicial Circuit, In and For Marion County, Florida<br>Case No. 2016-2192-CA-B | Insurance Office of Raymond N. Strickland, Jr., Inc. vs. Vicki L. Graves, Insurance Office of America, Inc., Christopher Labrecque, Anthony Tatum, James Powell, and Kelsey Haas |
| John A. Anthony<br>Anthony & Partners, LLC<br>201 N Franklin Street, Suite 2800<br>Tampa, Florida 33602<br>Phone: 813-273-5066 | In the Circuit Court For the Tenth Judicial Circuit In and For Polk County, Florida Civil Division<br>Case No. 2018CA-004914 | William Bostick, III, an individual vs. Commercial Warehousing, Inc., a Florida Corporation |
| George L. Guerra<br>Wiand Guerra King<br>5505 W. Gray Street<br>Tampa, Florida 33609<br>Phone: 813-347-5102 | In the Circuit Court of the Sixth Judicial Circuit In and For Pinellas County, State of Florida Civil Division<br>Case No. 18-004339-CI | Aileron Holdings, LLC, a Florida limited liability company, Aileron Investment Management, LLC, a Florida limited liability company, Aileron Re Opportunities Fun I, LLC, a Florida limited liability company vs. Joseph R. Bonora, an individual, JRB Holdings, LLC, a Florida limited liability company, Michael S. Maguire, an individual, Bryn Capital Advisors II, Incorporated, a Florida corporation, Justin Blackhall, an individual, Blackhall, P.C., a New York professional corporation, and Silver Hawk Loan Services, LLC, a Delaware limited liability company |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| <u>FIRM</u> | <u>CASE NUMBER</u> | <u>CASE NAME</u> |
|---|---|---|
| Brian T. McElfatrick<br>Bush Ross, P.A.<br>1801 N. Highland Avenue<br>P.O. Box 3913<br>Tampa, Florida 33601<br>Phone: 813-224-9255 | The Arbitration Tribunals of the<br>American Arbitration<br>Association<br>Case No. 01-18-0001-7801 | Avivah Digital Commerce, LLC, and Glenn Trommer<br>vs. Experimac Franchising, LLC |
| James S. Myers<br>McElroy, Deutsch, Mulvaney &<br>Carpenter, LLP<br>201 E. Kennedy Boulevard<br>Suite 815<br>Tampa, Florida 33602<br>Phone: 813-285-5515 | In the Circuit Court of the Ninth<br>Judicial Circuit In and For<br>Orange County, Florida<br>Case No. 2019-CA-006111-O | Stacy Dalton as Personal Representative of the Estate of<br>Robert P. Dalton, Jr. vs. Epoch Properties, Inc.; EPI<br>Maitland, LLC; and Epoch Maitland Station<br>Apartments, LLC |
| Mark M. Wall<br>Hill Ward Henderson<br>101 E. Kennedy Boulevard<br>Suite 3700<br>Tampa, Florida 33602<br>Phone: 813-221-3900 | In the Circuit Court of the<br>Thirteenth Judicial Circuit In<br>and For Hillsborough County,<br>Florida<br>Case No. 17-CA-000374 | 3MT Investments, LLC and 3MT Investments, LLC as<br>member and manager of an on behalf of Fuel<br>Investments & Development, LLC v. DTT Acquisition<br>Group, LLC, Downtown Acquisition Group, LLC, Fuel<br>Group, LLC, Green Downtown Tampa, LLC, Jai Lak<br>Wani, Vani Lalwani, and Kiran c. Patel |
| Dwight Lueck<br>Barnes & Thornburg, LLP<br>11 South Meridian Street<br>Indianapolis, Indiana<br>Phone: 317-236-1313 | In the United States District<br>Court for the Middle District of<br>Florida Tampa Division<br>Case No. 8:19-cv-01731-VMC-<br>SPF | Delta T, LLC v. Dan's Fan City, Inc. and TroposAir,<br>LLC |
| George Guerra<br>Wiand Guerra King<br>5505 West Gray Street<br>Tampa, Florida<br>Phone: 813-347-5102 | In the Circuit Court of the<br>Thirteenth Judicial Circuit in<br>and for Hillsborough County,<br>Florida Circuit Civil Division<br>Case No. 17-CA-8085-L | MGQ & Associates, Inc. v. Lee A Nimmo |
| John Anthony<br>Anthony & Partners, LLC<br>100 South Ashley Drive<br>Suite 1600<br>Tampa, Florida<br>Phone: 813-273-5616 | United States Bankruptcy Court<br>Middle District of Florida<br>Tampa Division<br>Case No. 8-19-BK-09946-CED<br>Chapter 11 | Heritage Hotel Associates, LLC |
| Suzanne E. Gilbert<br>Holland & Knight<br>200 South Orange Avenue<br>Suite 2600<br>Orlando, Florida<br>Phone: 407-244-1142 | In the Circuit Court of the Ninth<br>Judicial Circuit in and for<br>Orange County, Florida<br>Case No. 2016-CA-004588-O | The Florida Department of Financial Services, as<br>Receiver for Physicians United Plan, Inc. v. Pacific<br>Western Bank Corporation |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| __FIRM__ | __CASE NUMBER__ | __CASE NAME__ |
|---|---|---|
| Kevin Zwetsch<br>Cantrell Zwetsch, P.A.<br>401 E. Jackson Street<br>Suite 2340<br>Tampa, Florida<br>Phone: 813-448-2085 | In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida<br>Case No. 15-CA-002217 | Claimcor, LLC v. Jeremy Menard, Warren Ritter and Menard Adjusting |
| Scott Hutchens<br>Weekley Schulte Valdes, LLC<br>1635 North Tampa Street, Suite 100<br>Tampa, Florida 33602<br>Phone: 813-221-1154 | In the Circuit Court of the Tenth Judicial Circuit in and for Polk County, Florida<br>Case No. 2019-CA-002295000 | Christi Wadsworth v. A & CC Express, Inc. and Abraham J. Cannon |
| Brad Barrios<br>Bajo Cuva Cohen Turkel<br>100 North Tampa Street, Suite 1900<br>Tampa, Florida 33602<br>Phone: 813-443-2199 | In the United States District Court for the Middle District of Florida Tampa Division<br>Case No. 8:20-cv-1469-T-30JSS | Smart Communications Holding, Inc. v. Correct Solutions, LLC, a/k/a Correct Solutions Group, LLC |
| Thomas S. Cargill<br>Morgan & Morgan<br>20 North Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Phone: 407-245-3518 | In the Circuit of the Ninth Judicial Circuit in and for Orange County, Florida<br>Case No. 2020-CA-005834-O | Michael Mosler, II v. Seasons Service Select, LLC |
| Bo Sellitti<br>Lieser Skaff<br>403 N Howard Avenue<br>Tampa, Florida 33606<br>Phone: 813-251-8715 | In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida<br>Case No. 20-CA-003907 | Jason Williams v. Professional Home Supply, LLC and Paul Mueller |
| Michael J. McMullen<br>Cohen & McMullen<br>1132 SE 3rd Avenue<br>Fort Lauderdale, Florida 33316<br>Phone: 954-523-7774 | JAMS Arbitration<br>140007164 | PGA Tournament Corporation, Inc. v. Lamington Farm Club, LLC |
| Matthew K. Fenton<br>Wenzel Fenton Cabassa<br>1110 North Florida Avenue, Suite 300<br>Tampa, Florida 33602<br>Phone: 813-223-6413 | In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida in and for Hillsborough County<br>Case No. 19-CA-002987 | George Katzaras v. P.R. Steelecoat, Inc. |
| Jason P. Stearns<br>Freeborn<br>201 N. Franklin Street, Suite 3550<br>Tampa, Florida 33602<br>Phone: 813-488-2926 | In the United States District Court for the Middle District of Florida Tampa Division<br>Case No. 8:20-cv-2971-T-02AEP | Steel Supplements, Inc. v. Blitz NV, LLC |

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
|---|---|---|
| Jody Valdes<br>Weekley Schulte Valdes Murman Tonelli<br>1635 North Tampa Street, Suite 100<br>Tampa, Florida 33602<br>Phone: 813-221-1154 | In the Circuit Court, Third Judicial Circuit of Florida, In and For Suwannee County Case No. 19-119-CA | Logan Hoyles and Ashley Jenkins v. Brigam Cord Goold and Alliance Dairies, LLP |
| Heidi Eckert<br>Ford Harrison<br>777 Bonhomme Avenue, Suite 1710<br>St. Louis, Missouri  63105<br>Phone: 314-257-0303 | In the United States District Court for the Southern District of Illinois Case No. 3:19-cv-1326 | Brian J. Schell v. Eric Schellhardt, Marc Asbury and Madison County |
| Jeffrey J. Costolnick<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>191 Peachtree Street N.E., Suite 4800<br>Atlanta, Georgia 30303<br>Phone: 404-870-1797 | In the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida Civil Division Case No. 2019-CA-003356-O | Ryan Redmann v. Pandera Systems, LLC and Joshua R. Sutton |
| Anthony S. Burt<br>ArentFox Schiff LLP<br>233 South Wacker Drive<br>Suite 7100<br>Chicago, IL 60606<br>Phone: (312) 258-5762 | American Arbitration Association International Centre for Dispute Resolution Circuit Civil Division Case No. 01-20-0015-9952 | Nutranext, LLC, f/k/a Wellnext, LLC v. Tagg Logistics, LLC |
| Suzanne Gilbert<br>Holland & Knight<br>200 South Orange Avenue<br>Suite 2600<br>Orlando, Florida 32801<br>407-244-5143 | In the Circuit Court of the Ninth Judicial Circuit in and For Orange County, Florida Case No. 2021-CA-000675-O | ARP-8717 International, LLC v. Gala Enterprises of Central Florida, Inc. |
| Jerry Olivo<br>Henderson, Franklin, Starnes<br>1715 Monroe St.<br>Fort Myers, Florida 33901<br>239-344-1168 | In the Circuit Court of the Twentieth Judicial Circuit in and For Lee County, Florida Case No. 20-CA-003288 | Marlin Construction Group, LLC v. Tyler Forrey, Danielle Forrey, Miles Garner, Roof Rx LLC, Island Life Charter Company, The Better Roof Guy and Miles High LLC |
| Eric Czelusta<br>The Patient's Law Firm, P.A.<br>3411 Alternate 19, Suite A<br>Palm Harbor, Florida<br>727-281-4357 | In the Circuit Court of the Fifth Judicial Circuit of the State of Florida, in and for Hernando County Civil Division Case No. 2020-CA-000794 | Amy L. Holliday and Charles Holliday v. David L. Terzigni, DO, David L. Terzigni, DL, PA d/b/a Bayside Family Care |
| Eric Czelusta<br>The Patient's Law Firm, P.A.<br>3411 Alternate 19, Suite A<br>Palm Harbor, Florida<br>727-281-4357 | In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida Civil Division Case No.  20-000289-CI | John Knutson and Julie Knutson v. Baycare Health System, Trustees of Mease Hospital, Inc. d/b/a Mease Dunedin Hospital, Mark Chappell, M.D., Alicia Londergan, PA, Coastline Emergency Physicians, LLC, Amy Mickler M.D., Radiology Associates of Clearwaters, M.D. PA, Patrick Mella, M.D., Minh Ngo, M.D., and Baycare Medical Group, Inc. |

Exhibit II

**STEVEN S. OSCHER**
**OSCHER CONSULTING**
**LITIGATION BACKGROUND**

| **FIRM** | **CASE NUMBER** | **CASE NAME** |
| --- | --- | --- |
| Megan Collins<br>Weekley Schulte Valdes Murman Tonelli<br>1635 North Tampa Street, Suite 100<br>Tampa, Florida 33602<br>Phone: 813-221-1154 | In the Thirteenth Judicial Circuit Court Hillsborough County, Civil Division Case No. 21-CA-004320 | Tracie Renae Smith-Skinner v. Marisa Lauren Colina |
| Ernest Leonard<br>Friedman & Feiger<br>5301 Spring Valley Rd., Suite 200<br>Dallas, Texas 75254<br>Phone: 972-788-1400 | In the Circuit Court of the 18th Judicial Circuit in and for Seminole County, Florida Case No. 2019-CA-000999-15-K | Community Care Health Network, LLC, d/b/a Matrix Medical Network v. Shahriar "James" Ekbatani, Ramin "Ray" Ekbatani, Shahrzad Ekbatani, as Trustee of Nobility Trust and Dignity Trust, Terrence Diaz, and Jerry Cox |
| Ashley Taylor<br>Macfarlane Ferguson & McMullen<br>201 N. Franklin Street, Suite 200<br>Tampa, Florida 33602<br>Phone: 813-273-4200 | In the Circuit Court of the Eighth Judicial Circuit in and for Levy County, Florida Case No. 20-CA-000126 | Coreen Frazier v. Impact RTO Florida, LLC d/b/a Rent-A-Center |
| Jordan Shaw<br>Zebersky Payne Shaw Lewenz<br>110 Southeast 6th Street, Suite 2900<br>Ft. Lauderdale, Florida 33301<br>Phone: 954-989-6333 | United States District Court Southern District of Florida Case No. 21-80299-DMM | BG Strategic Advisors, LLC v. Freighthub, Inc. |

Exhibit III

## INFORMATION CONSIDERED

| | |
|---|---|
| ● | PLD 037 2022-10-26 First Amended Complaint and Demand for a Jury Trial |
| ● | DISC 2023-03-10 Plaintiff Mutual of Omaha Mortgage, Inc.'s Second Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Interrogatories |
| ● | DISC 2023-03-17 Waterstone's Second Set of Interrogatories |
| ● | DISC 2023-03-17 Waterstone's Second Set of RFPs |
| ● | MOM 0000001-MOM 0010507 |
| ● | DISC 2023-03-15 Exhibit 1 to Waterstone's second set of discovery - MOM-0003484.XLSX |
| ● | Mutual of Omaha Responses and Objections to Third Document Requests |
| ● | Mutual of Omaha Supplemental Responses and Objections to Third Document Requests (05.10.2023) |
| ● | Plaintiff Mutual of Omaha Mortgage, Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Second Set of Interrogatories |
| ● | Plaintiff Mutual of Omaha Mortgage, Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Second Set of Requests for Production of Documents |
| ● | DISC 2023-04-07 Waterstone's Third Set of RFPs |
| ● | MISC 2022-09-28 New Jersey - Closed Loans from June 16 - August 15.XLSX WMC 000679 |
| ● | New Jersey Fundings through April 5, 2023, Ormond Beach Fundings through April 5, 2023, and Tampa Fundings through April 5, 2023 (WMC012767-012769) |
| ● | MISC 2022-09-28 Ormond Beach Closings from April 27 - June 27.XLSX WMC000680 |
| ● | MISC 2022-09-28 Tampa - Closed Loans from June 16 - August 15.XLSX WMC000681 |
| ● | D. Hutto Employment Agreement |
| ● | WMC003723, WMC011460 |
| ● | Document Production (WMC009436 - WMC011812) |
| ● | MOM-0010964, MOM-0010965, MOM-0010988, MOM-0010989, MOM-0011012, MOM-0011013, MOM-0011025, and MOM-0011026. |
| ● | MOM-0011048,  MOM-0011102,  MOM-0011163 |
| ● | Waterstone's Rule 30(b)(6) Deposition Notice |
| ● | DISC 2023-04-25 Waterstone's Amended 30(b)(6) deposition notice |
| ● | Jeff Gennarelli LinkedIn page |
| ● | Jeffrey Gennarelli rough and final deposition transcripts with exhibits, May 25, 2023 |
| ● | "Branch P&Ls" - MOM-0010964, MOM-0010965, MOM-0010988, MOM-0010989, MOM-0011012, MOM-0011013, MOM-0011025, and MOM-0011026 |
| ● | MBA Mortgage Finance Forecast dated May 19, 2023 |
| ● | (1) Mutual 2019 Q1 includes $720,316 in loan volume (2.23% of total loan volume) from the acquired company BBMC. (2) Mutual Actual and Forecast Loan Volumes from Branch P&Ls and Damage Model (MOM-0003484). (3) MBA Actual and Forecast Loan Volumes from MBA Finance Forecast (May 2023) |

Exhibit III

| | |
|---|---|
| • | MOM-0005885, MOM-0009201, MOM-0009245, MOM-0009248, MOM-0009246, MOM-0009254, MOM-0009261, MOM-0009313, MOM-0009323, MOM-0009324, MOM-0009325, MOM-0009326, MOM-0009327, MOM-0009328, MOM-0009329, MOM-0009330, 0009331, MOM-0009338, MOM-0009971, MOM-0009975, MOM-0009983, MOM-0009984, MOM-0009988, MOM-0009989, MOM-0009994, MOM-0009998, MOM-0010002, MOM-0010003, MOM-0010008, MOM-0010012, MOM-0010013, MOM-0010018, MOM-0010019, MOM-0010024, MOM-0010025, MOM-0010026, MOM-0010030, MOM-0010031, MOM-0010038, MOM-0010041, MOM-0010043, MOM-0010052, MOM-0010087, MOM-0010101, MOM-0010102, MOM-0010103, MOM-0010104, MOM-0010105, MOM-0010106, MOM-0010107, MOM-0010108, MOM-0010498, and MOM-0010503 |

Exhibit IV

**Potential Damages Calculation Active Customer Loans**

Customer loan files started at Mutual that did not close at Mutual, but were subsequently closed at Waterstone

| Last Name | | Loan Value in Mutual's Pipeline | Mutual Status Date | Mutual Status | Waterstone Closed Date | Waterstone Closed Loan Value | Time Lag (Months) |
|---|---|---|---|---|---|---|---|
| Amaya | | $284,747 | 4/12/2022 | Active | 6/15/2022 | $276,892 | 2.1 |
| Amico | | 420,000 | 3/22/2022 | Cond. Appr. | 5/2/2022 | 420,000 | 1.4 |
| Dolbin | | 375,000 | 1/11/2022 | Appr. w/ Cond. | 1/13/2023 | 445,000 | 12.2 |
| Jones | | 336,700 | 3/17/2022 | Cond. Appr. | 6/30/2022 | 336,700 | 3.5 |
| Leroux | | 183,500 | 6/3/2022 | Active | 7/20/2022 | 183,800 | 1.6 |
| Maymo | | 91,200 | 3/31/2022 | Cond. Appr. | 6/27/2022 | 109,250 | 2.9 |
| Morales | | 442,000 | 5/24/2022 | Cond. Appr. | 7/22/2022 | 510,581 | 2 |
| Reyes | | 429,000 | 4/25/2022 | Cond. Appr. | 7/25/2022 | 440,000 | 3 |
| Tappin | | 427,350 | 4/15/2022 | Active | 5/18/2022 | 428,041 | 1.1 |
| | Loan Volume | $2,989,497 | | | | $3,150,264 | |

**Potential Damages**

| | |
|---|---|
| Loan Volume | $2,989,497 |
| Lost Corporate Profit Percentage | 0.86% |
| | |
| **Potential Damages, Active Customer Loans** | **$25,709.67** |

**Potential Damages Calculation Prior Customer Loans**

Customer had a loan file closed at Mutual and subsequently Waterstone closed a loan for that same customer.

| Last Name | | Loan Value in Mutual's Pipeline | Mutual Status Date | Mutual Status | Waterstone Closed Date | Waterstone Closed Loan Value | Time Lag (Months) |
|---|---|---|---|---|---|---|---|
| Alonso | | $261,900 | 4/12/2022 | Loan Originated | 11/29/2022 | $230,300 | 7.7 |
| Black | | 266,000 | 11/10/2021 | Loan Originated | 12/14/2022 | 235,000 | 13.3 |
| Casteneda | | 345,000 | 3/2/2022 | App. Denied | 6/21/2022 | 382,000 | 3.7 |
| Cosentino | | 272,792 | 2/17/2022 | App. Denied | 5/31/2022 | 272,792 | 3.4 |
| DeLigio | | 700,000 | 8/6/2021 | App. w/drawn | 9/23/2022 | 629,000 | 13.8 |
| Jackson | | 382,500 | 9/26/2019 | File Closed | 3/1/2023 | 204,000 | 41.7 |
| Jaramillo | | 535,000 | 4/13/2021 | App. w/drawn | 11/10/2022 | 491,000 | 19.2 |
| Martin | | 253,000 | 3/22/2021 | Loan Originated | 1/31/2023 | 267,093 | 22.7 |
| Mathew | | 333,841 | 6/15/2021 | App. w/drawn | 12/2/2022 | 425,000 | 17.8 |
| Ravelo | | 230,000 | 11/18/2020 | App. w/drawn | 7/15/2022 | 549,000 | 20.1 |
| Sirois | | 280,000 | 4/2/2021 | Loan Originated | 6/27/2022 | 412,000 | 15 |
| | Loan Volume | $3,860,033 | | | | $4,097,185 | |

**Potential Damages**

0 - 12 Month Subsequent Loans:
| | |
|---|---|
| Loan Volume | $879,692 |
| Lost Corporate Profit Percentage | 0.86% |

**Prior Customer Loans: 0 - 12 Months**     **$7,565.35**

12 - 18  Month Subsequent Loans:
| | |
|---|---|
| Loan Volume | $1,579,841 |
| Lost Corporate Profit Percentage | 0.86% |

**Prior Customer Loans: 12 - 18 Months**     **$13,586.63**

18+ month Subsequent Loans:
| | |
|---|---|
| Loan Volume | $1,400,500 |
| Lost Corporate Profit Percentage | 0.86% |

**Prior Customer Loans: Over 18 Months**     **$12,044.30**

**Potential Damages from Prior Customer Loans**
**$33,196.28**

Exhibit VI

---

### Lost Corporate Profit Percentage

Weight of Each Branch's Loan Volume (LV)

| Branch | Loan Volume (LV)[2] | | | | Total | % of Total |
|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | | |
| Tampa[1] | $115,699,761 | $219,873,800 | $260,657,942 | $94,607,156 | $690,838,659 | 62.50% |
| Daytona | 77,737,560 | 119,309,249 | 162,536,877 | 54,551,735 | 414,135,421 | 37.50% |
| Total | $193,437,321 | $339,183,049 | $423,194,819 | $149,158,891 | $1,104,974,080 | 100.00% |

Weighted Average Lost Corporate Profit Percentage

| Branch | Corporate Profits Earned Basis Points (BPS)[2] | | | | Average BPS | Weight |
|---|---|---|---|---|---|---|
| | 2019 | 2020 | 2021 | 2022 | | |
| Tampa[1] | 0.53% | 1.47% | 0.80% | 0.43% | 0.81% | 62.50% |
| Daytona | 0.53% | 1.47% | 0.80% | 1.02% | 0.96% | 37.50% |
| | | | | Lost Corporate Profit Percentage | 0.86% | |

Notes:

(1) The Paramus, NJ office is reported in the Tampa Branch P&L.

(2) Loan Volume and Corporate Profits Earned (BPS) per Mutual's Summary of Corporate Earnings Contribution from Tampa and Daytona Branches

| Daytona Branch | | | | |
|---|---|---|---|---|
| **Period Ending** | **Manager** | **Manager Loan Volume (LV)** | **Branch Loan Volume (LV)** | **Manager LV as % Branch LV** |
| 12/31/2019 | Hutto | $30,265,429 | | |
| | Smith | - | | |
| | Wolf | 5,877,621 | | |
| | **Total** | **$36,143,050** | **$78,192,180** | **46.22%** |
| 12/31/2020 | Hutto | $35,553,094 | | |
| | Smith | 3,169,000 | | |
| | Wolf | 18,008,196 | | |
| | **Total** | **$56,730,290** | **$119,309,249** | **47.55%** |
| 12/31/2021 | Hutto | $53,614,540 | | |
| | Smith | 4,717,975 | | |
| | Wolf | 19,311,351 | | |
| | **Total** | **$77,643,866** | **$162,536,877** | **47.77%** |
| 6/30/2022 | Hutto | $9,241,759 | | |
| | Smith | 3,378,314 | | |
| | Wolf | 11,805,357 | | |
| | **Total** | **$24,425,430** | **$54,551,735** | **44.77%** |

| Tampa Branch | | | | |
|---|---|---|---|---|
| **Period Ending** | **Manager** | **Manager Loan Volume (LV)** | **Branch Loan Volume (LV)** | **Manager LV as % Branch LV** |
| 12/31/2019 | Smith | $13,327,074 | | |
| | Wolf | - | | |
| | **Total** | **$13,327,074** | **$114,750,394** | **11.61%** |
| 12/31/2020 | Smith | $41,613,979 | | |
| | Wolf | - | | |
| | **Total** | **$41,613,979** | **$221,045,150** | **18.83%** |
| 12/31/2021 | Smith | $34,973,998 | | |
| | Wolf | - | | |
| | **Total** | **$34,973,998** | **$260,414,951** | **13.43%** |
| 6/30/2022 | Smith | $15,729,878 | | |
| | Wolf | 245,200 | | |
| | **Total** | **$15,975,078** | **$92,114,954** | **17.34%** |