# **<u>EXHIBIT HH</u>**

| **Present Value of Lost Profits, in Millions Ending December 31, 2023** | | | | | **Present Value of Lost Profits, in Millions Ending June 30, 2023** | | | |
|---|---|---|---|---|---|---|---|---|
| *Peer-Based Model* | 2022 to 2031 | Terminal Value | Total | | *Peer-Based Model* | 2022 to 2031 | Terminal Value | Total |
| Tampa | $1.33 | $0.00 | $1.33 | | Tampa | $0.82 | $0.00 | $0.82 |
| Daytona | $1.33 | $0.00 | $1.33 | | Daytona | $0.86 | $0.00 | $0.86 |
|  | $2.65 | $0.00 | $2.65 | |  | $1.68 | $0.00 | $1.68 |
| *MBA-Based Model* | | | | | *MBA-Based Model* | | | |
| Tampa | $1.27 | $0.00 | $1.27 | | Tampa | $0.81 | $0.00 | $0.81 |
| Daytona | $1.16 | $0.00 | $1.16 | | Daytona | $0.78 | $0.00 | $0.78 |
|  | $2.43 | $0.00 | $2.43 | |  | $1.59 | $0.00 | $1.59 |

Note: the 2022 present value is based off of the difference of projected loan sales and actual loan sales.

Note: the 2022 present value is based off of the difference of projected loan sales and actual loan sales.

CONFIDENTIAL