**Present Value of Lost Profits, in Millions Ending December 31, 2023**

| Peer-Based Model | 2022 to 2031 | Terminal Value | Total |
|---|---|---|---|
| Tampa | $1.33 | $0.00 | $1.33 |
| Daytona | $1.33 | $0.00 | $1.33 |
|  | $2.65 | $0.00 | $2.65 |
| *MBA-Based Model* | | | |
| Tampa | $1.27 | $0.00 | $1.27 |
| Daytona | $1.16 | $0.00 | $1.16 |
|  | $2.43 | $0.00 | $2.43 |

Note: the 2022 present value is based off of the difference of projected loan sales and actual loan sales.

**Present Value of Lost Profits, in Millions Ending June 30, 2023**

| Peer-Based Model | 2022 to 2031 | Terminal Value | Total |
|---|---|---|---|
| Tampa | $0.82 | $0.00 | $0.82 |
| Daytona | $0.86 | $0.00 | $0.86 |
|  | $1.68 | $0.00 | $1.68 |
| *MBA-Based Model* | | | |
| Tampa | $0.81 | $0.00 | $0.81 |
| Daytona | $0.78 | $0.00 | $0.78 |
|  | $1.59 | $0.00 | $1.59 |

Note: the 2022 present value is based off of the difference of projected loan sales and actual loan sales.

**EXHIBIT 6**

CONFIDENTIAL					MOM-0015944