## Page 1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.,

    Plaintiff,

Vs.   CASE NO: 8:22-cv-01660-TPB-JSS

WATERSTONE MORTGAGE CORPORATION,

    Defendant.
_____/

DEPOSITION OF: **BRIAN TOMALAK**

TAKEN: Pursuant to Notice by Counsel for Defendant

DATE: June 23, 2023

TIME: 9:10 a.m. to 12:40 p.m.

STENOGRAPHICALLY REPORTED BY: CHERE J. BARTON, FPR

LOCATION: Hill Ward Henderson, P.A.
101 East Kennedy Boulevard
Suite 3700
Tampa, Florida 33602

REGENCY REPORTING SERVICE, INC. (813) 224-0224

## Page 2

APPEARANCES:

COURTNEY WALTER, ESQUIRE
Mitchell Sandler LLC
1120 20th Street Northwest
Suite 725
Washington, DC 20036

MARK CARROLL, ESQUIRE  (Zoom)
Mutual of Omaha Mortgage, Inc.
100 West 22nd Street
Suite 101
Lombard, Illinois 60148

    Appeared for Plaintiff

MARIA L. KREITER, ESQUIRE (pro hac vice)
Godfrey & Kahn, S.C.
833 East Michigan Street
Suite 1800
Milwaukee, WI 53202

STEPHANIE C. ZIEBELL, ESQUIRE  (Zoom)
Waterstone Mortgage Corporation
N25W23255 Paul Road
Pewaukee, Wisconsin 53072

    Appeared for Defendant

**EXHIBIT 7**

REGENCY REPORTING SERVICE, INC. (813) 224-0224

## Page 3

I N D E X

| | Page |
|---|---|
| EXAMINATION BY MS. KREITER | 5 |
| CERTIFICATE OF OATH | 153 |
| CERTIFICATE OF REPORTER | 154 |
| READ & SIGN LETTER TO WITNESS | 155 |
| ERRATA SHEET (forwarded upon completion) | 156 |

REGENCY REPORTING SERVICE, INC. (813) 224-0224

## Page 4

INDEX OF EXHIBITS

| | Page |
|---|---|
| Defendant's Exhibit No. 21 (NMLS Consumer Access, Brian Tomalak) | 7 |
| Defendants' Exhibit No. 22 (NMLS Consumer Access, Christopher Smith) | 73 |
| Defendant's Exhibit No. 23 (Composite of e-mails, Bates WMC012770-WMC012809) (CONFIDENTIAL) | 73 |
| Defendant's Exhibit No. 24 (NMLS Consumer Access, Dwayne Hutto) | 107 |
| Defendant's Exhibit No. 25 (Composite of e-mails, Gennarelli/Tomalak/Maley/Springer, 4/15/22, Dawson Walker, Bates MOM-0014046-MOM-0014050) | 125 |
| Defendant's Exhibit No. 7 (PREVIOUSLY MARKED) | 134 |
| Defendant's Exhibit No. 18 (PREVIOUSLY MARKED) | 137 |
| Defendant's Exhibit No. 26 (E-mail chain, Tomalak/Gennarelli/Arevalo/Friebis/Briones/Giraldo/Wolf, 4/27/22, End of the Day Report, Bates MOM-0014143-MOM-0014145) | 140 |
| Defendant's Exhibit No. 27 (E-mail chain, Tomalak/Giraldo, 4/29/22, missing Commission pay, Bates MOM-0014151) | 148 |
| Defendant's Exhibit No. 28 (E-mail chain, Lynch/Tomalak/Mayle/Gennarelli/Theobald/Arevalo/Japaz, 7/5/22, Hoboken, Bates MOM-0014631-MOM-0014632) | 149 |

REGENCY REPORTING SERVICE, INC. (813) 224-0224

37

1  A.  It depended on the month and the volume, right,
2  so if it was a four million dollar month and Dwayne did
3  two, well, that's half; if it was an eight million
4  dollar he did two, well, that's 25 percent, so it
5  depended.
6  Q.  Was Mr. Hutto the top producer of the Daytona
7  branch?
8  A.  For the most part.
9  Q.  Were there times when Mr. Hutto was responsible
10 for 50% or more of the production of the Daytona branch?
11 A.  I would think so.
12 Q.  When is the last time that you physically went
13 to the Daytona branch?
14 A.  I don't know the date.
15 Q.  Did you go at all in that year before the Daytona
16 branch departed?
17 A.  No.
18 Q.  Are you able to tell me how many times you went
19 to the Daytona branch in, say, the last three years?
20 A.  I went -- I don't know if it would be in the last
21 three because you'd be going back to COVID, right, so I
22 would guess zero.
23 Q.  Okay.  You mentioned -- sorry.  Maybe before I
24 change gears let's -- just to close this out, tell me
25 all of the names of the employees at the Paramus branch

REGENCY REPORTING SERVICE, INC. (813) 224-0224

38

1  that you can identify.
2  A.  There were only two that Smitty brought on.  It
3  never -- they reported up through Chris.
4  Q.  So the question is are you able to tell me the
5  names of any employees at the Paramus branch?
6  A.  Yes.  Mike.
7  Q.  What's Mike's last name?
8  A.  Oh, man.  I'm terrible with last names.  Hold on.
9  There was Patty --
10 Q.  I'm sorry, do you know Mike's last name?  I just
11 want to make an exhaustive list.
12 A.  Yeah.  I'm talking myself through it.  Patty and
13 -- it was Patty and -- I don't remember Mike's last
14 name, but it's Patty and Mike who were managers.
15 Q.  Okay.  So they were the two managers.  Are you
16 able to tell me the names of any loan officers at the
17 Paramus branch?
18 A.  Not first and last names.
19 Q.  Are you able to tell me any first names?
20 A.  No.
21     MS. WALTER:  Object to the form.
22 Q.  (By Ms. Kreiter)  Are you able to tell me who the
23 highest producer at the Paramus branch was?
24 A.  Patty and Mike.  They had junior loan officers.
25 Q.  Okay, but you're not able to identify any of the

REGENCY REPORTING SERVICE, INC. (813) 224-0224

39

1  junior loan officers, just Patty and Mike?
2  A.  Yeah.
3  Q.  And do you know either of their last names?
4  A.  Patty --
5  Q.  Patty and Mike, do you know their last names?
6  A.  I do, but I don't remember.
7  Q.  When is the last time that you went to the
8  Paramus branch?
9  A.  I never went.
10 Q.  Never ever?
11 A.  (Shakes head.)
12 Q.  When did the Paramus branch join Mutual?
13 A.  I don't know what date.
14 Q.  Let me ask it this way, did Paramus join BBC
15 (sic) and then -- by virtue of acquisition, or did
16 Paramus come on after the acquisition such that it
17 directly joined Mutual?
18 A.  I think they came on under Mutual, but I'm not
19 one hundred percent on that.
20 Q.  My understanding is that Mutual acquired BBMC or
21 Synergy One, I'm not quite sure which, but that was
22 around 2018; is that accurate?
23 A.  I don't know the exact date, but I guess if you
24 look at this it would be 11 of 2018, so if we look at
25 that that would say yes.

REGENCY REPORTING SERVICE, INC. (813) 224-0224

40

1  Q.  Okay.  But do you know one way or another whether
2  the Paramus branch joined Mutual before or after 2018?
3  A.  I would guess after, and that's a guess.
4  Q.  Why is it that you never visited the Paramus
5  branch?
6  A.  Because they reported up to Smitty, and Smitty
7  would go visit it.
8  Q.  What is the last time that you had a conversation
9  with Mike or Patty from the Paramus branch?
10 A.  When they -- when Smitty left they were going to
11 decide whether they wanted to stay, and we talked
12 through keeping them and what options we would have for
13 them.
14 Q.  Okay.  So in conjunction with trying to keep the
15 Paramus branch you had discussions with Mike and Patty.
16 Separate those, and I want to understand in the ordinary
17 course of the operations of the Paramus branch when is
18 the last time that you had a discussion with Mike, Patty
19 or anyone at the Paramus branch?
20 A.  After Smitty left.
21 Q.  Okay.  So I want to be clear about my question.
22 Not in conjunction with the recruiting or after Smitty
23 left, but in conjunction with the actual operations of
24 the branch did you have any direct communication with
25 Mike, Patty or anyone at the Paramus branch about their

REGENCY REPORTING SERVICE, INC. (813) 224-0224

149

1 with him. Good luck with everything and thanks for your
2 time here." Do you see that?
3   A. Uh-huh.
4   Q. Do you feel you had a good relationship with Ms.
5 Giraldo?
6   A. I only talked to her a handful of times.
7   Q. Did you do anything to vet her concerns about the
8 commissions?
9   A. I don't think so, because that's exactly what --
10 this was being handled with Dwayne and corporate, I
11 mean, this isn't my job. Where I would help is if they
12 had loans that had closed knowing that if it did or
13 whatever those were questions, but she's clearly stating
14 that these loans are closed and there's commissions
15 owed, that's not my department.
16   Q. Did you do anything to pass along Ms. Giraldo's
17 concerns to anyone in HR and ask if they investigated?
18   A. I don't remember.
19     (Defendant's Exhibit No. 28 was marked.)
20   Q. Take a look at Exhibit 28, please.
21   A. Uh-huh.
22   Q. It's an e-mail from Mike Lynch. He's of the
23 Paramus branch; correct?
24   A. Yes.
25   Q. It's dated July 5th, 2022, it's to you, Jeff
        REGENCY REPORTING SERVICE, INC. (813) 224-0224

150

1 Gennarelli, Bernie Mayle, Katherine Theobald, Mario
2 Arevalo, Patrick Japaz. Do you see that?
3   A. Uh-huh.
4   Q. Mr. Lynch writes, "Jeff & Bernie, Patrick and I
5 sincerely appreciate your time spent providing us with a
6 compelling offer to stay after Tampa's departure." Do
7 you see that?
8   A. Uh-huh.
9   Q. What was offered to Mr. Lynch in an effort to
10 have him stay with Mutual?
11   A. Well, you need to go back. When Smitty left
12 Patty and Mike called, they did not make a decision
13 whether or not they were going to go to Waterstone.
14 They talked about it and were honest about the fact that
15 they were thinking about it. They were under Smitty,
16 and they did not have their own P&L, so they said if we
17 stayed with you guys, we're not sure what we want to do
18 here, what would a P&L look like.
19     And so we provided a P&L and just kind of put it
20 together, you know, what they thought their volume would
21 be, what that would look like on a cost, and then, you
22 know, what your revenue looks like. It really never
23 went any further than that. I think Mike went on
24 vacation and came back and they decided to go to
25 Waterstone.
        REGENCY REPORTING SERVICE, INC. (813) 224-0224

151

1   Q. So Mr. Lynch was considering both staying at
2 Mutual and going to Waterstone, he decided for his own
3 reasons to stay -- or sorry, to go to Waterstone;
4 correct?
5   A. Uh-huh.
6   Q. Is there anything wrongful about the departure of
7 the Paramus branch in your mind?
8     MS. WALTER: Object to the form.
9   A. No.
10   Q. (By Ms. Kreiter) Do you believe that volume
11 associated with the Paramus branch should be included in
12 the damages Mutual seeks in this case?
13     MS. WALTER: Object to the form.
14   A. That's not my call.
15   Q. Okay.
16     MS. KREITER: I just need a minute. I
17 think I'm done.
18   (There was a break in the proceedings.)
19     MS. KREITER: I have nothing further.
20     MS. WALTER: Nothing from me.
21     THE COURT REPORTER: And is he going to
22 read?
23     MS. WALTER: Yes, he'll read.
24     THE COURT REPORTER: And are you ordering?
25     MS. KREITER: Yes, please, condensed pdf
        REGENCY REPORTING SERVICE, INC. (813) 224-0224

152

1 with the exhibits attached.
2     THE COURT REPORTER: Sure. Are you
3 ordering a copy?
4     MS. WALTER: Yes, please.
5     THE COURT REPORTER: And do I need to ask
6 any of the other people or are they with you?
7     MS. WALTER: No, they're with us.
8         * * * * * * *
9 (Thereupon, the deposition was concluded at 12:40 p.m.)
        REGENCY REPORTING SERVICE, INC. (813) 224-0224

| | |
|---|---|
| From: | Michael Lynch |
| Sent: | Tuesday, July 5, 2022 3:57 PM EDT |
| To: | Brian Tomalak; Jeffrey Gennarelli; Bernard Mayle |
| CC: | Katherine Theobald; Mario Arevalo; Patrick Japaz |
| Subject: | RE: Hoboken |

Jeff & Bernie,

Patrick and I sincerely appreciate your time spent providing us with a compelling offer to stay after Tampa's departure.

As discussed with Brian we are extremely grateful of the opportunity we have had to conduct our business at Mutual of Omaha and will always hold this company in high regards.

We wish you all continued success moving forward.

Thank you and best regards,

Michael Lynch
Regional VP of Mortgage Lending
Mobile: (201) 906-2007
Office: (201) 130-4384
Fax: (630) 883-1074
40 Eisenhower Drive Suite 201
Paramus, NJ 07652
NMLS # 307638
https://www.mutualmortgage.com/about-us/loan-officer/michael-lynch/mutualmortgage
See all of my recent reviews. Click here!



Send Secure Documents Here DOCUMENT GUARDIAN

Mutual of Omaha Mortgage, Inc. NMLS: 1025894

**From:** Brian Tomalak <btomalak@mutualmortgage.com>
**Sent:** Tuesday, July 5, 2022 3:41 PM
**To:** Katherine Theobald <ktheobald@mutualmortgage.com>; Mario Arevalo <marevalo@mutualmortgage.com>
**Cc:** Jeffrey Gennarelli <JGennarelli@MutualMortgage.com>; Michael Lynch <mlynch@mutualmortgage.com>; Bernard Mayle <bmayle@mutualmortgage.com>
**Subject:** Hoboken

Katie, Mario, Jeff and Bernie,

Hoboken is resigning as of today and going to Waterstone. Mike and Pat will work on getting the resignations from their team. Mike is cc'd on this email and will help with anything that is needed.

CONFIDENTIAL                                                                                                    MOM-0014631



**Brian Tomalak**
Senior Vice President of Sales
Mobile (630) 770-7878
Office (630) 984-4643
Fax (630) 261-6646
100 W. 22nd Street, Suite 109
Lombard, IL 60148
NMLS # 179238



Send Secure Documents Here DOCUMENTGUARDIAN

CONFIDENTIAL

MOM-0014632