IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>　　　　　Plaintiff,<br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**DECLARATION OF CHRISTOPHER WOLF**

I, Christopher Wolf, declare as follows:

1. I am currently employed by Defendant Waterstone Mortgage Corporation as a loan originator in the Ormond Beach office.

2. I resigned from Mutual of Omaha Mortgage Inc. due the array of issues I faced in terms of getting loans timely closed; Mutual's focus on refinance loans rather than purchase loans; its lack of key construction, condo, and other loan products; Mutual's hyper conservative approach to underwriting and loan approval; and lack of support from the assigned regional managers, Brian Tomalak and Kiley King.

3. My co-branch manager Dwayne Hutto did not solicit me to resign from Mutual. Rather, Hutto and I experienced the same frustrations, regularly talked about those frustrations with one another, and were jointly looking for many months to move to a different mortgage company before deciding on Waterstone. In fact, we decided

**EXHIBIT 11**

Case 8:22-cv-01660-AEP   Document 104-11   Filed 11/17/23   Page 2 of 2 PageID 2337

to move before we ever explored Waterstone and, as such, Waterstone did not cause our resignation.

4. Hutto and I are also longtime friends in addition to being business partners, having known each other since we worked together approximately twenty years ago at Ameriquest, when we were both brand new to the industry "cutting our teeth" together.

5. I did not solicit the Ormond Beach employees to move to Waterstone. I did coordinate with Waterstone with respect to the employees who expressed that they wanted to resign, but I was simultaneously performing at a high level to close out the Mutual loan pipeline for its benefit.

6. If loans went to Waterstone, it was because Mutual could not close the loan or transferred at the borrower's election.

7. While I did initially have borrower information that I planned to use at Waterstone for any borrowers who decided to transfer their loans, that data was quickly quarantined by Waterstone's IT department, and I did not use it to close loans with Waterstone.

**I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 15th day of November, 2023.

                                                 */s/ Christopher Wolf*
                                                 Christopher Wolf

30241436.3