IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>        Plaintiff,<br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>        Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**DECLARATION OF DAWSON WALKER**

I, Dawson Walker, declare and state as follows:

1. I am one of the top producing loan officers working under Dwayne Hutto and Chris Wolf.

2. I had no experience in the mortgage industry before meeting Hutto and Wolf, as I previously worked in a manufacturing job and briefly as a realtor.

3. I met Hutto in 2019 because our kids played on the same baseball team. At the time, I was a brand new realtor and not having much success. Hutto encouraged me to move to the mortgage side of the business and recruited me to work for him at Mutual. I joined his branch located in Ormond Beach in September of 2019 as a junior banker.

4. As a junior banker my job duties focused on calling leads and generating business. I could not close loans because I was not licensed at the time.

**EXHIBIT 12**

5. Hutto and Wolf trained and mentored me and helped me obtain my loan originator license within a few months of joining their branch.

6. Within a short time, I became one of the top producing loan originators at the branch.

7. I owe my professional and financial success to Hutto and Wolf, as they taught me everything I know about the mortgage business.

8. As a result of my financial success, I was able to purchase a new home for my family. I applied for my own personal mortgage loan through Mutual.

9. Mutual denied my loan application with no explanation.

10. In support of my loan application, Hutto, Wolf and Chris Smith went to Mutual management on my behalf of to get the loan application approved. As a result of their efforts, Mutual eventually approved the loan. I would not have the house I live in without their support.

11. In addition, one year I did not qualify for a top producer trip at Mutual because I was forced to send loans that Mutual refused to close to other mortgage brokers. Hutto and Wolf again fought for me to Mutual management because they knew I deserved to go on the trip.

12. I have never met or spoke to the Mutual managers Brian Tomalak or Kiley King.

13. When I learned that Hutto and Wolf were leaving Mutual for Waterstone I immediately told them I would go with them to Waterstone.

14. It did not matter to me where Hutto and Wolf were going, I was going to stay with them. They brought me up in the mortgage business and taught me everything I know. As such, Waterstone itself had nothing to do with my decision.

15. Hutto and Wolf are also both personal friends of mine that I enjoy working with and spending time with outside of work.

16. When I left Mutual, I trusted Mutual would pay commissions on the loans that were in my pipeline and set to close with Mutual.

17. I had no financial incentive to divert loans to Waterstone and did not do so.

18. To the extent any of my former clients or contacts wanted to work with me at Waterstone, I continued servicing them in the natural course.

**I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 15th day of November 2023.

                                              */s/ Dawson Walker*
                                              Dawson Walker

30235653.2