## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.

        Plaintiff,

v.

WATERSTONE MORTGAGE CORPORATION,

        Defendant.

CASE NO. 8:22-cv-01660-TPB-JSS

### DECLARATION OF JAKE LOWE

I, Jake Lowe, declare and state as follows:

1. I am one of the top producing loan officers working under Dwayne Hutto and Chris Wolf.

2. I had no experience in the mortgage industry before meeting Hutto and Wolf, as I was previously working as a finance manager at a car dealership with some brief periods of unemployment from 2009 until December of 2020.

3. A friend introduced me to Hutto in 2021, and I joined his branch located in Ormond Beach in January of 2021.

4. Hutto and Wolf trained and mentored me in the mortgage industry and became like brothers to me. I consider them two of my best friends.

5. In addition, within just over a year, I was the top producing loan originator at the branch besides Hutto and Wolf themselves.

**EXHIBIT 13**

6. Despite my rapid success, I was frustrated at Mutual, which I have an extremely negative opinion of for an array of reasons, including the following:

   a. Mutual was not customer driven.

   b. Mutual's underwriters were inaccessible and non-responsive.

   c. I often felt my hands were tied in getting loans closed.

   d. I lost a substantial number of loans because of Mutual, which negatively impacted me financially.

   e. Mutual's incompetence prevented me from growing my business.

   f. Mutual is a large corporation out of California that does not align with my personality or how I operate.

   g. Mutual does not care about missing closing dates.

   h. Mutual does not care that it destroyed my key realtor relationships.

   i. I view Mutual as a terrible employer.

   j. I would never again work for Mutual or recommend it to any loan officer, realtor, borrower, or closing company.

7. Given my extreme frustration, I began looking for another job in February of 2022.

8. At the time, I did not know that Hutto and Wolf also planned to resign.

9. In fact, when I gave them my resignation notice and let them know I would be joining Motto Mortgage, they still did not reveal their plans to resign and join Waterstone.

10. As such, I started with Motto Mortgage on April 12, 2022.

11. Suffice to say, my decision to resign from Mutual had nothing to do with Waterstone or its actions, as I did not even know Hutto and Wolf would soon go to Waterstone or had been conversing with it.

12. Had I known Hutto and Wolf were going to leave Mutual later that same month, I would have gone with them and not bothered with Motto Mortgage or a job search.

13. In August 2022, I ran into Hutto at a bar and that is the first time I learned about his new employment with Waterstone. Hutto gave me a hug and we both said we missed working together and seeing each other.

14. I was excited to work with Hutto and Wolf again and decided to resign from Motto Mortgage and move to Waterstone in September of 2022.

15. Waterstone is a stark contrast to Mutual: I can control my own deals, service clients, close loans on time, and offer greater products than were ever available at Mutual.

**I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 17th day of November 2023.

                                         */s/ Jake Lowe*
                                         Jake Lowe

30225497.4