IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>        Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>        Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

## DECLARATION OF PATRICK JAPAZ

I, Patrick Japaz, declare as follows:

1. I, along with Michael Lynch, manage the Paramus, New Jersey branch of Waterstone. The branch runs through the Tampa branch managed by Chris Smith and John Utsch.

2. I left Mutual because my business is portable: Lynch and I built the branch and self-sourced the business it generates. I have never relied in a meaningful way on a particular mortgage company and have moved my business several times.

3. I only joined Mutual in 2019 because Smith recruited me.

4. Once Smith, who I trust, decided to move, there was no tie to Mutual. In fact, Mutual's regional managers, Brian Tomalak and Kiley King, have never come to the Paramus branch and have never supported me or the branch in any way.

5. While Tomalak did make a pitch to retain me after Smith resigned, it was lackluster and just not persuasive.

**EXHIBIT 14**

6. When Lynch and I resigned, we did not move the entire branch. Some of the employees also chose to join Waterstone, but some decided to exit the market altogether given the foreseeable downturn (which came to fruition) and a number were terminated by Mutual.

7. I did not solicit any of the employees, nor did Waterstone instruct, advise, or incentivize me to do so. Nor did I divert any loans from Mutual or share its confidential information. I am also unaware of any other Paramus employee engaging in those activities.

**I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 15th day of November 2023.

                                        */s/ Patrick Japaz*
                                        Patrick Japaz

30236438.2