## Page 1

```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION


    MUTUAL OF OMAHA MORTGAGE,
    INC.
                                    CASE NO:
        Plaintiff,               8:22-cv-01660-TPB-JSS

    Vs.

    WATERSTONE MORTGAGE
    CORPORATION,

        Defendant.
    _____/



    DEPOSITION OF:        KILEY KING

    TAKEN:                Pursuant to Notice by
                          Counsel for Defendant

    DATE:                 June 23, 2023

    TIME:                 1:20 p.m. to 3:30 p.m.

    STENOGRAPHICALLY
    REPORTED BY:          CHERE J. BARTON, FPR

    LOCATION:             Hill Ward Henderson, P.A.
                          101 East Kennedy Boulevard
                          Suite 3700
                          Tampa, Florida  33602




            REGENCY REPORTING SERVICE, INC. (813) 224-0224
```

## Page 2

APPEARANCES:

COURTNEY WALTER, ESQUIRE
Mitchell Sandler LLC
1120 20th Street Northwest
Suite 725
Washington, DC 20036

MARK CARROLL, ESQUIRE (Zoom)
Mutual of Omaha Mortgage, Inc.
100 West 22nd Street
Suite 101
Lombard, Illinois 60148

  Appeared for Plaintiff


MARIA L. KREITER, ESQUIRE (pro hac vice)
Godfrey & Kahn, S.C.
833 East Michigan Street
Suite 1800
Milwaukee, WI 53202

STEPHANIE C. ZIEBELL, ESQUIRE (Zoom)
Waterstone Mortgage Corporation
N25W23255 Paul Road
Pewaukee, Wisconsin 53072

  Appeared for Defendant

## Page 3

I N D E X

| | Page |
|---|---|
| EXAMINATION BY MS. KREITER | 5 |
| CERTIFICATE OF OATH | 103 |
| CERTIFICATE OF REPORTER | 104 |
| READ & SIGN LETTER TO WITNESS | 105 |
| ERRATA SHEET (forwarded upon completion) | 106 |

## Page 4

INDEX OF EXHIBITS

| | Page |
|---|---|
| Defendant's Exhibit No. 29 (NMLS Consumer Access Kiley David King) | 5 |
| Defendant's Exhibit No. 23 (PREVIOUSLY MARKED) | 61 |
| Defendant's Exhibit No. 7 (PREVIOUSLY MARKED) | 89 |

**EXHIBIT 17**

45

1  Mutual prior to the branch transferring to Waterstone?
2           MS. WALTER: Object to the form.
3     A.  All of them possibly, possibly not.
4     Q.  Yeah, tell me their names.
5     A.  Robert Bowe, Wadie Kalaf, Eric Mueller -- who
6  else was there at that time -- Justin DePalma, Darrell
7  Malamut. That's what I can think of off the top of my
8  head.
9     Q.  Same question with respect to the Daytona branch,
10 tell me all of the names of the Daytona loan officers
11 that were at Daytona at the time that Mr. Hutto
12 resigned.
13    A.  Cameron Holley, Dawson Walker, Sunshine -- I
14 don't know -- Staudt, Sunshine Staudt, Tatiana Giraldo.
15 Did I say Dawson Walker -- Paul Knight I think. That's
16 what I can remember off the top of my head.
17    Q.  What about -- sorry, and are all of those
18 individuals loan officers or processors?
19    A.  Loan officers.
20    Q.  Can you name any loan processors from the Daytona
21 branch?
22    A.  Tara O'Keefe, Cindy Manley did both Daytona and
23 Tampa. Those were the two main processors at the time.
24    Q.  Okay. Let's talk about the Paramus branch. Are
25 you able to tell me the loan officers that were at the
         REGENCY REPORTING SERVICE, INC. (813) 224-0224

46

1  Paramus branch --
2     A.  I wasn't really -- had much knowledge of the
3  Paramus branch, no.
4     Q.  Let me just finish the question before you start
5  answering. Can you tell me the names of the loan
6  officers at the Paramus branch before the branch left?
7     A.  No.
8     Q.  When is the last time that you've physically gone
9  to the Paramus branch?
10    A.  I never did.
11    Q.  When is the last time that you physically went to
12 the Daytona branch?
13    A.  I don't remember the date. I don't know.
14    Q.  How many times had you physically visited the
15 Daytona branch in the year prior to its departure, so --
16    A.  In a year?
17    Q.  -- April of 2021 through April of 2022, how many
18 times had you physically gone to the Daytona branch?
19    A.  Zero. I was physically unable to do it.
20    Q.  Okay. So it looks like Mr. Hutto came on board
21 with Bridgeview Bank Group, is that the same as BBMC?
22    A.  Yes.
23    Q.  So Mr. Hutto comes on to Bridgeview in 2017. How
24 many times since 2017 have you physically visited the
25 Daytona branch?
         REGENCY REPORTING SERVICE, INC. (813) 224-0224

47

1     A.  Three or four.
2     Q.  How many times have you physically visited the
3  Tampa branch?
4     A.  Hundreds. I worked out of there.
5     Q.  Did you work out of there in the month prior to
6  the Tampa branch resigning?
7     A.  No, I did not.
8     Q.  Okay. So to be clear, it's June 15th, 2021
9  through June 15th, 2022, in that one-year time period
10 how many times did you go to the Tampa branch?
11    A.  Zero. I had cancer. I wasn't going anywhere.
12    Q.  When you said you worked out of the Tampa branch,
13 during what period of time did you work out of --
14    A.  From the time I --
15    Q.  Let me finish. So the question is -- let me
16 finish the questions before you answer, it's going to be
17 a mess.
18        So the question is, you testified that you worked
19 out of the Tampa branch. During what time period did
20 you work out of the Tampa branch?
21    A.  When I moved here in 2016, from 2016 to COVID I
22 weekly -- almost every weekday was in that office up
23 until COVID.
24    Q.  And were you surprised that the Tampa employees
25 followed Mr. Smith?
         REGENCY REPORTING SERVICE, INC. (813) 224-0224

48

1           MS. WALTER: Object to the form.
2     A.  I have no comments on that.
3     Q.  (By Ms. Kreiter) Were you surprised that the
4  Daytona employees followed Mr. Hutto?
5           MS. WALTER: Objection.
6     A.  No comments on that.
7     Q.  (By Ms. Kreiter) Were you surprised or not? I
8  don't know what no comment means.
9     A.  No.
10    Q.  So is it your testimony that you believed Mr.
11 Smith --
12    A.  Well, I guess -- let me -- I'm sorry, I --
13 because I don't know if they followed Dwayne or Dwayne
14 followed them because what he told me is that they were
15 leaving, and then he had to make the decision. So
16 that's kind of a tough question to answer because did
17 they follow him or did he follow them. I don't know.
18    Q.  Is it your testimony that you believe Mr. Smith
19 was very satisfied, there were no issues in his mind
20 with Mutual of Omaha?
21          MS. WALTER: Objection.
22    Q.  (By Ms. Kreiter) Let's say in the year before he
23 resigned, did you believe that he was a happy employee
24 and likely to stay?
25          MS. WALTER: Objection.
         REGENCY REPORTING SERVICE, INC. (813) 224-0224