## Page 1

```
        IN THE UNITED STATES DISTRICT CIRCUIT
              MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
              CASE NO.: 8:22-cv-01660-TPB-JSS

MUTUAL OF OMAHA
MORTGAGE, INC.,

     Plaintiff,

vs.

WATERSTONE MORTGAGE
CORPORATION,

     Defendant.
_____/


DEPOSITION OF:    CHRISTINE LEYDEN

TAKEN:            Pursuant to Notice by
                  Counsel for Defendant

DATE:             June 22, 2023

TIME:             9:01 a.m. to 11:24 a.m. EST

LOCATION:         Hill Ward Henderson
                  101 East Kennedy Boulevard
                  Suite 3700
                  Tampa, Florida  33602

REPORTED BY:      Melanie Keefe, FPR
                  Notary Public
                  State of Florida at Large




         REGENCY REPORTING SERVICE, INC. (813)224-0224
```

## Page 2

```
APPEARANCES:    COURTNEY WALTER, ESQUIRE
                Mitchell Sandler LLC
                1120 20th Street Northwest
                Suite 725
                Washington, DC  20036

                MARK M. CARROLL, ESQUIRE (Via Zoom)
                Law Offices of Mark M. Carroll
                1000 South Pine Island Road
                Suite 420
                Plantation, Florida  33324

                    Attorneys for the Plaintiff

                MARIA L. KREITER, ESQUIRE
                Godfrey & Kahn, S.C.
                833 East Michigan Street
                Suite 1800
                Milwaukee, Wisconsin  53202

                    Attorney for the Defendant
```

## Page 3

| INDEX | PAGE NUMBER |
|---|---|
| Examination by Ms. Kreiter | 5 |
| Read Letter | 111 |
| Errata Sheet | 112 |
| Reporter's Certificate | 113 |

## Page 4

(Exhibit numbers continued from a prior deposition.)

EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| 20 | LinkedIn for Christine Leyden | 19 |

**EXHIBIT 18**

17

1  Q. So your compensation based on the 2020
2  performance was the highest compensation that you've
3  received in at least the ten years; correct?
4  A. Yes.
5  Q. What about the compensation that you received for
6  2021? Was that higher or lower than '22?
7  A. Higher.
8  Q. And I think you already answered this, but maybe
9  my notes -- was the compensation for '21 higher or lower
10 than '20?
11 A. Higher, I believe. I'm not sure. Honestly, I'd
12 have to look.
13 Q. Okay. Both '20 and '21 were relatively high
14 compensation years?
15 A. Yes, yeah.
16 Q. What about 2023? We're nearing the halfway mark
17 in 2023. How does your compensation for '23 compare to
18 2020?
19 A. It's lower.
20 Q. Significantly lower?
21 A. Yes.
22 Q. I'm trying to not ask you your exact compensation
23 here on the record, but --
24 A. I don't know if you did, so I don't --
25 Q. If you can tell me percentage-wise, is it
REGENCY REPORTING SERVICE, INC. (813)224-0224

18

1  50 percent lower for '23 than 2020 or how would you quantify
2  it in a way -- and if you're comfortable, you can say what
3  the numbers are --
4  A. It's significantly lower. It's way more than
5  half lower.
6  Q. Are you comfortable saying what the numbers are
7  or not?
8  A. I honestly don't -- I don't even know. My
9  paychecks are direct deposit, and I don't even look at them.
10 Q. Got it. But you would say it's significantly
11 lower, your compensation, which is tied to the performance
12 of forward mortgage for 2023 compared to 2020?
13 A. Correct.
14 Q. Is your compensation for '23 significantly lower
15 than it was for '21?
16 A. Yes.
17 Q. Okay. I have kind of a general understanding as
18 to how you fit in on the front end when there's recruiting
19 of branches. Now let's talk about what role you have, if
20 any, when there's a branch departure. I guess can you just
21 explain to me in general when a branch leaves, what is your
22 role, if any, in connection with that process?
23 A. Nothing really other than to make sure that if
24 there's loans in the pipeline that need help from me, that
25 I'm involved in that but really no involvement.
REGENCY REPORTING SERVICE, INC. (813)224-0224

19

1  Q. Okay. Are you involved, for example, in
2  reallocating the loans to a different loan officer within
3  Mutual?
4  A. I am not.
5  Q. Who would be in charge of that?
6  A. Probably Lucas.
7  Q. Would, for example, a regional manager, Mr. King
8  or Mr. Tomalak, be involved in that process?
9  A. They would probably have some input, yes.
10   MS. KREITER: Have the reporter mark Exhibit 20.
11   MS. WALTER: Thank you.
12   (Exhibit No. 20 is marked for identification.)
13 Q. Ms. Leyden, take a look at Exhibit 20. You
14 recognize this as your LinkedIn profile; correct?
15 A. Yes.
16 Q. Just take a look at it. I don't know how close
17 you update your LinkedIn profile. Is this accurate, or is
18 there anything missing in terms of your career path in the
19 industry?
20 A. I think it looks -- I don't really go in and
21 update it very much, but I think it looks --
22 Q. So for example, you're currently a chief
23 operating officer for forward operations. You were
24 previously with Bridgeview Bank Mortgage, which we've been
25 calling BBMC?
REGENCY REPORTING SERVICE, INC. (813)224-0224

20

1  A. Um-hmm, yes.
2  Q. And then before that, American Bank & Trust?
3  A. Yes.
4  Q. Okay. How did you first meet Chris Smith?
5  A. I think Brian and Kiley brought him into the
6  Lombard office. I believe that was the first time I met
7  Chris Smith.
8  Q. The Lombard office? Sorry. What --
9  A. That's where I work when I'm in Illinois.
10 Q. So they brought him into that office. When are
11 we talking about? Is that in connection with your role at
12 BBMC?
13 A. Yes.
14 Q. Okay. And what was the context of bringing
15 Mr. Smith into the BBMC office in Illinois?
16 A. I believe just to meet the operations staff and
17 just to see the fulfillment center.
18 Q. In connection with recruiting Mr. Smith to BBMC?
19 A. I believe he was already employed. I'm not 100
20 percent sure. It was a long time ago, but I think he -- I
21 don't think I met him until after he was onboarded.
22 Q. Okay. What about Mr. Hutto? When did you first
23 meet Mr. Hutto?
24 A. I don't believe he came to Lombard that time, so
25 it would've -- I don't know. It would've been way after
REGENCY REPORTING SERVICE, INC. (813)224-0224

25

1  -- a regional in '23, but it would've been for '22
2  production.
3      Q. Is it accurate to say '22 wasn't a good year?
4      A. Yes.
5      Q. Is it accurate to say that '23, at least the
6  first six months, hasn't been a good year?
7      A. Yes.
8      Q. Is there any sense that the next six months or so
9  are going to pick up such that '23 ends being a good year
10 versus the first six months?
11         MS. WALTER: Object to the form.
12     Q. Do you understand the question?
13     A. I do. It's hard to say. I mean, I do think that
14 there's potential that it improves significantly. But to
15 the extent that it's as good as former years, you know,
16 probably not just based on the market.
17     Q. Are you somebody that receives -- we saw in an
18 earlier deposition that there's monthly performance e-mails
19 that go out to a list of executives. I'm assuming you're
20 one of the recipients of those monthly e-mails?
21     A. Yes.
22     Q. Okay. So thinking about the e-mails that have
23 gone out talking about the performance in '23, is the
24 performance in '23 consistent with the budget for '23, let's
25 say, or is the performance such that, look, we're not even
         REGENCY REPORTING SERVICE, INC. (813)224-0224

26

1  meeting budget for '23?
2          MS. WALTER: Object to the form.
3      Q. Do you understand the question?
4      A. Yes.
5      Q. Go ahead.
6      A. We're below budget. We're not meeting budget.
7      Q. By how much, if you can estimate a percentage?
8      A. I mean, we're significantly below budget. I
9  don't have the exact numbers. I can't even estimate a
10 percentage.
11     Q. Okay. Is it just -- you know, help me understand
12 -- ballpark, significantly below? Is it more than
13 50 percent?
14     A. We're barely breaking even, so...
15     Q. And when you say we are barely breaking even, is
16 that on a corporate level? Is it at the branch level, or is
17 it at all levels?
18     A. I mean, some branches are still making money, so
19 it's at the forward division's level.
20     Q. So Mutual is barely breaking even at the forward
21 division level?
22     A. Correct. It's probably even a loss still. We've
23 made money a couple of months, but it's still -- overall
24 year to date, it's still a loss, so...
25     Q. In terms of documents that show Mutual as
         REGENCY REPORTING SERVICE, INC. (813)224-0224

27

1  operating at barely breaking even or possibly a loss, is it
2  those monthly e-mails that would show that or is there some
3  other form of report?
4      A. The monthly e-mails.
5      Q. And when you say forward division is operating
6  barely breaking even or at a loss, is there a difference
7  between the profitability of the forward mortgage division
8  and Mutual of Omaha corporate?
9      A. Yes.
10     Q. Is -- so let's put aside forward division. Are
11 you privy to the income level at the corporate profitability
12 levels?
13     A. I don't really see it or pay attention to it. I
14 think I do get the e-mails on the reverses, but I focus
15 primarily on forward since that's what I'm responsible for.
16     Q. Okay. I guess let me ask this question: My
17 understanding is that -- and maybe this is incorrect, but is
18 it true that the branches might be performing poorly, but
19 Mutual as a corporation can still profit based on those
20 loans that are closed at the branches regardless of how the
21 branches' overall performance --
22     A. Well, yes, just based on the number of branches
23 that we have. If one branch performs poorly but other
24 branches are performing well, then the entity --
25     Q. It can even out?
         REGENCY REPORTING SERVICE, INC. (813)224-0224

28

1      A. (Nodding.)
2      Q. In general, though, all of the branches are
3  performing not as good as they did in prior years at this
4  time?
5      A. We do have at least one branch that is still
6  performing as they had in the past. Their production and
7  their profitability has remained pretty stable.
8      Q. Which branch is that?
9      A. Columbia, Maryland.
10     Q. So what do you attribute the success of the
11 Columbia, Maryland, branch?
12     A. I don't know. Good management and the type of
13 leads that they are acquiring and their ability to convert
14 those leads.
15     Q. Does the Columbia branch focus on purchase loans
16 or refinanced loans?
17     A. Refinance.
18     Q. Can you say what the approximate split is for
19 that branch between refinance and purchase?
20     A. It's mostly refinance. I'd say -- I'm guessing
21 but 75 percent refinance at least.
22     Q. Okay. So I want to get back to the profitability
23 of Mutual of Omaha corporate, understanding that you may
24 have one branch that performs better than the other branch,
25 and so maybe it can be a wash. If you've got one that's
         REGENCY REPORTING SERVICE, INC. (813)224-0224

33

1    Q.   And then if you look at 2023, that same row, Net
2  Profit, it's 4.26 million; correct?
3    A.   Yes.
4    Q.   So the forecast was that the net profit for the
5  forward division would be cut in half for '23; correct?
6    A.   Yes.
7    Q.   To what do you attribute that decrease?
8         MS. WALTER: Object to the form.
9    Q.   Go ahead.
10   A.   Just the market in general. We've never seen a
11 market where interest rates have increased so quickly and
12 the purchase activity has decreased as -- as quickly.
13   Q.   How long has the market been in the condition
14 that you just described?
15        MS. WALTER: Object to the form.
16   A.   Over a year.
17   Q.   Is the market that you've just described, which
18 has been the case over a year, does that even compare to the
19 market in 2020 or 2021?
20        MS. WALTER: Object to the form.
21   A.   No.
22   Q.   This is Year-to-Date June '22 Forecast, 9
23 million. Has that forecast come to fruition, or is the
24 profit less than 9 million for '22 to date?
25   A.   It's less.

34

1    Q.   By how much?
2    A.   Significantly less. If we -- below -- we're in
3  the red, I believe, for year to date.
4    Q.   So sorry. Just so I'm clear on the record, so
5  the forward division is in the red year to date for 2023?
6    A.   Yes.
7    Q.   Okay. What about for 2022? It says 9 million.
8  Do you know how -- well, year-to-date June '22. We're in
9  June of '23, I guess.
10   A.   Yeah.
11   Q.   Do you know, for June of '22 --
12   A.   I don't remember.
13   Q.   -- was 9 million achieved?
14   A.   I don't know. I don't recall.
15   Q.   Are you doubtful about that?
16        MS. WALTER: Object to the form.
17   A.   I don't know. I don't remember.
18   Q.   And then a minute ago, I think you said year to
19 date was in the red?
20   A.   Correct.
21   Q.   You were talking about 2023 year to date;
22 correct?
23   A.   Yes.
24   Q.   So on this Exhibit 14, it's forecasting net
25 profit of 4.276 million. That's not reflective of reality;

35

1  correct?
2    A.   Yes.
3    Q.   Do you know how much in the red the business is
4  for 2023?
5         MS. WALTER: Object to the form.
6    A.   No.
7    Q.   More than a million?
8         MS. WALTER: Object to the form.
9    A.   I don't know.
10   Q.   You just know it's in the red?
11   A.   Yes.
12   Q.   Okay. Then if you would slide over, I'm going to
13 skip the Reverse Division because it sounds like that
14 performance is separate. And then do you see the column on
15 the right where it says "Corporate"?
16   A.   Yes.
17   Q.   The Year-to-Date June '22 Forecast was negative
18 15 million. Do you see that?
19   A.   Yes.
20   Q.   Do you know if that is accurate?
21   A.   I don't know.
22   Q.   Do you know whether at the corporate level,
23 looking at the period of -- you know, through June of '22,
24 the corporation was in the red?
25   A.   I don't know.

36

1    Q.   What about if you slide, then there's those same
2  three subcolumns, so Corporate column. And then looking at
3  the 2023 Plan subcolumn, it says minus 18 million. Do you
4  see that?
5    A.   Yes.
6    Q.   So certainly, the projection was that 2023 would
7  be worse than 2022; correct?
8         MS. WALTER: Object to the form.
9    A.   Yes.
10   Q.   And then you see the projection for the 2024 Plan
11 is negative 42 million; correct?
12   A.   Yes.
13   Q.   So clearly, the projection is underwater in '22,
14 even worse in '23 by about $3 million, and then negative 42
15 million for 2024, so a downward trajectory; correct?
16   A.   Yes.
17   Q.   At the corporate level?
18   A.   Yes.
19   Q.   I'm going to direct you now before we get to
20 those four columns in blue on the left, there's -- it
21 doesn't have a column title, but there's different rows.
22 We've been looking at the Net Profit Before Tax row. Do you
23 see that?
24   A.   Yes.
25   Q.   And that's under -- it says "$ Financials." If

37

1  you look just below that, it says "Financials in BP." What
2  is BP?
3      A.  Basis points, I believe. I'm not seeing it on
4  here, though.
5      Q.  Do you have an understanding of -- and then it
6  looks like the numbers are dissected in a different fashion,
7  not looking at monetary amounts but BP, presumably basis
8  points. Do you have an understanding of this section of
9  Exhibit 14?
10     A.  Yeah, a basic understanding.
11     Q.  Okay. Can you just kind of summarize that
12 section for me? What does it say in terms of profitability
13 of the business?
14     A.  It just shows -- it just shows the profitability
15 based on the basis points of the -- of the loan volume. It
16 breaks down the total revenue, yield spread premium, service
17 fee, expenses, loan-related expenses, et cetera.
18     Q.  So for example, if you look at the Forward
19 Division column now --
20     A.  Um-hmm.
21     Q.  -- Net Profit Before Tax, it says 14 BP, so 14
22 basis points?
23     A.  Correct.
24     Q.  Is there some correlation between those 14 basis
25 points and the 4.276 million projected for net profit when
        REGENCY REPORTING SERVICE, INC. (813)224-0224

38

1  looking at a dollar amount?
2      A.  Yes.
3      Q.  You testified earlier that 2023 there wasn't a
4  net profit of 4.276. Rather, it's in the red. Do you know,
5  are these basis point protections also positive or would
6  that be in the red as well?
7      A.  That would also be in the red.
8      Q.  What about -- so that was for the 2023 Plan
9  column. What about -- let's back up. Under Year-to-Date
10 June 2022 Forecast, it says "28 basis points." Do you
11 believe that from a basis point perspective Mutual was
12 positive 28 basis points, or would that be in the red too?
13     A.  I don't recall June 2022, to be honest. I don't
14 know.
15     Q.  Okay. Then if you -- kind of looking at this in
16 three sections, we talked about looking at it on a monetary
17 perspective, the basis points section. And then Financials
18 Per Funded Loan, do you see that?
19     A.  Yes.
20     Q.  Do you have an understanding of this section of
21 the chart?
22     A.  Yes.
23     Q.  Would you expect that the Financials Per Funded
24 Loan section of the chart would be, you know, proportional
25 to the other sections such that if profitability at a dollar
        REGENCY REPORTING SERVICE, INC. (813)224-0224

39

1  amount was in the red, these Financials Per Funded Loan
2  section would also be materially less?
3      A.  Yes.
4      Q.  And that would be the same with respect to the
5  Forward Division, all three columns, 2022, 2023 -- and I
6  guess we're not in 2024 yet.
7      A.  Yes.
8      Q.  You can put that one aside.
9          How did you come to learn that the Daytona branch
10 was leaving Mutual?
11     A.  As I recall, I think Brian Tomalak mentioned to
12 Jeff that he was thinking of maybe leaving based on their
13 pipeline and then Jeff told me.
14     Q.  What was it about the pipeline?
15     A.  That it was decreasing.
16     Q.  Was this before the departures actually occurred?
17     A.  I believe so.
18     Q.  Okay. Are you aware of Jake Lowe leaving the
19 Daytona branch prior to any of the departures of the
20 employees that went to Waterstone?
21     A.  I don't recall.
22     Q.  Do you know who Jake Lowe is?
23     A.  The name is familiar. I think he was a loan
24 officer, but I'm not positive.
25     Q.  Are you aware that Mr. Lowe left Mutual prior to
        REGENCY REPORTING SERVICE, INC. (813)224-0224

40

1  the first departures at the Mutual branch that went to
2  Waterstone?
3      A.  I don't recall.
4      Q.  Could it be that the pipeline in the Daytona
5  branch decreased due to Mr. Lowe's departure?
6          MS. WALTER: Object to the form.
7      A.  I don't know.
8      Q.  Did Mr. Gennarelli, Mr. Tomalak, or Mr. King
9  raise Mr. Lowe's departure to you?
10     A.  Not that I remember.
11     Q.  It wasn't concerning to them?
12     A.  Not that I remember. If it was, I wasn't
13 involved. They would've --
14     Q.  Okay. So they didn't express any concern to you
15 at least?
16     A.  Correct.
17     Q.  If they had concerns, maybe they expressed it
18 elsewhere?
19     A.  Right.
20     Q.  What impact did the departures have on your job?
21     A.  I mean, my job pretty much remained the same
22 other than, you know, losing a chunk of business on the
23 forward division. My day-to-day job didn't really change.
24     Q.  When did you first learn that the Tampa branch
25 was leaving Mutual?
        REGENCY REPORTING SERVICE, INC. (813)224-0224