# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) )  Civil Action No. 22-CV-01660 |
| Plaintiff, | ) ) **PLAINTIFF MUTUAL OF OMAHA** |
| v. | ) **MORTGAGE, INC.'S SECOND** ) **AMENDED RESPONSES AND** ) **OBJECTIONS TO DEFENDANT** |
| WATERSTONE MORTGAGE CORPORATION, | ) **WATERSTONE MORTGAGE** ) **CORPORATION'S FIRST SET OF** ) **INTERROGATORIES** |
| Defendant. | ) |

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Court's March 1, 2023 Order (Doc. No. 52) (the "Order"), plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby submits these second amended responses and objections to defendant Waterstone Mortgage Corporation's ("Defendant") first set of interrogatories dated as of October 4, 2022 (each a "Interrogatory" and, collectively, the "Interrogatories").

The responses and objections set forth below are based upon information currently known and available to Plaintiff at the time these responses and objections are made. Plaintiff's ongoing discovery, analysis, and investigation may disclose the existence of additional facts, add meaning to known facts, support entirely new legal or factual contentions, and may lead to additions or

**EXHIBIT 19**

      MOM-0002949
      MOM-0002954
      MOM-0002956
      MOM-0002965
      MOM-0002968
      MOM-0003061
      MOM-0003064
      MOM-0003469
      MOM-0003470

8. Identify with particularity all trade secrets that Mutual of Omaha relies upon to support its Defend Trade Secrets Act and Florida Trade Secrets Act claims, and any other claim pursued in this case.

**Response:**

Plaintiff objects to this Interrogatory on the grounds that it calls for a legal conclusion and is unduly burdensome.

Subject to and without waiving the objections set forth herein, Plaintiff identifies the following trade secrets that are at issue in this case, which are described in paragraphs 3 and 37-42 of Plaintiff's First Amended Complaint, and for each such trade secret, Plaintiff has provided the Bates numbers at which Plaintiff has produced documents regarding the trade secret:

- profit and loss data, including profit margins and profit sharing among different branches, documents regarding which have been produced by Plaintiff at the following Bates numbers:

83

    MOM-0000027
    MOM-0000029
    MOM-0000030
    MOM-0000032
    MOM-0000033
    MOM-0000034
    MOM-0000035
    MOM-0000038
    MOM-0000054
    MOM-0000080
    MOM-0000088
    MOM-0000198;

- loan production revenue information, including origination and processing fees, gains and losses on sales of loans, loan discount points, mortgage pair off fees, and lender paid fees, documents regarding which have been produced by Plaintiff at the following Bates numbers:

    MOM-0000027
    MOM-0000029
    MOM-0000030
    MOM-0000032
    MOM-0000033
    MOM-0000034
    MOM-0000035
    MOM-0000038;

- customer pipeline lists, documents regarding which have been produced by Plaintiff at the following Bates numbers:

    MOM-0001175
    MOM-0001176
    MOM-0001177

84

    MOM-0001178
    MOM-0001179
    MOM-0001187
    MOM-0001188
    MOM-0001189
    MOM-0001190
    MOM-0001191
    MOM-0001192
    MOM-0001193
    MOM-0001194
    MOM-0001195
    MOM-0001196
    MOM-0001197
    MOM-0001199
    MOM-0001200
    MOM-0001205
    MOM-0001206;

- customer address lists with 22 columns of detailed data about the customers, their loans, and the loan terms, lists of closed loans, lists of prospective borrowers, and listing agent information, documents regarding which have been produced by Plaintiff at the following Bates numbers:

    MOM-0001175
    MOM-0001176
    MOM-0001177
    MOM-0001178
    MOM-0001179
    MOM-0001187
    MOM-0001188
    MOM-0001189
    MOM-0001190
    MOM-0001191
    MOM-0001192

   MOM-0001193
   MOM-0001194
   MOM-0001195
   MOM-0001196
   MOM-0001197
   MOM-0001199
   MOM-0001200
   MOM-0001205
   MOM-0001206;

- borrower documents and information, including sensitive financial information, Social Security Numbers, paystubs, and tax returns, documents regarding which have been produced by Plaintiff at the following Bates numbers:

   MOM-0000002
   MOM-0000003
   MOM-0000005
   MOM-0000007
   MOM-0000008
   MOM-0000009
   MOM-0000010
   MOM-0000011
   MOM-0000012
   MOM-0000014
   MOM-0000019
   MOM-0000023
   MOM-0000026
   MOM-0000890
   MOM-0000891
   MOM-0000914
   MOM-0000917
   MOM-0000920
   MOM-0000938
   MOM-0000939
   MOM-0000941

MOM-0000942
MOM-0000945
MOM-0000946
MOM-0000950
MOM-0000951
MOM-0000953
MOM-0000970
MOM-0000972
MOM-0000974
MOM-0000976
MOM-0000981
MOM-0000987
MOM-0000988
MOM-0000990
MOM-0000994
MOM-0000997
MOM-0000998
MOM-0000999
MOM-0001000
MOM-0001001
MOM-0001002
MOM-0001003
MOM-0001004
MOM-0001006
MOM-0001007
MOM-0001008
MOM-0001009
MOM-0001010
MOM-0001011
MOM-0001015
MOM-0001033
MOM-0001034
MOM-0001035
MOM-0001036
MOM-0001038
MOM-0001039
MOM-0001043
MOM-0001046
MOM-0001100
MOM-0001143

    MOM-0001145
    MOM-0001146
    MOM-0001149
    MOM-0001151
    MOM-0001160
    MOM-0001168
    MOM-0001172
    MOM-0001174;

- employee compensation data, including each employee's salary, bonus, commissions, and 401k contributions, documents regarding which have been produced by Plaintiff at the following Bates numbers:

    MOM-0000027
    MOM-0000029
    MOM-0000030
    MOM-0000032
    MOM-0000033
    MOM-0000034
    MOM-0000035
    MOM-0000038; and

- Mutual Mortgage policies and procedures on Mutual Mortgage letterhead, templates for borrower communications, forms, and work flows, documents regarding which have been produced by Plaintiff at the following Bates numbers:

    MOM-0000043
    MOM-0000044
    MOM-0000045
    MOM-0000054
    MOM-0000055

MOM-0000058
MOM-0000065
MOM-0000075
MOM-0000076
MOM-0000077
MOM-0000078
MOM-0000079
MOM-0000080
MOM-0000088
MOM-0000089
MOM-0000096
MOM-0000097
MOM-0000103
MOM-0000104
MOM-0000105
MOM-0000106
MOM-0000183
MOM-0000188
MOM-0000192
MOM-0000198
MOM-0000199
MOM-0000202
MOM-0000205
MOM-0000206
MOM-0000207
MOM-0000208
MOM-0000209
MOM-0000210
MOM-0000211
MOM-0000212
MOM-0000213
MOM-0000214
MOM-0000325
MOM-0000326
MOM-0000327
MOM-0000328
MOM-0000329
MOM-0000333
MOM-0000334
MOM-0000339

MOM-0000340
MOM-0000341
MOM-0000342
MOM-0000347
MOM-0000348
MOM-0000349
MOM-0000362
MOM-0000364
MOM-0000365
MOM-0000366
MOM-0000367
MOM-0000370
MOM-0000371
MOM-0000372
MOM-0000391
MOM-0000392
MOM-0000393
MOM-0000394
MOM-0000395
MOM-0000397
MOM-0000398
MOM-0000399
MOM-0000400
MOM-0000401
MOM-0000402
MOM-0000403
MOM-0000405
MOM-0000406
MOM-0000407
MOM-0000409
MOM-0000410
MOM-0000411
MOM-0000433
MOM-0000434
MOM-0000437
MOM-0000439
MOM-0000440
MOM-0000442
MOM-0000443
MOM-0000444

90

MOM-0000448
MOM-0000450
MOM-0000451
MOM-0000452
MOM-0000453
MOM-0000454
MOM-0001175
MOM-0001176
MOM-0001177
MOM-0001178
MOM-0001179
MOM-0001187
MOM-0001188
MOM-0001189
MOM-0001190
MOM-0001191
MOM-0001192
MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205
MOM-0001206.