

Chris Smith
-via e-mail-

June 13th, 2022

Dear Chris,

We are very pleased to offer you a position with Waterstone Mortgage Corporation ("Waterstone Mortgage"). This offer of employment is conditioned on your satisfactory completion of certain requirements, as more fully explained in this letter, which override anything said to you during any discussions about your employment with Waterstone Mortgage.

At Waterstone Mortgage, we are a team that works together to deliver the best mortgage experience – from the very beginning of the process to after the closing. We treat our customers and business partners, and each other, with the utmost respect. Because of our values, ethics, and integrity, we are unparalleled in our industry. We stand out in our community because of our complete focus on quality and exceptional customer care. We are thrilled you have chosen to work with us.

You will be hired as a full-time Producing Branch Manager, effective June 16th, 2022. You will be assigned to Waterstone Mortgage's office in Tampa, FL, reporting to Mike Smalley. You will be classified as exempt in accordance with applicable federal law and the state law in the state in which you work. You will be paid a salary of $20,000.00 per month, subject to all withholdings and deductions as required by law.

Terms of your Waterstone Mortgage Producing Branch Manager Employment Agreement ("Employment Agreement") will outline the terms of branch expenses and other financial details including $500,000.00 credit provided to the branch financial model, "Branch Financial Credit". This credit is not earned until 18 months after your hire date, and in the event that your employment is terminated by the Company with Good Cause (as hereinafter defined) or terminated by you on or before the 18-month anniversary of your hire date, you shall be required, and you agree to pay back 100% of the "Branch Financial Credit" to the Company within 30 days after such termination.

"Good Cause", which shall include: (1) Your failure to adhere to contractual obligations with the Company or Company policies related to your primary duties and responsibilities; (2) your negligence in the performance, or intentional non-performance, of the primary duties and responsibilities associated your position; (3) your dishonesty, fraud, or misconduct with respect to the business or affairs of Company; (4) your conviction of a felony or other crime that would make your continued employment impermissible under state or federal law or in accordance with HUD mortgagee eligibility or other investor requirements; or (5) illegal drug use by you.

We are proud to offer a comprehensive benefits package including group medical, dental & vision insurance, and more. You may be eligible for these benefits beginning the first of the month following 60 days of employment, on September 1st, 2022.

**EXHIBIT 21**



With the acceptance of this offer, you agree to devote your full business time, attention, and best efforts to the performance of your duties with Waterstone Mortgage. Notwithstanding anything to the contrary herein, your employment will be at-will, meaning that you or Waterstone Mortgage may terminate the employment relationship at any time, with or without cause, and with or without notice. At all times during the duration of your employment with Waterstone Mortgage, you will remain subject to the terms in your Employment Agreement and all employment and other policies of Waterstone Mortgage applicable to Loan Originators, as outlined in Waterstone Mortgage's Employee Handbook and elsewhere.

This employment offer is contingent upon:

1. Completion of the Waterstone Mortgage employment application and all related documentation, including, but not limited to, the Waterstone Mortgage Certification & Affirmation.
2. Verification of your right to work in the United States.
3. Satisfactory completion of a background investigation, for which the required notice and consent forms are attached to this letter.
4. Your execution of a Waterstone Mortgage Loan Originator Employment Agreement.

This offer will be withdrawn if any of the above conditions are not satisfied.

**Information from Previous Employer**

Waterstone Mortgage understands that you may have been exposed to confidential, proprietary, or trade secret information of your former employer, Mutual of Omaha (and any other former employer), as well as certain borrower's private information. This correspondence will confirm that Waterstone Mortgage did not request, direct, or authorize you to, and you did not, reveal such information to Waterstone Mortgage, including that you made no such disclosure of competitive intelligence or private borrower information during the interview and recruitment process.

In addition, Waterstone Mortgage requires that you not use any confidential, proprietary or trade secret information belonging to Mutual of Omaha or any other former employer in the course of your employment with Waterstone Mortgage. If a borrower decides to close a loan at Waterstone Mortgage, and you previously had contact with the borrower during your employment at Mutual of Omaha, the borrower must restart the loan application process with Waterstone Mortgage, including that the borrower needs to provide Waterstone Mortgage with a loan application. Waterstone Mortgage does not permit the use, retention, or disclosure of a loan application started while you were employed elsewhere.

Moreover, Waterstone Mortgage expects that you will comply with any restrictive covenant obligations currently in effect between you and Mutual of Omaha, including non-solicitation of customer and employee covenants.

By signing this offer and accepting employment with Waterstone Mortgage, you affirmatively acknowledge that you are not currently subject to any restrictive covenants from previous employers that would restrict your ability to perform the duties required by this position, including but not limited to, any non-compete clauses.

CONFIDENTIAL                                                                                                                                WMC011461



All of us at Waterstone Mortgage are excited to welcome you to the team. If you wish to accept this position, please sign below and return this letter as agreement within three business days

We look forward to working with you!

Yours sincerely,

*[signature]*

Jen Witon
Human Resources Specialist
On behalf of Waterstone Mortgage

Chris Smith
Signed *Christopher Smith*
Date Jun 13, 2022

CONFIDENTIAL                                                                                                  WMC011462

# Waterstone Mortgage - Offer Letter

Final Audit Report                                    2022-06-13

| | |
|---|---|
| Created: | 2022-06-13 |
| By: | Jen Witon (JWiton@waterstonemortgage.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAVhHN5t57LHCqHEaeqFLk-eJwB2Ki7O5Q |

## "Waterstone Mortgage - Offer Letter" History

- Document created by Jen Witon (JWiton@waterstonemortgage.com)
  2022-06-13 - 9:07:49 PM GMT

- Document emailed to Christopher Smith (husky5417@yahoo.com) for signature
  2022-06-13 - 9:08:14 PM GMT

- Email viewed by Christopher Smith (husky5417@yahoo.com)
  2022-06-13 - 9:09:47 PM GMT

- Document e-signed by Christopher Smith (husky5417@yahoo.com)
  Signature Date: 2022-06-13 - 9:10:47 PM GMT - Time Source: server

- Agreement completed.
  2022-06-13 - 9:10:47 PM GMT

Adobe Acrobat Sign

CONFIDENTIAL                                    WMC011463