IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA
MORTGAGE, INC.

    Plaintiff,

v.

WATERSTONE MORTGAGE
CORPORATION,

    Defendant.

CASE NO. 8:22-cv-01660-TPB-JSS

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF
MUTUAL OF OMAHA MORTGAGE, INC.**

TO:  Mutual of Omaha Mortgage, Inc.
c/o John A. Schifino, Esq.
Gunster, Yoakley & Stewart, P.A.
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com

Christopher L. McCall, Esq.
1120 20th Street, NW, Suite 725
Washington, DC 20036
cmccall@mitchellsandler.com

    Defendant WaterStone Mortgage Corporation ("WaterStone") submits this First Set of Interrogatories to Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual of Omaha"). Pursuant to Fed. R. Civ. P. 33, written responses are due within thirty (30) days to Maria L. Kreiter, Godfrey & Kahn, S.C., 833 East Michigan Street, Suite 1800, Milwaukee, WI 53202-5615, and Carolina Blanco, Hill Ward Henderson, 101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602.

**EXHIBIT 3**

## DEFINITIONS

1. <u>Correspondence.</u> "Correspondence" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise). The term "correspondence" should be given the broadest possible interpretation consistent with English usage and the Federal Rules of Civil Procedure and should be taken to include, without limitation, emails, text messages, and instant messages.

2. <u>Departed Employee(s).</u> "Departed Employee(s)" refers to any former Mutual of Omaha employee who was employed at the Mutual of Omaha branches located in Tampa and Ormond Beach, Florida, and who resigned to work at WaterStone.

3. <u>Document</u>. "Document" and "documents" should be given the broadest possible interpretation consistent with English usage and the Federal Rules of Civil Procedure, and should be taken to include, without limitation, all letters, memoranda, statements and reports, records, emails, personal notes, project notes, notices, contracts and agreements, proposed drafts of contracts and agreements, statements, invoices, purchase orders, accounting records, computer printouts, financial records, ledger entries, computerized records (including information stored on a hard drive), generally all writings, graphs, charts, phonorecords, photographs and records of any kind and other data compilation from which information can be obtained, including drafts of any of the above.

4. <u>Identify</u>.

(i) With Respect to Persons. When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally, the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(ii) With respect to Documents. When referring to a document, "to identify" means to give, to the extent known, the type of document, general subject matter, date of the document and author(s), addressee(s), and recipient(s).

5. <u>Mutual of Omaha</u>. "Mutual of Omaha" means Mutual of Omaha Mortgage, Inc., its subsidiaries, officers, directors, and/or other representatives.

6. <u>WaterStone</u>. "WaterStone" means WaterStone Mortgage Corporation, its subsidiaries, officers, directors, and/or other representatives.

7. <u>You and Your.</u> "You" or "your" means Plaintiff Mutual of Omaha Mortgage, Inc., its subsidiaries, officers, directors, and/or other representatives.

## INTERROGATORIES

<u>INTERROGATORY NO. 1:</u> Itemize Your damages, including the formula used to calculate those damages.

<u>INTERROGATORY NO. 2:</u> Identify all current or former Mutual of Omaha employees You contend WaterStone or the Departed Employees solicited in

violation of Your rights, or through other wrongdoing for which You seek recourse in this suit. For each employee identified, indicate which Departed Employee and/or WaterStone representative engaged in the solicitation or wrongdoing.

INTERROGATORY NO. 3: With respect to all loans You contend the Departed Employees and/or WaterStone closed with WaterStone in violation of Your rights, or through other wrongdoing for which You seek recourse in this suit, Identify the borrower(s) associated with the loans, the loan amount, the loan type, and the amount of damages You seek, if any.

INTERROGATORY NO. 4: Identify all real estate agents You contend the Departed Employees and/or WaterStone solicited in violation of Your rights, or through other wrongdoing for which You seek recourse. For each real estate agent identified, indicate which Departed Employee and/or WaterStone representative engaged in the solicitation or wrongdoing.

INTERROGATORY NO. 5: Identify all loan(s) originated by the Departed Employee(s) while still employed by Mutual of Omaha at its Ormond Beach branch, which closed with Mutual of Omaha on or after April 15, 2022.

INTERROGATORY NO. 6: Identify all loan(s) that were originated by Departed Employee(s) while still employed by Mutual of Omaha at its Tampa branch, which closed with Mutual of Omaha on or after June 15, 2022.

INTERROGATORY NO. 7: Itemize the commissions You have paid to each of the Departed Employees from the date of each Departed Employee's resignation

to the present, including the amount paid, the date of Your payment, and the loan that gave rise to the commission paid (i.e., state the borrower and the loan amount).

INTERROGATORY NO. 8: Identify with particularity all trade secrets that Mutual of Omaha relies upon to support its Defend Trade Secrets Act and Florida Trade Secrets Act claims, and any other claim pursued in this case.

Dated: October 4, 2022.

Maria Kreiter (admitted pro hac vice)
Annie Eiden (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
aeiden@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

27992766.2