UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA

*Mutual of Omaha Mortgage, Inc., v Waterstone Mortgage Corp.* — Civil Action No. 22-CV-01660

**Mutual of Omaha Mortgage, Inc.'s Privilege Log**

| Date | Subject/Description | Author | Recipient(s) | Privileged Treatment | Privilege Type |
|---|---|---|---|---|---|
| 5/27/2022 | FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME); Mario Arevalo (ME); Brian Tomalak (ME); Tim Larsen (ME) | Withheld | Attorney-Client |
| 5/31/2022 | RE: FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Chris Leyden (ME); Brian Tomalak (ME); Mario Arevalo (ME) | Withheld | Attorney-Client |
| 5/31/2022 | FW: FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Chris Leyden (ME); Brian Tomalak (ME); Mario Arevalo (ME) | Withheld | Attorney-Client |
| 5/31/2022 | FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Chris Leyden (ME); Brian Tomalak (ME) | Withheld | Attorney-Client |
| 6/1/2022 | RE: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Nancy Ortiz (ME); Bernard Mayle (ME); Mario Arevalo (ME); Brian Tomalak (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client |
| 6/8/2022 | RE: LN#17340512709-Charge For Appraisal-VA Case Number/Appraisal Transfer- Jones, Donald | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Brian Tomalak (ME); Bernard Mayle (ME); Chris Leyden (ME) | Withheld | Attorney-Client |
| 5/31/2022 | RE: FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Chris Leyden (ME); Brian Tomalak (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client |
| 6/2/2022 | RE: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Brian Tomalak (ME); Nancy Ortiz (ME); Bernard Mayle (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client |
| 5/9/2022 | RE call [GK-Active.FID3206660].msg | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME); Karl Trajcevski (ME) | Withheld | Attorney-Client; Work Product |
| 6/23/2022 | FW: Waterstone Matter | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME); Terry Connealy (ME) | Withheld | Attorney-Client; Work Product |
| 7/18/2022 | RE: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 7/21/2022 | FW: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/17/2022 | RE: **DAYTONA/WATERSTONE**VA Case Number/Appraisal Transfer- Jones, Donald-17340512709 | Mark Carroll (ME) | Lucas Curtolo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Tim Larsen (ME); Bernard Mayle (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Terry Connealy (ME); Tyler Larsen (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/7/2022 | FW: Waterstone | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 7/6/2022 | RE: Search Terms | Mark Carroll (ME) | Daniel McNair (ME); John Ruiz (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 7/8/2022 | FW: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME); Terry Connealy (ME) | Withheld | Attorney-Client; Work Product |
| 5/12/2022 | RE: Daytona Commissions & Bonuses W/Held for 05/15 Payroll | Mark Carroll (ME) | Nancy Ortiz (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME); Bernard Mayle (ME) | Withheld | Attorney-Client; Work Product |
| 5/4/2022 | RE: Daytona Cease & Desist Letters | Mark Carroll (ME) | Terry Connealy (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Tim Larsen (ME); Mario Arevalo (ME); John Ruiz (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 6/6/2022 | FW: RE: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Mario Arevalo (ME); Bernard Mayle (ME); Nancy Ortiz (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 5/10/2022 | FW: Viscomi | Mark Carroll (ME) | Mario Arevalo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Tim Larsen (ME) | Withheld | Attorney-Client |
| 4/28/2022 | RE: My closed loans for April 2022 with Mutual (Daytona) | Mark Carroll (ME) | Tim Larsen (ME); Jeffrey Gennarelli (ME); Mario Arevalo (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 7/5/2022 | RE: June 30th paystub (Cynthia Manley is Reaching Out Again) | Mark Carroll (ME) | Nancy Ortiz (ME); Katherine Theobald (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 7/5/2022 | FW: Search Terms | Mark Carroll (ME) | John Ruiz (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |

"ME" - Employee of Mutual of Omaha
"MC" - Mutual's Counsel

**EXHIBIT 7**

UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA

*Mutual of Omaha Mortgage, Inc., v Waterstone Mortgage Corp.* – Civil Action No. 22-CV-01660

**Mutual of Omaha Mortgage, Inc.'s Privilege Log**

| Date | Subject/Description | Author | Recipient(s) | Privileged Treatment | Privilege Type |
|---|---|---|---|---|---|
| 7/14/2022 | RE: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME); Terry Connealy (ME); Tim Larsen (ME); Tyler Larsen (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/7/2022 | RE: **DAYTONA/WATERSTONE**VA Case Number/Appraisal Transfer- Jones, Donald-17340512709 | Mark Carroll (ME) | Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/15/2022 | RE: Operations | Mark Carroll (ME) | Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/16/2022 | FW: Tampa | Mark Carroll (ME) | John Ruiz (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 4/28/2022 | RE: My closed loans for April 2022 with Mutual (Daytona) | Mark Carroll (ME) | Mario Arevalo (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/6/2022 | RE: RE: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Nancy Ortiz (ME); Mario Arevalo (ME); Bernard Mayle (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 4/28/2022 | RE: My closed loans for April 2022 with Mutual (Daytona) | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Mario Arevalo (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 6/17/2022 | FW: Monthly Regulatory Updates | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Brian Tomalak (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 7/14/2022 | FW: Waterstone | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME); Terry Connealy (ME); Tim Larsen (ME); Tyler Larsen (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 6/9/2022 | Ormond Beach Assignment of Lease | Mark Carroll (ME) | Tim Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Angi Green (ME); Bernard Mayle (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/18/2022 | FW: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/29/2022 | FW: Retail Addendum | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 6/27/2022 | FW: Mutual of Omaha Mortgage, Inc. - Engagement Letter | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 4/29/2022 | Daytona Cease & Desist Letters | Mark Carroll (ME) | Jeffrey Gennarelli (ME); John Ruiz (ME); Mario Arevalo (ME); Tim Larsen (ME); Brian Tomalak (ME); Chris Leyden (ME); Terry Connealy (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Tyler Larsen (ME); Tim Larsen (ME); Terry Connealy (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | FW: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Tyler Larsen (ME); Tim Larsen (ME); Terry Connealy (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/15/2022 | FW: Waterstone | Mark Carroll (ME) | Terry Connealy (ME); Tyler Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Tim Larsen (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/7/2022 | FW: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 4/29/2022 | Daytona Draft Cease & Desist | Mark Carroll (ME) | Tim Larsen (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Terry Connealy (ME) | Withheld | Attorney-Client; Work Product |
| 7/6/2022 | FW: Mitchell Sandler LLC - Invoice | Mark Carroll (ME) | AP <ap@mutualmortgage.com>; Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 6/23/2022 | RE: ATTORNEY CLIENT PRIVILEGED IN ANTICIPATION of LITIGATION | Mark Carroll (ME) | Mario Arevalo (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME); Katherine Theobald (ME) | Withheld | Attorney-Client; Work Product |
| 6/24/2022 | RE: ACH Payroll Adj Request-Manual Ck Calculation for Chris Smith | Mark Carroll (ME) | Katherine Theobald (ME); Mario Arevalo (ME) | Withheld | Attorney-Client |
| 7/5/2022 | RE: Search Terms | Mark Carroll (ME) | Ari Karen (MC); Tanya Hicks (MC) | Withheld | Attorney-Client; Work Product |
| 5/31/2022 | FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Chris Leyden (ME); Brian Tomalak (ME) | Withheld | Attorney-Client |

"ME" - Employee of Mutual of Omaha
"MC" - Mutual's Counsel

UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA

*Mutual of Omaha Mortgage, Inc., v Waterstone Mortgage Corp.* – Civil Action No. 22-CV-01660

**Mutual of Omaha Mortgage, Inc.'s Privilege Log**

| Date | Subject/Description | Author | Recipient(s) | Privileged Treatment | Privilege Type |
|---|---|---|---|---|---|
| 6/10/2022 | RE: Ormond Beach Assignment of Lease | Mark Carroll (ME) | Roseann Jillings (ME); Bernard Mayle (ME); Tim Larsen (ME); Facilities <Facilities@mutualmortgage.com> | Withheld | Attorney-Client |
| 7/5/2022 | RE: Search Terms | Mark Carroll (ME) | Ari Karen (MC); Tanya Hicks (MC) | Withheld | Attorney-Client; Work Product |
| 4/28/2022 | RE: My closed loans for April 2022 with Mutual (Daytona) | Mark Carroll (ME) | Mario Arevalo (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client |
| 7/21/2022 | FW: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 7/14/2022 | RE: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME); Terry Connealy (ME); Tim Larsen (ME); Tyler Larsen (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 4/28/2022 | RE: My closed loans for April 2022 with Mutual (Daytona) | Mark Carroll (ME) | Tim Larsen (ME); Jeffrey Gennarelli (ME); Mario Arevalo (ME) | Withheld | Attorney-Client |
| 4/27/2022 | Re: End of the Day Report | 04/27/22 | Ellie | Mark Carroll (ME) | Tim Larsen (ME); Mario Arevalo (ME) | Withheld | Attorney-Client; Work Product |
| 5/10/2022 | FW: Viscomi | Mark Carroll (ME) | Mario Arevalo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Tim Larsen (ME) | Withheld | Attorney-Client |
| 6/27/2022 | RE: ACH Payroll Adj Request-Manual Ck Calculation for Chris Smith | Mark Carroll (ME) | Mario Arevalo (ME); Katherine Theobald (ME) | Withheld | Attorney-Client |
| 7/6/2022 | RE: Hello sir: Tampa office | Mark Carroll (ME) | Bernard Mayle (ME) | Withheld | Attorney-Client |
| 6/23/2022 | FW: Waterstone Matter | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME); Terry Connealy (ME) | Withheld | Attorney-Client; Work Product |
| 7/6/2022 | RE: Search Terms | Mark Carroll (ME) | Daniel McNair (ME); John Ruiz (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 7/7/2022 | RE: Waterstone | Mark Carroll (ME) | Ari Karen (MC); Chris McCall (MC) | Withheld | Attorney-Client; Work Product |
| 6/10/2022 | RE: Ormond Beach Assignment of Lease | Mark Carroll (ME) | Roseann Jillings (ME); Bernard Mayle (ME); Tim Larsen (ME); Facilities <Facilities@mutualmortgage.com> | Withheld | Attorney-Client |
| 7/6/2022 | RE: Search Terms | Mark Carroll (ME) | Tanya Hicks (MC); Ari Karen (MC) | Withheld | Attorney-Client; Work Product |
| 7/5/2022 | FW: Search Terms | Mark Carroll (ME) | John Ruiz (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 7/20/2022 | RE: Waterstone | Mark Carroll (ME) | Chris McCall (MC); Ari Karen (MC) | Withheld | Attorney-Client; Work Product |
| 5/5/2022 | RE: Email Review Project | Mark Carroll (ME) | Bill Sullivan (ME); John Ruiz (ME); Mario Arevalo (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 6/1/2022 | RE: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Nancy Ortiz (ME); Bernard Mayle (ME); Mario Arevalo (ME); Brian Tomalak (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client |
| 7/21/2022 | RE: Waterstone | Mark Carroll (ME) | Ari Karen (MC); Chris McCall (MC) | Withheld | Attorney-Client; Work Product |
| 6/20/2022 | RE: Laptop | Mark Carroll (ME) | Mario Arevalo (ME); Human Resources <hr@mutualmortgage.com> | Withheld | Attorney-Client; Work Product |
| 6/24/2022 | RE: ACH Payroll Adj Request-Manual Ck Calculation for Chris Smith | Mark Carroll (ME) | Katherine Theobald (ME); Mario Arevalo (ME) | Withheld | Attorney-Client |
| 6/10/2022 | RE: Ormond Beach Assignment of Lease | Mark Carroll (ME) | Tim Larsen (ME); Facilities <Facilities@mutualmortgage.com> | Withheld | Attorney-Client |
| 7/8/2022 | FW: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME); Terry Connealy (ME) | Withheld | Attorney-Client; Work Product |
| 6/17/2022 | RE: Termination - Chris Smith - Tampa, FL Branch (1812925) | Mark Carroll (ME) | Katherine Theobald (ME); Tim Larsen (ME); Mario Arevalo (ME); Eric Jones (ME) | Withheld | Attorney-Client |
| 7/5/2022 | FW: Monthly Regulatory Updates | Mark Carroll (ME) | Mario Arevalo (ME); Katherine Theobald (ME); Tim Larsen (ME); John Ruiz (ME) | Withheld | Attorney-Client; Work Product |

"ME" - Employee of Mutual of Omaha
"MC" - Mutual's Counsel

UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA

*Mutual of Omaha Mortgage, Inc., v Waterstone Mortgage Corp.* – Civil Action No. 22-CV-01660

**Mutual of Omaha Mortgage, Inc.'s Privilege Log**

| Date | Subject/Description | Author | Recipient(s) | Privileged Treatment | Privilege Type |
|---|---|---|---|---|---|
| 6/23/2022 | RE: Monthly Regulatory Updates | Mark Carroll (ME) | Daniella Casseres (MC) | Withheld | Attorney-Client; Work Product |
| 5/27/2022 | FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME); Mario Arevalo (ME); Brian Tomalak (ME); Tim Larsen (ME) | Withheld | Attorney-Client |
| 7/5/2022 | RE: Search Terms | Mark Carroll (ME) | Ari Karen (MC); Tanya Hicks (MC) | Withheld | Attorney-Client; Work Product |
| 6/27/2022 | RE: Ormond Beach & Tampa bills | Mark Carroll (ME) | Roseann Jillings (ME); Bernard Mayle (ME) | Withheld | Attorney-Client |
| 6/16/2022 | FW: Tampa | Mark Carroll (ME) | John Ruiz (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client |
| 7/19/2022 | RE: Waterstone | Mark Carroll (ME) | Chris McCall (MC); Ari Karen (MC) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/27/2022 | RE: Waterstone Matter | Mark Carroll (ME) | Ari Karen (MC); Daniella Casseres (MC) | Withheld | Attorney-Client; Work Product |
| 6/8/2022 | FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Nancy Ortiz (ME); Bernard Mayle (ME) | Withheld | Attorney-Client |
| 6/17/2022 | RE: Termination - Chris Smith - Tampa, FL Branch (1812925) | Mark Carroll (ME) | Renee DiRuscio (ME); Katherine Theobald (ME); Mario Arevalo (ME); Licensing <licensing@mutualmortgage.com> | Withheld | Attorney-Client |
| 6/6/2022 | RE: RE: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Nancy Ortiz (ME); Mario Arevalo (ME); Bernard Mayle (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client |
| 5/31/2022 | RE: FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Chris Leyden (ME); Brian Tomalak (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client |
| 6/10/2022 | RE: Ormond Beach Assignment of Lease | Mark Carroll (ME) | Bernard Mayle (ME); Tim Larsen (ME) | Withheld | Attorney-Client |
| 5/12/2022 | RE: Daytona Commissions & Bonuses W/Held for 05/15 Payroll | Mark Carroll (ME) | Nancy Ortiz (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME); Bernard Mayle (ME) | Withheld | Attorney-Client |
| 5/31/2022 | FW: FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Chris Leyden (ME); Brian Tomalak (ME); Mario Arevalo (ME) | Withheld | Attorney-Client |
| 7/5/2022 | RE: Search Terms | Mark Carroll (ME) | Ari Karen (MC); Tanya Hicks (MC) | Withheld | Attorney-Client; Work Product |
| 6/2/2022 | RE: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Brian Tomalak (ME); Nancy Ortiz (ME); Bernard Mayle (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client |
| 7/21/2022 | RE: Waterstone | Mark Carroll (ME) | Chris McCall (MC); Ari Karen (MC) | Withheld | Attorney-Client; Work Product |
| 7/5/2022 | RE: Monthly Regulatory Updates | Mark Carroll (ME) | John Ruiz (ME); Mario Arevalo (ME); Katherine Theobald (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 7/18/2022 | RE: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/17/2022 | RE: Termination - Chris Smith - Tampa, FL Branch (1812925) | Mark Carroll (ME) | Renee DiRuscio (ME); Katherine Theobald (ME); Mario Arevalo (ME); Licensing <licensing@mutualmortgage.com> | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 5/5/2022 | RE: Daytona Cease & Desist Letters | Mark Carroll (ME) | Samantha Barnes (ME); Tom Oldham (ME) | Withheld | Attorney-Client; Work Product |
| 5/16/2022 | FW: [EXTERNAL] Thryv help - Mutual of Omaha Mortgage | Mark Carroll (ME) | Polly Faltin (ME); Martha Zajicek (ME); Sara English; Tom Oldham (ME); John Ruiz (ME) | Withheld | Attorney-Client; Work Product |
| 5/4/2022 | RE: Daytona Cease & Desist Letters | Mark Carroll (ME) | Terry Connealy (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Tim Larsen (ME); Mario Arevalo (ME); John Ruiz (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/6/2022 | RE: Hello sir: Tampa office | Mark Carroll (ME) | Bernard Mayle (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |

"ME" - Employee of Mutual of Omaha
"MC" - Mutual's Counsel

UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA

*Mutual of Omaha Mortgage, Inc., v Waterstone Mortgage Corp.* – Civil Action No. 22-CV-01660

**Mutual of Omaha Mortgage, Inc.'s Privilege Log**

| Date | Subject/Description | Author | Recipient(s) | Privileged Treatment | Privilege Type |
|---|---|---|---|---|---|
| 7/5/2022 | RE: June 30th paystub (Cynthia Manley is Reaching Out Again) | Mark Carroll (ME) | Nancy Ortiz (ME); Katherine Theobald (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client |
| 6/7/2022 | RE: **DAYTONA/WATERSTONE**VA Case Number/Appraisal Transfer- Jones, Donald-17340512709 | Mark Carroll (ME) | Jeffrey Gennarelli (ME) | Withheld | Attorney-Client |
| 6/15/2022 | RE: Operations | Mark Carroll (ME) | Jeffrey Gennarelli (ME) | Withheld | Attorney-Client |
| 7/19/2022 | RE: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Terry Connealy (ME); Tyler Larsen (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 5/3/2022 | Untitled.msg | Mark Carroll (ME) | Samantha Barnes (ME) | Withheld | Attorney-Client |
| 7/7/2022 | FW: Waterstone | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 7/15/2022 | RE: Waterstone | Mark Carroll (ME) | Chris McCall (MC); Ari Karen (MC) | Withheld | Attorney-Client; Work Product |
| 6/17/2022 | RE: **DAYTONA/WATERSTONE**VA Case Number/Appraisal Transfer- Jones, Donald-17340512709 | Mark Carroll (ME) | Lucas Curtolo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Tim Larsen (ME); Bernard Mayle (ME) | Withheld | Attorney-Client; Work Product |
| 5/13/2022 | FW: [EXTERNAL] Thryv help - Mutual of Omaha Mortgage | Mark Carroll (ME) | Polly Faltin (ME); Tom Oldham (ME) | Withheld | Attorney-Client; Work Product |
| 5/2/2022 | RE: PIR timeline - mortgage privacy incident | Mark Carroll (ME) | Katherine Theobald (ME); Mario Arevalo (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 6/6/2022 | FW: RE: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Mario Arevalo (ME); Bernard Mayle (ME); Nancy Ortiz (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client |
| 6/27/2022 | RE: Waterstone Matter | Mark Carroll (ME) | Ari Karen (MC); Daniella Casseres (MC) | Withheld | Attorney-Client; Work Product |
| 5/31/2022 | RE: FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Chris Leyden (ME); Brian Tomalak (ME); Mario Arevalo (ME) | Withheld | Attorney-Client |
| 4/28/2022 | RE: My closed loans for April 2022 with Mutual (Daytona) | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Mario Arevalo (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/6/2022 | RE: Chavon McKinney's Status | Mark Carroll (ME) | Mario Arevalo (ME); Alex Martin (ME) | Withheld | Attorney-Client |
| 7/7/2022 | Re: Waterstone | Mark Carroll (ME) | Ari Karen (MC); Chris McCall (MC) | Withheld | Attorney-Client; Work Product |
| 6/8/2022 | FW: MIKE GURLEY COMMISSIONS | Mark Carroll (ME) | Mario Arevalo (ME) | Withheld | Attorney-Client |
| 6/10/2022 | RE: Ormond Beach Assignment of Lease | Mark Carroll (ME) | Tim Larsen (ME); Facilities <Facilities@mutualmortgage.com> | Withheld | Attorney-Client |
| 5/5/2022 | RE: Email Review Project | Mark Carroll (ME) | Bill Sullivan (ME); John Ruiz (ME); Mario Arevalo (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 7/5/2022 | RE: Monthly Regulatory Updates | Mark Carroll (ME) | Mario Arevalo (ME); John Ruiz (ME); Katherine Theobald (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 6/23/2022 | RE: Tampa/Daytona NMLS Check | Mark Carroll (ME) | Katherine Theobald (ME); Mario Arevalo (ME) | Withheld | Attorney-Client |
| 6/8/2022 | RE: LN#17340512709-Charge For Appraisal-VA Case Number/Appraisal Transfer- Jones, Donald | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Brian Tomalak (ME); Bernard Mayle (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |
| 7/7/2022 | FW: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/6/2022 | FW: [EXTERNAL] Thryv help - Mutual of Omaha Mortgage | Mark Carroll (ME) | Martha Zajicek (ME); Samantha Barnes (ME); Polly Faltin (ME); Terry Connealy (ME); Tim Larsen (ME); John Ruiz (ME) | Withheld | Attorney-Client; Work Product |
| 6/17/2022 | FW: Monthly Regulatory Updates | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Brian Tomalak (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |

"ME" - Employee of Mutual of Omaha
"MC" - Mutual's Counsel

UNITED STATES DISTRICT COURT - MIDDLE DISTRICT OF FLORIDA
*Mutual of Omaha Mortgage, Inc., v Waterstone Mortgage Corp.* – Civil Action No. 22-CV-01660
**Mutual of Omaha Mortgage, Inc.'s Privilege Log**

| Date | Subject/Description | Author | Recipient(s) | Privileged Treatment | Privilege Type |
|---|---|---|---|---|---|
| 7/5/2022 | RE: Hoboken | Mark Carroll (ME) | Katherine Theobald (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 6/23/2022 | RE: ATTORNEY CLIENT PRIVILEGED IN ANTICIPATION of LITIGATION | Mark Carroll (ME) | Mario Arevalo (ME); Tim Larsen (ME); Jeffrey Gennarelli (ME); Katherine Theobald (ME) | Withheld | Attorney-Client |
| 6/9/2022 | Ormond Beach Assignment of Lease | Mark Carroll (ME) | Tim Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Angi Green (ME); Bernard Mayle (ME); Eric Jones (ME) | Withheld | Attorney-Client |
| 7/14/2022 | RE: Waterstone | Mark Carroll (ME) | Chris McCall (MC); Ari Karen (MC) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Waterstone | Mark Carroll (ME) | Chris McCall (MC); Ari Karen (MC) | Withheld | Attorney-Client; Work Product |
| 7/18/2022 | FW: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 4/29/2022 | Daytona Draft Cease & Desist | Mark Carroll (ME) | Tim Larsen (ME); Mario Arevalo (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Terry Connealy (ME) | Withheld | Attorney-Client; Work Product |
| 7/7/2022 | RE: Waterstone | Mark Carroll (ME) | Chris McCall (MC); Ari Karen (MC) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | FW: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Tyler Larsen (ME); Tim Larsen (ME); Terry Connealy (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 5/9/2022 | FW: Demand | Mark Carroll (ME) | Eric Jones (ME); Jennifer Dompke (ME) | Withheld | Attorney-Client; Work Product |
| 7/15/2022 | FW: Waterstone | Mark Carroll (ME) | Terry Connealy (ME); Tyler Larsen (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Tim Larsen (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 4/29/2022 | FW: PIR timeline - mortgage privacy incident | Mark Carroll (ME) | Mario Arevalo (ME); Katherine Theobald (ME); Tim Larsen (ME) | Withheld | Attorney-Client; Work Product |
| 7/14/2022 | FW: Waterstone | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME); Terry Connealy (ME); Tim Larsen (ME); Tyler Larsen (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Waterstone | Mark Carroll (ME) | Chris Leyden (ME); Jeffrey Gennarelli (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Revised (and near final) draft of complaint against Waterstone; need to retain local counsel in Florida | Mark Carroll (ME) | Tyler Larsen (ME); Tim Larsen (ME); Terry Connealy (ME); Jeffrey Gennarelli (ME); Chris Leyden (ME); Eric Jones (ME) | Withheld | Attorney-Client; Work Product |
| 7/19/2022 | RE: Cease and Desist letters | Mark Carroll (ME) | Jennifer Dompke (ME) | Withheld | Attorney-Client; Work Product |
| 4/29/2022 | Daytona Cease & Desist Letters | Mark Carroll (ME) | Jeffrey Gennarelli (ME); John Ruiz (ME); Mario Arevalo (ME); Tim Larsen (ME); Brian Tomalak (ME); Chris Leyden (ME); Terry Connealy (ME) | Withheld | Attorney-Client |
| 5/3/2022 | FW: Daytona Cease & Desist Letters | Mark Carroll (ME) | Samantha Barnes (ME); Tom Oldham (ME) | Withheld | Attorney-Client; Work Product |
| 6/27/2022 | FW: Mutual of Omaha Mortgage, Inc. - Engagement Letter | Mark Carroll (ME) | Jeffrey Gennarelli (ME); Chris Leyden (ME) | Withheld | Attorney-Client; Work Product |

"ME" - Employee of Mutual of Omaha
"MC" - Mutual's Counsel