# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>    Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

## JOINT MOTION TO CLARIFY CASE SCHEDULE

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual Mortgage") and Defendant Waterstone Mortgage Corporation ("Waterstone") (collectively "the Parties") move the Court for clarification of the Scheduling Order given that the Court directed briefing on damages only, the Parties have yet to file other dispositive motions, and pretrial filings would be due December 1, 2023. In support, the Parties state:

1. During the August 23, 2023 case management conference, the Court directed Mutual to file a summary judgment motion on damages only and Waterstone to respond, without prejudice to any other future summary judgment motions. (Ex. 1, Transcript of August 23, 2023 Case Management Conference.) Counsel for Mutual asked whether the dispositive motion deadline was being stayed and the Court said: "[j]ust work on this for now." (*Id.* at 12:3.)

2.  The Court set a hearing on the damages motion and another case management conference for December 13, 2023. (DE 95.)

3.  Per the Court's original scheduling order, the final pretrial conference is to be held a few days before that, on December 8, 2023 (DE 26), although the Parties do not see that a time for the conference has been scheduled that date.

4.  Given the Court's order that the Parties focus on the issue of damages only, with the opportunity for other dispositive motions to be addressed at a later date, the Parties are requesting clarity as to (1) whether the final pretrial conference will still be set for December 8, 2023 with other deadlines triggered from that date pursuant to Local Rule 3.06 and (2) whether the final pretrial meeting and deadline for filing a joint pretrial statement, motions in limine, proposed jury instructions, and a verdict form remains December 1, 2023 (DE 26), which is before the Court will address the damages issues and set further scheduling for other issues.

5.  The Parties propose that the pretrial deadlines be postponed and addressed at the December 13, 2023 conference that is already scheduled.

Dated this 21st day of November, 2023.

By: *s/Maria Kreiter*  
Maria Kreiter (admitted *pro hac vice*)  
Emma Jewell (admitted *pro hac vice*)  
GODFREY & KAHN, S.C.  
833 East Michigan Street, Suite 1800  
Milwaukee, WI 53202  
(414) 287-9466 (Telephone)  
mkreiter@gklaw.com  
ejewell@gklaw.com  

By: *s/ Courtney E. Walter (with permission)*  
Christopher L. McCall (admitted *pro hac vice*)  
Courtney E. Walter  
MITCHELL SANDLER LLC  
1120 20th Street N.W., Suite 725  
Washington, D.C. 20036  
(202) 886-5292 (Telephone)  
cmccall@mitchellsandler.com  
cwalter@mitchellsandler.com

| | |
|---|---|
| Scott A. McLaren (FBN: 414816)<br>Carolina Y. Blanco (FBN: 0098878)<br>HILL, WARD & HENDERSON, P.A.<br>101 East Kennedy Blvd., Suite 3700<br>Post Office Box 2231<br>Tampa, Florida 33601<br>(813) 221-3900 (Telephone)<br>carolina.blanco@hwhlaw.com<br>scott.mclaren@hwhlaw.com<br><br>*Attorneys for Defendant Waterstone Mortgage Corporation* | John A. Schifino (FBN: 0072321)<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>401 East Jackson Street, Suite 1500<br>Tampa, FL 33602<br>(813) 739-6962 (Telephone)<br>jschifino@gunster.com<br>eservice@gunster.com<br><br>Aron U. Raskas (FBN: 1022416)<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>600 Brickell Avenue, Suite 3500<br>Miami, FL  33131<br>(305) 376-6009 (Telephone)<br>araskas@gunster.com<br>mmotola@gunster.com<br><br>*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.* |

30269473.2