**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) <br> ) Civil Action No. 22-CV-01660 <br> ) |
| Plaintiff, | ) **PLAINTIFF'S UNOPPOSED MOTION** <br> ) **FOR SEVEN (7) DAY EXTENSION OF** |
| v. | ) **TIME TO FILE ITS REPLY TO** <br> ) **DEFENDANT'S RESPONSE IN** |
| WATERSTONE MORTGAGE CORPORATION, | ) **OPPOSITION TO PLAINTIFF'S** <br> ) **MOTION FOR SUMMARY JUDGMENT** <br> ) **ON DAMAGES** |
| Defendant. | ) |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") hereby files this Unopposed Motion for Seven (7) Day Extension of Time to File Reply to Defendant's Response in Opposition to Plaintiff's Motion for Summary Judgment on Damages. In support thereof, Plaintiff states:

1. At the Case Management Conference on August 23, 2023, the Court ordered Plaintiff to move for summary judgment on damages. D.E. 94.

2. On October 20, 2023, Plaintiff filed its Motion for Summary Judgment, and on November 17, 2023, Defendant filed its Response in Opposition to Plaintiff's Motion for Summary Judgment on Damages (D.E. 104) as well as a Motion to Strike Mark C. Carroll and Plaintiff's Undisclosed Credit Inquiries (D.E. 103).

3. Plaintiff's current deadline to file its Reply is December 1, 2023.

4.      Due to the complexity of the issues raised in Defendant's response, as well as the additional Motion to Strike, the Thanksgiving holiday, and undersigned counsel's scheduling commitments in another case that is scheduled for a jury trial starting December 14, 2023 in New York State court, Plaintiff respectfully requests a seven (7) extension of time to file its reply.

5.      Plaintiff has conferred with counsel for Defendant's counsel, who does not oppose this request but is cognizant that the Court indicated it is not inclined to grant any further extensions of time.

6.      This request is not made for the purpose of delay, and Plaintiff is not requesting the extension of any other deadline.

7.      This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Plaintiff respectfully requests that this Court allow an additional seven days (7), until December 8, 2023, to file its reply to Defendant's response.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Defendant's counsel who does not oppose this request.

Dated:   Washington, D.C.
          November 24, 2023

                MITCHELL SANDLER LLC

                By:  */s/ Courtney E. Walter*

                Ari Karen (admitted *pro hac vice*)
                Christopher L. McCall (admitted *pro hac vice*)
                Courtney E. Walter
                1120 20th Street N.W., Suite 725
                Washington, D.C.  20036
                Email:  cmccall@mitchellsandler.com
                Email:  cwalter@mitchellsandler.com
                Telephone:  (202) 886-5292

                GUNSTER, YOAKLEY & STEWART, P.A.

                John A. Schifino
                Florida Bar No. 0072321
                401 East Jackson Street, Suite 1500
                Tampa, Florida  33602
                Primary email:  jschifino@gunster.com
                Secondary email: eservice@gunster.com
                Telephone:  (813) 739-6962

                *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*