# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | | |
|---|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) | Civil Action No. 22-CV-01660 |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF MUTUAL OF OMAHA** |
| | ) | **MORTGAGE, INC.'S NOTICE OF LEAD** |
| v. | ) | **COUNSEL DESIGNATION** |
| | ) | |
| WATERSTONE MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 2.02(a) of the United States District Court for the Middle District of Florida, Plaintiff, Mutual of Omaha Mortgage, Inc. ("Plaintiff") hereby gives notice that Ari Karen of the Mitchell Sandler LLC law firm in Washington, D.C. is lead counsel for Plaintiff in the above-styled matter.

Respectfully submitted this 27th day of November, 2023.

MITCHELL SANDLER LLC

By:  */s/ Courtney E. Walter*

Ari Karen (admitted *pro hac vice*)
Christopher L. McCall (admitted *pro hac vice*)
Courtney E. Walter
1120 20th Street N.W., Suite 725
Washington, D.C.  20036
Email:  cmccall@mitchellsandler.com
Email:  cwalter@mitchellsandler.com
Telephone:  (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.

John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida  33602
Primary email:  jschifino@gunster.com
Secondary email: eservice@gunster.com
Telephone:  (813) 739-6962


*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*