# **<u>EXHIBIT B</u>**

| | |
|---|---|
| **From:** | "Kreiter, Maria" <MKreiter@gklaw.com> |
| **Sent:** | 6/3/2022 11:50:37 AM -0500 |
| **To:** | Mark Carroll <mcarroll@mutualmortgage.com> |
| **CC:** | Stephanie Ziebell <sziebell@waterstonemortgage.com> |
| **Subject:** | RE: RE: Waterstone/resumed discussion [GK-Active.FID3206660] |
| **Attachments:** | Employee certifications [GK-Active.FID3206660] |

**EXTERNAL EMAIL:** Use Caution!

Mark:

I just sent you an email that contains the certifications ??? see the attached.

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN** s.c.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Mark Carroll <mcarroll@mutualmortgage.com>
**Sent:** Friday, June 3, 2022 11:48 AM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** RE: Waterstone/resumed discussion [GK-Active.FID3206660]
**Importance:** High

**[EXTERNAL] This message originated from outside your domain.**

Maria,

In discussing with our privacy and business teams, there is concern that we have yet to receive the signed Certifications for Destruction of any Confidential customer information.

CONFIDENTIAL                                                                                                          WMC011910

Before we can discuss any resolution of commissions or damages, we need to receive the signed Certifications of destruction back from the individual LOs by Tuesday, June 7, 2022.  Otherwise, I am directed to move forward with retaining outside counsel to protect our private information that the LOs sent to their individual emails and to Thryv.  The Certificate of Destruction is attached.

Thank you.

**Mark Carroll**

Senior Counsel

---

**Phone:** (847) 262-9535

**Fax:** (630) 261-6723

**Email:** mcarroll@mutualmortgage.com

100 W 22nd St Ste. 101

Lombard, IL, 60148

Corporate NMLS #1025894

**MutualMortgage.com**

. . .

Confidentiality Notice. The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Mutual of Omaha Mortgage. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Friday, May 27, 2022 6:52 AM
**To:** Mark Carroll <mcarroll@mutualmortgage.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** FW: Waterstone/resumed discussion [GK-Active.FID3206660]

**This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.**

Mark: Please let me know on the below. I need the commission information (2) and (3), below, in particular. Thanks,

CONFIDENTIAL                                                                                                                WMC011911

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN** S.C.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

---

**From:** Kreiter, Maria
**Sent:** Tuesday, May 24, 2022 9:58 AM
**To:** Mark Carroll <mcarroll@mutualmortgage.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** FW: Waterstone/resumed discussion [GK-Active.FID3206660]

Mark:

I wanted to follow up on a few things: (1) the revised confidentiality agreement (attached); (2) your provision of the commission plan or other documents that govern Mutual???s payment of commissions; (3) the timing of Mutual???s payment of commission to the employees other than Dwayne Hutto and Chris Wolf, as folks continue to ask about that; and (4) the evidence you want considered in conjunction with Mutual???s forthcoming demand.

I recognize you want the confidentiality agreement signed before providing (4).

I wanted to provide a comprehensive list here to keep momentum.

Let me know. Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN** S.C.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please*

Case 8:22-cv-01660-AEP    Document 115-2    Filed 12/08/23    Page 5 of 11 PageID 2646

*destroy it and notify us immediately at (414) 273-3500.*

**From:** Kreiter, Maria
**Sent:** Friday, May 20, 2022 10:52 AM
**To:** Mark Carroll <mcarroll@mutualmortgage.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** RE: Waterstone/resumed discussion [GK-Active.FID3206660]

Mark: I have streamlined the agreement and believe this meets our needs. I also added the GLB Act language Stephanie mentioned yesterday. Let us know if this works and, if so, please execute.

Thanks,

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN** s.c.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Mark Carroll <mcarroll@mutualmortgage.com>
**Sent:** Thursday, May 19, 2022 2:30 PM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** RE: Waterstone/resumed discussion [GK-Active.FID3206660]

**[EXTERNAL]** This message originated from outside your domain.

Maria and Stephanie,

Attached is a draft Confidentiality Agreement for your consideration.  Thanks.

**Mark Carroll**

Senior Counsel

CONFIDENTIAL                                                                                                                    WMC011913

**Phone:** (847) 262-9535
**Fax:** (630) 261-6723
**Email:** mcarroll@mutualmortgage.com

100 W 22nd St Ste. 101
Lombard, IL, 60148
Corporate NMLS #1025894

**MutualMortgage.com**

. . .
Confidentiality Notice. The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Mutual of Omaha Mortgage. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Wednesday, May 18, 2022 11:59 AM
**To:** Mark Carroll <mcarroll@mutualmortgage.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** RE: Waterstone/resumed discussion [GK-Active.FID3206660]

==*This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.*==

Mark: Does 4:00 CT work? Stephanie and I are both available then. Thanks,

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN** S.C.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Mark Carroll <mcarroll@mutualmortgage.com>
**Sent:** Wednesday, May 18, 2022 9:18 AM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** RE: Waterstone/resumed discussion [GK-Active.FID3206660]

CONFIDENTIAL                                                                                                                                                    WMC011914

**[EXTERNAL] This message originated from outside your domain.**

I am sorry.  Can we schedule after 1:30 pm cdt.  Thanks.

**Mark Carroll**

Senior Counsel

**Phone:** (847) 262-9535
**Fax:** (630) 261-6723
**Email:** mcarroll@mutualmortgage.com

100 W 22nd St Ste. 101
Lombard, IL, 60148
Corporate NMLS #1025894

**MutualMortgage.com**

. . .
Confidentiality Notice. The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Mutual of Omaha Mortgage. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

**From:** Mark Carroll
**Sent:** Wednesday, May 18, 2022 8:18 AM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** RE: Waterstone/resumed discussion [GK-Active.FID3206660]

Can we push our meeting to tomorrow?  Same time works for me.  Thanks.

**Mark Carroll**

Senior Counsel

**Phone:** (847) 262-9535
**Fax:** (630) 261-6723
**Email:** mcarroll@mutualmortgage.com

100 W 22nd St Ste. 101

Lombard, IL, 60148

Corporate NMLS #1025894

**MutualMortgage.com**

. . .
Confidentiality Notice. The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Mutual of Omaha Mortgage. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Monday, May 16, 2022 6:30 AM
**To:** Mark Carroll <mcarroll@mutualmortgage.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** RE: Waterstone/resumed discussion [GK-Active.FID3206660]

**This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.**

Mark: I just circulated a calendar appointment for today at 4:00 CT. Thanks,

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

GODFREY KAHN s.c.

This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.

**From:** Mark Carroll <mcarroll@mutualmortgage.com>
**Sent:** Friday, May 13, 2022 4:35 PM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** RE: Waterstone/resumed discussion [GK-Active.FID3206660]

CONFIDENTIAL                                                                                                                WMC011916

**[EXTERNAL]** This message originated from outside your domain.

Maria,

I am available anytime before 10:00 am CDT or after 12:00 pm CDT on Monday. I have collected the Addendums. I would like to enter into a Protective agreement. We are also putting together a list of loans that we believe may have been taken.

Please let me know if the above-times work. Thanks.

**Mark Carroll**

Senior Counsel

**Phone:** (847) 262-9535
**Fax:** (630) 261-6723
**Email:** mcarroll@mutualmortgage.com

100 W 22nd St Ste. 101
Lombard, IL, 60148
Corporate NMLS #1025894

**MutualMortgage.com**

. . .
Confidentiality Notice. The information contained in and transmitted with this communication is strictly confidential, is intended only for the use of the intended recipient, and is the property of Mutual of Omaha Mortgage. If you are not the intended recipient, you are hereby notified that any use of the information contained in or transmitted with the communication or dissemination, distribution, or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately return this communication to the sender and delete the original message and any copy of it in your possession.

**From:** Kreiter, Maria <MKreiter@gklaw.com>
**Sent:** Friday, May 13, 2022 11:32 AM
**To:** Mark Carroll <mcarroll@mutualmortgage.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** FW: Waterstone/resumed discussion [GK-Active.FID3206660]

**This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.**

Mark: just following up. Is there a time Monday that works for us to connect?

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct | MKreiter@gklaw.com

**GODFREY KAHN** S.C.

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

**From:** Kreiter, Maria
**Sent:** Wednesday, May 11, 2022 5:46 PM
**To:** Mark Carroll <mcarroll@mutualmortgage.com>
**Cc:** Stephanie Ziebell <sziebell@waterstonemortgage.com>
**Subject:** Waterstone/resumed discussion [GK-Active.FID3206660]

Mark:

We wanted to set a call to continue last week???s discussion. Stephanie and I both have fairly good availability on Monday.

Is there a time Monday that works on your end?

Thanks,

Maria

**Maria Kreiter** | Attorney
414.287.9466 direct
MKreiter@gklaw.com

**GODFREY | KAHN** s.c.
833 E. Michigan Street, Suite 1800 | Milwaukee, Wisconsin 53202-5615



*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

CONFIDENTIAL																																	WMC011919