# **<u>EXHIBIT F</u>**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) |
|  | ) Civil Action No. 22-CV-01660 |
|  | ) |
| Plaintiff, | ) **PLAINTIFF MUTUAL OF OMAHA** |
|  | ) **MORTGAGE, INC.'S SECOND** |
| v. | ) **AMENDED RESPONSES AND** |
|  | ) **OBJECTIONS TO DEFENDANT** |
| WATERSTONE MORTGAGE | ) **WATERSTONE MORTGAGE** |
| CORPORATION, | ) **CORPORATION'S FIRST SET OF** |
|  | ) **INTERROGATORIES** |
| Defendant. | ) |

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Court's

March 1, 2023 Order (Doc. No. 52) (the "Order"), plaintiff Mutual of Omaha

Mortgage, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby

submits these second amended responses and objections to defendant Waterstone

Mortgage Corporation's ("Defendant") first set of interrogatories dated as of

October 4, 2022 (each a "Interrogatory" and, collectively, the "Interrogatories").

The responses and objections set forth below are based upon information

currently known and available to Plaintiff at the time these responses and

objections are made. Plaintiff's ongoing discovery, analysis, and investigation

may disclose the existence of additional facts, add meaning to known facts, support

entirely new legal or factual contentions, and may lead to additions or

modifications to these responses.  Accordingly, Plaintiff reserves the right, at any time, to amend, revise, correct, add to, supplement, modify, or clarify the specific responses and objections set forth below or the information divulged therein. Plaintiff further reserves the right to make use of, or introduce in any hearing or at trial, information not known to exist at this time including, but not limited to, information obtained in the course of discovery as may be required under the Federal Rules of Civil Procedure.  Except for explicit facts admitted herein, if any, no implied admissions are intended hereby.  The fact that Plaintiff has responded or objected to any Interrogatory, or part thereof, should not be construed as an admission that Plaintiff accepts or admits the existence of any fact set forth or assumed by such Interrogatory or that such response or objection constitutes admissible evidence.

## GENERAL OBJECTIONS

1.      The following general objections ("General Objections") are incorporated into Plaintiff's responses to each and every Interrogatory.  No response is, or shall be deemed to be, a waiver of Plaintiff's General Objections.

2.      Plaintiff objects to the Interrogatories, including the Definitions, to the extent that they conflict with, are different from, or purport to expand upon, the obligations imposed or authorized by the Federal Rules of Civil Procedure or the

Civil Local Rules of Practice for the United States District Court for the Middle District of Florida.

3.     Plaintiff objects to the Interrogatories as overly broad, unduly burdensome, and not reasonable to the extent that they are indefinite as to time or scope, or otherwise not limited to a time frame relevant to this litigation.

4.     Plaintiff objects to the Interrogatories to the extent they call for information and/or documents that are not relevant.

5.     Plaintiff objects to the Interrogatories to the extent they call for information that is not within Plaintiff's possession, custody, or control, or purport to require Plaintiff to seek documents in the possession, custody, or control of third parties.

6.     Plaintiff objects to the Interrogatories to the extent they are vague and ambiguous, overly broad, not reasonable, and/or unduly burdensome; are unreasonably cumulative and/or duplicative of other Interrogatories; are inconsistent with the ordinary and customary meaning of the words or phrases they purport to define; include assertions of purported fact that are inaccurate or are disputed by the parties; and/or incorporate any other purported definition that suffers from such defects.  Consistent with applicable law, and without waiver or limitation of any of its General or specific objections, Plaintiff has made a good

faith effort to interpret the objectionable Definitions and terms in these Interrogatories.

7.      Plaintiff objects to the Interrogatories to the extent they seek information that is subject to confidentiality agreements or obligations, protective orders, or agreements with non-parties.

8.      Plaintiff objects to the Interrogatories to the extent they seek information in the possession, custody, or control of the Defendant.

9.      Plaintiff objects to the Interrogatories to the extent they seek information encompassed by the attorney-client privilege, the work-product doctrine, or any other judicially recognized privilege or protection.

10.     Plaintiff objects to the Interrogatories to the extent they seek legal conclusions or implicate the mental impressions of counsel.

11.     Plaintiff objects to the Interrogatories to the extent they seek electronically stored email communications on the grounds that searching, collecting, and reviewing such documents creates an undue burden where the parties have not agreed upon relevant custodians and narrowly tailored ESI search terms.

## SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES

1.    Itemize Your damages, including the formula used to calculate those damages.

### Response:

Plaintiff objects to this Interrogatory on the grounds that it seeks information in the possession, custody, or control of Defendant, calls for a legal conclusion, and is premature because discovery in this case is ongoing.  Defendant only produced documents necessary for Plaintiff's analysis of its damages on December 22, 2022 – despite the fact that such documents were directly responsive to multiple of Plaintiff's September 29, 2022 document requests and should have been produced months ago – and depositions of key witnesses that Plaintiff intends to take are likely to reveal additional information relevant to Plaintiff's damages. At this time, and subject to Plaintiff's right to amend and/or supplement this response as Plaintiff obtains more information in ongoing discovery, Plaintiff states that its damages include, but are not limited to, the following non-exhaustive categories:

- lost revenue and profits from loans that were improperly diverted from Plaintiff to Defendant.  While information regarding these loans is uniquely in the possession of Defendant and Plaintiff's former

employees who are now employed by Defendant, and Plaintiff expects
further discovery to yield information sufficient to allow Plaintiff to
itemize these damages, Plaintiff states that documents relating to
Plaintiff's lost revenue and profits from loans that were improperly
diverted from Plaintiff to Defendant have been produced by Plaintiff
at the following Bates numbers:

MOM-0000001
MOM-0000002
MOM-0000003
MOM-0000005
MOM-0000007
MOM-0000008
MOM-0000009
MOM-0000010
MOM-0000011
MOM-0000012
MOM-0000014
MOM-0000019
MOM-0000023
MOM-0000026
MOM-0000027
MOM-0000029
MOM-0000030
MOM-0000032
MOM-0000033
MOM-0000034
MOM-0000035
MOM-0000038
MOM-0000040
MOM-0000043
MOM-0000044
MOM-0000047
MOM-0000054

MOM-0000055
MOM-0000058
MOM-0000065
MOM-0000075
MOM-0000076
MOM-0000077
MOM-0000078
MOM-0000079
MOM-0000080
MOM-0000081
MOM-0000083
MOM-0000088
MOM-0000089
MOM-0000096
MOM-0000097
MOM-0000103
MOM-0000104
MOM-0000105
MOM-0000106
MOM-0000183
MOM-0000188
MOM-0000192
MOM-0000198
MOM-0000199
MOM-0000202
MOM-0000205
MOM-0000206
MOM-0000207
MOM-0000208
MOM-0000209
MOM-0000210
MOM-0000211
MOM-0000212
MOM-0000213
MOM-0000214
MOM-0000224
MOM-0000226
MOM-0000229
MOM-0000230
MOM-0000233

MOM-0000234
MOM-0000235
MOM-0000236
MOM-0000238
MOM-0000240
MOM-0000241
MOM-0000245
MOM-0000251
MOM-0000254
MOM-0000266
MOM-0000268
MOM-0000269
MOM-0000279
MOM-0000280
MOM-0000316
MOM-0000318
MOM-0000325
MOM-0000326
MOM-0000327
MOM-0000328
MOM-0000329
MOM-0000333
MOM-0000334
MOM-0000339
MOM-0000340
MOM-0000341
MOM-0000342
MOM-0000347
MOM-0000348
MOM-0000349
MOM-0000362
MOM-0000364
MOM-0000365
MOM-0000366
MOM-0000367
MOM-0000370
MOM-0000371
MOM-0000372
MOM-0000391
MOM-0000392

MOM-0000393
MOM-0000394
MOM-0000395
MOM-0000397
MOM-0000398
MOM-0000399
MOM-0000400
MOM-0000401
MOM-0000402
MOM-0000403
MOM-0000405
MOM-0000406
MOM-0000407
MOM-0000409
MOM-0000410
MOM-0000411
MOM-0000433
MOM-0000434
MOM-0000437
MOM-0000439
MOM-0000440
MOM-0000442
MOM-0000443
MOM-0000444
MOM-0000448
MOM-0000450
MOM-0000451
MOM-0000452
MOM-0000453
MOM-0000454
MOM-0000455
MOM-0000456
MOM-0000461
MOM-0000462
MOM-0000464
MOM-0000466
MOM-0000467
MOM-0000473
MOM-0000480
MOM-0000482

MOM-0000494
MOM-0000500
MOM-0000504
MOM-0000510
MOM-0000511
MOM-0000523
MOM-0000535
MOM-0000542
MOM-0000544
MOM-0000563
MOM-0000566
MOM-0000570
MOM-0000571
MOM-0000573
MOM-0000576
MOM-0000580
MOM-0000582
MOM-0000584
MOM-0000586
MOM-0000590
MOM-0000591
MOM-0000597
MOM-0000601
MOM-0000604
MOM-0000605
MOM-0000607
MOM-0000608
MOM-0000609
MOM-0000616
MOM-0000622
MOM-0000644
MOM-0000645
MOM-0000667
MOM-0000671
MOM-0000675
MOM-0000676
MOM-0000679
MOM-0000680
MOM-0000687
MOM-0000689

MOM-0000691
MOM-0000698
MOM-0000704
MOM-0000705
MOM-0000710
MOM-0000711
MOM-0000712
MOM-0000715
MOM-0000718
MOM-0000720
MOM-0000723
MOM-0000726
MOM-0000727
MOM-0000731
MOM-0000732
MOM-0000738
MOM-0000739
MOM-0000855
MOM-0000856
MOM-0000866
MOM-0000869
MOM-0000870
MOM-0000871
MOM-0000872
MOM-0000873
MOM-0000885
MOM-0000887
MOM-0000889
MOM-0000890
MOM-0000891
MOM-0000913
MOM-0000914
MOM-0000917
MOM-0000920
MOM-0000937
MOM-0000938
MOM-0000939
MOM-0000941
MOM-0000942
MOM-0000945

MOM-0000946
MOM-0000950
MOM-0000951
MOM-0000953
MOM-0000970
MOM-0000972
MOM-0000974
MOM-0000976
MOM-0000981
MOM-0000986
MOM-0000987
MOM-0000988
MOM-0000990
MOM-0000994
MOM-0000997
MOM-0000998
MOM-0000999
MOM-0001000
MOM-0001001
MOM-0001002
MOM-0001003
MOM-0001004
MOM-0001006
MOM-0001007
MOM-0001008
MOM-0001009
MOM-0001010
MOM-0001011
MOM-0001015
MOM-0001033
MOM-0001034
MOM-0001035
MOM-0001036
MOM-0001038
MOM-0001039
MOM-0001043
MOM-0001046
MOM-0001100
MOM-0001143
MOM-0001145

MOM-0001146
MOM-0001149
MOM-0001151
MOM-0001160
MOM-0001168
MOM-0001172
MOM-0001174
MOM-0001175
MOM-0001176
MOM-0001177
MOM-0001178
MOM-0001179
MOM-0001187
MOM-0001188
MOM-0001189
MOM-0001190
MOM-0001191
MOM-0001192
MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205
MOM-0001206
MOM-0001207
MOM-0001212
MOM-0001214
MOM-0001215
MOM-0001217
MOM-0001218
MOM-0001221
MOM-0001222
MOM-0001224
MOM-0001226
MOM-0001227
MOM-0001228
MOM-0001229

MOM-0001230
MOM-0001231
MOM-0001233
MOM-0001238
MOM-0001242
MOM-0001245
MOM-0001247
MOM-0001249
MOM-0001250
MOM-0001251
MOM-0001252
MOM-0001254
MOM-0001259
MOM-0001260
MOM-0001261
MOM-0001265
MOM-0001271
MOM-0001273
MOM-0001274
MOM-0001280
MOM-0001281
MOM-0001282
MOM-0001284
MOM-0001285
MOM-0001286
MOM-0001287
MOM-0001288
MOM-0001289
MOM-0001290
MOM-0001291
MOM-0001295
MOM-0001296
MOM-0001298
MOM-0001303
MOM-0001304
MOM-0001305
MOM-0001306
MOM-0001308
MOM-0001309
MOM-0001310

MOM-0001311
MOM-0001312
MOM-0001314
MOM-0001316
MOM-0001321
MOM-0001325
MOM-0001328
MOM-0001329
MOM-0001336
MOM-0001337
MOM-0001343
MOM-0001344
MOM-0001345
MOM-0001346
MOM-0001423
MOM-0001428
MOM-0001432
MOM-0001438
MOM-0001439
MOM-0001442
MOM-0001445
MOM-0001446
MOM-0001447
MOM-0001448
MOM-0001449
MOM-0001450
MOM-0001451
MOM-0001452
MOM-0001453
MOM-0001454
MOM-0001464
MOM-0001467
MOM-0001468
MOM-0001469
MOM-0001470
MOM-0001472
MOM-0001474
MOM-0001475
MOM-0001477
MOM-0001481

MOM-0001484
MOM-0001486
MOM-0001488
MOM-0001489
MOM-0001491
MOM-0001492
MOM-0001493
MOM-0001494
MOM-0001496
MOM-0001497
MOM-0001498
MOM-0001499
MOM-0001500
MOM-0001502
MOM-0001503
MOM-0001504
MOM-0001505
MOM-0001506
MOM-0001507
MOM-0001508
MOM-0001509
MOM-0001510
MOM-0001511
MOM-0001512
MOM-0001513
MOM-0001514
MOM-0001515
MOM-0001516
MOM-0001517
MOM-0001518
MOM-0001519
MOM-0001520
MOM-0001521
MOM-0001522
MOM-0001523
MOM-0001524
MOM-0001525
MOM-0001526
MOM-0001527
MOM-0001528

MOM-0001529
MOM-0001530
MOM-0001531
MOM-0001532
MOM-0001533
MOM-0001534
MOM-0001535
MOM-0001536
MOM-0001537
MOM-0001538
MOM-0001539
MOM-0001540
MOM-0001541
MOM-0001542
MOM-0001543
MOM-0001544
MOM-0001545
MOM-0001546
MOM-0001547
MOM-0001548
MOM-0001549
MOM-0001550
MOM-0001551
MOM-0001552
MOM-0001553
MOM-0001554
MOM-0001555
MOM-0001556
MOM-0001557
MOM-0001575
MOM-0001579
MOM-0001580
MOM-0001745
MOM-0001746
MOM-0001822
MOM-0001826
MOM-0001827
MOM-0001828
MOM-0001829
MOM-0001830

MOM-0001831
MOM-0001832
MOM-0001833
MOM-0001834
MOM-0001835
MOM-0001836
MOM-0001837
MOM-0001838
MOM-0001839
MOM-0001840
MOM-0001841
MOM-0001842
MOM-0001843
MOM-0001844
MOM-0001845
MOM-0001846
MOM-0001847
MOM-0001848
MOM-0001849
MOM-0001850
MOM-0001851
MOM-0001852
MOM-0001853
MOM-0001854
MOM-0001855
MOM-0001856
MOM-0001857
MOM-0001858
MOM-0001859
MOM-0001860
MOM-0001861
MOM-0001862
MOM-0001863
MOM-0001864
MOM-0001865
MOM-0001866
MOM-0001867
MOM-0001868
MOM-0001869
MOM-0001870

MOM-0001871
MOM-0001872
MOM-0001873
MOM-0001874
MOM-0001875
MOM-0001876
MOM-0002058
MOM-0002059
MOM-0002060
MOM-0002172
MOM-0002173
MOM-0002224
MOM-0002229
MOM-0002230
MOM-0002236
MOM-0002237
MOM-0002329
MOM-0002333
MOM-0002334
MOM-0002335
MOM-0002337
MOM-0002338
MOM-0002340
MOM-0002344
MOM-0002348
MOM-0002353
MOM-0002357
MOM-0002358
MOM-0002359
MOM-0002361
MOM-0002362
MOM-0002364
MOM-0002366
MOM-0002369
MOM-0002372
MOM-0002376
MOM-0002377
MOM-0002383
MOM-0002385
MOM-0002386

MOM-0002391
MOM-0002393
MOM-0002395
MOM-0002402
MOM-0002404
MOM-0002407
MOM-0002412
MOM-0002415
MOM-0002420
MOM-0002425
MOM-0002426
MOM-0002429
MOM-0002430
MOM-0002462
MOM-0002464
MOM-0002465
MOM-0002467
MOM-0002472
MOM-0002474
MOM-0002477
MOM-0002481
MOM-0002486
MOM-0002492
MOM-0002499
MOM-0002501
MOM-0002505
MOM-0002510
MOM-0002515
MOM-0002519
MOM-0002520
MOM-0002521
MOM-0002527
MOM-0002528
MOM-0002535
MOM-0002593
MOM-0002596
MOM-0002676
MOM-0002681
MOM-0002682
MOM-0002688

MOM-0002689
MOM-0002748
MOM-0002750
MOM-0002753
MOM-0002756
MOM-0002760
MOM-0002764
MOM-0002769
MOM-0002771
MOM-0002777
MOM-0002780
MOM-0002781
MOM-0002811
MOM-0002816
MOM-0002817
MOM-0002823
MOM-0002834
MOM-0002837
MOM-0002840
MOM-0002843
MOM-0002844
MOM-0002847
MOM-0002849
MOM-0002879
MOM-0002884
MOM-0002885
MOM-0002891
MOM-0002952
MOM-0002953
MOM-0002975
MOM-0002979
MOM-0002980
MOM-0002986
MOM-0002987
MOM-0003017
MOM-0003018
MOM-0003048
MOM-0003053
MOM-0003054
MOM-0003060

MOM-0003073
MOM-0003079
MOM-0003092
MOM-0003094
MOM-0003095
MOM-0003101
MOM-0003108
MOM-0003109
MOM-0003110
MOM-0003111
MOM-0003118
MOM-0003125
MOM-0003126
MOM-0003128
MOM-0003131
MOM-0003134
MOM-0003137
MOM-0003138
MOM-0003141
MOM-0003142
MOM-0003144
MOM-0003145
MOM-0003147
MOM-0003150
MOM-0003151
MOM-0003152
MOM-0003153
MOM-0003154
MOM-0003155
MOM-0003156
MOM-0003157
MOM-0003158
MOM-0003159
MOM-0003161
MOM-0003162
MOM-0003163
MOM-0003166
MOM-0003167
MOM-0003168
MOM-0003170

MOM-0003171
MOM-0003172
MOM-0003176
MOM-0003179
MOM-0003180
MOM-0003181
MOM-0003182
MOM-0003183
MOM-0003184
MOM-0003186
MOM-0003187
MOM-0003188
MOM-0003229
MOM-0003230
MOM-0003232
MOM-0003234
MOM-0003236
MOM-0003239
MOM-0003240
MOM-0003241
MOM-0003242
MOM-0003243
MOM-0003244
MOM-0003245
MOM-0003246
MOM-0003247
MOM-0003250
MOM-0003251
MOM-0003252
MOM-0003253
MOM-0003256
MOM-0003257
MOM-0003259
MOM-0003261
MOM-0003262
MOM-0003263
MOM-0003264
MOM-0003265
MOM-0003268
MOM-0003269

MOM-0003270
MOM-0003271
MOM-0003275
MOM-0003276
MOM-0003279
MOM-0003280
MOM-0003281
MOM-0003282
MOM-0003334
MOM-0003335
MOM-0003343
MOM-0003352
MOM-0003362
MOM-0003363
MOM-0003365
MOM-0003366
MOM-0003367
MOM-0003368
MOM-0003369
MOM-0003371
MOM-0003375
MOM-0003376
MOM-0003379
MOM-0003380
MOM-0003381
MOM-0003382
MOM-0003434
MOM-0003439
MOM-0003441
MOM-0003442
MOM-0003444
MOM-0003445
MOM-0003447
MOM-0003448
MOM-0003449
MOM-0003450
MOM-0003451
MOM-0003456
MOM-0003457;

Plaintiff is supplementing its prior document productions by producing

today additional documents relating to Plaintiff's lost revenue and profits from

loans that were improperly diverted from Plaintiff to Defendant at the following

Bates numbers:

MOM-0005885
MOM-0005888
MOM-0009201
MOM-0009204
MOM-0009245
MOM-0009246
MOM-0009247
MOM-0009248
MOM-0009249
MOM-0009252
MOM-0009253
MOM-0009254
MOM-0009257
MOM-0009261
MOM-0009264
MOM-0009313
MOM-0009323
MOM-0009324
MOM-0009325
MOM-0009326
MOM-0009327
MOM-0009328
MOM-0009329
MOM-0009330
MOM-0009331
MOM-0009334
MOM-0009335
MOM-0009338
MOM-0009339
MOM-0009971
MOM-0009974
MOM-0009975

MOM-0009978
MOM-0009983
MOM-0009984
MOM-0009987
MOM-0009988
MOM-0009989
MOM-0009992
MOM-0009993
MOM-0009994
MOM-0009997
MOM-0009998
MOM-0010001
MOM-0010002
MOM-0010003
MOM-0010006
MOM-0010007
MOM-0010008
MOM-0010011
MOM-0010012
MOM-0010013
MOM-0010016
MOM-0010017
MOM-0010018
MOM-0010019
MOM-0010022
MOM-0010023
MOM-0010024
MOM-0010025
MOM-0010026
MOM-0010029
MOM-0010030
MOM-0010031
MOM-0010034
MOM-0010035
MOM-0010038
MOM-0010041
MOM-0010042
MOM-0010043
MOM-0010046
MOM-0010049

MOM-0010050
MOM-0010052
MOM-0010055
MOM-0010087
MOM-0010092
MOM-0010101
MOM-0010102
MOM-0010103
MOM-0010104
MOM-0010105
MOM-0010106
MOM-0010107
MOM-0010108
MOM-0010113
MOM-0010116
MOM-0010119
MOM-0010122
MOM-0010137
MOM-0010490
MOM-0010491
MOM-0010492
MOM-0010493
MOM-0010494
MOM-0010495
MOM-0010496
MOM-0010497
MOM-0010498
MOM-0010499
MOM-0010500
MOM-0010501
MOM-0010502
MOM-0010503
MOM-0010504
MOM-0010505
MOM-0010506
MOM-0010507

- profits Plaintiff would have made but for Defendant's unlawful

  conduct, which caused Plaintiff to have to close its branches in Tampa

and Daytona Beach.  Plaintiff calculates its lost profit damages over

the 18-month period beginning on June 30, 2022 and ending on

December 31, 2023 based on the prior financial performance of the

two branches.  From June 30, 2022 to December 31, 2023 the Tampa

branch would have yielded profits in the amount of $2,716,040.53,

and the Daytona Beach branch would have yielded profits in the

amount of $1,723,961.89, for a total of $4,440,002.42.  Plaintiff states

that documents relating to Plaintiff's lost profits from the two branch

closures are being produced by Plaintiff today at the following Bates

number:  MOM-0003484

- ill-gotten gains, including compensation paid or advanced by

  Defendant to Plaintiff's prior employees in exchange for the unlawful

  conduct that caused the closure of two of Plaintiff's branches.

  Specifically, documents belatedly produced by Defendant in this

  action show that Defendant paid large bonuses – disguised by

  Defendant as "Branch Financial Credits" – to two of Plaintiff's former

  employees, $500,000 to Chris Smith and $250,000 to Dwayne Hutto.

  Plaintiff believes Defendant offered and paid these large bonuses –

  which are disproportionate to the employees' salaries – in exchange

  for the individuals' participation in Defendant's unlawful scheme, and

not merely as bonuses for the services provided by the individuals.

The documents produced by Defendant relating to Plaintiff's ill-gotten

gain damages are the offer letters sent to Chris Smith and Dwayne

Hutto, which Defendant produced at WMC011460 and WMC003723,

respectively.  Plaintiff may learn of additional bonuses in discovery,

and will amend this response as necessary.

2.      Identify all current or former Mutual of Omaha employees You

contend WaterStone or the Departed Employees solicited in violation of Your

rights, or through other wrongdoing for which You seek recourse in this suit.  For

each employee identified, indicate which Departed Employee and/or WaterStone

representative engaged in the solicitation or wrongdoing.

**<u>Response:</u>**

Plaintiff objects to this Interrogatory on the grounds that it seeks information

in the possession, custody, or control of Defendant, calls for a legal conclusion,

and is premature, as discovery in this case has just begun and Plaintiff does not yet

have access to documents and information sufficient to respond to this

Interrogatory.

Subject to and without waiving the objections set forth herein, Plaintiff,

pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this

Interrogatory can be ascertained from documents produced by Plaintiff at the

following Bates numbers:

MOM-0000026
MOM-0000035
MOM-0000038
MOM-0000043
MOM-0000054
MOM-0000236
MOM-0000238
MOM-0000885
MOM-0001207
MOM-0001221
MOM-0001222
MOM-0001224
MOM-0001226
MOM-0001227
MOM-0001228
MOM-0001229
MOM-0001230
MOM-0001231
MOM-0001233
MOM-0001238
MOM-0001242
MOM-0001280
MOM-0001296
MOM-0001298
MOM-0002329
MOM-0002340
MOM-0002344
MOM-0002348
MOM-0002353
MOM-0002357
MOM-0002362
MOM-0002364
MOM-0002366
MOM-0002369
MOM-0002372
MOM-0002377

MOM-0002391
MOM-0002393
MOM-0002395
MOM-0002402
MOM-0002404
MOM-0002407
MOM-0002412
MOM-0002415
MOM-0002420
MOM-0002425
MOM-0002426
MOM-0002429
MOM-0002430
MOM-0002462
MOM-0002464
MOM-0002465
MOM-0002467
MOM-0002472
MOM-0002474
MOM-0002477
MOM-0002481
MOM-0002486
MOM-0002492
MOM-0002499
MOM-0002501
MOM-0002505
MOM-0002510
MOM-0002515
MOM-0002519
MOM-0002520
MOM-0002521
MOM-0002527
MOM-0002528
MOM-0002535
MOM-0002748
MOM-0002750
MOM-0002753
MOM-0002756
MOM-0002760
MOM-0002764

MOM-0002771

3.      With respect to all loans You contend the Departed Employees and/or

WaterStone closed with WaterStone in violation of Your rights, or through other

wrongdoing for which You seek recourse in this suit, Identify the borrower(s)

associated with the loans, the loan amount, the loan type, and the amount of

damages You seek, if any.

**<u>Response:</u>**

Plaintiff objects to this Interrogatory on the grounds that it seeks information

in the possession, custody, or control of Defendant, calls for a legal conclusion,

and is premature.  Discovery in this case has just begun, and Plaintiff is continuing

to investigate the facts and claims relevant to this lawsuit.  Plaintiff's damages

include, but are not limited to, lost revenue and profits from loans that were

improperly diverted from Plaintiff to Defendant, and information regarding these

loans is necessarily uniquely in the possession of Defendant.

Subject to and without waiving the objections set forth herein, Plaintiff,

pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this

Interrogatory can be ascertained from documents produced by Plaintiff at the

following Bates numbers:

      MOM-0000001
      MOM-0000002

MOM-0000003
MOM-0000005
MOM-0000007
MOM-0000008
MOM-0000009
MOM-0000010
MOM-0000011
MOM-0000012
MOM-0000014
MOM-0000019
MOM-0000023
MOM-0000026
MOM-0000040
MOM-0000044
MOM-0000047
MOM-0000224
MOM-0000226
MOM-0000229
MOM-0000236
MOM-0000238
MOM-0000240
MOM-0000241
MOM-0000245
MOM-0000251
MOM-0000254
MOM-0000266
MOM-0000268
MOM-0000269
MOM-0000279
MOM-0000280
MOM-0000316
MOM-0000318
MOM-0000325
MOM-0000326
MOM-0000327
MOM-0000328
MOM-0000329
MOM-0000333
MOM-0000334
MOM-0000339

MOM-0000340
MOM-0000341
MOM-0000342
MOM-0000347
MOM-0000348
MOM-0000349
MOM-0000362
MOM-0000364
MOM-0000365
MOM-0000366
MOM-0000367
MOM-0000370
MOM-0000371
MOM-0000372
MOM-0000391
MOM-0000392
MOM-0000393
MOM-0000394
MOM-0000395
MOM-0000397
MOM-0000398
MOM-0000399
MOM-0000400
MOM-0000401
MOM-0000402
MOM-0000403
MOM-0000405
MOM-0000406
MOM-0000407
MOM-0000409
MOM-0000410
MOM-0000411
MOM-0000433
MOM-0000434
MOM-0000437
MOM-0000439
MOM-0000440
MOM-0000442
MOM-0000443
MOM-0000444

MOM-0000448
MOM-0000450
MOM-0000451
MOM-0000452
MOM-0000453
MOM-0000454
MOM-0000455
MOM-0000456
MOM-0000461
MOM-0000462
MOM-0000464
MOM-0000466
MOM-0000467
MOM-0000473
MOM-0000480
MOM-0000482
MOM-0000494
MOM-0000500
MOM-0000504
MOM-0000510
MOM-0000511
MOM-0000523
MOM-0000535
MOM-0000542
MOM-0000544
MOM-0000563
MOM-0000566
MOM-0000570
MOM-0000571
MOM-0000573
MOM-0000576
MOM-0000580
MOM-0000582
MOM-0000584
MOM-0000586
MOM-0000590
MOM-0000591
MOM-0000597
MOM-0000601
MOM-0000604

MOM-0000605
MOM-0000607
MOM-0000608
MOM-0000609
MOM-0000616
MOM-0000622
MOM-0000644
MOM-0000645
MOM-0000667
MOM-0000671
MOM-0000675
MOM-0000676
MOM-0000679
MOM-0000680
MOM-0000687
MOM-0000689
MOM-0000691
MOM-0000698
MOM-0000704
MOM-0000705
MOM-0000710
MOM-0000711
MOM-0000712
MOM-0000715
MOM-0000718
MOM-0000720
MOM-0000723
MOM-0000726
MOM-0000727
MOM-0000731
MOM-0000732
MOM-0000738
MOM-0000739
MOM-0000855
MOM-0000856
MOM-0000866
MOM-0000869
MOM-0000870
MOM-0000871
MOM-0000872

MOM-0000873
MOM-0000885
MOM-0000889
MOM-0000890
MOM-0000891
MOM-0000913
MOM-0000914
MOM-0000917
MOM-0000920
MOM-0000937
MOM-0000938
MOM-0000939
MOM-0000941
MOM-0000942
MOM-0000945
MOM-0000946
MOM-0000950
MOM-0000951
MOM-0000953
MOM-0000970
MOM-0000972
MOM-0000974
MOM-0000976
MOM-0000981
MOM-0000987
MOM-0000988
MOM-0000990
MOM-0000994
MOM-0000997
MOM-0000998
MOM-0000999
MOM-0001000
MOM-0001001
MOM-0001002
MOM-0001003
MOM-0001004
MOM-0001006
MOM-0001007
MOM-0001008
MOM-0001009

MOM-0001010
MOM-0001011
MOM-0001015
MOM-0001033
MOM-0001034
MOM-0001035
MOM-0001036
MOM-0001038
MOM-0001039
MOM-0001043
MOM-0001046
MOM-0001100
MOM-0001143
MOM-0001145
MOM-0001146
MOM-0001149
MOM-0001151
MOM-0001160
MOM-0001168
MOM-0001172
MOM-0001174
MOM-0001175
MOM-0001176
MOM-0001177
MOM-0001178
MOM-0001179
MOM-0001187
MOM-0001188
MOM-0001189
MOM-0001190
MOM-0001191
MOM-0001192
MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205

MOM-0001206
MOM-0001207
MOM-0001214
MOM-0001218
MOM-0001221
MOM-0001222
MOM-0001224
MOM-0001226
MOM-0001227
MOM-0001228
MOM-0001229
MOM-0001230
MOM-0001231
MOM-0001233
MOM-0001238
MOM-0001242
MOM-0001280
MOM-0001282
MOM-0001284
MOM-0001296
MOM-0001298
MOM-0001303
MOM-0001304
MOM-0001312
MOM-0001314
MOM-0001316
MOM-0001321
MOM-0001325
MOM-0001328
MOM-0001329
MOM-0001336
MOM-0001337
MOM-0001343
MOM-0001344
MOM-0001345
MOM-0001346
MOM-0001423
MOM-0001428
MOM-0001432
MOM-0001438

MOM-0001439
MOM-0001442
MOM-0001445
MOM-0001446
MOM-0001447
MOM-0001448
MOM-0001449
MOM-0001450
MOM-0001451
MOM-0001452
MOM-0001453
MOM-0001454
MOM-0001464
MOM-0001470
MOM-0001472
MOM-0001474
MOM-0001475
MOM-0001477
MOM-0001481
MOM-0001484
MOM-0001486
MOM-0001488
MOM-0001489
MOM-0001491
MOM-0001492
MOM-0001493
MOM-0001503
MOM-0001504
MOM-0001505
MOM-0001506
MOM-0001507
MOM-0001508
MOM-0001509
MOM-0001510
MOM-0001511
MOM-0001512
MOM-0001513
MOM-0001514
MOM-0001515
MOM-0001516

MOM-0001517
MOM-0001518
MOM-0001519
MOM-0001520
MOM-0001521
MOM-0001522
MOM-0001523
MOM-0001524
MOM-0001525
MOM-0001526
MOM-0001527
MOM-0001528
MOM-0001529
MOM-0001530
MOM-0001531
MOM-0001532
MOM-0001533
MOM-0001534
MOM-0001535
MOM-0001536
MOM-0001537
MOM-0001538
MOM-0001539
MOM-0001540
MOM-0001541
MOM-0001542
MOM-0001543
MOM-0001544
MOM-0001545
MOM-0001546
MOM-0001547
MOM-0001548
MOM-0001549
MOM-0001550
MOM-0001551
MOM-0001552
MOM-0001553
MOM-0001554
MOM-0001555
MOM-0001745

MOM-0001746
MOM-0001822
MOM-0001826
MOM-0001827
MOM-0001828
MOM-0001829
MOM-0001830
MOM-0001831
MOM-0001832
MOM-0001833
MOM-0001834
MOM-0001835
MOM-0001836
MOM-0001837
MOM-0001838
MOM-0001839
MOM-0001840
MOM-0001841
MOM-0001842
MOM-0001843
MOM-0001844
MOM-0001845
MOM-0001846
MOM-0001847
MOM-0001848
MOM-0001849
MOM-0001850
MOM-0001851
MOM-0001852
MOM-0001853
MOM-0001854
MOM-0001855
MOM-0001856
MOM-0001857
MOM-0001858
MOM-0001859
MOM-0001860
MOM-0001861
MOM-0001862
MOM-0001863

MOM-0001864
MOM-0001865
MOM-0001866
MOM-0001867
MOM-0001868
MOM-0001869
MOM-0001870
MOM-0001871
MOM-0001872
MOM-0001873
MOM-0001874
MOM-0001875
MOM-0002329
MOM-0002333
MOM-0002340
MOM-0002344
MOM-0002348
MOM-0002353
MOM-0002357
MOM-0002358
MOM-0002359
MOM-0002361
MOM-0002362
MOM-0002364
MOM-0002366
MOM-0002369
MOM-0002372
MOM-0002377
MOM-0002391
MOM-0002393
MOM-0002395
MOM-0002402
MOM-0002404
MOM-0002407
MOM-0002412
MOM-0002415
MOM-0002420
MOM-0002425
MOM-0002426
MOM-0002429

MOM-0002430
MOM-0002462
MOM-0002464
MOM-0002465
MOM-0002467
MOM-0002472
MOM-0002474
MOM-0002477
MOM-0002481
MOM-0002486
MOM-0002492
MOM-0002499
MOM-0002501
MOM-0002505
MOM-0002510
MOM-0002515
MOM-0002519
MOM-0002520
MOM-0002521
MOM-0002527
MOM-0002528
MOM-0002535
MOM-0002593
MOM-0002596
MOM-0002748
MOM-0002750
MOM-0002753
MOM-0002756
MOM-0002760
MOM-0002764
MOM-0002769
MOM-0002771
MOM-0002952
MOM-0002953
MOM-0003073
MOM-0003079
MOM-0003183
MOM-0003184
MOM-0003186
MOM-0003187

MOM-0003188
MOM-0003229
MOM-0003230
MOM-0003232
MOM-0003234
MOM-0003236
MOM-0003239
MOM-0003240
MOM-0003241
MOM-0003456
MOM-0003457

Plaintiff is supplementing its prior document productions by producing today additional documents relating to Plaintiff's lost revenue and profits from loans that were improperly diverted from Plaintiff to Defendant at the following Bates numbers:

MOM-0005885
MOM-0005888
MOM-0009201
MOM-0009204
MOM-0009245
MOM-0009246
MOM-0009247
MOM-0009248
MOM-0009249
MOM-0009252
MOM-0009253
MOM-0009254
MOM-0009257
MOM-0009261
MOM-0009264
MOM-0009313
MOM-0009323
MOM-0009324
MOM-0009325

MOM-0009326
MOM-0009327
MOM-0009328
MOM-0009329
MOM-0009330
MOM-0009331
MOM-0009334
MOM-0009335
MOM-0009338
MOM-0009339
MOM-0009971
MOM-0009974
MOM-0009975
MOM-0009978
MOM-0009983
MOM-0009984
MOM-0009987
MOM-0009988
MOM-0009989
MOM-0009992
MOM-0009993
MOM-0009994
MOM-0009997
MOM-0009998
MOM-0010001
MOM-0010002
MOM-0010003
MOM-0010006
MOM-0010007
MOM-0010008
MOM-0010011
MOM-0010012
MOM-0010013
MOM-0010016
MOM-0010017
MOM-0010018
MOM-0010019
MOM-0010022
MOM-0010023
MOM-0010024

MOM-0010025
MOM-0010026
MOM-0010029
MOM-0010030
MOM-0010031
MOM-0010034
MOM-0010035
MOM-0010038
MOM-0010041
MOM-0010042
MOM-0010043
MOM-0010046
MOM-0010049
MOM-0010050
MOM-0010052
MOM-0010055
MOM-0010087
MOM-0010092
MOM-0010101
MOM-0010102
MOM-0010103
MOM-0010104
MOM-0010105
MOM-0010106
MOM-0010107
MOM-0010108
MOM-0010113
MOM-0010116
MOM-0010119
MOM-0010122
MOM-0010137
MOM-0010490
MOM-0010491
MOM-0010492
MOM-0010493
MOM-0010494
MOM-0010495
MOM-0010496
MOM-0010497
MOM-0010498

MOM-0010499
MOM-0010500
MOM-0010501
MOM-0010502
MOM-0010503
MOM-0010504
MOM-0010505
MOM-0010506
MOM-0010507

4.      Identify all real estate agents You contend the Departed Employees

and/or WaterStone solicited in violation of Your rights, or through other

wrongdoing for which You seek recourse.  For each real estate agent identified,

indicate which Departed Employee and/or WaterStone representative engaged in

the solicitation or wrongdoing.

**<u>Response:</u>**

Plaintiff objects to this Interrogatory on the grounds that it seeks information

not relevant to this lawsuit, seeks information in the possession, custody, or control

of Defendant, calls for a legal conclusion, and is premature, as discovery in this

case has only just begun and Plaintiff does not yet have access to documents and

information sufficient to respond to this Interrogatory.

Subject to and without waiving the objections set forth herein, Plaintiff,

pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this

Interrogatory can be ascertained from documents produced by Plaintiff at the

following Bates numbers:

MOM-0000001
MOM-0000002
MOM-0000003
MOM-0000005
MOM-0000007
MOM-0000008
MOM-0000009
MOM-0000010
MOM-0000011
MOM-0000012
MOM-0000014
MOM-0000019
MOM-0000023
MOM-0000026
MOM-0000044
MOM-0000047
MOM-0000224
MOM-0000226
MOM-0000229
MOM-0000455
MOM-0000456
MOM-0000461
MOM-0000462
MOM-0000464
MOM-0000466
MOM-0000467
MOM-0000473
MOM-0000480
MOM-0000482
MOM-0000494
MOM-0000500
MOM-0000504
MOM-0000510
MOM-0000511
MOM-0000523
MOM-0000535

MOM-0000542
MOM-0000544
MOM-0000563
MOM-0000566
MOM-0000570
MOM-0000571
MOM-0000573
MOM-0000576
MOM-0000580
MOM-0000582
MOM-0000584
MOM-0000586
MOM-0000590
MOM-0000591
MOM-0000597
MOM-0000601
MOM-0000604
MOM-0000605
MOM-0000607
MOM-0000608
MOM-0000609
MOM-0000616
MOM-0000622
MOM-0000644
MOM-0000645
MOM-0000667
MOM-0000671
MOM-0000675
MOM-0000676
MOM-0000679
MOM-0000680
MOM-0000687
MOM-0000689
MOM-0000691
MOM-0000698
MOM-0000704
MOM-0000705
MOM-0000710
MOM-0000711
MOM-0000712

MOM-0000715
MOM-0000718
MOM-0000720
MOM-0000723
MOM-0000726
MOM-0000727
MOM-0000731
MOM-0000732
MOM-0000738
MOM-0000739
MOM-0000855
MOM-0000856
MOM-0000866
MOM-0000869
MOM-0000870
MOM-0000871
MOM-0000872
MOM-0000873
MOM-0000885
MOM-0001175
MOM-0001176
MOM-0001177
MOM-0001178
MOM-0001179
MOM-0001187
MOM-0001188
MOM-0001189
MOM-0001190
MOM-0001191
MOM-0001192
MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205
MOM-0001206
MOM-0001245

MOM-0001247
MOM-0001249
MOM-0001250
MOM-0001251
MOM-0001252
MOM-0001254
MOM-0001259
MOM-0001260
MOM-0001261
MOM-0001265
MOM-0001271
MOM-0001312
MOM-0001314
MOM-0001316
MOM-0001321
MOM-0001325
MOM-0001328
MOM-0001329
MOM-0001336
MOM-0001337
MOM-0001343
MOM-0001344
MOM-0001345
MOM-0001346
MOM-0001423
MOM-0001428
MOM-0001432
MOM-0001438
MOM-0001439
MOM-0001442
MOM-0001445
MOM-0001446
MOM-0001447
MOM-0001448
MOM-0001449
MOM-0001450
MOM-0001451
MOM-0001452
MOM-0001453
MOM-0001454

MOM-0001464
MOM-0001472
MOM-0001474
MOM-0001475
MOM-0001477
MOM-0001481
MOM-0001484
MOM-0001486
MOM-0001488
MOM-0001489
MOM-0001491
MOM-0001822
MOM-0002059
MOM-0002060
MOM-0002393
MOM-0002465
MOM-0002467
MOM-0002593
MOM-0002596
MOM-0002769
MOM-0003126
MOM-0003142
MOM-0003144
MOM-0003145
MOM-0003147
MOM-0003150
MOM-0003151
MOM-0003152
MOM-0003153
MOM-0003154
MOM-0003155
MOM-0003156
MOM-0003157
MOM-0003158
MOM-0003159
MOM-0003161
MOM-0003162
MOM-0003163
MOM-0003166
MOM-0003167

MOM-0003168
MOM-0003170
MOM-0003171
MOM-0003172
MOM-0003176
MOM-0003179
MOM-0003180
MOM-0003181
MOM-0003182

5.     Identify all loan(s) originated by the Departed Employee(s) while still
employed by Mutual of Omaha at its Ormond Beach branch, which closed with
Mutual of Omaha on or after April 15, 2022.

**Response:**

Plaintiff objects to this Interrogatory on the grounds that it seeks information
in the possession, custody, or control of Defendant, calls for a legal conclusion,
and is premature.  Discovery in this case has just begun, and Plaintiff is continuing
to investigate the facts and claims relevant to this lawsuit.  Plaintiff's damages
include, but are not limited to, lost revenue and profits from loans that were
improperly diverted from Plaintiff to Defendant, and information regarding these
loans is necessarily uniquely in the possession of Defendant.

Subject to and without waiving the objections set forth herein, Plaintiff,
pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this

Interrogatory can be ascertained from documents produced by Plaintiff at the

following Bates numbers:

MOM-0000001
MOM-0000002
MOM-0000003
MOM-0000005
MOM-0000007
MOM-0000008
MOM-0000009
MOM-0000010
MOM-0000011
MOM-0000012
MOM-0000014
MOM-0000019
MOM-0000023
MOM-0000026
MOM-0000040
MOM-0000044
MOM-0000047
MOM-0000236
MOM-0000238
MOM-0000240
MOM-0000241
MOM-0000245
MOM-0000251
MOM-0000254
MOM-0000266
MOM-0000268
MOM-0000269
MOM-0000279
MOM-0000280
MOM-0000316
MOM-0000318
MOM-0000325
MOM-0000326
MOM-0000327
MOM-0000328
MOM-0000329

MOM-0000333
MOM-0000334
MOM-0000339
MOM-0000340
MOM-0000341
MOM-0000342
MOM-0000347
MOM-0000348
MOM-0000349
MOM-0000362
MOM-0000364
MOM-0000365
MOM-0000366
MOM-0000367
MOM-0000370
MOM-0000371
MOM-0000372
MOM-0000391
MOM-0000392
MOM-0000393
MOM-0000394
MOM-0000395
MOM-0000397
MOM-0000398
MOM-0000399
MOM-0000400
MOM-0000401
MOM-0000402
MOM-0000403
MOM-0000405
MOM-0000406
MOM-0000407
MOM-0000409
MOM-0000410
MOM-0000411
MOM-0000433
MOM-0000434
MOM-0000437
MOM-0000439
MOM-0000440

MOM-0000442
MOM-0000443
MOM-0000444
MOM-0000448
MOM-0000450
MOM-0000451
MOM-0000452
MOM-0000453
MOM-0000454
MOM-0000885
MOM-0000889
MOM-0000890
MOM-0000891
MOM-0000913
MOM-0000914
MOM-0000917
MOM-0000920
MOM-0000937
MOM-0000938
MOM-0000939
MOM-0000941
MOM-0000942
MOM-0000945
MOM-0000946
MOM-0000950
MOM-0000951
MOM-0000953
MOM-0000970
MOM-0000972
MOM-0000974
MOM-0000976
MOM-0000981
MOM-0000987
MOM-0000988
MOM-0000990
MOM-0000994
MOM-0000997
MOM-0000998
MOM-0000999
MOM-0001000

MOM-0001001
MOM-0001002
MOM-0001003
MOM-0001004
MOM-0001006
MOM-0001007
MOM-0001008
MOM-0001009
MOM-0001010
MOM-0001011
MOM-0001015
MOM-0001033
MOM-0001034
MOM-0001035
MOM-0001036
MOM-0001038
MOM-0001039
MOM-0001043
MOM-0001046
MOM-0001100
MOM-0001143
MOM-0001145
MOM-0001146
MOM-0001149
MOM-0001151
MOM-0001160
MOM-0001168
MOM-0001172
MOM-0001174
MOM-0001175
MOM-0001176
MOM-0001177
MOM-0001178
MOM-0001179
MOM-0001187
MOM-0001188
MOM-0001189
MOM-0001190
MOM-0001191
MOM-0001192

MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205
MOM-0001206
MOM-0001207
MOM-0001214
MOM-0001218
MOM-0001221
MOM-0001222
MOM-0001224
MOM-0001226
MOM-0001227
MOM-0001228
MOM-0001229
MOM-0001230
MOM-0001231
MOM-0001233
MOM-0001238
MOM-0001242
MOM-0001282
MOM-0001284
MOM-0001303
MOM-0001304
MOM-0001470
MOM-0001492
MOM-0001493
MOM-0001503
MOM-0001504
MOM-0001505
MOM-0001506
MOM-0001507
MOM-0001508
MOM-0001509
MOM-0001510
MOM-0001511

MOM-0001512
MOM-0001513
MOM-0001514
MOM-0001515
MOM-0001516
MOM-0001517
MOM-0001518
MOM-0001519
MOM-0001520
MOM-0001521
MOM-0001522
MOM-0001523
MOM-0001524
MOM-0001525
MOM-0001526
MOM-0001527
MOM-0001528
MOM-0001529
MOM-0001530
MOM-0001531
MOM-0001532
MOM-0001533
MOM-0001534
MOM-0001535
MOM-0001536
MOM-0001537
MOM-0001538
MOM-0001539
MOM-0001540
MOM-0001541
MOM-0001542
MOM-0001543
MOM-0001544
MOM-0001545
MOM-0001546
MOM-0001547
MOM-0001548
MOM-0001549
MOM-0001550
MOM-0001551

MOM-0001552
MOM-0001553
MOM-0001554
MOM-0001555
MOM-0001826
MOM-0001827
MOM-0001828
MOM-0001829
MOM-0001830
MOM-0001831
MOM-0001832
MOM-0001833
MOM-0001834
MOM-0001835
MOM-0001836
MOM-0001837
MOM-0001838
MOM-0001839
MOM-0001840
MOM-0001841
MOM-0001842
MOM-0001843
MOM-0001844
MOM-0001845
MOM-0001846
MOM-0001847
MOM-0001848
MOM-0001849
MOM-0001850
MOM-0001851
MOM-0001852
MOM-0001853
MOM-0001854
MOM-0001855
MOM-0001856
MOM-0001857
MOM-0001858
MOM-0001859
MOM-0001860
MOM-0001861

MOM-0001862
MOM-0001863
MOM-0001864
MOM-0001865
MOM-0001866
MOM-0001867
MOM-0001868
MOM-0001869
MOM-0001870
MOM-0001871
MOM-0001872
MOM-0001873
MOM-0001874
MOM-0001875
MOM-0002329
MOM-0002333
MOM-0002340
MOM-0002344
MOM-0002348
MOM-0002353
MOM-0002357
MOM-0002362
MOM-0002364
MOM-0002366
MOM-0002369
MOM-0002372
MOM-0002377
MOM-0002391
MOM-0002462
MOM-0002464
MOM-0002465
MOM-0002467
MOM-0002593
MOM-0002596
MOM-0002769
MOM-0002952
MOM-0002953
MOM-0003073
MOM-0003079
MOM-0003456

MOM-0003457

Plaintiff is supplementing its prior document productions by producing today additional documents relating to Plaintiff's lost revenue and profits from loans that were improperly diverted from Plaintiff to Defendant at the following Bates numbers:

MOM-0005885
MOM-0005888
MOM-0009201
MOM-0009204
MOM-0009245
MOM-0009246
MOM-0009247
MOM-0009248
MOM-0009249
MOM-0009252
MOM-0009253
MOM-0009254
MOM-0009257
MOM-0009261
MOM-0009264
MOM-0009313
MOM-0009323
MOM-0009324
MOM-0009325
MOM-0009326
MOM-0009327
MOM-0009328
MOM-0009329
MOM-0009330
MOM-0009331
MOM-0009334
MOM-0009335
MOM-0009338
MOM-0009339
MOM-0009971

MOM-0009974
MOM-0009975
MOM-0009978
MOM-0009983
MOM-0009984
MOM-0009987
MOM-0009988
MOM-0009989
MOM-0009992
MOM-0009993
MOM-0009994
MOM-0009997
MOM-0009998
MOM-0010001
MOM-0010002
MOM-0010003
MOM-0010006
MOM-0010007
MOM-0010008
MOM-0010011
MOM-0010012
MOM-0010013
MOM-0010016
MOM-0010017
MOM-0010018
MOM-0010019
MOM-0010022
MOM-0010023
MOM-0010024
MOM-0010025
MOM-0010026
MOM-0010029
MOM-0010030
MOM-0010031
MOM-0010034
MOM-0010035
MOM-0010038
MOM-0010041
MOM-0010042
MOM-0010043

MOM-0010046
MOM-0010049
MOM-0010050
MOM-0010052
MOM-0010055
MOM-0010087
MOM-0010092
MOM-0010101
MOM-0010102
MOM-0010103
MOM-0010104
MOM-0010105
MOM-0010106
MOM-0010107
MOM-0010108
MOM-0010113
MOM-0010116
MOM-0010119
MOM-0010122
MOM-0010137
MOM-0010490
MOM-0010491
MOM-0010492
MOM-0010493
MOM-0010494
MOM-0010495
MOM-0010496
MOM-0010497
MOM-0010498
MOM-0010499
MOM-0010500
MOM-0010501
MOM-0010502
MOM-0010503
MOM-0010504
MOM-0010505
MOM-0010506
MOM-0010507

6.     Identify all loan(s) that were originated by Departed Employee(s) while still employed by Mutual of Omaha at its Tampa branch, which closed with Mutual of Omaha on or after June 15, 2022.

**<u>Response:</u>**

Plaintiff objects to this Interrogatory on the grounds that it seeks information in the possession, custody, or control of Defendant, calls for a legal conclusion, and is premature.  Discovery in this case has just begun, and Plaintiff is continuing to investigate the facts and claims relevant to this lawsuit.  Plaintiff's damages include, but are not limited to, lost revenue and profits from loans that were improperly diverted from Plaintiff to Defendant, and information regarding these loans is necessarily uniquely in the possession of Defendant.

Subject to and without waiving the objections set forth herein, Plaintiff, pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this Interrogatory can be ascertained from documents produced by Plaintiff at the following Bates numbers:

> MOM-0000001
> MOM-0000002
> MOM-0000003
> MOM-0000005
> MOM-0000007
> MOM-0000008
> MOM-0000009
> MOM-0000010

66

MOM-0000011
MOM-0000012
MOM-0000014
MOM-0000019
MOM-0000023
MOM-0000026
MOM-0000040
MOM-0000044
MOM-0000047
MOM-0000236
MOM-0000238
MOM-0000240
MOM-0000241
MOM-0000245
MOM-0000251
MOM-0000254
MOM-0000266
MOM-0000268
MOM-0000269
MOM-0000279
MOM-0000280
MOM-0000316
MOM-0000318
MOM-0000325
MOM-0000326
MOM-0000327
MOM-0000328
MOM-0000329
MOM-0000333
MOM-0000334
MOM-0000339
MOM-0000340
MOM-0000341
MOM-0000342
MOM-0000347
MOM-0000348
MOM-0000349
MOM-0000362
MOM-0000364
MOM-0000365

MOM-0000366
MOM-0000367
MOM-0000370
MOM-0000371
MOM-0000372
MOM-0000391
MOM-0000392
MOM-0000393
MOM-0000394
MOM-0000395
MOM-0000397
MOM-0000398
MOM-0000399
MOM-0000400
MOM-0000401
MOM-0000402
MOM-0000403
MOM-0000405
MOM-0000406
MOM-0000407
MOM-0000409
MOM-0000410
MOM-0000411
MOM-0000433
MOM-0000434
MOM-0000437
MOM-0000439
MOM-0000440
MOM-0000442
MOM-0000443
MOM-0000444
MOM-0000448
MOM-0000450
MOM-0000451
MOM-0000452
MOM-0000453
MOM-0000454
MOM-0000885
MOM-0000889
MOM-0000890

MOM-0000891
MOM-0000913
MOM-0000914
MOM-0000917
MOM-0000920
MOM-0000937
MOM-0000938
MOM-0000939
MOM-0000941
MOM-0000942
MOM-0000945
MOM-0000946
MOM-0000950
MOM-0000951
MOM-0000953
MOM-0000970
MOM-0000972
MOM-0000974
MOM-0000976
MOM-0000981
MOM-0000987
MOM-0000988
MOM-0000990
MOM-0000994
MOM-0000997
MOM-0000998
MOM-0000999
MOM-0001000
MOM-0001001
MOM-0001002
MOM-0001003
MOM-0001004
MOM-0001006
MOM-0001007
MOM-0001008
MOM-0001009
MOM-0001010
MOM-0001011
MOM-0001015
MOM-0001033

MOM-0001034
MOM-0001035
MOM-0001036
MOM-0001038
MOM-0001039
MOM-0001043
MOM-0001046
MOM-0001100
MOM-0001143
MOM-0001145
MOM-0001146
MOM-0001149
MOM-0001151
MOM-0001160
MOM-0001168
MOM-0001172
MOM-0001174
MOM-0001175
MOM-0001176
MOM-0001177
MOM-0001178
MOM-0001179
MOM-0001187
MOM-0001188
MOM-0001189
MOM-0001190
MOM-0001191
MOM-0001192
MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205
MOM-0001206
MOM-0001207
MOM-0001214
MOM-0001218

MOM-0001221
MOM-0001222
MOM-0001224
MOM-0001226
MOM-0001227
MOM-0001228
MOM-0001229
MOM-0001230
MOM-0001231
MOM-0001233
MOM-0001238
MOM-0001242
MOM-0001282
MOM-0001284
MOM-0001303
MOM-0001304
MOM-0001470
MOM-0001492
MOM-0001493
MOM-0001503
MOM-0001504
MOM-0001505
MOM-0001506
MOM-0001507
MOM-0001508
MOM-0001509
MOM-0001510
MOM-0001511
MOM-0001512
MOM-0001513
MOM-0001514
MOM-0001515
MOM-0001516
MOM-0001517
MOM-0001518
MOM-0001519
MOM-0001520
MOM-0001521
MOM-0001522
MOM-0001523

MOM-0001524
MOM-0001525
MOM-0001526
MOM-0001527
MOM-0001528
MOM-0001529
MOM-0001530
MOM-0001531
MOM-0001532
MOM-0001533
MOM-0001534
MOM-0001535
MOM-0001536
MOM-0001537
MOM-0001538
MOM-0001539
MOM-0001540
MOM-0001541
MOM-0001542
MOM-0001543
MOM-0001544
MOM-0001545
MOM-0001546
MOM-0001547
MOM-0001548
MOM-0001549
MOM-0001550
MOM-0001551
MOM-0001552
MOM-0001553
MOM-0001554
MOM-0001555
MOM-0001826
MOM-0001827
MOM-0001828
MOM-0001829
MOM-0001830
MOM-0001831
MOM-0001832
MOM-0001833

MOM-0001834
MOM-0001835
MOM-0001836
MOM-0001837
MOM-0001838
MOM-0001839
MOM-0001840
MOM-0001841
MOM-0001842
MOM-0001843
MOM-0001844
MOM-0001845
MOM-0001846
MOM-0001847
MOM-0001848
MOM-0001849
MOM-0001850
MOM-0001851
MOM-0001852
MOM-0001853
MOM-0001854
MOM-0001855
MOM-0001856
MOM-0001857
MOM-0001858
MOM-0001859
MOM-0001860
MOM-0001861
MOM-0001862
MOM-0001863
MOM-0001864
MOM-0001865
MOM-0001866
MOM-0001867
MOM-0001868
MOM-0001869
MOM-0001870
MOM-0001871
MOM-0001872
MOM-0001873

MOM-0001874
MOM-0001875
MOM-0002329
MOM-0002333
MOM-0002340
MOM-0002344
MOM-0002348
MOM-0002353
MOM-0002357
MOM-0002362
MOM-0002364
MOM-0002366
MOM-0002369
MOM-0002372
MOM-0002377
MOM-0002391
MOM-0002462
MOM-0002464
MOM-0002465
MOM-0002467
MOM-0002593
MOM-0002596
MOM-0002769
MOM-0002952
MOM-0002953
MOM-0003073
MOM-0003079
MOM-0003456
MOM-0003457

Plaintiff is supplementing its prior document productions by producing

today additional documents relating to Plaintiff's lost revenue and profits from

loans that were improperly diverted from Plaintiff to Defendant at the following

Bates numbers:

MOM-0005885
MOM-0005888
MOM-0009201

MOM-0009204
MOM-0009245
MOM-0009246
MOM-0009247
MOM-0009248
MOM-0009249
MOM-0009252
MOM-0009253
MOM-0009254
MOM-0009257
MOM-0009261
MOM-0009264
MOM-0009313
MOM-0009323
MOM-0009324
MOM-0009325
MOM-0009326
MOM-0009327
MOM-0009328
MOM-0009329
MOM-0009330
MOM-0009331
MOM-0009334
MOM-0009335
MOM-0009338
MOM-0009339
MOM-0009971
MOM-0009974
MOM-0009975
MOM-0009978
MOM-0009983
MOM-0009984
MOM-0009987
MOM-0009988
MOM-0009989
MOM-0009992
MOM-0009993
MOM-0009994
MOM-0009997
MOM-0009998

MOM-0010001
MOM-0010002
MOM-0010003
MOM-0010006
MOM-0010007
MOM-0010008
MOM-0010011
MOM-0010012
MOM-0010013
MOM-0010016
MOM-0010017
MOM-0010018
MOM-0010019
MOM-0010022
MOM-0010023
MOM-0010024
MOM-0010025
MOM-0010026
MOM-0010029
MOM-0010030
MOM-0010031
MOM-0010034
MOM-0010035
MOM-0010038
MOM-0010041
MOM-0010042
MOM-0010043
MOM-0010046
MOM-0010049
MOM-0010050
MOM-0010052
MOM-0010055
MOM-0010087
MOM-0010092
MOM-0010101
MOM-0010102
MOM-0010103
MOM-0010104
MOM-0010105
MOM-0010106

MOM-0010107
MOM-0010108
MOM-0010113
MOM-0010116
MOM-0010119
MOM-0010122
MOM-0010137
MOM-0010490
MOM-0010491
MOM-0010492
MOM-0010493
MOM-0010494
MOM-0010495
MOM-0010496
MOM-0010497
MOM-0010498
MOM-0010499
MOM-0010500
MOM-0010501
MOM-0010502
MOM-0010503
MOM-0010504
MOM-0010505
MOM-0010506
MOM-0010507

7.    Itemize the commissions You have paid to each of the Departed

Employees from the date of each Departed Employee's resignation to the present,

including the amount paid, the date of Your payment, and the loan that gave rise to

the commission paid (i.e., state the borrower and the loan amount).

**<u>Response:</u>**

Subject to and without waiving the objections set forth herein, Plaintiff,

pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this

Interrogatory can be ascertained from documents produced by Plaintiff at the

following Bates numbers:

MOM-0000029
MOM-0000032
MOM-0000034
MOM-0000035
MOM-0000038
MOM-0001598
MOM-0001604
MOM-0001610
MOM-0001616
MOM-0001621
MOM-0001627
MOM-0001633
MOM-0001638
MOM-0001644
MOM-0001649
MOM-0001655
MOM-0001661
MOM-0001666
MOM-0001671
MOM-0001676
MOM-0001682
MOM-0001687
MOM-0001716
MOM-0001747

MOM-0001778
MOM-0001793
MOM-0001823
MOM-0001880
MOM-0001892
MOM-0001921
MOM-0001933
MOM-0001941
MOM-0001944
MOM-0001976
MOM-0001991
MOM-0002023
MOM-0002038
MOM-0002049
MOM-0002052
MOM-0002055
MOM-0002068
MOM-0002076
MOM-0002105
MOM-0002107
MOM-0002136
MOM-0002139
MOM-0002174
MOM-0002186
MOM-0002192
MOM-0002194
MOM-0002195
MOM-0002196
MOM-0002197
MOM-0002198
MOM-0002199
MOM-0002200
MOM-0002201
MOM-0002202
MOM-0002203
MOM-0002204
MOM-0002205
MOM-0002206
MOM-0002214
MOM-0002216

MOM-0002267
MOM-0002269
MOM-0002271
MOM-0002280
MOM-0002281
MOM-0002284
MOM-0002288
MOM-0002289
MOM-0002290
MOM-0002291
MOM-0002292
MOM-0002293
MOM-0002294
MOM-0002295
MOM-0002296
MOM-0002297
MOM-0002298
MOM-0002299
MOM-0002300
MOM-0002301
MOM-0002302
MOM-0002303
MOM-0002304
MOM-0002305
MOM-0002306
MOM-0002307
MOM-0002316
MOM-0002320
MOM-0002442
MOM-0002445
MOM-0002447
MOM-0002449
MOM-0002452
MOM-0002456
MOM-0002460
MOM-0002539
MOM-0002542
MOM-0002552
MOM-0002553
MOM-0002556

MOM-0002557
MOM-0002560
MOM-0002562
MOM-0002563
MOM-0002564
MOM-0002565
MOM-0002566
MOM-0002567
MOM-0002568
MOM-0002569
MOM-0002570
MOM-0002571
MOM-0002572
MOM-0002573
MOM-0002574
MOM-0002582
MOM-0002584
MOM-0002585
MOM-0002586
MOM-0002597
MOM-0002598
MOM-0002600
MOM-0002604
MOM-0002608
MOM-0002610
MOM-0002612
MOM-0002620
MOM-0002622
MOM-0002630
MOM-0002638
MOM-0002646
MOM-0002654
MOM-0002655
MOM-0002657
MOM-0002658
MOM-0002660
MOM-0002662
MOM-0002670
MOM-0002673
MOM-0002719

MOM-0002720
MOM-0002724
MOM-0002725
MOM-0002729
MOM-0002730
MOM-0002734
MOM-0002737
MOM-0002741
MOM-0002744
MOM-0002824
MOM-0002825
MOM-0002828
MOM-0002832
MOM-0002892
MOM-0002893
MOM-0002897
MOM-0002898
MOM-0002902
MOM-0002905
MOM-0002906
MOM-0002907
MOM-0002908
MOM-0002909
MOM-0002910
MOM-0002911
MOM-0002912
MOM-0002913
MOM-0002914
MOM-0002915
MOM-0002916
MOM-0002917
MOM-0002919
MOM-0002921
MOM-0002927
MOM-0002928
MOM-0002930
MOM-0002932
MOM-0002935
MOM-0002937
MOM-0002946

MOM-0002949
MOM-0002954
MOM-0002956
MOM-0002965
MOM-0002968
MOM-0003061
MOM-0003064
MOM-0003469
MOM-0003470

8.      Identify with particularity all trade secrets that Mutual of Omaha

relies upon to support its Defend Trade Secrets Act and Florida Trade Secrets Act

claims, and any other claim pursued in this case.

**<u>Response:</u>**

Plaintiff objects to this Interrogatory on the grounds that it calls for a legal

conclusion and is unduly burdensome.

Subject to and without waiving the objections set forth herein, Plaintiff

identifies the following trade secrets that are at issue in this case, which are

described in paragraphs 3 and 37-42 of Plaintiff's First Amended Complaint, and

for each such trade secret, Plaintiff has provided the Bates numbers at which

Plaintiff has produced documents regarding the trade secret:

- profit and loss data, including profit margins and profit sharing among

   different branches, documents regarding which have been produced

   by Plaintiff at the following Bates numbers:

MOM-0000027
MOM-0000029
MOM-0000030
MOM-0000032
MOM-0000033
MOM-0000034
MOM-0000035
MOM-0000038
MOM-0000054
MOM-0000080
MOM-0000088
MOM-0000198;

- loan production revenue information, including origination and

  processing fees, gains and losses on sales of loans, loan discount

  points, mortgage pair off fees, and lender paid fees, documents

  regarding which have been produced by Plaintiff at the following

  Bates numbers:

    MOM-0000027
    MOM-0000029
    MOM-0000030
    MOM-0000032
    MOM-0000033
    MOM-0000034
    MOM-0000035
    MOM-0000038;

- customer pipeline lists, documents regarding which have been

  produced by Plaintiff at the following Bates numbers:

    MOM-0001175
    MOM-0001176
    MOM-0001177

MOM-0001178
MOM-0001179
MOM-0001187
MOM-0001188
MOM-0001189
MOM-0001190
MOM-0001191
MOM-0001192
MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205
MOM-0001206;

- customer address lists with 22 columns of detailed data about the

    customers, their loans, and the loan terms, lists of closed loans, lists of

    prospective borrowers, and listing agent information, documents

    regarding which have been produced by Plaintiff at the following

    Bates numbers:

    MOM-0001175
    MOM-0001176
    MOM-0001177
    MOM-0001178
    MOM-0001179
    MOM-0001187
    MOM-0001188
    MOM-0001189
    MOM-0001190
    MOM-0001191
    MOM-0001192

MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205
MOM-0001206;

- borrower documents and information, including sensitive financial

  information, Social Security Numbers, paystubs, and tax returns,

  documents regarding which have been produced by Plaintiff at the

  following Bates numbers:

  MOM-0000002
  MOM-0000003
  MOM-0000005
  MOM-0000007
  MOM-0000008
  MOM-0000009
  MOM-0000010
  MOM-0000011
  MOM-0000012
  MOM-0000014
  MOM-0000019
  MOM-0000023
  MOM-0000026
  MOM-0000890
  MOM-0000891
  MOM-0000914
  MOM-0000917
  MOM-0000920
  MOM-0000938
  MOM-0000939
  MOM-0000941

MOM-0000942
MOM-0000945
MOM-0000946
MOM-0000950
MOM-0000951
MOM-0000953
MOM-0000970
MOM-0000972
MOM-0000974
MOM-0000976
MOM-0000981
MOM-0000987
MOM-0000988
MOM-0000990
MOM-0000994
MOM-0000997
MOM-0000998
MOM-0000999
MOM-0001000
MOM-0001001
MOM-0001002
MOM-0001003
MOM-0001004
MOM-0001006
MOM-0001007
MOM-0001008
MOM-0001009
MOM-0001010
MOM-0001011
MOM-0001015
MOM-0001033
MOM-0001034
MOM-0001035
MOM-0001036
MOM-0001038
MOM-0001039
MOM-0001043
MOM-0001046
MOM-0001100
MOM-0001143

MOM-0001145
MOM-0001146
MOM-0001149
MOM-0001151
MOM-0001160
MOM-0001168
MOM-0001172
MOM-0001174;

- employee compensation data, including each employee's salary,

  bonus, commissions, and 401k contributions, documents regarding

  which have been produced by Plaintiff at the following Bates

  numbers:

  MOM-0000027
  MOM-0000029
  MOM-0000030
  MOM-0000032
  MOM-0000033
  MOM-0000034
  MOM-0000035
  MOM-0000038; and

- Mutual Mortgage policies and procedures on Mutual Mortgage

  letterhead, templates for borrower communications, forms, and work

  flows, documents regarding which have been produced by Plaintiff at

  the following Bates numbers:

  MOM-0000043
  MOM-0000044
  MOM-0000045
  MOM-0000054
  MOM-0000055

MOM-0000058
MOM-0000065
MOM-0000075
MOM-0000076
MOM-0000077
MOM-0000078
MOM-0000079
MOM-0000080
MOM-0000088
MOM-0000089
MOM-0000096
MOM-0000097
MOM-0000103
MOM-0000104
MOM-0000105
MOM-0000106
MOM-0000183
MOM-0000188
MOM-0000192
MOM-0000198
MOM-0000199
MOM-0000202
MOM-0000205
MOM-0000206
MOM-0000207
MOM-0000208
MOM-0000209
MOM-0000210
MOM-0000211
MOM-0000212
MOM-0000213
MOM-0000214
MOM-0000325
MOM-0000326
MOM-0000327
MOM-0000328
MOM-0000329
MOM-0000333
MOM-0000334
MOM-0000339

MOM-0000340
MOM-0000341
MOM-0000342
MOM-0000347
MOM-0000348
MOM-0000349
MOM-0000362
MOM-0000364
MOM-0000365
MOM-0000366
MOM-0000367
MOM-0000370
MOM-0000371
MOM-0000372
MOM-0000391
MOM-0000392
MOM-0000393
MOM-0000394
MOM-0000395
MOM-0000397
MOM-0000398
MOM-0000399
MOM-0000400
MOM-0000401
MOM-0000402
MOM-0000403
MOM-0000405
MOM-0000406
MOM-0000407
MOM-0000409
MOM-0000410
MOM-0000411
MOM-0000433
MOM-0000434
MOM-0000437
MOM-0000439
MOM-0000440
MOM-0000442
MOM-0000443
MOM-0000444

MOM-0000448
MOM-0000450
MOM-0000451
MOM-0000452
MOM-0000453
MOM-0000454
MOM-0001175
MOM-0001176
MOM-0001177
MOM-0001178
MOM-0001179
MOM-0001187
MOM-0001188
MOM-0001189
MOM-0001190
MOM-0001191
MOM-0001192
MOM-0001193
MOM-0001194
MOM-0001195
MOM-0001196
MOM-0001197
MOM-0001199
MOM-0001200
MOM-0001205
MOM-0001206.

Dated:    Washington, D.C.
          March 10, 2023


                    MITCHELL SANDLER LLC

                    By:  */s/ Christopher L. McCall*_____

                    Christopher L. McCall (admitted *pro hac vice*)
                    1120 20th Street N.W., Suite 725
                    Washington, D.C.  20036
                    Primary email:  cmccall@mitchellsandler.com
                    Telephone:  (202) 886-5292

                    GUNSTER, YOAKLEY & STEWART, P.A.

                    John A. Schifino
                    Florida Bar No. 0072321
                    401 East Jackson Street, Suite 1500
                    Tampa, Florida  33602
                    Primary email:  jschifino@gunster.com
                    Secondary email: eservice@gunster.com
                    Telephone:  (813) 739-6962


                    *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

## **VERIFICATION**

STATE OF ILLINOIS,     )
                                )
                                )
COUNTY OF DUPAGE     )

I, Mark J. Carroll, hereby declare as follows:

1.      I have reviewed the following document on behalf of plaintiff Mutual of Omaha Mortgage, Inc.:

> PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.'S SECOND AMENDED RESPONSES AND OBJECTIONS TO DEFENDANT WATERSTONE MORTGAGE CORPORATION'S FIRST SET OF INTERROGATORIES

2.      The facts contained in the document are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 10, 2023

_____ */s/ Mark J. Carroll* _____

                                       Mark J. Carroll

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) )  Civil Action No. 22-CV-01660 |
| | ) |
| Plaintiff, | )  **PLAINTIFF MUTUAL OF OMAHA** |
| | )  **MORTGAGE, INC.'S RESPONSES AND** |
| v. | )  **OBJECTIONS TO DEFENDANT** |
| | )  **WATERSTONE MORTGAGE** |
| WATERSTONE MORTGAGE | )  **CORPORATION'S SECOND SET OF** |
| CORPORATION, | )  **INTERROGATORIES** |
| | ) |
| Defendant. | ) |

Pursuant to Federal Rules of Civil Procedure 26 and 33, plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby responds and objects to defendant Waterstone Mortgage Corporation's ("Defendant") second set of interrogatories dated as of March 17, 2023 (each an "Interrogatory" and, collectively, the "Interrogatories").

The responses and objections set forth below are based upon information currently known and available to Plaintiff at the time these responses and objections are made. Plaintiff's ongoing discovery, analysis, and investigation may disclose the existence of additional facts, add meaning to known facts, support entirely new legal or factual contentions, and may lead to additions or modifications to these responses. Accordingly, Plaintiff reserves the right, at any time, to amend, revise,

correct, add to, supplement, modify, or clarify the specific responses and objections

set forth below or the information divulged therein.  Plaintiff further reserves the

right to make use of, or introduce in any hearing or at trial, information not known

to exist at this time including, but not limited to, information obtained in the course

of discovery as may be required under the Federal Rules of Civil Procedure.  Except

for explicit facts admitted herein, if any, no implied admissions are intended hereby.

The fact that Plaintiff has responded or objected to any Interrogatory, or part thereof,

should not be construed as an admission that Plaintiff accepts or admits the existence

of any fact set forth or assumed by such Interrogatory or that such response or

objection constitutes admissible evidence.

## **GENERAL OBJECTIONS**

1.     The following general objections ("General Objections") are

incorporated into Plaintiff's responses to each and every Interrogatory.  No response

is, or shall be deemed to be, a waiver of Plaintiff's General Objections.

2.     Plaintiff objects to the Interrogatories, including the Definitions, to the

extent that they conflict with, are different from, or purport to expand upon, the

obligations imposed or authorized by the Federal Rules of Civil Procedure or the

Civil Local Rules of Practice for the United States District Court for the Middle

District of Florida.

2

3.     Plaintiff objects to the Interrogatories as overly broad, unduly burdensome, and not reasonable to the extent that they are indefinite as to time or scope, or otherwise not limited to a time frame relevant to this litigation.

4.     Plaintiff objects to the Interrogatories to the extent they call for information and/or documents that are not relevant.

5.     Plaintiff objects to the Interrogatories to the extent they call for information that is not within Plaintiff's possession, custody, or control, or purport to require Plaintiff to seek documents in the possession, custody, or control of third parties.

6.     Plaintiff objects to the Interrogatories to the extent they are vague and ambiguous, overly broad, not reasonable, and/or unduly burdensome; are unreasonably cumulative and/or duplicative of other Interrogatories; are inconsistent with the ordinary and customary meaning of the words or phrases they purport to define; include assertions of purported fact that are inaccurate or are disputed by the parties; and/or incorporate any other purported definition that suffers from such defects. Consistent with applicable law, and without waiver or limitation of any of its General or specific objections, Plaintiff has made a good faith effort to interpret the objectionable Definitions and terms in these Interrogatories.

7.     Plaintiff objects to the Interrogatories to the extent they seek information that is subject to confidentiality agreements or obligations, protective orders, or agreements with non-parties.

8.     Plaintiff objects to the Interrogatories to the extent they seek information in the possession, custody, or control of the Defendant.

9.     Plaintiff objects to the Interrogatories to the extent they seek information encompassed by the attorney-client privilege, the work-product doctrine, or any other judicially recognized privilege or protection.

10.     Plaintiff objects to the Interrogatories to the extent they seek legal conclusions or implicate the mental impressions of counsel.

11.     Plaintiff objects to the Interrogatories to the extent they seek electronically stored email communications on the grounds that searching, collecting, and reviewing such documents creates an undue burden where the parties have not agreed upon relevant custodians and narrowly tailored ESI search terms.

**SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES**

INTERROGATORY NO. 9:  Identify, as defined above, those persons who prepared the document bates-labeled MOM-0003484 produced by Mutual, attached

as <u>Exhibit 1</u> for ease of reference, and explain the role each person Identified played with respect to the preparation of MOM-0003484.

**<u>Response:</u>**    Subject to and without waiving the objections set forth herein, Bernie Mayle and Jeff Gennarelli prepared the document bates-labeled MOM-0003484.  Mr. Mayle is the Senior Vice President of Finance, and Mr. Gennarelli is the President Forward Mortgage.


<u>INTERROGATORY NO. 10</u>:  Identify, as defined above, all documents that Mutual referred to or relied upon to prepare <u>Exhibit 1</u>.

**<u>Response:</u>**    Subject to and without waiving the objections set forth herein, Plaintiff, pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this Interrogatory can be ascertained from documents being produced by Plaintiff at the following Bates numbers:

MOM-0010942 – MOM-0011032

MOM-0011033

MOM-0011034

MOM-0011038 – MOM-0011047

INTERROGATORY NO. 11:  State the annual loan volume and revenue generated by Dwayne Hutto, Chris Wolf, and Chris Smith for 2019, 2020, 2021, and 2022 (until the time of their departure from Mutual in 2022).

**Response:**  Subject to and without waiving the objections set forth herein, Plaintiff, pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this Interrogatory can be ascertained from documents being produced by Plaintiff at the following Bates numbers:

MOM-0010942 - MOM-0011032

MOM-0011038 - MOM-0011047

Dated:      Washington, D.C.
            April 17, 2023

MITCHELL SANDLER LLC

By:  */s/ Christopher L. McCall*_____

Christopher L. McCall (admitted *pro hac vice*)
Courtney E. Walter (admitted *pro hac vice*)
1120 20th Street N.W., Suite 725
Washington, D.C.  20036
Primary email:  cmccall@mitchellsandler.com
Telephone:  (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.
John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida  33602

Primary email:  jschifino@gunster.com
Secondary email: eservice@gunster.com
Telephone:  (813) 739-6962


*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

# **VERIFICATION**

STATE OF ILLINOIS,       )
                                     )

COUNTY OF DUPAGE     )

I, Mark J. Carroll, hereby declare as follows:

1.     I have reviewed the following document on behalf of plaintiff Mutual of Omaha Mortgage, Inc.:

> PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT WATERSTONE MORTGAGE CORPORATION'S SECOND SET OF INTERROGATORIES

2.     The facts contained in the document are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2023

_____

Mark J. Carroll

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) |
| | )   Civil Action No. 22-CV-01660 |
| | ) |
|         Plaintiff, | )   **PLAINTIFF MUTUAL OF OMAHA** |
| | )   **MORTGAGE, INC.'S RESPONSES AND** |
|   v. | )   **OBJECTIONS TO DEFENDANT** |
| | )   **WATERSTONE MORTGAGE** |
| WATERSTONE MORTGAGE | )   **CORPORATION'S THIRD SET OF** |
| CORPORATION, | )   **INTERROGATORIES** |
| | ) |
|         Defendant. | ) |

        Pursuant to Federal Rules of Civil Procedure 26 and 33, plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby responds and objects to defendant Waterstone Mortgage Corporation's ("Defendant") third set of interrogatories dated as of August 31, 2023 (each a "Interrogatory" and, collectively, the "Interrogatories").

        The responses and objections set forth below are based upon information currently known and available to Plaintiff at the time these responses and objections are made. Plaintiff's ongoing discovery, analysis, and investigation may disclose the existence of additional facts, add meaning to known facts, support entirely new legal or factual contentions, and may lead to additions or modifications to these responses. Accordingly, Plaintiff reserves the right, at any time, to amend, revise,

correct, add to, supplement, modify, or clarify the specific responses and objections

set forth below or the information divulged therein.  Plaintiff further reserves the

right to make use of, or introduce in any hearing or at trial, information not known

to exist at this time including, but not limited to, information obtained in the course

of discovery as may be required under the Federal Rules of Civil Procedure.  Except

for explicit facts admitted herein, if any, no implied admissions are intended hereby.

The fact that Plaintiff has responded or objected to any Interrogatory, or part thereof,

should not be construed as an admission that Plaintiff accepts or admits the existence

of any fact set forth or assumed by such Interrogatory or that such response or

objection constitutes admissible evidence.

## GENERAL OBJECTIONS

1.    The following general objections ("General Objections") are

incorporated into Plaintiff's responses to each and every Interrogatory.  No response

is, or shall be deemed to be, a waiver of Plaintiff's General Objections.

2.    Plaintiff objects to the Interrogatories, including the Definitions, to the

extent that they conflict with, are different from, or purport to expand upon, the

obligations imposed or authorized by the Federal Rules of Civil Procedure or the

Civil Local Rules of Practice for the United States District Court for the Middle

District of Florida.

3.      Plaintiff objects to the Interrogatories as overly broad, unduly burdensome, and not reasonable to the extent that they are indefinite as to time or scope, or otherwise not limited to a time frame relevant to this litigation.

4.      Plaintiff objects to the Interrogatories to the extent they call for information and/or documents that are not relevant.

5.      Plaintiff objects to the Interrogatories to the extent they call for information that is not within Plaintiff's possession, custody, or control, or purport to require Plaintiff to seek documents in the possession, custody, or control of third parties.

6.      Plaintiff objects to the Interrogatories to the extent they are vague and ambiguous, overly broad, not reasonable, and/or unduly burdensome; are unreasonably cumulative and/or duplicative of other Interrogatories; are inconsistent with the ordinary and customary meaning of the words or phrases they purport to define; include assertions of purported fact that are inaccurate or are disputed by the parties; and/or incorporate any other purported definition that suffers from such defects.  Consistent with applicable law, and without waiver or limitation of any of its General or specific objections, Plaintiff has made a good faith effort to interpret the objectionable Definitions and terms in these Interrogatories.

7.    Plaintiff objects to the Interrogatories to the extent they seek information that is subject to confidentiality agreements or obligations, protective orders, or agreements with non-parties.

8.    Plaintiff objects to the Interrogatories to the extent they seek information in the possession, custody, or control of the Defendant.

9.    Plaintiff objects to the Interrogatories to the extent they seek information encompassed by the attorney-client privilege, the work-product doctrine, or any other judicially recognized privilege or protection.

10.    Plaintiff objects to the Interrogatories to the extent they seek legal conclusions or implicate the mental impressions of counsel.

11.    Plaintiff objects to the Interrogatories to the extent they seek electronically stored email communications on the grounds that searching, collecting, and reviewing such documents creates an undue burden where the parties have not agreed upon relevant custodians and narrowly tailored ESI search terms.

## SPECIFIC RESPONSES AND OBJECTIONS TO INTERROGATORIES

INTERROGATORY NO. 12: Identify all branches in Mutual of Omaha's

Forward Division from January 1, 2018, through the present.

**Response:**

Subject to and without waiving the objections set forth herein, Plaintiff,

pursuant to Federal Rule of Civil Procedure 33(d), states that the answer to this

Interrogatory can be ascertained from documents labeled as the following Bates:

MOM-0015732 – MOM-0015941

INTERROGATORY NO. 13: Identify all former branches in Mutual of

Omaha's Forward Division that left Mutual of Omaha between January 1, 2013,

through the present.

**Response:**

Subject to and without waiving the objections set forth herein, the branches in

Mutual of Omaha's Forward Division that left Mutual of Omaha since 2018 are the

following:

Tampa

Daytona

Paramus

Northwest Region (left 12/2021 and then returned 10/2022).

S1 Lending was divested by Agreement effective April 15, 2020 (S1

Lending was distributive retail forward group, that came over with

original Synergy One Lending).

Plaintiff does not have records predating the response set forth above.


INTERROGATORY NO. 14: Identify each employee of Mutual of Omaha's

Tampa and Daytona branches that left or was terminated between January 1, 2019,

through March 2022.

**Response:**

Subject to and without waiving the objections set forth herein, Plaintiff,

pursuant to Federal Rule of Civil Procedure 33(d), states that the answer to this

Interrogatory can be ascertained from documents at the following Bates numbers:

MOM-0015730 – MOM-0015731

INTERROGATORY NO. 15: Identify each employee of Mutual of Omaha's St. Louis and Maryland branches that left or was terminated between January 1, 2019, through March 2022.

**Response:**

Subject to and without waiving the objections set forth herein, Plaintiff, pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this Interrogatory can be ascertained from documents at the following Bates numbers:

MOM-0015730 – MOM-0015731

INTERROGATORY NO. 16: Identify the amount of Mutual of Omaha's lost profits for the Tampa branch for 12 months from July 1, 2022, through June 30, 2023, using the damages models set forth in Candice Rosevear's Rebuttal Expert Report.

**Response:**

Subject to and without waiving the objections set forth herein, see MOM-0015944.

INTERROGATORY NO. 17: Identify the amount of Mutual of Omaha's lost profits for the Daytona branch for 12 months from July 1, 2022, through June 30,

2023, using the damages models set forth in Candice Rosevear's Rebuttal Expert Report.

**Response:**

Subject to and without waiving the objections set forth herein, see MOM-0015944.

INTERROGATORY NO. 18: Identify the amount of Mutual of Omaha's lost profits for the Paramus branch for 12 months from July 1, 2022, through June 30, 2023, using the damages models set forth in Candice Rosevear's Rebuttal Expert Report.

**Response:**

Subject to and without waiving the objections set forth herein, see MOM-0015944.

INTERROGATORY NO. 19: Identify the amount of Mutual of Omaha's lost profits for the Daytona branch for 18 months from June 30, 2022, through December

31, 2023, using the damages models set forth in Candice Rosevear's Rebuttal Expert Report.

**Response:**

Subject to and without waiving the objections set forth herein, see MOM-0015944.

INTERROGATORY NO. 20: Identify the amount of Mutual of Omaha's lost profits for the Tampa branch for 18 months from June 30, 2022, through December 31, 2023, using the damages models set forth in Candice Rosevear's Rebuttal Expert Report.

**Response:**

Subject to and without waiving the objections set forth herein, see MOM-0015944.

INTERROGATORY NO. 21: Identify the amount of Mutual of Omaha's lost profits for the Paramus branch for 18 months from June 30, 2022, through December

31, 2023 using the damages models set forth in Candice Rosevear's Rebuttal Expert
Report.

**Response:**

Subject to and without waiving the objections set forth herein, see MOM-0015944.

INTERROGATORY NO. 22: Identify the annual (i) loan volume, (ii) revenue, and (iii) profits to Mutual of Omaha generated by the Paramus branch since its inception through the present.

**Response:**

Subject to and without waiving the objections set forth herein, Plaintiff, pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this Interrogatory can be ascertained from documents previously produced at the following Bates numbers:

MOM-0011038 – MOM-0011047

MOM-0010942

MOM-0010945

MOM-0010946

MOM-0010948

MOM-0010952 - MOM-0010954

MOM-0010956

MOM-0010958

MOM-0010960

MOM-0010962

MOM-0010964

MOM-0010966

MOM-0010968

MOM-0010971

MOM-0010972

MOM-0010974

MOM-0010976

MOM-0010978

MOM-0010980

MOM-0010983

MOM-0010984

MOM-0010986

MOM-0010988

MOM-0010990

MOM-0010992

MOM-0010994

MOM-0010996

MOM-0010998

MOM-0011000

MOM-0011003

MOM-0011005

MOM-0011006

MOM-0011008

MOM-0011010

MOM-0011012

MOM-0011015

MOM-0011016

MOM-0011018

MOM-0011020

MOM-0011022

MOM-0011025

MOM-0011027

MOM-0011029

MOM-0011031

MOM-0011038

MOM-0011040

MOM-0011042

MOM-0011044

MOM-0011047

INTERROGATORY NO. 23: Identify the annual (i) loan volume, (ii)

revenue, and (iii) profits to Mutual of Omaha generated by Dwayne Hutto, Chris

Wolf, Chris Smith, and John Utsch during their tenure at Mutual of Omaha.

**Response:**

Subject to and without waiving the objections set forth herein, Plaintiff,

pursuant to Federal Rule of Civil Procedure 33(d), states that the answers to this

Interrogatory can be ascertained from documents at the following Bates numbers:

MOM-0010942 – MOM-0001132

Dated:    Washington, D.C.
          October 2, 2023

                    MITCHELL SANDLER LLC

                    By:  */s/ Courtney E. Walter*_____

                    Ari Karen (admitted *pro hac vice*)
                    Christopher L. McCall (admitted *pro hac vice*)
                    Courtney E. Walter
                    1120 20th Street NW, Suite 725
                    Washington, DC 20036

13

Email:  akaren@mitchellsandler.com
Email:  cwalter@mitchellsandler.com
Telephone:  (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.
John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida  33602
Primary email:  jschifino@gunster.com
Secondary email: eservice@gunster.com
Telephone:  (813) 739-6962


*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

## <u>VERIFICATION</u>

STATE OF ILLINOIS,                )
                                  )
                                  )
COUNTY OF DUPAGE                  )

I, Mark J. Carroll, hereby declare as follows:

1.      I have reviewed the following document on behalf of plaintiff Mutual of Omaha Mortgage, Inc.:

> PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT WATERSTONE MORTGAGE CORPORATION'S THIRD SET OF INTERROGATORIES

2.      The facts contained in the document are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 2, 2023

_____
Mark J. Carroll