# EXHIBIT G

```
                                                                    1
              IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                      TAMPA DIVISION
              CASE NO.: 8:22-cv-01660-TPB-JSS

   MUTUAL OF OMAHA
   MORTGAGE, INC.,

          Plaintiff,

   vs.

   WATERSTONE MORTGAGE
   CORPORATION,

          Defendant.
   _____/


   DEPOSITION OF:        JEFFREY GENNARELLI, CORPORATE
                         REPRESENTATIVE OF MUTUAL OF OMAHA
                         MORTGAGE, INC.

   TAKEN:                Pursuant to Notice by
                         Counsel for Defendant

   DATE:                 May 25, 2023

   TIME:                 9:17 a.m. to 4:53 p.m. EST

   LOCATION:             Hill Ward Henderson
                         101 East Kennedy Boulevard
                         Suite 3700
                         Tampa, Florida  33602

   REPORTED BY:          Melanie Keefe, FPR
                         Notary Public
                         State of Florida at Large




              REGENCY REPORTING SERVICE, INC. (813)224-0224
```

```
                                                                    2
 1      APPEARANCES:      COURTNEY WALTER, ESQUIRE
                          CHRIS McCALL, ESQUIRE (Zoom)
 2                        Mitchell Sandler LLC
                          1120 20th Street Northwest
 3                        Suite 725
                          Washington, DC  20036
 4
                          MARK CARROLL, ESQUIRE
 5                        Mutual of Omaha Mortgage, Inc.
                          100 West 22nd Street
 6                        Suite 101
                          Lombard, Illinois  60148
 7
                               Attorneys for the Plaintiff
 8
                          MARIA L. KREITER, ESQUIRE
 9                        EMMA J. JEWELL, ESQUIRE (Zoom)
                          Godfrey & Kahn, S.C.
10                        833 East Michigan Street
                          Suite 1800
11                        Milwaukee, Wisconsin  53202

12                        CAROLINA Y. BLANCO, ESQUIRE (Zoom)
                          Hill Ward Henderson
13                        101 East Kennedy Boulevard
                          Suite 3700
14                        Tampa, Florida  33602

15                        STEPHANIE CATHERINE ZIEBELL, ESQUIRE (Zoom)
                          Waterstone Mortgage Corporation
16                        N25W23255 Paul Road
                          Pewaukee, Wisconsin  53072
17
                               Attorneys for the Defendant
18
19      ALSO PRESENT:     Carrie Macsuga
20
21
22
23
24
25

                    REGENCY REPORTING SERVICE, INC. (813)224-0224
```

```
                                                            3
1      INDEX                              PAGE NUMBER

2      Examination by Ms. Kreiter              5

3      Read Letter                           255

4      Errata Sheet                          256

5      Reporter's Certificate                257
```

4

E X H I B I T S

| Exhibit | Description | Page |
|---|---|---|
| 1 | Amended Notice of Federal Rule 30(b)(6) Deposition of Plaintiff Mutual of Omaha Mortgage, Inc. | 6 |
| 2 | LinkedIn for Jeff Gennarelli | 11 |
| 3 | Plaintiff Mutual of Omaha Mortgage, Inc.'s Fourth Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Requests for Production of Documents | 16 |
| 4 | Plaintiff Mutual of Omaha Mortgage, Inc.'s Second Amended Responses and Objections to Defendant Waterstone Mortgage Corporation's First Set of Interrogatories | 16 |
| 5 | E-Mails, Subject: Letter of Funding | 35 |
| 6 | E-Mails, Subject: Resignation | 84 |
| 7 | MOOM Summary of Corporate Earnings Contribution from Tampa and Daytona Branches | 124 |
| 8 | Plaintiff Mutual of Omaha Mortgage, Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Second Set of Interrogatories | 136 |
| 9 | MOOM Profit and Loss Statements, Payroll Detail, Group Health Insurance | 136 |
| 10 | MOOM Profit and Loss Statement for Tampa | 144 |
| 11 | Independent Auditors' Report and Consolidated Financial Statements for Mutual of Omaha Mortgage, Inc., for the Years Ended December 31, 2022, and 2021 | 159 |
| 12 | E-Mails, Subject: MOOM Financial Performance for June 2022 | 179 |
| 13 | E-Mails, Subject: Tampa | 199 |
| 14 | MOOM 2024 Plan vs. 2023 Plan | 202 |
| 15 | Glossary of English-Spanish Financial Terms | 219 |
| 16 | MOOM Buyer Dos and Don'ts | 235 |
| 17 | MOOM Profit and Loss Statements, Payroll Detail, Group Health Insurance, Loans Held for Sale, Transaction Listings | 250 |

REGENCY REPORTING SERVICE, INC. (813)224-0224

5

1  THEREUPON,
2    JEFFREY GENNARELLI, CORPORATE REPRESENTATIVE OF MUTUAL OF
3                    OMAHA MORTGAGE, INC.,
4      a witness herein, having been duly sworn, was examined
5  and testified upon his oath as follows:
6           THE WITNESS:  I do.
7                        EXAMINATION
8  BY MS. KREITER:
9      Q.    Mr. Gennarelli, state your name and spell it for
10 the record, please.
11     A.    Jeff Gennarelli, G-e-n-n-a-r-e-l-l-i.
12     Q.    Have you had your deposition taken before?
13     A.    I have.
14     Q.    Just a few ground rules that I'm going to go over
15 before we get started.  First, there's a court reporter
16 here.  She's taking down everything that you say, everything
17 that I say.  Because of that, I'm going to have to police
18 myself and make a point of talking slow, waiting until you
19 finish with your answer before I speak, and I'll ask that
20 you do the same.
21     A.    Sure.
22     Q.    In addition, because she's typing down the
23 answers, I need you to give verbal answers, yes, no, et
24 cetera, as opposed to nods of the head, which she can't take
25 down.

REGENCY REPORTING SERVICE, INC. (813)224-0224

128

1  e-mails for production in the case?
2      MS. WALTER: Object to form.
3      A.  I believe --
4      MS. WALTER: Also object to the extent this
5   encroaches on any attorney-client privileged
6   discussions.
7      A.  I think -- I really don't know. I thought it was
8   done automated. I don't think, like -- they didn't ask us
9   to put e-mails together. It was all done by IT, sorted the
10  e-mails, I believe, is how they did it, but I don't really
11  know.
12     Q.  Were there multiple drafts of Exhibit 7?
13     A.  Probably. Not -- I don't think any of them were
14  very different than -- than this, though, so --
15     Q.  Were there drafts exchanged by e-mail?
16     A.  Not that -- I really don't know because we --
17  there wasn't a lot of them, if there was.
18     Q.  And do you remember if you exchanged drafts or
19  e-mails with anyone besides Mr. Mayle about Exhibit 7?
20     A.  And counsel?
21     Q.  I guess I don't need to know the content of the
22  discussion with counsel. But if you tell me it was counsel,
23  I'll stop with that.
24     A.  I believe we shard it with counsel, yeah.
25     Q.  Anyone else besides counsel and Mr. Mayle?