# **EXHIBIT I**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | ) <br> ) Civil Action No. 22-CV-01660 <br> ) <br> ) **DECLARATION OF COURTNEY E.** <br> ) **WALTER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

I, Courtney E. Walter, declare as follows:

1. My name is Courtney Walter. I am a competent person over 18 years of age and authorized to make this Declaration. I have personal knowledge of the facts and matters set forth below.

2. I am a Senior Associate at Mitchell Sandler PLLC and represent Mutual of Omaha Mortgage, Inc. ("Mutual") in this case.

3. On May 25 and 26, 2023, I attended the depositions of Mutual's 30(b)(6) corporate representatives in Tampa, Florida.

4. Mr. Mark Carroll attended the depositions with me as Mutual's Vice President, Senior Legal Counsel.

5. Immediately following the deposition of Ms. Katy Theobald on May 26, 2023, Waterstone Mortgage Corporation's ("Waterstone") counsel, Maria

1

2

Kreiter, informed me and Mr. Carroll that she intended to notice Mr. Carroll for deposition.

6.	To date, I have never received a notice of deposition nor a request to schedule Mr. Carroll's deposition from Ms. Kreiter or any other individual who represents Waterstone in this action.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:	December 8, 2023	*/s/ Courtney E. Walter*
	Courtney E. Walter

2