**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:22-cv-1660-TPB-JSS | DATE: December 13, 2023 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORP.** | **PLAINTIFF COUNSEL:**<br>Courtney Walter<br><br>**DEFENDANT COUNSEL:**<br>Maria Kreiter & Carolina Blanco |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 2:42 – 3:04 p.m.<br>**TOTAL:** 22 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE

Parties may file additional briefing by 1/16/2024 re: summary judgment motion. Court will schedule hearing by separate notice.

Court extends all remaining deadlines by 60 days; resets to April 2024 trial term.

No additional Case Management Conference scheduled at this time.