UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Julie S. Sneed
Courtroom 11A (Zoom)

Mutual of Omaha Mortgage, Inc. v. WaterStone Mortgage Corporation
8:22-cv-01660-TPB-JSS

| | |
|---|---|
| **Date**: January 23, 2024 | **Court Reporter**: Digital  (Zoom) |
| | **Interpreter**: N/A |
| **Time**: 2:01 PM–2:40 PM \| Total: 39 Mins | **Deputy Clerk**: Sarah Toombs |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Courtney Elizabeth Walter, Esq. | Maria L. Kreiter, Esq.<br>Emma J. Jewell, Esq.<br>Scott A. McLaren, Esq. |
| | |

**Motion Hearing**

All parties present.

Matter is before the court on Defendant's Amended Motion to Strike Mark C. Carroll and Plaintiff's Undisclosed Credit Inquiries (Dkt. 105).

Court hears argument by counsel.

Court will issue a written order.

Court in recess.