**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1660-TPB-JSS | **DATE:** January 30, 2024 | |
|---|---|---|
| **HONORABLE THOMAS P. BARBER** | | |
| **MUTUAL OF OMAHA MORTGAGE, INC.** <br><br> v. <br><br> **WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:** <br> Courtney Walter <br><br><br> **DEFENSE COUNSEL:** <br> Maria Kreiter & Carolina Blanco | |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn | |
| **TIME:** 9:45 – 10:29; 10:44 -11:23; 11:31 – 11:35 a.m. <br> **TOTAL:** 1 hr. and 25 mins. | **COURTROOM:** | 14A |

**PROCEEDINGS:** MOTION HEARING

Court hears arguments on Defendant's Motion for Summary Judgment re: damages (Doc. 100) – denied w/out prejudice. Defendant directed to refile as a Daubert motion within 7 days – order to follow.

Case remains on April trial term at this time.