**Mutual of Omaha Mortgage, Inc.**
Summary of Corporate Earnings Contribution from Tampa and Daytona Branches

| Year of Fundings | Volumes of Loans Funded | | Corporate Profits Earned BPS | | Branch Contributions to Corporate Profits | | |
|---|---|---|---|---|---|---|---|
| 2019 | $ 115,699,761.00 | Tampa Volume | | 0.530% | Tampa Contribution 2019 | $ 613,208.73 | |
| 2020 | $ 219,873,800.00 | Tampa Volume | | 1.470% | Tampa Contribution 2020 | $ 3,232,144.86 | |
| 2021 | $ 260,657,942.00 | Tampa Volume | | 0.800% | Tampa Contribution 2021 | $ 2,085,263.54 | |
| 2022 YTD | $ 94,607,156.00 | Tampa Volume | Thru June 30 | 0.430% | Tampa Contribution 2022 YTD | $ 406,810.77 | |
| | $ 690,838,659.00 | | | | Total for Period | $ 6,337,427.90 | 0.92% |
| 2019 | $ 77,737,560.00 | Daytona Volume | | 0.530% | Daytona Contribution 2019 | $ 412,009.07 | |
| 2020 | $ 119,309,249.00 | Daytona Volume | | 1.470% | Daytona Contribution 2020 | $ 1,753,845.96 | |
| 2021 | $ 162,536,877.00 | Daytona Volume | | 0.800% | Daytona Contribution 2021 | $ 1,300,295.02 | |
| 2022 YTD | $ 54,551,735.00 | Daytona Volume | Thru April 30 | 1.020% | Daytona Contribution 2022 YTD | $ 556,427.70 | |
| | $ 414,135,421.00 | | | | Total for Period | $ 4,022,577.74 | 0.97% |
| Totals | $ 1,104,974,080.00 | | | | | $10,360,005.64 | |

**Tampa Analysis**

Tampa Volume Expectation

| | | |
|---|---|---|
| $ 690,838,659.00 | Volume for 42 Months | |
| $ 16,448,539.50 | Average Monthly Volume | |
| $ 296,073,711.00 | Expected Volume for 18 Months (7/22 - 12/31/2022) | |

Tampa Corporate Profit Expectation

| | | |
|---|---|---|
| $6,337,427.90 | Profit for 42 Months | |
| $ 150,891.14 | Average Monthly Profit | |
| $2,716,040.53 | Expected Corporate Profit for 18 Months (7/22 - 12/31/2022) | |

**Daytona Analysis**

Daytona Volume Expectation

| | | |
|---|---|---|
| $ 414,135,421.00 | Volume for 42 Months | |
| $ 9,860,367.17 | Average Monthly Volume | |
| $ 177,486,609.00 | Expected Volume for 18 Months (7/22 - 12/31/2022) | |

Daytona Corporate Profit Expectation

| | | |
|---|---|---|
| $4,022,577.74 | Profit for 42 Months | |
| $ 95,775.66 | Average Monthly Profit | |
| $1,723,961.89 | Expected Corporate Profit for 18 Months (7/22 - 12/31/2022) | |



EXHIBIT 1