# EXHIBIT A

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION
 3
     MUTUAL OF OMAHA MORTGAGE, INC.)
 4                                  )
           Plaintiff;               )
 5                                  )
                                    )
 6         -vs-                     ) 8:22-cv-01660-TPB-JSS
                                    )
 7                                  )
     WATERSTONE MORTGAGE            )
 8   CORPORATION,                   )
                                    )
 9         Defendant.               )
                                    )
10   -----------------------------)
11
12                REPORT OF PROCEEDINGS from the
13   deposition of CANDICE ROSEVEAR, taken by Paul W.
14   O'Connor, a CSR within and for the State of Illinois,
15   pursuant to the provisions of the Federal Code of
16   Civil Procedure and Rules of the Supreme Court thereof
17   pertaining to the taking of depositions, at 111 East
18   Wacker Drive, Suite 2600, Chicago, Illinois, 60601,
19   commencing at 9:00 a.m. on July 20, 2023.
20
21
22
23
24
```

Page 43

1  Q. With respect to your $28 million estimate,
2  you're assuming that the branches would have stayed open
3  till 2031, is that correct?
4  A. Part of the analysis runs through 2031, yes.
5  Q. Why did you select 2031?
6  A. That is a ten-year window, that I have included
7  in my discounted cash flow analysis.
8  Q. Why did you select a 10-year window?
9  A. To present my model annually through ten years.
10  Q. Why didn't you consider two years, 5 years, a
11  different number --
12       MS. WALTER: Object to form.
13       MS. KREITER: -- of years?
14       THE WITNESS: A  My model is set up to calculate
15  lost profits in each year through 2031 and beyond. So
16  the model is clear I believe in Exhibit 7 and 8 what
17  those values are.
18       MS. KREITER: Q  So my question is how did you
19  land on ten years. You could have said 30 years. I'm
20  trying to understand why is it 10.
21  A. It's standard in DCF modeling to use 10 years.
22  Gives us a nice view of what the cash flows look like, if
23  anything is changing over time. And how the impact of
24  the discount rate affects the numbers, cash flow coming

Page 44

1  back.
2          The goal of that exhibit is to express the
3  cash flows in present value terms.  So I find that giving
4  a 10-year window has served that functional purpose.
5  There's no, you know, reason for using 10 years
6  specifically as a cutoff point in terms of the branch
7  closures analysis.
8      Q.   So if I'm understanding your testimony, it's a
9  standard with respect to this particular form of
10 modeling, it's not a number selected specific to these
11 particular branches, is that accurate?
12     A.   That's correct.
13     Q.   You would apply 10 years if you had another
14 case -- strike that.  Let me ask it this way.
15          Have you applied this same methodology in
16 other cases?
17     A.   Yes.
18     Q.   Have you used a 10-year duration in all of
19 those cases?
20     A.   I don't believe in all of the cases.  I might
21 look at seven years.
22          If I have, if I need to model changes that
23 I know of that are going to happen at some point in the
24 time horizon, I might go out a few more years.  I have

Page 45

```
 1   the flexibility to model the DCF, to set up the DCF
 2   according to the facts and the issues I'm looking at.
 3        Q.   Did you consider using an 18 months duration
 4   like Mr. Gennarelli did in his model?
 5        A.   No.
 6        Q.   Why not?
 7        A.   18 months is something Mr. Gennarelli chose.
 8   My model does not consider that time frame.  I don't
 9   understand fully why 18 months is selected.
10        Q.   Did you consider a 12-month duration consistent
11   with the 12-month non solicit?
12             MS. WALTER:  Object to form.
13             THE WITNESS:  A   No.
14             MS. KREITER:  Q   Why not?
15        A.   That wouldn't apply here.
16        Q.   Why not?
17        A.   Because I'm measuring lost profits in the
18   branch, not to an individual employee.
19        Q.   Do you understand that the branch managers had
20   a 12-month non solicit?
21             MS. WALTER:  Object to form.
22             THE WITNESS:  A   Yes.
23             MS. KREITER:  Q   What certainty do you have that
24   any of the employees would have stayed beyond 12 months
```