UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) ) Civil Action No. 22-CV-01660 ) |
| Plaintiff, | ) **PLAINTIFF'S UNOPPOSED MOTION** ) **FOR CONTINUANCE OF THE MARCH** |
| v. | ) **18, 2024 PRE-TRIAL CONFERENCE** ) |
| WATERSTONE MORTGAGE CORPORATION, | ) ) ) |
| Defendant. | ) |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") hereby files this Unopposed Motion for Continuance of the March 18, 2024 Pre-Trial Conference. In support thereof, Plaintiff states:

1. On January 31, 2024, this Court issued an order denying Plaintiff's Motion for Summary Judgment on Lost Profit Damages without prejudice and ordered the following: (1) Defendant file a Daubert motion concerning lost profit damages on or before February 6, 2024 with Plaintiff filing a response on or before February 13, 2024; (2) the Parties to file summary judgment and/or dispositive motions to address any remaining legal issues on or before February 29, 2024; and (3) the Parties to mediate this dispute on or before March 7, 2024. D.E. 130.

2. This Court further ordered that the pre-trial conference remains set on March 18, 2024, with all applicable pretrial deadlines remaining in place. *Id.*

3. To date, Defendant's Daubert Motion is fully ripe and is pending before the Court.

4. In further accordance with this Court's Order, the Parties are currently scheduled to mediate this dispute in Tampa, Florida on February 29, 2024 with Mr. Christopher L. Griffin, Esq. The Parties have also engaged in preliminary discussions ahead of the scheduled mediation and are working in good faith to adhere to all applicable deadlines.

5. Under Local Rule 3.06, the Parties are required to file their pre-trial joint statement no later than March 11, 2024, which is seven days ahead of the scheduled March 18, 2024 pre-trial conference.

6. However, neither Mr. Ari Karen nor Ms. Courtney Walter are available to attend an in-person conference on March 18, 2024. Mr. Ari Karen is scheduled to attend trial in *Equity Resources v. Thoman*, Case No. 2:21-cv-05922-EAS-CMV (S.D. Ohio). Ms. Walter will be out of the office for her wedding in Charleston, South Carolina from March 11, 2024 through March 20, 2024.

7. Undersigned counsel did not previously request a continuance of the March 18, 2024 pre-trial conference in light of the pending dispositive motions before the Court, but in an abundance of caution, wanted to formally request this continuance and inform the Court about the scheduling issues.

8. Defendant's counsel indicated that she does not oppose this request.

9.      Given the procedural nature of the case, including that the Parties will be attending mediation next week, Plaintiff represents that this requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Plaintiff respectfully requests that this Court continue the March 18, 2024 pre-trial conference and reschedule for a mutually agreeable time with Defendant's counsel.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Defendant's counsel who does not oppose this request.

Dated:    Washington, D.C.
          February 20, 2024

                    MITCHELL SANDLER LLC

                    By: */s/ Courtney E. Walter*

                    Ari Karen (admitted *pro hac vice*)
                    Christopher L. McCall (admitted *pro hac vice*)
                    Courtney E. Walter
                    1120 20th Street N.W., Suite 725
                    Washington, D.C.  20036
                    Email:  cmccall@mitchellsandler.com
                    Email:  cwalter@mitchellsandler.com
                    Telephone:  (202) 886-5292

                    GUNSTER, YOAKLEY & STEWART, P.A.

                    John A. Schifino
                    Florida Bar No. 0072321
                    401 East Jackson Street, Suite 1500
                    Tampa, Florida  33602
                    Primary email:  jschifino@gunster.com
                    Secondary email: eservice@gunster.com
                    Telephone:  (813) 739-6962

                    *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*