IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>    Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.**

TO:   Mutual of Omaha Mortgage, Inc.
c/o John A. Schifino, Esq.
Gunster, Yoakley & Stewart, P.A.
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com

Christopher L. McCall, Esq.
1120 20th Street, NW, Suite 725
Washington, DC 20036
cmccall@mitchellsandler.com

    Defendant WaterStone Mortgage Corporation ("WaterStone") submits this First Set of Interrogatories to Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual of Omaha"). Pursuant to Fed. R. Civ. P. 33, written responses are due within thirty (30) days to Maria L. Kreiter, Godfrey & Kahn, S.C., 833 East Michigan Street, Suite 1800, Milwaukee, WI 53202-5615, and Carolina Blanco, Hill Ward Henderson, 101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602.



EXHIBIT A

to the present, including the amount paid, the date of Your payment, and the loan that gave rise to the commission paid (i.e., state the borrower and the loan amount).

INTERROGATORY NO. 8: Identify with particularity all trade secrets that Mutual of Omaha relies upon to support its Defend Trade Secrets Act and Florida Trade Secrets Act claims, and any other claim pursued in this case.

Dated: October 4, 2022.

Maria Kreiter (admitted pro hac vice)
Annie Eiden (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
aeiden@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

27992766.2