Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 22-CV-01660

MUTUAL OF OMAHA MORTGAGE, INC.,

        Plaintiff,

vs.

WATERSTONE MORTGAGE CORPORATION,

        Defendant.
_____/

VIDEOTAPED DEPOSITION OF
CHRISTOPHER SMITH

Pages 1 through 206

Friday, June 16, 2023
9:07 a.m. - 12:45 p.m.

Gunster Yoakley & Stewart, P.A.
401 East Jackson Street, Suite 1500
Tampa, Florida 33602

Stenographically Reported By:
Denise Sankary, RPR, RMR, CRR

EXHIBIT H

|  |  |
|---|---|
| Page 130 | Page 132 |
| 1   A.  I don't -- I don't know.<br>2   Q.  I mean, it would seem more efficient,<br>3 wouldn't it, to just send it to them directly?<br>4       MS. KREITER:  Object to the form.<br>5   A.  Potentially.  I mean, I don't know if I<br>6 had Dustin's e-mail at the time.  I probably could<br>7 have gotten it.  I knew Dwayne's e-mail.<br>8  BY MR. KAREN:<br>9   Q.  Right.  I mean, was it because you didn't<br>10 necessarily think it was right to send a P&L over to<br>11 the other company?<br>12   A.  No, I -- no, I wouldn't say that.  I mean,<br>13 I've sent my P&L to companies before.<br>14   Q.  Okay.  So I guess then -- I mean, do you<br>15 know why -- you don't know why you did it or why did<br>16 you --<br>17   A.  Well, no, the -- yeah, like I said, if a<br>18 loan officer is considering leaving, you know,<br>19 WaterStone to go to Guild, they would send the --<br>20 when you have a branch and you run a P&L branch,<br>21 that's -- that's a record of your production, your<br>22 volume.  And so it's very similar to a loan officer<br>23 sending another lender, hey, here's all my<br>24 production, these are the loans I do.  So it's just<br>25 a higher level of letting another company know who | 1       Did you ever discuss with Dustin Owen your<br>2 P&L?<br>3   A.  No.<br>4   Q.  Okay.  So I want to go through this P&L<br>5 quickly.  If you could open up the next couple<br>6 pages.<br>7   A.  Sure.<br>8       MS. KREITER:  You're on the first page<br>9 here?<br>10       MR. KAREN:  Yes, I am.<br>11  BY MR. KAREN:<br>12   Q.  And on the top left corner, just so we<br>13 could identify it, sir, do you see where this says<br>14 "Mutual of Omaha Mortgage, profit and loss statement<br>15 Tampa"?<br>16   A.  Yep.<br>17   Q.  December 31, 2021?<br>18   A.  Correct.<br>19   Q.  And it has a Tampa 1728.  What is that?<br>20   A.  That's my call center.<br>21   Q.  Okay.  And then we go through it.  It says<br>22 "loan production income."  Do you see that first<br>23 column on the left?<br>24   A.  I see loan production -- oh, loan<br>25 production income, yep. |
| Page 131 | Page 133 |
| 1 you are and what kind of volume and production you<br>2 do.<br>3   Q.  And then --<br>4   A.  Yeah, but why I sent it to Dwayne versus<br>5 Dustin, I can't -- I don't know.<br>6   Q.  Okay.  And you sent it to his personal<br>7 e-mail address.  Why didn't you send it to his<br>8 WaterStone -- I mean, his WaterStone -- his Mutual<br>9 Mortgage e-mail address?<br>10   A.  Because Mutual of Omaha didn't know we<br>11 were leaving.<br>12   Q.  Okay.  So to keep it secret?<br>13   A.  And actually, he sends me his P&Ls.  I --<br>14 he asked me to look at his P&Ls.<br>15   Q.  Right, but he's -- you were sending his<br>16 P&L, I think you already testified to this, to<br>17 ultimately send it WaterStone.<br>18   A.  Correct.<br>19   Q.  Okay.  So my question is then why weren't<br>20 you sending it to his Mutual Mortgage address?  Is<br>21 that just because you didn't want Mutual Mortgage to<br>22 find out?<br>23   A.  Correct.<br>24   Q.  Okay.  And so then Dwayne sends it to<br>25 Dustin Owen. | 1   Q.  Okay.  And then underneath there, there's<br>2 like subcategories, right?<br>3   A.  Yep.<br>4   Q.  Gain and loss, what is that?<br>5   A.  That is the -- presumably the 300 basis<br>6 points.<br>7   Q.  Okay.  And that's not publicly available<br>8 information, is it?<br>9   A.  Well, if you're in the mortgage industry<br>10 and you price loans, you have a general idea of the<br>11 revenue generated on a loan.<br>12   Q.  This isn't a general idea, this is a<br>13 precise specific number, isn't it?<br>14   A.  Well, it varies.  So it's 2.87, 3.02,<br>15 3.14, 2.97.<br>16   Q.  That's my point.<br>17       So the question is, these are very<br>18 specific numbers; they're not general numbers.<br>19   A.  For any particular month, correct.<br>20   Q.  Right.  So I'm just saying, these very<br>21 specific numbers are not publicly available, are<br>22 they?<br>23   A.  Not to my loan officers.  They're<br>24 available to me.<br>25   Q.  No, publicly, the world can't find them. |