# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**MUUTAL OF OMAHA MORTGAGE, INC.,**

    **Plaintiff,**

    Case No.
    **8:22-cv-01660-TPB-JSS**

**vs.**

**WATERSTONE MORTGAGE CORPORATION,**

    **Defendant.**

_____

## MEDIATION REPORT

In accord with the mediation order, mediation occurred on **February 29, 2023.**

(a)    The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

| | |
|---|---|
| √ | All individual parties and their respective trial counsel. |
| √ | Designated corporate representatives. |
| n/a | Required claims professionals. |

(b) The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate: **None.**

(c) The result of the mediation:

|  |  |
|---|---|
| _____ | <u>The action completely settled</u>. In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the Mediator. |

Comments:

|  |  |
|---|---|
| _____ | <u>The action partially resolved.</u> Lead counsel must file within ten days a joint stipulation resolving the settled claims. The following issues remain: |

Comments:

|  |  |
|---|---|
| _____ | <u>The action neither settled nor failed to settle.</u> |

Comments:

|  |  |
|---|---|
| √ | <u>The parties failed to settle</u>. |

Reported on March 1, 2024, in Tampa, Florida.

/s/ Christopher L. Griffin
Christopher L. Griffin, Mediator
Florida Mediator Number 35934R
Griffin Mediation, LLC
4006 S. MacDill Avenue
Tampa, FL  33611
(813) 314-7449
chris@chrisgriffinmediation.com

cc: Counsel of record (via CM/ECF)