# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) <br> ) Civil Action No. 22-CV-01660 <br> ) <br> ) **PLAINTIFF'S UNOPPOSED MOTION** <br> ) **FOR FOURTEEN (14) DAY EXTENSION** <br> ) **OF TIME TO FILE ITS RESPONSE TO** <br> ) **DEFENDANT'S MOTION FOR** <br> ) **SUMMARY JUDGMENT ON MUTUAL'S** <br> ) **TRADE SECRET CLAIMS (D.E. 137)** <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| WATERSTONE MORTGAGE CORPORATION, | |
| Defendant. | |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") hereby files this Unopposed Motion for Fourteen Day Extension of Time to File its Response ("Response") to Defendant's Motion for Summary Judgment on Mutual's Trade Secret Claims (D.E. 137). In support thereof, Plaintiff states:

1. On January 31, 2024, this Court ordered the Parties to file final summary judgment and or dispositive motions to address any remaining legal issues on or before February 29, 2024. D.E. 130.

2. On February 29, 2024, Defendant filed its Motion for Summary Judgment on Mutual's Trade Secret Claims. D.E. 137.

3. Plaintiff's current deadline to file its Response is March 21, 2024.

4. Undersigned counsel will be out of the office for her wedding from March 11, 2024, through March 20, 2024, and respectfully requests an additional

fourteen (14) days to file its Response.  If this Court were to grant this request, Plaintiff's new Response date therefore would be April 4, 2024.

5.  Plaintiff has conferred with counsel for Defendant's counsel, who does not oppose this request but similarly requested an additional fourteen days to file its Reply, which Plaintiff does not oppose.  If this Court were to grant this request, Defendant's new Reply deadline would therefore be April 18, 2024.

6.  This request is not made for the purpose of delay, and Plaintiff is not requesting the extension of any other deadline.

7.  This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order allowing Plaintiff to file its Response on or before April 4, 2024, and Defendant to file its Reply on or before April 18, 2024.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Defendant's counsel who does not oppose this request.

Dated: Washington, D.C.
March 6, 2024

        MITCHELL SANDLER PLLC

        By: */s/ Courtney E. Walter*

        Ari Karen (admitted *pro hac vice*)
        Christopher L. McCall (admitted *pro hac vice*)
        Courtney E. Walter
        1120 20th Street N.W., Suite 725
        Washington, D.C.  20036
        Email:  cmccall@mitchellsandler.com
        Email:  cwalter@mitchellsandler.com
        Telephone: (202) 886-5292

        GUNSTER, YOAKLEY & STEWART, P.A.

        John A. Schifino
        Florida Bar No. 0072321
        401 East Jackson Street, Suite 1500
        Tampa, Florida  33602
        Primary email:  jschifino@gunster.com
        Secondary email: eservice@gunster.com
        Telephone: (813) 739-6962

        *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*