**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., </br></br> Plaintiff, </br></br> v. </br></br> WATERSTONE MORTGAGE CORPORATION, </br></br> Defendant. | ) </br> ) Civil Action No. 22-CV-01660 </br> ) </br> ) **PLAINTIFF'S MOTION FOR CONTINUANCE OF THE PRE-TRIAL CONFERENCE AND MAY TRIAL TERM** </br> ) </br> ) </br> ) </br> ) |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") hereby files this Motion for Continuance of the Pre-Trial Conference and the May Trial Term. In support thereof, Plaintiff states:

1. On February 26, 2024, this Court issued an Order rescheduling the Pretrial Conference set for March 18, 2024 until April 15, 2024 and reset the trial date for the May trial term commencing April 29, 2024.

2. The Parties attended mediation on Thursday, February 29, 2024 in Tampa, Florida with Christopher Griffin and reached an impasse.

3. Before informing the Court of several unmovable conflicts over the few months, Plaintiff's counsel intended to attend mediation and see if the case might be resolved. It did not.

4.      In light of the impasse, Plaintiff's counsel respectfully wishes to request a continuance of both the Pre-Trial Conference and the May trial term.

5.      On April 15, 2024, lead counsel Mr. Karen is unavailable for the Pre-Trial Conference and will be in trial in the case, *Bath & Twenty, et al. v. The Federal Savings Bank*, Index No. 514138/2017 (N.Y. Sup. Ct. Kings County). This is a case that was continued from December 2023 and is set for a two-week jury trial term in Kings County, New York.

6.      With respect to the trial date, Plaintiff's counsel wishes to inform the Court of several conflicts over the next few months.

7.      In the month of May, Ms. Walter is out of the country from April 29-May 20. Furthermore, in May, Mr. Karen is in a JAMS arbitration hearing from May 20-24, 2024 and is scheduled to attend his stepdaughter's graduation from medical school on May 16, 2024.

8.      Mr. Karen is out of the country from June 11-June 27. In July, Mr. Karen has an arbitration hearing in Philadelphia from July 15-26.

9.      Plaintiff's counsel is available August and afterwards but understands Defendant's counsel's schedule does not allow for that.

10.     Given the complexity of the issues in this case, the amount of exhibits, and witnesses, it is simply impossible for the case to proceed without both of Plaintiff's counsel available.

11. Immediately following mediation, Plaintiff's counsel contacted Defendant's counsel to inform them of the conflicts with upcoming dates and requested Defendant's counsel advise whether they would be amenable to a potential August date.

12. Defendant's counsel informed the undersigned that they oppose this request given their own conflicts.

WHEREFORE, Plaintiff respectfully requests that this Court allow a continuance of the April 15, 2024 pre-trial conference and May trial term.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Defendant's counsel. Defendant's counsel opposes this motion.

Dated:  Washington, D.C.
           March 8, 2024

                MITCHELL SANDLER LLC

                By: */s/ Ari Karen*

                Ari Karen (admitted *pro hac vice*)
                Christopher L. McCall (admitted *pro hac vice*)
                Courtney E. Walter
                1120 20th Street N.W., Suite 725
                Washington, D.C.  20036
                Email:  cmccall@mitchellsandler.com
                Email:  cwalter@mitchellsandler.com
                Telephone:  (202) 886-5292

                GUNSTER, YOAKLEY & STEWART, P.A.

                John A. Schifino
                Florida Bar No. 0072321
                401 East Jackson Street, Suite 1500
                Tampa, Florida  33602
                Primary email:  jschifino@gunster.com
                Secondary email: eservice@gunster.com
                Telephone:  (813) 739-6962

                *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*