UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA
MORTGAGE, INC.,

       Plaintiff,                      CASE NO.: 8:22-cv-1660-TPB-UAM

v.

WATERSTONE MORTGAGE
CORPORATION,

       Defendant.
_____/

## **PLAINTIFF'S STIPULATION ON LOST PROFIT DAMAGES**

Pursuant to Local Rule 3.05 of the United States District Court for the Middle District of Florida, Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") submits this Stipulation on Lost Profit Damages to expedite an efficient adjudication of this case.

Plaintiff stipulates to the following:

1. Plaintiff seeks only lost profit damages for the time period up to and including thirty (30) months and will not pursue damages beyond that duration.

2. Plaintiff does not seek damages in excess of 30 months post the date of termination by Plaintiff's Former Employees.

Dated:   March 22, 2024

        Respectfully submitted,

        MITCHELL SANDLER LLC

        By:  */s/ Ari Karen*
        Ari Karen (admitted *pro hac vice*)
        Christopher L. McCall (admitted *pro hac vice*)
        Courtney E. Walter
        1120 20th Street N.W., Suite 725
        Washington, D.C.  20036
        Email:  akaren@mitchellsandler.com
        Email:  cmccall@mitchellsandler.com
        Email:  cwalter@mitchellsandler.com
        Telephone:  (202) 886-5292

        GUNSTER, YOAKLEY & STEWART, P.A.
        John A. Schifino
        Florida Bar No. 0072321
        401 East Jackson Street, Suite 1500
        Tampa, Florida  33602
        Primary email:  jschifino@gunster.com
        Secondary email: eservice@gunster.com
        Telephone:  (813) 739-6962

        *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*