IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>    Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**JOINT MOTION CONSENTING TO MAGISTRATE JUDGE FOR TRIAL**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual") and Defendant Waterstone Mortgage Corporation ("Waterstone") (collectively, the "Parties") move the Court pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the Case Management and Scheduling Order (Dkt. 34, ¶¶ 5, 15) for an Order assigning this case to a Magistrate Judge based on the Parties' joint consent to proceed before a Magistrate Judge for trial. In support, the Parties state:

1. The pretrial conference is set for April 15, 2024 and the trial term is set to commence April 29, 2024 with the trial set to begin any time during the trial term upon 48 hours' notice.

2. The Court's scheduling order contemplates that "In accordance with 28 U.S.C. § 636(c) and Rule 73, Fed. R. Civ. P., at any point in the proceedings the parties may consent to have the assigned United States Magistrate Judge conduct any

and all further proceedings in the case, including the trial. United States Magistrate Judges are able to provide 'time certain' trial dates."

3. Due to the volume of witnesses expected, the fact that numerous witnesses and both trial counsel will be traveling from at least 5 different States throughout the United States, including but not limited to Wisconsin, Washington DC, and Illinois as well as various scheduling conflicts with pending litigation in other Courts the Parties wish to obtain certainty as to a trial date.

4. Accordingly, the Parties jointly consent to proceed before a Magistrate Judge for trial, including all pretrial proceedings and pending motions, except that out of respect for the time and attention given to Waterstone's Motion to Exclude or Limit Plaintiff's Expert Testimony on Damages (Dkt. 132) which was fully briefed as of February 13, 2024 (Dkt. 133) and on which U.S. District Judge Barber has already heard argument, the Parties would respectfully ask Judge Barber to rule on such matters notwithstanding this consent to proceed before the Magistrate.

5. The Parties respectfully request a status conference before the assigned Magistrate as soon as practicable so as to promptly establish dates for a pre-trial conference and for trial.

6. To the extent it is helpful to the Court and assists in/for scheduling purposes, the Parties estimate the trial will last seven to eight days. Further, to the extent it may be helpful, the Parties' availability for trial over the next several weeks include:

      a. May 5-14, 2024
      b. May 20-31, 2024
      c. June 1-12, 2024

WHEREFORE, the Parties respectfully request that this Court grant their request to proceed before a Magistrate Judge for trial and that the soonest practicable trial dates certain be set.

Dated this 22nd day of March, 2024.

Respectfully Submitted,

| | |
|---|---|
| s/Ari Karen | s/Maria L. Kreiter |
| Ari Karen (*pro hac vice*) | Maria Kreiter (*pro hac vice*) |
| Christopher L. McCall (*pro hac vice*) | Emma J. Jewell (*pro hac vice*) |
| Courtney E. Walter | GODFREY & KAHN, S.C. |
| MITCHELL SANDLER LLC | 833 East Michigan Street, Suite 1800 |
| 1120 20th Street N.W., Suite 725 | Milwaukee, WI 53202 |
| Washington, D.C. 20036 | (414) 273-3500 (Telephone) |
| (202) 886-5292 (Telephone) | (414) 273-5198 (Facsimile) |
| akaren@mitchellsandler.com | mkreiter@gklaw.com |
| cmccall@mitchellsandler.com | ejewell@gklaw.com |
| cwalter@mitchellsandler.com | |
| | |
| John A. Schifino (FBN: 0072321) | Scott A. McLaren (FBN: 414816) |
| GUNSTER, YOAKLEY & STEWART, P.A. | Carolina Y. Blanco (FBN: 0098878) |
| 401 East Jackson Street, Suite 1500 | HILL, WARD & HENDERSON, P.A. |
| Tampa, Florida 33602 | 101 East Kennedy Blvd., Suite 3700 |
| (813) 739-6962 (Telephone) | Post Office Box 2231 |
| jschifino@gunster.com | Tampa, Florida 33601 |
| | (813) 221-3900 (Telephone) |
| | (813) 221-2900 (Facsimile) |
| | scott.mclaren@hwhlaw.com |
| | carolina.blanco@hwhlaw.com |
| | jaime.schill@hwhlaw.com |
| | |
| *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.* | *Attorneys for Defendant Waterstone Mortgage Corporation* |

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel have conferred and agree to the relief sought in this motion.

Respectfully Submitted,

s/Ari Karen
Ari Karen (*pro hac vice*)
Christopher L. McCall (*pro hac vice*)
Courtney E. Walter
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
(202) 886-5292 (Telephone)
akaren@mitchellsandler.com
cmccall@mitchellsandler.com
cwalter@mitchellsandler.com

John A. Schifino (FBN: 0072321)
GUNSTER, YOAKLEY & STEWART, P.A.
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
(813) 739-6962 (Telephone)
jschifino@gunster.com

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

s/Maria L. Kreiter
Maria Kreiter (*pro hac vice*)
Emma J. Jewell (*pro hac vice*)
GODFREY & KAHN, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 273-3500 (Telephone)
(414) 273-5198 (Facsimile)
mkreiter@gklaw.com
ejewell@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
(813) 221-2900 (Facsimile)
scott.mclaren@hwhlaw.com
carolina.blanco@hwhlaw.com
jaime.schill@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

30872500.2