# **EXHIBIT A**

| Bates Number | Classification |
|---|---|
| MOM-0000027 | Customer Lists/Info |
| MOM-0003126-MOM-0003127 | Customer Lists/Info |
| MOM-0001875 | Customer Lists/Info |
| MOM-0001874 | Customer Lists/Info |
| MOM-0001873 | Customer Lists/Info |
| MOM-0001872 | Customer Lists/Info |
| MOM-0001871 | Customer Lists/Info |
| MOM-0001870 | Customer Lists/Info |
| MOM-0001869 | Customer Lists/Info |
| MOM-0001868 | Customer Lists/Info |
| MOM-0001867 | Customer Lists/Info |
| MOM-0001866 | Customer Lists/Info |
| MOM-0001865 | Customer Lists/Info |
| MOM-0001864 | Customer Lists/Info |
| MOM-0001863 | Customer Lists/Info |
| MOM-0001862 | Customer Lists/Info |
| MOM-0001861 | Customer Lists/Info |
| MOM-0001860 | Customer Lists/Info |
| MOM-0001859 | Customer Lists/Info |
| MOM-0001858 | Customer Lists/Info |
| MOM-0001857 | Customer Lists/Info |
| MOM-0001856 | Customer Lists/Info |
| MOM-0001855 | Customer Lists/Info |
| MOM-0001854 | Customer Lists/Info |
| MOM-0001853 | Customer Lists/Info |
| MOM-0001852 | Customer Lists/Info |
| MOM-0001851 | Customer Lists/Info |
| MOM-0001850 | Customer Lists/Info |
| MOM-0001849 | Customer Lists/Info |
| MOM-0001848 | Customer Lists/Info |
| MOM-0001847 | Customer Lists/Info |
| MOM-0001846 | Customer Lists/Info |
| MOM-0001845 | Customer Lists/Info |
| MOM-0001844 | Customer Lists/Info |
| MOM-0001843 | Customer Lists/Info |
| MOM-0001842 | Customer Lists/Info |
| MOM-0001841 | Customer Lists/Info |
| MOM-0001840 | Customer Lists/Info |
| MOM-0001839 | Customer Lists/Info |
| MOM-0001838 | Customer Lists/Info |
| MOM-0001837 | Customer Lists/Info |
| MOM-0001836 | Customer Lists/Info |
| MOM-0001835 | Customer Lists/Info |
| MOM-0001834 | Customer Lists/Info |
| MOM-0001833 | Customer Lists/Info |
| MOM-0001832 | Customer Lists/Info |
| MOM-0001831 | Customer Lists/Info |
| MOM-0001830 | Customer Lists/Info |
| MOM-0001829 | Customer Lists/Info |
| MOM-0001828 | Customer Lists/Info |
| MOM-0001827 | Customer Lists/Info |

| Bates Number | Classification |
|---|---|
| MOM-0001826 | Customer Lists/Info |
| MOM-0001822 | Customer Lists/Info |
| MOM-0001746 | Customer Lists/Info |
| MOM-0001745 | Customer Lists/Info |
| MOM-0001555 | Customer Lists/Info |
| MOM-0001554 | Customer Lists/Info |
| MOM-0001553 | Customer Lists/Info |
| MOM-0001552 | Customer Lists/Info |
| MOM-0001551 | Customer Lists/Info |
| MOM-0001550 | Customer Lists/Info |
| MOM-0001549 | Customer Lists/Info |
| MOM-0001548 | Customer Lists/Info |
| MOM-0001547 | Customer Lists/Info |
| MOM-0001546 | Customer Lists/Info |
| MOM-0001545 | Customer Lists/Info |
| MOM-0001544 | Customer Lists/Info |
| MOM-0001543 | Customer Lists/Info |
| MOM-0001542 | Customer Lists/Info |
| MOM-0001541 | Customer Lists/Info |
| MOM-0001540 | Customer Lists/Info |
| MOM-0001539 | Customer Lists/Info |
| MOM-0001538 | Customer Lists/Info |
| MOM-0001537 | Customer Lists/Info |
| MOM-0001536 | Customer Lists/Info |
| MOM-0001535 | Customer Lists/Info |
| MOM-0001534 | Customer Lists/Info |
| MOM-0001533 | Customer Lists/Info |
| MOM-0001532 | Customer Lists/Info |
| MOM-0001531 | Customer Lists/Info |
| MOM-0001530 | Customer Lists/Info |
| MOM-0001529 | Customer Lists/Info |
| MOM-0001528 | Customer Lists/Info |
| MOM-0001527 | Customer Lists/Info |
| MOM-0001526 | Customer Lists/Info |
| MOM-0001525 | Customer Lists/Info |
| MOM-0001524 | Customer Lists/Info |
| MOM-0001523 | Customer Lists/Info |
| MOM-0001522 | Customer Lists/Info |
| MOM-0001521 | Customer Lists/Info |
| MOM-0001520 | Customer Lists/Info |
| MOM-0001519 | Customer Lists/Info |
| MOM-0001518 | Customer Lists/Info |
| MOM-0001517 | Customer Lists/Info |
| MOM-0001516 | Customer Lists/Info |
| MOM-0001515 | Customer Lists/Info |
| MOM-0001514 | Customer Lists/Info |
| MOM-0001513 | Customer Lists/Info |
| MOM-0001512 | Customer Lists/Info |
| MOM-0001511 | Customer Lists/Info |
| MOM-0001510 | Customer Lists/Info |
| MOM-0001509 | Customer Lists/Info |

| Bates Number | Classification |
|---|---|
| MOM-0001508 | Customer Lists/Info |
| MOM-0001507 | Customer Lists/Info |
| MOM-0001506 | Customer Lists/Info |
| MOM-0001505 | Customer Lists/Info |
| MOM-0001504 | Customer Lists/Info |
| MOM-0001503 | Customer Lists/Info |
| MOM-0001502 | Customer Lists/Info |
| MOM-0001298 | Customer Lists/Info |
| MOM-0001296-MOM-0001297 | Customer Lists/Info |
| MOM-0001195 | Customer Lists/Info |
| MOM-0001194 | Customer Lists/Info |
| MOM-0001192 | Customer Lists/Info |
| MOM-0001190 | Customer Lists/Info |
| MOM-0001189 | Customer Lists/Info |
| MOM-0001178 | Customer Lists/Info |
| MOM-0001174 | Customer Lists/Info |
| MOM-0001172-MOM-0001173 | Customer Lists/Info |
| MOM-0000891-MOM-0000912 | Customer Lists/Info |
| MOM-0000890 | Customer Lists/Info |
| MOM-0000873-MOM-0000884 | Customer Lists/Info |
| MOM-0000872 | Customer Lists/Info |
| MOM-0000871 | Customer Lists/Info |
| MOM-0000870 | Customer Lists/Info |
| MOM-0000869 | Customer Lists/Info |
| MOM-0000866-MOM-0000868 | Customer Lists/Info |
| MOM-0000856-MOM-0000865 | Customer Lists/Info |
| MOM-0000855 | Customer Lists/Info |
| MOM-0000739-MOM-0000854 | Customer Lists/Info |
| MOM-0000738 | Customer Lists/Info |
| MOM-0000732-MOM-0000737 | Customer Lists/Info |
| MOM-0000731 | Customer Lists/Info |
| MOM-0000727-MOM-0000730 | Customer Lists/Info |
| MOM-0000726 | Customer Lists/Info |
| MOM-0000723-MOM-0000725 | Customer Lists/Info |
| MOM-0000720-MOM-0000722 | Customer Lists/Info |
| MOM-0000718-MOM-0000719 | Customer Lists/Info |
| MOM-0000715-MOM-0000717 | Customer Lists/Info |
| MOM-0000712-MOM-0000714 | Customer Lists/Info |
| MOM-0000711 | Customer Lists/Info |
| MOM-0000710 | Customer Lists/Info |
| MOM-0000705-MOM-0000709 | Customer Lists/Info |
| MOM-0000704 | Customer Lists/Info |
| MOM-0000698-MOM-0000703 | Customer Lists/Info |
| MOM-0000691-MOM-0000697 | Customer Lists/Info |
| MOM-0000689-MOM-0000690 | Customer Lists/Info |
| MOM-0000687-MOM-0000688 | Customer Lists/Info |
| MOM-0000680-MOM-0000686 | Customer Lists/Info |
| MOM-0000679 | Customer Lists/Info |
| MOM-0000676-MOM-0000678 | Customer Lists/Info |
| MOM-0000675 | Customer Lists/Info |
| MOM-0000671-MOM-0000674 | Customer Lists/Info |

| Bates Number | Classification |
| --- | --- |
| MOM-0000667-MOM-0000670 | Customer Lists/Info |
| MOM-0000645-MOM-0000666 | Customer Lists/Info |
| MOM-0000644 | Customer Lists/Info |
| MOM-0000622-MOM-0000643 | Customer Lists/Info |
| MOM-0000616-MOM-0000621 | Customer Lists/Info |
| MOM-0000609-MOM-0000615 | Customer Lists/Info |
| MOM-0000608 | Customer Lists/Info |
| MOM-0000607 | Customer Lists/Info |
| MOM-0000605-MOM-0000606 | Customer Lists/Info |
| MOM-0000604 | Customer Lists/Info |
| MOM-0000601-MOM-0000603 | Customer Lists/Info |
| MOM-0000597-MOM-0000600 | Customer Lists/Info |
| MOM-0000591-MOM-0000596 | Customer Lists/Info |
| MOM-0000590 | Customer Lists/Info |
| MOM-0000586-MOM-0000589 | Customer Lists/Info |
| MOM-0000584-MOM-0000585 | Customer Lists/Info |
| MOM-0000582-MOM-0000583 | Customer Lists/Info |
| MOM-0000580-MOM-0000581 | Customer Lists/Info |
| MOM-0000576-MOM-0000579 | Customer Lists/Info |
| MOM-0000573-MOM-0000575 | Customer Lists/Info |
| MOM-0000571-MOM-0000572 | Customer Lists/Info |
| MOM-0000570 | Customer Lists/Info |
| MOM-0000566-MOM-0000569 | Customer Lists/Info |
| MOM-0000563-MOM-0000565 | Customer Lists/Info |
| MOM-0000544-MOM-0000562 | Customer Lists/Info |
| MOM-0000542-MOM-0000543 | Customer Lists/Info |
| MOM-0000535-MOM-0000541 | Customer Lists/Info |
| MOM-0000523-MOM-0000534 | Customer Lists/Info |
| MOM-0000511-MOM-0000522 | Customer Lists/Info |
| MOM-0000510 | Customer Lists/Info |
| MOM-0000504-MOM-0000509 | Customer Lists/Info |
| MOM-0000500-MOM-0000503 | Customer Lists/Info |
| MOM-0000494-MOM-0000499 | Customer Lists/Info |
| MOM-0000482-MOM-0000493 | Customer Lists/Info |
| MOM-0000480-MOM-0000481 | Customer Lists/Info |
| MOM-0000473-MOM-0000479 | Customer Lists/Info |
| MOM-0000467-MOM-0000472 | Customer Lists/Info |
| MOM-0000466 | Customer Lists/Info |
| MOM-0000464-MOM-0000465 | Customer Lists/Info |
| MOM-0000462-MOM-0000463 | Customer Lists/Info |
| MOM-0000461 | Customer Lists/Info |
| MOM-0000456-MOM-0000460 | Customer Lists/Info |
| MOM-0000455 | Customer Lists/Info |
| MOM-0000439 | Customer Lists/Info |
| MOM-0000433 | Customer Lists/Info |
| MOM-0000403-MOM-0000404 | Customer Lists/Info |
| MOM-0000398 | Customer Lists/Info |
| MOM-0000394 | Customer Lists/Info |
| MOM-0000391 | Customer Lists/Info |
| MOM-0000370 | Customer Lists/Info |
| MOM-0000365 | Customer Lists/Info |

| Bates Number | Classification |
|---|---|
| MOM-0000318-MOM-0000324 | Customer Lists/Info |
| MOM-0000316-MOM-0000317 | Customer Lists/Info |
| MOM-0000280-MOM-0000315 | Customer Lists/Info |
| MOM-0000279 | Customer Lists/Info |
| MOM-0000269-MOM-0000278 | Customer Lists/Info |
| MOM-0000268 | Customer Lists/Info |
| MOM-0000266-MOM-0000267 | Customer Lists/Info |
| MOM-0000254-MOM-0000265 | Customer Lists/Info |
| MOM-0000251-MOM-0000253 | Customer Lists/Info |
| MOM-0000245-MOM-0000250 | Customer Lists/Info |
| MOM-0000241-MOM-0000244 | Customer Lists/Info |
| MOM-0000240 | Customer Lists/Info |
| MOM-0000214-MOM-0000223 | Customer Lists/Info |
| MOM-0000213 | Customer Lists/Info |
| WMC008812-WMC008819 | Customer Lists/Info |
| WMC006435 | Customer Lists/Info |
| WMC006363-WMC006365 | Customer Lists/Info |
| WMC006206 | Customer Lists/Info |
| WMC006205 | Customer Lists/Info |
| WMC006193-WMC006196 | Customer Lists/Info |
| WMC005508-WMC005510 | Customer Lists/Info |
| WMC005502-WMC005507 | Customer Lists/Info |
| WMC004431-WMC004470 | Customer Lists/Info |
| WMC004430 | Customer Lists/Info |
| WMC002196-WMC002216 | Customer Lists/Info |
| WMC002184-WMC002195 | Customer Lists/Info |
| WMC002182-WMC002183 | Customer Lists/Info |
| WMC002181 | Customer Lists/Info |
| WMC002175-WMC002180 | Customer Lists/Info |
| WMC002174 | Customer Lists/Info |
| WMC002173 | Customer Lists/Info |
| WMC002166-WMC002172 | Customer Lists/Info |
| WMC002164-WMC002165 | Customer Lists/Info |
| WMC002163 | Customer Lists/Info |
| WMC002162 | Customer Lists/Info |
| WMC002154-WMC002161 | Customer Lists/Info |
| WMC002153 | Customer Lists/Info |
| WMC002152 | Customer Lists/Info |
| WMC002151 | Customer Lists/Info |
| WMC002150 | Customer Lists/Info |
| WMC002149 | Customer Lists/Info |
| WMC002148 | Customer Lists/Info |
| WMC002147 | Customer Lists/Info |
| WMC001870-WMC001880 | Customer Lists/Info |
| WMC001861-WMC001869 | Customer Lists/Info |
| WMC001830-WMC001860 | Customer Lists/Info |
| WMC001826-WMC001829 | Customer Lists/Info |
| WMC001813-WMC001825 | Customer Lists/Info |
| WMC001811-WMC001812 | Customer Lists/Info |
| WMC001809-WMC001810 | Customer Lists/Info |
| WMC001807-WMC001808 | Customer Lists/Info |

| Bates Number | Classification |
|---|---|
| WMC001805-WMC001806 | Customer Lists/Info |
| WMC001801-WMC001804 | Customer Lists/Info |
| WMC001799-WMC001800 | Customer Lists/Info |
| WMC001779-WMC001798 | Customer Lists/Info |
| WMC001765-WMC001778 | Customer Lists/Info |
| WMC001764 | Customer Lists/Info |
| WMC001763 | Customer Lists/Info |
| WMC001689 | Customer Lists/Info |
| WMC001688 | Customer Lists/Info |
| WMC001687 | Customer Lists/Info |
| WMC001686 | Customer Lists/Info |
| WMC001685 | Customer Lists/Info |
| WMC001668-WMC001684 | Customer Lists/Info |
| WMC001667 | Customer Lists/Info |
| WMC001666 | Customer Lists/Info |
| WMC001665 | Customer Lists/Info |
| WMC001664 | Customer Lists/Info |
| WMC001663 | Customer Lists/Info |
| WMC001655-WMC001662 | Customer Lists/Info |
| WMC001652-WMC001654 | Customer Lists/Info |
| WMC001651 | Customer Lists/Info |
| WMC001650 | Customer Lists/Info |
| WMC001649 | Customer Lists/Info |
| WMC001648 | Customer Lists/Info |
| WMC001639-WMC001647 | Customer Lists/Info |
| WMC001626-WMC001638 | Customer Lists/Info |
| WMC001618-WMC001625 | Customer Lists/Info |
| WMC001617 | Customer Lists/Info |
| WMC001601-WMC001616 | Customer Lists/Info |
| WMC001598-WMC001600 | Customer Lists/Info |
| WMC001594-WMC001597 | Customer Lists/Info |
| WMC001577-WMC001593 | Customer Lists/Info |
| WMC001575-WMC001576 | Customer Lists/Info |
| WMC001574 | Customer Lists/Info |
| WMC001569-WMC001573 | Customer Lists/Info |
| WMC001568 | Customer Lists/Info |
| WMC001567 | Customer Lists/Info |
| WMC001560-WMC001566 | Customer Lists/Info |
| WMC001559 | Customer Lists/Info |
| WMC001558 | Customer Lists/Info |
| WMC001409-WMC001432 | Customer Lists/Info |
| WMC001396-WMC001408 | Customer Lists/Info |
| WMC001394-WMC001395 | Customer Lists/Info |
| WMC001385-WMC001393 | Customer Lists/Info |
| WMC001384 | Customer Lists/Info |
| WMC001379-WMC001383 | Customer Lists/Info |
| WMC001378 | Customer Lists/Info |
| WMC001315-WMC001335 | Customer Lists/Info |
| WMC001313-WMC001314 | Customer Lists/Info |
| WMC001311-WMC001312 | Customer Lists/Info |
| WMC001310 | Customer Lists/Info |

| Bates Number | Classification |
| --- | --- |
| WMC001309 | Customer Lists/Info |
| WMC001299-WMC001308 | Customer Lists/Info |
| WMC001298 | Customer Lists/Info |
| WMC001297 | Customer Lists/Info |
| WMC001248 | Customer Lists/Info |
| WMC001247 | Customer Lists/Info |
| WMC001224-WMC001246 | Customer Lists/Info |
| WMC001212-WMC001223 | Customer Lists/Info |
| WMC001204-WMC001211 | Customer Lists/Info |
| WMC001189-WMC001203 | Customer Lists/Info |
| WMC001187-WMC001188 | Customer Lists/Info |
| WMC001186 | Customer Lists/Info |
| WMC001185 | Customer Lists/Info |
| WMC001025-WMC001184 | Customer Lists/Info |
| WMC001024 | Customer Lists/Info |
| WMC000989-WMC001000 | Customer Lists/Info |
| WMC000988 | Customer Lists/Info |
| WMC000982-WMC000987 | Customer Lists/Info |
| WMC000981 | Customer Lists/Info |
| WMC000980 | Customer Lists/Info |
| WMC000979 | Customer Lists/Info |
| WMC000974-WMC000978 | Customer Lists/Info |
| WMC000973 | Customer Lists/Info |
| WMC000972 | Customer Lists/Info |
| WMC000962-WMC000971 | Customer Lists/Info |
| WMC000959-WMC000961 | Customer Lists/Info |
| WMC000958 | Customer Lists/Info |
| WMC000944-WMC000957 | Customer Lists/Info |
| WMC000943 | Customer Lists/Info |
| WMC000942 | Customer Lists/Info |
| WMC000941 | Customer Lists/Info |
| WMC000939-WMC000940 | Customer Lists/Info |
| WMC000937-WMC000938 | Customer Lists/Info |
| WMC000936 | Customer Lists/Info |
| WMC000935 | Customer Lists/Info |
| WMC000934 | Customer Lists/Info |
| WMC000898-WMC000923 | Customer Lists/Info |
| WMC000871-WMC000897 | Customer Lists/Info |
| WMC000855-WMC000870 | Customer Lists/Info |
| WMC000854 | Customer Lists/Info |
| WMC000753-WMC000760 | Customer Lists/Info |
| WMC000749-WMC000752 | Customer Lists/Info |
| MOM-0003241 | Customer Lists/Info |
| MOM-0003240 | Customer Lists/Info |
| MOM-0003239 | Customer Lists/Info |
| MOM-0003236-MOM-0003238 | Customer Lists/Info |
| MOM-0003234-MOM-0003235 | Customer Lists/Info |
| MOM-0003232-MOM-0003233 | Customer Lists/Info |
| MOM-0003230-MOM-0003231 | Customer Lists/Info |
| MOM-0003229 | Customer Lists/Info |
| MOM-0003188-MOM-0003228 | Customer Lists/Info |

| Bates Number | Classification |
|---|---|
| MOM-0003187 | Customer Lists/Info |
| MOM-0003186 | Customer Lists/Info |
| MOM-0003184-MOM-0003185 | Customer Lists/Info |
| MOM-0003183 | Customer Lists/Info |
| MOM-0003182 | Customer Lists/Info |
| MOM-0003181 | Customer Lists/Info |
| MOM-0003155 | Customer Lists/Info |
| MOM-0002952 | Customer Lists/Info |
| MOM-0002771-MOM-0002776 | Customer Lists/Info |
| MOM-0002769-MOM-0002770 | Customer Lists/Info |
| MOM-0002760-MOM-0002763 | Customer Lists/Info |
| MOM-0002753-MOM-0002755 | Customer Lists/Info |
| MOM-0002750-MOM-0002752 | Customer Lists/Info |
| MOM-0002748-MOM-0002749 | Customer Lists/Info |
| MOM-0002535-MOM-0002538 | Customer Lists/Info |
| MOM-0002527 | Customer Lists/Info |
| MOM-0002521-MOM-0002526 | Customer Lists/Info |
| MOM-0002520 | Customer Lists/Info |
| MOM-0002515-MOM-0002518 | Customer Lists/Info |
| MOM-0002510-MOM-0002514 | Customer Lists/Info |
| MOM-0002505-MOM-0002509 | Customer Lists/Info |
| MOM-0002499-MOM-0002500 | Customer Lists/Info |
| MOM-0002481-MOM-0002485 | Customer Lists/Info |
| MOM-0002474-MOM-0002476 | Customer Lists/Info |
| MOM-0002469-MOM-0002471 | Customer Lists/Info |
| MOM-0002464 | Customer Lists/Info |
| MOM-0002431-MOM-0002433 | Customer Lists/Info |
| MOM-0002430 | Customer Lists/Info |
| MOM-0002429 | Customer Lists/Info |
| MOM-0002426-MOM-0002428 | Customer Lists/Info |
| MOM-0002425 | Customer Lists/Info |
| MOM-0002420-MOM-0002424 | Customer Lists/Info |
| MOM-0002415-MOM-0002419 | Customer Lists/Info |
| MOM-0002412-MOM-0002414 | Customer Lists/Info |
| MOM-0002404-MOM-0002406 | Customer Lists/Info |
| MOM-0002402-MOM-0002403 | Customer Lists/Info |
| MOM-0002393-MOM-0002394 | Customer Lists/Info |
| MOM-0002391-MOM-0002392 | Customer Lists/Info |
| MOM-0002386-MOM-0002387 | Customer Lists/Info |
| MOM-0002377-MOM-0002380 | Customer Lists/Info |
| MOM-0002361 | Customer Lists/Info |
| MOM-0002359-MOM-0002360 | Customer Lists/Info |
| MOM-0002358 | Customer Lists/Info |
| MOM-0002357 | Customer Lists/Info |
| MOM-0002340-MOM-0002343 | Customer Lists/Info |
| MOM-0002333 | Customer Lists/Info |
| MOM-0002329-MOM-0002332 | Customer Lists/Info |
| MOM-0001876-MOM-0001879 | Customer Lists/Info |
| MOM-0001500-MOM-0001501 | Customer Lists/Info |
| MOM-0001499 | Customer Lists/Info |
| MOM-0001498 | Customer Lists/Info |

| Bates Number | Classification |
|---|---|
| MOM-0001497 | Customer Lists/Info |
| MOM-0001496 | Customer Lists/Info |
| MOM-0001494-MOM-0001495 | Customer Lists/Info |
| MOM-0001493 | Customer Lists/Info |
| MOM-0001492 | Customer Lists/Info |
| MOM-0001491 | Customer Lists/Info |
| MOM-0001489-MOM-0001490 | Customer Lists/Info |
| MOM-0001488 | Customer Lists/Info |
| MOM-0001486-MOM-0001487 | Customer Lists/Info |
| MOM-0001484-MOM-0001485 | Customer Lists/Info |
| MOM-0001481-MOM-0001483 | Customer Lists/Info |
| MOM-0001477-MOM-0001480 | Customer Lists/Info |
| MOM-0001464-MOM-0001466 | Customer Lists/Info |
| MOM-0001304 | Customer Lists/Info |
| MOM-0001303 | Customer Lists/Info |
| MOM-0001282-MOM-0001283 | Customer Lists/Info |
| MOM-0001242-MOM-0001244 | Customer Lists/Info |
| MOM-0001238-MOM-0001241 | Customer Lists/Info |
| MOM-0001233-MOM-0001237 | Customer Lists/Info |
| MOM-0001231-MOM-0001232 | Customer Lists/Info |
| MOM-0001230 | Customer Lists/Info |
| MOM-0001229 | Customer Lists/Info |
| MOM-0001228 | Customer Lists/Info |
| MOM-0001227 | Customer Lists/Info |
| MOM-0001226 | Customer Lists/Info |
| MOM-0001224-MOM-0001225 | Customer Lists/Info |
| MOM-0001222-MOM-0001223 | Customer Lists/Info |
| MOM-0001221 | Customer Lists/Info |
| MOM-0001218-MOM-0001219 | Customer Lists/Info |
| MOM-0001207-MOM-0001211 | Customer Lists/Info |
| MOM-0001193 | Customer Lists/Info |
| MOM-0001168-MOM-0001171 | Customer Lists/Info |
| MOM-0001160-MOM-0001167 | Customer Lists/Info |
| MOM-0001151-MOM-0001159 | Customer Lists/Info |
| MOM-0001149-MOM-0001150 | Customer Lists/Info |
| MOM-0001146-MOM-0001148 | Customer Lists/Info |
| MOM-0001145 | Customer Lists/Info |
| MOM-0001143-MOM-0001144 | Customer Lists/Info |
| MOM-0001100-MOM-0001142 | Customer Lists/Info |
| MOM-0001046-MOM-0001099 | Customer Lists/Info |
| MOM-0001043-MOM-0001045 | Customer Lists/Info |
| MOM-0001039-MOM-0001042 | Customer Lists/Info |
| MOM-0001038 | Customer Lists/Info |
| MOM-0001036-MOM-0001037 | Customer Lists/Info |
| MOM-0001035 | Customer Lists/Info |
| MOM-0001034 | Customer Lists/Info |
| MOM-0001033 | Customer Lists/Info |
| MOM-0001015-MOM-0001032 | Customer Lists/Info |
| MOM-0001011-MOM-0001014 | Customer Lists/Info |
| MOM-0001010 | Customer Lists/Info |
| MOM-0001009 | Customer Lists/Info |

| Bates Number | Classification |
|---|---|
| MOM-0001008 | Customer Lists/Info |
| MOM-0001007 | Customer Lists/Info |
| MOM-0001006 | Customer Lists/Info |
| MOM-0001004-MOM-0001005 | Customer Lists/Info |
| MOM-0001003 | Customer Lists/Info |
| MOM-0001002 | Customer Lists/Info |
| MOM-0001001 | Customer Lists/Info |
| MOM-0001000 | Customer Lists/Info |
| MOM-0000999 | Customer Lists/Info |
| MOM-0000998 | Customer Lists/Info |
| MOM-0000997 | Customer Lists/Info |
| MOM-0000994-MOM-0000996 | Customer Lists/Info |
| MOM-0000990-MOM-0000993 | Customer Lists/Info |
| MOM-0000988-MOM-0000989 | Customer Lists/Info |
| MOM-0000987 | Customer Lists/Info |
| MOM-0000981-MOM-0000985 | Customer Lists/Info |
| MOM-0000976-MOM-0000980 | Customer Lists/Info |
| MOM-0000974-MOM-0000975 | Customer Lists/Info |
| MOM-0000972-MOM-0000973 | Customer Lists/Info |
| MOM-0000970-MOM-0000971 | Customer Lists/Info |
| MOM-0000953-MOM-0000969 | Customer Lists/Info |
| MOM-0000951-MOM-0000952 | Customer Lists/Info |
| MOM-0000950 | Customer Lists/Info |
| MOM-0000946-MOM-0000949 | Customer Lists/Info |
| MOM-0000945 | Customer Lists/Info |
| MOM-0000942-MOM-0000944 | Customer Lists/Info |
| MOM-0000941 | Customer Lists/Info |
| MOM-0000939-MOM-0000940 | Customer Lists/Info |
| MOM-0000938 | Customer Lists/Info |
| MOM-0000937 | Customer Lists/Info |
| MOM-0000920-MOM-0000936 | Customer Lists/Info |
| MOM-0000917-MOM-0000919 | Customer Lists/Info |
| MOM-0000914-MOM-0000916 | Customer Lists/Info |
| MOM-0000913 | Customer Lists/Info |
| MOM-0000885 | Customer Lists/Info |
| MOM-0000410 | Customer Lists/Info |
| MOM-0000230-MOM-0000232 | Customer Lists/Info |
| MOM-0000229 | Customer Lists/Info |
| MOM-0000226-MOM-0000228 | Customer Lists/Info |
| MOM-0000224-MOM-0000225 | Customer Lists/Info |
| MOM-0000083-MOM-0000087 | Customer Lists/Info |
| MOM-0000081-MOM-0000082 | Customer Lists/Info |
| MOM-0015947 | Customer Lists/Info |
| MOM-0015236 | Customer Lists/Info |
| MOM-0015238 | Customer Lists/Info |
| MOM-0000002 | Customer Lists/Info |
| MOM-0000003 | Customer Lists/Info |
| MOM-0000005 | Customer Lists/Info |
| MOM-0000007 | Customer Lists/Info |
| MOM-0000008 | Customer Lists/Info |
| MOM-0000009 | Customer Lists/Info |

| Bates Number | Classification |
|---|---|
| MOM-0000010 | Customer Lists/Info |
| MOM-0000011 | Customer Lists/Info |
| MOM-0000012 | Customer Lists/Info |
| MOM-0000014 | Customer Lists/Info |
| MOM-0000019 | Customer Lists/Info |
| MOM-0000023 | Customer Lists/Info |
| MOM-0000372-MOM-0000390 | Customer Lists/Info |
| MOM-0000328 | Customer Lists/Info |
| MOM-0015279 | Customer Lists/Info |
| MOM-0000213 | Templates/Processes |
| MOM-0000214 | Templates/Processes |
| MOM-0001469 | Templates/Processes |
| MOM-0001468 | Templates/Processes |
| MOM-0001454-MOM-0001463 | Templates/Processes |
| MOM-0001452 | Templates/Processes |
| MOM-0001451 | Templates/Processes |
| MOM-0001175 | Templates/Processes |
| MOM-0001450 | Templates/Processes |
| MOM-0001449 | Templates/Processes |
| MOM-0001448 | Templates/Processes |
| MOM-0001447 | Templates/Processes |
| MOM-0001446 | Templates/Processes |
| MOM-0001445 | Templates/Processes |
| MOM-0001442-MOM-0001444 | Templates/Processes |
| MOM-0001439-MOM-0001441 | Templates/Processes |
| MOM-0001438 | Templates/Processes |
| MOM-0001432-MOM-0001437 | Templates/Processes |
| MOM-0001428-MOM-0001431 | Templates/Processes |
| MOM-0001423-MOM-0001427 | Templates/Processes |
| MOM-0001346-MOM-0001422 | Templates/Processes |
| MOM-0001345 | Templates/Processes |
| MOM-0001344 | Templates/Processes |
| MOM-0001343 | Templates/Processes |
| MOM-0001337-MOM-0001342 | Templates/Processes |
| MOM-0001336 | Templates/Processes |
| MOM-0001329-MOM-0001335 | Templates/Processes |
| MOM-0001200-MOM-0001204 | Templates/Processes |
| MOM-0001199 | Templates/Processes |
| MOM-0001197-MOM-0001198 | Templates/Processes |
| MOM-0001196 | Templates/Processes |
| MOM-0001187 | Templates/Processes |
| MOM-0001179-MOM-0001186 | Templates/Processes |
| MOM-0001177 | Templates/Processes |
| MOM-0001176 | Templates/Processes |
| MOM-0000452 | Templates/Processes |
| MOM-0000411-MOM-0000432 | Templates/Processes |
| MOM-0000407-MOM-0000408 | Templates/Processes |
| MOM-0000395-MOM-0000396 | Templates/Processes |
| MOM-0000392 | Templates/Processes |
| MOM-0000371 | Templates/Processes |
| MOM-0000367-MOM-0000369 | Templates/Processes |

| Bates Number | Classification |
|---|---|
| MOM-0000366 | Templates/Processes |
| MOM-0000364 | Templates/Processes |
| MOM-0000362-MOM-0000363 | Templates/Processes |
| MOM-0000349-MOM-0000361 | Templates/Processes |
| MOM-0000348 | Templates/Processes |
| MOM-0000347 | Templates/Processes |
| MOM-0000342-MOM-0000346 | Templates/Processes |
| MOM-0000341 | Templates/Processes |
| MOM-0000340 | Templates/Processes |
| MOM-0000339 | Templates/Processes |
| MOM-0000334-MOM-0000338 | Templates/Processes |
| MOM-0000333 | Templates/Processes |
| MOM-0000329-MOM-0000332 | Templates/Processes |
| MOM-0000328 | Templates/Processes |
| MOM-0000327 | Templates/Processes |
| MOM-0000326 | Templates/Processes |
| MOM-0000325 | Templates/Processes |
| MOM-0000212 | Templates/Processes |
| MOM-0000211 | Templates/Processes |
| MOM-0000210 | Templates/Processes |
| MOM-0000209 | Templates/Processes |
| MOM-0000208 | Templates/Processes |
| MOM-0000207 | Templates/Processes |
| MOM-0000206 | Templates/Processes |
| MOM-0000205 | Templates/Processes |
| MOM-0000202-MOM-0000204 | Templates/Processes |
| MOM-0000199-MOM-0000201 | Templates/Processes |
| MOM-0000198 | Templates/Processes |
| MOM-0000192-MOM-0000197 | Templates/Processes |
| MOM-0000188-MOM-0000191 | Templates/Processes |
| MOM-0000183-MOM-0000187 | Templates/Processes |
| MOM-0000106-MOM-0000182 | Templates/Processes |
| MOM-0000105 | Templates/Processes |
| MOM-0000104 | Templates/Processes |
| MOM-0000103 | Templates/Processes |
| MOM-0000097-MOM-0000102 | Templates/Processes |
| MOM-0000096 | Templates/Processes |
| MOM-0000089-MOM-0000095 | Templates/Processes |
| MOM-0000088 | Templates/Processes |
| MOM-0000080 | Templates/Processes |
| MOM-0000079 | Templates/Processes |
| MOM-0000078 | Templates/Processes |
| MOM-0000077 | Templates/Processes |
| MOM-0000076 | Templates/Processes |
| MOM-0000075 | Templates/Processes |
| MOM-0000065-MOM-0000074 | Templates/Processes |
| MOM-0000058-MOM-0000064 | Templates/Processes |
| MOM-0000055-MOM-0000057 | Templates/Processes |
| MOM-0000399 | Templates/Processes |
| MOM-0000400 | Templates/Processes |
| MOM-0000434 | Templates/Processes |

| Bates Number | Classification |
|---|---|
| MOM-0000443 | Templates/Processes |
| MOM-0000054 | Templates/Processes |
| WMC001452 | Financials |
| WMC001451 | Financials |
| WMC001450 | Financials |
| MOM-0002060 | Financials |
| MOM-0002059 | Financials |
| MOM-0001777 | Financials |
| MOM-0001776 | Financials |
| MOM-0001311 | Financials |
| MOM-0001310 | Financials |
| MOM-0001309 | Financials |
| MOM-0001308 | Financials |
| MOM-0001290 | Financials |
| MOM-0001289 | Financials |
| MOM-0001288 | Financials |
| MOM-0001287 | Financials |
| MOM-0001286 | Financials |
| MOM-0001285 | Financials |
| MOM-0001188 | Financials |
| MOM-0000409 | Financials |
| MOM-0000038-MOM-0000039 | Financials |
| MOM-0000035-MOM-0000037 | Financials |
| MOM-0000034 | Financials |
| MOM-0000032 | Financials |
| MOM-0000030-MOM-0000031 | Financials |
| MOM-0000029 | Financials |
| MOM-0000027-MOM-0000028 | Financials |
| MOM-0000034 | Compensation/Employee Info |
| MOM-0000032 | Compensation/Employee Info |
| MOM-0000029 | Compensation/Employee Info |
| WMC000741-WMC000746 | Compensation/Employee Info |
| WMC000748 | Compensation/Employee Info |
| WMC000747 | Compensation/Employee Info |
| WMC004569-WMC004570 | Compensation/Employee Info |
| WMC004571 | Compensation/Employee Info |