# **EXHIBIT D**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 1/10/2022 7:21:46 PM -0600 |
| **To:** | Dustin Owen <dowen@waterstonemortgage.com> |
| **Subject:** | Re: Re: Follow up from meeting with Chris & Dwayne |
| **Attachments:** | image001.png |

**EXTERNAL EMAIL:** Use Caution!

Hey Dustin,
I hope you had a great holiday. Dwayne and I have talked and we are looking to set up another meeting with you. He should be reaching out to you tomorrow to set something up.
Thank you,

On Tue, Nov 9, 2021, 9:48 AM Dustin Owen <dowen@waterstonemortgage.com> wrote:

> Yes. David, Mike and I are very interested in continuing our talks with you and Dwayne.
>
> Additionally, we look forward to meeting Chris Smith and learning more about his operation and business goals.
>
> Let's try to find a date that works for some next week or the week of 11/29.
>
> Talk to soon.
>
> **Dustin Owen, CMB®**
>
> **Regional Vice President - Southeast**
>
> NMLS #322926
>
> 2699 Lee Road, Suite 600 Winter Park, FL 32789
>
> Office: 407.645.6363  Mobile: 407.497.8655
>
> Email: DOwen@WaterstoneMortgage.com

Website: DustinOwen.com



Host of "The Loan Officer Podcast"

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Chris Wolf <cwolf011@gmail.com>
**Sent:** Tuesday, November 9, 2021 7:36 AM
**To:** Dustin Owen <dowen@waterstonemortgage.com>
**Subject:** Re: Follow up from meeting with Chris & Dwayne

**EXTERNAL EMAIL: Use Caution!**

Thank you for getting back to me so quickly. I forwarded everything over to Chris Smith in Tampa and we will discuss. I look forward to our next meeting.

On Thu, Nov 4, 2021, 4:30 PM Dustin Owen <dowen@waterstonemortgage.com> wrote:

Hello Chris,

Please see below for our answers in red. Obviously, reach out with any questions you have. A handful of these questions require a bit of unpacking which is why we look forward to being able to carve out half a day to meet in person to dive deep. (Maybe we can cap it off with a dinner over at Christner's.)

We don't believe in "one-size fits all". We have ways to on-board branches by tailor-making their on-board to best suit their needs. This has been Waterstone's way for the past 10+ years and has worked well regardless if it was a branch that funds $50 million a year or an entire region that funds $800 million a year. This goes back to what I shared with you on Tuesday as the top reason we have been here for 14+ years: we have autonomy and we have a voice. You will be much involved in helping us come up with the best way to successfully on-board your branch. We will also lean on our executive leadership team. Kevin Allen is our SVP of Sales and Jeff McGuiness is our CEO. Both will be involved where we need them to be involved and Kevin has already offered to fly down from our home office to participate early.

Let's go ahead and start looking for dates either next week or the week after where we can meet up for 4-5 hours and then possibly cap off those meetings with a nice dinner. Will you send us 2-3 that would work best for you?

Looking forward to reconnecting soon.

Sincerely,

**Dustin Owen, CMB®**

**Regional Vice President - Southeast**

NMLS #322926

2699 Lee Road, Suite 600 Winter Park, FL 32789

Office: 407.645.6363  Mobile: 407.497.8655

Email: DOwen@WaterstoneMortgage.com

Website: DustinOwen.com

*Host of "The Loan Officer Podcast"*

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly ownedsubsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Chris Wolf <cwolf011@gmail.com>
**Sent:** Wednesday, November 3, 2021 2:07 PM
**To:** Dustin Owen <dowen@waterstonemortgage.com>
**Subject:** Follow up from meeting with Chris & Dwayne

**EXTERNAL EMAIL:** Use Caution!

Hi Dustin!

It was a pleasure meeting with you, Dave, and Ben yesterday. Here are some questions from Chris in Tampa and some others I had:

1. Can we get a pricing engine to play with and need to know if it is raw pricing or what they bake into it that they keep, for example, if we see 3% on conventional, or FHA, is that with their bps already in there or do we take out? Yes. We can get this set up for you. We use Optimal Blue as our pricing engine. Kevin Allen will be able to create an account for

you all. Once we have a meeting date set we will get you all log-in credentials that will be available for 72 hours.

2. Transition team - can we send loans over to start and build up a balance of money to fund transition.  This is a big one. I am not and I am sure Dwayne is not writing a check to them for $200,000 to fund the first 60 days or so of fixed costs.  Once the initial time frame is agreed upon would they allow it to be paid back over 10-12 months.  My salaries are $164,000 month right now, and leads $70,000, rent will soon be $30,000, so just the Tampa branch alone we are talking over $500,000 in a cash burn in a few months give or take. We need to make sure anything you all do during transition does not violate any current agreement you have with your current employer as it pertains to leads generated and loans in the pipeline. We are less concerned about forcing volume over to create instant revenue and more concerned about a smooth transition. This is a long play so there is no need to make short decisions. We will assemble a transition team to help get everyone on-boarded and ready to field pre-quals, lock loans and disclose files on Day 1. There is an ability to establish a credit facility so that personal financial impact to non-existent.

3. Will they front the money for fixed costs for 3 months for salaries, rent, COBRA, leads, advertising etc. We will be able to assemble a package that helps fill the holes left during transition as well as avoid any personal financial impact. Three months is a reasonable timeline.

4. Fees per loan, underwriting? Processing? What do they charge branch of those fee's and what do we keep? Corporate UW fees are around $950. We add a Processing fee of $525 to that. We (Your Branch P&L) keeps the Processing fee and you are allowed to charge what you want;  Most of our FL branches charge $525 for Processing fee.

5. What do they take of the broker comp for investor loans (Angel Oak, etc)? 275 bps is total comp/revenue on brokered loans. Corporate keeps 50bps and 225bps goes to the branch. We generally pay our LO's their full comp (average in FL is 115bps) on brokered loans. We have many brokered options but are able to do 97% of our loans in-house. Brokered loans are not a money maker for us; they are an extra tool to keep LO's happy.

CONFIDENTIAL

6. How many branches and what kind of volume are they closing? Through October our branches have done: Winter Park (401 million), Ft. Walton Beach (86), Lake Mary (62), St. Pete (60), Jupiter (46), Ft. Myers (37), Port Orange (23), Jacksonville (1)

7. Do they have a lead guy or someone that helps with consumer direct lead buys, conversions, etc. and do they have or use Velocify? The FL Region does not do a whole lot with consumer direct. Dustin Owen and Mike Smalley dabbled back in the day with in and used everything from Big Purple Dot to Agent Legend to manage those leads. Our current CRM of choice is JUNGO. We used to use SureFire (aka Top of Mind) and before that ACT!. We are huge into database management and database marketing. We have a team that builds, manages and markets to our LO's databases on their behalf. We have integrations and automations build within Encompass and all of our content is customized. We are intrigued by those who have a component of consumer direct and see the value when done properly. Our CIO and IS team are familiar with Velocify as well as Candid and Pipe Drive. We are an extremely tech forward company. We employ four (4) in-house software engineers and are currently rolling out our revamped and renamed propriety technology that is designed to be an absolute difference maker that will benefit both sales and ops. (LO's will love it. Processors will love. Clients will love. Referral partners will love it. It is called "ELEMENT".

8. What kind of marketing support help do they have? Do they have a marketing department? A ton of support is offered; more than you can use at one time. Yes it is an in-house marketing department of 8+ associates including a social media expert and a video content creator.

9. What is % of purchase/refinance as a company? YTD company is 63% purchase; Florida is 69% purchase.

10. Waiting period for benefits? Medical benefits start on the 1st of the month after 60 days. (Example, on-board 11/30 and benefits start 2/1. On-board 12/7 and benefits start 3/1.)

CONFIDENTIAL
WMC006268

11. 401k, when can we start, what is company match? You can start contributing Day 1. It is a 5-year vesting schedule for the match. The match is $.50 on the $1 up to 6% of associates pay. (There is a max annual company contribution of $3k per year per associate.)

12. Do they have or can they set up a deferred compensation plan for high wage earners? Not at this time but we are looking into it.

13. What out of the box loan programs do you have? Bank stmt loans, DSCR/Investor cash flow, Renovation loans, Physicians loans, Foreign National, Bridge Loans, etc. Do you have any broker partners that do programs like that or anything in house? Hmm…where to start? I will start with the stuff that packs the biggest punch:

    - In-House C/P Loans: 95% LTV up to $1,000,000 loan amount. It is a true one-time close.

    - Bank portfolio lending:

        - Think reduced waiting periods on foreclosures, short-sales and bankruptcies.

        - Think 95% LTV up to $1,000,000 loan amount. (In-House)

    - 585 FICO on FHA (in-house)

    - FL Housing and other DPA's

    - Non-warrantable condo's (in-house and broker options)

    - Manufactured housing (in-house and brokered options)

    - Doctor loans (in-house)

    - Wealth Builder Loan – This is 100% financing up to a $750k loan amount with no monthly PMI (in-house) *20-year loan*

    - Specialty loans for "Heroes" *(It sizzles when you sell it but you won't do many of these.)*

    - Specialty loans for "Professionals" (Think: CPA, CMB, CFA etc.) - *(It sizzles when you sell it but you won't do many of these.)*

    - In-house renovation lending

- Other brokered options available for: bank statement, foreign national and DSCR.

(However, full disclosure, it is the same types of investors the rest of the industry has and we have the same types of headaches     the rest of the industry has.)

*I am sure we left something off but hopefully your get the general idea. 😊

14. Marketing budget/share of any expenses – Would we also have some assistance in marketing expenses to use on events, promotional materials, leads, etc? When running a P&L model there are many expenses that will be yours especially when it comes to purchased leads and events. There will be some things we do as a group that benefits all branches and if it is a group function that benefits the entire FL Region then it ends up not being a branch expense. We can work in an upfront allowance to be given to get the branch fully stocked. The FL Regional sales support staff in place to manage and market to LO's databases is not a branch expense. This is a service provided to the branches. There is also no cost allocation / cost sharing to help cover the costs of our marketing department associates, social media associates nor the FL Region's video content creator. (Yes. We have a videographer on staff to work with our LO's of just the FL Region on creating video content.)

15. Are you doing any virtual closings/hybrid closings? The vast majority of our closings are hybrid. We use a service provider called Snap Docs. Any closing document that isn't notarized can be signed pre-closing electronically. Only notarized docs get signed in person/ink. We also do RON closings when needed, but do not do many of them overall as not all title companies are set up for it.

Thank you!

Chris Wolf





CONFIDENTIAL   WMC006271