# **EXHIBIT H**

| | |
|---|---|
| **From:** | Dwayne Hutto </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=208E1EC8F6B04A9DBCBBE8042BB48AD7-DHUTTO> |
| **Sent:** | Thursday, March 3, 2022 10:53 AM |
| **To:** | dowen@waterstonemortgage.com |
| **Subject:** | Fwd: December P&l |
| **Attach:** | 1728 Tampa P&L 2021-12.xlsx |

Sent from my iPhone

Begin forwarded message:

> **From:** Dwayne Hutto <dwayne.hutto@yahoo.com>
> **Date:** March 3, 2022 at 10:51:47 AM EST
> **To:** Dwayne Hutto <dhutto@mutualmortgage.com>
> **Subject: Fw: December P&l**
>
> *This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.*
>
> Sent from Yahoo Mail for iPhone
>
> Begin forwarded message:
>
> On Wednesday, March 2, 2022, 6:31 PM, Chris Smith <husky5417@yahoo.com> wrote:
>
>> ----- Forwarded Message -----
>> **From:** Chris Smith <chrissmith@mutualmortgage.com>
>> **To:** husky5417@yahoo.com <husky5417@yahoo.com>
>> **Sent:** Wednesday, March 2, 2022, 06:25:00 PM EST
>> **Subject:** FW: December P&l
>>
>> 
>>
>> **Chris Smith**
>> **Senior Vice President of Sales**
>> Mobile: (813) 777-7881
>> Office: (813) 756-4717
>> Fax: (630) 448-3023
>> 4902 Eisenhower Boulevard, Suite 385
>> Tampa, FL 33634
>> NMLS # 69879
>>
>> 
>>
>> Send Secure Documents Here DOCUMENTGUARDIAN
>> Mutual of Omaha Mortgage, Inc. NMLS: 1025894
>>
>> **From:** Brian Tomalak <btomalak@mutualmortgage.com>
>> **Sent:** Thursday, January 20, 2022 4:48 PM
>> **To:** Chris Smith <chrissmith@mutualmortgage.com>; Kiley King <kking@mutualmortgage.com>
>> **Subject:** December P&l
>>
>> Great job and congrats!
>>
>> **Brian Tomalak**
>>
>> **Senior Vice President of Sales**

CONFIDENTIAL

MOM-0000027



Mobile: (630) 770-7878

Office: (630) 984-4643

Fax: (630) 261-6646

100 W. 22nd Street, Suite 109

Lombard, IL 60148

NMLS # 179238

https://mutualmortgage.simplenexus.com/borrower/signup/btomalak@mutualmortgage.com





Mutual of Omaha Mortgage, Inc. NMLS: 1025894

**CONFIDENTIAL**                                                                                                                                            MOM-0000028