# EXHIBIT J

Case 8:22-cv-01660-AEP    Document 150-10    Filed 04/01/24    Page 1 of 2 PageID 3455

| | |
|---|---|
| **From:** | Dustin Owen <dowen@waterstonemortgage.com> |
| **Sent:** | 3/5/2022 5:21:53 PM -0600 |
| **To:** | Chris Wolf <cwolf011@gmail.com> |
| **Subject:** | Re: Re: Next steps and timeline |

In regards to a timeline, I am thinking we would want to plan out at least 2 to 3 weeks if possible. We would work it very similar to how we work a purchase closing. We would pick a start date and then work backwards from there creating a timeline for when we needed to achieve certain milestones.

In the beginning we will need to knock out employment applications and background checks. Then we can move on to generating offer letters. We then would want to start creating your database by transferring as much over as possible. We would need to start solving for any IT equipment such as laptops, copiers, phone system. We???d wanna get the lease executed so that we could have the HUD ID up and running on day one. We want to start collecting headshot and bio???s on as many of your associates as possible so that we can get that over to the marketing department for their website.

Additionally, we???d want to determine are you going to try to send over a small team a week to 10 days early to get on board at first and up and running or are you going to just rip the Band-Aid off and dive in headfirst.

The good news is that we have a powerful team who is very experienced with onboarding so I am confident that when we put our heads together we are going to be able to come up with a plan and execute it with a high degree of success.

Dustin Owen, CMB?????
Regional Vice President
NMLS #322926
Waterstone Mortgage Corp.
Host of The Loan Officer Podcast
Sent from my iPhone

**From:** Chris Wolf <cwolf011@gmail.com>
**Sent:** Saturday, March 5, 2022 5:46:27 PM
**To:** Dustin Owen <dowen@waterstonemortgage.com>
**Subject:** Next steps and timeline

EXTERNAL EMAIL: Use Caution!

Hey Dustin!
I believe Chris Smith has a meeting next week to go over the pro forma, and if all goes well we can move forward. I wanted to get an idea of a timeline from you. When the process would start, what the stages would be, and what the overall time frame would be for the move.
Thanks!
Chris Wolf

CONFIDENTIAL
WMC008400