# **<u>EXHIBIT L</u>**

| | |
|---|---|
| **From:** | Dwayne Hutto <dhutto@mutualmortgage.com> |
| **Sent:** | Tuesday, March 29, 2022 2:09 PM |
| **To:** | Zeke Waterman <zwaterman@mutualmortgage.com>; Chris Wolf <cwolf@mutualmortgage.com> |
| **Subject:** | Hennessey |

Can you guys forward the full file to Mike Smalley at Waterstone? They can get it done

Sent from my iPhone

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/7/2022 9:01:47 AM -0500 |
| **To:** | Ben Davis <bdavis@waterstonemortgage.com> |
| **Subject:** | Re: Re: New files |

**EXTERNAL EMAIL:** Use Caution!

321-278-9930
Chris Wolf

On Thu, Apr 7, 2022 at 10:01 AM Chris Wolf <cwolf011@gmail.com> wrote:
> I just called and left a message. Give me a call when you can.
> Thank you sir!
> Chris Wolf

>> On Wed, Apr 6, 2022 at 2:57 PM Ben Davis <bdavis@waterstonemortgage.com> wrote:
>> Yes you got it talk to you tomorrow
>> Ben Davis
>> Waterstone Mortgage Corporation
>> Sales Manager
>> 407.645.6399
>> **From:** Chris Wolf <cwolf011@gmail.com>
>> **Sent:** Wednesday, April 6, 2022 2:54:40 PM
>> **To:** Ben Davis <bdavis@waterstonemortgage.com>
>> **Subject:** Re: New files

>> **EXTERNAL EMAIL:** Use Caution!

>> Yes that would be great! What's the best number to reach you? The office # in your signature?

>> Chris Wolf

>>> On Wed, Apr 6, 2022 at 1:39 PM Ben Davis <bdavis@waterstonemortgage.com> wrote:
>>> Chris,

>>> I can help out with these files.

>>> Do you want call me at 10:00 tomorrow morning to discuss?

CONFIDENTIAL                                                                                                                    WMC006389

Thanks,



**Ben Davis**

**Sales Manager**

NMLS #449419

2699 Lee Road, Suite 600 Winter Park, FL 32789

O: 407.645.6399

Email: BDavis@WaterstoneMortgage.com

Visit My Website



Get Pre-Approved / Apply Now



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act (â€œE-Signâ€) unless a specific statement to the contrary is included in this message.

**From:** Chris Wolf <cwolf011@gmail.com>
**Sent:** Wednesday, April 6, 2022 11:51 AM
**To:** Dustin Owen <dowen@waterstonemortgage.com>; Michael Smalley <msmalley@waterstonemortgage.com>; Ben Davis <bdavis@waterstonemortgage.com>
**Subject:** New files

EXTERNAL EMAIL: Use Caution!

Good morning,

I wanted to see the best way to send any files to you right now. I know Chris Smith and Dwayne have another call tomorrow to hopefully finalize things. I have some files that we cannot do that I wanted to send over. Who should I send them to?

I have that basketball player coming over hopefully by the end of this week that Ben and I discussed. His tax returns should be done soon.

I also have at least one file where the borrower does not own a primary and is looking to buy an investment property that I will send over.

I possibly have a non-warrantable condo client but their offer didn't get accepted so they are out shopping again.

Chris Wolf

CONFIDENTIAL                                                                                         WMC006391

| | |
|---|---|
| **From:** | Shirley Agudelo <sagudelo@waterstonemortgage.com> |
| **Sent:** | 4/22/2022 6:26:25 AM -0500 |
| **To:** | dwayne.hutto@yahoo.com; Dwayne Hutto <DHutto@waterstonemortgage.com> |
| **Subject:** | Fwd: Fwd: Tariq |

Good morning Dwayne,
Any updates on the statement for this borrower?
Thank you.

**Shirley Agudelo**
**Regional Processing Manager**
2699 Lee Rd. Suite 600 Winter Park, FL 32789
O: 407.645.6343 F: 407.386.8875
Email: SAgudelo@WaterstoneMortgage.com

**From:** Shirley Agudelo <sagudelo@waterstonemortgage.com>
**Sent:** Tuesday, April 19, 2022, 5:11 PM
**To:** dwayne.hutto@yahoo.com <dwayne.hutto@yahoo.com>
**Subject:** Tariq

Hi Dwayne,

I'm working on submitting this file to our underwriting team, but I do not see enough assets.

I have Truist bank statements for checking account #4490 and money market account #7364 (FYI – Some pages are missing). Do you have any more bank statements you can send me?

Thank you!



**Shirley Agudelo**
**Regional Processing Manager**
2699 Lee Rd. Suite 600 Winter Park, FL 32789
O: 407.645.6343 F: 407.386.8875
Email: SAgudelo@WaterstoneMortgage.com

**My office hours are from 8:00 AM to 4:00 PM  Eastern Standard Time**



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in

Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

CONFIDENTIAL
WMC007336