# **EXHIBIT N**



Previous Company Information Disclosure

We are excited to welcome you to the Waterstone Mortgage family. We pride ourselves on maintaining strong business ethics, as we work to uphold our positive reputation with our employees and the industry as a whole. To help us ensure that the transition from your previous employer to Waterstone Mortgage is handled with professionalism and integrity, please reference these important guidelines:

1. Waterstone Mortgage will not request information or assets from your previous employer. The loans currently in your pipeline are property of your former employer, so please ensure that they maintain ownership of those files. This also applies to loan pre-qualifications that haven't yet moved to the application stage.

2. Please refrain from copying or otherwise recording your clients' personal information from your previous employer's systems. While you may wish to contact your clients to inform them that you are leaving the company, and that someone else will contact them in regards to their loan file, please do not encourage your clients to do business with you at Waterstone Mortgage.

3. Please ensure that you do not remove, copy, record, or use any other method to take proprietary company information from your previous employer.

4. Do not take software, equipment, or any other physical property belonging to your former employer.

By following the above guidelines, you will set yourself up for a successful transition. Not only will you maintain your positive reputation in the industry, but you will also help Waterstone Mortgage uphold our high standards.

If you are found to be in violation of these guidelines and your previous employer consequently takes legal action against you, this may result in changes to your employment status with Waterstone Mortgage.

By adhering to these simple steps, we can ensure that your transition is handled efficiently and respectfully. If you have any questions or would like additional information, please contact me directly at 262.696.3887.

Thank you,

Elizabeth Spragg
Senior Vice President – Human Resources

*By signing below, I acknowledge receipt of and agree to adhere to the guidelines contained herein.*

Chris Wolf
Chris Wolf (Apr 21, 2022 10:02 EDT)
Name

Apr 21, 2022
Date

WATERSTONE MORTGAGE CORPORATION
N25 W23255 Paul Road, Pewaukee, WI 53072
262.691.9300 PHONE   262.691.9301 FAX   800.354.1149 TOLL FREE
WaterstoneMortgage.com

CONFIDENTIAL                                                                                                           WMC005267