# **EXHIBIT O**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/21/2022 12:01:37 PM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | Sherwood file |
| **Attachments:** | 2021 W2.pdf; 2020 W2s.pdf; 1003.pdf; Job letter.pdf; DL.pdf; Pay stubs.pdf; Spouse DL.pdf; WVOEs prior.pdf; Contract.pdf; Bank stmts.pdf |

**EXTERNAL EMAIL: Use Caution!**

They are doing a 7/6 ARM at 4.75%. The current employer will be noting on WVOE that 15+ hours OT are guaranteed so we can use it.
Let me know what credit score is please. I'm hoping it's 720+
Thanks!
Chris Wolf

**Exhibit 13**

CONFIDENTIAL                                                                                                         WMC002162

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/20/2022 12:56:30 PM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | Columbis |
| **Attachments:** | DD214.pdf; Annuity Statement 2020.pdf; Passport.pdf; SSA Letter.pdf; 1st Pension Check - others are direct deposit.pdf; Dec bnk stmt.pdf; 1003.pdf |

EXTERNAL EMAIL: Use Caution!

Credit did not have scores. Said they were all frozen. I would tell him to unfreeze them before you try to get a report.
Chris Wolf

CONFIDENTIAL

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/13/2022 9:17:22 AM -0500 |
| **To:** | Ben Davis <BDavis@waterstonemortgage.com> |
| **Subject:** | Manufactured home with ADU |
| **Attachments:** | Kemp appraisal.pdf |

EXTERNAL EMAIL: Use Caution!

Hi Ben,
Do you allow these? We have an overlay that does not allow accessory units on manufactured homes. Also it appears the vinyl skirting requires backing for FHA, so that would need to be remedied to do FHA or I can check to see if the appraiser would change appraisal to As-Is if we need to go conventional.

> The improvements do not meet the minimum requirements of HUD Handbook 4000.1, as the non load-bearing vinyl skirting requires backing by a load-bearing material, such as concrete, masonry, or treated wood. One lower cost alternative to meet these requirements is to build a frame of pressure treated wood, attach plywood to the front of this frame, then again reattach the vinyl skirting across the front of this frame. The estimated cost to cure using this method is $1000.
> An excerpt from HUD Handbook 4000.1 explaining the requirement for FHA loans is attached to this appraisal report; see item (B) in the attached excerpt. Additionally, attached are some examples of compliant backing.

Appraisal is attached. Let me know what you think.
Thank you,
Chris Wolf

CONFIDENTIAL
WMC004430

| | |
|---|---|
| From: | Shirley Agudelo <sagudelo@waterstonemortgage.com> |
| Sent: | 4/22/2022 12:10:33 PM -0500 |
| To: | Chris Wolf <cwolf011@gmail.com> |
| CC: | Ben Davis <bdavis@waterstonemortgage.com> |
| Subject: | Crawford, Jordon - Loan Commitment |
| Attachments: | Title Commitment - Crawford.pdf |

Hi Chris,

As promised, attached is the loan commitment for this file. Please let me know if you need anything else.

Thank you.



**Shirley Agudelo**

**Regional Processing Manager**

2699 Lee Rd. Suite 600 Winter Park, FL 32789

O: <u>407.645.6343</u>  F: <u>407.386.8875</u>

Email: <u>SAgudelo@WaterstoneMortgage.com</u>

**My office hours are from 8:00 AM to 4:00 PM  Eastern Standard Time**



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in

| | |
|---|---|
| From: | Chris Wolf <cwolf@mutualmortgage.com> |
| Sent: | 2/22/2022 12:11:15 PM -0600 |
| To: | Michael Smalley <msmalley@waterstonemortgage.com> |
| Subject: | FW: FW: Loan Referral - Charlie Valentin |

**EXTERNAL EMAIL:** Use Caution!

Hi Mike!

I have a construction lead for you.  Please see below for Charlie's email.  He's a referral from a client of mine, Gabe Sanchez.

I gave him your information as well.

Thanks!



**Chris Wolf**
**Vice President of Mortgage Lending**
Mobile: (321) 278-9930
Office:  (386) 742-0555
Fax:     (630) 426-2668
900 W. Granada Blvd, Suite 4
Ormond Beach, FL 32174
NMLS # 1626538

CONFIDENTIAL

WMC006193

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/21/2022 6:59:14 AM -0500 |
| To: | Michael Irish <MIrish@waterstonemortgage.com> |
| Subject: | Re: Re: Julie Rose |

EXTERNAL EMAIL: Use Caution!

Let me know when you review credit and give me a call so we can discuss.
Thanks!

On Wed, Apr 20, 2022, 11:37 AM Chris Wolf <cwolf011@gmail.com> wrote:
> Thanks! They are looking to do conv purchase, 20% down. She has a mortgage on current home and will be keeping it until after they move.
> Chris Wolf
>
>> On Wed, Apr 20, 2022 at 11:33 AM Michael Irish <MIrish@waterstonemortgage.com> wrote:
>> App came in, currently in a meeting down here. I'll hop on it as soon as I get out of the meeting.
>> Michael Irish
>> Mortgage Loan Originator
>> 386-679-5019
>> **From:** Chris Wolf <cwolf011@gmail.com>
>> **Sent:** Wednesday, April 20, 2022 10:49:22 AM
>> **To:** Michael Irish <MIrish@waterstonemortgage.com>
>> **Subject:** Julie Rose
>>
>> EXTERNAL EMAIL: Use Caution!
>>
>> You should see an app come over from Julie Rose or it might say John. Let me know when it comes in.
>> Thanks!
>> Chris Wolf

CONFIDENTIAL

WMC006205

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/27/2022 10:44:27 AM -0500 |
| To: | Michael Irish <MIrish@waterstonemortgage.com> |
| Subject: | Danielle McCormick pre-approval |

EXTERNAL EMAIL: Use Caution!

Hey brother, can you send me a pre-approval letter for sale price $275,000, VA purchase, loan amount $215,000.
Thanks!
Chris Wolf

CONFIDENTIAL                                                                                                    WMC006206

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/22/2022 12:56:56 PM -0500 |
| **To:** | Dawson Walker <dawson.walker@waterstonemortgage.com> |
| **Subject:** | New file - Byers, Lea/Brad |
| **Attachments:** | CC Auth for appraisal.pdf; 1003.pdf; Credit.pdf; IDs.pdf; Paystubs Brad.pdf; Paystubs Lea.pdf; W2s Brad.pdf; Tax bill.pdf; W-2s Lea.pdf; Contract.pdf; Wells 1229 0331.pdf; CD for sale of 6640 Merryvale Lane Port Orange.pdf; Wells 8300 0228.pdf; Wells 8300 0331.pdf |

EXTERNAL EMAIL: Use Caution!

Hey bud, can you or someone on your team get this one going?  That rate is unrealistic (Dwayne file) so we can look at locking next week.  Input 5.25% for now
Thank you!
Chris Wolf

CONFIDENTIAL

WMC001763

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/13/2022 12:43:04 PM -0500 |
| To: | Michael Smalley <msmalley@waterstonemortgage.com>; Ben Davis <bdavis@waterstonemortgage.com> |
| Subject: | Tariq 2019 |
| Attachments: | 2019 1040.pdf; 2019 1120S AAQT.pdf; 2019 1120S MCT.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

CONFIDENTIAL

WMC000854

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/20/2022 1:30:31 PM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | D'Ettore docs |
| **Attachments:** | DL.pdf; SSC.pdf; DD214.pdf; COE.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

CONFIDENTIAL WMC001685

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/20/2022 12:45:41 PM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | Gipson |
| **Attachments:** | Bank Statements - SunTrust #5029.pdf; 2020 W2 - Eminent Consulting, LLC.jpg; 2020 W2 - Krucial Staffing, LLC.jpg; Bank Statements - SunTrust #0565.pdf; 1003.pdf; DL.jpg; Income Calc URLA Worksheet_URLA.pdf; Paystubs 10.01.21 - Krucial PRIOR.pdf; Paystubs 10.31.21 - Prime Staffing.PRIOR.pdf; Paystubs 11.26.21 - Comprehensive CURRENT.pdf; Credit old.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/26/2022 8:58:54 AM -0500 |
| **To:** | Michael Irish <MIrish@waterstonemortgage.com> |
| **Subject:** | Sam Brown |
| **Attachments:** | Paystubs.pdf; DL.pdf; 1003.pdf; W2's.pdf; Credit old.pdf; BOA Dec 3489 - 6891.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

CONFIDENTIAL											WMC001378

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/19/2022 10:25:31 AM -0500 |
| **To:** | Dawson Walker <dawson.walker@waterstonemortgage.com>; kristiejohnson0223@gmail.com |
| **Subject:** | Castaneda |
| **Attachments:** | 2020 W-2.pdf; 2020 Transcripts.pdf; Capital one Auto Pd in Full 1994.pdf; Cash out LOX.pdf; 2020 1040.pdf; DL.pdf; Email from Mortg holder.pdf; Credit.pdf; IRS payoff.pdf; Income worksheet.pdf; 2020 1120S.pdf; Profit & Loss Castaneda 2021.pdf; 1003.pdf; Updated HOI.pdf; Private Mortg & Deed.pdf |

**EXTERNAL EMAIL: Use Caution!**

Hey Dawson,
Here is a CO refi of Dwayne's. Kristie and I have been working on it for several months now, actually like a year LOL. We got him rescored up to 710 and were able to get it to run through AUS.
If you or Maria can get this one going and send to Cameron to LP. Try to pull credit today since the rescore just came back, scores should be the same.
The appraisal I'm sending is over 4 months old, so we're going to get with Brian to see if we can get a new one with more value since we're capped at 75 LTV per AUS, so just hold that for now.
Let Kristie know what other docs you need. I didn't see any asset docs in the file, so we need updated bank statements.
Thanks!
Chris Wolf

CONFIDENTIAL                                                                                           WMC001558

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/20/2022 12:47:39 PM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | Tasha Ryan |
| **Attachments:** | Paystub old.pdf; 1003.pdf; DL.pdf; SSC.pdf; W2s.pdf; WVOE Aug.pdf; Credit old.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

CONFIDENTIAL                                                                                                    WMC001297

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 5/1/2022 1:57:53 PM -0500 |
| To: | Chris Wolf <CWolf@waterstonemortgage.com> |
| Subject: | Rose income worksheet |
| Attachments: | IncomeWorksheet - Rose.xlsx |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

CONFIDENTIAL                                                                                           WMC001247

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 3/29/2022 9:27:23 PM -0500 |
| **To:** | Michael Smalley <msmalley@waterstonemortgage.com>; Dwayne Hutto <dwayne.hutto@yahoo.com> |
| **Subject:** | Hennessy file |
| **Attachments:** | Hennessey.xml; DL.pdf; HOA rider.pdf; Credit report.pdf; 1003.pdf; Contract.pdf; Divorce decree.pdf |

EXTERNAL EMAIL: Use Caution!

Hi Mike,
Dwayne asked me to send you this file.
Thanks!
Chris Wolf

CONFIDENTIAL                                                                                              WMC001185

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/14/2022 10:19:11 AM -0500 |
| **To:** | Ben Davis <bdavis@waterstonemortgage.com> |
| **Subject:** | Kemp Manufactured Home w/ADU |
| **Attachments:** | EMD.pdf; DL.pdf; FHA case number for Kemp.pdf; Engineering Cert.pdf; Gift Letter.pdf; HUD Plate.pdf; Income calc.pdf; Credit Report.pdf; KEMP JIMMY DALE INVOICE 2022.pdf; KEMP JIMMY DALE POLICY 2022.pdf; Kemp 1003.pdf; KEMP RCE 2022.pdf; paystubs.pdf; PNC Bank checking Feb #6745.pdf; 2020 W2.pdf; 2021 W2.pdf; AddendumtoContract-3.pdf; PNC Bank checking MArch #6745.pdf; CC auth.pdf; Sales Contract.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/20/2022 12:49:48 PM -0500 |
| To: | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| Subject: | Tyson 2020 |
| Attachments: | 2020 1040.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

CONFIDENTIAL WMC001024