**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1660-UAM | **DATE:** April 10, 2024 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |

| | |
|---|---|
| **MUTUAL OF OMAHA MORTGAGE, INC.** | **PLAINTIFF COUNSEL:** Courtney Walter, Ari Karen, Aron Raskas, John Schifino |
| v. | |
| **WATERSTONE MORTGAGE CORPORATION** | **DEFENSE COUNSEL:** Maria Kreiter, Emma Jewel, Carolina Blanco, Scott McLaren |

| **COURT REPORTER:** digital | **DEPUTY CLERK:** Lynne Viro |
|---|---|
| **TIME:** 11:00 to 11:07  **TOTAL:** 7 minutes | **COURTROOM:** 10A |

**PROCEEDINGS:** STATUS CONFERENCE - ZOOM

Based upon the consent this status conference has been set.

8 days for jury trial.  Jury trial scheduled to begin on June 3, 2024.

Pretrial conference scheduled for May 16 at 11:00 am via zoom

All motions in limine are due no later than May 16.