# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>Defendant. | Case No: 8:22-cv-01660-UAM |

## NOTICE OF APPEARANCE OF GREGORY L. PIERSON

The undersigned attorney, Gregory L. Pierson of Gunster, Yoakley & Stewart, P.A., files this Notice of Appearance as counsel for Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual"), in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be served upon the following:

**GREGORY L. PIERSON**
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
Email: gpierson@gunster.com

Dated: April 12, 2024

Respectfully submitted,

*/s/ Gregory L. Pierson*
John A. Schifino
Florida Bar Number 0072321

Justin P. Bennett  
Florida Bar Number 112833  
Gregory L. Pierson, Esq.  
Florida Bar Number 123905  
GUNSTER, YOAKLEY &  
STEWART, P.A.  
401 E. Jackson St., Ste. 1500  
Tampa, FL 33602  
(813) 228-9080 (telephone)  
(813) 228-6739 (facsimile)  
Email:  jschifino@gunster.com  
jbennett@gunster.com  
gpierson@gunster.com

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Gregory L. Pierson*
Gregory L. Pierson