# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) <br> ) Civil Action No. 22-CV-01660 <br> ) <br> ) **PLAINTIFF MUTUAL OF OMAHA** <br> ) **MORTGAGE, INC.'S THIRD AMENDED** <br> ) **RESPONSES AND OBJECTIONS TO** <br> ) **DEFENDANT WATERSTONE** <br> ) **MORTGAGE CORPORATION'S FIRST** <br> ) **SET OF INTERROGATORIES** <br> ) <br> ) |
| Plaintiff, | |
| v. | |
| WATERSTONE MORTGAGE CORPORATION, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Court's March 1, 2023 Order (Doc. No. 52) (the "Order"), plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby submits these third amended responses and objections to defendant Waterstone Mortgage Corporation's ("Defendant") first set of interrogatories dated as of October 4, 2022 (each a "Interrogatory" and, collectively, the "Interrogatories").

The responses and objections set forth below are based upon information currently known and available to Plaintiff at the time these responses and objections are made. Plaintiff's ongoing discovery, analysis, and investigation may disclose the existence of additional facts, add meaning to known facts, support entirely new legal or factual contentions, and may lead to additions or

**EXHIBIT 1**

        MOM-0002932
        MOM-0002935
        MOM-0002937
        MOM-0002946
        MOM-0002949
        MOM-0002954
        MOM-0002956
        MOM-0002965
        MOM-0002968
        MOM-0003061
        MOM-0003064
        MOM-0003469
        MOM-0003470

8. Identify with particularity all trade secrets that Mutual of Omaha relies upon to support its Defend Trade Secrets Act and Florida Trade Secrets Act claims, and any other claim pursued in this case.

**<u>Response:</u>**

Plaintiff objects to this Interrogatory on the grounds that it calls for a legal conclusion and is unduly burdensome.

Subject to and without waiving the objections set forth herein, Plaintiff identifies the following trade secrets that are at issue in this case, which are described in paragraphs 3 and 37-42 of Plaintiff's First Amended Complaint, and for each such trade secret, Plaintiff has provided the Bates numbers at which Plaintiff has produced documents regarding the trade secrets in the attached spreadsheet.

Interrogatory 8 Response - Trade Secrets

| Document Type | Bates Number | TS Review Tags/ Classification |
|---|---|---|
| Email | MOM-0000027-MOM-0000028 | Int. 8 Financials |
| Email | MOM-0000033 | Int. 8 Financials |
| Excel | MOM-0000034 | Int. 8 Compensation;Int. 8 Financials |
| Email | MOM-0000035-MOM-0000037 | Int. 8 Financials |
| Email | MOM-0000038-MOM-0000039 | Int. 8 Financials |
| Email | MOM-0000230-MOM-0000232 | Int. 8 Customer |
| Email | MOM-0001296-MOM-0001297 | Int. 8 Customer |
| Email | MOM-0015236-MOM-0015237 | Int. 8 Customer |
| Email | MOM-0015279-MOM-0015280 | Int. 8 Customer |
| Excel | MOM-0015947 | Int. 8 Customer |
| PDF | WMC000741-WMC000746 | Int. 8 Compensation |
| PDF | WMC000749-WMC000752 | Int. 8 Customer |
| PDF | WMC000854 | Int. 8 Customer |
| PDF | WMC000934 | Int. 8 Customer |
| PDF | WMC001024 | Int. 8 Customer |
| PDF | WMC001185 | Int. 8 Customer |
| PDF | WMC001189-WMC001203 | Int. 8 Customer |
| PDF | WMC001204-WMC001211 | Int. 8 Customer |
| PDF | WMC001212-WMC001223 | Int. 8 Customer |
| PDF | WMC001224-WMC001246 | Int. 8 Customer |
| PDF | WMC001247 | Int. 8 Customer |
| PDF | WMC001297 | Int. 8 Customer |
| PDF | WMC001378 | Int. 8 Customer |
| PDF | WMC001450 | Int. 8 Financials |
| PDF | WMC001558 | Int. 8 Customer |
| PDF | WMC001648 | Int. 8 Customer |
| PDF | WMC001685 | Int. 8 Customer |
| PDF | WMC001763 | Int. 8 Customer |
| PDF | WMC002147 | Int. 8 Customer |
| PDF | WMC002162 | Int. 8 Customer |
| PDF | WMC004430 | Int. 8 Customer |
| PDF | WMC004569-WMC004570 | Int. 8 Compensation |
| PDF | WMC005502-WMC005507 | Int. 8 Customer |
| PDF | WMC006193-WMC006196 | Int. 8 Customer |
| PDF | WMC006205 | Int. 8 Customer |
| PDF | WMC006263-WMC006271 | Int. 8 Template |
| PDF | WMC006363-WMC006365 | Int. 8 Customer |
| PDF | WMC006435 | Int. 8 Customer |
| PDF | WMC008812-WMC008819 | Int. 8 Customer |