| Bates Number | Mutual's Classification | Document Date | Identified in Discovery | Date of Production | Description |
|---|---|---|---|---|---|
| MOM-0000027-MOM-0000028 | Int. 8 Financials | 3/3/2022 | Yes | 11/3/2022 | Forwarded email from former Mutual manager (@Yahoo) to Waterstone Regional VP (@Waterstone) with an attachment labeled "1728 Tampa P&L 2021-12.xlsx", which is not identified as a trade secret. |
| MOM-0000033 | Int. 8 Financials | 2/17/2022 | Yes | 11/3/2022 | Forwarded email from former Mutual manager (@Yahoo) to Waterstone Regional VP (@Waterstone) with an attachment labeled "1734 Daytona P&L 2021-12.xlsx." |
| MOM-0000034 | Int. 8 Compensation; Int. 8 Financials | 12/2021 | Yes | 11/3/2022 | Daytona branch's December P&L. |
| MOM-0000035-MOM-0000037 | Int. 8 Financials | 3/3/2022 | Yes | 11/3/2022 | Email from Waterstone Regional VP (@Waterstone) to former Mutual manager (@Mutual) noting the December P&L was received and was sent to Kevin Allen. |
| MOM-0000038-MOM-0000039 | Int. 8 Financials | 2/17/2022 | Yes | 11/3/2022 | Email from Waterstone Regional VP (@Waterstone) to former Mutual manager (@Mutual) noting receipt of the December P&L. |
| MOM-0000230-MOM-0000232 | Int. 8 Customer | 4/8/2022 | Yes | 11/3/2022 | Internal email forward between two former Mutual employees (@Mutual); original email is to a potential borrower. Former Mutual employee notes to the other former Mutual employee that she plans to work for Waterstone. |
| MOM-0001296-MOM-0001297 | Int. 8 Customer | 4/19/2022 | No | 1/6/2023 | Internal email forward between two former Mutual managers (@Mutual); original email notes a potential lead from the former Mutual manager's past client. This former Mutual manager notes this as a "false alarm" and the other respsonds with "LOL". |
| MOM-0015236-MOM-0015237 | Int. 8 Customer | 7/28/2023 | No | 8/9/2023 | Forwarded email from former Mutual manager (@yahoo) to Mutual's counsel regarding a subpoena he received; attachment name shown as "all loans closed1.xlsx". The attachment is not identified as a trade secret. |
| MOM-0015279-MOM-0015280 | Int. 8 Customer | 7/28/2023 | No | 8/9/2023 | Forwarded email from former Mutual manager (@yahoo) to Mutual's counsel fowarding email with subject line "Encompass Export Field Map"; the original 5/11/2022 email from a Waterstone employee (@Waterstone) to former Mutual manager (@Yahoo) contains suggested fields for an Encompass export map. The fields contain headings with no data. |
| MOM-0015947 | Int. 8 Customer | | No | 12/8/2023 | Excel spreadsheet created by Mutual in litigation to show potential lost customers and produced to Waterstone. |
| WMC000741-WMC000746 | Int. 8 Compensation | 4/12/2022 | No | 10/31/2022 | Email exchange between former Mutual manager (@Gmail) and Chief People and Administrative Officer (@Waterstone) regarding onboarding exchanging an excel spreadsheet. The thread indicates 2 attachments; neither are identified as a trade secret. |

EXHIBIT 2

| Bates Number | Mutual's Classification | Document Date | Identified in Discovery | Date of Production | Description |
|---|---|---|---|---|---|
| WMC000749-WMC000752 | Int. 8 Customer | 4/8/2022 | No | 10/31/2022 | Email from former Mutual manager (@Gmail) to Waterstone employee (@Waterstone) discussing/attaching borrower's tax return and income information. Attachments are not identified as trade secrets. |
| WMC000854 | Int. 8 Customer | 4/13/2022 | No | 10/31/2022 | Blank email from former Mutual manager (@Gmail) to Waterstone employees (@Waterstone) containing 3 attachments. The subject line references a borrower. Attachments are not identified as trade secrets. |
| WMC000934 | Int. 8 Customer | 4/14/2022 | No | 10/31/2022 | Blank email from former Mutual manager (@Gmail) to Waterstone employee (@Waterstone) containing 17 attachments. The subject line reads "Kemp Manufactured Home w/AUD". The attachments are not identified as trade secrets. |
| WMC001024 | Int. 8 Customer | 4/20/2022 | No | 10/31/2022 | Blank email from former Mutual manager (@Gmail) to Waterstone employee (@Waterstone) containing 1 attachment. The subject line references a borrower. The attachment is not identified as a trade secret. |
| WMC001185 | Int. 8 Customer | 3/29/2022 | No | 10/31/2022 | Email from former Mutual manager (@Gmail) to Waterstone employee (@Waterstone) and another former Mutual manager (@Yahoo) attaching borrower files. |
| WMC001189-WMC001203 | Int. 8 Customer | 3/23/2022 | No | 10/31/2022 | Factual Data Credit Report of potential borrower requested by former Mutual manager; attached to WMC001185. |
| WMC001204-WMC001211 | Int. 8 Customer | NA | No | 10/31/2022 | Uniform Residential Loan Application of potential borrower; attached to WMC001185. |
| WMC001212-WMC001223 | Int. 8 Customer | 3/22/2022 | No | 10/31/2022 | "As Is" Residential Contract For Sale and Purchase, Coldwell Banker Realty, between (seller) and (buyer); attached to WMC001185. |
| WMC001224-WMC001246 | Int. 8 Customer | 12/1/2021 | No | 10/31/2022 | Court filed Final Judgment of Dissolution of Marriage related to potential borrower; attached to WMC001185. |
| WMC001247 | Int. 8 Customer | 5/1/2022 | No | 10/31/2022 | Blank email from former Mutual manager's Gmail account to their Waterstone account indicating 1 attachment, referencing a borrower. Attachment is not identified as a trade secret. |
| WMC001297 | Int. 8 Customer | 4/20/2022 | No | 10/31/2022 | Blank email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) indicating 7 attachments. The subject line is a borrower name. The attachments are not identified as trade secrets. |
| WMC001378 | Int. 8 Customer | 4/26/2022 | No | 10/31/2022 | Blank email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) indicating 6 attachments. The subject line is a borrower name. The attachments are not identified as trade secrets. |

| Bates Number | Mutual's Classification | Document Date | Identified in Discovery | Date of Production | Description |
|---|---|---|---|---|---|
| WMC001450 | Int. 8 Financials | 4/21/2022 | No | 10/1/2022 | Blank email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) indicating 2 attachments. The subject line reads "Database and new Thor's Hammer". The attachments are not identified as trade secrets. |
| WMC001558 | Int. 8 Customer | 4/19/2022 | No | 10/1/2022 | Email from former Mutual Manager (@Gmail) to former Mutual employee (@Waterstone) and former Mutual employee (@Gmail) indicating 15 attachments. The attachments are not identified as trade secrets. |
| WMC001648 | Int. 8 Customer | 4/20/2022 | No | 10/1/2022 | Blank email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) indicating 11 attachments. The subject line is a borrower name. The attachments are not identified as trade secrets. |
| WMC001685 | Int. 8 Customer | 4/20/2022 | No | 10/1/2022 | Blank email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) indicating 4 attachments. The subject line references borrower documents. The attachments are not identified as trade secrets. |
| WMC001763 | Int. 8 Customer | 4/22/2022 | No | 10/1/2022 | Email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) indicating 14 attachments. The subject line reads "New file" with a borrower name. The attachments are not identified as trade secrets. |
| WMC002147 | Int. 8 Customer | 4/20/2022 | No | 10/1/2022 | Email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) indicating 7 attachments. The subject line references a borrower name. The attachments are not identified as trade secrets. |
| WMC002162 | Int. 8 Customer | 4/21/2022 | No | 10/1/2022 | Email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) indicating 10 attachments. The subject line references a borrower file. The attachments are not identified as trade secrets. |
| WMC004430 | Int. 8 Customer | 4/13/2022 | No | 10/1/2022 | Email from former Mutual manager (@Gmail) to Waterstone employee (@Waterstone) indicating 1 attachment. The subject line reads "Manufactured home with ADU". The attachment is not identified as a trade secret. The former Mutual manager asks the Waterstone employee "Do you allow these? We have an overlay that does not allow accessory units…" |
| WMC004569-WMC004570 | Int. 8 Compensation | 4/11/2022 | No | 10/1/2022 | Email from Chief People and Administrative Officer (@Waterstone) to former Mutual manager (@Gmail), and two Waterstone employees (@Waterstone) indicating 1 attachment. The subject line reads "Employee Roster." Waterstone's Chief People and Administrative Officer references a template she created to add employee details. The attachment is not identified as a trade secret. |

| Bates Number | Mutual's Classification | Document Date | Identified in Discovery | Date of Production | Description |
|---|---|---|---|---|---|
| WMC005502-WMC005507 | Int. 8 Customer | 4/22/2022 | No | 10/1/2022 | Email from Waterstone employee (@Waterstone) to former mutual manager (@Gmail) indicating 1 attachment. Waterstone employee notes she has attached "the loan commitment for this file." The attachment is not identified as a trade secret. |
| WMC006193-WMC006196 | Int. 8 Customer | 2/22/2022 | No | 10/1/2022 | Email from former Mutual manager (@Mutual) to Waterstone employee (@Waterstone). Former Mutual manager notes he has a construction lead from current client. |
| WMC006205 | Int. 8 Customer | 4/21/2022 | No | 10/1/2022 | Email from former Mutual manager (@Gmail) to former Mutual employee (@Waterstone) discussing a loan application with Waterstone. |
| WMC006263-WMC006271 | Int. 8 Template | 1/10/2022 | No | 10/1/2022 | Email from former Mutual manager (@Gmail) to Waterstone regional VP (@Waterstone) indicating 1 attachment. The subject line reads "Re: Re: Follow up meeting with Chris & Dwayne". Throughout the thread they discuss the transition. The Waterstone regional VP tells the former Mutual manager "we need to make sure anything you all do during transition does not violate any current agreement you have with your current employer...". |
| WMC006363-WMC006365 | Int. 8 Customer | 4/7/2022 | No | 10/1/2022 | Email from former Mutual manager (@Gmail) to Waterstone employee (@Waterstone) with the subject line "Re: Re: New files". The former Mutual manager says they have some files that Mutual cannot do. |
| WMC006435 | Int. 8 Customer | 4/20/2022 | No | 10/1/2022 | Email from former Mutual manager (@Gmail) to Waterstone employee (@Waterstone) with the subject line "Re: Re: Use of OT with gap". They discuss a potential loan. |
| WMC008812-WMC008819 | Int. 8 Customer | 6/14/2022 | No | 10/1/2022 | Email from former Mutual manager (@Waterstone) to former Mutual employee (@Gmail) with the subject line "RE: RE: Calle LE's". The former Mutual manager says the client is staying at Mutual. There is earlier discussion of attachments, but it is never indicated anywhere or identified as a trade secret. |