# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) ) Case No. 8:22-cv-01660-UAM |
| | ) |
| Plaintiff, | ) **PLAINTIFF MUTUAL OF OMAHA** |
| | ) **MORTGAGE, INC.'S UNOPPOSED** |
| v. | ) **MOTION TO RESCHEDULE PRETRIAL** |
| | ) **CONFERENCE TO MAY 17, 2024** |
| WATERSTONE MORTGAGE CORPORATION, | ) ) |
| | ) |
| Defendant. | ) |

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff") respectfully requests that this Court enter an order rescheduling the Pretrial Conference from Thursday, May 16, 2024, to Friday, May 17, 2024.  In support thereof, Plaintiff states:

1.     On  October 12, 2022, the Court entered the Case Management and Scheduling Order (Doc. 34), which initially set the date of the Pretrial Conference for January 22, 2024.

2.     On April 10, 2024, the Court held a status conference with the Parties to discuss the scheduling of the Pretrial Conference and trial dates in this action (Doc. 153).

3.     Following the Status Conference, the Court rescheduled the Pretrial Conference for May 16, 2024, at 11:00 AM via Zoom (Doc. 155), with the jury trial scheduled to commence on June 3, 2024, at 9:00 AM (Doc. 156).

4.      Lead counsel, Mr. Karen, now has a conflict on May 16, 2024, because the timing of his stepdaughter's medical school graduation on this date has been changed, thereby interfering with the previously scheduled Pretrial Conference.

5.      At the Status Conference, the Court indicated that it was also available to conduct the Pretrial Conference on May 17, 2024.

6.      Plaintiff's counsel has learned, through conferring with opposing counsel, Ms. Kreiter, that Defendant will be available on May 17, 2024.

7.      Plaintiff's counsel is also now available on this date, as his previous conflict has cleared.

8.      Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). This standard focuses on "the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (internal quotation marks omitted).

9.      Here, Plaintiff has been diligent in litigating this action and requests a brief, one-day extension of time as a result of a conflict that has recently arisen. This brief extension of time will neither prejudice any party nor cause any significant delay in this action's prosecution. Further, Plaintiff has also demonstrated diligence by seeking this relief as soon as the conflict became apparent and well before the currently scheduled date of the Pretrial Conference. *See* Fed. R. Civ. P. 16(b)(4); *cf.* Fed. R. Civ. P. 6(b)(1).

10.    Defendant's counsel has advised that Defendant does not oppose the requested relief.

WHEREFORE, Plaintiff respectfully requests that this Court reschedule the Pretrial Conference from Thursday, May 16, 2024, to Friday, May 17, 2024.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Defendant's counsel and certifies that Defendant does not oppose the relief sought in this motion.

[Signature Page Follows]

Dated:    April 16, 2024

MITCHELL SANDLER LLC

By:  */s/ Ari Karen*_____

Ari Karen (admitted *pro hac vice*)
Chris McCall (admitted *pro hac vice*)
Courtney E. Walter
Arielle Stephenson (admitted *pro hac vice*)
1120 20th Street N.W., Suite 725
Washington, D.C.  20036
Email:  akaren@mitchellsandler.com
Email:  cmccall@mitchellsandler.com
Email:  cwalter@mitchellsandler.com
Email:  astephenson@mitchellsandler.com
Telephone:  (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.

John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
Primary email:  jschifino@gunster.com
Secondary email: eservice@gunster.com
Telephone:  (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage,*
*Inc.*