IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>        Plaintiff,<br>v.<br>WATERSTONE MORTGAGE CORPORATION,<br><br>        Defendant. | CASE NO. 8:22-cv-01660-UAM |

**UNOPPOSED MOTION FOR**
**SPEICAL ADMISSION OF XAVIER O. JENKINS**

Pursuant to Middle District of Florida Local Rule 2.01(c), Defendant Waterstone Mortgage Corporation ("Waterstone"), hereby moves for the *pro hac vice* admission of Xavier O. Jenkins, of the law firm of Godfrey & Kahn, S.C., located at 833 East Michigan Street, Suite 1800, Milwaukee, WI 53202, and states the following in support:

    1.    Mr. Jenkins is neither a Florida resident nor a member in good standing of The Florida Bar.

    2.    Mr. Jenkins is a member in good standing of a bar of a United States District Court; specifically, U.S. District Court for the Eastern District of Wisconsin.

    3.    Mr. Jenkins has not abused the privilege of special admission by maintaining a regular law practice in Florida. He has initially appeared in the last thirty-six months in these cases in state or federal court in Florida: *Kayal v. North*

*American Company for Life and Health Insurance*, U.S. District Court for the Middle District of Florida, Case No. 8:24-CV-00238-TGW.

4. Mr. Jenkins will comply with the federal rules and the Local Rules of the United States District Court for the Middle District of Florida.

5. Mr. Jenkins is familiar and will comply with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United Sates or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. Mr. Jenkins has paid the fee for special admission or will pay the fee upon special admission.

7. Mr. Jenkins is registered with the Middle District of Florida's CM/ECF system.

8. Xavier O. Jenkins affirms the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

                                                             */s/ Xavier O. Jenkins*
                                                              Xavier O. Jenkins

## Local Rule 3.01(g) Certification

I have conferred with counsel for Plaintiffs Mutual of Omaha Mortgage, Inc. and represent that Plaintiff has no opposition to Xavier O. Jenkins' special admission.

Dated: 26th day of April, 2024.

/s/ *Emma Jewell*
Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

Maria Kreiter (admitted pro hac vice)
Emma Jewell (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*