```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

_____
                             )
MUTUAL OF OMAHA MORTGAGE, INC.,)
                             )
         Plaintiff,          )
                             )
v.                           )    Case No.:  8:22-CV-1660
                             )
WATERSTONE MORTGAGE CORPORATION,)
                             )
         Defendant.          )
_____)
```

**MOTION PROCEEDINGS
BEFORE THE HONORABLE THOMAS P. BARBER**

**January 30, 2024
9:45 a.m. to 11:35 a.m.**

**APPEARANCES:**

**FOR THE PLAINTIFF:**      COURTNEY E. WALTER, ESQUIRE
                            Mitchell Sandler LLC
                            1120 20th Street NW
                            Suite 725
                            Washington, DC 20036

**FOR THE DEFENDANT:**      MARIA L. KREITER, ESQUIRE
                            CAROLINA Y. BLANCO, ESQUIRE
                            Godfrey & Kahn, SC
                            833 East Michigan Street
                            Suite 1800
                            Milwaukee, Wisconsin 53202

(Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.)

**REPORTED BY:**
Rebekah M. Lockwood, RDR, CRR
Official Court Reporter
(813) 301-5380 | r.lockwooduscr@gmail.com
P.O. Box 173496, Tampa, Florida 33672

EXHIBIT 3

1   have any evidence to support beyond -- that these branches
2   would have continued.  We recently -- and there is deposition
3   testimony that we've acquired Keller Williams, which is a
4   source of referrals, and would have potentially increased
5   revenue for these branches making it more appealing for the
6   individual employees to stay into the future.
7         **THE COURT:**  Well, okay.  So somebody from your client
8   says, just very self-servingly, oh, no, you know, this would
9   have gone on into the future but for the fact that they left.
10  And, therefore, I think it's -- could have been ten years.  I
11  mean, I don't think that's enough to get over the speculative
12  thing.  But the data actually from -- where did this 51 months
13  data piece come from?
14        **MS. WALTER:**  It's publicly available information,
15  Your Honor.
16        **THE COURT:**  Okay.
17        **MS. KREITER:**  I dispute that.  I don't know if now is
18  the time you want to hear about that.
19        **THE COURT:**  No, I don't.  But that type of thing, to
20  me, is really a -- I think that is a hook if you have
21  information about Mutual of Omaha's or Waterstone's or, you
22  know, the idea of how long these branches typically stay open,
23  that that would be something.  In any event -- all right.
24        So do you -- what else -- what other problems do you
25  have with this lost profit?  I mean, you agree you can get lost