| | |
|---|---|
| **From:** | Courtney Walter <cwalter@mitchellsandler.com> |
| **Sent:** | Friday, March 22, 2024 10:06 AM |
| **To:** | Jewell, Emma |
| **Cc:** | Ari Karen; Kreiter, Maria |
| **Subject:** | RE: Mutual of Omaha v. Waterstone - Stipulation on Lost Profit Damages [GK-ACTIVE.FID3206660] |

**[EXTERNAL] This message originated from outside your domain.**

Hi Emma:

For 30 months, our expert's analysis will translate to the following amounts: under her peer-based model, it is $4.37 million and under the MBA model, it is $4.15 million.

Thank you,

Courtney

**From:** Courtney Walter
**Sent:** Thursday, March 21, 2024 5:35 PM
**To:** Jewell, Emma <EJewell@gklaw.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Kreiter, Maria <MKreiter@gklaw.com>
**Subject:** RE: Mutual of Omaha v. Waterstone - Stipulation on Lost Profit Damages [GK-ACTIVE.FID3206660]

Hi Emma,

Thanks so much – it was wonderful, I really appreciate that.

I will send that information over as soon as I receive it. We won't be filing it until the morning.

**From:** Jewell, Emma <EJewell@gklaw.com>
**Sent:** Thursday, March 21, 2024 4:04 PM
**To:** Courtney Walter <cwalter@mitchellsandler.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Kreiter, Maria <MKreiter@gklaw.com>
**Subject:** RE: Mutual of Omaha v. Waterstone - Stipulation on Lost Profit Damages [GK-ACTIVE.FID3206660]

Hi Courtney,

Thanks for sending. What number does the 30 months translate to?

Also – congratulations, I hope your wedding day was smooth and as planned!

**Emma Jewell** | Attorney
414.287.9528 direct | EJewell@gklaw.com

**GODFREY KAHN**

*This is a transmission from the law firm of Godfrey & Kahn, S.C. and may contain information which is privileged, confidential, and protected by the attorney-client or attorney work product privileges. If you are not the addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this transmission in error, please destroy it and notify us immediately at (414) 273-3500.*

1

EXHIBIT 8

**Note:** The Corporate Transparency Act is now in effect, requiring "reporting companies" to disclose information regarding their beneficial ownership. Are you ready? Learn more.

**From:** Courtney Walter <cwalter@mitchellsandler.com>
**Sent:** Thursday, March 21, 2024 1:58 PM
**To:** Kreiter, Maria <MKreiter@gklaw.com>
**Cc:** Ari Karen <akaren@mitchellsandler.com>; Jewell, Emma <EJewell@gklaw.com>
**Subject:** Mutual of Omaha v. Waterstone - Stipulation on Lost Profit Damages

**[EXTERNAL] This message originated from outside your domain.**

Hi Maria:

Please see attached, which we will be filing this afternoon.

Thanks,

Courtney

## COURTNEY E. WALTER
Senior Associate
cwalter@mitchellsandler.com
(o) (202) 240-7135
(m) (215) 688-0834



1120 20th Street, NW, Suite 725
Washington, DC 20036
202-886-5260
info@mitchellsandler.com

*The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*