## MOM v Waterstone - 18 Month Damage Analysis

Utilize Rosevear's 18 month damages and carve out Branch Managers and Paramus Employees based on Waterstone's actual performance for the first year post branch closings

| | **Peer Based Model** | **% of Total** | **MBA Based Model** |
|---|---:|---:|---:|
| Total Potential Lost Corporate Profit (Daytona + Tampa + Paramus) | $2,650,000 | 100.00% | $2,430,000 |
| Total Branch Manager Profit (Daytona Managers + Tampa Managers) | (983,490) | 37.11% | (901,841) |
| Total Paramus Employee Profit | (396,975) | 14.98% | (364,019) |
| Revised Total Potential Lost Profit (Total - Managers - Paramus) | **$1,269,535** | **47.91%** | **$1,164,140** |

## MOM v Waterstone - 30 Month Damage Analysis

Utilize Rosevear's 30 month damages and carve out Branch Managers and Paramus Employees based on Waterstone's actual performance for the first year post branch closings

|  | Peer Based Model | % of Total | MBA Based Model |
|---|---|---|---|
| Total Potential Lost Corporate Profit (Daytona + Tampa + Paramus) | $4,370,000 | 100.00% | $4,150,000 |
| Total Branch Manager Profit (Daytona Managers + Tampa Managers) | (1,621,830) | 37.11% | (1,540,182) |
| Total Paramus Employee Profit | (654,635) | 14.98% | (621,678) |
| Revised Total Potential Lost Profit (Total - Managers - Paramus) | **$2,093,535** | **47.91%** | **$1,988,140** |

**EXHIBIT 9**