UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No: 8:22-cv-01660-UAM |

### NOTICE OF APPEARANCE OF DANIEL P. DIETRICH

The undersigned attorney, Daniel P. Dietrich of Gunster, Yoakley & Stewart, P.A., files this Notice of Appearance as counsel for Plaintiff Mutual of Omaha Mortgage, Inc., in the above-styled cause and requests that copies of all future papers and pleadings filed or served in this matter be served upon the following:

**DANIEL P. DIETRICH**
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
Email: ddietrich@gunster.com

    */s/ Daniel P. Dietrich*
John A. Schifino
Florida Bar Number 0072321
Daniel P. Dietrich
Florida Bar Number 934461
Justin P. Bennett
Florida Bar Number 112833
Gregory L. Pierson, Esq.
Florida Bar Number 123905

ACTIVE:21687149.1

GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson St., Ste. 1500
Tampa, FL 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
Email:  jschifino@gunster.com
ddietrich@gunster.com
jbennett@gunster.com
gpierson@gunster.com

## CERTIFICATE OF SERVICE

I certify that on April 30, 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Daniel P. Dietrich*
Daniel P. Dietrich