UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 8:22-cv-01660-UAM |

**PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.'S UNOPPOSED MOTION TO RESCHEDULE START TIME OF MAY 16, 2024 HEARING**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual"), by undersigned counsel, respectfully moves the Court, without opposition, to reschedule the start time of the May 16, 2024 hearing from 10:00 a.m. to 9:00 a.m. In support, Mutual states as follows:

1. On February 29, 2024, Defendant Waterstone Mortgage Corporation ("Waterstone") filed its Motion for Summary Judgment on Mutual's Trade Secret Claims (Doc. 137). That motion is ripe for adjudication. *See* Docs. 151, 159.

2. On April 25, 2024, Mutual filed its Motion for Reconsideration of Court's Order on Waterstone Mortgage Corporation's Motion to Exclude or Limit Plaintiff's Expert Testimony on Damages (Doc. 164).

3. On April 26, 2024, Waterstone filed its Motion *in Limine* to Exclude Evidence Related to Damages (Doc. 166).

4. On May 2, 2024, Waterstone filed its Motion *in Limine* to Exclude Testimony from Candice Rosevear in Mutual's Case-in-Chief (Doc. 170).

5. The Court has scheduled a hearing on Waterstone's Motion for Summary Judgment, Mutual's Motion for Reconsideration, and Waterstone's two Motions *in Limine* for May 16, 2024, via Zoom (Docs. 167, 171).

6. Mutual now asks the Court to reschedule the start time of the May 16, 2024 hearing from 10:00 a.m. to 9:00 a.m. so that lead counsel for Mutual, Mr. Karen, may travel to and to attend his stepdaughter's graduation at 11:30 a.m. on May 16, 2024.

7. In relevant part, Rule 6(b) provides: "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . within or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A).

8. Here, good cause exists, as Mutual seeks for the Court to extend the start time of the May 16, 2024 hearing to only one hour earlier so that Mutual's lead counsel may attend his stepdaughter's graduation later in the morning. This minor modification of the hearing's start time will neither prejudice any party nor cause any delay in this action's prosecution. Further, rescheduling the start time of the hearing falls within the unquestionable authority that the Court maintains over the docket. *See Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014) ("District courts have 'unquestionable' authority to control their own dockets.").

9.  Waterstone's counsel has advised that Waterstone does not oppose the requested relief.

WHEREFORE, Mutual respectfully requests that this Court reschedule the start time of the May 16, 2024 hearing from 10:00 a.m. to 9:00 a.m.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Waterstone's counsel and certifies that Waterstone does not oppose the relief sought in this motion.

[*Signature Block on Following Page*]

Dated:   May 7, 2024

Respectfully submitted,

*/s/ Ari Karen*
Ari Karen (admitted *pro hac vice*)
Chris McCall (admitted *pro hac vice*)
Courtney E. Walter
Arielle Stephenson (admitted *pro hac vice*)
**MITCHELL SANDLER PLLC**
1120 20th Street N.W., Suite 725
Washington, D.C.  20036
Email:  akaren@mitchellsandler.com
Email:  cmccall@mitchellsandler.com
Email:  cwalter@mitchellsandler.com
Email:  astephenson@mitchellsandler.com
Telephone:  (202) 886-5292

John A. Schifino
Florida Bar No. 0072321
Daniel P. Dietrich
Florida Bar No. 934461
Gregory L. Pierson
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com
ddietrich@gunster.com
gpierson@gunster.com
Telephone:  (813) 228-9080

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

4

## CERTIFICATE OF SERVICE

I certify that on May 7, 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

/s/ Ari Karen
Ari Karen