# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>        Plaintiff,<br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>        Defendant. | CASE NO. 8:22-cv-01660-UAM |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order dated April 15, 2024 (ECF 160), granting the Motion for Arielle Stephenson to Appear Pro Hac Vice on behalf of Plaintiff Mutual of Omaha Mortgage, Inc. (ECF 158 filed April 11, 2024), undersigned counsel for Plaintiff certifies the following:

1. The $150.00 fee for *pro hac* vice appearance was paid via ECF on April 23, 2024 (Receipt No. AFLMDC-22011023).

2. I submitted the *Pro Hac Vice* E-File Registration through PACER on April 23, 2024.

*Signatures on following page.*

Dated:  May 9, 2024                  /s/ Arielle Stephenson
                                                Arielle Stephenson (admitted *pro hac vice*)
                                                MITCHELL SANDLER PLLC
                                                1120 20th Street NW, Suite 725
                                                Washington, D.C. 20036
                                                Email: astephenson@mitchellsandler.com
                                                Telephone: (202) 886-5292

                                                *Attorneys for Plaintiff*
                                                *Mutual of Omaha Mortgage, Inc.*

Case 8:22-cv-01660-AEP   Document 173   Filed 05/09/24   Page 2 of 2 PageID 4175