# **EXHIBIT B**

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID | # States Licensed In | Earliest Lic. Date | Earliest Lic. State | Months to May 31, 2024 |
|---|---|---|---|---|---|---|---|---|---|
| 1101 Tamiami Trail S., Suite 215G | Venice | FL | 34285 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2520805 | 2... | 8/2/2023 | OH | |
| 7702 E Doubletree Ranch Rd, Suite 300, Unit 319 | Scottsdale | AZ | 85258 | More Lending; Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 2480307 | 9... | 3/24/2023 | WA | |
| 2825 E Cottonwood Parkway, Suite 500, Office 536a | Salt Lake City | UT | 84121 | Mutual of Omaha Reverse Mortgage | 2463430 | 2... | 2/2/2023 | CA | |
| 2564 Washington Blvd, Suite 207 | Ogden | UT | 84401 | Mutual of Omaha Reverse Mortgage | 2333662 | 5... | 2/10/2023 | ID | |
| 424 29th St. NE, Suite B, J1, J2, J3 | Puyallup | WA | 98372 | Mutual of Omaha Mortgage | 2459282 | 4... | 1/20/2023 | AZ | |
| 1422 Cedar Street | Helena | MT | 59601 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2450933 | 3... | 12/28/2022 | ID | |
| 16121 Pacific Ave S | Spanaway | WA | 98387 | Mutual of Omaha Mortgage | 2448538 | 1... | 1/9/2023 | WA | |
| 222 S. Thor St., Suite #4 | Turlock | CA | 95380 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 2438859 | 2... | 11/14/2022 | AZ | |
| 2125 8th Avenue South, Suite 102 | Nashville | TN | 37204 | Mutual of Omaha Mortgage | 2437447 | 9... | 11/10/2022 | TX | |
| 9692 Summerton Drive | Fishers | IN | 46037 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2425541 | 2... | 10/5/2022 | CA | |
| 2999 Westminster Ave., Suite 250 | Seal Beach | CA | 90740 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 2383939 | 1... | 6/23/2022 | CA | |
| 100 El Dorado Street, Suite G | Auburn | CA | 95603 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2388692 | 8... | 7/1/2022 | CA | |
| 2 Town Square Blvd, Suite 246 | Asheville | NC | 28803 | Mutual of Omaha Mortgage | 2374680 | 6... | 6/2/2022 | PA | |
| 1711 Meadowbrook Road | Prescott | AZ | 86303 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2361558 | 5... | 5/5/2022 | MO | |

Under Federal Rules of Evdience 1006, Mutual intends to use this as a summary of voluminous records at trial.                                          1

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID | # States Licensed In | Earliest Lic. Date | Earliest Lic. State | Months to May 31, 2024 |
|---|---|---|---|---|---|---|---|---|---|
| 846 Broadway | Sonoma | CA | 95476 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2352104 | 1... | 4/25/2022 | CA | |
| 209 Banner Ave. | Leander | TX | 78641 | Mutual of Omaha Reverse Mortgage | 2341807 | 3... | 4/8/2022 | TX | |
| 25700 I-45, Suite 4049 & 4050 | The Woodlands | TX | 77386 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2347075 | 8... | 4/6/2022 | WI | |
| 835 Alder Creek Dr, Suite A | Medford | OR | 97504 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2338374 | 4... | 3/16/2022 | CA | 26 |
| 2555 Clear Spring Rd., Apt 108 | Spearfish | SD | 57783 | Mutual of Omaha Reverse Mortgage | 2316247 | 1... | 2/23/2022 | SD | 27 |
| 3324 Willow Canyon St. | Thousand Oaks | CA | 91362 | Mutual of Omaha Reverse Mortgage | 2324052 | 9... | 2/17/2022 | AZ | 27 |
| 54 South Main Street, Unit 46 | Tooele | UT | 84074 | Mutual of Omaha Reverse Mortgage | 2319909 | 6... | 2/9/2022 | CA | 27 |
| 1622 Wilshire Blvd., Suite #A | Santa Monica | CA | 90403 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2302769 | 6... | 1/13/2022 | AZ | 28 |
| 216 Lovorn Circle | Warner Robins | GA | 31088 | Mutual of Omaha Reverse Mortgage | 2285103 | 4... | 12/22/2021 | SC | 29 |
| 3319 N Girard Rd | Spokane Valley | WA | 99212 | Mutual of Omaha Reverse Mortgage | 2289766 | 2... | 1/4/2022 | CA | 28 |
| 733 Bishop Street, Suite 2555 | Honolulu | HI | 96813 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 2181934 | 2... | 9/29/2021 | HI | 32 |
| 1209 Culbreth Drive, Suite 202 | Wilmington | NC | 28405 | None | 2232376 | 4... | 9/9/2021 | SC | 32 |
| 3839 Harry Wurzvbach Road, Bldg 20 | San Antonio | TX | 78209 | Mutual of Omaha Mortgage | 2184548 | 15... | 7/26/2021 | NM | 34 |
| 2219 Rimland Drive, Suite 301, Office 346 | Bellingham | WA | 98226 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2193323 | 6... | 7/26/2021 | OR | 34 |
| 4111 Tesota Rd | Las Cruces | NM | 88011 | None | 2174843 | 2... | 6/22/2021 | NM | 35 |
| 4320 Lemongrass Dr. | Fort Myers | FL | 33916 | Mutual of Omaha Reverse Mortgage | 2166378 | 2... | 6/8/2021 | FL | 35 |
| 7 Palmetto Way | Bluffton | SC | 29910 | Mutual of Omaha Mortgage | 2116506 | 1... | 5/13/2021 | SC | 36 |

Under Federal Rules of Evdience 1006, Mutual intends to use this as a summary of voluminous records at trial.

2

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID | # States Licensed In | Earliest Lic. Date | Earliest Lic. State | Months to May 31, 2024 |
|---|---|---|---|---|---|---|---|---|---|
| 645 Country Club Drive, #818 | Simi Valley | CA | 93065 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2105289 | 13… | 3/24/2021 | FL | 38 |
| 12490 SW Silverwood Ave | Port Saint Lucie | FL | 34987 | Mutual of Omaha Mortgage | 1927002 | 1… | 1/21/2021 | FL | 40 |
| 5987 S Jakemp Trail | Tucson | AZ | 85747 | Mutual of Omaha Reverse Mortgage | 2061851 | 2… | 11/9/2020 | AZ | 42 |
| 1870 W Bitters Rd., Suite 202 | San Antonio | TX | 78248 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 2057398 | 5… | 10/23/2020 | AZ | 43 |
| 169 W 2710 S Circle, Suite 202 B | St. George | UT | 84790 | Mutual of Omaha Reverse Mortgage | 2032701 | 4… | 9/29/2020 | UT | 44 |
| 9611 Acer, 103 | El Paso | TX | 79925 | Mutual of Omaha Reverse Mortgage | 2017754 | 5… | 8/4/2020 | FL | 45 |
| 3924 Lost Springs Dr. | Calabasas | CA | 91301 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1983300 | 1… | 5/14/2020 | CA | 48 |
| 6303 Owensmouth Ave., Office 1075D | Woodland Hills | CA | 91367 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1775794 | 1… | 5/13/2020 | CA | 48 |
| 309 White Swan Court | Wilmington | NC | 28412 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1978636 | 1… | 5/11/2020 | CT | 48 |
| 100 Howe Avenue, Suite 120 S | Sacramento | CA | 95825 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1380574 | 15… | 4/1/2020 | CA | 49 |
| 16501 Ventura Blvd, Suite 400 Office 419 | Encino | CA | 91436 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1973700 | 3… | 4/6/2020 | CA | 49 |
| 4936 Lotta Ct. | St. Cloud | FL | 34772 | Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1971301 | 3… | 3/31/2020 | OR | 50 |
| 1452 N US 1 Hwy, Suite 110 | Ormond Beach | FL | 32174 | Mutual of Omaha Mortgage | 1904638 | 17… | 4/9/2020 | FL | 49 |
| 5641 W. Irving Park Rd #2 | Chicago | IL | 60634 | Mutual of Omaha Mortgage | 1974726 | 1… | 4/14/2020 | IL | 49 |
| 6959 Lebanon Road, Suite 107 | Frisco | TX | 75034 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1913815 | 6… | 4/7/2020 | TX | 49 |

Under Federal Rules of Evdience 1006, Mutual intends to use this as a summary of voluminous records at trial.

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID | # States Licensed In | Earliest Lic. Date | Earliest Lic. State | Months to May 31, 2024 |
|---|---|---|---|---|---|---|---|---|---|
| 8 Corporate Park, Suite 300 | Irvine | CA | 92606 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1899294 | 2... | 2/26/2020 | CA | 51 |
| 852 Seminole Blvd | Tarpon Springs | FL | 34689 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1929907 | 1... | 3/16/2020 | FL | 50 |
| 1436 Lantana Drive | Weston | FL | 33326 | Mutual of Omaha Mortgage | 1947398 | 22... | 1/27/2020 | CA | 52 |
| 4940 Day Lily Way | Acworth | GA | 30102 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1416524 | 3... | 2/7/2020 | GA | 51 |
| 78 Ashley Pointe Drive Suite 101 | Charleston | SC | 29407 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1904554 | 16... | 1/23/2020 | SC | 52 |
| 1541 Wade Hampton Boulevard | Greenville | SC | 29609 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1378519 | 5... | 1/23/2020 | NC | 52 |
| 3340 Wilshire Ave. | Grapevine | TX | 76051 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1615400 | 1... | 2/5/2020 | TX | 51 |
| 219 E. 3rd St, Suite D | Lampasas | TX | 76550 | Mutual of Omaha Mortgage | 1928272 | 10... | 2/13/2020 | FL | 51 |
| 6384 Huntington Lake Circle 201 | Naples | FL | 34119 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1909771 | 1... | 1/2/2020 | FL | 52 |
| 5580 Centerview Drive, Suite 115 | Raleigh | NC | 27606 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1392176 | 9... | 12/26/2019 | VA | 53 |
| 16 Marymont Dr. | Crossville | TN | 38555 | Mutual of Omaha Mortgage | 1931010 | 2... | 1/6/2020 | TN | 52 |
| 4445 Corporation Lane, Suite 238 & 202 | Virginia Beach | VA | 23462 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1413452 | 3... | 12/26/2019 | VA | 53 |
| 13912 W. Stardust Blvd., Suite 111 | Sun City West | AZ | 85375 | Mutual of Omaha Mortgage; Retirement Funding Solutions | 1904549 | 2... | 11/29/2019 | CA | 54 |
| 6000 Grand Avenue, Suite M | Des Moines | IA | 50312 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1378332 | 7... | 12/3/2019 | IA | 53 |

Under Federal Rules of Evdience 1006, Mutual intends to use this as a summary of voluminous records at trial.

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID | # States Licensed In | Earliest Lic. Date | Earliest Lic. State | Months to May 31, 2024 |
|---|---|---|---|---|---|---|---|---|---|
| 9040 Hess Street | Hayden | ID | 83835 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1919340 | 3... | 12/12/2019 | WA | 53 |
| 10909 Mill Valley Road, Suite 200 | Omaha | NE | 68154 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1810761 | 3... | 12/6/2019 | IA | 53 |
| 3131 Camino Del Rio N, Suite 1190 | San Diego | CA | 92108 | None | 1913820 | 1... | 11/18/2019 | CA | 54 |
| 6397 Emerald Parkway, Suite 175 | Dublin | OH | 43016 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1383889 | 14... | 10/31/2019 | TN | 55 |
| 4 Betty Lane | Novato | CA | 94947 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1895903 | 1... | 9/3/2019 | CA | 56 |
| 2226 MARTIN DR | Medford | OR | 97501 | Mutual of Omaha Mortgage | 1878876 | 2... | 7/9/2019 | OR | 58 |
| 1635 Foxtrail Drive Office #130 | Loveland | CO | 80538 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1853774 | 1... | 4/18/2019 | CA | 61 |
| 809 W. Detweiller Drive, Suite 810 | Peoria | IL | 61615 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1853113 | 9... | 4/17/2019 | IL | 61 |
| 4860 Cox Road, Suite 200 | Glen Allen | VA | 23060 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1412746 | 2... | 12/21/2018 | CA | 65 |
| 5958 Priestly Drive, Suite 102 | Carlsbad | CA | 92008 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1813497 | 8... | 12/4/2018 | OR | 65 |
| 3000 Youngfield St, Suite 320 | Wheat Ridge | CO | 80215 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1811585 | 9... | 12/10/2018 | AZ | 65 |
| 703 Nicoma Trail | Maitland | FL | 32751 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1378324 | 2... | 9/25/2018 | CA | 68 |
| 416 S. Reese Pl | Burbank | CA | 91506 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions; Synergy One Lending; USA Reverse | 1625631 | 3... | 8/4/2017 | CA | 81 |
| 4 York St., Suite 3 | Taneytown | MD | 21787 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1600837 | 4... | 4/12/2017 | MD | 85 |

Under Federal Rules of Evdience 1006, Mutual intends to use this as a summary of voluminous records at trial.

5

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID | # States Licensed In | Earliest Lic. Date | Earliest Lic. State | Months to May 31, 2024 |
|---|---|---|---|---|---|---|---|---|---|
| 37281 Pineknoll Ave | Palm Desert | CA | 92211 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1595386 | 1... | 2/3/2017 | CA | 87 |
| 187 Quail Meadow Lane | Copperopolis | CA | 95228 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1591665 | 2... | 2/1/2017 | CA | 87 |
| 1114 State Street, Suite #320 | Santa Barbara | CA | 93101 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1581744 | 1... | 1/11/2017 | CA | 88 |
| 75 Abbott Ave | Barre | VT | 5641 | Mutual of Omaha Mortgage; Retirement Funding Solutions | 1535275 | 3... | 9/9/2016 | VT | 92 |
| 710 N. Miller | Wenatchee | WA | 98801 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1494067 | 1... | 5/26/2016 | WA | 96 |
| 5470 Kietzke Lane, Suite 300 Office 320 | Reno | NV | 89511 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1431421 | 5... | 5/6/2016 | CA | 96 |
| 241 Mercedes Court | Oakley | CA | 94561 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1456358 | 1... | 4/6/2016 | CA | 97 |
| 684 Roberts Rd, Lot 2 | Newport | NC | 28570 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1476667 | 1... | 3/25/2016 | CA | 98 |
| 25 Washington Lane, Suite 10A | Wyncote | PA | 19095 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1392197 | 7... | 3/23/2016 | NJ | 98 |
| 5076 Marc Dr. | Nashville | TN | 37211 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1476195 | 5... | 3/23/2016 | CA | 98 |
| 16037 SW Upper Boones Ferry Rd, Suite 195 | Tigard | OR | 97224 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1442607 | 5... | 12/11/2015 | OR | 101 |
| 1000 Fourth St., Suite 875 | San Rafael | CA | 94901 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1426811 | 3... | 10/20/2015 | CA | 103 |

Under Federal Rules of Evdience 1006, Mutual intends to use this as a summary of voluminous records at trial.

| Street Address | City | State | Zip Code | Other Trade Names | NMLS ID | # States Licensed In | Earliest Lic. Date | Earliest Lic. State | Months to May 31, 2024 |
|---|---|---|---|---|---|---|---|---|---|
| 7250 Redwood Blvd, Suite 300, Office 301 | Novato | CA | 94945 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage | 1428280 | 2... | 10/23/2015 | CA | 103 |
| 52 Cass St. | Portsmouth | NH | 3801 | More Lending; MoreLends.com; Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions; Retirement Funding Solutions of New Hampshire; USA Reverse | 1434442 | 3... | 11/17/2015 | NH | 102 |
| 24061 Nookachamp Hills Dr. | Mt. Vernon | WA | 98274 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1378344 | 3... | 7/20/2015 | WA | 106 |
| 2655 First Street, Suite 250D | Simi Valley | CA | 93065 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1375216 | 1... | 6/29/2015 | CA | 107 |
| 1414 Soquel Ave., Suite 207 | Santa Cruz | CA | 95062 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1382518 | 2... | 7/10/2015 | CA | 106 |
| 24700 Deepwater Drive #20 | Saint Michaels | MD | 21663 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Synergy One Lending, Inc., dba Retirement Funding Solutions | 1378328 | 3... | 7/9/2015 | MD | 106 |
| 1800 Tice Valley Blvd., Suite A | Walnut Creek | CA | 94595 | Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions | 1367910 | 8... | 5/26/2015 | CA | 108 |
| 4383 Via Del Villetti Dr. | Venice | FL | 34293 | More Lending; MoreLends.com; Mutual of Omaha Mortgage; Mutual of Omaha Reverse Mortgage; Retirement Funding Solutions; Retirement Funding Solutions of New Hampshire; USA Reverse | 1289913 | 3... | 2/24/2015 | NH | 111 |

Under Federal Rules of Evdience 1006, Mutual intends to use this as a summary of voluminous records at trial.