# EXHIBIT C




## CONFIDENTIALITY AND NON-SOLICITATION AGREEMENT

In consideration for my employment or continued employment by Synergy One Lending, Inc. and affiliated companies (the "Company") , and the compensation now and hereafter paid to me by the Company, I hereby accept and agree to the following:

1. **Non-Disclosure**

   **1.1.** <u>Agreement Not to Disclose Confidential Information</u>. At all times, both during my employment and after my employment terminates, I will hold in strictest confidence and will not disclose, use in any manner for any purpose unrelated to the Company's business, lecture upon, copy or publish to any person or entity the Company's Confidential Information (defined below) unless: (a) as set forth above, such disclosure, use or publication may be required exclusively in connection with my work for the Company; or (b) an officer of the Company provides advance written authorization for such disclosure, use or publication. I will obtain the advance written authorization of an officer of the Company before publishing or submitting for publication any material (written, spoken or otherwise) that relates to my work at the Company and/or incorporates any Confidential Information of the Company . I understand that all of the Confidential Information, as defined below, is and will remain the sole property of the Company and its assignees.

   **1.2.** <u>Confidential Information.</u>

   **a.** Confidential Information of the Company: The term "Confidential Information" shall mean any and all confidential and/or proprietary knowledge, data or information belonging to the Company. By way of illustration, but not limitation, "Confidential Information" includes (i) information related to the business model and structure of the Company; concepts; techniques; pricing or cost information; business plans; marketing strategies; budgets; unpublished financial information; terms of agreements (oral or written) with third parties, including investors of the Company, third- party underwriters, third-party originators; supplier information; information related to or stored in the Company's information systems; (ii) customer lists and contact information, including any and all potential customers who apply with the Company or contact the Company through any means; and (c) personnel and contact lists, confidential employee information and data, including information pertaining to compensation. I specifically understand and agree that information pertaining to borrowers or potential borrowers of the Company that I obtain as an employee of the Company is and shall remain the Confidential Information of the Company and shall not be used by me at any time, including after my employment with the Company, for any purpose unrelated to my work for the company..

   **b.** Third-Party Confidential Information: I understand and agree that the Company has in its possession and routinely receives confidential or private information belonging to third parties, which the Company is obligated to keep confidential and use only for prescribed purposes. Such information includes, without limitation, private borrower information and any information obtained by the Company during the course of reviewing an application for a mortgage or processing a mortgage for a consumer. Such information is included within the definition of "Confidential Information" and is subject to this Agreement. During my employment with the Company and any time thereafter, I will hold all third-party Confidential Information in the strictest confidence and will not disclose it to anyone (other than

Doc ID: 15fb233c87f628caf1f7ad0b25f01a0092af47af

CONFIDENTIAL    MOM-0004113

Company personnel who need to know such information in connection with their work for the Company) or use it for any purpose (except exclusively in connection with my work for the Company), without the advance written authorization of an officer of the Company.

**1.3.** <u>No Improper Use of Information of Prior Employers and Others</u>. During my employment with the Company, I will not improperly use or disclose any confidential information or trade secrets of any former employer or any other person to whom I have an obligation of confidentiality. I will not bring any unpublished documents or any property belonging to my former employer or any other person to whom I have an obligation of confidentiality onto the Company's premises without first obtaining and providing to my manager written authorization from that former employer or person. I will use in the performance of my duties only information that is (a) generally known and used by persons with training and experience comparable to my own; (b) common knowledge in the industry or otherwise legally in the public domain; or (c) otherwise provided or developed by the Company.

**1.4.** <u>Return of Company Documents and Confidential Information</u>. When I leave the employ of the Company, I will deliver to Company management any and all Company Confidential Information in my possession, custody or control. I agree that I shall not destroy, copy or take with me any Company Confidential Information at the time my employment terminates, whether voluntarily or involuntarily, and that all Confidential Information shall remain on the premises of the Company and shall remain the sole and exclusive property of the Company. I agree to cooperate with the Company in executing an appropriate acknowledgment that I have complied with this Agreement at the time that I exit from the Company's employment.

2. **Conflicts of Interest.** I agree that, during my employment with the company, I will devote my entire productive time, ability, and attention to the business of the Company and will not render any loan origination services to any other person or entity. I agree not engage in any employment outside the company without the express written consent of a Director of Synergy One Lending nor will I engage in any business activity that is competitive with or would otherwise conflict with my employment with the Company.

3. **Non-Solicitation.** I agree that, during the term of my employment with the Company, and for a period of two (2) years following the date of my termination of employment with the Company, I will not: (a) solicit or recruit, for my own benefit or on behalf of any other entity, any person who is at that time an employee of the Company or who has been employed by the Company for any period of time during the previous three (3) months, nor shall I induce or encourage any such person to leave the employ of the Company; or (b) solicit the business of any borrower or potential borrower of the Company with whom I first had contact in the course of my employment with the Company or who I know as a result of my employment with the Company.

4. **Non-Private Nature of Company Property.** I understand that I shall have no right to or expectation of privacy in the voicemail, computer systems, email or any other means of communication provided to me by the Company or in any property situated on the Company's premises and/or owned by the Company, including computers, telephones, voicemail, email, information systems, storage media, filing cabinets, desks, cubicles, officers or any other work areas or property used in connection with my work. I further understand that such Company property identified in this paragraph is subject to inspection by Company personnel at any time.

5. **At-Will Employment.** I understand and agree that the company is an at-will employer and that nothing in this Agreement shall confer any right with respect to continuation of employment by the Company, nor shall it interfere in any way with my right or the Company's right to terminate my employment relationship with the Company at any time, for any reason, with or without cause, and with or without notice. I further

understand that only a written agreement signed by a Director of the Company can alter the at-will nature of my employment with the Company.

6. **Notification of New Employer.** In the event that I leave the employ of the Company, I hereby authorize the Company to notify my new employer of my rights and obligations under this Agreement to the extent the Company reasonably believes that it is necessary to do so in order to ensure continuing compliance with this Agreement.

7. **Governing Law and Dispute Resolution.**

    7.1.    This Agreement will be governed and construed according to the laws of the State of California; as such laws are applied to agreements entered into and to be performed entirely within California between California residents.

    7.2.    I understand and agree that, except as set forth in sub-paragraph 8.3 below, any dispute or controversy related to the interpretation or enforcement of this Agreement shall be governed by the Company's Arbitration Agreement, which I represent that I have executed and the terms of which are hereby incorporated by reference.

    7.3.    I hereby acknowledge and agree that the Company's rights and remedies in the event of any breach of this Agreement shall include, without limitation, the right to seek any and all provisional remedies necessary to enforce the terms of this Agreement, including a temporary restraining order or preliminary injunction. I further understand and agree that the Company may institute an action to apply for such provisional remedy in the Superior Court of the State of California for the County of San Diego and that such application shall not constitute a waiver or breach of the Arbitration Agreement. In the event of any action or arbitration to interpret or enforce this Agreement, including any action for a provisional remedy pursuant to this sub-paragraph, the Court or Arbitrator shall award the prevailing party its reasonable costs and attorneys' fees.

8. **Survival.** The provisions of this Agreement shall survive the termination of my employment and the assignment of this Agreement to any successor in interest or other assignee.

9. **Waiver.** No waiver by the company of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Company of any right under this Agreement shall be construed as a waiver of any other right. The Company shall not be required to give notice to enforce strict adherence to the terms of this Agreement.

10. **Entire Agreement.** No waiver by the company of any breach of this Agreement shall be a waiver of any preceding or succeeding breach. No waiver by the Company of any right under this Agreement shall be construed as a waiver of any other right. The Company shall not be required to give notice to enforce strict adherence to the terms of this Agreement.

This Agreement shall be effective immediately as of the date of its execution.

**I HAVE READ THIS AGREEMENT CAREFULLY AND UNDERSTAND ITS TERMS.**

Date: 09 / 12 / 2019

By: Dawson Walker    Sign: _/s/ Dawson Walker_