# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 22-cv-01660-UAM |

## **PLAINTIFF'S PROPOSED VERDICT FORM**

Plaintiff Mutual of Omaha Mortgage, Inc. submits this proposed verdict form.

Dated: May 10, 2024

MITCHELL SANDLER PLLC

By: */s/ Ari Karen*

Ari Karen (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
Christopher L. McCall (admitted *pro hac vice*)
Courtney E. Walter
**MITCHELL SANDLER PLLC**
1120 20th Street NW, Suite 725
Washington, D.C. 20036
Email: akaren@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Email: cmccall@mitchellsandler.com

1

Email:  cwalter@mitchellsandler.com
Telephone: (202) 886-5292

John A. Schifino
Florida Bar No. 0072321
Daniel P. Dietrich
Florida Bar No. 934461
Gregory L. Pierson
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com
ddietrich@gunster.com
gpierson@gunster.com
Telephone:  (813) 228-9080

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on May 10, 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Ari Karen*
Ari Karen

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) <br> ) Case No. 22-cv-01660-UAM |
| Plaintiff, | ) |
| v. | ) |
| WATERSTONE MORTGAGE CORPORATION, | ) |
| Defendant. | ) |

## VERDICT FORM

### Count I & II: Misappropriation of Trade Secrets Under the Defend Trade Secrets Act & Florida Uniform Trade Secrets Act

1. Did Mutual prove that Waterstone misappropriated Mutual's trade secrets?

   Yes _____    No _____

### Count III: Tortious Interference with Contract

2. Did Waterstone tortiously interfere in Mutual's contractual relationships with Mutual's customers or employees?

   Yes _____    No _____

### Count IV: Aiding and Abetting Breach of Fiduciary Duty

3. Did Waterstone encourage or assist Mutual's former managers in breaching their fiduciary duty to Mutual?

   Yes _____    No _____

## **Damages**

4. If you answered Yes to any of the Questions above, please state the amount of Mutual's monetary loss caused by Waterstone's conduct.

    $ _____

5. If you answered Yes to Question 1, did Mutual prove by clear and convincing evidence that Waterstone's misappropriation of Mutual's trade secrets was willful and malicious?

    Yes _____     No _____

6. Under the circumstances of this case, do you find by clear and convincing evidence that punitive damages are warranted against Waterstone?

    Yes _____     No _____

*If you answered yes to Question 6 the law requires you to answer the following questions:*

7. At the time of damage to Mutual, did Waterstone have a specific intent to harm Mutual and did the conduct of Waterstone in fact harm Mutual?

    Yes _____     No _____

8. Was the wrongful conduct of Waterstone motivated solely by unreasonable financial gain and was the unreasonably dangerous nature of the conduct, together with the high likelihood of injury resulting from the conduct, actually known by Waterstone?

    Yes _____     No _____