## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 8:22-cv-01660-UAM |

**PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.'S UNOPPOSED MOTION TO CONVERT MAY 17, 2024 IN-PERSON HEARING TO ZOOM HEARING**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual"), by undersigned counsel, respectfully moves the Court, without opposition, to convert the May 17, 2024 in-person hearing to a Zoom hearing. In support, Mutual states as follows:

1. On April 10, 2024, the Court set the pretrial conference in this action for May 16, 2024, via Zoom, at 11:00 a.m. (Doc. 155).

2. On April 16, 2024, Mutual moved, without opposition, to reschedule the pretrial conference from May 16, 2024, to May 17, 2024 (Doc. 161). In that motion, Mutual explained that its lead counsel, Mr. Karen, had developed a conflict with May 16, 2024, because the timing of his stepdaughter's medical school graduation on May 16, 2024, had been changed, thereby interfering with the previously scheduled pretrial conference. Doc. 161 at 2.

3. On April 23, 2024, the Court rescheduled the pretrial conference in this action for May 17, 2024, via Zoom (Docs. 162, 163).

4. The Court subsequently set a hearing on several pending motions for May 16, 2024, via Zoom, beginning at 10:00 a.m. (Docs. 167, 171).

5. On May 7, 2024, Mutual moved, without opposition, to reschedule the start of the May 16, 2024 hearing from 10:00 a.m. to 9:00 a.m. so that Mr. Karen could travel to, and attend, his stepdaughter's graduation at 11:30 a.m. on May 16, 2024. Doc. 172 at 2.

6. On May 10, 2024, the Court initially rescheduled the May 16, 2024 Zoom hearing to May 14, 2024, via Zoom (Doc. 174), and shortly after rescheduled the May 14, 2024 Zoom hearing and the May 17, 2024 Zoom pretrial conference for a single hearing on May 17, 2024, to be held in person at 10:00 a.m. (Doc. 175).

7. Mutual now moves to convert the May 17, 2024 hearing to a Zoom hearing.

8. "District courts have 'unquestionable' authority to control their own dockets." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014).

9. Mutual respectfully asks the Court to convert the May 17, 2024 hearing to a Zoom hearing. The stepdaughter of Mutual's lead trial counsel, Mr. Karen, will be graduating from medical school in Washington, D.C. on May 16, 2024, and she will be moving to Boston, Massachusetts one week later to start her residency. For months, Mr. Karen and his family have planned a graduation celebration for his stepdaughter for the evening of May 17, 2024, before his stepdaughter moves to

2

Boston. Because the motion hearing and pretrial conference were previously scheduled to be held via Zoom, Mr. Karen always anticipated participating in those hearings from Washington, D.C. Relatedly, Mutual's earlier filings did not address the graduation celebration because Mutual expected the pretrial conference previously scheduled for May 17, 2024, to be held via Zoom.

10. However, as mentioned above, the Court recently combined the hearings into one hearing on May 17, 2024, and required the parties to attend the hearing in person. If Mr. Karen is required to travel from Washington, D.C. to Tampa, Florida to attend the May 17, 2024 hearing in person, Mr. Karen will miss at least a portion of his stepdaughter's graduation on May 16, 2024, and her graduation celebration on May 17, 2024.

11. Therefore, Mutual respectfully asks for the Court to convert the May 17, 2024 hearing to a Zoom hearing, consistent with how the hearing was previously scheduled, so that Mutual's lead trial counsel, who will be arguing at the hearing, may attend these significant family events. Mutual does not make this request lightly, and Mutual appreciates the Court's efforts to accommodate counsel's schedule.

12. Waterstone does not oppose converting the May 17, 2024 hearing to Zoom, if the Court is amenable. If the Court requires an in-person hearing and final pretrial conference and contemplates rescheduling to a later date, Waterstone objects to the motion and asks that one of the many other counsel for Mutual attend in person on May 17, 2024 given the short time that remains before the jury trial commences June 3, 2024 and the number of issues that remain pending. Mutual does not wish to

proceed with a critical pretrial conference pre-trial motions without its lead counsel present.

      WHEREFORE, Mutual respectfully requests that this Court convert the May 17, 2024 in-person hearing to a Zoom hearing.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with Waterstone's counsel and certifies that Waterstone does not oppose the relief sought in this motion unless the Court prefers an in-person appearance and will postpone the final pretrial conference and motion hearings in order to accommodate Mutual's request, as detailed above.

[Signature Block on Following Page]

Dated:  May 13, 2024

        Respectfully submitted,

        */s/ Ari Karen*
        Ari Karen (admitted *pro hac vice*)
        Chris McCall (admitted *pro hac vice*)
        Courtney E. Walter
        Arielle Stephenson (admitted *pro hac vice*)
        **MITCHELL SANDLER PLLC**
        1120 20th Street N.W., Suite 725
        Washington, D.C. 20036
        Email: akaren@mitchellsandler.com
        Email: cmccall@mitchellsandler.com
        Email: cwalter@mitchellsandler.com
        Email: astephenson@mitchellsandler.com
        Telephone: (202) 886-5292

        John A. Schifino
        Florida Bar No. 0072321
        Daniel P. Dietrich
        Florida Bar No. 934461
        Gregory L. Pierson
        Florida Bar No. 123905
        **GUNSTER, YOAKLEY & STEWART, P.A.**
        401 East Jackson Street, Suite 1500
        Tampa, Florida 33602
        jschifino@gunster.com
        ddietrich@gunster.com
        gpierson@gunster.com
        Telephone: (813) 228-9080

        *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 13, 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Ari Karen*
Ari Karen