IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>　　　　　Plaintiff,<br>v.<br>WATERSTONE MORTGAGE CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 8:22-cv-01660-UAM |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Order dated May 13, 2024 (ECF 182), granting the Unopposed Motion for Special Admission of Xavier O. Jenkins on behalf of Waterstone Mortgage Corporation (ECF 165), undersigned counsel certifies the following:

1.　The $150.00 fee for *pro hac vice* appearance was paid via ECF on April 26, 2024 (Receipt No. AFLMDC-22031176).

2.　I submitted the *Pro Hac Vice* E-File Registration through PACER on February 9, 2024 for a separate Middle District of Florida matter.

Dated: May 14, 2024.

　　　　　　　　　　　　　　　　　　　　　　／s／ *Xavier O. Jenkins*
　　　　　　　　　　　　　　　　　　　　　　Scott A. McLaren (FBN: 414816)
　　　　　　　　　　　　　　　　　　　　　　Carolina Y. Blanco (FBN: 0098878)
　　　　　　　　　　　　　　　　　　　　　　HILL, WARD & HENDERSON, P.A.

        101 East Kennedy Blvd., Suite 3700
        Post Office Box 2231
        Tampa, Florida 33601
        (813) 221-3900 (Telephone)
        carolina.blanco@hwhlaw.com
        scott.mclaren@hwhlaw.com

        Maria Kreiter (admitted pro hac vice)
        Emma Jewell (admitted pro hac vice)
        GODFREY KAHN S.C.
        833 East Michigan Street, Suite 1800
        Milwaukee, WI 53202
        (414) 287-9466 (Telephone)
        mkreiter@gklaw.com
        ejewell@gklaw.com

        *Attorneys for Defendant Waterstone Mortgage Corporation*