**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1660-UAM | **DATE:** May 17, 2024 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Ari Karen, Aron Raskas, Greg Pierson, Arielle Stephenson, Dan Dietrich<br>Mark Carroll: In house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Emma Jewel, Carolina Blanco, Scott McLaren, Xavier Jenkins, Stephanie Ziebell |
| **COURT REPORTER:** Tana Hess - digital | **DEPUTY CLERK:** Lynne Vito |
| **TIME:** 10:00 to 11:41   **TOTAL:** 1.41 min | **COURTROOM:** 10A |

**PROCEEDINGS:** MOTION HEARING - ZOOM

MOTION for Summary Judgment on Mutual's Trade Secret Claims by WaterStone Mortgage Corp (#137)

MOTION for Reconsideration re 146 Order on Motion for Miscellaneous Relief re Plaintiff's Expert Testimony on Damages by Mutual of Omaha Mortgage, Inc (#164)
MOTION In Limine to Exclude Evidence Related to Damages by WaterStone Mortgage Corporation. (#166)
MOTION In Limine regarding to Exclude Testimony from Candice Rosevear in Mutual's Case-in-Chief by WaterStone Mortgage Corporation. (#170)

Court to Deny motion for Summary judgment without prejudice. Plaintiff to disclose (by exhibits) what are the trade secrets at issue for counts 1 and 2.

#164 – granted in part.
#166 and #170 – to be denied.

Court is taking this case off trial calendar.

Court directs plaintiffs to identify who will testify about damage calculations.
Plaintiff to provide a Supplemental expert report; court direct parties to meet and confer on scheduling.

Motion hearing – June 4 at 10:00 am – via zoom