IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

**STIPULATION TO EXCLUDE MUTUAL OF OMAHA MORTGAGE INC.'S DIVERTED LOAN DAMAGES**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual") and Defendant Waterstone Mortgage Corporation ("Waterstone") stipulate as follows:

1. Mutual initially articulated three categories of damages: (1) unquantified lost profits based on loans allegedly diverted to Waterstone ("Diverted Loan Damages"); (2) lost profits the branches would have made if they had stayed affiliated with Mutual ("Loss of Branch Damages"); and (3) $750,000 in "ill-gotten gains" damages ("Ill-Gotten Gains Damages").

2. Mutual now seeks only the Loss of Branch Damages.

3. Mutual does not seek Ill-Gotten Gains Damages, which were eliminated from the case by stipulation (DE 76).

4. Waterstone and Mutual enter this stipulation to confirm Mutual's Diverted Loan Damages are not being separately sought by Mutual and therefore any Diverted Loan Damages claims are excluded with prejudice.

5. This stipulation has no direct or indirect impact on, and does not prejudice in any manner, Mutual's pursuit of Loss of Branch Damages.

6. Further, this stipulation does not prejudice (i) Mutual's ability to argue for the admissibility of evidence concerning diverted loans to support its theories of liability or (ii) Waterstone's ability to argue for the exclusion of such evidence.

7. The stipulation is simply to memorialize that the only damages sought by Mutual in this case involve lost profits associated with the Loss of Branch Damages.

Dated:  May 21, 2024.

s/Ari Karen
Ari Karen (admitted pro hac vice)
Christopher L. McCall (admitted pro hac vice)
Courtney E. Walter (admitted pro hac vice)
Arielle Stephenson (admitted pro hac vice)
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Email: cmccall@mitchellsandler.com
Email: cwalter@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.
John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com
Telephone: (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

s/Maria L. Kreiter
Maria Kreiter (admitted pro hac vice)
Emma Jewell (admitted pro hac vice)
Xavier Jenkins (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com
xjenkins@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
scott.mclaren@hwhlaw.com
carolina.blanco@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

31239672.1