MUTUAL of OMAHA MORTGAGE

## BRANCH MANAGER / SALES MANAGER COMPENSATION ADDENDUM

**Mutual of Omaha Mortgage, Inc.** a Delaware corporation ("Company"), and **Dawson Walker** ("Manager") enter this Compensation Addendum (the "Addendum") to the Branch Manager / Sales Manager Employment Agreement ("Agreement") on **March 16, 2022** ("Effective Date"). In no case will Manager's compensation vary based on the terms or a proxy for the terms of a loan other than as permitted by the Loan Originator Compensation Rule under the federal Truth in Lending Act (the "LO Comp Rule").

**I. Definitions –** As used herein:

- "Basis Point" shall mean the equivalent to one hundredth of one percentage point (0.01%) of the gross loan amount as stated in the note at settlement of the loan.
- "Brokered Loan" shall mean a loan in which the funds provided for settlement of the transaction were neither from the Company's own resources, nor from the Company having drawn upon a bona fide warehouse line of credit.
- "Company Assisted Loan" shall mean Loan originated from a company or branch relationship.
- "Corporate Perks Loan" shall mean a loan originated from Corporate Perks lead campaign.
- "Early Payment Default" shall mean when a loan becomes a certain number of days or more past due within a specified amount of time from the first payment due date, as defined by investor's guidelines.
- "Early Pay Off" shall mean when a loan is repaid in full for any reason within a certain amount of time from the date of the note, as defined by investor's guidelines.
- "Eligible Loan" shall mean a loan that is (a) originated in accordance with applicable requirements; (b) the loan has closed and the escrow on the subject property and loan has funded; (c) the Company has received all the required loan documents at its main office; (d) the loan has not been unfunded, cancelled or rescinded for any reason; (e) the period for any Early Payment Default and Early Pay Off has expired; and (f) in the case of brokered loans, the Company has received the broker check for brokered loans and, if applicable, the borrower-paid broker loans are pre-approved by Capital Markets.
- "HELOC" shall mean a loan that is an open-end home equity line of credit.
- "Lead Sourced Loan" shall mean Loan originated from a company provided lead source.
- "Loan Origination Services" shall mean, without limitation, the combination of at least the following activities with respect to a particular loan: soliciting the potential applicant for a mortgage loan; taking information from the applicant and filling out the application; educating the applicant in the home buying and financing process; advising the applicant about the different types of loan products available; collecting financial information (such as tax returns and bank statements) and other related documents that are part of the application process; reviewing and examining the mortgage loan application and related documentation to ensure the loan application is complete and all documents requested or required have been obtained; maintaining regular contact with the applicant, real estate broker/agent and Company during the time between application and closing to apprise each of the status of the application and to gather additional information as needed; ordering requests for mortgage and other loan verifications; collecting applicable credit report, appraisal fees, and other fees from the applicant; providing the applicant with appropriate disclosures (such as truth in lending disclosures and good faith estimates); and performing such other acts that are reasonably related or necessary to the above-mentioned activities.

EXHIBIT 2

- "Piggyback 2nd Trust" shall mean a second mortgage originated simultaneously with a first mortgage.
- "Referral" shall mean referrals of business to another Company loan officer, either because they are not experienced with the product or lack the proper licensing to originate the loan themselves. This may include out of state loan referrals, exchange referrals to a reverse Manager, or exchange referrals to a forward Manager.
- "Self-Sourced Loan" shall mean a loan originated from a lead sourced by the loan officer. Not a company provided lead.
- "Other Loan" shall include any other types of qualifying loans, for which the specific compensation is set forth below.

## II. Compensation

A. Salary Pay. For each pay period, Manager shall earn base compensation ("Salary") of **$3,000 per month** [**approx. $36,000 annually**].

B. Commission. In addition to Salary set forth above, Manager shall be compensated on commissions earned on loans funded from Manager's hire date. However, Manager is only eligible to receive Commissions on mortgage loans for which the Manager has personally and individually performed mortgage Loan Origination Services, as that term is defined above. The Company has the discretion to determine whether you were engaged in Loan Origination Services for a particular mortgage loan.

1. *Timing of Payments, When Commissions are Earned, Advanced Commissions.* Manager may only earn Commissions on loans that meet the definition of an Eligible Loan as set forth above. Commissions are not considered "earned" on these loans until the period for any Early Payment Default and Early Pay Off has expired. Commissions on such loans are considered "earned" in the pay period that corresponds with the day following the expiration date for any Early Payment Default or Early Pay Off Period.

   Notwithstanding the foregoing, Company may advance Commissions on such Eligible Loans. Such advances, if any, will be paid on loans that meet all of the following requirements: (a) the loan was originated in accordance with applicable requirements; (b) the loan has closed and the escrow on the subject property and loan has funded; (c) the Company has received all the required loan documents in its main office; (d) the loan has not been unfunded, cancelled or rescinded for any reason; and (e) in the case of brokered loans, the Company has received the broker check for brokered loans and, if applicable, the borrower-paid broker loans are pre-approved by Capital Markets. Advance Commission payments will be made on the 15th of the month for loans in which these requirements are completed during the 16th to the end of the prior month, and at the end of the month (the 30th or 31st) for loans in which these requirements are completed during 1st to 15th of that month, provided that such advance Commission payments can be reasonably calculated during these periods. If advance Commissions cannot be reasonably calculated at such time, then the advance Commissions will be paid at the regular time of payment corresponding to the payroll period in which they can be reasonably calculated and are determinable. Such advanced Commissions are subject to adjustment, as set forth below.

2. *Early Pay Off or Early Payment Default.* If a loan for which Manager performed mortgage Loan Origination Services has closed and been funded but is subject to an Early Pay Off or Early Payment Default, the loan is not yet an Eligible Loan as set forth in this Addendum, and Manager is not entitled to a Commission on such loan. If Commissions have been advanced on a loan that later results in an Early Pay Off or Early Payment Default, Manager shall owe Company the amount advanced to the Manager on such ineligible loan. In such case, subject to applicable law, (a) if Manager is still employed by Company, Company will reduce the amount of any such unearned advancement from the next Commission payment to Manager; or (b) if Manager is no longer employed by Company, Manager shall reimburse Company the amount of any such unearned advancement within 15 days of Company's notification to Manager of the amount due, to the extent allowed by law.

Doc ID: 0c65671abe129f74dc794e88a9f1a76a768282e6

MOM-0001667

3. *Advanced Fees.* As part of their Loan Origination Services, Managers are responsible for collecting appraisal fees ("Fees"). The Company may, in its sole discretion, authorize an advance on such Fees on a loan. If Fees are advanced by the Company and are uncollected on canceled, unfunded, and/or denied loans, Manager shall owe Company the amount of the advanced Fees on such ineligible loan. In such case, subject to applicable law, Company will reduce the amount of any such advanced uncollected Fees from the next Commission payment advanced to Manager. Commissions are not deemed earned until these adjustments for advanced uncollected Fees have been implemented.

4. *Commission Schedule.* Commissions are payable to the Manager by multiplying the loan amount by the Basis Points ("bps") agreed to below:

Leads/Self-Gen Loans **See Table Below**

- **Bps are tru'd up at end of month to first file**
- **Max of $8,000 per funded loan**

| Funded Loans | Bps |
|---|---|
| 1 - 2 | 100 |
| 3 - 6 | 125 |
| 7+ | 150 |

| | |
|---|---|
| Port Retention | **Flat $500** |
| Affinity | **30 bps (max of $2,500 per funded loan)** |
| Costco: Costco & Leads | **30 bps (max of $750 per funded loan)** |
| Costco: Self Gen | **40 bps (max of $1,000 per funded loan)** |
| Brokered Loans | **50 bps (max of $8,000 per funded loan)** |
| Company Assisted Loans | **50 bps (max of $8,000 per funded loan)** |
| Branch Manager Referral | **75 bps (max of $8,000 per funded loan)** |
| Reverse Loan Referrals | **75 bps (based on initial draw)** |
| Piggyback 2nd Trust Deed/HELOC | **0 bps** |

Loans originated under another lead type not listed above will be paid at rates determined by Branch Manager and/or Corporate Management.

There will be a **25bps reduction on commission rate** on all loan types if a Junior Mortgage Loan Originator ("Jr. MLO") assists on file. If Loan Originator uses a Jr. MLO, the Jr. MLO must be approved by the Company and listed in Encompass.

5. *Maximum Commission Payments*. The following limits apply to all loans originated by Manager.

Minimum Commission: **N/A**

Maximum Commission: **$8,000 per funded loan excluding Port Retention, Affinity, Costco: Costco & Leads, and Costco: Self Gen loans**

6. *Referrals.* Manager may be subject to additional incentives through the Company's Loan Officer Referral Program or Exchange Referral Program, subject to the operative terms of those programs. Loan Manager will not discuss terms with consumers when making a referral. To do so would constitute unlicensed activity that the Company will not permit. The Company will not pay compensation on any transaction if the Manager has engaged in unlicensed or unlawful activity.

7. *Other Incentives.* Manager will be eligible for the following additional incentives:

   **Sales Manager Overrides:**

   - **All overrides** will be paid on your team's production that funds while you are employed with Company. Team to be designated by Dwayne Hutto.
   - Employee's funded loans will be counted towards team's tiers.

   | Funded Volume | Bps |
   |---|---|
   | $0 - $5MM | 10 |
   | $5,000,001 - $7MM | 12.5 |
   | $7MM+ | 15 |

   **Junior Loan Originator Incentive Structure:**

   - **25bps** paid per funded loan that employee works on and is listed in Encompass.
     - Bonus will not be paid on employee's personal production

8. *Right to Review.* All unearned Commission and incentive compensation may be subject to review by Company for an adjustment if: (a) Manager and/or Company requests a compensation review; (b) there is a loss or unsaleable loan(s) due to compliance and/or regulatory violations on the part of the Manager; or (c) Manager is found to have consistently and/or materially violated written Company policy concerning the origination of loans.

## III. Compensation on Separation of Employment

For terminated employees, the Salary will be paid upon termination in accordance with applicable law.

If earned Commissions cannot be calculated and paid at the time of termination or are otherwise not determinable at the time of termination, upon separation of employment for any reason, Manager will be eligible to receive commissions on Eligible Loans for which he or she has performed Loan Origination Services based on the terms set forth above for thirty (30) days after the separation date. Commissions will be paid in accordance with the above payment schedule, when they can be reasonably calculated and are determinable, or as otherwise required by applicable law.

## IV. Restrictions on Brokering of Loans

Manager shall not directly or indirectly negotiate, originate, or place any other loans with or through any other lender outside of Mutual of Omaha Mortgages approved lender list or guidelines. Failure to comply with this provision could result in disciplinary action, up to and including termination of employment.

## V. Administration/Interpretation of Plan and Modification of Agreement

The Compensation Plan Administrator is the Chief Financial Officer, or such person appointed by the Chief Financial Officer. The Plan Administrator has the sole and absolute discretion to interpret the terms of the Plan and his or her determinations are final.

Periodically, Company, in its sole discretion, will evaluate the compensation paid to Manager based on factors such as loan performance, transaction volume, sales activity, and current market conditions. Manager's compensation may or may not be adjusted accordingly. Company shall have the right, at its sole discretion, to modify this Addendum, in whole or in part, at any time on a prospective basis. In such event, Company shall issue and deliver to Manager a new Addendum reflects such changes which shall, as of the effective date stated thereon, supersede and replace the prior Addendum.

Any modification or termination of the Addendum shall be in writing and signed by an authorized representative of the Company. Upon modification, the calculations herein will apply to all transactions with a locked rate that is prior to the effective date of such modification.

**VI. Agreement**

Unless otherwise set forth herein, this Addendum is intended to contain the entire compensation plan for the Manager, as Manager's compensation is referenced in the Agreement. This Addendum controls any prior agreements regarding compensation that might exist between Manager and Company, to the extent such agreements conflict.

**VII. At-Will Employment**

Nothing in this Plan affects Mutual of Omaha Mortgages at-will employment relationship with its employees.

**VIII. Receipt of Agreement**

Each party acknowledges that it has read this Addendum in its entirety and acknowledges receipt of a fully executed copy of this Addendum.

**IX. Electronic Signature**

Manager agrees that the Company may enforce this Addendum with a copy for which Manager has provided an electronic signature, and that such electronic signature may be satisfied by procedures that the Company or a third party designated by the Company has established or may establish for an electronic signature system, and Manager's electronic signature shall be the same as, and shall have the same force and effect as, Manager's written signature. By electronically accepting this Addendum, Manager agrees to the following: "This electronic agreement contains my electronic signature, which I have executed with the intent to sign this Addendum."

IN WITNESS of their agreement, the undersigned have executed this Addendum freely and voluntarily:

**MANAGER:**

By: Dawson Walker

Signature: Dawson Walker

Date: 03 / 17 / 2022

**MUTUAL OF OMAHA MORTGAGE, INC.:**

By: Tim Larsen, Executive Vice President

Signature:

Date: March 11, 2022

Doc ID: 0c65671abe129f74dc794e88a9f1a76a768282e6