**Summary of Mutual's alleged trade secret disclosure in response to the Court's May 17, 2024 Order memorialized at DE 197 ¶ 1:**

Mutual disclosed 284 documents on May 30, 2024, compiled into 22 exhibits.

- 216 of the 284 documents were never identified as Mutual's alleged trade secrets before the July 31, 2023 close of discovery. (Thus, 68 of the 284 were timely disclosed as alleged trade secrets in discovery).

- 89 of the documents were **never** disclosed as Mutual's alleged trade secrets in discovery or thereafter during summary judgment briefing.

See the attached chart supporting the above data summary.

EXHIBIT 2

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| Ex. 1 MOM003181-241 **consists of 15 documents** | MOM0003181 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003182 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003183 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003184-185 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003186 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003187 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003188-3228 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003229 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003230-3231 | Thompson Loan Trade Secret | 1/6/2023 | x | x |
| | MOM0003232-3233 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003234-3235 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003236-3238 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003239 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003240 | Thompson Loan Trade Secret | 1/6/2023 | x | |
| | MOM0003241 | Thompson Loan Trade Secret | 1/6/2023 | x | |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| Ex. 2 WMC005904-53; WMC005964-83; WMC008807-19; WMC008833-38 **consists of 24 documents** | | | | x | x |
| | WMC005904-5909 | Calle Loan Trade Secret | 10/31/2022 | | |
| | WMC005910 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005911-5920 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005921-5927 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005928-5934 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005935-5941 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005942 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005943 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005944 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005945 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005946 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005947 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005948 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005949 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005950 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005951 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005952 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005953 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005964 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005965-5973 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC005974-5983 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC008807-8811 | Calle Loan Trade Secret | 10/31/2022 | x | x |
| | WMC008812-8819 | Calle Loan Trade Secret | 10/31/2022 | x | |
| | WMC008833-8838 | Calle Loan Trade Secret | 10/31/2022 | x | x |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| Ex. 3 WMC002147-61 **consists of 9 documents** | WMC002147 | Columbis Loan Trade Secret | 10/31/2022 | x | |
| | WMC002148 | Columbis Loan Trade Secret | 10/31/2022 | x | |
| | WMC002149 | Columbis Loan Trade Secret | 10/31/2022 | x | |
| | WMC002150 | Columbis Loan Trade Secret | 10/31/2022 | x | |
| | WMC002151 | Columbis Loan Trade Secret | 10/31/2022 | x | |
| | WMC002152 | Columbis Loan Trade Secret | 10/31/2022 | x | |
| | WMC002153 | Columbis Loan Trade Secret | 10/31/2022 | x | |
| | WMC002154-2161 | Columbis Loan Trade Secret | 10/31/2022 | x | |
| Ex. 4 WMC001024-184; WMC001944-84; WMC001988-2146 **consists of 12 documents** | WMC001024 | Tyson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001025-1184 | Tyson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001944 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001945-1946 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001947 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001948 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001949-1952 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001953-1956 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001957-1964 | Tyson Loan Trade Secret | 10/31/2022 | x | x |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | WMC001965-1984 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001988 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001989-2146 | Tyson Loan Trade Secret | 10/31/2022 | x | x |
| Ex. 5 MOM0000026-27; WMC001185-246; WMC007445-46 **consists of 10 documents** | MOM0000026 | Hennessy Loan Trade Secret | 11/3/2022 | | |
| | MOM0000027-28 | Hennessy Loan Trade Secret | 11/3/2022 | | |
| | WMC001185 | Hennessy Loan Trade Secret | 10/31/2022 | x | |
| | WMC001186 | Hennessy Loan Trade Secret | 10/31/2022 | x | |
| | WMC001187-1188 | Hennessy Loan Trade Secret | 10/31/2022 | x | |
| | WMC001189-1203 | Hennessy Loan Trade Secret | 10/31/2022 | x | |
| | WMC001204-1211 | Hennessy Loan Trade Secret | 10/31/2022 | x | |
| | WMC001212-1223 | Hennessy Loan Trade Secret | 10/31/2022 | x | |
| | WMC001224-1246 | Hennessy Loan Trade Secret | 10/31/2022 | x | |
| | WMC007445-7446 | Hennessy Loan Trade Secret | 10/31/2022 | x | x |
| Ex. 6 WMC001763-880; WMC006514-15 **consists of 16 documents** | WMC001763 | Byers Loan Trade Secret | 10/31/2022 | x | |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | WMC001764 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001765-1778 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001779-1798 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001799-1800 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001801-1804 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001805-1806 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001807-1808 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001809-1810 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001811-1812 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001813-1825 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001826-1829 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001830-1860 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001861-1869 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC001870-1880 | Byers Loan Trade Secret | 10/31/2022 | x | |
| | WMC006514-6515 | Byers Loan Trade Secret | 10/31/2022 | x | x |
| Ex. 7 WMC001297-335 **consists of 8 documents** | WMC001297 | Ryan Load Trade Secret | 10/31/2022 | x | |
| | WMC001298 | Ryan Load Trade Secret | 10/31/2022 | x | |
| | WMC001299-1308 | Ryan Load Trade Secret | 10/31/2022 | x | |
| | WMC001309 | Ryan Load Trade Secret | 10/31/2022 | x | |
| | WMC001310 | Ryan Load Trade Secret | 10/31/2022 | x | |
| | WMC001311-1312 | Ryan Load Trade Secret | 10/31/2022 | x | |
| | WMC001313-1314 | Ryan Load Trade Secret | 10/31/2022 | x | |
| | WMC001315-1335 | Ryan Load Trade Secret | 10/31/2022 | x | |
| Ex. 8 WMC001378-432 **consists of 7 documents** | WMC001378 | Brown Loan Trade Secret | 10/31/2022 | x | |
| | WMC001379-1383 | Brown Loan Trade Secret | 10/31/2022 | x | |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | WMC001384 | Brown Loan Trade Secret | 10/31/2022 | x | |
| | WMC001385-1393 | Brown Loan Trade Secret | 10/31/2022 | x | |
| | WMC001394-1395 | Brown Loan Trade Secret | 10/31/2022 | x | |
| | WMC001396-1408 | Brown Loan Trade Secret | 10/31/2022 | x | |
| | WMC001409-1432 | Brown Loan Trade Secret | 10/31/2022 | x | |
| Ex. 9 WMC000695-709; WMC001648-84; WMC003248-49 **consists of 15 documents** | | | | x | x |
| | WMC000695-697 | Gipson Loan Trade Secret | 10/31/2022 | | |
| | WMC000698-709 | Gipson Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001648 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001649 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001650 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001651 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001652-654 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001655-1662 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001663 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001664 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001665 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001666 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001667 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC001668-1684 | Gipson Loan Trade Secret | 10/31/2022 | x | |
| | WMC003248-3249 | Gipson Loan Trade Secret | 10/31/2022 | x | x |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| Ex. 10 WMC001532-647; WMC006516-22; WMC007761-65; WMC007784-90 **consists of 21 documents** | WMC001532 | Castaneda Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001533-1557 | Castaneda Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001558 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001559 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001560-1566 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001567 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001568 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001569-1573 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001574 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001575-1576 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001577-1593 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001594-1597 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001598-1600 | Castaneda Loan Trade Secret | 10/31/2022 | x | |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | WMC001601-1616 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001617 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001618-1625 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001626-1638 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC001639-1647 | Castaneda Loan Trade Secret | 10/31/2022 | x | |
| | WMC006516-6522 | Castaneda Loan Trade Secret | 10/31/2022 | x | x |
| | WMC007761-7765 | Castaneda Loan Trade Secret | 10/31/2022 | x | x |
| | WMC007784-7790 | Castaneda Loan Trade Secret | 10/31/2022 | x | x |
| Ex. 11 MOM0000002-25; WMC000854-923; WMC001336-74; WMC001453-525; WMC001881-911; WMC006387-88; WMC007080-81; WMC007106-08; WMC007371-72; WMC007449-51 **consists of 48 documents** | MOM0000002 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000003-4 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000005-6 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000007 | Tariq Loan Trade Secret | 11/3/2022 | | |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | MOM0000008 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000009 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000010 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000011 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000012-13 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000014-18 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000019-22 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | MOM0000023-25 | Tariq Loan Trade Secret | 11/3/2022 | | |
| | WMC000854 | Tariq Loan Trade Secret | 10/31/2022 | x | |
| | WMC000855-870 | Tariq Loan Trade Secret | 10/31/2022 | x | |
| | WMC000871-897 | Tariq Loan Trade Secret | 10/31/2022 | x | |
| | WMC000898-923 | Tariq Loan Trade Secret | 10/31/2022 | x | |
| | WMC001336 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001337-1354 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001355 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001356 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001357-1374 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001453 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001454-1456 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001457-1459 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001460-1470 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001471-1498 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001499-1525 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001881 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001882-1884 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001885 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001886-1889 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001890-1891 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001892-1895 | Tariq Loan Trade Secret | 10/31/2022 | x | x |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | WMC001896 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001897-1899 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001900 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001901-1905 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001906 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001907 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001908 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001909 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001910 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC001911 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC006387-6388 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC007080-7081 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC007106-7108 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC007371-7372 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| | WMC007449-7451 | Tariq Loan Trade Secret | 10/31/2022 | x | x |
| Ex. 12 MOM0001038-171 **consists of 12 documents** | MOM0001038 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001039-1042 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001043-1045 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001046-1099 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001100-1142 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001143-1144 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001145 | Kugleman Loan Trade Secret | 11/3/2022 | | |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | MOM0001146-1148 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001149-1150 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001151-1159 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001160-1167 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| | MOM0001168-1171 | Kugleman Loan Trade Secret | 11/3/2022 | | |
| Ex. 13 MOM0001003-37 **consists of 13 documents** | MOM0001003 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001004-1005 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001006 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001007 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001008 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001009 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001010 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001011-1014 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001015-1032 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001033 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001034 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001035 | Trejo Loan Trade Secret | 11/3/2022 | | |
| | MOM0001036-1037 | Trejo Loan Trade Secret | 11/3/2022 | | |
| Ex. 14 WMC000934-1000 **consists of 21 documents** | | | | x | |
| | WMC000934 | Kemp Loan Trade Secret | 10/31/2022 | | |
| | WMC000935 | Kemp Loan Trade Secret | 10/31/2022 | x | |

11

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | WMC000936 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000937-938 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000939-940 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000941 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000942 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000943 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000944-957 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000958 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000959-961 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000962-971 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000972 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000973 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000974-978 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000979 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000980 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000981 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000982-987 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000988 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| | WMC000989-1000 | Kemp Loan Trade Secret | 10/31/2022 | x | |
| Ex. 15 MOM0000987-97 **consists of 5 documents** | MOM0000987 | A. Smith Loan Trade Secret | 11/3/2022 | | |
| | MOM0000988-989 | A. Smith Loan Trade Secret | 11/3/2022 | | |
| | MOM0000990-993 | A. Smith Loan Trade Secret | 11/3/2022 | | |
| | MOM0000994-996 | A. Smith Loan Trade Secret | 11/3/2022 | | |
| | MOM0000997 | A. Smith Loan Trade Secret | 11/3/2022 | | |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| Ex. 16 WMC0001685-89 **consists of 5 documents** | WMC001685 | D'Ettore Loan Trade Secret | 10/31/2022 | x | |
| | WMC001686 | D'Ettore Loan Trade Secret | 10/31/2022 | x | |
| | WMC001687 | D'Ettore Loan Trade Secret | 10/31/2022 | x | |
| | WMC001688 | D'Ettore Loan Trade Secret | 10/31/2022 | x | |
| | WMC001689 | D'Ettore Loan Trade Secret | 10/31/2022 | x | |
| Ex. 17 MOM0000236-239; MOM0001207-11; MOM0015297-315; WMC008900-05; WMC009010-18; WMC009216-18 **consists of 11 documents** | MOM0000236-237 | Mcintosh Loan Trade Secret | 11/3/2022 | x | x |
| | MOM0000238-239 | Mcintosh Loan Trade Secret | 11/3/2022 | x | x |
| | MOM0001207-1211 | Mcintosh Loan Trade Secret | 11/3/2022 | x | |
| | MOM0015297 | Mcintosh Loan Trade Secret | 8/9/2023 | x | x |
| | MOM0015298-15315 | Mcintosh Loan Trade Secret | 8/9/2023 | x | x |
| | WMC008900-8902 | Mcintosh Loan Trade Secret | 10/31/2022 | x | x |
| | WMC008903-8905 | Mcintosh Loan Trade Secret | 10/31/2022 | x | x |

13

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | WMC009010-9012 | Mcintosh Loan Trade Secret | 10/31/2022 | x | x |
| | WMC009013-9015 | Mcintosh Loan Trade Secret | 10/31/2022 | x | x |
| | WMC009016-9018 | Mcintosh Loan Trade Secret | 10/31/2022 | x | x |
| | WMC009216-9218 | Mcintosh Loan Trade Secret | 10/31/2022 | x | x |
| Ex. 18 WMC001450-52 **consists of 3 documents** | WMC001450 | Friebis Customer List | 10/31/2022 | x | |
| | WMC001451 | Friebis Customer List | 10/31/2022 | x | |
| | WMC001452 | Friebis Customer List | 10/31/2022 | x | |
| Ex. 19 MOM-0015279-80; WMC005539-41; WMC008611-14 **consists of 4 documents** | MOM-0015279-15280 | Mutual Tampa Branch Customer | 8/9/2023 | x | |
| | WMC005539-5540 | Mutual Tampa Branch Customer | 10/31/2022 | x | x |
| | WMC005541 | Mutual Tampa Branch Customer | 10/31/2022 | x | x |
| | WMC008611-8614 | Mutual Tampa Branch Customer | 10/31/2022 | x | x |
| Ex. 20 MOM-0001175-206 **consists of 20 documents** | MOM-0001175 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001176 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001177 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001178 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001179-1186 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001187 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001188 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001189 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001190 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001191 | Stalls Customer Lists | 11/3/2022 | | |

| Mutual's May 30, 2024 Disclosure (284 Documents) | Bates No. | Mutual's Classification | Date of Production | Never Identified Before Close of Discovery (216 Documents) | Never Identified Before May 2024 (89 Documents) |
|---|---|---|---|---|---|
| | MOM-0001192 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001193 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001194 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001195 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001196 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001197-1198 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001199 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001200-1204 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001205 | Stalls Customer Lists | 11/3/2022 | | |
| | MOM-0001206 | Stalls Customer Lists | 11/3/2022 | | |
| Ex. 21 MOM-0000027-29 **consists of 2 documents** | MOM-0000027-28 | Tampa P&L | 11/3/2022 | | |
| | MOM-0000029 | Tampa P&L | 11/3/2022 | | |
| Ex. 22 MOM-0000033-34; MOM-0001285-86 **consists of 4 documents** | MOM-0000033 | Daytona P&L | 11/3/2022 | | |
| | MOM-0000034 | Daytona P&L | 11/3/2022 | | |
| | MOM-0001285 | Daytona P&L | 1/6/2023 | x | |
| | MOM-0001286 | Daytona P&L | 1/6/2023 | x | |