# EXHIBIT D

*Mutual v. Waterstone*, No. 8:22-cv-01660-UAM
Date: 5.30.2024

**Plaintiff's Revised Identification of Trade Secrets Pursuant to May 22, 2024 Order (ECF No. 197)[1]**

| Exhibit Number | Category | Bates Number/Range | Deposition Exhibit No. |
|---|---|---|---|
| 1 | Thompson Loan Trade Secret | MOM-0003181-241 | N/A |
| 2 | Calle Loan Trade Secret | WMC005904-53; WMC005964-83; WMC008807-19; WMC008833-38 | Chris Wolf Dep. Exhibit 4 |
| 3 | Columbis Loan Trade Secret | WMC002147-61 | Chris Wolf Dep Exhibit 13 |
| 4 | Tyson Loan Trade Secret | WMC001024-184; WMC00194484; WMC001988-2146 | Kevin Allen Dep. Exhibit 40; Chris Wolf Dep Exhibit 13 |
| 5 | Hennessy Loan Trade Secret | MOM-0000026-27; WMC001185-246; WMC007445-46 | Kevin Allen Dep. Exhibit 35; Dawyne Hutto Dep. Exhibits 18-19; Chris Wolf Dep. Exhibit 13 |
| 6 | Byers Loan Trade Secret | WMC001763-880; WMC006514-15 | Kevin Allen Dep. Exhibit 33; Dwayne Hutto Dep. Exhibit 24; Chris Wolf Dep. Exhibit 13 |
| 7 | Ryan Loan Trade Secret | WMC001297-335 | Chris Wolf Dep. Exhibit 13 |
| 8 | Brown Loan Trade Secret | WMC001378-432 | Chris Wolf Dep. Exhibit 13 |
| 9 | Gipson Loan Trade Secret | WMC000695-709; WMC001648-84; WMC003248-49 | Chris Wolf Dep. Exhibit 13 |
| 10 | Castaneda Loan Trade Secret | WMC001532-647; WMC006516-22; WMC007761-65; WMC007784-90 | Kevin Allen Dep. Exhibit 38; Dawson Walker Dep. Exhibit 11; Chris Wolf Dep. Exhibit 13 |
| 11 | Tariq Loan Trade Secret | MOM-0000002- 25; WMC000854-923; WMC001336-74; WMC001453-525; WMC001881-911; WMC006387-88; WMC007080-81; WMC007106-08; WMC007371-72; WMC007449-51 | Chris Wolf Dep. Exhibit 13; Dwyane Hutto Dep. Exhibit 20-22; Kevin Allen Dep. Exhibit 21-22 |

---

[1] This chart is identical to the version provided to Waterstone on May 30, 2024, except that Mutual has added the Column entitled "Deposition Exhibit Number".

1

*Mutual v. Waterstone*, No. 8:22-cv-01660-UAM
Date: 5.30.2024

| Exhibit Number | Category | Bates Number/Range | Deposition Exhibit No. |
|---|---|---|---|
| 12 | Kugleman Loan Trade Secret | MOM-0001038-171 | N/A |
| 13 | Trejo Loan Trade Secret | MOM-0001003-37 | No |
| 14 | Kemp Loan Trade Secret | WMC000934-1000 | Chris Wolf Dep Exhibit 13 |
| 15 | A. Smith Loan Trade Secret | MOM-0000987- 97 | N/A |
| 16 | D'Ettore Loan Trade Secret | WMC001685-89 | Chris Wolf Dep Exhibit 13 |
| 17 | Mcintosh Loan Trade Secret | MOM-0000236- 239; MOM-0001207- 11; MOM-0015297- 315; WMC008900-05; WMC009010-18; WMC009216-18 | Chris Smith Dep. Exhibit 9; Keving Allen Dep. Exhibit 36; Dwayne Hutto Dep. Exhibit 26; Chris Wolf Dep. Ex. 9 |
| 18 | Friebis Customer List | WMC001450-52 | Chris Wolf Dep Exhibit 18 |
| 19 | Mutual Tampa Branch Customer List | MOM-0015279- 80; WMC005539-41; WMC008611-14 | Kevin Allen Dep. Exhibit 29 |
| 20 | Stalls Customer Lists | MOM-0001175- 206 | N/A |
| 21 | Tampa P&L | MOM-0000027- 29 | Kevin Allen Dep. Exhibit 48; Chris Smith Deposition Exhibit 3; Dwayne Hutto Dep. Exhibit 10 |
| 22 | Daytona P&L | MOM-0000033- 34; MOM-0001285- 86 | Dwayne Hutto Dep. Exhibit 6 |