## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:22-cv-1660-UAM | DATE: | June 4, 2024 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| MUTUAL OF OMAHA MORTGAGE, INC.<br>**Plaintiff**<br>v.<br>WATERSTONE MORTGAGE CORPORATION<br>**Defendant** | | **PLAINTIFF COUNSEL**<br>Ari Karen<br>Arielle Stephenson<br>Daniel Paul Dietrich<br>Gregory Lathrop Pierson<br>**DEFENDANT COUNSEL**<br>Maria L. Kreiter<br>Carolina Yvonne Blanco<br>Emma J. Jewell<br>Scott A. McLaren | | |
| **COURT REPORTER:** Tana Hess | | **DEPUTY CLERK:** | Jeremiah Smith |
| **TIME**: 10:01 AM – 10:56 AM   **TOTAL:** 55 Minutes | | **COURTROOM:** | Zoom |

**PROCEEDINGS** – MOTION HEARING - ZOOM

MOTION IN LIMINE REGARDING EXCLUSION OF TESTIMONY ABOUT EMPLOYEES' JOB SATISFACTION AND MUTUAL'S BREACH OF CONTRACT BY MUTUAL OF OMAHA MORTGAGE, INC. (DOC. 188)

MOTION IN LIMINE REGARDING TO EXCLUDE EVIDENCE OF SOLICITATION BY DWAYNE HUTTO AND CHRIS SMITH BY WATERSTONE MORTGAGE CORPORATION (DOC. 190)

Oral argument heard.

The Court makes rulings on the motions.

The Court will enter a written order to follow.

The Court set a status conference for June 13, 2024, at 10 AM via Zoom.

Court adjourned.