**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| CASE NO.:      8:22-cv-1660-UAM | | DATE: June 13 2024 | |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | | **PLAINTIFF COUNSEL:**<br>Ari Karen, Aron Raskas, Greg Pierson, Arielle Stephenson,<br>Mark Carroll: In house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Emma Jewel, Carolina Blanco, Scott McLaren,<br>Stephanie Ziebell | |
| **COURT REPORTER:**  digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:**  10:00 to 11:20   **TOTAL: 1.20 min** | | **COURTROOM:** | 10A |

**PROCEEDINGS:** STATUS CONFERENCE - ZOOM

Regarding trade secrets at issue for counts 1 and 2.

Oral argument heard.

Court finds plaintiff failed to timely supplement discovery as to interrogatory #8.

Court to permit the continuing 30(b)(6) deposition and additional discovery related to the Plaintiff's alleged trade secrets.

Court to deny the request to exclude the documents.

No additional documents added at this point other than the 17 borrowers, the customer list and the P and L.

Court preserves Defendant's right for a fees motion, at a later date.

Court directs the parties meet and confer to discuss what is needed for additional discovery.
Report to be disclosed by June 28.    July 2 at 3:00 pm– status conference.