**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| CASE NO.:     8:22-cv-1660-UAM | DATE: July 2, 2024 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Ari Karen, Arielle Stephenson, Dan Dietrich<br>Mark Carroll: In house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Emma Jewel, Carolina Blanco<br>Stephanie Ziebell, Waterstone GC |
| **COURT REPORTER:**  digital | **DEPUTY CLERK:**  Lynne Vito |
| **TIME:**  3:01 to 3:09   **TOTAL: 8 min** | **COURTROOM:**  10A |

**PROCEEDINGS:**    STATUS CONFERENCE - ZOOM

Discovery issues before trial.

Arguments of counsel.

Court to schedule another zoom status for August 13 at 2:00 pm.