**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MUTUAL OF OMAHA MORTGAGE, INC.,

Plaintiff,

v.

WATERSTONE MORTGAGE CORPORATION,

Defendant.

Civil Action No. 22-CV-01660-TPB-JSS

FIRST AMENDED COMPLAINT

DEMAND FOR A JURY TRIAL

**Supplemental Expert Report of Candice L. Rosevear**
**June 28, 2024**

**EXHIBIT**
**3**

**Table of Contents**

I.    Introduction ............................................................................................................... 3

II.   Summary of Opinions .................................................................................................. 4

III.  Damages Related to Lost Profits on Loan Sales from the Closure of the Tampa and
      Daytona Branches Through December 31, 2024 ........................................................... 5

IV.   Various Data Points Suggest that MOM's Tampa and Daytona Branches Were Highly
      Likely to Have Remained in Operation Through at Least December 31, 2024, But For
      Defendants' Actions, If Not Longer ............................................................................ 7

V.    Conclusion ................................................................................................................. 10

## I.    Introduction

1.      I, Candice L. Rosevear, am a co-founder of and managing director at Peregrine Economics, a Chicago-based firm that specializes in the application of economics, finance, statistics, data science, and valuation principles to questions that arise in a variety of contexts, including, as here, in the context of litigation.

2.      I previously submitted an expert report in this matter, on July 14, 2023.[1,2] In that report, at the request of counsel for Plaintiffs, I calculated the lost profits to Mutual of Omaha Mortgage ("MOM") resulting from the closure of its Tampa and Daytona branches and expressed the amount in present value terms. The conclusion of the July 2023 Report is as follows:

> In this report, I have used multiple data sources to estimate loan sales in Tampa and Daytona. One source was based on the pattern of loan sales from other MOM branches, and the other is a trusted source of national data. I applied a reasonable growth rate to future loan sales. I used an extremely conservative estimate of the terminal growth rate. Furthermore, I used multiple methodologies to estimate the cost of equity, a key input into finding the appropriate discount rate.

> Under these assumptions, I estimate between $27.90 million and $28.05 million in lost profits stemming from the closing of the MOM Tampa and Daytona branches. Approximately half of that amount is from profits lost during the 2022 to 2031 timeframe, and half is from the terminal value calculation as described above.[3]

3.      Counsel for Plaintiff has asked me to provide a supplemental report to (1) calculate lost profits after removing loan production related to (a) the Paramus, New Jersey branch and (b) Dwayne Hutto, (2) express lost profits in present value terms as of July 1, 2024 ("Valuation Date"), and (3) provide an analysis of branch longevity based on publicly available data and data available in the record.

---

[1] First Amended Complaint filed October 26, 2022, in *Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation*, Civil Action No. 22-CV-01660-TPB-JSS, ¶¶ 66-97.
[2] Rosevear Report July 14, 2023 ("July 2023 Report"). At the time, I was a principal at Global Economics Group.
[3] July 2023 Report, ¶ 14. Furthermore, I explained that my damages model is flexible to other damages timeframes (July 2023 Report, fn. 35). I also said, "I reserve the right to amend this Report to reflect new information that becomes available to me, including from the discovery process and/or future rulings from the Court" (July 2023 Report, ¶ 6).

4.      In formulating my opinions set forth in this Report, I have relied upon the analysis described herein; my knowledge, experience, and formal training in economics and statistics; and the allegations and facts set forth in this lawsuit. The materials I have considered and relied upon in forming my opinions in this Report are summarized in **Appendix A**.

5.      Peregrine Economics is being compensated at an hourly rate of $500 per hour for my work on this matter and my compensation is in no way contingent on the opinions provided or the outcome of this case. I provided my qualifications in my July 2023 Report and do not repeat them here.[4] My latest curriculum vitae is attached as **Appendix B.**

6.      I reserve the right to amend this Report to reflect new information that becomes available to me, including from the discovery process and/or future rulings from the Court.

## II.    Summary of Opinions

7.      In this report, I provide the present value of lost profits at the MOM Tampa and Daytona branches based on standard valuation models.

8.      I began with the monthly historical loan sales at the Tampa and Daytona branches. I identified the loan originations from Ingrid Ruiz, Michael Lynch, Michael Stefans, Juan Castello, Patrick Japaz, and Brian Karwoski, which are associated with the Paramus branch, and removed them from the loan sales figures for Tampa. I identified the loan originations from Dwayne Hutto and removed them from the sales figures for Daytona. From there, I projected what future sales at Tampa and Daytona would have been absent Defendants' alleged misconduct, and assuming the branches would have otherwise continued operating through a reasonable period of longevity, which includes the time at least through December 31, 2024.

9.      I based my projections on the patterns observed in (1) actual loan sales that occurred at the MOM St. Louis and Maryland branches; and (2) national data from the Mortgage Bankers of Association. Then I used a reasonable growth rate to project future loan sales.

10.      From these projections, I performed a well-known valuation technique known as a discounted cash flow (DCF) analysis to estimate the present value of lost profits. I adjusted

---

[4] July 2023 Report, § II.

lost profits that occurred after the Valuation Date using Mutual of Omaha's discount rate. I adjusted the lost profits that occurred prior to the Valuation Date for inflation using the consumer price index ("CPI") to express lost profits in present value terms from the date of the loss through the Valuation Date using the standard formula for annually compounding interest.

11.    Based on the various data sources used to estimate loan sales in Tampa and Daytona, and after applying conservative assumptions into the discounted cash flow model, I find that the present value of lost profits is over $3.4 million through December 31, 2024.

12.    Furthermore, I conducted a review of previously produced documents and publicly available data regarding branch longevity. The confluence of evidence, as described below, suggests that MOM's Tampa and Daytona branches were highly likely to have remained in operation through December 31, 2024, but for Defendants actions, if not longer.

### III.    Damages Related to Lost Profits on Loan Sales from the Closure of the Tampa and Daytona Branches Through December 31, 2024

13.    I calculated lost profits from loan sales for the Tampa and Daytona branches in three steps. First, I evaluated historical loan sales from MOM's profit and loss statements ("P&Ls"), and removed the loan originations associated with the Paramus, New Jersey branch (from the Tampa P&Ls) and Dwayne Hutto (from the Daytona P&Ls).

14.    Second, I predicted what loan sales would have been had the branches remained open through December 31, 2024. I constructed two separate prediction models, based upon the relationship between Tampa and Daytona's actual loan sales and the following benchmarks: (1) actual loan sales from two other MOM branches that remained in operation after the closure of the Tampa and Daytona branches and (2) Mortgage Bankers Association (MBA) loan origination data for the United States.[5]

15.    Third, I applied a discounted cash flow (DCF) analysis to calculate lost earnings before interest and taxes (EBIT) and free cash flows to the firm,[6] and express lost profit as of

---

[5] July 2023 Report, § V.B. I explained my predicted loan sales analysis in detail in my July 2023 Report and do not repeat it here.
[6] July 2023 Report, § V.C. I explained my DCF analysis in detail in my July 2023 Report and do not repeat it here.

the Valuation Date using my estimated discount rate for MOM.[7] In addition, I adjusted the lost profits that occurred prior to the Valuation Date for inflation using the consumer price index ("CPI") to express lost profits in present value terms from the date of the loss through the Valuation Date using the standard formula for annually compounding interest.[8,9,10]

16.     **Figure 1** shows the results from my models, in cumulative terms in 6-month intervals through December 31, 2024.[11] Under the Peer-Based Model, lost profits are $3.40 million in total, with $1.66 million from the Tampa branch and $1.74 million from the Daytona branch. Under the MBA-Based Model, lost profits are $3.51 million in total, with $1.78 million from the Tampa branch and $1.73 million from the Daytona branch. Notably, the two distinct models estimate similar levels of loan sales, and thus lost profits, in each year indicating robustness in my methodology.

---

[7] July 2023 Report, § V.D. I explained each of the inputs I used in determining the appropriate discount rate in my July 2023 Report and do not repeat it here.

[8] I apply a rate of 3.3% per year as an estimate of inflation, which is the seasonally adjusted Consumer Price Index for All Urban Consumers: All Items (CPIAUCSL) for May 2024 (most recent data available). CPIAUCSL is "a price index of a basket of goods and services paid by urban consumers. Percent changes in the price index measure the inflation rate between any two time periods." I used the seasonally adjusted monthly series reflecting the percent change from one year ago (available at https://fred.stlouisfed.org/graph/?g=rocU).

[9] The formula for compound interest is: $A = P(1 + r/n)^{(nt)}$, where: A is the amount of damages accumulated after n years, including interest; P is the principal amount (the initial amount of damages); r is the annual interest rate; n is the number of times that interest is compounded per year; and t is the time in years. Brigham, Eugene F., and Joel F. Houston. *Fundamentals of Financial Management (8th ed.)*. Orlando: The Dryden Press, 1998, pp. 232-241.

[10] In my July 2023 Report, I did not adjust the lost profits for inflation. Counsel for Plaintiff asked me to make an inflation adjustment for this Report, given that an additional year has passed since my July 2023 Report.

[11] The 12/31/2022 present value is based off the difference between projected loan sales and actual loan sales. MOM's business tapers off from May 2022 to September 2022, with a large drop off in July 2022. After netting out actual sales during that window, the majority of 2022 damages begin in July 2022. The figures in this table may not sum to the totals due to rounding.

**Figure 1: Present Value of Lost Profits, in Millions, In Cumulative Terms, in Six-Month Intervals Through December 31, 2024**

| Peer-Based Model | 12/31/2022 | 6/30/2023 | 12/31/2023 | 6/30/2024 | 12/31/2024 |
|---|---|---|---|---|---|
| Tampa | $0.30 | $0.62 | $0.98 | $1.33 | $1.66 |
| Daytona | $0.37 | $0.69 | $1.06 | $1.40 | $1.74 |
| **Total** | **$0.66** | **$1.31** | **$2.04** | **$2.73** | **$3.40** |
| MBA-Based Model | | | | | |
| Tampa | $0.38 | $0.67 | $1.02 | $1.39 | $1.78 |
| Daytona | $0.43 | $0.69 | $1.02 | $1.37 | $1.73 |
| **Total** | **$0.81** | **$1.36** | **$2.04** | **$2.76** | **$3.51** |

## IV.    Various Data Points Suggest that MOM's Tampa and Daytona Branches Were Highly Likely to Have Remained in Operation Through at Least December 31, 2024, But For Defendants' Actions, If Not Longer

17.    Counsel for Plaintiff asked me to evaluate publicly available data and data available in the record, and to opine on whether it would be reasonable to conclude that the Tampa and Daytona branches would have remained in operation from mid-2022 through December 31, 2024, a period of approximately 30 months, but for (or absent) Defendants' actions (i.e., but for the departure of the account executives from Mutual of Omaha to Waterstone). Various datapoints suggest a high likelihood that the Tampa and Daytona branches would have remained in operation through at least December 31, 2024, which is approximately six months from the date of this report.

18.    First, I assessed the current situation and found that the account executives that left MOM's Tampa and Daytona branches are currently operating at Waterstone in the same markets. According to Nationwide Multistate Licensing System & Registry (NMLS) Consumer Access,[12] Dwayne Hutto and Christopher Ryan Wolf are employed at Waterstone's Ormond Branch (Daytona) and Christopher Coryell Smith is employed at Waterstone's Tampa

---

[12] NMLS Consumer Access, https://www.nmlsconsumeraccess.org. NMLS defines its database as follows: "NMLS Consumer Access Contains licensing/registration information on mortgage, consumer finance, debt, and money services companies, branches, and individuals licensed by state regulatory agencies participating in NMLS. It also contains information regarding federal agency-regulated institutions and their mortgage loan originators who are registered with NMLS."

branch.[13] This behavior reveals the employees' desire and intent to remain in the industry, and indeed, to operate as loan officers in the same markets as they had while employed at MOM. Furthermore, each account executive has had a long tenure in the industry, having been employed at the Tampa and Daytona branches since at least November 2018, when MOM acquired BBMC, where they were previously employed.[14] As of the date of this Report, approximately 24 months have passed since their departure from MOM. Based on this information, and to the extent that these employees would have carried out their careers in a similar fashion at MOM rather than Waterstone, this indicates the Tampa and Daytona branch would have continued to operate through at least the date of this Report, if not longer.

19.    Second, I conducted a statistical analysis to assess the probability that the Tampa and Daytona branches would have remained in operation for approximately six more months, through the end of December 31, 2024, but for Defendants' actions, using publicly available data on MOM's branches from the NMLS Consumer Access database.[15] The analysis is based on a commonly-used statistical analysis known as Kaplan-Meier, which estimates survival rates among a population.[16] Using the BBMC acquisition date of November 2018, referenced above, the Tampa and Daytona Branches would have been approximately 68 months old as of the date of this Report. Thus, the statistical question I asked is: What is the probability that a branch aged at least 68 months will survive another six months, to 74 months?

---

[13] NMLS Consumer Access, Waterstone Mortgage Corporation branch locations https://www.nmlsconsumeraccess.org/EntityDetails.aspx/Branches/186434. *See* Waterstone's Ormond Beach (Daytona) page, which includes Dwayne Hutto and Christopher Ryan Wolf as Branch Managers, https://www.nmlsconsumeraccess.org/EntityDetails.aspx/Branch/2363645. *See* Waterstone's Tampa page, which includes Christopher Coryell Smith as Branch Manager, https://www.nmlsconsumeraccess.org/EntityDetails.aspx/Branch/2389134.
[14] Mutual of Omaha Mortgage acquired BBMC in November 2018, https://www.businesswire.com/news/home/20181031005848/en/Synergy-One-Lending-a-Mutual-of-Omaha-Bank-Company-to-Acquire-Assets-of-BBMC-Mortgage; NMLS Consumer Access, "Christopher Coryell Smith," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/individual/69879; NMLS Consumer Access, "Christopher Ryan Wolf," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/individual/1626538; NMLS Consumer Access, "Dwayne Hutto," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/individual/110495.
[15] NMLS Consumer Access, https://www.nmlsconsumeraccess.org.
[16] *See,* Kaplan, E. L., & Meier, P. Nonparametric Estimation from Incomplete Observations. *Journal of the American Statistical Association,* 53(282), 1958, 457–481.

20.     For this exercise, I used the NMLS data to evaluate all MOM branches that were at least 68 months old and founded prior to April 22, 2018 (ensuring that sufficient time has passed to observe whether the store reached 74 months, considering that the NMLS data was accessed on June 22, 2023). There are 33 such branches. From there, I calculated the percentage of them that closed before reaching 74 months of age. I find that five closed before their 74th month after having survived at least 68 months. Thus, the probability of survival for at least six more months for a MOM branch aged 68 months is 84.8% as indicated by this set of branches.

21.     As a robustness check, I limited the set of branches to those firms founded in 2017 or 2018, and thus experienced market conditions similar to that of the Tampa and Daytona branches. There are nine such branches. Of those, one of them closed before its 74th month after having survived at least 68 months. Thus, the probability of survival for at least six more months for a MOM branch aged 68 months and founded in years 2017 or 2018 is 88.9% as indicated by this set of branches.

22.     Third, I evaluated the deposition testimony on branch longevity. MOM's Jeff Gennarelli testified that "most of our branches have been here 10, 15 years… at least the core group."[17] Mr. Gennarelli further stated that, for "branches similar to [the Tampa and Daytona branches] … they stay for… eight years, ten years."[18] Given the BBMC acquisition date of November 2018, "staying for eight to ten years" implies the branches would have existed through November 2026 to November 2028.

23.     Fourth, I evaluated other documents in the record on branch longevity. According to Mutual of Omaha's Responses and Objections to Waterstone's Third Interrogatory Requests, of MOM's forward division, the only branches that closed and did not reopen between 2018 and October 2023 (the date of the interrogatory), are Tampa and Daytona (the branches at issue here), as well as Paramus, New Jersey. One branch closed and reopened (Northwest Region) and one branch divested by agreement (S1 Lending).[19] In addition, I

---

[17] Deposition of J. Gennarelli, taken May 25, 2023, 171:2-3.
[18] Deposition of J. Gennarelli, taken May 25, 2023, 172:18-22. Mr. Gennarelli then went on to discuss his 18-months loss window.
[19] Plaintiff Mutual of Omaha Mortgage. Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Third Set of Interrogatories, dated October 2, 2023, *in Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation,* Civil Action No. 22-CV-01660, at p. 5.

reviewed a previously produced document on departing branches.[20] I specifically searched for BBMC branches to identify any closures. I found that of the BBMC branches acquired,[21] only Tampa and Daytona had closed as of August 2023 (the last date observed in the document). Given that MOM operates hundreds of branches, and at least 30 of those branches were part of the BBMC acquisition, these documents indicate low attrition among MOM branches.

24.     The confluence of evidence, as described above, suggests that MOM's Tampa and Daytona branches were highly likely to have remained in operation through at least December 31, 2024, but for Defendants actions, if not longer.

## V.    Conclusion

25.     In this report, I have used multiple data sources to estimate loan sales in Tampa and Daytona through December 31, 2024. One source was based on the pattern of loan sales from other MOM branches, and the other is a trusted source of national data. Under the Peer-Based Model, lost profits are $3.40 million in total, with $1.66 million from the Tampa branch and $1.74 million from the Daytona branch. Under the MBA-Based Model, lost profits are $3.51 million in total, with $1.78 million from the Tampa branch and $1.73 million from the Daytona branch.

26.     Furthermore, I conducted a review of publicly available data and previously produced documents regarding branch longevity. The confluence of evidence, as described above, suggests that MOM's Tampa and Daytona branches were highly likely to have remained in operation through December 31, 2024, but for Defendants actions, if not longer.

---

[20] Waterstone Request Departing Branches, MOM-0015731. The last termination date in the document is August 2023. This implies the date of the document is on or after August 2023.
[21] BBMC Branch P&L Statements, MOM-0015905-0941.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 28th day of June, 2024, in Chicago, Illinois.

_____

Candice L. Rosevear

## Appendix A

### Documents Considered

**Court Documents**

- First Amended Complaint filed October 26, 2022, *in Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation*, Civil Action No. 22-CV-01660-TPB-JSS.
- Plaintiff Mutual of Omaha Mortgage. Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Third Set of Interrogatories, dated October 2, 2023, *in Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation,* Civil Action No. 22-CV-01660.

**Previously Filed Expert Report**

- Rosevear Report, July 14, 2023.

**Deposition Transcripts**

- Deposition of J. Gennarelli, taken May 25, 2023.

**Documents Produced in Discovery**

- BBMC Branch Profit and Loss (P&L) Statements.
  - 821 Lombard Profit and Loss 2018-12.xlsx (MOM-0015905).
  - 822-Vernon Hills Profit and Loss 2018-12.xlsx (MOM-0015906).
  - 823 Melville Profit & Loss - 2018-12.xlsx (MOM-0015907).
  - 824-Corporate Perks Profit and Loss 2018-12.xlsx (MOM-0015908).
  - 826 Maryland Profit & Loss - 2018-12.xlsx (MOM-0015909).
  - 827 Dowers Grove Profit & Loss - 2018-12.xlsx (MOM-0015910).
  - 829-Community Lending Profit and Loss 2018-12.xlsx (MOM-0015911).
  - 830-Clearwater Profit and Loss 2018-12.xlsx (MOM-0015912).
  - 831-Conlon Profit and Loss 2018-12.xlsx (MOM-0015913).
  - 832-Georgetown Profit and Loss 2018-12.xlsx (MOM-0015914).
  - 833-Oakbrook Terrace Profit and Loss 2018-12.xlsx (MOM-0015915).
  - 836-Lender City Profit and Loss 2018-12.xlsx (MOM-0015916).
  - 837-New York-Reverse Profit and Loss 2018-12.xlsx (MOM-0015917).
  - 838-Trissel Profit and Loss Statement 2018-12.xlsx (MOM-0015918).
  - 839-New York Profit and Loss 2018-12.xlsx (MOM-0015919).
  - 840-Louisville Profit and Loss 2018-12.xlsx (MOM-0015920).
  - 841-Brentwood Profit and Loss 2018-12.xlsx (MOM-0015921).

- o 842 Naperville Profit & Loss - 2018-12.xlsx (MOM-0015922).
- o 843-Austin Profit and Loss 2018-12.xlsx (MOM-0015923).
- o 844-Seven Hills Profit and Loss 2018-12.xlsx (MOM-0015924).
- o 845-BBMC Corporate Sales Profit and Loss 2018-12.xlsx (MOM-0015925).
- o 846-Houston Profit and Loss 2018-12.xlsx (MOM-0015926).
- o 847-Schaumburg Profit and Loss 2018-12.xlsx (MOM-0015927).
- o 848-Reynoldsburg Profit and Loss 2018-12.xlsx (MOM-0015928).
- o 849-Columbus Profit and Loss 2018-12.xlsx (MOM-0015929).
- o 851-Chicago Profit and Loss 2018-12.xlsx (MOM-0015930).
- o 853 Yorkville Profit & Loss - 2018-12.xlsx (MOM-0015931).
- o 855 Dallas Profit & Loss - 2018-12.xlsx (MOM-0015932).
- o 856-St Louis Profit and Loss 2018-12 (1).xlsx (MOM-0015933).
- o 857-Birmingham Profit and Loss 2018-12.xlsx (MOM-0015934).
- o 860-Irvine Profit and Loss 2018-12.xlsx (MOM-0015935).
- o 861-Arizona Profit and Loss 2018-12.xlsx (MOM-0015936).
- o 862-San Diego-Reverse Mortgage Profit and Loss 2018-12.xlsx (MOM-0015937).
- o 863-San Diego Profit and Loss 2018-12.xlsx (MOM-0015938).
- o 864 Mission Valley Profit & Loss - 2018-12.xlsx (MOM-0015939).
- o 865 North Bay Profit & Loss - 2018-12.xlsx (MOM-0015940).
- o 871-Charlotte Profit and Loss 2018-12.xlsx (MOM-0015941).

- Departing Branch Document
  - o Waterstone Request Departing Branches, (MOM-0015731).

## Supplemental Public Data

- Federal Reserve Economic Data, "Consumer Price Index for All Urban Consumers: All Items in U.S. City Average (CPIAUCSL)," https://fred.stlouisfed.org/graph/?g=rocU.

## Academic Articles and Textbooks

- Brigham, Eugene F., and Joel F. Houston. *Fundamentals of Financial Management* (8th ed.). Orlando: The Dryden Press, 1998, pp. 232-241.
- Kaplan, E. L., & Meier, P. Nonparametric Estimation from Incomplete Observations. *Journal of the American Statistical Association*, 53(282), 1958, 457–481.

**Other Documents**

- Business Wire, "Synergy One Lending, a Mutual of Omaha Bank Company, to Acquire Assets of BBMC Mortgage," October 31, 2018, https://www.businesswire.com/news/home/20181031005848/en/Synergy-One-Lending-a-Mutual-of-Omaha-Bank-Company-to-Acquire-Assets-of-BBMC-Mortgage.
- NMLS Consumer Access, "Christopher Coryell Smith," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/individual/69879.
- NMLS Consumer Access, "Christopher Ryan Wolf," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/individual/1626538.
- NMLS Consumer Access, "Dwayne Hutto," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/individual/110495.
- NMLS Consumer Access, "Waterstone Mortgage Corporation, Ormond Beach [Daytona], FL Branch," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/Branch/2363645.
- NMLS Consumer Access, "Waterstone Mortgage Corporation, Tampa, FL Branch," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/Branch/2389134.
- NMLS Consumer Access, "Waterstone Mortgage Corporation: Branch Locations," https://www.nmlsconsumeraccess.org/EntityDetails.aspx/Branches/186434.
- NMLS Consumer Access, https://www.nmlsconsumeraccess.org.

# Appendix B

## *Curriculum Vitae*

## CANDICE L. ROSEVEAR

*Curriculum Vitae*

# CANDICE L. ROSEVEAR

June 2024

Peregrine Economics
125 South Wacker Drive, Suite 2610
Chicago, Illinois 60606
(312) 622-6757
crosevear@peregrine-econ.com

## EMPLOYMENT

**Peregrine Economics, LLC**

Co-Founder and Managing Director (2024-)

**Global Economics Group, LLC**

Principal (2021-2023)
Vice President (2016-2021)
Director (2012-2016)

**Chicago Partners, LLC (presently Navigant Economics)**

Managing Consultant (2008-2011)
Associate (2007-2008)
Research Analyst (2006-2007)

## EDUCATION

**M.B.A.**  **University of Chicago Booth School of Business, 2012**
Master of Business Administration with a concentration in Economics, Finance, Entrepreneurship, and Econometrics and Statistics

Teaching Assistant for Microeconomics in the M.B.A. Program

**B.S.**  **Indiana University Kelley School of Business (Indianapolis), 2006**
Bachelor of Science, *magna cum laude*, in Business
Minor in Philosophy

Honors thesis: *The Legal and Ethical Implications of Radio Frequency Identification (RFID) Technology*

Beijing Foreign Studies University - Beijing, China, 2005

**TESTIMONIAL EXPERIENCE AND EXPERT REPORTS**

Expert Report of Candice L. Rosevear, June 24, 2024, Cobb County v. Purdue Pharma, et al., In Re National Prescription Opiate Multi-District Litigation, The United States District Court for the Northern District of Ohio Eastern Division. Case No. 17-md-2804.

Expert Report of Candice L. Rosevear, May 24, 2024, in the Matter of Kashyap Bakhai v. BDO USA, P.C., AAA Arbitration. AAA CASE NO. 01-23-0002-5310. Revised to reflect new information, June 24, 2024.

Arbitration Testimony of Candice L. Rosevear, March 14, 2024, in the Matter of Robert Eagar and John Ward v. First Federal Bank, AAA Arbitration. AAA CASE NO. 01-22-0002-2260.

Deposition of Candice L. Rosevear, December 12, 2023, in the Matter of Robert Eagar and John Ward v. First Federal Bank, AAA Arbitration. AAA CASE NO. 01-22-0002-2260.

Deposition of Candice L. Rosevear, December 8, 2023, in the Matter of John M. Regalado v. Arnold Randall, Forest Preserve District of Cook County and Cook County, Illinois, The Circuit Court of Cook County, Illinois, County Department, Law Division. No. 19 L 6401.

Expert Rebuttal Report of Candice L. Rosevear, November 13, 2023, in the Matter of John M. Regalado v. Arnold Randall, Forest Preserve District of Cook County and Cook County, Illinois, The Circuit Court of Cook County, Illinois, County Department, Law Division. No. 19 L 6401.

Expert Report of Candice L. Rosevear, October 9, 2023, in the Matter of Robert Eagar and John Ward v. First Federal Bank, AAA Arbitration. AAA CASE NO. 01-22-0002-2260.

Deposition Testimony of Candice L. Rosevear, July 20, 2023, in the Matter of Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation, The United States District Court Middle District of Florida for the Tampa Division. Case No. 22-CV-01660.

Expert Rebuttal Report of Candice L. Rosevear, July 14, 2023, in the Matter of Mutual of Omaha Mortgage, Inc. v. Waterstone Mortgage Corporation, The United States District Court Middle District of Florida for the Tampa Division. Case No. 22-CV-01660.

Arbitration Testimony of Candice L. Rosevear, March 2, 2022, in the Matter of Lindsey Rumer et al v. Richard Walker Restaurants, LLC, et al, The Superior Court for the State of California for the County of San Diego. Case No. 37-2020-00015608-CU-\OJT-CTL.

Deposition of Candice L. Rosevear, January 4, 2022, in the Matter of Jeremy Sorenson et al v. Delta Air Lines, Inc., The United States District Court for the Northern District of Georgia Atlanta Division. Case No. 1:17-cv-00541-ELR.

Expert Rebuttal Report of Candice L. Rosevear, December 8, 2021, in the Matter of Jeremy Sorenson et al v. Delta Air Lines, Inc., The United States District Court for the Northern District of Georgia Atlanta Division. Case No. 1:17-cv-00541-ELR.

Expert Rebuttal Report of Candice L. Rosevear, November 4, 2021, in the Matter of Marco Arellano et al v. Access Business Group LLC., The Superior Court for the State of California for the County of Los Angeles. Case No. 19STCV33430.

Declaration of Candice L. Rosevear, November 3, 2021, in the Matter of Marco Arellano et al v. Access Business Group LLC., The Superior Court for the State of California for the County of Los Angeles. Case No. 19STCV33430.

Expert Report of Candice L. Rosevear, October 8, 2021, in the Matter of Jeremy Sorenson et al v. Delta Air Lines, Inc., The United States District Court for the Northern District of Georgia Atlanta Division. Case No. 1:17-cv-00541-ELR.

Declaration of Candice L. Rosevear, May 26, 2021, in the Matter of Marco Arellano et al v. Access Business Group LLC., The Superior Court for the State of California for the County of Los Angeles. Case No. 19STCV33430.

Deposition of Candice L. Rosevear, May 14, 2021, in the Matter of James Zollicoffer and Norman Green et al v. Gold Standard Baking, Inc. and Personnel Staffing Group, LLC., The United States District Court for the Northern District of Illinois Eastern Division. Case No. 13-C-1524.

Expert Rebuttal Report of Candice L. Rosevear, April 21, 2021, in the Matter of James Zollicoffer and Norman Green et al v. Gold Standard Baking, Inc. and Personnel Staffing Group, LLC., The United States District Court for the Northern District of Illinois Eastern Division. Case No. 13-C-1524.

Declaration of Candice L. Rosevear, March 11, 2021, in the Matter of Bryant Patton et al v. Midwest Construction Services, Inc., The United States District Court for the Central District of California. Case No. 2:19-cv-02580-JFW-MAA.

Declaration of Candice L. Rosevear, October 27, 2020, in the Matter of Windham et al and Marquez et al v. Golden Queen Mining Company, LLC., The Superior Court of the State of California for the County of Kern Metropolitan Division. Case No. BCV-18-102304/ BCV-19-102651.

Declaration of Candice L. Rosevear, October 20, 2020, in the Matter of Windham et al and Marquez et al v. Golden Queen Mining Company, LLC., The Superior Court of the

State of California for the County of Kern Metropolitan Division. Case No. BCV-18-102304/ BCV-19-102651.

Declaration of Candice L. Rosevear, May 8, 2020, in the Matter of Claudia Barraza et al v. The Ritz-Carlton Hotel Company, The Superior Court of the State of California for the County of Orange. JCCP Case No. 4652.

Expert Report of Candice L. Rosevear, October 29, 2019, in the Matter of Laura Cota Olivas et al v. Peoplease, LLC et al., The Superior Court of the State of California for the County of Los Angeles. Case No. BC605055.

Expert Report of Candice L. Rosevear, June 14, 2019, in the Matter of David Kohl v. Trans High Corporation, The Supreme Court of the State of New York. Index No. 655200/2016.

Expert Report of Candice L. Rosevear, June 12, 2019, in the Matter of Marc Kramer et al v. American Bank and Trust Company et al., The United States District Court for the Northern District of Illinois Eastern Division. Case No. 11-CV-08758.

Expert Report of Candice L. Rosevear, August 29, 2018, in the Matter of Gerardo Ortega et al v. J.B. Hunt Transport, Inc., The United States District Court for the Central District of California Western Division. Case No. 2:07-CV-08336-RGK-AFM.

Expert Report of Candice L. Rosevear, August 15, 2018, in the Matter of Gerardo Ortega et al v. J.B. Hunt Transport, Inc., The United States District Court for the Central District of California Western Division. Case No. 2:07-CV-08336-RGK-AFM.

Expert Report of Brendan P. Burke and Candice L. Rosevear, August 3, 2018, in the Matter of Gerardo Ortega et al v. J.B. Hunt Transport, Inc., The United States District Court for the Central District of California Western Division. Case No. 2:07-CV-08336-FMC-JCx.

Declaration of Brendan P. Burke and Candice L. Rosevear, July 9, 2018, in the Matter of Gerardo Ortega et al v. J.B. Hunt Transport, Inc., The United States District Court for the Central District of California Western Division. Case No. 2:07-CV-08336-FMC-JCx.

**RESEARCH AND SPEAKING ENGAGEMENTS**

Author, "Knight Diversity of Asset Managers Research Series: Higher Education," The John S. and James L. Knight Foundation and New York University's Center for Business and Human Rights, April 2024.

Presenter, "Diversity Metrics," Pensions & Investments: Influential Women in Institutional Investing, September 14, 2023.

Author, "Knight Diversity of Asset Managers Research Series: Philanthropy, A Study to Assess the Representation of Firms Owned by Women and Racial or Ethnic Minorities Among Investment Firms Used by the Country's Top 55 Charitable Foundations," The John S. and James L. Knight Foundation, December 2022.

Author, "Knight Diversity of Asset Managers Research Series: Higher Education, Interim Release," The John S. and James L. Knight Foundation and New York University's Center for Business and Human Rights, June 2022.

Author, "Knight Diversity of Asset Managers Research Series: Ownership and Teams Diversity Metrics," The John S. and James L. Knight Foundation, April 2022.

Author, "Knight Diversity of Asset Managers Research Series: Philanthropy, A Study to Assess the Representation of Firms Owned by Women and Racial or Ethnic Minorities Among Investment Firms Used by the Country's Top 55 Charitable Foundations," The John S. and James L. Knight Foundation, September 2021.

Presenter, "Diversity, Equity, and Inclusion (DEI): How to Measure Workforce Diversity and Establish DEI Goals," Franczek, June 22, 2021.

Invited Panelist, "Loss Causation in a Bear Market: The Economists' Perspective," The Chicago Bar Association, June 30, 2020.

Author, "Diversity of Asset Managers in Philanthropy: A Study to Assess the Representation of Women and Racial or Ethnic Minorities Among Investment Firms Used by the Country's Top 50 Charitable Foundations," The John S. and James L. Knight Foundation, February 2020.

Invited Panelist, "Industry Leaders in Analytics," The University of Chicago Booth School of Business, November 9, 2019.

Co-Author, "The Digital Revolution: Bitcoin and the Future of Digital Assets," Blockchain, 2017.

Co-Author, "The Power of Parks: An Assessment of Chicago Parks' Economic Impact," The Chicago Park District, July 2014.

Contributing Researcher, "Radio Frequency Identification and Privacy Law: An Integrative Approach," 46 *American Business Law Journal* 1, Manning Magid, J., Tatikonda, M. V., and Cochran, P. L., 2009.

**COMMUNITY, AFFILIATIONS, AND AWARDS**

Board of Directors, Old Town School of Folk Music, 2019-Present
Finance Committee Chair, Old Town School of Folk Music, 2021-Present
Beta Gamma Sigma Academic Honor Society
Kelley School of Business Director's Advisory Board, 2004-2006
Kelley School of Business Dean Selection Committee, 2004-2005
NCAA Student Athletic Advisory Committee, 2003
J. Dwight Peterson Key Award: awarded annually to the top business student, 2005