IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>　　　　　Defendant. | CASE NO. 8:22-cv-01660-UAM |

**DECLARATION OF MARIA L. KREITER IN SUPPORT OF
WATERSTONE'S MOTION TO STRIKE THE SUPPLEMENTAL REPORT
OF CANDICE ROSEVEAR**

I, Maria L. Kreiter, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am lead counsel for Defendant Waterstone Mortgage Corporation.

2. I have reviewed the fees incurred by Waterstone in defense of the claims pursued by Plaintiff Mutual of Omaha Mortgage, Inc. and am personally familiar with the efforts and motions pursued by Waterstone and the timing of the same.

3. The parties have spent many months, starting more than a year ago in 2023, focused on damages, and Waterstone has incurred hundreds of thousands of dollars vetting what Mutual represented as its damages theor(ies).

4. In the year and five months that have passed since March 1, 2023, Waterstone has taken six depositions, filed six motions and briefs as to damages, and, over the course of the suit, has incurred more than a million dollars in attorney's fees

1

and expert witness fees, with hundreds of thousands of dollars spent vetting Mutual's ever-changing theories of damages.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 29th day of July, 2024.

*s/Maria L. Kreiter*_____
Maria L. Kreiter
