**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| CASE NO.:   8:22-cv-1660-UAM | DATE:  August 13, 2024 | |
|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | |
| MUTUAL OF OMAHA MORTGAGE, INC. v. WATERSTONE MORTGAGE CORPORATION | **PLAINTIFF COUNSEL:** Ari Karen, Arielle Stephenson, Dan Dietrich  Mark Carroll: In house counsel Mutual  **DEFENSE COUNSEL:** Maria Kreiter, Xavier Jenkins  Stephanie Ziebell, Waterstone GC | |
| **COURT REPORTER:**  digital | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:**  2:00 to  2:24   **TOTAL: 24 min** | **COURTROOM:** | 10A |

**PROCEEDINGS:**   STATUS CONFERENCE - ZOOM

Court review pending motions.

MOTION to Strike *the Supplemental Expert Report of Candice Rosevear* by WaterStone Mortgage Corporation. (#215).  Response #217.

Oral argument heard.

Granting the motion to a certain extent as articulated on the record. Order to be entered.

Counsel anticipates an 8-day jury trial.  Looking at month of Nov or Dec 2024.

Status conf – Sept 30, 2:00 pm– to discuss outstanding issues and readiness for trial.