AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Mutual of Omaha Mortgage, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  8:22-CV-01660 |
| WaterStone Mortgage Corporation | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Mutual of Omaha Mortgage, Inc.

Date:  8/15/2024

*[signature: Natalie P. Thomas]*
*Attorney's signature*

Natalie P. Thomas / FBN: 147680
*Printed name and bar number*

Mitchell Sandler PLLC
1120 20th Street NW
Suite 725
Washington, D.C. 20036
*Address*

nthomas@mitchellsandler.com
*E-mail address*

(202) 240-7146
*Telephone number*

*FAX number*