| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 2/9/23 | Jenkins, Xavier | $195.00 | 0.5 | Conference with Ms. Kreiter and Mr. Cares relating to retention of expert witness for collection and preservation of any potential trade secrets. |
| 2/10/23 | Cares, Adam | $71.00 | 0.2 | Correspondence with Bit-x-Bit regarding expert engagement. |
| 2/17/23 | Cares, Adam | $390.50 | 1.1 | Conference call with BitxBit by regarding engagement and strategy regarding review; follow up correspondence with Ms. Ziebell regarding case update and next steps; prepare documents to send to BitxBit to begin analysis and review. |
| 2/17/23 | Jenkins, Xavier | $273.00 | 0.7 | Conference with G&K working team and potential expert forensic data witness regarding status of case and discovery. |
| 2/17/23 | Kreiter, Maria L | $840.00 | 1.4 | Attend meeting with Waterstone's eforensic expert, Mr. Creasy, regarding timing of expert disclosures and preliminary steps, as well as the identification of trade secrets issue framed by the motion to compel; discussion with Messrs. Jenkins and Cares regarding documents to supply to Mr. Creasy and prepare update to Ms. Ziebell and Mr. Bruss. |
| 2/28/23 | Cares, Adam | $390.50 | 1.1 | Prepare for and participate in conference call with Ms. Kreiter, Messrs. Howard and Creasy regarding forensic analysis. |
| 2/28/23 | Kreiter, Maria L | $660.00 | 1.1 | Prepare for and attend conference call with Messrs. Howard, Cares, and Creasy, regarding Waterstone's goal for Mr. Creasy's expert testimony, the Waterstone systems and facts relevant to the discovery of possession of documents by the former Mutual employees, and next steps in aid of Mr. Creasy's expert analysis. |
| 3/3/23 | Cares, Adam | $106.50 | 0.3 | Correspondence with Messrs. Creasy and Howard regarding forensic analysis. |
| 3/6/23 | Kreiter, Maria L | $180.00 | 0.3 | Attend conference call with Messrs. Cares and Creasy regarding status of Mr. Creasy's action items. |
| 3/6/23 | Kreiter, Maria L | $240.00 | 0.4 | Analyze Rule 26 regarding disclosure of e-forensic expert witness testimony. |
| 3/15/23 | Jewell, Emma | $258.00 | 0.6 | Conference with Ms. Kreiter and Mr. Cares regarding strategy related to e-forensic expert testimony. |
| 3/15/23 | Kreiter, Maria L | $420.00 | 0.7 | Meeting with Ms. Jewell and Mr. Cares regarding the Mutual amended discovery responses and next steps in terms of the documents identified as trade secrets and associated with damages. |



EXHIBIT A

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 3/15/23 | Cares, Adam | $994.00 | 2.8 | Confer with Messes. Kreiter and Jewell regarding next steps for expert work and review of new documents received from opposing counsel; review itemization of damages spreadsheet provided by opposing; prepare documents referenced by opposing that relate to trade secret claims for review by Messes. Kreiter and Jewell; work on preparing documents to send to BitxBit for review. |
| 3/17/23 | Cares, Adam | $461.50 | 1.3 | Review document production references to pipeline loans and select emails; correspondence with Messes. Kreiter and Jewell regarding same; correspondence regarding providing BitxBit appropriate documents from Waterstone to do begin analysis. |
| 3/17/23 | Kreiter, Maria L | $180.00 | 0.3 | Analyze the data gathered by Mr. Howard prior to transmittal to BitxBit, the eforensic expert, and preliminary review of the documents Mutual identified as representative of its trade secrets at issue and its alleged damages. |
| 3/20/23 | Cares, Adam | $71.00 | 0.2 | Correspondence with Mr. Howard regarding documents for analysis. |
| 3/24/23 | Kreiter, Maria L | $180.00 | 0.3 | Coordinate with Messrs. Cares and Creasy regarding the documents Mutual identified as its purported trade secrets. |
| 3/30/23 | Cares, Adam | $1,100.50 | 3.1 | Correspondence with Mr. Creasy regarding execution of protective order to received documents; prepare and send document identified by Mutual of Omaha as trade secrets to BitxBit for review and consideration; conference call with Mr. Creasy and Ms. Kreiter regarding forensic analysis; prepare metadata spreadsheet of trade secret documents and transmit same to BitxBit for analysis. |
| 4/10/23 | Kreiter, Maria L | $480.00 | 0.8 | Attend conference call with Messrs. Creasy and Cares regarding status of the investigation of the alleged trade secrets identified by Mutual. |
| 4/10/23 | Kreiter, Maria L | $120.00 | 0.2 | Review correspondence from Mr. Creasy as to employees associated with documents designated as Mutual's trade secrets based on meta data. |
| 4/19/23 | Kreiter, Maria L | $180.00 | 0.3 | Analyze the bit-x-bit trade secrets chart. |
| 4/20/23 | Kreiter, Maria L | $720.00 | 1.2 | Further analyze the spreadsheet of alleged trade secrets prepared by Mr. Creasy, coordinate with Mr. Cares regarding next steps in terms of vetting the locations and custodians associated with the alleged trade secrets and update Ms. Ziebell. |
| 4/21/23 | Kreiter, Maria L | $480.00 | 0.8 | Analyze the documents designated by Mutual as trade secrets located on Waterstone's systems. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 5/4/23 | Cares, Adam | $497.00 | 1.4 | Conference call with Messrs. Creasy and Howard regarding searches to be performed on email systems for attachments to emails; follow up correspondence regarding same with Messes. Kreiter and Jewell. |
| 5/8/23 | Kreiter, Maria L | $120.00 | 0.2 | Discussion with Mr. Cares regarding status of discovery efforts in connection with a potential industry expert review. |
| 5/10/23 | Kreiter, Maria L | $420.00 | 0.7 | Attend conference call with Messrs. Howard and Creasy regarding open issues associated with the search for documents identified as Mutual's trade secrets and next steps. |
| 5/15/23 | Cares, Adam | $1,313.50 | 3.7 | Correspondence with Messrs. Creasy and Howard regarding document searches; continue to assist with preparing documents for deposition preparation; correspondence with Ms. Jewell regarding same; review and edit load files for E-Discovery productions received from opposing counsel and upload same to review in FTK. |
| 5/25/23 | Cares, Adam | $213.00 | 0.6 | Conference call with Messrs. Creasy, Howard and Ms. Jewell regarding continued discovery efforts to assist with forensic expert report. |
| 5/26/23 | Cares, Adam | $248.50 | 0.7 | Correspondence with Mr. Creasy regarding document analysis; review documents relating to same; conference call with Messrs. Creasy and Howard regarding facts surrounding collection in May of 2022 performed by Mr. Howard. |
| 5/30/23 | Kreiter, Maria L | $660.00 | 1.1 | Attend conference call with Messrs. Creasy and Cares regarding expert analysis and remaining action items. |
| 5/30/23 | Cares, Adam | $1,100.50 | 3.1 | Conference call with Mr. Creasy and Ms. Kreiter regarding status of expert analysis; correspondence with Mr. Howard regarding collection efforts; process and prepare discovery documents to send to Mr. Creasy for review; review and organize documents sent to Oscher group. |
| 6/1/23 | Kreiter, Maria L | $660.00 | 1.1 | Attend meeting with Mr. Creasy, the eforensic expert, as well as Ms. Jewell regarding status of discovery and expert analysis. |
| 6/1/23 | Cares, Adam | $461.50 | 1.3 | Conference call with Mses. Kreiter and Jewell and Mr. Creasy regarding expert analysis. |
| 6/2/23 | Cares, Adam | $639.00 | 1.8 | Review BitxBit expert report; review and prepare new documents for production; correspondence with Ms. Jewell regarding same; prepare working set of documents from Mr. Creasy's spreadsheet for review by Mses. Kreiter and Jewell. |
| 6/3/23 | Jewell, Emma | $903.00 | 2.1 | Review and analysis of search hits for alleged trade secrets related to Mr. Creasy's expert report. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 6/4/23 | Kreiter, Maria L | $1,620.00 | 2.7 | Prepare for and attend conference call with Mr. Creasy. |
| 6/5/23 | Kreiter, Maria L | $360.00 | 0.6 | Review and analysis of expert report. |
| 6/5/23 | Cares, Adam | $390.50 | 1.1 | Review and analysis of expert report; review Mutual of Omaha's email production and report statistics to Ms. Jewell for use in motion practice; finalizing supplemental document production; update document production log reflecting same. |
| 6/5/23 | Kreiter, Maria L | $120.00 | 0.2 | Attend conference call with Mr. Creasy regarding expert analysis. |
| 6/5/23 | Kreiter, Maria L | $120.00 | 0.2 | Discussion with Ms. Jewell regarding the emails designated as containing alleged trade secrets of Mutual and next steps in analyzing the same. |
| 6/6/23 | Jewell, Emma | $430.00 | 1.0 | Conference with Ms. Kreiter and Mr. Cares regarding document search hits related to alleged trade secrets. |
| 6/6/23 | Cares, Adam | $355.00 | 1.0 | Confer with Mses. Kreiter and Jewell regarding Mr. Creasy's analysis and report; review same and prepare for meeting with Mr. Creasy to discuss same. |
| 6/6/23 | Kreiter, Maria L | $420.00 | 0.7 | Attend meeting with Mr. Cares and Ms. Jewell regarding Mutual's alleged trade secrets. |
| 6/7/23 | Cares, Adam | $390.50 | 1.1 | Prepare for and attend call with Mr. Creasy regarding trade secret analysis; prepare summary of proposed action plan to Mses. Kreiter and Jewell regarding next steps for forensic analysis. |
| 6/9/23 | Kreiter, Maria L | $120.00 | 0.2 | Review the proposed next steps by the eforensic expert and direct proceeding with the same. |
| 6/12/23 | Cares, Adam | $213.00 | 0.6 | Correspondence with Mr. Howard regarding status of case; review and analysis of trade secrets. |
| 6/13/23 | Cares, Adam | $284.00 | 0.8 | Correspondence with BitxBit regarding next steps; prepare additional documents for deposition preparation for Mr. Smith; correspondence with Ms. Jewell regarding same. |
| 6/26/23 | Kreiter, Maria L | $300.00 | 0.5 | Meeting with Mr. Cares regarding status of trade secrets. |
| 6/27/23 | Cares, Adam | $213.00 | 0.6 | Correspondence and conference with Mr. Creasy regarding expert report. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 6/28/23 | Cares, Adam | $497.00 | 1.4 | Conference call with Mses. Kreiter, Jewell, Messrs. Creasy and Howard regarding next steps related to forensic analysis; follow-up correspondence with Mr. Creasy regarding same. follow up correspondence with Mr. Robinson from BitxBit regarding same. |
| 6/29/23 | Cares, Adam | $1,100.50 | 3.1 | Review, analyze and prepare documents from BitxBit forensic report for further analysis by Ms. Jewell; confer with Ms. Jewell regarding same; prepare documents for deposition preparation of Waterstone's corporate representatives deposition and report same to Mses. Kreiter and Jewell. |
| 6/30/23 | Cares, Adam | $852.00 | 2.4 | Review documents and spreadsheet of potential trade secrets documents circulated at Waterstone; correspondence with Mr. Howard regarding select file; correspondence and confer with Ms. Jewell regarding analysis and next steps. |
| 7/25/23 | Cares, Adam | $958.50 | 2.7 | Review correspondence from opposing party regarding Mr. Creasy relied upon documents; review, search and prepare response to same with Ms. Jewell; confer with Ms. Jewell regarding same; update document production log reflecting production from yesterday; prepare supplemental production of Mr. Creasy documents requested by opposing counsel; correspond with Mr. Creasy regarding production to opposing counsel. |
| 7/26/23 | Kreiter, Maria L | $2,220.00 | 3.7 | Discussion with Mr. Creasy in advance of his deposition regarding the exhibits identified by Mutual and defend Mr. Creasy's deposition. |
| 7/26/23 | Cares, Adam | $1,633.00 | 4.6 | Review exhibits received from Mutual of Omaha in advance of deposition; confer with Mr. Creasy and Ms. Kreiter to discuss same; attend deposition of Mr. Creasy; confer with Ms. Kreiter regarding same; review and prepare documents for supplemental production to Mutual of Omaha; confer with Ms. Jewell regarding same. |
| 2/27/24 | Kreiter, Maria L | $520.00 | 0.8 | Discussion regarding potential premediation offer and lack of damages associated with the trade secret misappropriation claims, as well as categories of trade secrets asserted by Mutual and the deposition testimony of Mr. Genneralli as to the same, as well as review of the deposition admissions. |
| 2/28/24 | Jewell, Emma | $3,525.00 | 7.5 | Continue drafting Waterstone's motion for summary judgment; conference and correspondence with Ms. Kreiter regarding the same. |
| 2/28/24 | Cares, Adam | $525.00 | 1.4 | Correspond with Mr. Creasy regarding trade secret analysis and report findings to Mses. Jewell and Kreiter for summary judgment motion. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 2/28/24 | Kreiter, Maria L | $2,275.00 | 3.5 | Review and revise the summary judgment motion as to the trade secret misappropriation claims and prepare correspondence to Ms. Jewell regarding the revisions. |
| 2/29/24 | Jewell, Emma | $2,914.00 | 6.2 | Conference with Ms. Kreiter regarding the motion for summary judgment; conference and correspondence with Mr. Cares regarding document productions relevant to Waterstone's motion for summary judgment on Mutual's trade secret claims; review and revise motion for summary judgment; prepare and review exhibits to the motion for summary judgment; finalize motion for filing. |
| 2/29/24 | Cares, Adam | $1,087.50 | 2.9 | Review document productions and Mr. Creasy's analysis of trade secrets in relation to utilizing same in brief; conferences and correspondence with Ms. Jewell regarding same; review brief. |
| 4/2/24 | Kreiter, Maria L | $455.00 | 0.7 | Analyze Mutual's response brief in opposition to the motion for summary judgment and coordinate with Ms. Jewell and Mr. Cares regarding addressing the volumes of alleged trade secrets identified by Mutual and arguments for the reply, as well as update Ms. Ziebell regarding Mutual's brief and reply to the same. |
| 4/2/24 | Cares, Adam | $187.50 | 0.5 | Review Mutual's opposition papers and log of claimed trade secret documents. |
| 4/3/24 | Jenkins, Xavier | $473.00 | 1.1 | Review Mutual's response to Waterstone's motion for summary judgment on trade secret claims and analyze responses to statement of undisputed material facts. |
| 4/4/24 | Cares, Adam | $337.50 | 0.9 | Review Mutual of Omaha's response to summary judgment and list begin reviewing claimed trade secret documents. |
| 4/4/24 | Kreiter, Maria L | $260.00 | 0.4 | Review Mutual's amended discovery responses and prepare correspondence to Ms. Walter and Mr. Karen regarding the same. |
| 4/5/24 | Jewell, Emma | $564.00 | 1.2 | Review and analysis of Mutual's amended discovery responses; conference with Ms. Kreiter and Mr. Cares regarding the amended discovery responses and trade secret reply brief. |
| 4/5/24 | Cares, Adam | $1,012.50 | 2.7 | Review and analyze documents claimed by Mutual of Omaha as trade secrets in their most recent papers; confer with Mses. Kreiter and Jewell regarding same. |
| 4/5/24 | Kreiter, Maria L | $715.00 | 1.1 | Further review the amended discovery responses and compare the same to the representations made by Mutual in its response brief as to the alleged trade secrets and meet with Ms. Jewell and Mr. Cares regarding vetting of the newly disclosed trade secrets and arguments for the Waterstone reply brief, as well as coordinate case law analysis in support of the argument as to the borrower data now alleged to be Mutual's trade secrets. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 4/8/24 | Cares, Adam | $2,212.50 | 5.9 | Review and analyze documents referenced in interrogatory response number eight from opposing counsel regarding trade secrets; prepare detailed spreadsheet regarding same for incorporation into brief to rebut same; correspondence and conference with Mses. Kreiter, Jewell, Lensmire and Moore regarding same. |
| 4/8/24 | Kreiter, Maria L | $260.00 | 0.4 | Discussion with Ms. Lensmire research relating to Waterstone trade secret misappropriation reply brief. |
| 4/8/24 | Kreiter, Maria L | $715.00 | 1.1 | Analysis of the chart prepared to detail the trade secrets Mutual newly identified in its amended discovery responses and meeting regarding the same in connection with the motion for summary judgment with Ms. Jewell, Ms. Moore, and Mr. Cares. |
| 4/8/24 | Jenkins, Xavier | $645.00 | 1.5 | Review and analyze Mutual's responses to Waterstone's statement of undisputed material facts in support of its motion for summary judgment on trade secret claims. |
| 4/9/24 | Cares, Adam | $1,237.50 | 3.3 | Review and analyze trade secrets claimed by Mutual and assist with incorporating same into brief and exhibit to brief; correspondence and conferences with Mses. Jewell and Moore regarding same. |
| 4/9/24 | Jenkins, Xavier | $1,290.00 | 3.0 | Continue analyzing Mutual's responses to Waterstone's statement of undisputed material facts in support of its motion for summary judgment on trade secret claims. |
| 4/10/24 | Kreiter, Maria L | $1,040.00 | 1.6 | Review the draft reply brief in support of the trade secret misappropriation summary judgment motion. |
| 4/10/24 | Kreiter, Maria L | $130.00 | 0.2 | Review the updated draft of the Waterstone reply and prepare correspondence regarding the same to Ms. Blanco. |
| 4/11/24 | Jewell, Emma | $2,679.00 | 5.7 | Review and revise reply brief; prepare correspondence to Ms. Ziebell regarding Mutual's response brief and the draft reply; review and revise proposed exhibit to the reply brief annotating Mutual's alleged trade secrets. |
| 4/11/24 | Cares, Adam | $262.50 | 0.7 | Review brief and exhibit to same and work on edits to same related to dates and descriptions of production documents and alleged trade secret documents; correspondence with Mses. Kreiter and Jewell regarding same. |
| 4/11/24 | Kreiter, Maria L | $780.00 | 1.2 | Further review and edits to the updated reply brief versions, including discussion of the same with Ms. Jewell. |
| 4/12/24 | Jewell, Emma | $1,551.00 | 3.3 | Review and revise annotated list of Mutual's alleged trade secrets; correspond with Ms. Ziebell regarding the reply brief; review and finalize reply brief and exhibits for filing. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 4/12/24 | Kreiter, Maria L | $195.00 | 0.3 | Final review and edits to the reply and chart associated with Mutual's alleged trade secrets, as well as discussion with Ms. Jewell regarding submission of exchange involving Dustin Owen and Mr. Smith and update to Ms. Ziebell regarding the same. |
| 5/27/24 | Jewell, Emma | $705.00 | 1.5 | Review and analysis of Mutual's trade secret designations; prepare correspondence to Ms. Kreiter, Mr. Cares, and Mr. Jenkins regarding the new designations. |
| 5/28/24 | Cares, Adam | $750.00 | 2.0 | Review new trade secret list received from Mutual of Omaha; confer with Ms. Jewell regarding responding to same; correspondence and conference with Mr. Creasy and Ms. Kreiter regarding same; review and revise chart of alleged new trade secrets. |
| 5/28/24 | Kreiter, Maria L | $390.00 | 0.6 | Analyze the list of Mutual's alleged trade secrets and commentary by Ms. Jewell as to the same and prepare correspondence to Ms. Ziebell as to the same, as well as preliminary review of the alleged trade secrets. |
| 5/28/24 | Jenkins, Xavier | $301.00 | 0.7 | Review and analyze Mutual's amended list of trade secrets. |
| 5/28/24 | Jenkins, Xavier | $172.00 | 0.4 | Conference with Mr. Creasy and G&K working group regarding additional analysis of alleged trade secrets. |
| 5/28/24 | Kreiter, Maria L | $325.00 | 0.5 | Prepare for and attend conference call with Mr. Creasy regarding Mutual's assertion of new trade secrets. |
| 5/28/24 | Kreiter, Maria L | $975.00 | 1.5 | Discussion with Ms. Jewell and Mr. McLaren regarding filing in advance of the next court conference, attend conference call with Ms. Ziebell regarding the same and need to connect with Mr. Howard, prepare correspondence to Mr. Howard, and direct preparation of the annotated trade secrets spreadsheet. |
| 5/29/24 | Kreiter, Maria L | $130.00 | 0.2 | Direct identification of an example of the trade secret exhibits by Mutual that can be used as an exemplar to the Court. |
| 5/29/24 | Cares, Adam | $1,050.00 | 2.8 | Review trade secret list and work on preparing metadata export and date export for all records for Mr. Creasy to use during analysis; conferences with Mses. Kreiter, Jewell, and Moore regarding analysis of trade secret list; prepare for and participate in meeting with Waterstone team, BitxBit team and Godfrey team regarding next steps for tracking trade secrets in Waterstone's IT systems. |
| 5/29/24 | Kreiter, Maria L | $260.00 | 0.4 | Meeting with Mr. Cares and Ms. Jewell regarding preparation of a chart as to Mutual's alleged trade secrets and imminent outstanding tasks in advance of the upcoming court hearing. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 5/29/24 | Jenkins, Xavier | $1,505.00 | 3.5 | Continue reviewing and analyzing Mutual's amended trade secrets list and draft summary of documents. |
| 5/29/24 | Kreiter, Maria L | $260.00 | 0.4 | Attend conference call with Messrs. Creasy and Howard and the defense group regarding Waterstone systems, Mutual's newly disclosed trade secrets, and potential next steps to analyze the same. |
| 5/29/24 | Jenkins, Xavier | $172.00 | 0.4 | Conference with Mr. Creasy, Mr. Howard, and G&K working group regarding initial analysis of alleged trade secret documents. |
| 5/30/24 | Cares, Adam | $1,462.50 | 3.9 | Review list of trade secrets and work on creating chart to file with court filings in advance of pre-hearing; correspondence and conferences regarding same; review newly disclosed updated trade secret list; analyze same and provide comments on same; confer with Ms. Jewell regarding same; review draft filing and comment on same. |
| 5/30/24 | Jewell, Emma | $2,303.00 | 4.9 | Review and revise pre-hearing submission objecting to Mutual's new trade secret designations and damages evidence; review and analysis of Mutual's designated trade secrets; conference with Mr. Cares regarding the trade secret designations; conference with Ms. Blanco regarding the pre-hearing submission; review correspondence from Ms. Stephenson regarding Mutual's amended trade secret designations. |
| 5/30/24 | Jenkins, Xavier | $430.00 | 1.0 | Review and revise draft update of memorandum to the court regarding Mutual's amended trade secrets list; compile and review authority relating to the same. |
| 5/31/24 | Cares, Adam | $1,237.50 | 3.3 | Review and revise charts for inclusion in objection court filings in advance of hearing; review and edit objection filing and work on inputting statistics surrounding trade secret disclosures and lack of timeliness of same; correspondence and conferences with Ms. Jewell regarding same. |
| 6/1/24 | Cares, Adam | $300.00 | 0.8 | Review and revise exhibit to be attached to court filing; correspondence with Mses. Kreiter, Jewell, Moore and Mr. Jenkins regarding edits to filing. |
| 6/3/24 | Jewell, Emma | $2,303.00 | 4.9 | Review and revise pre-hearing submission to incorporate comments from local counsel and Ms. Kreiter; conference with Mr. Karen, Ms. Stephenson, and Ms. Kreiter regarding Mutual's trade secret designations; finalize pre-hearing submission for filing; review and analysis of Mutual's response to Waterstone's pre-hearing submission. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 6/3/24 | Cares, Adam | $750.00 | 2.0 | Review and revise exhibit to filing; correspondence with Mses. Kreiter, Jewell and Mr. Jenkins regarding same; participate in meet and confer with opposing counsel; confer with Ms. Jewell regarding same; review revised filing. |
| 6/3/24 | Kreiter, Maria L | $2,665.00 | 4.1 | Review the latest draft of the chart as to Mutual's alleged trade secrets and the pre-hearing submission, as well as comment as to the same and prepare for and attend continued meet and confer with Mr. Karen and Ms. Stephenson and exchanges with Mr. McLaren, Mr. Cares, and Ms. Jewell regarding the pre-hearing submission and review and revise the further updated drafts as to the same. |
| 6/4/24 | Cares, Adam | $1,162.50 | 3.1 | Confer with Ms. Kreiter regarding trade secrets claimed; review Mutual response to objection; attend hearing; confer with Mses. Kreiter and Jewell following same; review and revise chart of alleged trade secrets for review by Mses. Kreiter and Jewell. |
| 6/5/24 | Cares, Adam | $487.50 | 1.3 | Review and revise Mutual's trade secret list; correspondence with Mses. Kreiter and Jewell regarding same; provide additional analysis regarding current list of trade secrets submitted by Mutual and statistics to argue against inclusion of same. |
| 6/6/24 | Jewell, Emma | $94.00 | 0.2 | Review correspondence from Ms. Moore regarding the factual accuracy of Mutual's trade secret disclosures. |
| 6/6/24 | Cares, Adam | $262.50 | 0.7 | Attention to correspondence with opposing counsel regarding damages and trade secrets chart; prepare summaries of trade secrets issues; confer with Mr. Knapp regarding same. |
| 6/7/24 | Jewell, Emma | $799.00 | 1.7 | Conference with Mr. Karen and Ms. Stephenson regarding disclosure of Mutual's trade secrets; review and analysis of Mutual's alleged trade secrets; correspond with Ms. Kreiter, Mr. Cares, and Ms. Moore regarding the disclosure of trade secrets; review and analysis of the transcript from the June 4, 2024 motion hearing; correspond with Ms. Kreiter regarding the same; conference with Mr. Cares regarding Mutual's trade secret disclosure. |
| 6/7/24 | Cares, Adam | $300.00 | 0.8 | Review and analyze new list of identified trade secrets received from opposing counsel; correspondence and conference with Ms. Jewell regarding same. |
| 6/10/24 | Jewell, Emma | $94.00 | 0.2 | Correspond with Mr. Knapp regarding review of Mutual's alleged trade secrets for factual accuracy. |
| 6/11/24 | Kreiter, Maria L | $130.00 | 0.2 | Analyze the Mutual filing and exchange with Ms. Stephenson regarding Mutual's request for negotiations as to the alleged trade secrets. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Narrative |
|---|---|---|---|---|
| 6/12/24 | Jewell, Emma | $3,196.00 | 6.8 | Review and analysis of Mutual's filing in support of good cause; conference with Ms. Kreiter regarding a response; draft response in opposition to Mutual's position on good cause; review and revise same for filing; prepare correspondence to Ms. Ziebell regarding the response. |
| 6/12/24 | Kreiter, Maria L | $1,235.00 | 1.9 | Review of Judge Sneed's order requiring identification of trade secrets by Mutual, the transcript of the hearing before Judge Porcelli, and Mutual's filing to show cause for its belated disclosure of trade secrets, as well as discussion with Ms. Jewell regarding Waterstone's responsive filing, presentation of the alleged trade secrets to the judge, and draft points for argument in the Waterstone filing, as well as written update to and call with Ms. Ziebell regarding the recommendation not to negotiate with Mutual regarding its trade secrets. |
| 6/12/24 | Kreiter, Maria L | $1,040.00 | 1.6 | Review and revise Waterstone's responsive submission in advance of the hearing to show cause as to Mutual's belatedly disclosed trade secrets. |
| 6/13/24 | Jewell, Emma | $2,350.00 | 5.0 | Prepare for and attend hearing on Mutual's motion for good cause to add trade secrets; conference with Ms. Kreiter and Ms. Ziebell following the hearing; conference with Ms. Kreiter regarding additional discovery and investigation related to the new trade secrets; prepare charts related to investigation of borrowers claimed by Mutual as trade secrets. |
| 6/13/24 | Kreiter, Maria L | $3,185.00 | 4.9 | Prepare for and attend hearing before Judge Porcelli regarding Mutual's failure to identify trade secrets and future scheduling, as well as debrief with Ms. Jewell and Ms. Ziebell. |
| 6/13/24 | Jenkins, Xavier | $602.00 | 1.4 | Attend hearing on motion to exclude trade secrets. |
| | TOTAL: | $90,056.50 | 195.4 | |