**Note: the text highlighted in <span style="color:red">red</span> and ~~stricken through~~ represents tasks that are unrelated to Mutual's trade secrets claims and thus have been excluded from the fees sought in this motion.**

| Date | Timekeeper | Billed ($) | Hours (0.1) | Fees Sought | Hours Associated with Fees Sought | Narrative |
|---|---|---|---|---|---|---|
| 3/6/23 | Cares, Adam | $461.50 | 1.3 | $355.00 | 1 | Confer with Ms. Kreiter and Mr. Jenkins regarding updating written responses; correspondence with Mr. Creasy regarding forensic analysis; review client interview notes and data collection information related to data storage; report same to Mr. Creasy; ~~assist Mr. Jenkins locating select documents for itemization in written responses~~. |
| 3/10/23 | Kreiter, Maria L | $480.00 | 0.8 | $240.00 | 0.4 | Analyze the amended discovery responses supplied by Mutual, as well as inventory the volume of the supplemental document production. |
| 3/13/23 | Cares, Adam | $639.00 | 1.8 | $319.50 | 0.9 | Review production received from Mutual of Omaha, prepare same for review; review updated written responses; update document production log; correspondence with Ms. Kreiter and Mr. Jenkins regarding same. |
| 4/11/23 | Cares, Adam | $1,384.50 | 3.9 | $710.00 | 2 | Review documents and create new review sets of damages and trade secret documents categorized by Plaintiff for review by Ms. Jewell and Mr. Van Asten; prepare additional coding form options for work product and to assist with review; correspondence with Messes. Kreiter and Jewell and Mr. Van Asten regarding same. |
| 4/12/23 | Jewell, Emma | $2,838.00 | 6.6 | $1,376.00 | 3.2 | Review and analysis of documents produced by Mutual of Omaha; conference with Mr. Cares regarding the same; ~~correspond with Ms. Kreiter and Mr. Van Asten regarding Mutual of Omaha documents related to pipeline loans~~. |
| 4/19/23 | Cares, Adam | $319.50 | 0.9 | $106.50 | 0.3 | Review correspondence and data analysis from Mr. Creasy; ~~correspondence with Ms. Jewell regarding data collection expert for Teams and Jabber data; continue to review and organize witness files.~~ |
| 4/20/23 | Cares, Adam | $1,278.00 | 3.6 | $887.50 | 2.5 | ~~Correspondence with Data Narro regarding assistance with collection of Teams and Jabber data~~; confer with Ms. Kreiter regarding Mr. Creasy's expert analysis; correspondence with Ms. Kreiter and Mr. Creasy regarding same; attention to correspondence with Ms. Ziebell regarding continued forensic efforts and experts; ~~conference with Data Narro regarding engagement~~; ~~correspondence with Mr. Howard regarding upcoming meeting with Data Narro~~; continue to search document production and create witness files for analysis by Ms. Jewell; ~~review Jabber logs received from Mr. Howard~~; assist Mr. Van Asten with document review. |
| 5/10/23 | Jewell, Emma | $989.00 | 2.3 | $731.00 | 1.7 | Conference with Mr. Cares, Mr. Howard, Ms. Kreiter and Mr. Creasy regarding expert analysis of Waterstone's systems and documents; ~~review Microsoft Teams messages for responsiveness~~; ~~prepare correspondence to Oscher Consulting Team regarding documents received from Mutual~~; review and revise Waterstone's written discovery responses. |
| 5/16/23 | Jewell, Emma | $172.00 | 0.4 | $86.00 | 0.2 | Review and analysis of Mutual's Fourth Amended Responses and Objections to Waterstone's Requests for Production. |



EXHIBIT B

| Date | Timekeeper | Billed ($) | Hours (0.1) | Fees Sought | Hours Associated with Fees Sought | Narrative |
|---|---|---|---|---|---|---|
| 5/22/23 | Kreiter, Maria L | $2,760.00 | 4.6 | $1,380.00 | 2.3 | Prepare for the Mutual of Omaha Rule 30(b)(6) deposition. |
| 5/23/23 | Kreiter, Maria L | $2,820.00 | 4.7 | $1,410.00 | 2.35 | Continued preparation for the 30(b)(6) deposition. |
| 5/24/23 | Kreiter, Maria L | $5,820.00 | 9.7 | $2,910.00 | 4.85 | Continued drafting of the corporate representative deposition outline. |
| 5/25/23 | Kreiter, Maria L | $4,800.00 | 8 | $2,400.00 | 4 | Depose the Mutual corporate representative, Mr. Gennarelli. |
| 6/1/23 | Jewell, Emma | $1,247.00 | 2.9 | $645.00 | 1.5 | Review and analysis of draft expert reports; review and revise same; conference with Mr. Creasy regarding draft expert report; ~~conference with Oscher consulting regarding expert analysis~~; conference with Ms. Blanco regarding a motion for extension of the defense expert disclosure deadline; prepare unopposed motion for extension of time for defense expert disclosures. |
| 6/6/23 | Kreiter, Maria L | $480.00 | 0.8 | $240.00 | 0.4 | Prepare update and comment regarding the expert reports to Ms. Ziebell and Mr. Bruss. |
| 6/8/23 | Cares, Adam | $639.00 | 1.8 | $319.50 | 0.9 | Confer with Ms. Jewell regarding continued analysis to be considered by BitxBit; ~~review and prepare witness files for Messrs. Leyden, Curtolo, Tomalak and Ms. King in preparation for depositions of same.~~ |
| 6/9/23 | Cares, Adam | $674.50 | 1.9 | $355.00 | 1 | Finalize witness files for key Mutual of Omaha witnesses in preparation for depositions; report same to Ms. Jewell; correspondence with Ms. Kreiter regarding BitxBit continued analysis; correspondence with Mr. Creasy regarding same. |
| 6/15/23 | Cares, Adam | $461.50 | 1.3 | $284.00 | 0.8 | Correspondence with Mr. Creasy regarding additional eforensic analysis; conference to discuss same; ~~review emails and correspondence from Mr. Hutto and report findings to Ms. Kreiter; prepare updated document production log to send to Mutual of Omaha per request for same~~. |
| 6/23/23 | Cares, Adam | $284.00 | 0.8 | $142.00 | 0.4 | Review and update document production log detailing new production; organize documents from same; review correspondence from Mr. Creasy and work product related to analysis. |
| 6/26/23 | Cares, Adam | $319.50 | 0.9 | $177.50 | 0.5 | Confer with Ms. Kreiter regarding Mr. Creasy's report, upcoming deposition and additional analysis; prepare new documents for production and send same to opposing counsel. |
| 6/28/23 | Jewell, Emma | $258.00 | 0.6 | $129.00 | 0.3 | Conference with Mr. Cares, Mr. Howard, Mr. Creasy, and Ms. Kreiter regarding expert analysis; review and revise draft motion in limine. |
| 6/29/23 | Jewell, Emma | $559.00 | 1.3 | $301.00 | 0.7 | Conference with Ms. Kreiter and Ms. Ziebell regarding deposition notice for Waterstone's corporate representative and discovery requests; conference with Mr. Cares regarding review of Waterstone emails related to alleged trade secrets. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Fees Sought | Hours Associated with Fees Sought | Narrative |
|---|---|---|---|---|---|---|
| 2/27/24 | Jewell, Emma | $2,961.00 | 6.3 | $2,820.00 | 6 | Continue drafting motion for summary judgment on Mutual's trade secret claims; conference with Ms. Kreiter regarding the trade secret claims and strategy for filing additional motions; ~~correspond with Ms. Walter regarding the proposed stipulation to exclude Mutual's diverted loan damages~~. |
| 2/29/24 | Kreiter, Maria L | $7,865.00 | 12.1 | $3,965.00 | 6.1 | Attend the mediation, coordinate with Ms. Jewell with respect to changes to the trade secret misappropriation summary judgment brief, return travel to Milwaukee, and conference with Ms. Jewell regarding the scope of Mr. Creasy's analysis, as well as his deposition testimony as to the email search efforts and data gathered to vet the trade secrets on Waterstone's systems. |
| 4/3/24 | Jewell, Emma | $1,269.00 | 2.7 | $940.00 | 2 | Review and analysis of Mutual's response in opposition to summary judgment; conference with Ms. Kreiter regarding strategy for a reply in support of summary judgment; ~~correspond with Oscher Consulting regarding calculating Mutual's maximum lost profit damages in light of the Court's order on damages~~; correspond with Ms. Blanco regarding local rules applicable to reply briefs. |
| 4/3/24 | Kreiter, Maria L | $650.00 | 1 | $520.00 | 0.8 | ~~Prepare correspondence to Ms. Blanco regarding the next contemplated Waterstone motion~~, further analyze the trade secret misappropriation response brief, and meet with Ms. Jewell regarding strategy for Waterstone's reply, as well as quantification of Judge Barber's damages decisions for purposes of a potential motion to the court, and coordinate reply to the stipulated facts. |
| 4/8/24 | Jewell, Emma | $3,760.00 | 8 | $3,525.00 | 7.5 | Draft reply brief in support of summary judgment; ~~conference with Ms. Kreiter and Ms. Blanco in preparation for the upcoming status conference with Magistrate Judge Porcelli~~; conference with Ms. Kreiter and Mr. Cares regarding Mutual's newly designated trade secrets. |
| 4/8/24 | Kreiter, Maria L | $260.00 | 0.4 | $130.00 | 0.2 | Attend conference call with local counsel, Ms. Blanco, regarding the upcoming initial conference before Judge Porcelli and the contemplated next Waterstone motion, as well as the Mutual response to the trade secrets motion. |
| 4/9/24 | Jewell, Emma | $2,444.00 | 5.2 | $2,209.00 | 4.7 | Continue drafting reply brief; ~~conference with Mr. Oscher and Ms. Kreiter regarding expert analysis related to damages~~. |
| 4/9/24 | Kreiter, Maria L | $1,040.00 | 1.6 | $520.00 | 0.8 | ~~Attend conference call with Mr. Oscher, the damages expert, and his team regarding expert analysis;~~ discussion with Ms. Jewell and Ms. Lensmire regarding the trade secret research specific to Mutual's newly disclosed alleged trade secrets. |
| 4/11/24 | Kreiter, Maria L | $260.00 | 0.4 | $130.00 | 0.2 | ~~Follow up with Mr. Karen and Ms. Walter regarding the meet and confer on the future damages motion and~~ meet with Ms. Jewell regarding revisions to the annotated chart addressing Mutual's newly disclosed alleged trade secrets. |
| 5/28/24 | Jewell, Emma | $1,645.00 | 3.5 | $846.00 | 1.8 | Review and revise Waterstone's response to Mutual's motion in limine to exclude evidence; finalize exhibits and the motion for filing; conference with Mr. Creasy, Mr. Cares, Ms. Kreiter, and Mr. Jenkins regarding Mutual's trade secret designations. |

| Date | Timekeeper | Billed ($) | Hours (0.1) | Fees Sought | Hours Associated with Fees Sought | Narrative |
|---|---|---|---|---|---|---|
| 5/28/24 | Kreiter, Maria L | $195.00 | 0.3 | $130.00 | 0.2 | Discussion with Ms. Jewell regarding procedural posture and possible submission before the June 4 hearing, as well as next steps in terms of the trade secrets identified by Mutual. |
| 5/29/24 | Jewell, Emma | $2,585.00 | 5.5 | $1,316.00 | 2.8 | Review and revise response to Mutual's motion in limine; conference with Ms. Kreiter and Mr. Cares regarding trade secret designations; ~~meet and confer with Mr. Karen, Ms. Stephenson, Ms. Kreiter and Mr. Jenkins regarding Mutual's supplemental expert report~~; conference with Ms. Kreiter regarding a pre-hearing submission related to damages and trade secrets; review and analysis of Mutual's trade secret designations. |
| 5/31/24 | Jewell, Emma | $1,692.00 | 3.6 | $1,410.00 | 3 | Review and revise pre-hearing submission regarding Mutual's alleged trade secrets and supplemental expert report; conference with Mr. Cares regarding Mutual's revised alleged trade secrets; ~~correspond with Ms. Blanco regarding case law to incorporate in the pre-hearing submission; prepare correspondence to Ms. Ziebell regarding Mutual's brief in opposition to Waterstone's motion in limine regarding evidence of solicitation by Mr. Smith and Mr. Hutto.~~ |
| 6/6/24 | Kreiter, Maria L | $195.00 | 0.3 | $130.00 | 0.2 | Exchanges with Mr. Karen regarding future disclosures to the Court regarding Mutual's alleged trade secrets ~~and the timing for Ms. Rosevear's amended report~~. |
|  | **TOTAL:** | **$56,505.00** | **111.8** | **$34,095.50** | **68.5** |  |