**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| **CASE NO.:** 8:22-cv-1660-UAM | **DATE:** September 30, 2024 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Ari Karen, Arielle Stephenson, Greg Pierson<br>Mark Carroll: In house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Xavier Jenkins, Scott McLaren<br><br>Stephanie Ziebell, Waterstone GC |
| **COURT REPORTER:** digital | **DEPUTY CLERK:** Lynne Vito |
| **TIME:** 2:10 to 2:25   **TOTAL:** 15 min | **COURTROOM:** 10A |

**PROCEEDINGS:** STATUS CONFERENCE - ZOOM

Counsel reporting to the court of what remains pending and trial readiness.

Follow up status conf – Nov. 8, 2:00 pm– to discuss any outstanding issues.