# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 8:22-cv-01660-UAM |

**PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.'S UNOPPOSED MOTION FOR SEVEN (7) DAY EXTENSION OF TIME TO FILE ITS RESPONSE TO DEFENDANT'S PETITION FOR FEES (ECF NO. 228)**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual"), by undersigned counsel, respectfully moves the Court, without opposition, for a seven (7) day extension of time to file its response to Defendant's Petition for Fees, ECF No. 228. In support, Mutual states as follows:

1. On September 27, 2024, Defendant filed its Petition for Fees. ECF No. 228.

2. Plaintiff's current deadline to file its Response is October 11, 2024.

3. Lead counsel Ari Karen as well as Arielle Stephenson will be out of the office for the Jewish Holidays of Rosh Hashana and Yom Kippur, which take place on October 3, 4, and 11, 2024. Preparations for these holidays will also be underway in the days before. Thus, Plaintiff respectfully requests an additional seven (7) days to

file its response. If this Court were to grant the request, Plaintiff's new response date would be October 18, 2024.

4. The Federal Rules of Civil Procedure provide:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed. R. Civ. P. 6(b)(1).

5. "District courts have 'unquestionable' authority to control their own dockets." *Smith v. Psychiatric Sols., Inc.*, 750 F.3d 1253, 1262 (11th Cir. 2014).

6. Here, Plaintiff seeks an extension of time to respond to Defendant's Petition for Fees before the deadline to respond has expired, and good cause exists for that extension, as outlined above.

7. This request is not made for the purpose of delay, and Plaintiff is not requesting the extension of any other deadline.

8. This requested extension will not prejudice any party and will not cause any significant delay in the prosecution of this action.

9. Plaintiff has conferred with counsel for Defendant, who does not oppose this request.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order allowing Plaintiff to file its response to Defendant's Petition for Fees, ECF No. 228, on or before October 18, 2024.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that Mutual's counsel has conferred with Waterstone's counsel and certifies that Waterstone does not oppose the relief sought in this motion.

[Signature Block on Following Page]

Dated: October 1, 2024

        Respectfully submitted,

        */s/ Ari Karen*
        Ari Karen (admitted *pro hac vice*)
        Chris McCall (admitted *pro hac vice*)
        Courtney E. Walter
        Arielle Stephenson (admitted *pro hac vice*)
        **MITCHELL SANDLER PLLC**
        1120 20th Street N.W., Suite 725
        Washington, D.C. 20036
        Email: akaren@mitchellsandler.com
        Email: cmccall@mitchellsandler.com
        Email: cwalter@mitchellsandler.com
        Email: astephenson@mitchellsandler.com
        Telephone: (202) 886-5292

        John A. Schifino
        Florida Bar No. 0072321
        Daniel P. Dietrich
        Florida Bar No. 934461
        Gregory L. Pierson
        Florida Bar No. 123905
        **GUNSTER, YOAKLEY & STEWART, P.A.**
        401 East Jackson Street, Suite 1500
        Tampa, Florida 33602
        jschifino@gunster.com
        ddietrich@gunster.com
        gpierson@gunster.com
        Telephone: (813) 228-9080

        *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 1, 2024, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Ari Karen*
Ari Karen
