# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>   Plaintiff,<br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>   Defendant. | CASE NO. 8:22-cv-01660-AEP |

**STIPULATION TO EXTEND DEFENDANT WATERSTONE MORTGAGE CORPORATION'S EXPERT DISCLOSURE DEADLINE**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual") and Defendant Waterstone Mortgage Corporation ("Waterstone") stipulate as follows:

1. At the parties' September 30, 2024, status conference, the parties agreed that Waterstone was to make any additional expert disclosures by October 31, 2024.

2. On October 10, 2024, counsel for Waterstone conferred with counsel for Mutual as to whether Mutual would stipulate to Waterstone's expert disclosure deadline being extended from October 31, 2024, to November 7, 2024. The reason for Waterstone's request was that Hurricane Milton has had a substantial impact on the operations of one of Waterstone's previously disclosed experts, Oscher Consulting, located in Tampa.

3. Mutual has agreed to the proposed extension of time for Waterstone's expert disclosures from October 31 to November 7. This stipulation shall not affect any other deadlines.

Dated: October 11, 2024.

s/Ari Karen (with permission)
Ari Karen (admitted pro hac vice)
Christopher L. McCall (admitted pro hac vice)
Courtney E. Walter (admitted pro hac vice)
Arielle Stephenson (admitted pro hac vice)
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Email: cmccall@mitchellsandler.com
Email: cwalter@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.
John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com
Telephone: (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*


s/Maria Kreiter
Maria Kreiter (admitted pro hac vice)
Emma Jewell (admitted pro hac vice)
Xavier Jenkins (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com
xjenkins@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)

scott.mclaren@hwhlaw.com
carolina.blanco@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

31926463.1