# EXHIBIT B

**Plaintiff's Trial Trade Secrets:**
**Chart of Email Transmission Date, Date of Interrogatory Disclosure, and Usage in Depositions**

| Exhibit Number | Category | Bates Number/Range | Email Transmission Date | Date of Interrogatory Disclosure | Usage in Depositions |
|---|---|---|---|---|---|
| 1 | Thompson Loan Trade Secret | MOM-0003181-241 | 6/15/2022 | 4/1/2024 | N/A |
| 2 | Calle Loan Trade Secret | WMC005904-53; WMC005964-83; WMC008807-19; WMC008833-38 | 6/14/2022 | 4/1/2024 | Chris Wolf Dep. Ex. 4 |
| 3 | Columbis Loan Trade Secret | WMC002147-61 | 4/20/2022 | 4/1/2024 | Chris Wolf Dep. Ex. 13 |
| 4 | Tyson Loan Trade Secret | WMC001024-184; WMC00194484; WMC001988-2146 | 4/20/2022 | 4/1/2024 | Kevin Allen Dep. Ex. 40; Chris Wolf Dep. Ex.13 |
| 5 | Hennessy Loan Trade Secret | MOM-0000026-27; WMC001185-246; WMC007445-46 | 4/13/2022 | 3/10/2023 (Following Judge Sneed's Order) | Kevin Allen Dep. Ex. 35; Dwayne Hutto Dep. Exs 18-19; Chris Wolf Dep. Ex. 13 |
| 6 | Byers Loan Trade Secret | WMC001763-880; WMC006514-15 | 4/22/2022 | 4/1/2024 | Kevin Allen Dep. Ex. 33; Dwayne Hutto Dep. Ex. 24; Chris Wolf Dep. Ex. 13 |
| 7 | Ryan Loan Trade Secret | WMC001297-335 | 4/20/2022 | 4/1/2024 | Chris Wolf Dep. Ex. 13 |
| 8 | Brown Loan Trade Secret | WMC001378-432 | 4/26/2022 | 4/1/2024 | Chris Wolf Dep. Ex. 13 |
| 9 | Gipson Loan Trade Secret | WMC000695-709; WMC001648-84; WMC003248-49 | 4/20/2022 | 4/1/2024 | Chris Wolf Dep. Ex. 13 |
| 10 | Castaneda Loan Trade Secret | WMC001532-647; WMC006516-22; WMC007761-65; WMC007784-90 | 4/19/2022 | 4/1/2024 | Kevin Allen Dep. Ex. 38; Dawson Walker Dep. Ex. 11; Chris Wolf Dep. Ex. 13 |

**Plaintiff's Trial Trade Secrets:**
**Chart of Email Transmission Date, Date of Interrogatory Disclosure, and Usage in Depositions**

| Exhibit Number | Category | Bates Number/Range | Email Transmission Date | Date of Interrogatory Disclosure | Usage in Depositions |
|---|---|---|---|---|---|
| 11 | Tariq Loan Trade Secret | MOM-0000002-25; WMC000854-923; WMC001336-74; WMC001453-525; WMC001881-911; WMC006387-88; WMC007080-81; WMC007106-08; WMC007371-72; WMC007449-51 | 4/15/2022 | 3/10/2023 (Following Judge Sneed's Order) | Chris Wolf Dep. Ex. 13; Dwayne Hutto Dep. Exs 20-22; Kevin Allen Dep. Ex. 21-22 |
| 12 | Kugleman Loan Trade Secret | MOM-0001038-171 | 6/8/2022 | 3/10/2023 (Following Judge Sneed's Order) | N/A |
| 13 | Trejo Loan Trade Secret | MOM-0001003-37 | 6/8/2022 | 3/10/2023 (Following Judge Sneed's Order) | N/A |
| 14 | Kemp Loan Trade Secret | WMC000934-1000 | 4/14/2022 | 4/1/2024 | Chris Wolf Dep. Ex. 13 |
| 15 | A. Smith Loan Trade Secret | MOM-0000987-97 | 6/8/2022 | 3/10/2023 (Following Judge Sneed's Order) | N/A |

**Plaintiff's Trial Trade Secrets:**
**Chart of Email Transmission Date, Date of Interrogatory Disclosure, and Usage in Depositions**

| Exhibit Number | Category | Bates Number/Range | Email Transmission Date | Date of Interrogatory Disclosure | Usage in Depositions |
|---|---|---|---|---|---|
| 16 | D'Ettore Loan Trade Secret | WMC001685-89 | 4/20/2022 | 4/1/2024 | Chris Wolf Dep. Ex. 13 |
| 17 | Mcintosh Loan Trade Secret | MOM-0000236-239; MOM-0001207-11; MOM-0015297-315; WMC008900-05; WMC009010-18; WMC009216-18 | 6/9/2022 | 4/1/2024 | Chris Smith Dep. Ex. 9; Kevin Allen Dep. Ex. 36; Dwayne Hutto Dep. Ex. 26; Chris Wolf Dep. Ex. 9 |
| 18 | Friebis Customer List | WMC001450-52 | 4/21/2022 | 4/1/2024 | Chris Wolf Dep. Ex. 18 |
| 19 | Mutual Tampa Branch Customer List | MOM-0015279-80; WMC005539-41; WMC008611-14 | 6/09/2022 | 4/1/2024 | Kevin Allen Dep. Ex. 29 |
| 20 | Stalls Customer Lists | MOM-00001175-206 | 6/10/2022 | 3/10/2023 (Following Judge Sneed's Order) | N/A |
| 21 | Tampa P&L | MOM-0000027-29 | 3/3/2022 | 3/10/2023 (Following Judge Sneed's Order) | Kevin Allen Dep. Ex. 48; Chris Smith Dep. Ex. 3; Dwayne Hutto Dep. Ex. 10 |
| 22 | Daytona P&L | MOM-0000033-34; MOM-0001285-86 | 2/17/2022 | 3/10/2023 (Following Judge Sneed's Order) | Dwayne Hutto Dep. Ex. 6 |

3