# **EXHIBIT D**

Page 172

1  UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
2  TAMPA DIVISION
3  Civil Action No.: 22-CV-01660
4
   MUTUAL OF OMAHA
5  MORTGAGE INC.,
6       Plaintiff,
   v.
7
   WATERSTONE MORTGAGE
8  CORPORATION,
9       Defendant.
   _____/
10
11                  DEPOSITION OF
12                   DWAYNE HUTTO
13          (Volume II, pages 172 - 266)
14 DATE TAKEN:     June 15, 2023
15 TIME:           9:03 a.m. to 3:57 p.m.
16 PLACE:          Gunster, Yoakley & Stewart, P.A.
                   401 East Jackson Street
17                 Suite 1500
                   Tampa, Florida 33602
18
   TAKEN BY:       The Plaintiff
19
   REPORTED BY:    Victoria White
20                 Court Reporter and Notary Public
21
22
23
24
25

```
 1   A P P E A R A N C E S:
 2   ARI KAREN, ESQUIRE
     COURTNEY WALTER, ESQUIRE (Via Zoom)
 3   MARK CARROL, ESQUIRE
     OF: MITCHELL SANDLER, LLC
 4          1120 20th Street N.W.
            Suite 725
 5          Washington, D.C. 20036
            202.886.5265
 6          Akren@mitchellsanders.com
 7          APPEARING ON BEHALF OF THE PLAINTIFF MUTUAL OF
        OMAHA MORTGAGE, INC.
 8
     MARIA L. KREITER, ESQUIRE
 9   OF: GODFREY KAHN
            833 East Michigan Street
10          Suite 1800
            Milwaukee, Wisconsin 53202
11          414.287.9466
            Mkreiter@gklaw.com
12
     STEPHANIE ZIEBELL, ESQUIRE (Via Zoom)
13   GENERAL COUNSEL WATERSTONE MORTGAGE CORPORATION
14          APPEARING ON BEHALF OF THE DEFENDANT WATERSTONE
        MORTGAGE CORPORATION
15
16   ALSO PRESENT:
17   Rob Williams - Videographer
18
19
20
21
22
23
24
25
```

Page 174

INDEX OF PROCEEDINGS
VOLUME II

| Witness | Page |
|---|---|
| DWAYNE HUTTO | |
|    Continued Direct Examination by Mr. Karen | 176 |
| CERTIFICATE OF OATH | 265 |
| CERTIFICATE OF REPORTER | 266 |

PLAINTIFF'S INDEX OF EXHIBITS
VOLUME II
(Attached.)

| Exhibit | Description | Marked |
|---|---|---|
| Exhibit 14 | April 8, 2022 E-mail | 178 |
| Exhibit 15 | April 18, 2022 E-mail | 183 |
| Exhibit 16 | April 17, 2022 E-mail | 192 |
| Exhibit 17 | March 29, 2022 E-mail (Hennessey) | 199 |
| Exhibit 18 | March 29, 2022 E-mail (Hennessey File) | 199 |
| Exhibit 19 | April 13, 2022 E-mail (Hennessey Title Docs) | 209 |
| Exhibit 20 | April 19, 2022 E-mail String | 213 |
| Exhibit 21 | April 15, 2022 E-mail | 214 |
| Exhibit 22 | April 6, 2022 E-mail | 216 |
| Exhibit 23 | April 24, 2022 E-mail String | 218 |
| Exhibit 24 | April 22, 2022 E-mail with Attachments | 219 |
| Exhibit 25 | May 25, 2022 E-mail String | 221 |
| Exhibit 26 | June 9, 2022 E-mail | 226 |
| Exhibit 27 | Godfrey Kahn Expert Report | 233 |

|   |   |   |
|---|---|---|
| Exhibit 28 | Mutual of Omaha Mortgage Loan Originator Employment Agreement | 248 |

S T I P U L A T I O N S

It is hereby stipulated and agreed by and between counsel for the respective parties and the deponent that the reading and signing of the deposition be waived.

Page 256

1  A. Yes, sir.
2  Q. And do you think that that was in Mutual's
3  interest for you to do that?
4  A. I wasn't worried about Mutual's interest at the
5  time, I was worried about the clients.
6  Q. Now it says further on that -- go down to
7  paragraph 15.2, the company, it says, you will have access
8  to trade secrets, its products -- and the last -- second
9  line is, products, its pricing, its pricing methodology, its
10 customers, its employees and strategic business partners and
11 its methods of doing business.  This information, including
12 confidential records and data pertaining to the company's
13 customers and the relationship between the customers and the
14 company's loan originators and account representatives is
15 considered secret and is disclosed to you in confidence; do
16 you see that?
17 A. I do.
18 Q. Okay.  And we've seen some records where private
19 records of customers were in fact sent to Mutual --
20 A. Yeah --
21 Q. -- to --
22 A. -- referrals and friends of mine mostly --
23 Q. Okay.
24 A. -- I don't remember every example, pretty much,
25 yeah.

Page 257

1    Q.   And I realize they may have been your friends, I
2    realize they may have been your --
3    A.   I understand.
4    Q.   -- contacts --
5    A.   I understand, yeah.
6    Q.   -- but that was still information that was sent
7    to Mutual, right?
8    A.   That is correct, of loans that Mutual could not
9    close.
10   Q.   But, nonetheless, it was Mutual's confidential
11   information --
12   A.   Correct.  Correct.
13   Q.   -- and that information was shared with
14   Waterstone, right?
15   A.   Correct.
16   Q.   And then if you will you go to 16.2 -- I'm
17   sorry, 17.2.  Okay.  Actually, let me move past that one.  I
18   want to just go back to something, if you can tell me this.
19   Do you know how -- Waterstone ultimately sent offers to
20   employees -- many of the employees at your branch, right?
21   A.   Correct.
22   Q.   And you guys, is it fair to say you coordinated
23   with the people at your branch to decide what day you were
24   all resigning?
25   A.   I did not.  I did not make that -- well, I mean,