# **EXHIBIT E**

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                    TAMPA DIVISION
                  CASE NO.:  22-CV-01660
 3
 4
         MUTUAL OF OMAHA MORTGAGE, INC.,
 5
                      Plaintiff,
 6       vs.
 7       WATERSTONE MORTGAGE CORPORATION,
 8                    Defendant.
         _____/
 9
10
11              VIDEOTAPED DEPOSITION OF
12                 CHRISTOPHER SMITH
13
14
                  Pages 1 through 206
15
16             Friday, June 16, 2023
                9:07 a.m. - 12:45 p.m.
17
18         Gunster Yoakley & Stewart, P.A.
         401 East Jackson Street, Suite 1500
19              Tampa, Florida 33602
20
21
22
23
24         Stenographically Reported By:
25         Denise Sankary, RPR, RMR, CRR
```

```
 1   APPEARANCES:
 2
     On behalf of Plaintiff:
 3
          MITCHELL SANDLER, LLC
 4        1120 20th Street N.W., Suite 725
          Washington, D.C. 20036
 5        202-886-5292
          BY:  ARI KAREN, ESQUIRE
 6        akaren@mitchellsandler.com
          BY:  COURTNEY WALTER, ESQUIRE
 7            (via video teleconference)
          cwalter@mitchellsandler.com
 8
 9
10   On behalf of Defendant:
11        GODFREY KAHN S.C.
          833 East Michigan Street, Suite 1800
12        Milwaukee, WI 53202
          414-287-9466
13        BY:  MARIA KREITER, ESQUIRE
          mkreiter@gklaw.com
14
15
16
17   ALSO PRESENT:
18        Nick de Haas, Videographer
19        Stephanie Ziebell, In-house Counsel for
          Waterstone Mortgage Corporation
20            (via video teleconference)
21
22
23
24
25
```

1                           I N D E X
2
    Examination                                          Page
3
    CHRISTOPHER SMITH
4
    Direct              By Mr. Karen                        7
5   Cross               By Ms. Kreiter                    188
    Redirect            By Mr. Karen                      194
6
    Certificate of Oath                                   205
7   Certificate of Reporter                               206
8
9                        E X H I B I T S
10  No.                                                   Page
11   1   01/10/22 E-mail from Chris Wolf to                22
         Dustin Owen with attachment WMC006263
12       - WMC006271
13   2   01/31/22 E-mail from Dustin Owen to              116
         Dwayne Hutto and others Subject:
14       Thank you! WMC007376 - WMC007377
15   3   03/03/22 E-mail string between Dwayne            126
         Hutto and Dustin Owen with
16       attachments
17   4   List of names prepared by Mr. Karen              156
18   5   11/30/18 Mutual of Omaha Mortgage                161
         Loan Originator Employment Agreement
19
     6   Waterstone Mortgage Corporation                  175
20       Producing Branch Manager Employment
         Agreement WMC011415 - WMC011436
21
     7   06/02/22 Letter from Jen Witon to                190
22       Tony Bertolotti WMC010639 - WMC010642
23
24
25

```
 1     8    05/25/22 E-mail from Rick Palmer to     201
            Lucas Van Dame Subject:  Mutual of
 2          Omaha Mortgage - Update MOM-0001218 -
            MOM-0001219
 3
       9    06/08/22 - 06/09/22 E-mail string       202
 4          between Chris Wolf, Cody Lamb and
            others Subject:  McIntosh
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   BY MR. KAREN:
2       Q.   Sir, do you know anything about -- again,
3   you're not on this e-mail.  Do you know anything
4   about the McIntosh loan?
5       A.   No.  I wasn't intimately involved in that
6   one, because I had to go all the way to the very top
7   to try and get it approved with Chris Leyden.  So I
8   don't have a recollection of this one, no.
9       Q.   You don't know anything about McIntosh?
10      A.   No, I don't have a familiarity with it.  I
11  wasn't involved in that one.
12      Q.   Okay.  Do you know why -- I mean, I'm
13  going to ask the question, but I think I know your
14  answer is going to be.  But do you know why Cody
15  Lamb or Fred Stalls would be sending this to Chris
16  Wolf on June 9th?
17      A.   I would imagine it was another loan that
18  was turned down by Water -- by Mutual --
19      Q.   But you --
20      A.   -- if I had to guess.  I can't say
21  definitively if it was or wasn't.
22      Q.   Because you just don't know anything about
23  it.
24      A.   Correct.
25           MR. KAREN:  Okay.  That's all I've got.