# EXHIBIT G

| | |
|---|---|
| **From:** | John Utsch |
| **Sent:** | Friday, July 28, 2023 12:08 PM EDT |
| **To:** | Ari Karen; Courtney Walter |
| **Subject:** | Fw: Fw: John Utsch Subpoena |
| **Attachments:** | all loans closed1.xlsx |

Onboarding email from Waterstone

----- Forwarded Message -----
**From:** John Utsch <johnutsch@yahoo.com>
**To:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>; Jen Witon <jwiton@waterstonemortgage.com>; Dustin Owen <dowen@waterstonemortgage.com>; Chris Smith <husky5417@yahoo.com>
**Sent:** Monday, June 13, 2022 at 04:29:55 PM EDT
**Subject:** Re: Fw:

Hi All,

Attached is our closed loan list in the field mapping you have requested. It contains all refinances and purchases closed. Upon review, please let me know if there is anything else you need.

Best Regards,

John Utsch
727-686-6224

On Monday, June 13, 2022, 01:01:41 PM EDT, Chris Smith <husky5417@yahoo.com> wrote:


Here is the realtor spreadsheet and John Utsch will be sending Encompass spreadsheet.

The following will be in the office Thursday and Friday

Myself
John Utsch
Matt Landgraffe
Nathan Dahlin
Lucas Van Dame
Jordan Ebelini
Neli Nedelcheva
Cindy Manley
Cody Lamb
Brittanie Negrich
Rebecca Roden
Robert Bowe
Julia Smith
Kali Nandwandi
Tyler Walsh
Justin DePalma

MOM-0015236

Kiera Tully
Eric Mueller

As discussed the following will need laptop shipped to their home address:

Nikki Edwards
Tim Thornton

In addition add the following two that need laptop shipped to home office and will do training with Nikki and Tim

Fred Stalls
Wadie Khalaf
Lauren Smith    I can just bring it to her

They can do the onboarding and training via zoom next week.

Hannah is not sure she is coming with us, so will know for sure tomorrow.  If so she will be in the office, if not she might join us down the road or not.

----- Forwarded Message -----
**From:** Neli Stefanova <nelka1909@yahoo.com>
**To:** Chris Smith <husky5417@yahoo.com>
**Sent:** Monday, June 13, 2022, 12:02:05 PM EDT
**Subject:** Fwd:

 Hi Chris,

Here are the link and the regular excel doc. Let me know please if I can do anything else.

Thanks!

Begin forwarded message:

>   **From:** Neli Nedelcheva <nnedelcheva@mutualmortgage.com>
>   **Date:** June 13, 2022 at 11:21:57 AM EDT
>   **To:** Neli Stefanova <nelka1909@yahoo.com>
>
>
>   Here are the link and the regular excel doc. (not online)
>
>
>   https://docs.google.com/spreadsheets/d/1wpzTUWRfWjSkoj3wlzCH1pBS-vpQQ7TuZAHNFvUHJ3g/edit#gid=654136808

MOM-0015237