# **EXHIBIT I**

| | |
|---|---|
| **From:** | Nathan Dahlin <nathan.r.dahlin@gmail.com> |
| **Sent:** | 6/14/2022 11:10:52 AM -0500 |
| **To:** | Chris Wolf <CWolf@waterstonemortgage.com> |
| **Subject:** | Re: Re: Calle LE's |
| **Attachments:** | Drivers License.pdf; Statement Mar 2022.pdf; Statement Apr 2022.pdf; Image Statements - 4_20_2022 - 100937918 - JAIME CALLE - MARIA YOLANDA CORONEL INIGUEZ.pdf; Image Statements - 3_18_2022 - 100937918 - JAIME CALLE - MARIA YOLANDA CORONEL INIGUEZ.pdf; Statement Bremer Bank May 23 2022.pdf; HELOC Statement.pdf; Portfolio Loan Properties FL.xlsx; Tax Bills.zip |

**EXTERNAL EMAIL:** Use Caution!

Attached
-Drivers license
-2 months bank statements, statements do not show 6 months reserves, I do have a letter from his business's bank stating that is has a balance of $71,000, I know that's sufficient but working on getting that from him.
- Most Recent HELOC statement
-Tax Bills
Working on getting HOI Dec pages
For home depot I was just using 5% as monthly payment, but we were paying that card off in closing so monthly payment will be irrelevant.
Tax Returns coming in following email

On Tue, Jun 14, 2022 at 9:27 AM Chris Wolf <CWolf@waterstonemortgage.com> wrote:

> Sounds good.  Please send me the tax returns.  I will also need:
>
> 1. Copy of Driver's License
> 2. Most recent 2 month bank statements to show funds
> 3. Most recent Mortgage statement (The Bank of Tampa)
> 4. HOI dec page, tax bills for all properties (not needed for home attached to mortgage if escrowed)
> 5. How much is Home Depot card payment?  Showing as $0 on credit.
>
>
> Thanks!

CONFIDENTIAL                                                                                              WMC005904



**Chris Wolf**

**Sales Manager**

3510 Nova Road Suite 105 Port Orange, FL 32129

M: 321.278.9930

Email: CWolf@WaterstoneMortgage.com



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act (â€œE-Signâ€) unless a specific statement to the contrary is included in this message.

**From:** Nathan Dahlin <nathan.r.dahlin@gmail.com>
**Sent:** Tuesday, June 14, 2022 9:21 AM
**To:** Chris Wolf <CWolf@waterstonemortgage.com>
**Subject:** Re: Calle LE's

EXTERNAL EMAIL: Use Caution!

Good morning,

We had these set up as full doc.

On Tue, Jun 14, 2022 at 9:16 AM Chris Wolf <CWolf@waterstonemortgage.com> wrote:

Good morning,

Are we doing the DSCR or full doc?



**Chris Wolf**

**Branch Manager**

NMLS #1626538

900 W. Granada Blvd, Suite 4, Ormond Beach, FL 32174

M: 321.278.9930
O: 386.401.7228

F: 386.866.5804  TF: 800.354.1149

Email: CWolf@WaterstoneMortgage.com

Visit My Website



Get Pre-Approved / Apply Now

Get Mobile App

*If you have any friends, family, or co-workers looking to buy,*

*sell, or refinance, I would love the opportunity to help them.*

*Your referral is the greatest compliment.*

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Chris Smith <husky5417@yahoo.com>
**Sent:** Monday, June 13, 2022 10:30 AM
**To:** Chris Wolf <CWolf@waterstonemortgage.com>; nathan.r.dahlin@gmail.com
**Subject:** Fw: Calle LE's

EXTERNAL EMAIL: Use Caution!

I know Dwayne is traveling, so sending to you Chris.

----- Forwarded Message -----

**From:** Nathan Dahlin <nathan.r.dahlin@gmail.com>

**To:** "dhutto@waterstonemortgage.com" <dhutto@waterstonemortgage.com>

**Cc:** "husky5417@yahoo.com" <husky5417@yahoo.com>

**Sent:** Monday, June 13, 2022, 10:27:28 AM EDT

**Subject:** Calle LE's

Hi Dwayne,

Attached are the 3 LE's for the Calle application I sent in to you on Friday. It's a triple-pack cash out refi on 3 investment properties, all owned free and clear. Also attached a copy of the 1003 for the reo info.

Let me know if there's anything else you need at this time.

Thanks,

Nate Dahlin

--

**Nathan Dahlin**

**Mortgage Loan Originator**

Mobile: (813) 858-9065

Office:   (813) 696-0027   Ext: 280027

Fax:      (224) 325-3395

4902 Eisenhower Blvd Ste 385

Tampa, FL 33634

NMLS # 2130803

--

**Nathan Dahlin**
**Mortgage Loan Originator**
Mobile: (813) 858-9065
Office:   (813) 696-0027   Ext: 280027
Fax:      (224) 325-3395

CONFIDENTIAL                                                                                                                                                           WMC005908

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/20/2022 12:56:30 PM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | Columbis |
| **Attachments:** | DD214.pdf; Annuity Statement 2020.pdf; Passport.pdf; SSA Letter.pdf; 1st Pension Check - others are direct deposit.pdf; Dec bnk stmt.pdf; 1003.pdf |

**EXTERNAL EMAIL:** Use Caution!

Credit did not have scores. Said they were all frozen. I would tell him to unfreeze them before you try to get a report.
Chris Wolf

CONFIDENTIAL

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/20/2022 12:49:48 PM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | Tyson 2020 |
| **Attachments:** | 2020 1040.pdf |

**EXTERNAL EMAIL:** Use Caution!

Chris Wolf

CONFIDENTIAL								WMC001024

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/22/2022 12:56:56 PM -0500 |
| **To:** | Dawson Walker <dawson.walker@waterstonemortgage.com> |
| **Subject:** | New file - Byers, Lea/Brad |
| **Attachments:** | CC Auth for appraisal.pdf; 1003.pdf; Credit.pdf; IDs.pdf; Paystubs Brad.pdf; Paystubs Lea.pdf; W2s Brad.pdf; Tax bill.pdf; W-2s Lea.pdf; Contract.pdf; Wells 1229 0331.pdf; CD for sale of 6640 Merryvale Lane Port Orange.pdf; Wells 8300 0228.pdf; Wells 8300 0331.pdf |

**EXTERNAL EMAIL: Use Caution!**

Hey bud, can you or someone on your team get this one going?  That rate is unrealistic (Dwayne file) so we can look at locking next week.  Input 5.25% for now
Thank you!
Chris Wolf

CONFIDENTIAL                                                                WMC001763