IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC. <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | CASE NO. 8:22-cv-01660-AEP |

**STIPULATION TO EXTEND PLAINTIFF MUTUAL OF OMAHA MORTGAGE INC.'S DEADLINE TO RESPOND TO DEFENDANT WATERSTONE MORTGAGE CORPORATION'S FIFTH SET OF INTERROGATORIES AND TO EXTEND DEFENDANT WATERSTONE MORTGAGE CORPORATION'S EXPERT DISCLOSURE DEADLINE**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual") and Defendant Waterstone Mortgage Corporation ("Waterstone") stipulate as follows:

1. On September 30, 2024, Waterstone served its Fifth Set of Interrogatories on Mutual, requesting information Waterstone reasonably believes to be necessary for its forthcoming expert disclosure(s). Pursuant to Fed. R. Civ. P. 33(b)(2), Mutual's deadline to respond to these Interrogatories is October 30, 2024.

2. Pursuant to the Court's October 17 Order (D.E. 239), Waterstone's deadline for additional expert disclosures is currently November 7, 2024.

3. On October 28, 2024, and October 29, 2024, counsel for Waterstone conferred with counsel for Mutual on several matters, including whether Waterstone

would stipulate to Mutual's response deadline being extended from October 30, 2024.

4. Waterstone has agreed to an extension of time for Mutual's responses to the Interrogatories from October 30, 2024 to November 6, 2024.

5. Moreover, due to the extension to Mutual's deadline to respond to the Interrogatories, counsel for Waterstone also requested a proportional extension to its expert disclosure deadline, from November 7, 2024 to November 14, 2024. Mutual has agreed to the proposed extension of time for Waterstone's expert disclosures.

6. There are no other deadlines currently set in the case, and, accordingly, this stipulation will not affect any other deadlines.

7. The parties further stipulate that the Court may remove the status conference currently set for November 8, 2024, from its calendar, and re-schedule a status conference after November 14, 2024, when Waterstone has completed its expert disclosure(s).

Dated: October 31, 2024.

s/Ari Karen (with permission)
Ari Karen (admitted pro hac vice)
Christopher L. McCall (admitted pro hac vice)
Courtney E. Walter (admitted pro hac vice)
Arielle Stephenson (admitted pro hac vice)
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Email: cmccall@mitchellsandler.com
Email: cwalter@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.
John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com
Telephone: (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*


s/Maria Kreiter
Maria Kreiter (admitted pro hac vice)
Emma Jewell (admitted pro hac vice)
Xavier Jenkins (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com
xjenkins@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
scott.mclaren@hwhlaw.com
carolina.blanco@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

32034555.1