**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| CASE NO.:    8:22-cv-1660-AEP | DATE:  November 19, 2024 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Ari Karen, Arielle Stephenson, Dan Dietrich<br>Mark Carroll: In house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Xavier Jenkins, Emma Jewel, Scott McLaren, Carolina Blanco<br><br>Stephanie Ziebell, Waterstone GC |
| **COURT REPORTER:**  digital | **DEPUTY CLERK:**  Lynne Vito |
| **TIME: 2:00 to 2:08     TOTAL: 8 min** | **COURTROOM:**  10A |

**PROCEEDINGS:**    STATUS CONFERENCE - ZOOM

Counsel reporting to the court of what remains pending and trial readiness.

Expert reports have been received.

Oral request by plaintiff for rebuttal expert report and an additional 30(b)(6) deposition.

Hearing continued to Monday Nov 25 at 10:00 am via zoom.