IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>    Plaintiff,<br>v.<br>WATERSTONE MORTGAGE CORPORATION,<br><br>    Defendant. | CASE NO. 8:22-cv-01660-AEP |

**STIPULATION AS TO FURTHER DISCOVERY AND TRIAL READINESS**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual") and Defendant Waterstone Mortgage Corporation ("Waterstone") stipulate as follows:

1. At the parties' November 19, 2024 status conference, counsel for Mutual requested additional discovery. The Court agreed to continue the status conference until November 25, 2024 to give the parties time to confer regarding additional discovery and trial readiness.

2. Counsel for Waterstone and counsel for Mutual have conferred regarding additional discovery and agreed to the following discovery taken by Mutual:

  a. Requests for Production of documents related to customer lists and/or closed loan databases provided to the Former Employees following the Former Employees' resignation from Waterstone;

1

    b. A Federal Rule 30(b)(6) deposition of Waterstone's corporate representative regarding closed loans and/or customer databases provided to the Former Employees following their resignation from Waterstone; whether there are any written policies describing Waterstone's practices governing disclosure of information included in customer lists and/or closed loan databases; and any understandings or agreements pursuant to which customer lists and/or closed loan databases were provided to the Former Employees; and

    c. A rebuttal expert report limited to rebutting Waterstone's expert's claim that the Former Employees would have resigned from Mutual without customer lists and/or closed loan databases.

3. Counsel for Waterstone and counsel for Mutual further agreed to the following discovery by Waterstone:

    a. Interrogatories regarding Mutual's establishment of branches in Florida, including all dates of operation; and

    b. Requests for production of documents related to the projected profitability of Mutual of Omaha Mortgage for 2023 through the present; monthly emails reporting on the financial condition of the Forward Division of Mutual Mortgage from June 2022 through the present; and documents reflecting the establishment and financial

       performance of Mutual's Florida branches from 2022 through the present.

    c. Discovery, as necessary, responsive to Mutual's rebuttal expert discussed in ¶ 2(c).

4. The parties agree to complete the above-mentioned discovery and to be ready for trial as soon as January 2025.

Dated: November 24, 2024.      s/Ari Karen
                                    Ari Karen (admitted pro hac vice)
                                    Christopher L. McCall (admitted pro hac vice)
                                    Courtney E. Walter (admitted pro hac vice)
                                    Arielle Stephenson (admitted pro hac vice)
                                    MITCHELL SANDLER LLC
                                    1120 20th Street N.W., Suite 725
                                    Washington, D.C. 20036
                                    Email: cmccall@mitchellsandler.com
                                    Email: cwalter@mitchellsandler.com
                                    Email: astephenson@mitchellsandler.com
                                    Telephone: (202) 886-5292

                                    GUNSTER, YOAKLEY & STEWART, P.A.
                                    John A. Schifino
                                    Florida Bar No. 0072321
                                    401 East Jackson Street, Suite 1500
                                    Tampa, Florida 33602
                                    jschifino@gunster.com
                                    Telephone: (813) 739-6962

                                    *Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

s/Maria L. Kreiter
Maria Kreiter (admitted pro hac vice)
Emma Jewell (admitted pro hac vice)
Xavier Jenkins (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com
xjenkins@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
scott.mclaren@hwhlaw.com
carolina.blanco@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

**4**