**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| CASE NO.:   8:22-cv-1660-AEP | DATE:  November 25, 2024 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Ari Karen, Arielle Stephenson,<br>Dan Dietrich<br>Mark Carroll: In-house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Xavier Jenkins,<br>Emma Jewel<br>Stephanie Ziebell, Waterstone GC |
| **COURT REPORTER:**  Digital | **DEPUTY CLERK:**  Lynne Vito |
| **TIME:**   10:00 am to 10:09 am     **TOTAL: 9 min** | **COURTROOM:**   10A |

**PROCEEDINGS:**   STATUS CONFERENCE - ZOOM

The court has reviewed the stipulations submitted by the parties.

8 trial days.

Jury trial – The court will clear the first three weeks of February 2025.

Counsel will notify the court of the trial's start date and the date for the Final pretrial conference.