# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

## STIPULATION TO EXCLUDE ROYALTY AND UNJUST ENRICHMENT DAMAGES

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual") and Defendant Waterstone Mortgage Corporation ("Waterstone") stipulate to the Court's entry of an order memorializing that Mutual does not seek royalty or unjust enrichment damages in this litigation. This stipulation does not prejudice Mutual's ability to seek lost profits damages under any theory set forth in the Complaint, including but not limited to claims for the misappropriation of trade secrets.

Dated: February 7, 2025.          s/Ari Karen
                                                Ari Karen (admitted pro hac vice)
                                                Christopher L. McCall (admitted pro hac vice)
                                                Courtney E. Walter (admitted pro hac vice)
                                                MITCHELL SANDLER LLC
                                                1120 20th Street N.W., Suite 725
                                                Washington, D.C. 20036
                                                Email: cmccall@mitchellsandler.com
                                                Email: cwalter@mitchellsandler.com
                                                Telephone: (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.
John A. Schifino
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com
Telephone: (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

s/Maria L. Kreiter
Maria Kreiter (admitted pro hac vice)
Emma Jewell (admitted pro hac vice)
Xavier Jenkins (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com
xjenkins@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
scott.mclaren@hwhlaw.com
carolina.blanco@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

32511771.1