## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MUTUAL OF OMAHA
MORTGAGE, INC.

                    Plaintiff,

v.

WATERSTONE MORTGAGE
CORPORATION,

                    Defendant.

CASE NO. 8:22-cv-01660-TPB-JSS

## DECLARATION OF JOHN UTSCH

I, John Utsch, declare and state as follows:

1.      I formerly managed the Tampa branch of Waterstone Mortgage Corporation ("Waterstone").

2.      Prior to Waterstone, I was a sales manager for Mutual of Omaha Mortgage, Inc. ("Mutual").

3.      I understand Mutual is claiming the documents identified in **Exhibit A** to this declaration as its alleged trade secrets. (See **Exhibit A** (D.E. 207-1).)

4.      The documents and communications identified in **Exhibit A** were not relevant to my decision to leave Mutual. I was going to move to Waterstone regardless of the documents and/or information in **Exhibit A** for the reasons in my previously filed declaration, D.E. 104-10. The **Exhibit A** documents had nothing to do with my decision.

1



**I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 10th day of February, 2025.

s/ John Utsch
_____
John Utsch

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| Ex. 1<br>MOM003181-241<br>**consists of 15 documents** | Thompson Loan Trade Secret | MOM-0003181 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM-0003182 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM-0003183 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM-0003184-185 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003186 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003187 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003188-3228 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003229 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003230-3231 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003232-3233 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003234-3235 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003236-3238 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003239 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003240 | x | | 1/6/2023 | 4/1/2024 |
| | Thompson Loan Trade Secret | MOM0003241 | x | | 1/6/2023 | 4/1/2024 |
| Ex. 2<br>WMC005904-53;<br>WMC005964-83;<br>WMC008807-19;<br>WMC008833-38<br>**consists of 24 documents** | Calle Loan Trade Secret | WMC005904-5909 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005910 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005911-5920 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005921-5927 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005928-5934 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005935-5941 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005942 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005943 | | x | 10/31/2022 | N/A |



EXHIBIT

A

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Calle Loan Trade Secret | WMC005944 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005945 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005946 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005947 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005948 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005949 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005950 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005951 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005952 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005953 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005964 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005965-5973 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC005974-5983 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC008807-8811 | | x | 10/31/2022 | N/A |
| | Calle Loan Trade Secret | WMC008812-8819 | x | | 10/31/2022 | 4/1/2024 |
| | Calle Loan Trade Secret | WMC008833-8838 | | x | 10/31/2022 | N/A |
| Ex. 3 WMC002147-61 consists of 9 documents | Columbis Loan Trade Secret | WMC002147 | x | | 10/31/2022 | 4/1/2024 |
| | Columbis Loan Trade Secret | WMC002148 | x | | 10/31/2022 | 4/1/2024 |
| | Columbis Loan Trade Secret | WMC002149 | x | | 10/31/2022 | 4/1/2024 |
| | Columbis Loan Trade Secret | WMC002150 | x | | 10/31/2022 | 4/1/2024 |
| | Columbis Loan Trade Secret | WMC002151 | x | | 10/31/2022 | 4/1/2024 |
| | Columbis Loan Trade Secret | WMC002152 | x | | 10/31/2022 | 4/1/2024 |
| | Columbis Loan Trade Secret | WMC002153 | x | | 10/31/2022 | 4/1/2024 |
| | Columbis Loan Trade Secret | WMC002154-2161 | x | | 10/31/2022 | 4/1/2024 |
| Ex. 4 WMC001024-184; WMC001944-84; WMC001988-2146 consists of 12 documents | Tyson Loan Trade Secret | WMC001024 | x | | 10/31/2022 | 4/1/2024 |
| | Tyson Loan Trade Secret | WMC001025-1184 | x | | 10/31/2022 | 4/1/2024 |
| | Tyson Loan Trade Secret | WMC001944 | | x | 10/31/2022 | N/A |
| | Tyson Loan Trade Secret | WMC001945-1946 | | x | 10/31/2022 | N/A |
| | Tyson Loan Trade Secret | WMC001947 | | x | 10/31/2022 | N/A |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Tyson Loan Trade Secret | WMC001948 | | x | 10/31/2022 | N/A |
| | Tyson Loan Trade Secret | WMC001949-1952 | | x | 10/31/2022 | N/A |
| | Tyson Loan Trade Secret | WMC001953-1956 | | x | 10/31/2022 | N/A |
| | Tyson Loan Trade Secret | WMC001957-1964 | | x | 10/31/2022 | N/A |
| | Tyson Loan Trade Secret | WMC001965-1984 | | x | 10/31/2022 | N/A |
| | Tyson Loan Trade Secret | WMC001988 | | x | 10/31/2022 | N/A |
| | Tyson Loan Trade Secret | WMC001989-2146 | | x | 10/31/2022 | N/A |
| Ex. 5 MOM0000026-27; WMC001185-246; WMC007445-46 **consists of 10 documents** | Hennessy Loan Trade Secret | MOM0000026 | | x | 11/3/2022 | 3/10/2023 |
| | Hennessy Loan Trade Secret | MOM0000027-28 | | x | 11/3/2022 | 3/10/2023 |
| | Hennessy Loan Trade Secret | WMC001185 | x | | 10/31/2022 | 4/1/2024 |
| | Hennessy Loan Trade Secret | WMC001186 | x | | 10/31/2022 | 4/1/2024 |
| | Hennessy Loan Trade Secret | WMC001187-1188 | x | | 10/31/2022 | 4/1/2024 |
| | Hennessy Loan Trade Secret | WMC001189-1203 | x | | 10/31/2022 | 4/1/2024 |
| | Hennessy Loan Trade Secret | WMC001204-1211 | x | | 10/31/2022 | 4/1/2024 |
| | Hennessy Loan Trade Secret | WMC001212-1223 | x | | 10/31/2022 | 4/1/2024 |
| | Hennessy Loan Trade Secret | WMC001224-1246 | x | | 10/31/2022 | 4/1/2024 |
| | Hennessy Loan Trade Secret | WMC007445-7446 | | x | 10/31/2022 | N/A |
| Ex. 6 WMC001763-880; WMC006514-15 **consists of 16 documents** | Byers Loan Trade Secret | WMC001763 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001764 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001765-1778 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001779-1798 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001799-1800 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001801-1804 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001805-1806 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001807-1808 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001809-1810 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001811-1812 | x | | 10/31/2022 | 4/1/2024 |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Byers Loan Trade Secret | WMC001813-1825 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001826-1829 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001830-1860 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001861-1869 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC001870-1880 | x | | 10/31/2022 | 4/1/2024 |
| | Byers Loan Trade Secret | WMC006514-6515 | | x | 10/31/2022 | N/A |
| Ex. 7 WMC001297-335 consists of 8 documents | | WMC001297 | x | | 10/31/2022 | 4/1/2024 |
| | Ryan Load Trade Secret | WMC001298 | x | | 10/31/2022 | 4/1/2024 |
| | Ryan Load Trade Secret | WMC001299-1308 | x | | 10/31/2022 | 4/1/2024 |
| | Ryan Load Trade Secret | WMC001309 | x | | 10/31/2022 | 4/1/2024 |
| | Ryan Load Trade Secret | WMC001310 | x | | 10/31/2022 | 4/1/2024 |
| | Ryan Load Trade Secret | WMC001311-1312 | x | | 10/31/2022 | 4/1/2024 |
| | Ryan Load Trade Secret | WMC001313-1314 | x | | 10/31/2022 | 4/1/2024 |
| | Ryan Load Trade Secret | WMC001315-1335 | x | | 10/31/2022 | 4/1/2024 |
| Ex. 8 WMC001378-432 consists of 7 documents | Brown Loan Trade Secret | WMC001378 | x | | 10/31/2022 | 4/1/2024 |
| | Brown Loan Trade Secret | WMC001379-1383 | x | | 10/31/2022 | 4/1/2024 |
| | Brown Loan Trade Secret | WMC001384 | x | | 10/31/2022 | 4/1/2024 |
| | Brown Loan Trade Secret | WMC001385-1393 | x | | 10/31/2022 | 4/1/2024 |
| | Brown Loan Trade Secret | WMC001394-1395 | x | | 10/31/2022 | 4/1/2024 |
| | Brown Loan Trade Secret | WMC001396-1408 | x | | 10/31/2022 | 4/1/2024 |
| | Brown Loan Trade Secret | WMC001409-1432 | x | | 10/31/2022 | 4/1/2024 |
| Ex. 9 WMC000695-709; WMC001648-84; WMC003248-49 consists of 15 documents | Gipson Loan Trade Secret | WMC000695-697 | | x | 10/31/2022 | N/A |
| | Gipson Loan Trade Secret | WMC000698-709 | | x | 10/31/2022 | N/A |
| | Gipson Loan Trade Secret | WMC001648 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001649 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001650 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001651 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001652-654 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001655-1662 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001663 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001664 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001665 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001666 | x | | 10/31/2022 | 4/1/2024 |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Gipson Loan Trade Secret | WMC001667 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC001668-1684 | x | | 10/31/2022 | 4/1/2024 |
| | Gipson Loan Trade Secret | WMC003248-3249 | | x | 10/31/2022 | N/A |
| Ex. 10 WMC001532-647; WMC006516-22; WMC007761-65; WMC007784-90 **consists of 21 documents** | Castaneda Loan Trade Secret | WMC001532 | | x | 10/31/2022 | N/A |
| | Castaneda Loan Trade Secret | WMC001533-1557 | | x | 10/31/2022 | N/A |
| | Castaneda Loan Trade Secret | WMC001558 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001559 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001560-1566 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001567 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001568 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001569-1573 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001574 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001575-1576 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001577-1593 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001594-1597 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001598-1600 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001601-1616 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001617 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001618-1625 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001626-1638 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC001639-1647 | x | | 10/31/2022 | 4/1/2024 |
| | Castaneda Loan Trade Secret | WMC006516-6522 | | x | 10/31/2022 | N/A |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Castaneda Loan Trade Secret | WMC007761-7765 | | x | 10/31/2022 | N/A |
| | Castaneda Loan Trade Secret | WMC007784-7790 | | x | 10/31/2022 | N/A |
| MOM0000002-25; WMC000854-923; WMC001336-74; WMC001453-525; WMC001881-911; WMC006387-88; WMC007080-81; WMC007106-08; WMC007371-72; WMC007449-51 consists of 48 documents | Tariq Loan Trade Secret | MOM0000002 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000003-4 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000005-6 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000007 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000008 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000009 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000010 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000011 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000012-13 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000014-18 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000019-22 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | MOM0000023-25 | x | | 11/3/2022 | 3/10/2023 |
| | Tariq Loan Trade Secret | WMC000854 | x | | 10/31/2022 | 4/1/2024 |
| | Tariq Loan Trade Secret | WMC000855-870 | x | | 10/31/2022 | 4/1/2024 |
| | Tariq Loan Trade Secret | WMC000871-897 | x | | 10/31/2022 | 4/1/2024 |
| | Tariq Loan Trade Secret | WMC000898-923 | x | | 10/31/2022 | 4/1/2024 |
| | Tariq Loan Trade Secret | WMC001336 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001337-1354 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001355 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001356 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001357-1374 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001453 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001454-1456 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001457-1459 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001460-1470 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001471-1498 | | x | 10/31/2022 | N/A |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Tariq Loan Trade Secret | WMC001499-1525 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001881 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001882-1884 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001885 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001886-1889 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001890-1891 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001892-1895 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001896 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001897-1899 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001900 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001901-1905 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001906 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001907 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001908 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001909 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001910 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC001911 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC006387-6388 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC007080-7081 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC007106-7108 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC007371-7372 | | x | 10/31/2022 | N/A |
| | Tariq Loan Trade Secret | WMC007449-7451 | | x | 10/31/2022 | N/A |
| Ex. 12 MOM0001038-171 **consists of 12 documents** | Kugleman Loan Trade Secret | MOM0001038 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001039-1042 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001043-1045 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001046-1099 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001100-1142 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001143-1144 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001145 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001146-1148 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001149-1150 | x | | 11/3/2022 | 3/10/2023 |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Kugleman Loan Trade Secret | MOM0001151-1159 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001160-1167 | x | | 11/3/2022 | 3/10/2023 |
| | Kugleman Loan Trade Secret | MOM0001168-1171 | x | | 11/3/2022 | 3/10/2023 |
| Ex. 13 MOM0001003-37 consists of 13 documents | Trejo Loan Trade Secret | MOM0001003 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001004-1005 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001006 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001007 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001008 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001009 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001010 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001011-1014 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001015-1032 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001033 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001034 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001035 | x | | 11/3/2022 | 3/10/2023 |
| | Trejo Loan Trade Secret | MOM0001036-1037 | x | | 11/3/2022 | 3/10/2023 |
| Ex. 14 WMC000934-1000 consists of 21 documents | Kemp Loan Trade Secret | WMC000934 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000935 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000936 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000937-938 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000939-940 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000941 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000942 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000943 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000944-957 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000958 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000959-961 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000962-971 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000972 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000973 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000974-978 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000979 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000980 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000981 | x | | 10/31/2022 | 4/1/2024 |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Kemp Loan Trade Secret | WMC000982-987 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000988 | x | | 10/31/2022 | 4/1/2024 |
| | Kemp Loan Trade Secret | WMC000989-1000 | x | | 10/31/2022 | 4/1/2024 |
| Ex. 15 MOM0000987-97 **consists of 5 documents** | A. Smith Loan Trade Secret | MOM0000987 | x | | 11/3/2022 | 3/10/2023 |
| | A. Smith Loan Trade Secret | MOM0000988-989 | x | | 11/3/2022 | 3/10/2023 |
| | A. Smith Loan Trade Secret | MOM0000990-993 | x | | 11/3/2022 | 3/10/2023 |
| | A. Smith Loan Trade Secret | MOM0000994-996 | x | | 11/3/2022 | 3/10/2023 |
| | A. Smith Loan Trade Secret | MOM0000997 | | x | 11/3/2022 | 3/10/2023 |
| Ex. 16 WMC0001685-89 **consists of 5 documents** | D'Ettore Loan Trade Secret | WMC001685 | x | | 10/31/2022 | 4/1/2024 |
| | D'Ettore Loan Trade Secret | WMC001686 | x | | 10/31/2022 | 4/1/2024 |
| | D'Ettore Loan Trade Secret | WMC001687 | x | | 10/31/2022 | 4/1/2024 |
| | D'Ettore Loan Trade Secret | WMC001688 | x | | 10/31/2022 | 4/1/2024 |
| | D'Ettore Loan Trade Secret | WMC001689 | x | | 10/31/2022 | 4/1/2024 |
| Ex. 17 MOM0000236-239; MOM0001207-11; MOM0015297-315; WMC008900-05; WMC009010-18; WMC009216-18 **consists of 11 documents** | Mcintosh Loan Trade Secret | MOM0000236-237 | | x | 11/3/2022 | N/A |
| | Mcintosh Loan Trade Secret | MOM0000238-239 | | x | 11/3/2022 | N/A |
| | Mcintosh Loan Trade Secret | MOM0001207-1211 | x | | 11/3/2022 | 4/1/2024 |
| | Mcintosh Loan Trade Secret | MOM0015297 | | x | 8/9/2023 | N/A |
| | Mcintosh Loan Trade Secret | MOM0015298-15315 | | x | 8/9/2023 | N/A |
| | Mcintosh Loan Trade Secret | WMC008900-8902 | | x | 10/31/2022 | N/A |
| | Mcintosh Loan Trade Secret | WMC008903-8905 | | x | 10/31/2022 | N/A |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Mcintosh Loan Trade Secret | WMC009010-9012 | | x | 10/31/2022 | N/A |
| | Mcintosh Loan Trade Secret | WMC009013-9015 | | x | 10/31/2022 | N/A |
| | Mcintosh Loan Trade Secret | WMC009016-9018 | | x | 10/31/2022 | N/A |
| | Mcintosh Loan Trade Secret | WMC009216-9218 | | x | 10/31/2022 | N/A |
| Ex. 18 WMC001450-52 **consists of 3 documents** | Friebis Customer List | WMC001450 | x | | 10/31/2022 | 4/1/2024 |
| | Friebis Customer List | WMC001451 | x | | 10/31/2022 | 4/1/2024 |
| | Friebis Customer List | WMC001452 | x | | 10/31/2022 | 4/1/2024 |
| Ex. 19 MOM-0015279-80; WMC005539-41; WMC008611-14 **consists of 4 documents** | Mutual Tampa Branch Customer List | MOM-0015279-15280 | x | | 8/9/2023 | 4/1/2024 |
| | Mutual Tampa Branch Customer List | WMC005539-5540 | x | | 10/31/2022 | 4/1/2024 |
| | Mutual Tampa Branch Customer List | WMC005541 | x | | 10/31/2022 | 4/1/2024 |
| | Mutual Tampa Branch Customer List | WMC008611-8614 | x | | 10/31/2022 | 4/1/2024 |
| Ex. 20 MOM-0001175-206 **consists of 20 documents** | Stalls Customer Lists | MOM-001175 | x | | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001176 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001177 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001178 | x | | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001179-1186 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001187 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001188 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001189 | x | | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001190 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001191 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001192 | x | | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001193 | x | | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001194 | x | | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001195 | x | | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001196 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001197-1198 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001199 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001200-1204 | | x | 11/3/2022 | 3/10/2023 |
| | Stalls Customer Lists | MOM-0001205 | | x | 11/3/2022 | 3/10/2023 |

| Exhibit Number | Name of Trade Secret | Bates No. | Trade Secret | Accompanying Exhibit | Date of Production | Date of Disclosure |
|---|---|---|---|---|---|---|
| | Stalls Customer Lists | MOM-0001206 | | x | 11/3/2022 | 3/10/2023 |
| Ex. 21 MOM-0000027-29 **consists of 2 documents** | Tampa P&L | MOM-0000027-28 | x | | 11/3/2022 | 3/10/2023 |
| | Tampa P&L | MOM-0000029 | x | | 11/3/2022 | 3/10/2023 |
| Ex. 22 MOM-0000033-34; MOM-0001285-86 **consists of 4 documents** | Daytona P&L | MOM-0000033 | x | | 11/3/2022 | 3/10/2023 |
| | Daytona P&L | MOM-0000034 | x | | 11/3/2022 | 3/10/2023 |
| | Daytona P&L | MOM-0001285 | x | | 1/6/2023 | 4/1/2024 |
| | Daytona P&L | MOM-0001286 | x | | 1/6/2023 | 4/1/2024 |