## Page 1

```
            IN THE UNITED STATES DISTRICT CIRCUIT
                   MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
                CASE NO.: 8:22-cv-01660-TPB-JSS

MUTUAL OF OMAHA
MORTGAGE, INC.,

       Plaintiff,

vs.

WATERSTONE MORTGAGE
CORPORATION,

       Defendant.
_____/


DEPOSITION OF:   CHRISTINE LEYDEN

TAKEN:           Pursuant to Notice by
                 Counsel for Defendant

DATE:            June 22, 2023

TIME:            9:01 a.m. to 11:24 a.m. EST

LOCATION:        Hill Ward Henderson
                 101 East Kennedy Boulevard
                 Suite 3700
                 Tampa, Florida  33602

REPORTED BY:     Melanie Keefe, FPR
                 Notary Public
                 State of Florida at Large


        REGENCY REPORTING SERVICE, INC. (813)224-0224
```

## Page 2

```
APPEARANCES:   COURTNEY WALTER, ESQUIRE
               Mitchell Sandler LLC
               1120 20th Street Northwest
               Suite 725
               Washington, DC  20036

               MARK M. CARROLL, ESQUIRE (Via Zoom)
               Law Offices of Mark M. Carroll
               1000 South Pine Island Road
               Suite 420
               Plantation, Florida  33324

                    Attorneys for the Plaintiff

               MARIA L. KREITER, ESQUIRE
               Godfrey & Kahn, S.C.
               833 East Michigan Street
               Suite 1800
               Milwaukee, Wisconsin  53202

                    Attorney for the Defendant


        REGENCY REPORTING SERVICE, INC. (813)224-0224
```

## Page 3

```
INDEX                                      PAGE NUMBER

Examination by Ms. Kreiter                     5

Read Letter                                  111

Errata Sheet                                 112

Reporter's Certificate                       113


        REGENCY REPORTING SERVICE, INC. (813)224-0224
```

## Page 4

```
(Exhibit numbers continued from a prior deposition.)

                    E X H I B I T S

Exhibit   Description                          Page
  20      LinkedIn for Christine Leyden          19


        REGENCY REPORTING SERVICE, INC. (813)224-0224
```

EXHIBIT B

Page 73

1 loans, they would take those issues to Mr. Tomalak or to
2 their branch managers?
3     MS. WALTER: Object to the form.
4  A. They would likely take it to the branch manager
5 who would then escalate it to Mr. Tomalak --
6  Q. Are you aware of --
7  A. -- if necessary.
8  Q. -- any direct communications between any of the
9 Daytona or Tampa employees and either Mr. King or
10 Mr. Tomalak?
11  A. Not that I'm aware of.
12  Q. Do you have reason to think the employees at
13 either of the branches would have loyalty to Mr. King or
14 Mr. Tomalak over Mr. Hutto, Mr. Wolf, and Mr. Smith?
15     MS. WALTER: Object to the form.
16  A. No knowledge of that.
17  Q. What do you think? I mean, do you think that the
18 employees would have more loyalty to the branch managers or
19 the regional managers?
20     MS. WALTER: Object to the form.
21  A. I don't know.
22  Q. Do you have a general awareness in your role as
23 CEO and the years that you've been in the industry, do the
24 employees generally have more loyalty to their immediate
25 managers or the regional managers?

Page 74

1     MS. WALTER: COO. And object to the form.
2  A. I think it just varies. It depends. Some people
3 don't have a great relationship with their branch manager
4 and have a better relationship with their regional manager,
5 so it varies.
6  Q. But you don't know about the relationships with
7 respect to the Daytona and Tampa branches, whether that was
8 the case?
9  A. I do not.
10  Q. Were there efforts to keep any of the employees
11 in Daytona, Tampa, or New Jersey?
12     MS. WALTER: Asked and answered.
13  A. Not that I'm aware of.
14  Q. Are you aware of Mutual firing employees from
15 Tampa and Daytona who did not go to Waterstone?
16  A. Not that I'm aware of.
17  Q. You don't know either way?
18  A. I don't know either way.
19  Q. Do you have knowledge of the damages that are
20 sought by Mutual in this case?
21  A. No.
22  Q. The answer may very well be no to this question
23 but just to close out the category, take a look at what
24 we've previously marked as Deposition Exhibit No. 7,
25 please. The first page of Deposition Exhibit 7 is just a

Page 75

1 cover page. It has the Bates No. MOM-0003484 at the bottom,
2 and then the second page has the actual content. Have you
3 seen Exhibit 7 before?
4  A. No.
5  Q. You certainly played no role in putting together
6 Exhibit 7 or doing the analysis that's reflected in
7 Exhibit 7; correct?
8  A. No.
9  Q. Did Mr. Gennarelli ever have discussions with you
10 about the damages that Mutual is seeking from Waterstone?
11  A. No.
12  Q. What about Mr. Mayle?
13  A. No.
14  Q. Did anybody at Mutual have any discussions with
15 you about the damages it's seeking?
16  A. Not that I recall.
17  Q. Okay. You can put that aside.
18     Are you aware that Mutual is pursuing trade
19 secret misappropriation claims against Waterstone?
20  A. Just from what I saw on the amended complaint.
21  Q. In the amended complaint?
22  A. Yeah.
23  Q. Again, I just want to close out whether -- I want
24 to know who has knowledge about what. And if you do have
25 knowledge, then I will ask you questions and make sure that

Page 76

1 I exhaust it. But for example, did you have any role in
2 identifying the trade secrets that Mutual is relying on in
3 this case?
4  A. No.
5  Q. Did you have any role whatsoever in informing the
6 trade secret claims that are in the case?
7  A. No.
8  Q. Are you able to list any of the trade secrets
9 that Mutual has cited in support of its claims?
10  A. No.
11  Q. Are you aware of any evidence that Waterstone,
12 rather than the former employees, has misappropriated trade
13 secrets that belong to Mutual?
14  A. No.
15  Q. You just have no knowledge about the trade
16 secret --
17  A. No.
18  Q. -- claims in this case; correct?
19  A. Yes. Correct.
20  Q. That makes my job easier.
21     Before acquiring BBMC, did Mutual have any
22 branches in Florida?
23  A. I don't know. I don't believe so, but I'm not
24 positive.
25  Q. And do you know how long Mr. Hutto had been

## Page 97

1  Tampa branch left?
2  A. Not that I'm aware of. There may have been.
3  There might've been an office that we actually had to let go
4  based on performance, but nothing that I'm aware of where I
5  know it took borrower information or anything like that.
6  Q. I want you to assume that a branch manager is
7  leaving. Is it more common for the branch manager to leave
8  alone or that the entire branch will follow him or her?
9      MS. WALTER: Object to the form.
10 A. I think it varies on the branch.
11 Q. Based on the relationships?
12     MS. WALTER: Object to the form.
13 A. Possibly or the opportunity.
14 Q. We talked about the time when you were with
15 Mutual, but now I want you to go back to the time period
16 when you were with BBMC. Were there instances in which
17 branch employees moved together to or from BBMC?
18 A. Probably.
19 Q. Do you remember any branches moving -- let's
20 take, you know, joining BBMC. You were -- you had a role in
21 growing BBMC; correct?
22 A. Yes.
23 Q. Were you recruiting at the branch level?
24 A. No.
25 Q. Who was doing the recruiting of branches for

REGENCY REPORTING SERVICE, INC. (813)224-0224

## Page 98

1  BBMC?
2  A. I would say either a third-party recruiter, HR.
3  I mean, Jeff would be involved in some of those efforts.
4  And it was similar where, you know, once they had a
5  candidate, then I would come in, but I was not actively
6  recruiting branches.
7  Q. Okay. When BBMC was recruiting branches,
8  certainly there would be some diligence done with respect to
9  that branch to understand is it profitable or not
10 profitable; correct?
11 A. Yes.
12 Q. So how would BBMC understand is this a profitable
13 branch? Is there certain information that would be
14 requested?
15 A. I think that the -- Bernie, the CFO, or whoever
16 the CFO was at the time at BBMC would've asked some
17 information and put together a pro forma to try to estimate
18 the profitability.
19 Q. Okay. So Mr. Mayle was also at BBMC?
20 A. Yes.
21 Q. Okay. Did BBMC ever have the benefit of P&L
22 statements when it was recruiting branches?
23 A. I don't know.
24 Q. What about at Mutual? I mean, when Mutual is
25 recruiting an entire branch, does it request or see the P&L

REGENCY REPORTING SERVICE, INC. (813)224-0224

## Page 99

1  statements for the branch?
2  A. I don't know. I know that they create pro
3  formas, but I don't think that it's based on a P&L. I think
4  it's just based on estimations, but I don't know for sure.
5  It would be a Bernie question.
6  Q. Okay. Is -- within your time at Mutual, is it
7  more common to recruit entire branches or individuals?
8  A. Individuals. I mean, the particular branches
9  recruit individuals. We don't -- we haven't recruited a ton
10 of branches.
11 Q. I want to talk about longevity of branches that
12 you know of during your time at Mutual. Is there any
13 internal statistics about how long branches stay at Mutual?
14 A. Not that I'm aware of, but I know that we have
15 limited turnover. For the most part, they stay.
16 Q. Does the former division include refinanced
17 loans?
18 A. Yes.
19 Q. As between refinanced loans and purchase loans,
20 not looking at a specific point in time, but let's say over
21 your entire tenure, are there more refinanced loans or
22 purchase loans within the forward division?
23 A. It really does depend on the market and what's
24 happening with interest rates, but I would say in general
25 there's been more refinanced loans if you go over a long

REGENCY REPORTING SERVICE, INC. (813)224-0224

## Page 100

1  period of time.
2  Q. Okay. So for example, when interest rates are
3  high, people maybe don't want to refinance. So right now,
4  for example, the interest rates are high. I'm assuming
5  refinance is down; correct?
6  A. In some branches, yes, but not all. But yes, in
7  general.
8  Q. Okay. Is the staffing different for refinance
9  and purchase loans?
10 A. Not really.
11 Q. So let me ask it this way: If a branch is going
12 to focus on purchase loans, does the underwriting department
13 supporting that branch have to be different in any way than
14 the underwriting department, customer service, whoever is
15 working on the closing? Is there any difference between the
16 support received by the branch focusing on purchase loans
17 and the branch that's focusing on refinance?
18 A. No.
19 Q. Is there any greater complexity with respect to a
20 purchase loan compared to a refinanced loan in terms of the
21 underwriting?
22 A. Not -- no, not really.
23 Q. I think you said that the Columbia branch is a
24 profitable branch within Mutual?
25 A. Yes.

REGENCY REPORTING SERVICE, INC. (813)224-0224

# NATIVE DOCUMENT PLACEHOLDER

Please review the native document MOM-0003484.xlsx



CONFIDENTIAL

MOM-0003484

**Mutual of Omaha Mortgage, Inc.**
Summary of Corporate Earnings Contribution from Tampa and Daytona Branches

| Year of Fundings | Volumes of Loans Funded | | Corporate Profits Earned BPS | | Branch Contributions to Corporate Profits | | |
|---|---|---|---|---|---|---|---|
| 2019 | $ 115,699,761.00 | Tampa Volume | | 0.530% | Tampa Contribution 2019 | $ 613,208.73 | |
| 2020 | $ 219,873,800.00 | Tampa Volume | | 1.470% | Tampa Contribution 2020 | $ 3,232,144.86 | |
| 2021 | $ 260,657,942.00 | Tampa Volume | | 0.800% | Tampa Contribution 2021 | $ 2,085,263.54 | |
| 2022 YTD | $ 94,607,156.00 | Tampa Volume | Thru June 30 | 0.430% | Tampa Contribution 2022 YTD | $ 406,810.77 | |
| | $ 690,838,659.00 | | | | Total for Period | $ 6,337,427.90 | 0.92% |
| 2019 | $ 77,737,560.00 | Daytona Volume | | 0.530% | Daytona Contribution 2019 | $ 412,009.07 | |
| 2020 | $ 119,309,249.00 | Daytona Volume | | 1.470% | Daytona Contribution 2020 | $ 1,753,845.96 | |
| 2021 | $ 162,536,877.00 | Daytona Volume | | 0.800% | Daytona Contribution 2021 | $ 1,300,295.02 | |
| 2022 YTD | $ 54,551,735.00 | Daytona Volume | Thru April 30 | 1.020% | Daytona Contribution 2022 YTD | $ 556,427.70 | |
| | $ 414,135,421.00 | | | | Total for Period | $ 4,022,577.74 | 0.97% |
| Totals | $ 1,104,974,080.00 | | | | | $10,360,005.64 | |

**Tampa Analysis**

Tampa Volume Expectation

- $ 690,838,659.00  Volume for 42 Months
- $ 16,448,539.50  Average Monthly Volume
- $ 296,073,711.00  Expected Volume for 18 Months (7/22 - 12/31/2022)

Tampa Corporate Profit Expectation

- $6,337,427.90  Profit for 42 Months
- $ 150,891.14  Average Monthly Profit
- $2,716,040.53  Expected Corporate Profit for 18 Months (7/22 - 12/31/2022)

**Daytona Analysis**

Daytona Volume Expectation

- $ 414,135,421.00  Volume for 42 Months
- $ 9,860,367.17  Average Monthly Volume
- $ 177,486,609.00  Expected Volume for 18 Months (7/22 - 12/31/2022)

Daytona Corporate Profit Expectation

- $4,022,577.74  Profit for 42 Months
- $ 95,775.66  Average Monthly Profit
- $1,723,961.89  Expected Corporate Profit for 18 Months (7/22 - 12/31/2022)