IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. 8:22-cv-01660-UAM |

**DEFENDANT WATERSTONE MORTGAGE CORPORATION'S
PROPOSED SPECIAL VERDICT**

Defendant Waterstone Mortgage Corporation, pursuant to the Court's Case Management and Scheduling Order (ECF No. 34) and Federal Rule of Civil Procedure 49, submits its proposed special verdict. Waterstone proposes one question on damages, with an additional question regarding the apportionment of damages, if any, amongst the claims to avoid duplicate damages given that Mutual has multiple theories of liability but one theory of lost profit damages based on the loss of its branches. The allocation question also provides clarity as to whether any damages awarded are attributable to the trade secret misappropriation claims given that Mutual contends it will seek exemplary damages and fees, and for purposes of any future appeal. Further, the trade secret misappropriation claims are broken out into three categories, with an effort to streamline the required questions relative to those claims (compare to Eleventh Circuit Pattern Jury Instruction § 11.1 (2024),

1

"Special Interrogatories to the Jury" for trade secret misappropriation claims). The footnotes in the verdict form are for the Court's reference and would be removed in the form provided to the jury.

Dated: February 13, 2025.

s/*Maria L. Kreiter*
Maria L. Kreiter (admitted *pro hac vice*)
Emma J. Jewell (admitted *pro hac vice*)
Xavier O. Jenkins (admitted *pro hac vice*)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com
xjenkins@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>Defendant. | CASE NO. 8:22-cv-01660-UAM |

We the jury, empaneled and sworn to try the issues in this action, being directed by the Court to answer the following questions submitted to us for verdict, find and answer as follows:

**TORTIOUS INTERFERENCE WITH CONTRACTS**

QUESTION 1:

Has Mutual proven that Waterstone intentionally interfered with the branch managers' employment agreements?

ANSWER: _____
(Yes or No)

*If your answer is "No," this ends your deliberations on this claim, and you should go to Question 4. If you answered "Yes," go to Question 2.*

QUESTION 2:

Has Mutual proven that Waterstone's interference with the branch managers' employment agreements was unjustified?

ANSWER: _____
(Yes or No)

*If your answer is "No," this ends your deliberations on this claim, and you should go to Question 4. If you answered "Yes," go to Question 3.*

3

QUESTION 3:

Has Mutual proven that Waterstone's interference caused Mutual to suffer lost profit damages?

ANSWER: _____
(Yes or No)

*Go to Question 4.*

## AIDING AND ABETTING BREACH OF FIDUCIARY DUTY

QUESTION 4:

Has Mutual proven that its former branch managers owed a fiduciary duty to Mutual?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 9. If you answered "Yes," go to Question 5.*

QUESTION 5:

Has Mutual proven that its former branch managers breached their fiduciary duty to Mutual? In considering this question, consider whether the managers engaged in permissible preparatory measures.

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 9. If you answered "Yes," go to Question 6.*

QUESTION 6:

Has Mutual proven that Waterstone knew the managers breached their fiduciary duty to Mutual?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 9. If you answered "Yes," go to Question 7.*

4

QUESTION 7:

Has Mutual proven that Waterstone substantially assisted in the branch managers' breach of fiduciary duty to Mutual?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 9. If you answered "Yes," go to Question 8.*

QUESTION 8:

Has Mutual proven that Waterstone's substantial assistance in the managers' breach of fiduciary duty caused Mutual to suffer lost profit damages?

ANSWER: _____
(Yes or No)

*Go to Question 9.*

**MISAPPROPRIATION OF TRADE SECRETS: BORROWER DOCUMENTS[1]**

QUESTION 9:

Has Mutual proven that the Borrower Documents are trade secrets of Mutual (i.e., they are Mutual's property, are not generally known or readily discoverable through proper means, derive value from their secrecy, and were the subject of reasonable secrecy efforts by Mutual, as detailed in the jury instructions)?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 12. If you answered "Yes," go to Question 10.*

QUESTION 10:

Has Mutual proven that Waterstone misappropriated the Borrower Documents?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 12. If you answered "Yes," go to Question 11.*

---

[1] "Borrower Documents" consist of Mutual's alleged trade secret exhibits 1-17 in D.E. 207-01, attached as Exhibit 1.

QUESTION 11

Has Mutual proven that Waterstone's misappropriation of the Borrower Documents caused Mutual to suffer lost profit damages?

ANSWER: _____
(Yes or No)

*Go to Question 12.*

### MISAPPROPRIATION OF TRADE SECRETS: CUSTOMER LISTS[2]

QUESTION 12:

Has Mutual proven that the Customer Lists are trade secrets of Mutual (i.e., they are Mutual's property, are not generally known or readily discoverable through proper means, derive value from their secrecy, and were the subject of reasonable secrecy efforts by Mutual, as detailed in the jury instructions)?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 15. If you answered "Yes," go to Question 13.*

QUESTION 13:

Has Mutual proven that Waterstone misappropriated the Customer Lists?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 15. If you answered "Yes," go to Question 14.*

QUESTION 14:

Has Mutual proven that Waterstone's misappropriation of the Customer Lists caused Mutual to suffer lost profit damages?

ANSWER: _____
(Yes or No)

*Go on to Question 15.*

---

[2] "Customer Lists" consist of Mutual's alleged trade secret exhibits 18-20 of Exhibit 1.

# MISAPPROPRIATION OF TRADE SECRETS: PROFIT AND LOSS STATEMENTS [3]

QUESTION 15:

Has Mutual proven that the Profit and Loss Statements are trade secrets of Mutual (i.e., they are Mutual's property, are not generally known or readily discoverable through proper means, derive value from their secrecy, and were the subject of reasonable secrecy efforts by Mutual, as detailed in the jury instructions)?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 18. If you answered "Yes," go to Question 16.*

QUESTION 16:

Has Mutual proven that Waterstone misappropriated the Profit and Loss Statements?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations on this claim, and you should go to Question 18. If you answered "Yes," go to Question 17.*

QUESTION 17:

Has Mutual proven that Waterstone's misappropriation of the Profit and Loss Statements caused Mutual to suffer lost profit damages?

ANSWER: _____
(Yes or No)

*Go on to Question 18.*

---

[3] "Profit and Loss Statements" consist of Mutual's alleged trade secret exhibits 21-22 of Exhibit 1.

7

## DAMAGES

QUESTION 18:

*If you answered "No" to questions 3, 8, 11, 14, AND 17, or you did not reach any of those questions, this ends your deliberations. Do not answer any more questions. Sign and date the verdict form.*

*If you answered "Yes" to questions 3, 8, 11, 14, OR 17, answer the following*: Has Mutual established lost profit damages with reasonable certainty?

ANSWER: _____
(Yes or No)

*If you answered "No," this ends your deliberations. Do not answer any more questions. Sign and date the verdict form. If you answered "Yes," go to Question 19.*

QUESTION 19:

What amount of lost profit damages, if any, compensates Mutual? In determining your response, consider Waterstone's affirmative defense that Mutual failed to mitigate its damages.

ANSWER: _____
($)

*If you entered $0, this ends your deliberations. Do not answer any more questions. Sign and date the verdict form. If you entered an amount greater than $0, go to Question 20.*

QUESTION 20:

Of the total entered in response to Question 19, what amount do you attribute to each of the claims? You can only attribute part of the total dollar amount identified in response to Question 19 to a claim for which you answered "yes" to Questions 3, 8, 11, 14, or 17. You may allocate $0 to a particular claim or claims, if you see fit, so long as the total allocated equals that of your response to Question 19.

| | |
|---|---|
| Tortious Interference With Contracts | $_____<br>*Do not insert any amount here if you answered "No" to Question 3 or did not answer Question 3* |

8

| | |
|---|---|
| Aiding And Abetting Breach of Fiduciary Duty | $_____ <br> *Do not insert any amount here if you answered "No" to Question 8 or did not answer Question 8* |
| Misappropriation Of Trade Secrets: Borrower Documents | $_____ <br> *Do not insert any amount here if you answered "No" to Question 11 or did not answer Question 11* |
| Misappropriation Of Trade Secrets: Customer Lists | $_____ <br> *Do not insert any amount here if you answered "No" to Question 14 or did not answer Question 14* |
| Misappropriation Of Trade Secrets: Profit and Loss Statements | $_____ <br> *Do not insert any amount here if you answered "No" to Question 17 or did not answer Question 17* |

*End.*

*Please sign and date the verdict form below.*

_____           _____
**Jury Foreperson**                                             **Date**