# **EXHIBIT A**

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2               MIDDLE DISTRICT OF FLORIDA
 3                     TAMPA DIVISION
 4   _____
 5   MUTUAL OF OMAHA MORTGAGE, INC.,
 6          Plaintiff,
 7       v.                              Civil Action No.
 8   WATERSTONE MORTGAGE CORPORATION,    22-CV-01660
 9          Defendant.
10   _____
11              VIDEOTAPED DEPOSITION OF
12                  CHRISTOPHER WOLF
13   DATE:          Tuesday, July 25, 2023
14   TIME:          9:03 a.m.
15   LOCATION:      Remote Proceeding
16                  Ormond Beach, FL
17   REPORTED BY:   Timothy Guevara, Notary Public
18   JOB NO.:       6016993
19
20
21
22
```

Page 2

1   A P P E A R A N C E S
2   ON BEHALF OF PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.:
3     ARI KAREN, ESQUIRE (by videoconference)
4     Mitchell Sandler LLC
5     1120 20th Street N.W., Suite 725
6     Washington, DC 20036
7     cmccall@mitchellsandler.com
8     202-886-5292
9
10  ON BEHALF OF DEFENDANT WATERSTONE MORTGAGE
11  CORPORATION:
12    MARIA KREITER, ESQUIRE (by videoconference)
13    Godfrey & Kahn, S.C.
14    833 E Michigan Street, Suite 1800
15    Milwaukee, WI 53202
16    mkreiter@gklaw.com
17    414-287-9466

Page 3

1   A P P E A R A N C E S (Cont'd)
2   ALSO PRESENT:
3     Jennifer Erickson, Assistant to Plaintiff Counsel
4     (by videoconference)
5     Laurel Thomsen, Esquire, Mutual of Omaha In-House
6     Counsel (by videoconference)
7     Ryan Heathcock, Videographer (by videoconference)

Page 4

1              I N D E X
2   EXAMINATION:                              PAGE
3     By Mr. Karen                              9
4
5              E X H I B I T S
6   NO.       DESCRIPTION                     PAGE
7   Exhibit 2    Email From Michael Irish, 4/8/2022   70
8   Exhibit 3    Email From Chris Wolf, 4/8/2022     68
9   Exhibit 4    Email To Nathan Dahlin, 6/14/2022  147
10  Exhibit 5    Email From Maria De Sevilla,
11               4/8/2022                            81
12  Exhibit 9    Email To Cody Lamb, 6/9/2022       141
13  Exhibit 12   Email To Michael Smalley,
14               4/20/2022                          143
15  Exhibit 13   Compilation Of Emails Regarding
16               Loans                              100
17  Exhibit 14   Email To Dwayne Hutto, 4/19/2022   150
18  Exhibit 16   Email To Ben Davis, 4/8/2022       180
19  Exhibit 18   Email To Kyrstin Friebis,
20               4/21/2022                          169
21  Exhibit 19   Email To Elizabeth Spragg,
22               4/11-4/12/12/2022                   43

Page 5

1              E X H I B I T S (Cont'd)
2   Exhibit 20   Email To Elizabeth Spragg,
3                4/14/2022                           58
4   Exhibit 21   Email To Ben Davis, 4/7/2022        96
5   Exhibit 22   Email To Dustin Owen, 11/3/2021     23
6   Exhibit 24   Email From Amy Stierwalt,
7                4/18/2022                          178
8   Exhibit 26   Email From Dustin Owen, 3/5/2022   171
9   Exhibit 28   Email To Kyrstin Friebis,
10               4/25/2022                          162
11  Exhibit 29   Email To Ellie Briones, 4/21/2022  165
12  Exhibit 30   Subpoena To Produce Documents      186
13  Exhibit 31   Mutual of Omaha Protective
14               Agreement                           90
15
16            D O C U M E N T S   R E Q U E S T E D
17  NO.       DESCRIPTION                     PAGE
18  1         Invoices For Virtual Assistant   161

Page 178

1  close loans and not make it a total disaster for
2  Mutual.
3      Q   That was considerate of you.  Do you know
4  why Dwayne or Chris were not copied on this email?
5          MS. KREITER:  Object to the form.
6  BY MR. KAREN:
7      Q   No, I said, do you know?
8      A   I -- I don't know.
9          MR. KAREN:  Exhibit 24, could we pull
10 that up?  Now, this is an email -- by the way, that
11 last email -- oh, never mind.  You know what, that's
12 okay.  Let's just go to this email.
13         (Exhibit 24 was marked for
14          identification.)
15 BY MR. KAREN:
16     Q   And this is dated April 18th; right?
17     A   Yes.
18     Q   And this is between you and Dwayne, using
19 your private email addresses?
20     A   Yes.
21     Q   Okay.  And you're going through a list of
22 things here, a list of different accounts that you

Page 179

1  would switch over to Waterstone; right?
2      A   Correct.
3      Q   Why would you switch over the accounts?
4          MS. KREITER:  Object to the form.
5          THE WITNESS:  I'm not sure.  I think
6  the --
7  BY MR. KAREN:
8      Q   Well, let me ask you -- sorry.  Go ahead.
9      A   Yeah, I'm sorry.  Looks like the billing
10 addresses needed to be changed to corporate, so the
11 invoices would be paid.
12     Q   But in other words, you were using the same
13 accounts, you were still using DocuSign, Staples, the
14 same cleaning service, the same water machines; right?
15 You were trying to keep everything the same; right?
16     A   Yeah, it appears so.  And then just changing
17 over the billing information.
18     Q   And the reason you wanted to do that, tell
19 me if I'm wrong, is you really wanted to try to create
20 as much of a seamless transition as possible; correct?
21     A   Correct.
22         MR. KAREN:  Let's go to the next

Page 180

1  exhibit, going to be Exhibit 16.  And we'd like this
2  marked as well for the deposition.
3          (Exhibit 16 was marked for
4           identification.)
5  BY MR. KAREN:
6      Q   And this is again from your private email
7  address, dated April 8th; right?
8      A   Yes.
9      Q   And it's to Ben Davis over at Waterstone?
10     A   Yes.
11     Q   Okay.  So you and Ben are going back and
12 forth, and can we go to the next page, please?  All
13 right.  I want to start with the email dated Friday,
14 April 8, 2022, at 9:18 a.m.  And this is Ben, writing
15 to you.  Do you see he says "Chris" -- gets messed up
16 there in the email -- "I am trying to retrieve the
17 docs you uploaded, but says password is required.
18 What is the password?"  Do you see where it says that?
19     A   Yes.
20     Q   And what system was he referring to there?
21     A   I'm not sure.  Let me see.
22     Q   Where would documents be uploaded when you

Page 181

1  were working at Mutual?
2      A   That would -- yeah --
3      Q   At Mutual, when a borrower gave you
4  documents, where did they upload them?
5      A   To Encompass.  This looks like he's
6  retrieving -- they -- they have a system called
7  Element at Waterstone, so I think he's trying to get
8  them from there and needed a --
9      Q   Well let me -- I'm sorry, I thought you were
10 done.  Finish, please.
11     A   Oh, yeah.  Looks like he's trying to open
12 the -- I uploaded them to, let's see -- he's just
13 trying to open them, it looks like.
14     Q   Well, where did you upload them to?
15     A   -- password to upload -- I don't know if I
16 emailed these to him.
17     Q   Well, let me ask you, what was the password
18 then as written, 294927943?  What password is that?
19     A   Looks like for -- looks like for the tax
20 returns.
21     Q   Well, that's -- you don't know what password
22 that is, for what system that's a password to?