# **EXHIBIT B**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.,<br>    Plaintiff,<br><br> v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br>    Defendant. | C.A. No. 22-CV-01660-TPB-JSS |

## EXPERT REPORT OF JOHN R. BONE, CPA, CFF

November 18, 2024

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

███████████████████████████████████████████████████████████
███████████████████████████████████

6.	█████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████████████████

7.	█████████████████████████████████████████
██████████████████████████████████ While the issues have varied from case to case, most included an analysis and evaluation of economic and financial data for the purpose of determining the extent of damages. █████████████████████████████████
█████████████████████████████████████████

8.	███████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████████████████████
██████████████████████████████████████

9.	█████████████████████████████████████████
█████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████

**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**

- Mutual Mortgage has not attempted to quantify damages resulting solely from the alleged misappropriation of trade secrets; and
- The evidence supports the conclusion that any damages caused solely by the alleged misappropriation of trade secrets is de minimis.

13. 



"149

64. For example, in order for Mutual Mortgage to establish that the Loss of Branch Damages were caused solely by the trade secret misappropriation, it will have to establish that the Departed Employees would not have departed Mutual Mortgage if they were unable to bring the alleged trade secrets along with them to Waterstone. In other words, Mutual Mortgage will have to show that but for the trade secret misappropriation alone, the Departed employees would have remained at Mutual Mortgage.



**HIGHLY CONFIDENTIAL – OUTSIDE COUNSELS' EYES ONLY**