UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 22-cv-01660-AEP |

## PLAINTIFF'S PROPOSED VERDICT FORM

Plaintiff Mutual of Omaha Mortgage, Inc. submits this proposed verdict form.

Dated: February 13, 2025

By: /s/ Ari Karen

| | |
|---|---|
| Ari Karen (*pro hac vice*) <br> Arielle Stephenson (*pro hac vice*) <br> Christopher L. McCall (*pro hac vice*) <br> Courtney E. Walter, FL Bar # 106228 <br> **MITCHELL SANDLER PLLC** <br> 2020 K Street NW, Suite 760 <br> Washington, D.C. 20036 <br> Email: akaren@mitchellsandler.com <br> astephenson@mitchellsandler.com <br> cmccall@mitchellsandler.com <br> cwalter@mitchellsandler.com <br> Telephone: (202) 886-5292 | John A. Schifino, FL Bar # 0072321 <br> Daniel P. Dietrich, FL Bar # 934461 <br> Gregory L. Pierson, FL Bar # 123905 <br> **GUNSTER, YOAKLEY & STEWART, P.A.** <br> 401 East Jackson Street, Suite 1500 <br> Tampa, Florida 33602 <br> jschifino@gunster.com <br> ddietrich@gunster.com <br> gpierson@gunster.com <br> Telephone: (813) 228-9080 |

***Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.***

1

## **CERTIFICATE OF SERVICE**

I certify that on February 13, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Ari Karen*
Ari Karen

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WATERSTONE MORTGAGE CORPORATION, ) <br> ) <br> Defendant. ) | Case No. 22-cv-01660-AEP |

## **VERDICT FORM**

### **Count I & II: Misappropriation of Trade Secrets Under the Defend Trade Secrets Act & Florida Uniform Trade Secrets Act**

1. Did Mutual prove that Waterstone misappropriated Mutual's trade secrets and caused Mutual damages?

   Yes _____   No _____

### **Count III: Tortious Interference with Contract**

2. Did Waterstone tortiously interfere in Mutual's contractual relationships with Mutual's customers or employees and cause Mutual damages?

   Yes _____   No _____

### **Count IV: Aiding and Abetting Breach of Fiduciary Duty**

3. Did Waterstone encourage or assist Mutual's former managers in breaching their fiduciary duty to Mutual and cause Mutual damages?

   Yes _____   No _____

## **Damages**

4. If you answered Yes to any of the Questions above, please state the amount of Mutual's monetary loss caused by Waterstone's conduct.

    $ _____

5. If you answered Yes to Question 1, did Mutual prove by clear and convincing evidence that Waterstone's misappropriation of Mutual's trade secrets was willful and malicious?

    Yes _____     No _____

6. Under the circumstances of this case, do you find by clear and convincing evidence that punitive damages are warranted against Waterstone?

    Yes _____     No _____

*If you answered yes to Question 6 the law requires you to answer the following questions:*

7. At the time of damage to Mutual, did Waterstone have a specific intent to harm Mutual and did the conduct of Waterstone in fact harm Mutual?

    Yes _____     No _____

8. Was the wrongful conduct of Waterstone motivated solely by unreasonable financial gain and was the unreasonably dangerous nature of the conduct, together with the high likelihood of injury resulting from the conduct, actually known by Waterstone?

    Yes _____     No _____