**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

M<small>UTUAL OF</small> O<small>MAHA</small> M<small>ORTGAGE</small>, I<small>NC</small>.,
    P<small>LAINTIFF</small>,

v.

W<small>ATERSTONE</small> M<small>ORTGAGE</small> C<small>ORPORATION</small>,
    D<small>EFENDANT</small>.

C<small>ASE</small> N<small>O</small>. 8:22-<small>CV</small>-01660-AEP

## **NOTICE OF WITHDRAWAL OF APPEARANCE WITH CLIENT CONSENT**

Please allow this to serve as sufficient notice of my withdrawal of appearance on behalf of Plaintiff Mutual of Omaha Mortgage, Inc. in the above-captioned matter in light of my forthcoming departure from the firm Mitchell Sandler PLLC, effective February 21, 2025. Plaintiff Mutual of Omaha Mortgage, Inc. has given consent to this withdrawal and will continue to be represented by Plaintiff's counsel as identified on CM/ECF.

Dated: February 18, 2025

                                                          */s/ Courtney E. Walter*
                                                         Courtney E. Walter (admitted *Pro Hac Vice*)
                                                         MITCHELL SANDLER, PLLC
                                                         2020 K Street NW, Suite 760
                                                         Washington, D.C. 20006
                                                         Office: (202) 886-5260
                                                         E-mail: cwalter@mitchellsandler.com

                                                         ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed via CM/ECF on February 18, 2025, and served on all counsel of record via Transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Courtney E. Walter*
Courtney E. Walter, Esq.