IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA
MORTGAGE, INC.,
    Plaintiff,

CASE NO. 8:22-cv-01660-AEP

v.

WATERSTONE MORTGAGE
CORPORATION,
    Defendant.

## UNOPPOSED MOTION OF COURTNEY E. WALTER TO WITHDRAW AS COUNSEL FOR PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.

Attorney Courtney E. Walter ("Walter") moves for an order allowing her to withdraw from representing Plaintiff Mutual of Omaha Mortgage, Inc., in this action. In support, Walter states as follows:

1. The Local Rules provide: "If any lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action." Local R. M.D. Fla. 2.02(c).

2. Grounds for Walter's withdrawal exist because, effective February 21, 2025, Walter will no longer be an attorney at the firm Mitchell Sandler, PLLC, the law firm representing Plaintiff in this action.

3. Walter has notified Plaintiff of her intent to withdraw, and Plaintiff consents to this withdrawal. *See* Local R. M.D. Fla. 2.02(c)(1)(A).

4. The withdrawal of Walter will not result in Plaintiff proceeding *pro se* in this action, as Plaintiff will continue to be represented in this action by other attorneys at Mitchell Sandler, PLLC, and attorneys at Gunster, Yoakley & Stewart, P.A. Consequently, this motion does not provide the mailing address, email address, or telephone number for Plaintiff. *See* Local R. M.D. Fla. 2.02(c)(1)(B)(ii).

5. Walter—the withdrawing attorney—files this motion in good faith. *See* Local R. M.D. Fla. 2.02(c)(3).

6. The withdrawal of Walter will not hinder or delay this action's progression, nor will the withdrawal cause the continuance of trial, as Plaintiff will continue to be represented by other counsel in this action. No party will be prejudiced by the granting of this motion.

7. Finally, Defendant's counsel has advised that Defendant does not oppose the relief requested in this motion.

WHEREFORE, Attorney Courtney E. Walter respectfully requests that the Court enter an order allowing her to withdraw as counsel for Plaintiff and for such other and further relief as the Court deems just and proper.

Dated: February 19, 2025

*/s/ Courtney E. Walter*
Courtney E. Walter (admitted *Pro Hac Vice*)

MITCHELL SANDLER, PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Office: (202) 886-5260
E-mail: cwalter@mitchellsandler.com

*Counsel for Plaintiff, Mutual of Omaha Mortgage, Inc.*

3

## LOCAL RULE 2.02(C) CERTIFICATION

Pursuant to Local Rule 2.02(c), the undersigned counsel certifies that undersigned counsel has provided notice to Plaintiff of her intent to withdraw, and Plaintiff has advised that it consents to the withdrawal.

*/s/ Courtney E. Walter*
Courtney E. Walter, Esq.

## LOCAL RULE 3.01(G) CERTIFICAITON

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that counsel conferred with Defendant's counsel regarding the relief requested in this motion, who advised that Defendant does not oppose the relief requested herein.

*/s/ Courtney E. Walter*
Courtney E. Walter, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2025, the foregoing was electronically filed with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Courtney E. Walter*
Courtney E. Walter, Esq.