**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CLERK'S MINUTES**

| CASE NO.:  8:22-cv-1660-AEP | DATE:  February 20, 2025 |
|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Ari Karen, Arielle Stephenson,<br>Dan Dietrich, Greg Pierson<br>Mark Carroll: In-house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Xavier Jenkins,<br>Emma Jewel<br>Stephanie Ziebell, Waterstone GC |
| **COURT REPORTER:**  Digital | **DEPUTY CLERK:**  Lynne Vito |
| **TIME: 1:59 to 2:19    TOTAL: 20 min** | **COURTROOM:**  10A |

**PROCEEDINGS:**   PRETRIAL CONFERENCE - ZOOM

The jury trial date is confirmed for March 10 – beginning at 9:30 am.

Motion hearing – March 4 at 2:00 pm.

Counsel can submit proposed jury voir dire.

12 jurors and 1 alternate.

Court to deny to motion to strike.