UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 8:22-cv-01660-AEP |

**PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.'S
NOTICE OF FILING OF SUPPORTING EXHIBIT TO ITS *MOTION IN LIMINE* TO
EXCLUDE EVIDENCE RELATING TO
CHRIS SMITH'S PRIOR DEPARTRURE FROM RELIANT BANK (ECF NO. 260)**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual"), by counsel, submits this Notice of Filing of Supporting Exhibit to its Motion *in Limine* to Exclude Evidence Relating to Chris Smith's Prior Departure from Reliant Bank, ECF No. 260.

Plaintiff submits the attached "Mutual Cooperation Agreement" between Reliant Bank and BMMC Mortgage, LLC, dated March 29, 2016 as Ex. C to ECF No. 260. This document was located via a Google search online after the filing of Plaintiff's motion, and is located at the following URL: https://contracts.justia.com/companies/reliant-bancorp-inc-4779/contract/361366/. It is also attached to this notice for ease as Exhibit C.

This document is relevant to the Court's consideration of Mutual's motion because it was entered into near the time of the conduct of Mr. Smith that Mutual seeks to exclude, and reflects that there was an agreement between Reliant and BBMC to "cooperate in a smooth transition of employees and customers" and permitting the transfer of loans with authorization of the borrower. Ex. C at p. 1; ¶ 4(b). It demonstrates distinguishable

circumstances from the case at bar and supports the exclusion of the evidence in ECF No. 260.

Dated: February 21, 2025

Respectfully submitted,

/s/ Ari Karen
Ari Karen (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
**MITCHELL SANDLER PLLC**
2020 K Street N.W., Suite 760
Washington, D.C. 20006
Email: akaren@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

Daniel P. Dietrich, FL Bar # 934461
Gregory L. Pierson, FL Bar # 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
ddietrich@gunster.com
gpierson@gunster.com
Telephone: (813) 228-9080

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

/s/ *Ari Karen*
Ari Karen