IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>        Plaintiff,<br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>        Defendant. | CASE NO. 8:22-cv-01660-UAM |

**JOINT REQUEST FOR INDIVIDUALS TO BRING ELECTRONIC DEVICES INTO THE COURTROOM**

Waterstone Mortgage Corporation ("Waterstone") and Mutual of Omaha Mortgage, Inc. ("Mutual") respectfully request the following individuals be granted permission to bring electronic devices into the Courtroom for all trial proceedings in this action:

1. Attorney Maria L. Kreiter, Godfrey & Kahn, S.C., admitted *pro hac vice*;

2. Attorney Emma J. Jewell, Godfrey & Kahn, S.C., admitted *pro hac vice*;

3. Adam Cares, E-Discovery Manager with Godfrey & Kahn, S.C.;

4. Stephanie Ziebell, Chief Legal Officer for Waterstone Mortgage Corporation;

5. Attorney Ari Karen, Mitchell Sandler PLLC, admitted *pro hac vice*;

6. Attorney Arielle Stephenson, Mitchell Sandler PLLC, admitted *pro hac vice*;

7. Dan Dietrich, Gunster, Yoakley & Stewart, P.A.;

8.  Mark Carroll, Vice President Senior General Counsel for Mutual of Omaha Mortgage, Inc.,

Dated: February 24, 2025.

    s/Maria L. Kreiter
Maria L. Kreiter (admitted pro hac vice)
Emma J. Jewell (admitted pro hac vice)
Xavier O. Jenkins (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
(414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com
xjenkins@gklaw.com

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

    s/Ari Karen
Ari Karen (admitted pro hac vice)
Arielle Stephenson (admitted pro hac vice)
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Email: cmccall@mitchellsandler.com
Email: cwalter@mitchellsandler.com
Telephone: (202) 886-5292

>GUNSTER, YOAKLEY & STEWART, P.A.
>John A. Schifino
>Florida Bar No. 0072321
>401 East Jackson Street, Suite 1500
>Tampa, Florida 33602
>jschifino@gunster.com
>Telephone: (813) 739-6962
>
>*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

32590519.2