UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA
MORTGAGE, INC.,

    Plaintiff,

v.                             Case No. 8:22-cv-01660-AEP

WATERSTONE MORTGAGE
CORPORATION,

    Defendant.
_____/

**ORDER**

This cause came before the Court for a final pretrial conference, pursuant to Fed. R. Civ. P. 16(e) and Local Rule 3.06. Upon review of the Joint Pretrial Statement (Doc. 259), it is hereby

ORDERED:

1. All pleadings filed by any party prior to filing of the Joint Pretrial Statement (Doc. 259) shall be deemed to be merged herein. The Joint Pretrial Statement and this Order will control the course of the trial and may not be amended, except by order of the Court in the furtherance of justice.

2. The trial is hereby scheduled to commence on **March 10, 2025, at 9:30 AM in Tampa in Courtroom 10B before United States Magistrate Judge Anthony E. Porcelli**. The trial is anticipated to take eight (8) days.

3. If new evidence or witnesses are discovered after the date of this Pretrial Order, any party desiring to use this new evidence or these new witnesses shall immediately notify the opposing party and the Court. The introduction of such new evidence or testimony shall be permitted only by order of the Court in the furtherance of justice.

4. The use of depositions is governed by the provisions of Fed. R. Civ. P. 32 and Local Rule 3.06(b)(8).

5. No objections to evidence based upon discovery issues will be considered at trial, absent order of the Court.

6. Unless otherwise ordered on or before five (5) days prior to the March 10, 2025 trial date, counsel for each party shall examine the opposing party's exhibits, and the parties shall arrive at any stipulations regarding the admissibility of such exhibits and be prepared to announce to the Court, at the outset of the trial, such stipulations as will streamline the introduction of the evidence at trial.

7. On or before April 26, 2023, each party shall provide the Courtroom Deputy with a USB flash drive containing each party's exhibits and witness lists. Each exhibit file size shall be saved in PDF format and be no more than 50,000 KB (50MB) and identified by a file name listing the exhibit number. Additionally, the parties shall produce the original of their exhibits as necessary to be offered in evidence, or otherwise tendered to any witness during trial. All exhibits shall be appropriately pre-marked.

8. The parties are advised that the jury panel will consist of twelve (12) jurors, and all jurors will participate in the deliberations and verdict, absent good cause pursuant Fed. R. Civ. P. 48.

9. The parties shall adhere to all other previously set pretrial deadlines, absent further order of the Court.

DONE AND ORDERED in Tampa, Florida, on this 24th day of February 2025.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record

3