UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA
MORTGAGE, INC.,

    Plaintiff,

v.                                        Case No. 8:22-cv-01660-AEP

WATERSTONE MORTGAGE
CORPORATION,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Parties' Joint Motion to Allow Electronic Devices into the Courtroom (Doc. 276). After consideration, it is hereby

ORDERED:

1. The Joint Motion to Allow Electronic Devices into the Courtroom. (Doc. 276) is GRANTED.

2. The individuals listed below are permitted to bring electronic equipment into the Sam M. Gibbons United States Courthouse for the duration of the trial in this matter, beginning on March 10, 2025 and anticipated through March 19, 2025:

    a. Attorney Maria L. Kreiter, Godfrey & Kahn, S.C., admitted *pro hac vice*

    b. Attorney Emma J. Jewell, Godfrey & Kahn, S.C., admitted *pro hac vice*

    c. Adam Cares, E-Discovery Manager with Godfrey & Kahn, S.C.

    d. Stephanie Ziebell, Chief Legal Officer for Waterstone Mortgage Corporation

    e. Attorney Ari Karen, Mitchell Sandler PLLC, admitted *pro hac vice*

    f. Attorney Arielle Stephenson, Mitchell Sandler PLLC, admitted *pro hac vice*

    g. Dan Dietrich, Gunster, Yoakley & Stewart, P.A.

    h. Mark Carroll, Vice President Senior General Counsel for Mutual of Omaha Mortgage, Inc.

3. Counsel shall present a copy of this Order to security personnel upon entering the courthouse with electronic equipment. All electronic equipment is subject to inspection at any time by courthouse security personnel.

DONE AND ORDERED in Tampa, Florida, on this 24th day of February 2025.

*[signature]*

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record
    Court Security Officers – Lobby