UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 8:22-cv-01660-AEP |

**PLAINTIFF MUTUAL OF OMAHA MORTGAGE, INC.'S
NOTICE OF NON-OBJECTION TO WATERSTONE'S MOTION *IN LIMINE* TO
EXCLUDE THE GENNARELLI DAMAGES ANALYSIS (ECF NO. 257)**

Plaintiff Mutual of Omaha Mortgage, Inc. ("Mutual"), by counsel, submits this Notice of Non-Objection to Waterstone's Motion *in Limine* to Exclude the Gennarelli Damage Analysis, ECF No. 257 ("Motion").

After further consideration, Mutual does not oppose the relief requested in the Motion. Mutual intends to present the damages model of Candice Rosevear at trial, and all underlying evidence Ms. Rosevear relied on.

Dated: February 26, 2025

                                              Respectfully submitted,

                                              */s/ Ari Karen*
                                              Ari Karen (admitted *pro hac vice*)
                                              Arielle Stephenson (admitted *pro hac vice*)
                                              **MITCHELL SANDLER PLLC**
                                              2020 K Street N.W., Suite 760
                                              Washington, D.C. 20006
                                              Email: akaren@mitchellsandler.com
                                              Email: astephenson@mitchellsandler.com
                                              Telephone: (202) 886-5292

Daniel P. Dietrich, FL Bar # 934461
Gregory L. Pierson, FL Bar # 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
ddietrich@gunster.com
gpierson@gunster.com
Telephone: (813) 228-9080

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on February 26, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

/s/ *Ari Karen*
Ari Karen