# **EXHIBIT D**

```
                                                                1

 1                IN THE UNITED STATES DISTRICT CIRCUIT
                       MIDDLE DISTRICT OF FLORIDA
 2                           TAMPA DIVISION
                    CASE NO.: 8:22-cv-01660-TPB-JSS
 3
      MUTUAL OF OMAHA
 4    MORTGAGE, INC.,

 5         Plaintiff,

 6    vs.

 7    WATERSTONE MORTGAGE
      CORPORATION,
 8
           Defendant.
 9    _____/

10

11

12
      DEPOSITION OF:          CHRISTINE LEYDEN
13
      TAKEN:                  Pursuant to Notice by
14                            Counsel for Defendant

15    DATE:                   June 22, 2023

16    TIME:                   9:01 a.m. to 11:24 a.m. EST

17    LOCATION:               Hill Ward Henderson
                              101 East Kennedy Boulevard
18                            Suite 3700
                              Tampa, Florida  33602
19
      REPORTED BY:            Melanie Keefe, FPR
20                            Notary Public
                              State of Florida at Large
21

22

23

24

25

                 ─REGENCY REPORTING SERVICE, INC. (813)224-0224─
```

1       A.      Yes.
2       Q.      How many times has that happened --
3       A.      A handful.
4       Q.      -- during your tenure?
5       A.      A handful.
6       Q.      When Mutual is bringing on an entire branch, does
7    it have a role in, you know, giving instructions to those
8    managers about how the employees come over or how to have
9    discussions with the employees?
10              MS. WALTER:  Object to the form.
11      A.      Yeah, I don't know.  HR would -- if anything,
12   would have that answer.
13      Q.      Okay.  I mean, is it -- suffice to say in this
14   industry, it's common for branches to move together either
15   to or from employers; correct?
16              MS. WALTER:  Object to the form.
17      A.      Probably.
18      Q.      And why is that common?
19      A.      I think there's a -- they're used to working
20   together.  And yeah, I think that's primarily it.
21      Q.      Are there right now at Mutual branch managers
22   that are unhappy and are at risk of leaving?
23              MS. WALTER:  Object to the form.
24      A.      Not that I'm aware of.
25      Q.      Have there been any branch departures after the

97

1    Tampa branch left?
2         A.    Not that I'm aware of.  There may have been.
3    There might've been an office that we actually had to let go
4    based on performance, but nothing that I'm aware of where I
5    know it took borrower information or anything like that.
6         Q.    I want you to assume that a branch manager is
7    leaving.  Is it more common for the branch manager to leave
8    alone or that the entire branch will follow him or her?
9               MS. WALTER:  Object to the form.
10        A.    I think it varies on the branch.
11        Q.    Based on the relationships?
12              MS. WALTER:  Object to the form.
13        A.    Possibly or the opportunity.
14        Q.    We talked about the time when you were with
15   Mutual, but now I want you to go back to the time period
16   when you were with BBMC.  Were there instances in which
17   branch employees moved together to or from BBMC?
18        A.    Probably.
19        Q.    Do you remember any branches moving -- let's
20   take, you know, joining BBMC.  You were -- you had a role in
21   growing BBMC; correct?
22        A.    Yes.
23        Q.    Were you recruiting at the branch level?
24        A.    No.
25        Q.    Who was doing the recruiting of branches for

99

1 statements for the branch?

2     A.   I don't know.  I know that they create pro
3 formas, but I don't think that it's based on a P&L.  I think
4 it's just based on estimations, but I don't know for sure.
5 It would be a Bernie question.

6     Q.   Okay.  Is -- within your time at Mutual, is it
7 more common to recruit entire branches or individuals?

8     A.   Individuals.  I mean, the particular branches
9 recruit individuals.  We don't -- we haven't recruited a ton
10 of branches.

11     Q.   I want to talk about longevity of branches that
12 you know of during your time at Mutual.  Is there any
13 internal statistics about how long branches stay at Mutual?

14     A.   Not that I'm aware of, but I know that we have
15 limited turnover.  For the most part, they stay.

16     Q.   Does the former division include refinanced
17 loans?

18     A.   Yes.

19     Q.   As between refinanced loans and purchase loans,
20 not looking at a specific point in time, but let's say over
21 your entire tenure, are there more refinanced loans or
22 purchase loans within the forward division?

23     A.   It really does depend on the market and what's
24 happening with interest rates, but I would say in general
25 there's been more refinanced loans if you go over a long