# **EXHIBIT G**

| Count | Mutual Branches 2018-2023 (as indicated by Mutual's Responses to Waterstone's Fifth Requests for Production) | Voluntary Departure (as indicated by Mutual's Responses to Waterstone's 3rd Set of Interrogatories) |
|---|---|---|
| 1 | 1701 Austin Group-Lakeside | No |
| 2 | 1702 Austin Group-Taylor | No |
| 3 | 1710 Omaha P&L | No |
| 4 | 1711 Southwest P&L | No |
| 5 | 1712 Hartford | No |
| 6 | 1712 Texas LoanStars | No |
| 7 | 1713 Northwest | Yes, but returned |
| 8 | 1714 A-Team | No |
| 9 | 1714 Sunbelt | No |
| 10 | 1715 San Diego-RV | No |
| 11 | 1716 Hawaii | No |
| 12 | 1718 Providence | No |
| 13 | 1721 Lombard | No |
| 14 | 1722-Vernon Hills | No |
| 15 | 1723 OMC | No |
| 16 | 1723 Ubie Retail | No |
| 17 | 1724 Boise | No |
| 18 | 1725-Columbia Live Leads | No |
| 19 | 1726 Maryland P&L | No |
| 20 | 1727 Maryland-LM | No |
| 21 | 1729-Community Lending | No |
| 22 | 1730 Ft Lauderdale | No |
| 23 | 1731 McLean | No |
| 24 | 1732-Georgetown | No |
| 25 | 1733 Kansas City | No |
| 26 | 1736-Overland Park | No |
| 27 | 1740-Louisville | No |
| 28 | 1741-Brentwood | No |
| 29 | 1743-Alabama | No |
| 30 | 1744-Seven Hills | No |
| 31 | 1745-Corporate Sales | No |
| 32 | 1746 Shaker Heights | No |
| 33 | 1747-SE Region | No |
| 34 | 1749-Columbus | No |
| 35 | 1750 Indianapolis | No |
| 36 | 1751-Chicago | No |
| 37 | 1754 Bonita Springs | No |
| 38 | 1755 Dallas P&L | No |
| 39 | 1756-St Louis | No |
| 40 | 1757-Birmingham | No |
| 41 | 1758 STL Minotaur | No |
| 42 | 1759 Lenexa | No |
| 43 | 1763-San Diego | No |
| 44 | 1766 Irvine | No |
| 45 | 1767 Atlanta | No |

| Count | Mutual Branches 2018-2023 (as indicated by Mutual's Responses to Waterstone's Fifth Requests for Production) | Voluntary Departure (as indicated by Mutual's Responses to Waterstone's 3rd Set of Interrogatories) |
|---|---|---|
| 46 | 1768 Nashville | No |
| 47 | 1771-Charlotte | No |
| 48 | 1772 Austin Group-Corporate | No |
| 49 | 1773 Austin Group-Retail | No |
| 50 | 1774 Retail Affinity | No |
| 51 | 1775 Austin Group-Stuart | No |
| 52 | 1776 Austin Group-Houston | No |
| 53 | 1776 Austin Group-Youngsville | No |
| 54 | 1777 Austin Group-Cedar Park | No |
| 55 | 1778 Holland | No |
| 56 | 1779 Austin Group-Las Vegas | No |
| 57 | 1781 Maryland Affinity | No |
| 58 | 1781 Reistertown | No |
| 59 | 1783-Affinity Alabama | No |
| 60 | 1784-Affinity Seven HIlls | No |
| 61 | 1785 Dallas | No |
| 62 | 1786 Raymore | No |
| 63 | 1786-Affinity St Louis | No |
| 64 | 1800 Portfolio Retention | No |
| 65 | 821 Lombard | No |
| 66 | 822-Vernon Hills | No |
| 67 | 823 Melville | No |
| 68 | 824-Corporate Perks | No |
| 69 | 826 Maryland | No |
| 70 | 827 Dowers Grove | No |
| 71 | 829-Community Lending | No |
| 72 | 830-Clearwater | No |
| 73 | 831-Conlon | No |
| 74 | 832-Georgetown | No |
| 75 | 833-Oakbrook Terrace | No |
| 76 | 836-Lender City | No |
| 77 | 838-Trissel | No |
| 78 | 839-New York | No |
| 79 | 840-Louisville | No |
| 80 | 841-Brentwood | No |
| 81 | 842 Naperville | No |
| 82 | 843-Austin | No |
| 83 | 844-Seven Hills | No |
| 84 | 845-BBMC Corporate Sales | No |
| 85 | 846-Houston | No |
| 86 | 847-Schaumburg | No |
| 87 | 848-Reynoldsburg | No |
| 88 | 849-Columbus | No |
| 89 | 851-Chicago | No |
| 90 | 853 Yorkville | No |

| Count | Mutual Branches 2018-2023 (as indicated by Mutual's Responses to Waterstone's Fifth Requests for Production) | Voluntary Departure (as indicated by Mutual's Responses to Waterstone's 3rd Set of Interrogatories) |
|---|---|---|
| 91 | 855 Dallas | No |
| 92 | 856-St Louis | No |
| 93 | 857-Birmingham | No |
| 94 | 860-Irvine | No |
| 95 | 861-Arizona | No |
| 96 | 863-San Diego Profit | No |
| 97 | 864 Mission Valley | No |
| 98 | 865 North Bay | No |
| 99 | 871-Charlotte | No |
| 100 | 1728 – Tampa | Yes |
| 101 | 1734 – Daytona | Yes |