# **EXHIBIT H**

Page 1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

_____

MUTUAL OF OMAHA MORTGAGE, INC.,

      Plaintiff,

  v.                                               Civil Action

WATERSTONE MORTGAGE CORPORATION,                 No. 22-CV-

      Defendant.                                 01660

_____

VIDEOTAPED DEPOSITION OF CORPORATE REPRESENTATIVE OF

WATERSTONE MORTGAGE CORPORATION - KEVIN ALLEN

DATE:           Thursday, August 24, 2023

TIME:           11:32 a.m.

LOCATION:       Remote Proceeding

               833 East Michigan Street, Suite 1800

               Milwaukee, WI, US, 53202

REPORTED BY:    Shondra Dawson, Notary Public

JOB NO.:        6063052

Page 75

1   this example announcing that he is going to another
2   company.
3       Q   Okay.  So is it fair to say -- I just want
4   to talk about this generally, and then we'll talk
5   about it with respect to this scenario.  Is it fair to
6   say that you will rely on the branch manager to talk
7   to their subordinate employees about the opportunity
8   to come to Waterstone if and when that branch manager
9   makes the decision to come over?
10              MS. KREITER:  Object to the form.
11      A   And -- and I would just state as I -- that
12  Dwayne would announce he's leaving and would tell his
13  team.  I mean, he would, you know, he's -- they work
14  for him.  So to meet my expectation is he needs to
15  tell them he is leaving.
16      Q   Right.  Well, and technically, you
17  understand they're not employed by Dwayne.  They were
18  employed by Mutual; right?
19      A   Sure.  They were employees of Mutual.
20  Right.
21      Q   Right.  So I understand under his
22  supervision -- I mean, I understand that's what you

Page 87

1    Q    But you've been in this industry how many
2    years?
3    A    Approximately 34.
4    Q    Okay.  You're a short-timer.  I'm obviously
5    being totally sarcastic; right?
6    A    Got it.
7    Q    Okay.  And you've been working at Waterstone
8    12 years; right?
9    A    Yes.
10   Q    And you've been working in a capacity at
11   Waterstone for most of those 12 years where you've
12   been involved in recruiting; right?
13   A    Involved in sales and recruiting.  Yes.
14   Q    Okay.  And it's fair, sir, isn't, it, that
15   you could expect that those managers are going to want
16   to bring those employees over.  We've already
17   established that; right?
18   A    They certainly want that production.
19   Q    So with your knowledge in this industry and
20   your experience, and understanding the financial
21   incentives at play, do you really, truly, honestly
22   expect that that manager is going to neutrally tell

Page 280

1  recruiting in some way.  Yeah.
2      Q   Okay.  And is it common from your experience
3  for companies to require a branch manager to give
4  notice to their current employer first before telling
5  their branch?
6      A   I -- I'm not -- I -- I don't feel like
7  that's a common -- an expectation of companies.
8      Q   Okay.  So I'll say it a different way.  That
9  is not normally how you've seen it done?
10     A   Correct.  And not normally being that they
11 would announce, gone, and then tell their team.
12 Right.
13     Q   Right.  And is it fair one of the reasons
14 why I kind of assume is that a branch manager would
15 look at you kind of sideways if you asked them to do
16 that because then they'd be saying, so you want me to
17 announce my resignation before I even know if my
18 team's coming?  You know, are you crazy?
19     A   Well, and I think they would look at us
20 sideways because I think their team would look at them
21 sideways to say, hey, wait, you're -- you've left.
22 And, again, they're an entrusted leader.  Like, that's