# **EXHIBIT I**

Page 1

1            UNITED STATES DISTRICT COURT
2             MIDDLE DISTRICT OF FLORIDA
3                   TAMPA DIVISION
4    _____
5    MUTUAL OF OMAHA MORTGAGE, INC.,
6            Plaintiff,
7         v.                            Civil Action No.
8    WATERSTONE MORTGAGE CORPORATION,   22-CV-01660
9            Defendant.
10   _____
11             VIDEOTAPED DEPOSITION OF
12                 CHRISTOPHER WOLF
13   DATE:           Tuesday, July 25, 2023
14   TIME:           9:03 a.m.
15   LOCATION:       Remote Proceeding
16                   Ormond Beach, FL
17   REPORTED BY:    Timothy Guevara, Notary Public
18   JOB NO.:        6016993

Page 73

1   some of them just wanted to come with us right away.
2       Q    And when you presented it, did you present
3   the opportunity as, like, "Hey, I've got bad news.
4   We're leaving, you know, and we have to go to
5   Waterstone, you know, it's not that great a place,
6   but, you know, that's what we're going to do."  Did
7   you present it like that?
8               MS. KREITER:  Object to the form.
9   BY MR. KAREN:
10      Q    You can answer.
11      A    I don't remember the -- how I presented it.
12  I just let them know that Dwayne and I were going to
13  look at going to Waterstone.
14      Q    Okay.  So but I'm asking, you wanted the
15  employees to come with you, yes?  We've already
16  established that; correct?
17      A    Of course.
18      Q    Okay.  So is it fair you would not have
19  presented it in a negative light, as something that
20  you were unhappy about; right?
21      A    I wouldn't think so, no.
22      Q    Okay.  If anything, you would present it in