# **EXHIBIT K**

Page 1

```
 1                UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION
 3                       Civil Action No.: 22-CV-01660
 4
     MUTUAL OF OMAHA
 5   MORTGAGE INC.,
 6          Plaintiff,
     v.
 7
     WATERSTONE MORTGAGE
 8   CORPORATION,
 9          Defendant.
     _____/
10
11                       DEPOSITION OF
12                        DWAYNE HUTTO
13                 (Volume I, pages 1 - 171)
14   DATE TAKEN:       June 15, 2023
15   TIME:             9:03 a.m. to 3:57 p.m.
16   PLACE:            Gunster, Yoakley & Stewart, P.A.
                       401 East Jackson Street
17                     Suite 1500
                       Tampa, Florida 33602
18
     TAKEN BY:         The Plaintiff
19
     REPORTED BY:      Victoria White
20                     Court Reporter and Notary Public
21
22
23
24
25
```

Page 10

1  different things were sent and when it was completed; do you
2  see that?
3       A.   Yes.
4       Q.   Using your best recollection, does this look
5  accurate in terms of that you signed this agreement and when
6  you signed this agreement?
7       A.   It does.
8       Q.   Is this the first employment agreement you've
9  ever signed?
10      A.   No, sir.
11      Q.   Did you sign an employment agreement with Mutual
12 of Omaha?
13      A.   I believe so.
14      Q.   And I wanted to go through a couple of things in
15 this agreement.  If you can turn to page 16 and if you look
16 about halfway down in bold there's a B, a little B and a
17 little 1, it says 250 basis points for eligible loan; do you
18 see where it says that?
19      A.   Um-hmm.  Yes, sir.
20      Q.   And so tell me if I understand this correctly or
21 correct me if I'm wrong, what that means, if I understand
22 this, is that for every loan that comes in the branch that
23 you manage, you essentially get 250 basis points credited to
24 the branch; is that right?
25      A.   Yes, credited to the branch P&L.