# EXHIBIT M

| Forward/Reverse | Home/Commercial | DBA | Branch NMLS | Street | City | State | Country | Postal Code | Lease start date | Lease notes | License Start Date | License End date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forward | Commercial | Keller Home Loans | 2588064 | 2424 N Federal Hwy Suite 150 | Boca Raton | FL | USA | 33431 | | | 3/15/2024 | n/a |
| Forward | Commercial | Mutual of Omaha Mortgage | 2318766 | 9990 Coconut Rd Suite 339 | Bonita Springs | FL | USA | 34135 | | | 2/9/2022 | 5/20/2023 |
| Forward | Commercial | Keller Home Loans | 2466030 | 28163 US Hwy 19 N Suite 302 | Clearwater | FL | USA | 33761 | | | 3/1/2023 | 3/17/2023 |
| Forward | Commercial | Mutual of Omaha Mortgage | 1905761 | 1770 San Marco Road, Office 107 | Marco Island | FL | USA | 34145 | | | 12/9/2019 | 1/8/2020 |
| Forward | Commercial | Mutual of Omaha Mortgage | 1904638 | 1452 N US 1 Hwy Suite 110 | Ormond Beach | FL | USA | 32174 | | | 8/20/2022 | n/a |
| Forward | Commercial | Mutual of Omaha Mortgage | 1904638 | 900 W Granada Blvd Suite #4 | Ormond Beach | FL | USA | 31274 | | | 4/9/2020 | 8/20/2022 |
| Forward | Commercial | Keller Home Loans | 2466025 | 30522 US Highway 19 N Suite 107 | Palm Harbor | FL | USA | 34684 | | | 3/1/2023 | 3/15/2023 |
| Forward | Commercial | Keller Home Loans | 2466031 | 800 Langley Ave Office #24 | Pensacola | FL | USA | 32504 | | | 2/7/2024 | n/a |
| Forward | Commercial | Keller Home Loans | 2466028 | 2709 Forest Road Office #2709 | Spring Hill | FL | USA | 34606 | | | 3/1/2023 | 3/15/2023 |
| Forward | Commercial | Keller Home Loans | 2466027 | 360 Central Ave Suite 600, Office 615 | St. Petersburg | FL | USA | 33701 | | | 3/1/2023 | n/a |
| Forward | Commercial | Mutual of Omaha Mortgage | 1812925 | 8270 Woodland Center Blvd Office 123 | Tampa | FL | USA | 33614 | | | 8/5/2022 | n/a |
| Forward | Commercial | Mutual of Omaha Mortgage | 1812925 | 4902 Eisenhower Blvd Unit #385 | Tampa | FL | USA | 33634 | | | 12/12/2019 | 8/5/2022 |
| Forward | Commercial | Mutual of Omaha Mortgage | 2466029 | 1625 N Commerce Pkwy Suite 100, Office A | Weston | FL | USA | 33326 | | | 3/1/2023 | 4/18/2023 |