# EXHIBIT N

**From:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>
**To:** "ccsmith@cmghomeloans.com" <ccsmith@cmghomeloans.com>
**Subject:** Jungo Database
**Date:** Mon, 07 Oct 2024 16:40:34 +0000
**Importance:** Normal
**Attachments:** CS_Jungo_Database.xlsx

---

**Melanie Pischke Ferrara**
**Regional Support Manager  |** Waterstone-FL.com
2699 Lee Rd. Suite 600 Winter Park, FL 32789
O: 407.645.6333
Email: MFerrara@WaterstoneMortgage.com



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>
**To:** "johnutsch@yahoo.com" <johnutsch@yahoo.com>
**Subject:** Jungo Database
**Date:** Mon, 30 Sep 2024 18:37:10 +0000
**Importance:** Normal
**Attachments:** JU_Jungo_Database.xlsx

Good Afternoon John,

I've attached your Jungo database.

Thank you

**Melanie Pischke Ferrara**
**Regional Support Manager  |**  Waterstone-FL.com
2699 Lee Rd. Suite 600 Winter Park, FL 32789
O: 407.645.6333
Email: MFerrara@WaterstoneMortgage.com



 Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

| | |
|---:|:---|
| **From:** | Melanie Pischke Ferrara <mferrara@waterstonemortgage.com> |
| **To:** | Chris Wolf <cwolf@waterstonemortgage.com> |
| **Subject:** | RE: Database |
| **Date:** | Mon, 26 Aug 2024 18:06:19 +0000 |
| **Importance:** | Normal |
| **Attachments:** | Dwayne_Hutto_Jungo_Export.xlsx; Tatiana_Giraldo_Jungo_Export.xlsx; Chris_Wolf_Jungo_Export.xlsx |
| **Inline-Images:** | image001.jpg; image002.png; image003.jpg; image004.jpg; image005.png |

Good Afternoon Chris,

I've attached your requested Jungo databases.

Thank you 😊

**Melanie Pischke Ferrara**

**Regional Support Manager  |**  Waterstone-FL.com

2699 Lee Rd. Suite 600 Winter Park, FL 32789

O: 407.645.6333

Email: MFerrara@WaterstoneMortgage.com



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Melanie Pischke Ferrara
**Sent:** Monday, August 26, 2024 12:30 PM
**To:** Chris Wolf <cwolf@waterstonemortgage.com>
**Subject:** RE: Database

Hi Chris,

I've submitted the databases to security for review.

Once I receive approval, I'll forward all to you.

Thank you

**Melanie Pischke Ferrara**

**Regional Support Manager  |**  Waterstone-FL.com

2699 Lee Rd. Suite 600 Winter Park, FL 32789

O: 407.645.6333

Email: MFerrara@WaterstoneMortgage.com



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Chris Wolf <CWolf@waterstonemortgage.com>
**Sent:** Sunday, August 25, 2024 9:35 AM
**To:** Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>
**Subject:** Database

Hey Melanie!
Can you please send me my databases? Realtors and clients/leads.

If you could please send me Dwayne and Tatiana's as well.

Thank you!



**Chris Wolf**
**Branch Manager**
NMLS #1626538
900 W. Granada Blvd, Suite 4, Ormond Beach, FL 32174
M: 321.278.9930 O: 386.401.7228
F: 386.866.5804
Email: CWolf@WaterstoneMortgage.com
Visit My Website
Phone call: https://scheduler.zoom.us/chris-wolf/call
Zoom call: https://scheduler.zoom.us/chris-wolf/one-to-one





Get Pre-Approved / Apply Now

Get Mobile App



*If you have any friends, family, or co-workers looking to buy, sell, or refinance, I would love the opportunity to help them. Your referral is the greatest compliment.*

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly owned subsidiary of WaterStone Bank SSB (NASDAQ: WSBF). This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.