# **<u>EXHIBIT O</u>**



| Legal First Name | Legal Last Name | Position Status | Termination Date | Termination Reason Description | Job Title Description | Home Department Description | Home Department Code | Hire Date | Home State | Supervisor Legal Last Name | Supervisor Legal First Name | Work Address Address Line 1 | Work Address Address Line 2 | Work Address City | Work Address State / Territory Code | Work Address Zip / Postal Code | Rehire Date | NMLS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Terminated | 04/26/2022 | Branch Closure- | Business Development | Daytona, FL | | | | | | | | | | | | |
| | | Terminated | 04/26/2022 | Branch Closure- | Loan Officer - Junior | Daytona, FL | | | | | | | | | | | | |
| | | Terminated | 11/14/2022 | Branch Closure- | Loan Officer - Forward | Corporate Sales | | | | | | | | | | | | |
| | | Terminated | 11/14/2022 | Branch Closure- | Loan Officer - Forward | Corporate Sales | | | | | | | | | | | | |
| | | Terminated | 11/14/2022 | Branch Closure- | VP, Regional Sales Manager | Corporate Sales | | | | | | | | | | | | |
| | | Terminated | 09/02/2021 | Branch Closure- | Assistant Manager | Lakeside, CA | | | | | | | | | | | | |
| | | Terminated | 09/02/2021 | Branch Closure- | Branch Manager | Lakeside, CA | | | | | | | | | | | | |
| | | Terminated | 09/02/2021 | Branch Closure- | Customer Service Representative | Lakeside, CA | | | | | | | | | | | | |
| | | Terminated | 09/02/2021 | Branch Closure- | Loan Officer - Forward | Lakeside, CA | | | | | | | | | | | | |
| | | Terminated | 09/02/2021 | Branch Closure- | Loan Processor | Lakeside, CA | | | | | | | | | | | | |
| | | Terminated | 09/02/2021 | Branch Closure- | Office Manager | Lakeside, CA | | | | | | | | | | | | |
| | | Terminated | 07/14/2022 | Branch Closure- | Loan Officer - Forward | McLean | | | | | | | | | | | | |
| | | Terminated | 07/14/2022 | Branch Closure- | Loan Officer - Forward | McLean | | | | | | | | | | | | |
| | | Terminated | 07/14/2022 | Branch Closure- | Loan Officer - Forward | McLean | | | | | | | | | | | | |
| | | Terminated | 07/14/2022 | Branch Closure- | Loan Officer - Forward | McLean | | | | | | | | | | | | |
| | | Terminated | 07/14/2022 | Branch Closure- | Sales Manager - Non-Producing | McLean | | | | | | | | | | | | |
| | | Terminated | 07/15/2022 | Branch Closure- | Loan Officer - Forward | McLean | | | | | | | | | | | | |
| | | Terminated | 07/15/2022 | Branch Closure- | Loan Processor - Senior | McLean | | | | | | | | | | | | |
| | | Terminated | 06/16/2022 | Branch Closure- | Loan Coordinator | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 06/16/2022 | Branch Closure- | Loan Officer Assistant | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 08/17/2022 | Branch Closure- | Loan Processor | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Branch Manager | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Business Development | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Business Development | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Business Development | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Loan Officer - Forward | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Loan Officer - Forward | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Loan Officer - Junior | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Loan Officer - Junior | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Loan Officer - Junior | Tampa, FL | | | | | | | | | | | | |
| | | Terminated | 07/06/2022 | Branch Closure- | Loan Officer Assistant | Tampa, FL | | | | | | | | | | | | |