```
                  IN THE UNITED STATES DISTRICT COURT
                       MIDDLE DISTRICT OF FLORIDA
                            TAMPA DIVISION




  MUTUAL OF OMAHA MORTGAGE,
  INC.
                                              CASE NO:
        Plaintiff,                      8:22-cv-01660-TPB-JSS

  Vs.

  WATERSTONE MORTGAGE
  CORPORATION,

        Defendant.
  _____/



        DEPOSITION OF:          BRIAN TOMALAK

        TAKEN:                  Pursuant to Notice by
                                Counsel for Defendant

        DATE:                   June 23, 2023

        TIME:                   9:10 a.m. to 12:40 p.m.

        STENOGRAPHICALLY
        REPORTED BY:            CHERE J. BARTON, FPR

        LOCATION:               Hill Ward Henderson, P.A.
                                101 East Kennedy Boulevard
                                Suite 3700
                                Tampa, Florida  33602
```

EXHIBIT A

REGENCY REPORTING SERVICE, INC. (813) 224-0224

```
 1  point in time if you look at Exhibit 21, March of 2016
 2  you're employed by BBMC; correct?
 3      A.  Yep.
 4      Q.  And Mr. Smith, according to Exhibit 22, is
 5  working for Reliant Bank; correct?
 6      A.  Okay.
 7      Q.  So Mr. Smith is writing to you from his personal
 8  e-mail account, you're an employee of BBMC which
 9  ultimately becomes Mutual of Omaha; correct?
10      A.  Okay.
11      Q.  That's correct, BBMC becomes Mutual of Omaha?
12      A.  Yes.
13      Q.  Okay.  The subject line --
14      A.  Well, not becomes -- I don't -- but, yeah, we
15  moved there.
16      Q.  BBMC is a predecessor to Mutual of Omaha;
17  correct?
18      A.  Yes.
19      Q.  Okay.  Mr. Smith writes, "This one is a full
20  file, already have appraisal from Reliant."  That's Mr.
21  Smith's employer; correct?
22      A.  Okay.
23      Q.  Is that correct?
24      A.  It sounds like it, yeah.
25      Q.  "... VA, rest of docs will be in tomorrow.  Do
```