```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION




  MUTUAL OF OMAHA MORTGAGE,
  INC.
                                              CASE NO:
       Plaintiff,                      8:22-cv-01660-TPB-JSS

  Vs.

  WATERSTONE MORTGAGE
  CORPORATION,

       Defendant.
  _____/




       DEPOSITION OF:          **KILEY KING**

       TAKEN:                  Pursuant to Notice by
                               Counsel for Defendant

       DATE:                   June 23, 2023

       TIME:                   1:20 p.m. to 3:30 p.m.

       STENOGRAPHICALLY
       REPORTED BY:            CHERE J. BARTON, FPR

       LOCATION:               Hill Ward Henderson, P.A.
                               101 East Kennedy Boulevard
                               Suite 3700
                               Tampa, Florida  33602
```

EXHIBIT B

REGENCY REPORTING SERVICE, INC. (813) 224-0224

```
 1     A.  He didn't express that to us.  He didn't express
 2  that to us.
 3     Q.  You were working for BBMC when Mr. Smith was
 4  considering coming over from Reliant to BBMC; correct?
 5     A.  I believe, yes.
 6     Q.  And, of course, BBMC ultimately becomes Mutual of
 7  Omaha; correct?
 8     A.  Yep.
 9     Q.  When Mr. Smith was considering a move from
10  Reliant to BBMC did you have discussions with Mr. Smith
11  about BBMC?
12     A.  Yes.
13     Q.  What was the ilk of those discussions?
14     A.  What BBMC had to offer.
15     Q.  Did you ever ask Mr. Smith whether he had a non
16  solicit or confidentiality agreement with Reliant in the
17  course of the discussions with Mr. Smith about him
18  coming to BBMC?
19     A.  Did I ever ask that?
20     Q.  Yes.
21     A.  I don't recall.
22     Q.  When Mr. Smith joined BBMC he brought Tampa
23  employees with him; correct?
24     A.  Yes.
25     Q.  He also brought office furniture, fixtures and
```