----- Forwarded Message -----
**From:** Chris Smith <husky5417@yahoo.com>
**To:** Brian Tomalak <b.tomalak@mybbmc.com>
**Sent:** Thursday, March 10, 2016 at 03:02:50 PM EST
**Subject:** Re:

I just priced it in my engine, and below is what I got, please lock with Pennymac @ 3.75%

```
EXHIBIT
1
```

1

**CONFIDENTIAL**

WMC012770



**From:** Brian Tomalak <b.tomalak@mybbmc.com>
**To:** 'Chris Smith' <husky5417@yahoo.com>
**Sent:** Thursday, March 10, 2016 2:26 PM
**Subject:** RE: ⌐

Here is what I am getting in this loan with your pricing

| ks | Eligible Product | Rate | Margin | P&I | Discou |
|---|---|---|---|---|---|
| | Freedom Mortgage - SPG - CORR VA 30 Yr Fixed | 3.750 | 0.000 | $658 | $50 |
| | PennyMac Corp. VA 30 Yr Fixed | 3.750 | 0.000 | $658 | $1,0. |
| | Stonegate Correspondent - VA 30 Yr Fixed (VA30) | 3.750 | 0.000 | $658 | $1,1 |
| | The Money Source (V2) - VA Standard 30 Yr Fixed | 3.750 | 0.000 | $658 | $1,2 |
| | CMG VA 30 Year Fixed (4101) | 3.750 | 0.000 | $658 | $1,8 |
| | First Guaranty Mortgage - Delegated BE - VA 30 Year Fixed | 3.750 | 0.000 | $658 | $2,9 |
| | First Guaranty Mortgage - VA 30 Year Fixed | 3.750 | 0.000 | $658 | $4,6 |

CONFIDENTIAL

WMC012771

**Brian Tomalak**
**Regional Sales Manager** 
630-984-4643 - Office
630-770-7878 - Mobile
630-261-6646 - eFax
NMLS - 179238
b.tomalak@mybbmc.com
BBMC Mortgage
100 W. 22nd Street
Suite 109
Lombard, IL 60148

_Click here for more_
_details on our_ -     





NOTICE: This is not a commitment to lend or extend credit. Restrictions may apply. Information and/or data is subject to change without notice. All loans are subject to credit approval. Not all loans or products are available in all states.
CONFIDENTIALITY AND SECURITY NOTICE: The contents of this message and any attachments may be privileged, confidential and proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, please inform the sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents. BBMC Mortgage, LLC makes no assurances that this e-mail and any attachments are free of viruses and other harmful code.

**From:** Brian Tomalak
**Sent:** Thursday, March 10, 2016 1:22 PM
**To:** 'Chris Smith'
**Subject:** RE:

Lets talk in 10. I am confused as well.  the issue is suntrust is not coming up.

I will login to yours and his and get with secondary to figure out

**Brian Tomalak**
**Regional Sales Manager**
630-984-4643 - Office
630-770-7878 - Mobile
630-261-6646 - eFax
NMLS - 179238
b.tomalak@mybbmc.com
BBMC Mortgage
100 W. 22nd Street
Suite 109

 

CONFIDENTIAL

WMC012772

Lombard, IL 60148

*Click here for more details on our -* **Patriot's Charity** *Initiative*

    



**NOTICE:** This is not a commitment to lend or extend credit. Restrictions may apply. Information and/or data is subject to change without notice. All loans are subject to credit approval. Not all loans or products are available in all states.

**CONFIDENTIALITY AND SECURITY NOTICE:** The contents of this message and any attachments may be privileged, confidential and proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, please inform the sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents. BBMC Mortgage, LLC makes no assurances that this e-mail and any attachments are free of viruses and other harmful code.



**From:** Chris Smith [mailto:husky5417@yahoo.com]
**Sent:** Thursday, March 10, 2016 1:17 PM
**To:** Brian Tomalak
**Subject:** Re:

Something is not making sense.

You said my engine had 325 and 400.

The below pricing is 50 basis points worse than Reliant.

Can you give me a call?

---

**From:** Brian Tomalak <b.tomalak@mybbmc.com>
**To:** 'Chris Smith' <husky5417@yahoo.com>
**Sent:** Thursday, March 10, 2016 2:13 PM
**Subject:** RE:

This is the pricing in his engine at 3.75%

**CONFIDENTIAL**

WMC012773

| | | | | | |
|---|---|---|---|---|---|
| | Freedom Mortgage - SPG - CORR VA 30 Yr Fixed | 3.750 | 0.000 | $658 | $1 |
| | PennyMac Corp. VA 30 Yr Fixed | 3.750 | 0.000 | $658 | $2 |
| | Stonegate Correspondent - VA 30 Yr Fixed (VA30) | 3.750 | 0.000 | $658 | $2 |
| | The Money Source (V2) - VA Standard 30 Yr Fixed | 3.750 | 0.000 | $658 | $2 |
| | CMG VA 30 Year Fixed (4101) | 3.750 | 0.000 | $658 | $3 |
| | First Guaranty Mortgage - Delegated BE - VA 30 Year Fixed | 3.750 | 0.000 | $658 | $4 |
| | First Guaranty Mortgage - VA 30 Year Fixed | 3.750 | 0.000 | $658 | $5 |

**Brian Tomalak**
**Regional Sales Manager**

630-984-4643 - Office
630-770-7878 - Mobile
630-261-6646 - eFax
NMLS - 179238
b.tomalak@mybbmc.com
BBMC Mortgage
100 W. 22nd Street
Suite 109
Lombard, IL 60148

*Click here for more details on our -* Patriot's Charity *Initiative*

    



**NOTICE:** This is not a commitment to lend or extend credit. Restrictions may apply. Information and/or data is subject to change without notice. All loans are subject to credit approval. Not all loans or products are available in all states.
**CONFIDENTIALITY AND SECURITY NOTICE:** The contents of this message and any attachments may be privileged, confidential and proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, please inform the sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents. BBMC Mortgage, LLC makes no assurances that this e-mail and any attachments are free of viruses and other harmful code.



**From:** Chris Smith [mailto:husky5417@yahoo.com]
**Sent:** Thursday, March 10, 2016 12:10 PM
**To:** Brian Tomalak
**Subject:** Re:

This was priced under my log on, so margins are 325 and 400, priced cash out 100% LTV

**From:** Brian Tomalak <b.tomalak@mybbmc.com>
**To:** 'Chris Smith' <husky5417@yahoo.com>

**CONFIDENTIAL**

WMC012774

**Sent:** Thursday, March 10, 2016 12:12 PM
**Subject:** RE:

Or was this priced in your engine? Your engine does not have a compensation in the price.

**Brian Tomalak**
**Regional Sales Manager**

630-984-4643 - Office
630-770-7878 - Mobile
630-261-6646 - eFax
NMLS - 179238
b.tomalak@mybbmc.com

BBMC Mortgage
100 W. 22nd Street
Suite 109
Lombard, IL 60148

*Click here for more details on our - Patriot's Charity Initiative*

    



**NOTICE:** This is not a commitment to lend or extend credit. Restrictions may apply. Information and/or data is subject to change without notice. All loans are subject to credit approval. Not all loans or products are available in all states.
**CONFIDENTIALITY AND SECURITY NOTICE:** The contents of this message and any attachments may be privileged, confidential and proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, please inform the sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents. BBMC Mortgage, LLC makes no assurances that this e-mail and any attachments are free of viruses and other harmful code.



**From:** Chris Smith [mailto:husky5417@yahoo.com]
**Sent:** Thursday, March 10, 2016 10:37 AM
**To:** Brian Tomalak
**Subject:**

This one is a full file, already have appraisal from Reliant, VA, rest of docs will be in tomorrow.

Do not credit the YSP

**CONFIDENTIAL**

WMC012775



CONFIDENTIAL

WMC012776

----- Forwarded Message -----
**From:** Chris Smith <husky5417@yahoo.com>
**To:** John Utsch <jutsch@verizon.net>
**Sent:** Tuesday, February 23, 2016 at 11:17:12 AM EST
**Subject:** FW: NEW HIRE LINK

1

**CONFIDENTIAL**

WMC012778

--- On Thu, 2/18/16, Kiley King <k.king@mybbmc.com> wrote:

> From: Kiley King <k.king@mybbmc.com>
> Subject: FW: NEW HIRE LINK
> To: "'husky5417@yahoo.com'" <husky5417@yahoo.com>
> Cc: "Brian Tomalak" <b.tomalak@mybbmc.com>
> Date: Thursday, February 18, 2016, 11:27 AM
>
> #yiv6820280980
> P.yiv6820280980ImprintUniqueID {
> MARGIN:0cm 0pt;}
> #yiv6820280980 LI.yiv6820280980ImprintUniqueID {
> MARGIN:0cm 0cm 0pt;}
> #yiv6820280980 DIV.yiv6820280980ImprintUniqueID {
> MARGIN:0cm 0cm 0pt;}
> #yiv6820280980 TABLE.yiv6820280980ImprintUniqueIDTable {
> MARGIN:0cm 0cm 0pt;}
> #yiv6820280980 DIV.yiv6820280980Section1 {
> }
>
>
>
> Smitty,
>  Please use the link below for new
> hire applications. Have your guys complete the online
> application and upload resume/2015 W2 and recent paystub.
> Looking forward to working with you brother!
>
>
>  https://careers.mybbmc.com
>
>  Thank
> you,
>
>
>
>
>
>
>
>
>   Kiley
> KingRegional
> Sales Manager630-984-4642
> - Office
> 630-770-7548
> - Mobile630-261-2648 -
> eFaxNMLS
> -
>  220055k.king@mybbmc.com
>
>
>   BBMC
> Mortgage100
> W. 22nd Street
> Suite 109Lombard,
> IL

2

WMC012779

**CONFIDENTIAL**

----- Forwarded Message -----
**From:** Chris Smith <husky5417@yahoo.com>
**To:** Brian Tomalak <b.tomalak@mybbmc.com>
**Sent:** Wednesday, February 17, 2016 at 05:13:36 PM EST
**Subject:** Re: Fixed expenses

Rent $5500, this is a sublease from Proficio, which included the two copiers, and the master lease expires in January 2019

1

**CONFIDENTIAL**

WMC012782

Phone lease with Fonality (includes VOIP phones and service) $570

Dex Imaging copier maintnenance $250-$300 per month, not sure as I do not get these bills

E-Fax with Ring Central $90

VIOS Internet $350-$400, again not sure I do not get bills

Fax line, hard, $100, not 100% as I do not get these bills as well

USPS Flat rate shipping $150/month

I expense $200 per month of my cell phone bill, that is what the company allows

Culligan water cooler $22

Processors salaries, $10,000 (two at 36k and one at 48k annual)

Manager salary, John $3,000 (36k annual)

Zillow co-marketing $6,000

Not sure about Velocify, but think it is irrelevant since we will be using yours

Lower My Bills $4,000

Misc supplies (paper, coffee, ktichen supplies) $200

Mileage, realtor lunches, happy hours, $500

Think that is about it that I can think of


---------------------------------------------
On Wed, 2/17/16, Brian Tomalak <b.tomalak@mybbmc.com> wrote:

Subject: Fixed expenses
To: "'Yahoo'" <husky5417@yahoo.com>
Date: Wednesday, February 17, 2016, 4:30 PM


#yiv7518928522
P.yiv7518928522ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv7518928522 LI.yiv7518928522ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv7518928522 DIV.yiv7518928522ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv7518928522 TABLE.yiv7518928522ImprintUniqueIDTable {
MARGIN:0cm 0cm 0pt;}
#yiv7518928522 DIV.yiv7518928522Section1 {
}


Hey Buddy,  Do you know your current
fixed expenses?
 Thanks

WMC012783

**CONFIDENTIAL**

Brian TomalakRegional Sales Manager630-984-4643 - Office 630-770-7878 - Mobile630-261-6646 - eFaxNMLS - 179238b.tomalak@mybbmc.com

BBMC Mortgage100 W. 22nd Street Suite 109Lombard, IL 60148

Click here for more details on our -

NOTICE: This is not a commitment to lend or extend credit. Restrictions may apply. Information and/or data is subject to change without notice. All loans are subject to credit approval. Not all loans or products are available in all states. CONFIDENTIALITY AND SECURITY

3

WMC012784

**CONFIDENTIAL**

----- Forwarded Message -----
**From:** Chris Smith <husky5417@yahoo.com>
**To:** Brian Tomalak <b.tomalak@mybbmc.com>
**Cc:** Kiley King <k.king@mybbmc.com>
**Sent:** Monday, February 22, 2016 at 06:04:03 PM EST
**Subject:** Re: questions

Actually have 3 processors not 2

1

**CONFIDENTIAL**

WMC012787

John, and I, and the following originators


Will close 3 for $377,000 in February, all government
Has 2 files can bring over, but refinance might enbd up staying at Reliant
Besides December has closed 2-3 loans every month, mainly VA purchase loans


Was a telemarketer for us at Proficio, we hired as a full LO in August, first production month was September, will bring 3 loans for 700k over

September 1 for 216k
October  4 for 1.1 million
November 2 for 265k
December 0
January 2 for 400k
February 2 for 450k


Started in October

Will bring for for 550k

December 1 for 450k
January 1 for 330k
February 1 for 178k


Was with us at Proficio for a year

Averages at least 3 loans for 700k


Started in September

Little slower ramping up, has closed 1.4 million from November on, so averaging a almost 400k

Between John and I we have averaged over 1.5 million per month as well.

The Tampa branch did not really produce anything until April of 2015, and from April to this month we will have closed 27 million, with a skelton staff


-----------------------------------------------

2

**CONFIDENTIAL**

WMC012788

On Mon, 2/22/16, Brian Tomalak <b.tomalak@mybbmc.com> wrote:

Subject: questions
To: "'Chris Smith'" <husky5417@yahoo.com>
Cc: "Kiley King" <k.king@mybbmc.com>
Date: Monday, February 22, 2016, 4:47 PM


#yiv4084302319
P.yiv4084302319ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv4084302319 LI.yiv4084302319ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv4084302319 DIV.yiv4084302319ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv4084302319 TABLE.yiv4084302319ImprintUniqueIDTable {
MARGIN:0cm 0cm 0pt;}
#yiv4084302319 DIV.yiv4084302319Section1 {
}


Ok this should work.
 Smitty – do you by chance have
the names and and production of those you are bringing over?
   You, John, two processors, KC and who
else?  From: NoReply@mybbmc.com
[mailto:NoReply@mybbmc.com]
Sent: Monday, February 22, 2016 3:19 PM
To: Brian Tomalak
Subject:




    Brian
TomalakRegional
Sales Manager630-984-4643
- Office
630-770-7878
- Mobile630-261-6646 -
eFaxNMLS
-
 179238b.tomalak@mybbmc.com


    BBMC
Mortgage100
W. 22nd Street
Suite 109Lombard,
IL
60148

    Click
here for more details on our -

WMC012789

CONFIDENTIAL

----- Forwarded Message -----
**From:** Chris Smith <husky5417@yahoo.com>
**To:** Rachel Reilly <r.reilly@mybbmc.com>; Kiley King <k.king@mybbmc.com>; Brian Tomalak <b.tomalak@mybbmc.com>
**Cc:** Cindy Manley <cindyvoo@hotmail.com>; Susan Martinez <reo_susan@yahoo.com>
**Sent:** Monday, February 29, 2016 at 02:28:42 PM EST
**Subject:** RE: idea

We are on for 2:30 out time, Cindy started a pipe, and I added some comments and updated as best I could per what has happened so far.
---------------------------------------------
On Mon, 2/29/16, Brian Tomalak <b.tomalak@mybbmc.com> wrote:

Subject: RE: idea
To: "'Chris Smith'" <husky5417@yahoo.com>, "Rachel Reilly" <r.reilly@mybbmc.com>, "Kiley King"
<k.king@mybbmc.com>
Date: Monday, February 29, 2016, 2:14 PM

#yiv1337203954
P.yiv1337203954ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv1337203954 LI.yiv1337203954ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv1337203954 DIV.yiv1337203954ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}
#yiv1337203954 TABLE.yiv1337203954ImprintUniqueIDTable {
MARGIN:0cm 0cm 0pt;}
#yiv1337203954 DIV.yiv1337203954Section1 {
}

I
have a 2:00 and 4:00

I can
do 1:30 if you all can


    Brian
TomalakRegional
Sales Manager630-984-4643
- Office
630-770-7878

1

**CONFIDENTIAL**

WMC012795

- Mobile630-261-6646 -
eFaxNMLS
-  179238b.tomalak@mybbmc.comBBMC
Mortgage100
W. 22nd Street
Suite
109Lombard,
IL
60148Click
here for more details on our -

NOTICE: This is
not a commitment to lend or extend credit.
Restrictions may apply.
Information and/or data is subject to change
without notice. All
loans are subject to credit approval. Not all
loans or products are
available in all states.
CONFIDENTIALITY
AND SECURITY NOTICE:
The contents of this message and any attachments
may be privileged,
confidential and proprietary and also may be
covered by the
Electronic Communications Privacy Act. If you
are not an intended
recipient, please inform the sender of the
transmission error and
delete this message immediately without reading,
disseminating,
distributing or copying the contents. BBMC
Mortgage, LLC makes no
assurances that this e-mail and any attachments
are free of viruses
and other harmful code.

-----Original Message-----
From: Chris Smith
[mailto:husky5417@yahoo.com]
Sent: Monday,
February 29, 2016 12:54 PM
To: 'Chris
Smith'; Rachel Reilly; Brian Tomalak; Kiley King
Subject: RE: idea

Yes we are available.
---------------------------------------------
On Mon, 2/29/16, Kiley King
<k.king@mybbmc.com> wrote:

  Subject: RE: idea

WMC012796

**CONFIDENTIAL**

To:
"'Chris Smith'"
<husky5417@yahoo.com>, "Rachel Reilly"
<r.reilly@mybbmc.com>, "Brian Tomalak"
<b.tomalak@mybbmc.com>
Date: Monday,
February 29, 2016, 1:44 PM


#yiv4437225423

P.yiv4437225423ImprintUniqueID {
  MARGIN:0cm
0cm 0pt;}
  #yiv4437225423
LI.yiv4437225423ImprintUniqueID {  MARGIN:0cm 0cm 0pt;}
  #yiv4437225423
DIV.yiv4437225423ImprintUniqueID {  MARGIN:0cm 0cm 0pt;}
  #yiv4437225423
TABLE.yiv4437225423ImprintUniqueIDTable {  MARGIN:0cm 0cm
0pt;}
  #yiv4437225423
DIV.yiv4437225423Section1 {  }

  2:30 your time work?




    Kiley
  KingRegional
  Sales Manager630-984-4642
  -
Office
  630-770-7548
  -
Mobile630-261-2648 -
  eFaxNMLS
  -  220055k.king@mybbmc.comBBMC
  Mortgage100
  W. 22nd Street
  Suite
  109Lombard,
  IL
  60148Click
  here for more details on our -




    NOTICE: This is

    not a commitment to lend or extend
credit.
  Restrictions may apply.
        Information and/or
data is subject to change  without notice. All

3

WMC012797

**CONFIDENTIAL**

loans are subject to
credit approval. Not all  loans or products are
available in all
states.
  CONFIDENTIALITY

AND SECURITY NOTICE:

The contents of this message and any
attachments  may be privileged,

confidential and proprietary and
also may be  covered by the

Electronic Communications Privacy
Act. If you  are not an intended

recipient, please inform the sender
of the  transmission error and

delete this message immediately
without reading,  disseminating,

distributing or copying the
contents. BBMC  Mortgage, LLC makes no

assurances that this e-mail and any
attachments  are free of viruses

and other harmful code.


  -----Original Message-----
  From: Chris Smith

[mailto:husky5417@yahoo.com]
  Sent:
Monday,
  February 29, 2016 10:39 AM
  To: Rachel
  Reilly; Brian
Tomalak; Kiley King
  Subject:
  RE: idea


Sorry just got
  this, trying to juggle
multiple e-mails, and pipelines now,  they are available,
when do you want to schedule/re-schedule  since it is past
1:30?

-------------------------------------------
  On Mon, 2/29/16, Kiley King

<k.king@mybbmc.com> wrote:

  Subject: RE: idea
  To:

4

WMC012798

**CONFIDENTIAL**

"'Chris Smith'"
 <husky5417@yahoo.com>, "Rachel
Reilly"
 <r.reilly@mybbmc.com>,
"Brian Tomalak"

<b.tomalak@mybbmc.com>
 Date:
Monday,
 February 29, 2016, 12:13 PM

 #yiv6945844962


P.yiv6945844962ImprintUniqueID {

 MARGIN:0cm
 0cm 0pt;}

 #yiv6945844962

LI.yiv6945844962ImprintUniqueID {  MARGIN:0cm 0cm 0pt;}
 #yiv6945844962

DIV.yiv6945844962ImprintUniqueID {  MARGIN:0cm 0cm 0pt;}
 #yiv6945844962

TABLE.yiv6945844962ImprintUniqueIDTable {  MARGIN:0cm 0cm
 0pt;}
 #yiv6945844962

DIV.yiv6945844962Section1 {  }

 Smitty,


 Can
 Susan and Cynthia get on a call with
our  processing team  at 1:30 central?




 Kiley
 KingRegional

 Sales Manager630-984-4642
 -
Office
 630-770-7548

 -
 Mobile630-261-2648 -

 eFaxNMLS
 -
 220055k.king@mybbmc.comBBMC

Mortgage100
 W. 22nd Street

5

WMC012799

**CONFIDENTIAL**

Suite
109Lombard,
IL
60148Click
here for more details on our -

NOTICE: This is

not a commitment to
lend or extend  credit.
Restrictions may
apply.

Information and/or
data is subject to change  without notice.
All
loans are
subject to
credit approval. Not all  loans
or products are

available in all

states.
CONFIDENTIALITY

AND SECURITY NOTICE:

The
contents of this message and any  attachments  may be
privileged,

confidential and proprietary and
also may be  covered by the

Electronic
Communications Privacy  Act. If you  are not an
intended

recipient, please inform the sender
of the  transmission error and

delete this message
immediately  without reading,  disseminating,

distributing or copying the
contents. BBMC  Mortgage, LLC makes no

assurances that this e-mail and any

6

WMC012800

**CONFIDENTIAL**

attachments  are free of viruses

          and other harmful
code.



   -----Original
Message-----
   From: Chris Smith

[mailto:husky5417@yahoo.com]
   Sent:
   Monday,
   February 29, 2016
8:35 AM
   To: Kiley King;

 Rachel
   Reilly; Brian Tomalak
   Subject: Re:
   idea

   I agree
   on
both
   points, I will start a
spreadsheet
   here, and send over  today, on
a side note, will advise on  which ones we are  going to
lock.

   Probably
   going to lock

today


----------------------------------------------
   On Mon, 2/29/16, Brian Tomalak
   <b.tomalak@mybbmc.com> wrote:

   Subject: idea
   To:
   "'Chris
Smith'"

   <husky5417@yahoo.com>, "Kiley
King"
    <k.king@mybbmc.com>,
"Rachel
   Reilly"

 <r.reilly@mybbmc.com>
   Date:
Monday,
   February 29,

2016, 11:29 AM

7

**CONFIDENTIAL**

WMC012801

#yiv3832424420

P.yiv3832424420ImprintUniqueID {

MARGIN:0cm 0cm 0pt;}

#yiv3832424420 LI.yiv3832424420ImprintUniqueID {
    MARGIN:0cm 0cm 0pt;}

#yiv3832424420

DIV.yiv3832424420ImprintUniqueID {
MARGIN:0cm 0cm 0pt;}

#yiv3832424420

TABLE.yiv3832424420ImprintUniqueIDTable {  MARGIN:0cm
0cm
    0pt;}

#yiv3832424420

DIV.yiv3832424420Section1 {  }

All,
To
streamline the
loans

coming over what
do
you think of the

following:  1)    Start  a spread  sheet with a
status and contacts. We can update  daily for
team2)    To  lock loan just send
a
screen shot to  Kiley and I and we will
lock  Other  thoughts?

Brian
TomalakRegional
Sales

8

**CONFIDENTIAL**

Manager630-984-4643

 -

Office

630-770-7878

 -
 Mobile630-261-6646 -

 eFaxNMLS
 -


179238b.tomalak@mybbmc.com


 BBMC

Mortgage100
 W. 22nd
Street

 Suite
109Lombard,
 IL


 60148

 Click
 here
for more details on our -

WMC012803

**CONFIDENTIAL**

copying the contents. BBMC Mortgage, LLC makes no

assurances that this e-mail and
any
attachments are free of viruses

and
other harmful
code.

WMC012805

**CONFIDENTIAL**

**MARCH BBM**

| | AVG LOAN SIZE | # LOANS | TOTAL | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $236,796.72 | 18 | $4,282,577 | | | | | | | | | | | | |
| FR | LO | RCV'D | BORROWER | SENT TO BBM | LOAN # | LS | LOAN | RT | LTV | Purpose | TYPE | RATE | STATUS | COMMENT | LOCK |
| | keep for new files: | | | | | | | | | | | | | | |
| | SHERRY WOOD | 2/22/16 | | | | LMB | $156,000 | GA | 100% | CO | VA | 3.750% | IN PROCESS | NEW FILE | |
| | NIKKI EDWARDS | 2/19/16 | | | | SG | $258,700 | NC | 100% | PUR | VA | 3.990% | IN PROCESS | Closing date moved up to 3/16 from May, need to move | |
| | JOHN UTSCH | 2/19/16 | | | | SG | $111,904 | MI | 100% | PUR | VA | 4.113% | IN PROCESS | appraisal on hold, inspection issues / COE ORDERED / FICO, app | |
| SM | JON ARROYO | 2/19/16 | | sent 2/26 | | LMB | $449,735 | VA | 85% | CO | FHA | 3.875% | IN PROCESS | NEW FILE | |
| | CHRIS SMITH | 2/19/16 | | | | SG | $155,000 | FL | 75% | RT | CON | 5.125% | IN PROCESS | NEW FILE | |
| SM | JON ARROYO | 2/17/16 | | sent 2/26 | | SG | $92,866 | MI | 85% | PUR | VA | 3.990% | IN PROCESS | APPRAISAL ORDERED 2/18 | |
| | CHRIS SMITH | 2/17/16 | | | | SG | $36,230 | FL | 75% | PUR | CON | 4.875% | IN PROCESS | Will order appraisal this week | |
| | JON ARROYO | 2/16/16 | | | | REL | $150,000 | FL | 100% | CO | VA | 3.875% | IN PROCESS | reviewed / appraisal done 2/26, need to transfer appraisal to bridgeview | |
| | LEONARD EL | 2/12/16 | | | | REL | $252,000 | CO | 42% | RT | FHA | 3.875% | IN PROCESS | APPS. $245K/ raising rate, giving lender credit, need case and apprsl transfrd | |
| | ANTHONY BARONE | 2/12/16 | | | | REL | $303,000 | CA | 41% | RT | CON | 3.875% | IN PROCESS | APPRAISAL ORDERED - not scheduled | |
| | CHRIS SMITH | 2/12/16 | | | | SG | $395,000 | CA | 63% | CO | CON | 4.375% | IN PROCESS | APPRAISAL done - bathroom remodel / escrow holdback, will need new appraisal | |
| SM | SHERRY WOOD | 2/5/16 | | sent 2/26 | | REL | $430,161 | GA | 70% | CO | VA | 3.875% | IN PROCESS | appraisal $684K / DD-214 ordered | |
| | CHRIS SMITH | 1/22/16 | | | | REL | $574,887 | CA | 78% | CO | FHA | 4.500% | IN PROCESS | appraisal $720, need case number and appraisal transferred | |
| SM | JOHN UTSCH | 11/17/15 | | sent 2/26 | | 2SL | $88,487 | MI | 97% | PUR | FHA | 4.250% | IN PROCESS | increasing loan amount | |
| SM | JON ARROYO | 2/26/16 | | sent 2/26 | | SG | $161,000 | CO | 54% | RT | CON | 3.625% | IN PROCESS | | |
| SM | CHRIS SMITH | 2/26/16 | | sent 2/26 | | SG | $180,500 | FL | 95% | PUR | CON | 3.750% | Appraisal ordered | Appaisal ordered 2/26 | |
| SM | JON ARROYO | 2/26/16 | | sent 2/26 | | SG | $246,887 | FL | 100% | PUR | VA | 3.750% | IN PROCESS | | |
| SM | LEONARD EL | 2/26/16 | | sent 2/26 | | SG | $170,000 | FL | 100% | PUR | VA | 3.750% | IN PROCESS | | |

CONFIDENTIAL

WMC012806

----- Forwarded Message -----
**From:** Chris Smith <husky5417@yahoo.com>
**To:** Cristina Narsolis <c.narsolis@mybbmc.com>
**Sent:** Tuesday, March 8, 2016 at 03:38:27 PM EST
**Subject:** Re:

So he has consented but his wife has not?

1

WMC012808

**CONFIDENTIAL**

**From:** Cristina Narsolis <c.narsolis@mybbmc.com>
**To:** 'Chris Smith' <husky5417@yahoo.com>
**Sent:** Tuesday, March 8, 2016 3:32 PM
**Subject:** RE:

Borrower will not able to retrieve the disclosures until she consents first.   Please have go into the email and once she econsents  she will be able to retrieve the documents at the same time to esign.

**Cristina Narsolis**
**Loan Opener/Processor** 
630-984-4644 - Office
630-261-6672 - eFax
c.narsolis@mybbmc.com
BBMC Mortgage
100 W. 22nd Street
Suite 109
Lombard, IL 60148

*Click here for more details on our -*

   

**NOTICE:** This is not a commitment to lend or extend credit. Restrictions may apply. Information and/or data is subject to change without notice. All loans are subject to credit approval. Not all loans or products are available in all states.
**CONFIDENTIALITY AND SECURITY NOTICE:** The contents of this message and any attachments may be privileged, confidential and proprietary and also may be covered by the Electronic Communications Privacy Act. If you are not an intended recipient, please inform the sender of the transmission error and delete this message immediately without reading, disseminating, distributing or copying the contents. BBMC Mortgage, LLC makes no assurances that this e-mail and any attachments are free of viruses and other harmful code. 

**From:** Chris Smith [mailto:husky5417@yahoo.com]
**Sent:** Tuesday, March 08, 2016 2:20 PM
**To:** Cristina Narsolis
**Subject:**

Cristina,

received a few e-mails from BBMC, but has not received the disclosure e-mail.

Assuming it went out, and is not opening the right one?  Can I direct him to the www.mortgage-application.net and click the forgot password to get them resent?

**CONFIDENTIAL**

WMC012809