```
                                                            1

              IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
              CASE NO.: 8:22-cv-01660-TPB-JSS

   MUTUAL OF OMAHA
   MORTGAGE, INC.,

         Plaintiff,

   vs.

   WATERSTONE MORTGAGE
   CORPORATION,

         Defendant.
   _____/


   DEPOSITION OF:         KATHERINE THEOBALD, CORPORATE
                          REPRESENTATIVE OF MUTUAL OF OMAHA,
                          INC.

   TAKEN:                 Pursuant to Notice by
                          Counsel for Defendant

   DATE:                  May 26, 2023

   TIME:                  9:02 a.m. to 2:23 p.m.

   LOCATION:              Hill Ward Henderson
                          101 East Kennedy Boulevard
                          Suite 3700
                          Tampa, Florida  33602

   REPORTED BY:           Melanie Keefe, FPR
                          Notary Public
                          State of Florida at Large




                                              EXHIBIT
                                                 A

          REGENCY REPORTING SERVICE, INC. (813)224-0224
```

82

1  Q. With respect to the employees that did not join
2  Waterstone, did Mutual try to retain any of those employees?
3  A. You mean post-resignation or just they were --
4  because all of Daytona left at the -- well, five left first,
5  and then the rest all left. Are you referencing other
6  branches?
7  Q. Let me ask it this way: With respect to the New
8  Jersey, Daytona, and the Tampa branches, were there any
9  employees that expressed the desire to stay with Mutual?
10 A. I can't think of any situations where an employee
11 requested to stay with Mutual. There was no discussion
12 around, that I'm aware of, them departing. Again, all of --
13 sorry -- all of Daytona left within a few hours range of
14 each other for the most part. Same thing pretty much
15 happened with the Tampa group. The few employees that had
16 not resigned with that full Tampa branch were not aware of
17 the move to Waterstone.
18 Q. Is there any employee that didn't go to
19 Waterstone and then was terminated by Mutual?
20 A. We did have those three individuals who were not
21 aware -- they were indicating that they were not aware of
22 the Tampa departure. Their employment did result in job
23 elimination as their, you know, group that they had been
24 aligned to support, they were not producing roles. They
25 were supporting positions. So we did have job eliminations

REGENCY REPORTING SERVICE, INC. (813)224-0224

83

1    tied to those.
2         Q.   You may have said, but which branch were those
3    fired employees supporting prior to their termination?
4         A.   The -- the Tampa group.
5         Q.   Who are they?
6         A.   Donzella Graves, Janelle -- oh, man, I'm
7    thinking.  Her name should be coming to the tip of my
8    tongue, but it's not.
9         Q.   It's okay.  Janelle?
10        A.   Janelle.  And there was a third employee.  It's
11   not coming to me.  I know -- it maybe will come to me, but
12   there's a third individual that was, unfortunately, a part
13   of that.
14        Q.   A part of that --
15        A.   A part of the three --
16        Q.   -- firing event by Mutual?
17        A.   A part of the three that we no longer had a
18   position for them to support.
19        Q.   Okay.  And what -- were these three individuals
20   -- you indicated they supported the Tampa branch.  Do they
21   have a -- you know, what was your job title?
22        A.   They were all either -- I know either a processor
23   or a loan originator assistant type of position.
24        Q.   Did Mutual contemplate retaining those employees
25   and having them support either new employees who would come

84

1   and repopulate the Tampa branch or retaining those employees
2   and having them support another branch in Florida?
3        A.   So at that point in time after -- after Tampa
4   left, you know, there was, I'm sure, some review of is there
5   another opportunity for them that they can support?  But at
6   that point in time, we didn't have the volume or the need
7   for that with the -- the branch no longer being in
8   existence.
9        Q.   Were there any similarly situated employees that
10  were fired by Mutual with respect to the Daytona or the New
11  Jersey resignations?
12       A.   Daytona, there were the five resignations and
13  then, I believe, 18 resignations, and that wiped the branch
14  out, so no one was kind of left behind, if you will.  Tampa,
15  it was just those three individuals.
16            The Paramus group was a little bit of a different
17  experience in that with Daytona and Tampa, all of the
18  employees sent their resignations, you know, pretty much
19  back to back to back, whereas with the Paramus group, there
20  were two kind of co-managers of that group, Michael Lynch
21  and Patrick Japaz.  And on July 5th, they formally resigned.
22            And from my understanding, there was an awareness
23  through the resignation process of Michael Lynch speaking
24  with Brian Tomalak, who is the regional manager of those
25  three branches, amongst others, there was some awareness

95

1  A.   Also, I'm terrible with estimating numbers.  I
2  can't say that I have that specific number for you.
3  Q.   Have there been any that come to mind where an
4  entire branch has joined Mutual?
5  A.   I mean, we have had situations where a -- a group
6  of employees will start -- I don't know what their prior
7  grouping situation was, if they were a sole branch or not,
8  but we have had a group of employees onboard with a --
9  typically with a branch manager or some form of a manager
10 together.
11 Q.   Would you say that that's common in the industry?
12 A.   Yeah, yes.  There may be groups that onboard at a
13 same -- at the same time.  It's not always just individual
14 loan officers --
15 Q.   Sure.
16 A.   -- in every instance.  It's typically -- but, you
17 know, someone joining our volume more so of recruitment is
18 one-offs.  But yes, there are instances where there --
19 Q.   It could be natural that the downstream employees
20 want to follow the manager if the manager makes a decision
21 to move?
22      MS. WALTER:  Object to form.
23 A.   Sure.  That's a possibility, of course.
24 Q.   I want to turn to the circumstances surrounding
25 Mr. Hutto, Mr. Wolf, and Mr. Smith becoming employees of

REGENCY REPORTING SERVICE, INC. (813)224-0224