Page 1

```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                    TAMPA DIVISION
 3              CASE NO.:  22-CV-01660
 4
        MUTUAL OF OMAHA MORTGAGE, INC.,
 5
                      Plaintiff,
 6      vs.
 7      WATERSTONE MORTGAGE CORPORATION,
 8                    Defendant.
        _____/
 9
10
11             VIDEOTAPED DEPOSITION OF
12                 CHRISTOPHER SMITH
13
14
                  Pages 1 through 206
15
16              Friday, June 16, 2023
                9:07 a.m. - 12:45 p.m.
17
18         Gunster Yoakley & Stewart, P.A.
           401 East Jackson Street, Suite 1500
19              Tampa, Florida 33602
20
21
22
23
24         Stenographically Reported By:
25         Denise Sankary, RPR, RMR, CRR
```


EXHIBIT B

Page 47

1  prefer them to come with you than to stay behind at
2  Mutual or go to another company, right?
3       A.   Well, the way I would answer that question
4  is, seven years ago, I -- there was probably one --
5  no, there was probably two or three loan officers
6  that worked for me that -- back then.  So I'm good
7  at recruiting, hiring, training, and getting
8  production from loan officers.  If they decided to
9  come with me, that would be great.  If they didn't,
10 I'll hire more and train more and get more volume
11 from them.
12      Q.   Okay.  But again, you have to go and find
13 them, right?
14      A.   Yep.
15      Q.   Find a new loan officer, that takes time,
16 right?  Yes?
17      A.   Sometimes.  I mean, sometimes people -- a
18 lot of people know a lot of people, so sometimes
19 people come find you.
20      Q.   Okay.
21      A.   But it could take some time, yes, to hire
22 more loan officers.
23      Q.   You would agree that, all things being
24 equal, not -- and that not everybody is going to
25 work, right?  I mean, hiring decisions are -- maybe