```
                                                                1
 1              IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION
                CASE NO.: 8:22-cv-01660-TPB-JSS
 3
     MUTUAL OF OMAHA
 4   MORTGAGE, INC.,

 5        Plaintiff,

 6   vs.

 7   WATERSTONE MORTGAGE
     CORPORATION,
 8
          Defendant.
 9   _____/

10

11

12
     DEPOSITION OF:        JEFFREY GENNARELLI, CORPORATE
13                         REPRESENTATIVE OF MUTUAL OF OMAHA
                           MORTGAGE, INC.
14
     TAKEN:                Pursuant to Notice by
15                         Counsel for Defendant

16   DATE:                 May 25, 2023

17   TIME:                 9:17 a.m. to 4:53 p.m. EST

18   LOCATION:             Hill Ward Henderson
                           101 East Kennedy Boulevard
19                         Suite 3700
                           Tampa, Florida  33602
20
     REPORTED BY:          Melanie Keefe, FPR
21                         Notary Public
                           State of Florida at Large
22

23

24

25

            REGENCY REPORTING SERVICE, INC. (813)224-0224
```

EXHIBIT C

95

1         MS. WALTER: Object to form.
2     A.  No, I don't believe that.
3     Q.  Did Mutual factor in the cause of the managers'
4  departure when it was considering the damages?
5         MS. WALTER: Object to form.
6     A.  Yes, I believe so. I mean, the cause that --
7  yeah, that they left because of -- yeah, were coerced to
8  leave and take their branches. Yes, that's why we're here.
9  If there was no cause, we wouldn't be here; right?
10    Q.  Did you -- but in your mind, is it, look, we're
11 convinced these managers left because of the payday, or does
12 Mutual believe that there's other considerations?
13        MS. WALTER: Object to form.
14    A.  Well, I think there's other considerations as
15 well.
16    Q.  If Mr. Hutto and Mr. Wolf had resigned but none
17 of the other branch employees resigned, who would Mutual
18 have put in place as the branch manager?
19        MS. WALTER: Object to form.
20    A.  I think Kiley King.
21    Q.  Kiley King?
22    A.  Yeah.
23    Q.  Does Mutual have evidence that the employees
24 would've stayed and worked for Kiley King?
25        MS. WALTER: Object to form.

REGENCY REPORTING SERVICE, INC. (813)224-0224