# **EXHIBIT A**

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 1/10/2022 7:21:46 PM -0600 |
| To: | Dustin Owen <dowen@waterstonemortgage.com> |
| Subject: | Re: Re: Follow up from meeting with Chris & Dwayne |
| Attachments: | image001.png |

EXTERNAL EMAIL: Use Caution!

Hey Dustin,
I hope you had a great holiday. Dwayne and I have talked and we are looking to set up another meeting with you. He should be reaching out to you tomorrow to set something up.
Thank you,

On Tue, Nov 9, 2021, 9:48 AM Dustin Owen <dowen@waterstonemortgage.com> wrote:

> Yes. David, Mike and I are very interested in continuing our talks with you and Dwayne.
>
> Additionally, we look forward to meeting Chris Smith and learning more about his operation and business goals.
>
> Let's try to find a date that works for some next week or the week of 11/29.
>
> Talk to soon.
>
> **Dustin Owen, CMB®**
>
> **Regional Vice President - Southeast**
>
> NMLS #322926
>
> 2699 Lee Road, Suite 600 Winter Park, FL 32789
>
> Office: 407.645.6363 Mobile: 407.497.8655
>
> Email: DOwen@WaterstoneMortgage.com

Website: DustinOwen.com

*Host of "The Loan Officer Podcast"*



Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly ownedsubsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Chris Wolf <cwolf011@gmail.com>
**Sent:** Tuesday, November 9, 2021 7:36 AM
**To:** Dustin Owen <dowen@waterstonemortgage.com>
**Subject:** Re: Follow up from meeting with Chris & Dwayne

EXTERNAL EMAIL: Use Caution!

Thank you for getting back to me so quickly. I forwarded everything over to Chris Smith in Tampa and we will discuss. I look forward to our next meeting.

On Thu, Nov 4, 2021, 4:30 PM Dustin Owen <dowen@waterstonemortgage.com> wrote:

Hello Chris,

Please see below for our answers in red. Obviously, reach out with any questions you have. A handful of these questions require a bit of unpacking which is why we look forward to being able to carve out half a day to meet in person to dive deep. (Maybe we can cap it off with a dinner over at Christner's.)

We don't believe in "one-size fits all". We have ways to on-board branches by tailor-making their on-board to best suit their needs. This has been Waterstone's way for the past 10+ years and has worked well regardless if it was a branch that funds $50 million a year or an entire region that funds $800 million a year. This goes back to what I shared with you on Tuesday as the top reason we have been here for 14+ years: we have autonomy and we have a voice. You will be much involved in helping us come up with the best way to successfully on-board your branch. We will also lean on our executive leadership team. Kevin Allen is our SVP of Sales and Jeff McGuiness is our CEO. Both will be involved where we need them to be involved and Kevin has already offered to fly down from our home office to participate early.

Let's go ahead and start looking for dates either next week or the week after where we can meet up for 4-5 hours and then possibly cap off those meetings with a nice dinner. Will you send us 2-3 that would work best for you?

Looking forward to reconnecting soon.

Sincerely,

**Dustin Owen, CMB®**

Regional Vice President - Southeast

NMLS #322926

2699 Lee Road, Suite 600 Winter Park, FL 32789

Office: 407.645.6363  Mobile: 407.497.8655

Email: DOwen@WaterstoneMortgage.com

Website: DustinOwen.com

*Host of "The Loan Officer Podcast"*

Equal Housing Lender. Waterstone Mortgage Corporation (NMLS #186434) is a wholly ownedsubsidiary of WaterStone Bank SSB (NASDAQ: WSBF. This message is intended only for the addressee. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply email to Info@WaterstoneMortgage.com and delete or destroy all copies of the original message and attachments thereto. E-mails sent to or from Waterstone Mortgage Corporation or any of its member companies may be retained as required by law or regulation. Nothing in this message is intended to constitute an Electronic signature for purposes of the Uniform Electronic Transactions Act (UETA) or the Electronic Signatures in Global and National Commerce Act ("E-Sign") unless a specific statement to the contrary is included in this message.

**From:** Chris Wolf <cwolf011@gmail.com>
**Sent:** Wednesday, November 3, 2021 2:07 PM
**To:** Dustin Owen <dowen@waterstonemortgage.com>
**Subject:** Follow up from meeting with Chris & Dwayne

**EXTERNAL EMAIL:** Use Caution!

Hi Dustin!

It was a pleasure meeting with you, Dave, and Ben yesterday. Here are some questions from Chris in Tampa and some others I had:

1. Can we get a pricing engine to play with and need to know if it is raw pricing or what they bake into it that they keep, for example, if we see 3% on conventional, or FHA, is that with their bps already in there or do we take out? ████████████████████████
████████████████████████████████████████████

2. Transition team - can we send loans over to start and build up a balance of money to fund transition. This is a big one. I am not and I am sure Dwayne is not writing a check to them for $200,000 to fund the first 60 days or so of fixed costs. Once the initial time frame is agreed upon would they allow it to be paid back over 10-12 months. My salaries are ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ so just the Tampa branch alone we are talking over $500,000 in a cash burn in a few months give or take. We need to make sure anything you all do during transition does not violate any current agreement you have with your current employer as it pertains to leads generated and loans in the pipeline. We are less concerned about forcing volume over to create instant revenue and more concerned about a smooth transition. This is a long play so there is no need to make short decisions. We will assemble a transition team to help get everyone on-boarded and ready to field pre-quals, lock loans and disclose files on Day 1. There is an ability to establish a credit facility so that personal financial impact to non-existent.

3. Will they front the money for fixed costs for 3 months for salaries, rent, COBRA, leads, advertising etc. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

4. Fees per loan, underwriting? Processing? What do they charge branch of those fee's and what do we keep? ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

5. What do they take of the broker comp for investor loans (Angel Oak, etc)? ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

6. How many branches and what kind of volume are they closing?

7. Do they have a lead guy or someone that helps with consumer direct lead buys, conversions, etc. and do they have or use Velocify?

8. What kind of marketing support help do they have? Do they have a marketing department?

9. What is % of purchase/refinance as a company?

10. Waiting period for benefits?

CONFIDENTIAL

11. 401k, when can we start, what is company match?

12. Do they have or can they set up a deferred compensation plan for high wage earners?

13. What out of the box loan programs do you have? Bank stmt loans, DSCR/Investor cash flow, Renovation loans, Physicians loans, Foreign National, Bridge Loans, etc. Do you have any broker partners that do programs like that or anything in house?





14. Marketing budget/share of any expenses – Would we also have some assistance in marketing expenses to use on events, promotional materials, leads, etc?

15. Are you doing any virtual closings/hybrid closings?

Thank you!

Chris Wolf



CONFIDENTIAL



CONFIDENTIAL

WMC006271