# **EXHIBIT C**

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/20/2022 12:47:39 PM -0500 |
| To: | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| Subject: | ███ Ryan |
| Attachments: | Paystub old.pdf; 1003.pdf; DL.pdf; SSC.pdf; W2s.pdf; WVOE Aug.pdf; Credit old.pdf |

EXTERNAL EMAIL: Use Caution!

Chris Wolf