# **EXHIBIT D**

| | |
|---|---|
| From: | Chris Wolf <cwolf011@gmail.com> |
| Sent: | 4/22/2022 12:56:56 PM -0500 |
| To: | Dawson Walker <dawson.walker@waterstonemortgage.com> |
| Subject: | New file - Byers, ■■■■■■ |
| Attachments: | CC Auth for appraisal.pdf; 1003.pdf; Credit.pdf; IDs.pdf; Paystubs Brad.pdf; Paystubs Lea.pdf; W2s Brad.pdf; Tax bill.pdf; W-2s Lea.pdf; Contract.pdf; Wells 1229 0331.pdf; CD for sale of 6640 Merryvale Lane Port Orange.pdf; Wells 8300 0228.pdf; Wells 8300 0331.pdf |

EXTERNAL EMAIL: Use Caution!

Hey bud, can you or someone on your team get this one going? That rate is unrealistic (Dwayne file) so we can look at locking next week. Input 5.25% for now
Thank you!
Chris Wolf

CONFIDENTIAL

WMC001763