# **EXHIBIT E**

```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION
 3
 4   MUTUAL OF OMAHA
     MORTGAGE, INC.,
 5
 6      Plaintiff,
 7
     vs.                                  CASE NO.:  8:22-cv-01660
 8
 9   WATERSTONE MORTGAGE
     CORPORATION,
10
11      Defendant.
12
     _____
13
14
15              DEPOSITION OF CHRISTINE M. LEYDEN
         (As Designated Corporate Representative of Plaintiff)
16
17
18         DATE TAKEN:       Monday, August 19, 2024
19         TIME:             9:05 a.m. to 2:40 p.m.
20         PLACE:            Hill, Ward & Henderson, P.A.
                             101 East Kennedy Boulevard
21                           Suite 3700
                             Tampa, Florida
22
           TAKEN BEFORE:     SHARON A. HARBITZ
23                           Notary Public, State of Florida
                             Commission No. HH 396554
24                           Expires:  7/15/27
25
```

Page 28

1    Does Mutual have any evidence that Waterstone also
2    asked the employees to transfer actual loans and borrowers from
3    Mutual to Waterstone?
4         MS. THOMAS:  Object to form.
5         A.  In my mind, asking for a pipeline is the same thing as
6    asking for a loan.  So did they say "send over the Brown file"?
7    No.
8         But if they said "send over your pipeline," then I
9    would think that the Brown loan would be included in that.
10   BY MS. KREITER:
11        Q.  Are you aware of anyone asking that the Brown loan
12   file be sent from Mutual to Waterstone?
13        A.  Brown specifically, no.
14        Q.  What about any of these?  Are you aware of any
15   evidence that somebody at Waterstone asked that these particular
16   borrower files be sent from Mutual to Waterstone?
17        A.  Specifically, no.
18        Q.  With respect to the three loans, response to
19   Interrogatory No. 28 indicates that the loan was denied.  So
20   that would be Castaneda, Kemp, and Ryan.
21        Focusing on those three, why is Mutual claiming that
22   loans denied are trade secrets?
23        A.  Because there's still a potential for an opportunity
24   for a loan.  Loans can be denied for a number of reasons and are
25   very often resuscitated, for lack of a better word.

Page 29

```
1         A loan could be denied because there's an issue with
2   the property, and then the borrower goes and takes care of those
3   issues, and then it's qualified.
4         It could be a situation where there's not sufficient
5   assets, and the borrower can get a gift from a family member,
6   and then there are sufficient assets.
7         And it could just be a situation where they maybe
8   don't have enough time on the job, but in a couple of months,
9   they will.
10        So there's still definitely -- we have all of the
11  information to move forward with that loan.  It's just at the
12  current time it doesn't necessarily qualify, but that doesn't
13  mean that there's not a potential later on.
14     Q.   Why was the Kemp loan denied?
15     A.   I don't recall.  I'm not certain.  I think that Kemp
16  was denied because of a credit score, but I'm not 100 percent
17  certain.
18        And I think Ryan was due to property.  It was a
19  single-wide.  I could have them mixed up, though.
20     Q.   That the Ryan loan was denied because of?
21     A.   It was a single-wide manufactured home, and it didn't
22  qualify because of the property.
23     Q.   Do you agree that it's the loan officer who has the
24  best relationship with the particular borrower?
25     A.   Not always.
```