# EXHIBIT H

Page 1

1                UNITED STATES DISTRICT COURT

2                 MIDDLE DISTRICT OF FLORIDA

3                      TAMPA DIVISION

4    _____

5    MUTUAL OF OMAHA MORTGAGE, INC.,

6            Plaintiff,

7        v.                              Civil Action

8    WATERSTONE MORTGAGE CORPORATION,        No. 22-CV-

9            Defendant.                      01660

10   _____

11    VIDEOTAPED DEPOSITION OF CORPORATE REPRESENTATIVE OF

12       WATERSTONE MORTGAGE CORPORATION - KEVIN ALLEN

13   DATE:          Thursday, August 24, 2023

14   TIME:          11:32 a.m.

15   LOCATION:      Remote Proceeding

16                  833 East Michigan Street, Suite 1800

17                  Milwaukee, WI, US, 53202

18   REPORTED BY:   Shondra Dawson, Notary Public

19   JOB NO.:       6063052

20

21

22

Page 87

1      Q    But you've been in this industry how many

2   years?

3      A    Approximately 34.

4      Q    Okay.  You're a short-timer.  I'm obviously

5   being totally sarcastic; right?

6      A    Got it.

7      Q    Okay.  And you've been working at Waterstone

8   12 years; right?

9      A    Yes.

10      Q    And you've been working in a capacity at

11   Waterstone for most of those 12 years where you've

12   been involved in recruiting; right?

13      A    Involved in sales and recruiting.  Yes.

14      Q    Okay.  And it's fair, sir, isn't, it, that

15   you could expect that those managers are going to want

16   to bring those employees over.  We've already

17   established that; right?

18      A    They certainly want that production.

19      Q    So with your knowledge in this industry and

20   your experience, and understanding the financial

21   incentives at play, do you really, truly, honestly

22   expect that that manager is going to neutrally tell

Page 108

1      Q    So here's my question.  From your

2   perspective of hiring ethically strong leaders, it

3   doesn't disqualify them in your mind that they would

4   ask to do this and say, "This is a big one"?  That

5   doesn't disqualify you in your assessment of whether

6   this is an ethically sound leader; right?

7                  MS. KREITER:  Object to the form.

8      A    And to me, I look at this as transitioning

9   those dollars.  That's my focus.  And back to it's

10  unfortunate that companies and allow and promote loans

11  -- it's -- it's unfortunate in our industry that even

12  happens.

13             So I feel like are people used to -- and

14  then we immediately say no, that's going to be our

15  investment in dollars for somebody to transition over

16  without as much harm.

17             You had said it earlier there's a lot of

18  chaos and disruption going on, so we try to provide

19  then dollars to eliminate that and say, hey, we don't

20  want to be part of anything that would be bringing

21  loans over earlier.

22      Q    Okay.  I understand that.  But that's really

Page 145

1        Q    Okay.  Let me try to rephrase it.

2        A    Okay.

3        Q    I saw some emails, and we can find them

4    later if you want.  But I don't think you're going to

5    really disagree with me that when you are recruiting a

6    manager, one of the things that you offer I'll say is

7    the word -- is that you guys have the support to bring

8    them over -- not just them, but their whole team, do a

9    seamless transition; right?

10          And make this, you know, the whole group's

11   going to come and you're going to make it easy for

12   them to do that; right?

13       A    Well, we've certainly got to let somebody

14   know what our capacity is to what can we take on be it

15   production and number of people.  So we've got to be

16   prepared for that if, you know, upon an announcement

17   being made, somebody -- we find out the number of

18   people are deciding to make that move.

19       Q    Right.  But the point is that that's one of

20   the things you tout to a branch manager like Mr. Hutto

21   that, hey, yeah.  Absolutely.  We can take your team.

22   We got this.  Is that fair to say?

1      A     Yeah.  And I feel like -- and I -- and I

2  simply say number of people because what other

3  recruiting do we have going on?  Is it that, hey,

4  we're -- we can take on 30 people at this time?  And

5  that could be from underwriting and closing, what can

6  we support?

7           And so just giving that level of detail in

8  the answer because there are -- there are a few

9  different things that would go into that.  But we

10  would want to make sure, hey, we can support -- if

11  everybody chooses to come over, I feel like maybe --

12  you know, if everybody's choosing to come over, we can

13  support that or, hey, we're going to have a problem.

14      Q     Right.  But the point is in recruiting a

15  manager, it's going to be important for you to be able

16  to tell that manager, yeah.  We got you.  We can

17  support this.

18      A     Yeah.  To be able to say, hey, if somebody

19  has X amount of people that we can if they all choose

20  to come over, that we're able to support them.

21      Q     Yeah.  That's going to be important to a

22  manager; right?

Page 278

1    capacity to bring up a whole team and you kind of tell

2    them before they waste their time, hey, this isn't

3    going work?  Remember we were talking about that kind

4    of situation?

5        A    Sure.

6        Q    And I think the reason you said is, "I just

7    don't want to waste time because no manager is really

8    going to come over if I can't take the whole team."

9    Right?

10       A    Right.

11       Q    Okay.  And the question I have is, you know,

12   I'd asked -- and maybe I didn't ask.  Have you

13   considered a situation where you absolutely, you know,

14   prohibit a manager from talking to their team before

15   announcing their resignation to the company?  Did I

16   ask you about that?

17       A    I can't recall.  But I'm not familiar with a

18   situation like that -- yeah.

19       Q    Okay.  And so that's not something you do.

20   And I'm not saying it's -- is it common from your

21   experience in the industry to do that at all?

22       A    And "common," and just so I'm clear.  I'm