# **EXHIBIT I**

| | |
|---|---|
| **From:** | Chris Wolf <cwolf011@gmail.com> |
| **Sent:** | 4/21/2022 11:46:30 AM -0500 |
| **To:** | Kyrstin Friebis <KFriebis@waterstonemortgage.com> |
| **Subject:** | Database and new Thor's Hammer |
| **Attachments:** | Kyrstin Funded 04112022.xlsx; Thors Hammer - Focus 40.xlsx |

EXTERNAL EMAIL: Use Caution!

Chris Wolf

CONFIDENTIAL                                                                                                                             WMC001450