# **EXHIBIT J**

| | |
|---|---|
| **From:** | John Utsch <johnutsch@yahoo.com> |
| **Sent:** | 6/13/2022 3:29:52 PM -0500 |
| **To:** | Melanie Pischke Ferrara <mferrara@waterstonemortgage.com>; Jen Witon <jwiton@waterstonemortgage.com>; Dustin Owen <dowen@waterstonemortgage.com>; Chris Smith <husky5417@yahoo.com> |
| **Subject:** | Re: Re: Fw: |
| **Attachments:** | all loans closed1.xlsx |

EXTERNAL EMAIL: Use Caution!

Hi All,
Attached is our closed loan list in the field mapping you have requested. It contains all refinances and purchases closed. Upon review, please let me know if there is anything else you need.
Best Regards,
John Utsch
727-686-6224
On Monday, June 13, 2022, 01:01:41 PM EDT, Chris Smith <husky5417@yahoo.com> wrote:
Here is the realtor spreadsheet and John Utsch will be sending Encompass spreadsheet.

[redacted]

CONFIDENTIAL

WMC005540