# **EXHIBIT K**

| | |
|---|---|
| **From:** | Fred Stalls </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5C489D8F49E849FDA22BBA40C300B578-FSTALLS> |
| **Sent:** | Friday, June 10, 2022 1:05 PM |
| **To:** | fredstalls@fresliefinancial.com |
| **Subject:** | |
| **Attach:** | 5 points of contact to listing agent.docx; 5 points of contact tracking.xlsx; Customer address list.xlsx; lease-agreement-residential - standard.pdf; Asset Depletion Calculator.xls; Biz Bank Stmt Worksheet.xlsx; Customer address list.xlsx; Deletion letter.pdf; Dispute Removal Letter -.pdf; email list - closed loans bbmc.xlsx; email list - prospects.xlsx; email list closed loans.xlsx; email list1-50.xlsx; Listing Agent Tracking.xlsx; MTG - Understanding Credit Pull.docx; Multiple Property Income Expense Analysis.xlsx; Personal Financial Statement1.pdf; Second Opinion Flyer.docx; Schedule of Real estate owned.pdf |