# **EXHIBIT L**

| | |
|---|---|
| **From:** | Brian Tomalak |
| **Sent:** | Wednesday, April 27, 2022 6:44 PM EDT |
| **To:** | Jeffrey Gennarelli; Mario Arevalo |
| **Subject:** | Fwd: End of the Day Report | 04/27/22 | Ellie |

Take a look at this below, this is unreal. Look at Ellie's email address. Elliemutualmortgage@gmail.com

Thank you,
Brian

Begin forwarded message:

> **From:** Kyrstin Friebis <KFriebis@waterstonemortgage.com>
> **Date:** April 27, 2022 at 5:25:09 PM CDT
> **To:** Ellie Briones <elliemutualmortgage@gmail.com>, Chris Wolf <CWolf@mutualmortgage.com>, Tatiana Giraldo <tgiraldo@mutualmortgage.com>
> **Subject: Re: End of the Day Report | 04/27/22 | Ellie**
>
> ==*This email originated from outside of the organization. Please exercise caution before responding to the sender, clicking links or opening attachments.*==
>
>
> Wha hoo! Nice work again!!
> Kyrstin Friebis
> Senior Mortgage Advisor
> Waterstone Mortgage
> 386.316.9179
> KFriebis@WaterstoneMortgage.com
> **From:** Ellie Briones <elliemutualmortgage@gmail.com>
> **Sent:** Wednesday, April 27, 2022 5:08:47 PM
> **To:** Chris Wolf <cwolf@mutualmortgage.com>; Kyrstin Friebis <KFriebis@waterstonemortgage.com>; tgiraldo@mutualmortgage.com <tgiraldo@mutualmortgage.com>
> **Subject:** End of the Day Report | 04/27/22 | Ellie
>
>
> > EXTERNAL EMAIL: Use Caution!
>
>
> Hi,
>
> Accomplished task for today:

Contacted Dwayne's past clients, got 1 potential referral for refinancing. Provided Dwayne's phone number and she will just contact him directly once she's ready.

| Name | Phone Number |
|---|---|
| ▮ Ludwig | ▮ |

Thanks!

CONFIDENTIAL MOM-0014131