# **EXHIBIT N**

**From:** Michael Irish <mirish@mutualmortgage.com>
**Sent:** Friday, April 8, 2022 9:36 AM
**To:** Chris Wolf <cwolf@mutualmortgage.com>
**Subject:** Waterstone transition

Hey Chris,

First off, I am beyond excited for this new endeavor! I do have a two questions I forgot to ask on the team meeting and one personal request if possible.

For the personal request, could I be one of the first people to transition over? I only ask because currently I do not have any working loans in my pipeline but, I do have quite a few pre-approvals out that the realtors are actively showing their clients properties and every Thursday on the PAL's call I continue to engage with the buyers. I would hate to have my pipeline pop off within the next 30 days and then be out of my commissions if that in fact would be the case.

A couple of questions I forgot to ask while on the call and may also be too early in the process to answer,
- Will we still be on a draw or would this be 100% commission?
- Is there Health Insurance?

Thanks for your insight and your continued efforts to ensure we all succeed together!