UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK'S MINUTES

| CASE NO.: 8:22-cv-1660-AEP | DATE: March 4, 2025 |
|---|---|
| HONORABLE ANTHONY E. PORCELLI | |
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION | **PLAINTIFF COUNSEL:**<br>Ari Karen, Arielle Stephenson,<br>Dan Dietrich, Greg Pierson<br>Mark Carroll: In-house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Emma Jewel,<br>Scott McLaren<br>Stephanie Ziebell, Waterstone GC |
| COURT REPORTER: Digital | DEPUTY CLERK: Lynne Vito |
| TIME: 2:01 TO 3:21    TOTAL: 1.20 min | COURTROOM: 10A |

**PROCEEDINGS:**    MOTION HEARING - ZOOM

**#256. MOTION** for Partial Summary Judgment on Mutual's Trade Secret Misappropriation Claims (Borrower Document Trade Secrets Only) by WaterStone Mortgage Corporation.
**#257 MOTION** In Limine regarding to Exclude the Gennarelli Damages Analysis by WaterStone Mortgage Corporation.
**#258 MOTION** In Limine to Exclude Lost Profit Damages and Any New Evidence as to the Duration of Lost Profits Damages [Corrected version intended to replace ECF 255] by WaterStone Mortgage Corporation.
**#260 MOTION** In Limine *to exclude evidence* regarding C. Smith Departure from Reliant To BBMC by Mutual of Omaha Mortgage, Inc.
**#262 MOTION** In Limine *to Exclude Evidence* regarding Purported Failure to Mitigate Damages by Mutual of Omaha Mortgage, Inc.
**#263 MOTION** In Limine *to Exclude Evidence* regarding Bone's Testimony Regarding Standard for Causation by Mutual of Omaha Mortgage, Inc.

Oral argument heard. Court to deny motion #256. Motion at #257 is denied as moot. Motion at #258 is taken under advisement.
Motion at #263 is granted in part.  Motion at #260 is granted.  Motion at #262 is denied at moot.