IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.

    Plaintiff,

v.

WATERSTONE MORTGAGE CORPORATION,

    Defendant.

CASE NO. 8:22-cv-01660-UAM

## ORDER ADOPTING THE PARTIES' STIPULATIONS ON DAMAGES

Pursuant to the stipulations listed below, the Court enters the following Orders limiting Mutual's damages:

1. Mutual's Category 3 ($75,000) Damages are excluded consistent with the parties' Stipulation to Grant, in part, Waterstone Mortgage Corporation's Motion *in limine*: Category 3 ($750,000) Damages to be Excluded, D.E. 76;

2. Any diverted loan damages are excluded consistent with the parties' Stipulation to Exclude Mutual of Omaha Mortgage Inc.'s Diverted Loan Damages, D.E. 196; and

3. Any royalty or unjust enrichment damages are excluded consistent with the parties' Stipulation to Exclude Royalty and Unjust Enrichment Damages, D.E. 254.

4. Consistent with Mutual's unilateral stipulation, D.E. 144, Mutual may not seek more than 30 months of lost profit damages.

SO ORDERED.

Dated this _____ day of _____, 2025.     BY THE COURT:

_____
The Honorable Anthony E. Porcelli