UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., | ) )  Case No. 8:22-cv-01660-AEP |
| Plaintiff, | ) ) **PLAINTIFF MUTUAL OF OMAHA** |
| v. | ) **MORTGAGE, INC.'S MOTION FOR** ) **CLARIFICATION AND REQUEST FOR** ) **HEARING** |
| WATERSTONE MORTGAGE CORPORATION, | ) ) ) |
| Defendant. | ) |

**MOTION FOR CLARIFICATION AND REQUEST FOR HEARING**

In light of yesterday's discussion,[1] Mutual respectfully requests clarification and a hearing to address the extent to which it is allowed to rely at trial upon evidence in the record. On June 4, 2024, the Court advised Mutual that it was entitled to rely upon evidence in the record to support the duration of damages (ECF No. 205 at p. 30-40). Mutual has done that, citing deposition testimony and answers to interrogatories and responses to document requests, all of which support Mutual's 30-month duration.

However, if the court determines that Mutual cannot rely on all of the record evidence to support its damages, Mutual believes that would be a material change in the Court's position as stated on June 4, 2024 and highly prejudicial as Mutual would,

---

[1] Mutual will provide the Court with the requested transcripts of the witness who testified that very few branches leave Mutual in a separate notice filing.

1

on the eve of trial, be forced to support a damage theory unaware of what period or evidence would be permissible.

The evidence in the record includes NMLS data, which Judge Sneed's January 24, 2024 Order (ECF No. 128) permitted Mutual to use to support its duration. It also includes employment agreements managers signed protecting confidential information for 2 years (ECF No. 176-4 at § 4.2). Mutual also produced documents in discovery and answers to interrogatories reflecting the number of branches and their attrition (ECF No. ECF No. 281-5, 281-6, Spreadsheets of employee terminations showing branch departures, attached as Ex. A and B).[2]

To the extent Mutual is entitled to rely on the aforementioned record evidence, Mutual seeks clarification as to whether the Court effectively overruled Judge Barber's decision that allowed Mutual to seek 30 months of damages at trial, in essence allowing Mutual to use record evidence but shortening the duration it can seek in damages? And if so, what is the permissible time period that will be allowed and what evidence will be allowed to support it?

Mutual has relied on Judge Barber's ruling and this Court's June 4 hearing that Mutual understood allowed it to use existing record evidence but not assert new facts. If that is no longer the case, Mutual must have clarity prior to the commencement of trial what it is permitted to argue as to duration of damages and what evidence it may use for that purpose.

---

[2] Both spreadsheets attached as Ex. A and B were cited in Mutual's Responses to Waterstone's Fifth Requests for Production, at Request No. 58.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that Mutual's counsel has conferred with Waterstone's counsel on March 5, 2024 via telephone regarding the nature of the foregoing Motion. On March 5, 2024, Waterstone's counsel did not provide consent to the motion and reserved its position for further evaluation.

Dated:  Washington, D.C.
        March 5, 2025

MITCHELL SANDLER PLLC

By: */s/ Ari Karen*

Ari Karen (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
2020 K St NW, Suite 760
Washington, D.C. 20006
Email: akaren@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

GUNSTER, YOAKLEY & STEWART, P.A.

Daniel P. Dietrich
Florida Bar No. 934461
Gregory L. Pierson
Florida Bar No. 123905
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
ddietrich@gunster.com
gpierson@gunster.com
Telephone: (813) 228-9080

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

3

## **CERTIFICATE OF SERVICE**

I certify that on March 5, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Ari Karen*
Ari Karen
