**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION, <br><br> Defendant. | Case No. 8:22-cv-01660-UAM <br><br> **NOTICE OF TRANSCRIPTS PURSUANT TO THE COURT'S REQUEST AT THE MARCH 4, 2025 HEARING** |

Pursuant to the Court's request on the record during the March 4, 2025 Hearing, Mutual respectfully provides the below complete transcripts.

1. Jeff Gennarelli Deposition Transcript (May 25, 2023), attached as Ex. A at 103, 105-106.

2. Christine Leyden Deposition Transcript (June 22, 2023), attached as Ex. B at 96-99.

Dated:   Washington, D.C.
         March 5, 2025

MITCHELL SANDLER PLLC

By: */s/ Ari Karen*

Ari Karen (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
2020 K Street NW, Suite 760
Washington, D.C. 20006
Email: akaren@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

1

GUNSTER, YOAKLEY & STEWART, P.A.

Daniel P. Dietrich
Florida Bar No. 934461
Gregory L. Pierson
Florida Bar No. 123905
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
ddietrich@gunster.com
gpierson@gunster.com
Telephone: (813) 228-9080

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 5, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Ari Karen*
Ari Karen