**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

|  |  |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>    Defendant. | CASE NO. 8:22-cv-01660-UAM |

## WATERSTONE MORTGAGE CORPORATION'S WITNESS LIST

Pursuant to the Court's December 16, 2024 Email to Counsel, the Case Management and Scheduling Order (ECF No. 34), and Local Rule 3.06(b), Defendant Waterstone Mortgage Corporation discloses the following lay and expert witnesses who it will call at trial:

## LAY WITNESSES

| Witness | Contact Information | Likelihood of Testifying | Objections |
|---|---|---|---|
| Dwayne Hutto | c/o Waterstone's counsel | Mr. Hutto is likely to testify at trial. | None |
| Chris Smith | c/o Waterstone's counsel | Mr. Smith is likely to testify at trial. | None |
| Chris Wolf | c/o Waterstone's counsel | Mr. Wolf is likely to testify at trial. | None |
| John Utsch | c/o Waterstone's counsel | Mr. Utsch is likely to testify at trial. | None |

| Nathan Dahlin | c/o Waterstone's counsel | Mr. Dahlin is likely to testify at trial. | None |
|---|---|---|---|
| Matthew Landgraff | c/o Waterstone's counsel | Mr. Landgraff is likely to testify at trial. | None |
| Cindy Manley | c/o Waterstone's counsel | Ms. Manley is likely to testify at trial. | None |
| Tatiana Giraldo | c/o Waterstone's counsel | Ms. Giraldo is likely to testify at trial. | None |
| Jake Lowe | c/o Waterstone's counsel | Mr. Lowe is likely to testify at trial. | None |
| Dawson Walker | c/o Waterstone's counsel | Mr. Walker is likely to testify at trial. | None |
| Kevin Allen | c/o Waterstone's counsel | Mr. Allen is likely to testify at trial. | None |
| David Holbrook | c/o Waterstone's counsel | Mr. Holbrook is likely to testify at trial. | None |
| Ericka Smith | c/o Waterstone's counsel | Ms. Smith is likely to testify at trial. | None |
| Scott Howard | c/o Waterstone's counsel | Mr. Howard is likely to testify at trial. | None |
| Robert Selingo | c/o Waterstone's counsel | Mr. Selingo is likely to testify at trial. | Mutual objects on the grounds that Mr. Selingo was not disclosed until November 18, 2024 and no deposition was taken. |

| Jim Harper | c/o Waterstone's counsel | Mr. Harper is unlikely to testify at trial. | Mutual objects on the grounds that Mr. Harper was not disclosed until November 18, 2024 and no deposition was taken. |
| Brian Tomalak | c/o Mutual's counsel | Mr. Tomalak is likely to testify at trial. | None |
| Dustin Owen | (already subpoenaed for trial by Mutual) | Mr. Owen is likely to testify at trial. | None |

## EXPERT WITNESSES

| Witness | Contact Information | Subjects of Testimony | Objection |
|---|---|---|---|
| Steven S. Oscher | c/o Waterstone's counsel | Mr. Oscher will testify regarding his background, qualifications, and experience; the expert report and supplemental expert report disclosed in this case; the methods, techniques, and standards used in preparing those reports. Mr. Oscher will testify specifically regarding Mutual's alleged damages, including but not limited to the analysis put forth in Candice Rosevear's expert reports. | None |
| John Bone | c/o Waterstone's counsel | Mr. Bone will testify regarding his background, qualifications, and experience; the expert report he authored and disclosed in this case; the methods, techniques, and standards used in reaching the opinions in his report; his interpretation of facts and data he | None |

| | | has reviewed; and his professional opinion(s) regarding the facts of this case and within the scope of his expertise. Mr. Bone will testify specifically regarding Mutual's alleged trade secret misappropriation claims. | |
|---|---|---|---|

Waterstone reserves the right to call any witness called by Mutual, any witness

necessary for authentication, and/or any witness necessary for rebuttal.

Dated:  March 5, 2025.                    /s/ *Maria L. Kreiter*
                                    _____
                                    Maria L. Kreiter (admitted *pro hac vice*)
                                    Emma J. Jewell (admitted *pro hac vice*)
                                    Xavier O. Jenkins (admitted *pro hac vice*)
                                    GODFREY KAHN S.C.
                                    833 East Michigan Street, Suite 1800
                                    Milwaukee, WI 53202
                                    (414) 287-9466 (Telephone)
                                    mkreiter@gklaw.com
                                    ejewell@gklaw.com
                                    xjenkins@gklaw.com

                                    Scott A. McLaren (FBN: 414816)
                                    Carolina Y. Blanco (FBN: 0098878)
                                    HILL, WARD & HENDERSON, P.A.
                                    101 East Kennedy Blvd., Suite 3700
                                    Post Office Box 2231
                                    Tampa, Florida 33601
                                    (813) 221-3900 (Telephone)
                                    carolina.blanco@hwhlaw.com
                                    scott.mclaren@hwhlaw.com

                                    *Attorneys for Defendant Waterstone Mortgage*
                                    *Corporation*

31153610.4