UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| MUTUAL OF OMAHA MORTGAGE, INC., | ) |
|---|---|
| | ) Case No. 8:22-cv-01660-AEP |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WATERSTONE MORTGAGE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S WITNESS LIST

Plaintiff Mutual of Omaha Mortgage, Inc. ("Plaintiff" or "Mutual") discloses the following lay and expert witnesses who it may call at trial, pursuant to Local Rule 3.06(b), the Court's Case Management and Scheduling Order, and the Court's December 16, 2024 Email to Counsel.

### LAY WITNESSES

| No. | Name | Likelihood Witness Will Testify | Objection(s) |
|---|---|---|---|
| 1. | Chris Wolf | Mutual will call Mr. Wolf. | None |
| 2. | Chris Smith | Mutual may call Mr. Smith. | None |
| 3. | Dwayne Hutto | Mutual will call Mr. Hutto. | None |
| 4. | John Utsch | Mutual may call Mr. Utsch. | None |

1

| No. | Name | Likelihood Witness Will Testify | Objection(s) |
|---|---|---|---|
| 5. | Dustin Owen | Mutual will call Mr. Owen. | None |
| 6. | Kevin Allen | Mutual will call Mr. Allen. | None |
| 7. | Scott Howard | Mutual may call Mr. Howard. | None |
| 8. | Katherine Theobald | Mutual will call Ms. Theobald. | Waterstone objects on the grounds set forth in Waterstone's Motion *In Limine* to Exclude Lost Profit Damages and Any New Evidence As to The Duration of Lost Profits Damages (D.E. 258). |
| 9. | Jeffrey Gennarelli | Mutual will call Mr. Gennarelli. | Waterstone objects on the grounds set forth in Waterstone's Motion *In Limine* to Exclude Lost Profit Damages and Any New Evidence As to The Duration of Lost Profits Damages (D.E. 258). |

| No. | Name | Likelihood Witness Will Testify | Objection(s) |
|---|---|---|---|
| 10. | Christine Leyden | Mutual will call Ms. Leyden. | Waterstone objects on the grounds set forth in Waterstone's Motion *In Limine* to Exclude Lost Profit Damages and Any New Evidence As to The Duration of Lost Profits Damages (D.E. 258). |
| 11. | Kiley King | Mutual may call Mr. King. | Waterstone objects on the grounds set forth in Waterstone's Motion *In Limine* to Exclude Lost Profit Damages and Any New Evidence As to The Duration of Lost Profits Damages (D.E. 258). |
| 12. | Any other witnesses needed for rebuttal or authentication, or any of Defendant's witnesses. | Mutual reserves the right to call any witness needed for rebuttal or authentication and/or any witness identified by Defendant. | |

**EXPERT WITNESSES**

| No. | Name | Likelihood Witness Will Testify | Substance of Testimony | Objections |
|---|---|---|---|---|
| 1. | Candice Rosevear | Mutual will call Ms. Rosevear | Ms. Rosevear will testify as to her qualifications, background, and experience, in addition to the methodology of her calculations of lost profit damages in this case and the basis and strength of the professional opinions she formed in this case. | Waterstone objects on the grounds set forth in Waterstone's Motion *In Limine* to Exclude Lost Profit Damages and Any New Evidence As to The Duration of Lost Profits Damages (D.E. 258). |
| 2. | James Deitch (Rebuttal) | Only for rebuttal | Mr. Deitch will testify as to his background, experience, and qualifications, his methodology and techniques to reach the opinions he has formed, and his professional opinion as to the analysis put forth by Mr. Bone. | None |

Dated:    March 5, 2025

*Signature on following page*

4

MITCHELL SANDLER PLLC

By: /s/ Ari Karen

Ari Karen (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
**MITCHELL SANDLER PLLC**
2020 K St. NW, Suite 760
Washington, D.C. 20006
Email: akaren@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

Daniel P. Dietrich
Florida Bar No. 934461
Gregory L. Pierson
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
ddietrich@gunster.com
gpierson@gunster.com
Telephone: (813) 228-9080

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

5

## CERTIFICATE OF SERVICE

I certify that on March 5, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

/s/ Ari Karen
Ari Karen