**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MUTUAL OF OMAHA MORTGAGE, INC.

               Plaintiff,

v.

WATERSTONE MORTGAGE CORPORATION,

               Defendant.

CASE NO. 8:22-cv-01660-TPB-JSS

## TRIAL EXHIBIT LIST

Pursuant to the Court's December 16, 2024, Email to Counsel, the Case Management and Scheduling Order (ECF No. 34), and the Court's Local Rule 3.07, Plaintiff, Mutual of Omaha ("Mutual"), and Defendant, Waterstone Mortgage Corporation ("Waterstone"), jointly submit the following trial exhibits with Plaintiff's Exhibits numbered 1-300, Joint Exhibits numbered 300-400, and Defendant's Exhibits beginning with 400.

## EXHIBIT LIST

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| | **Mutual Exhibits** | |
| 1 | Thompson Loan Trade Secret | Admitted |
| 2(A) | Calle Loan Trade Secret | Admitted |
| 2(B) | Calle Loan Trade Secret | Admitted |
| 2(C) | Calle Loan Trade Secret | Admitted |
| 2(D) | Calle Loan Trade Secret | Admitted |
| 2(E) | Calle Loan Trade Secret | Admitted |
| 2(F) | Calle Loan Trade Secret | Admitted |
| 3 | Columbis Loan Trade Secret | Admitted |
| 4(A) | Tyson Loan Trade Secret | Admitted |
| 4(B) | Tyson Loan Trade Secret | Admitted |
| 4(C) | Tyson Loan Trade Secret | Admitted |
| 5(A) | Hennessy Loan Trade Secret | Admitted |
| 5(B) | Hennessy Loan Trade Secret | Admitted |
| 5(C) | Hennessy Loan Trade Secret | Admitted |
| 6(A) | Byers Loan Trade Secret | Admitted |
| 6(B) | Byers Loan Trade Secret | Admitted |
| 7 | Ryan Loan Trade Secret | Admitted |
| 8 | Brown Loan Trade Secret | Admitted |
| 9(A) | Gipson Loan Trade Secret | Admitted |
| 9(B) | Gipson Loan Trade Secret | Admitted |

---

[1] The Parties reserve the right to raise additional objections at trial.

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 9(C) | Gipson Loan Trade Secret | Admitted |
| 10(A) | Castaneda Loan Trade Secret | Admitted |
| 10(B) | Castaneda Loan Trade Secret | Admitted |
| 10(C) | Castaneda Loan Trade Secret | Admitted |
| 10(D) | Castaneda Loan Trade Secret | Admitted |
| 10(E) | Castaneda Loan Trade Secret | Admitted |
| 11(A) | Tariq Loan Trade Secret | Admitted |
| 11(B) | Tariq Loan Trade Secret | Admitted |
| 11(C) | Tariq Loan Trade Secret | Admitted |
| 11(D) | Tariq Loan Trade Secret | Admitted |
| 11(E) | Tariq Loan Trade Secret | Admitted |
| 11(F) | Tariq Loan Trade Secret | Admitted |
| 11(G) | Tariq Loan Trade Secret | Admitted |
| 11(H) | Tariq Loan Trade Secret | Admitted |
| 11(I) | Tariq Loan Trade Secret | Admitted |
| 11(J) | Tariq Loan Trade Secret | Admitted |
| 12 | Kugleman Loan Trade Secret | Admitted |
| 13 | Trejo Loan Trade Secret | Admitted |
| 14 | Kemp Loan Trade Secret | Admitted |
| 15 | A. Smith Loan Trade Secret | Admitted |
| 16 | D'Ettore Loan Trade Secret | Admitted |
| 17(A) | Mcintosh Loan Trade Secret | Admitted |
| 17(B) | Mcintosh Loan Trade Secret | Admitted |
| 17(C) | Mcintosh Loan Trade Secret | Admitted |
| 17(D) | Mcintosh Loan Trade Secret | Admitted |
| 17(E) | Mcintosh Loan Trade Secret | Admitted |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 17(F) | Mcintosh Loan Trade Secret | Admitted |
| 17(G) | Mcintosh Loan Trade Secret | Admitted |
| 17(H) | Mcintosh Loan Trade Secret | Admitted |
| 17(I) | Mcintosh Loan Trade Secret | Admitted |
| 18 | Friebis Customer List | Admitted |
| 19 | Mutual Tampa Branch Customer List | Admitted |
| 20 | Stalls Customer Lists | Admitted |
| 21 | Tampa P&L | Admitted |
| 22 | Daytona P&L | Admitted |
| 23 | Chris Wolf Mutual Employment Agreements | Admitted |
| 24 | Dwayne Hutto Mutual Employment Agreement | Admitted |
| 25 | Chris Smith Mutual Employment Agreement | Admitted |
| 26 | Chris Wolf Waterstone Employment Agreements | Admitted |
| 27 | Dwayne Hutto Waterstone Employment Agreements | Admitted |
| 28 | Chris Smith Waterstone Employment Agreements | Admitted |
| 29 | Cease and Desist Letters | Admitted |
| 30 | 11/3/2021 Email from C. Wolf to D. Owen Regarding Waterstone | Admitted |
| 31 | 1/10/2022 Email from C. Wolf to D. Owen | Admitted |
| 32 | 4/28/2022 Email from Kiera to C. Smith Regarding Compensation | Waterstone objects to this exhibit as incomplete and irrelevant. |
| 33 | 3/3/2022 Email from D. Owen to D. Hutto Regarding December P&l | Admitted |
| 34 | 3/5/2022 Email chain with C. Wolf and D. Owen Regarding Transition Timeline | Admitted |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 35 | 3/29/2022 Email from D. Hutto to Z. Waterman and C. Wolf Regarding Sending Hennesey File To Waterstone | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 36 | Summary of Employee Resignations by Date | Admitted |
| 37 | 4/8/2022 Email Chain with M. De Sevilla and D. Walker Regarding Move Next Week | Admitted |
| 38 | 4/8/2022 Email from M. Irish to C. Wolf Regarding Waterstone Transition | Admitted |
| 39 | 4/8/2022 Email from C. Wolf Regarding "Today's call" | Admitted |
| 40 | 4/12/2022 Email Chain between C. Wolf and E. Spragg Regarding Employee Compensation Details | Admitted |
| 41(A) | 4/12/2022 Email Chain between C. Wolf and M. Ferrara Regarding database | Admitted |
| 41(B) | 4/12/2022 Email Chain between C. Wolf and M. Ferrara Regarding database | Admitted |
| 42 | Mutual's Responses to Waterstone's Third Interrogatories | Admitted |
| 43 | 4/14/2022 Email with C. Wolf to E. Spragg regarding compensation details | Admitted |
| 44 | 4/18/2022 Email from D. Walker (Gmail) to D. Walker (Waterstone) Regarding Reyna file | Waterstone objects to this exhibit as irrelevant, lacking foundation, needlessly cumulative, and likely to confuse and mislead the jury. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 45 | 4/26/2022 Email with D. Walker, C. Wolf, and C. Holley Regarding Reyna Borrower | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 46 | 4/19/2022 Email from C. Wolf to D. Hutto Regarding Ellie Briones EOD Report | Admitted |
| 47 | 4/21/2022 Email with C. Wolf, E. Briones, and K. Friebis Regarding Ellie Briones EOD Report | Admitted |
| 48 | 4/25/2022 Email with C. Wolf and K. Friebis Regarding new email for Ellie Briones | Admitted |
| 49 | 4/27/2022 Email from E. Briones Regarding EOD Report | Admitted |
| 50 | 4/21/2022 Email with C. Wolf and M. Irish (Waterstone) Regarding Application from Borrower Rose | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 51 | 2/17/2022 Email from D. Owen to D. Hutto Regarding December P&L | Admitted |
| 52 | 4/13/2022 Email from D. Hutto to M. Smalley (Waterstone) Providing Borrower Documents (Hennessy) | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 53 | 5/25/2022 Email with L. Van Dame and Borrower to Transfer Loan to Waterstone | Waterstone objects to this exhibit as irrelevant, lacking foundation, needlessly cumulative, and likely to confuse and mislead the jury. |
| 54 | 6/3/2022 Email from M. Kreiter to M. Caroll, S. Ziebell Regarding Employee Certifications & Composite of Certifications | Admitted |
| 55 | 6/13/2022 Email from J. Ebelini to C. Smith (M) Regarding Borrower Application submitted to Waterstone and Rescore | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 56 | 6/14/2022 Email to E. Mueller (M) Regarding New Application at Waterstone | Waterstone objects to this exhibit as irrelevant, lacking foundation, needlessly cumulative, and likely to confuse and mislead the jury. |
| 57 | 6/15/2022 Email from K. Theobald to B. Tomalak and K. King Regarding Resignations | Admitted |
| 58 | 4/22/2022 Email from S. Agudelo to D. Hutto Regarding Statements from Tariq Borrower | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 59 | 4/21/2022 Email from C. Wolf to K. Friebis Regarding Sherwood file | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 60 | 3/10/2022 Calendar Invitation from K. Allen Regarding "Financials-pricing call" | Admitted |
| 61 | 1/31/2022 Email from D. Owen to D. Hutto and C. Wolf Regarding Continuing Conversations and Introduction to Smitty | Admitted |
| 62 | 4/7/2022 Email from D. Owen to D. Hutto, C. Wolf, and others Regarding Ormond Beach Pro Forma | Admitted |
| 63 | 4/17/2022 Email from D. Owen to C. Wolf and D. Hutto Regarding Waterstone Marketing Campaigns | Admitted |
| 64 | 4/22/2022 Email from S. Agudelo to C. Wolf and B. Davis Regarding Borrower (Crawford) Loan Commitment | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 65 | 4/22/2022 Email from M. Smalley (Waterstone) to C. Wolf Regarding Loan File | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 66 | Mutual's Responses to Waterstone's Fifth Requests for Production of Documents | Admitted |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 67 | Summary of Voluminous Records - Mutual Branches and Departures | Waterstone objects to this exhibit as lacking foundation, incomplete, irrelevant and likely to confuse and mislead the jury. |
| 68 | 6/14/2022 Email from C. Wolf (Waterstone) E. Mueller Regarding Loan Sent to Waterstone | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 69 | 6/13/2022 Internal Email at Waterstone Regarding Fred Stalls Receiving Onboarding Emails at Mutual Email | Waterstone objects to this exhibit as irrelevant. |
| 70 | 6/10/2022 Email from R. Harkwell to E. Spragg and K. Allen Regarding operating on MOM network | Admitted |
| 71 | 6/6/2022 Email from C. Smith to K. Allen, J. Utsch and others regarding Pricing | Admitted |
| 72 | 4/12/2022 Email Chain with M. Ferrara and C. Wolf regarding database and transition | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 73 | 6/22/2022 Email from C. Smith to K. Theobald and N. Ortiz regarding Pay Error | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 74 | 10/21/2023 Spreadsheet of Loan Matches | Waterstone objects to this exhibit as irrelevant and lacking foundation. |
| 75 | Emails Regarding Resignations from Waterstone | Admitted |
| 76 | Excel of Departing Mutual Branches | Waterstone objects to this exhibit as irrelevant, likely to cause confusion, lacking foundation. |
| 77 | 8/26/2024 Email from M. Ferrara to C. Wolf (Waterstone) providing Jungo databases | Admitted |
| 78 | 9/30/2024 Email from M. Ferrara to J. Utsch (personal) providing Jungo database | Admitted |
| 79 | 10/7/2024 Email from M. Ferrara to C. Smith (CMG) providing Jungo database | Admitted |
| 80(A) | 9/5/2024 Text Messages with Managers | Admitted |
| 80(B) | Text Messages with Managers | Admitted |
| 81 | Waterstone Security Incident Tickets | Admitted |
| 82 | Signed Confidentiality & Non-Solicitation Agreement and Slipsheet | Admitted |
| 83 | Signed Outside Loan Originator Employment Agreement Rev. 11/2020 and Slipsheet | Admitted |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 84 | Signed Mutual Loan Originator Employment Agreement Rev. 11-30-2016 and Slipsheet | Admitted |
| 85 | Signed Protective Agreements (Non-Solicit) and Slipsheet | Admitted |
| 86 | Chris Smith NMLS Consumer Access | Admitted |
| 87 | Chris Wolf NMLS Consumer Access | Admitted |
| 88 | Dwayne Hutto NMLS Consumer Access | Admitted |
| 89 | Waterstone Mortgage NMLS Consumer Access | Admitted |
| 90 | Mutual of Omaha Mortgage NMLS Consumer Access | Admitted |
| 91 | Article Regarding Opening of Mutual of Omaha Mortgage | Admitted |
| 92 | Article Regarding Acquisition of BBMC | Admitted |
| 93 | BBMC Branch P&L Statements and Slipsheet | Waterstone objects to this exhibit as lacking foundation and relevance. |
| 94 | Dustin Owen Deposition Transcript (2/21/2023) | Stipulated for use in trial, not in evidence. |
| 95 | Melissa Wagner Deposition Transcript (4/05/2023) | Stipulated for use in trial, not in evidence. |
| 96 | Elizabeth Spragg Deposition Transcript (4/06/2023) | Stipulated for use in trial, not in evidence. |
| 97 | Jeff Gennarelli Deposition Transcript (5/25/2023) | Stipulated for use in trial, not in evidence. |
| 98 | Katherine Theobald Deposition Transcript (5/26/2023) | Stipulated for use in trial, not in evidence. |
| 99 | Chris Leyden Deposition Transcript (6/22/2023) | Stipulated for use in trial, not in evidence. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 100 | Chris Smith Deposition Transcript (6/16/2023) | Stipulated for use in trial, not in evidence. |
| 101 | Dwayne Hutto Deposition Transcript - Volume 1 (6/15/2023) | Stipulated for use in trial, not in evidence. |
| 102 | Dwayne Hutto Deposition Transcript - Volume 2 (6/15/2023) | Stipulated for use in trial, not in evidence. |
| 103 | Brian Tomalak Deposition Transcript (6/23/2023) | Stipulated for use in trial, not in evidence. |
| 104 | Kiley King Deposition Transcript (6/23/2023) | Stipulated for use in trial, not in evidence. |
| 105 | Candice Rosevear Deposition Transcript (7/20/2023) | Stipulated for use in trial, not in evidence. |
| 106 | Chris Wolf Deposition Transcript (7/25/2023) | Stipulated for use in trial, not in evidence. |
| 107 | Brett Creasy Deposition Transcript (7/26/2023) | Waterstone objects to this exhibit as irrelevant. |
| 108 | 30b6 Kevin Allen Deposition Transcript (8/24/2023) | Stipulated for use in trial, not in evidence. |
| 109 | Steve Oscher Deposition Transcript (9/18/2023) | Stipulated for use in trial, not in evidence. |
| 110 | Dawson Walker Deposition Transcript (7/24/2023) | Stipulated for use in trial, not in evidence. |
| 111 | 30b6 Chris Leyden Deposition Transcript (8/19/2024) | Stipulated for use in trial, not in evidence. |
| 112 | Jim Deitch Deposition Transcript (02/03/2025) | Stipulated for use in trial, not in evidence. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 113 | Waterstone 30(b)(6) Deposition Ericka Smith Transcript (02/07/2025) | Stipulated for use in trial, not in evidence. |
| 114 | Daytona Profit and Loss Statements, 2019-2022. | Admitted |
| 115 | Tampa Profit and Loss Statements, 2019-2022. | Admitted |
| 116 | Loan Data | Waterstone objects to this exhibit as irrelevant, lacking foundation, and likely to cause confusion. |
| 117 | Summary of Mutual Corporate Earnings | Waterstone objects to this exhibit as lacking foundation. |
| 118 | Spreadsheet of Employee Terminations from Tampa, Daytona, Hoboken | Admitted |
| 119 | Tampa & Daytona Earnings Summary | Waterstone objects to this exhibit as lacking foundation. |
| 120 | Corporate Margin Calculation 2019-2022 | Waterstone objects to this exhibit as lacking foundation. |
| 121 | 2023 to 2024 Forecast | Admitted |
| 122 | Jeff Gennarelli Analysis | Stipulated subject to Waterstone Motion *in Limine* to Exclude and Mutual's non-opposition. |
| 123 | Maryland Group Funding 2019-May 2023 | Admitted |
| 124 | St. Louis Group Funding 2019-May 2023 | Admitted |
| 125 | Mutual Financial Statements 2019-May 2023 | Admitted |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 126 | YSP Accrual Calculation | Waterstone objects to this exhibit as lacking foundation. |
| 127 | EquityScreeningReport - SIC Code Based.xlsx | Waterstone objects to this exhibit as lacking foundation. |
| 128 | SICCodeMapping (2).xlsx | Waterstone objects to this exhibit as lacking foundation. |
| 129 | EquityScreeningReport - Cap IQ Industry Code Based.xlsx | Waterstone objects to this exhibit as lacking foundation. |
| 130 | CIQ Tearsheet- Mutual of Omaha Mortgage.docx | Waterstone objects to this exhibit as lacking foundation. |
| 131 | Mutual of Omaha Mortgage - Profile.jpg | Waterstone objects to this exhibit as lacking foundation. |
| 132 | Capital IQ - Inquiry Chat.txt | Waterstone objects to this exhibit as lacking foundation. |
| 133 | Mutual Financial Statements 2019-2022 - Forward Only.xlsx | Admitted |
| 134 | Bloomberg MBA Forecast Data.jpg | Waterstone objects to this exhibit as lacking foundation. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 135 | Bloomberg Forecast Chat regarding region-specific data.jpg | Waterstone objects to this exhibit as lacking foundation. |
| 136 | Phila_Fed Mortgage Origination Data (Historical, region-specific).csv | Waterstone objects to this exhibit as lacking foundation. |
| 137 | WSBF.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 138 | COOP.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 139 | IMPM.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 140 | MBIN.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 141 | OCN.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 142 | PFSI.JPG | Waterstone objects to this exhibit as lacking foundation. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 143 | TFSL.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 144 | COOP.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 145 | IMPM.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 146 | MBIN.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 147 | OCN.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 148 | PFSI.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 149 | TFSL.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 150 | WSBF.JPG | Waterstone objects to this exhibit as lacking foundation. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 151 | COOP.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 152 | IMPM.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 153 | MBIN 1.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 154 | MBIN 2.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 155 | OCN.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 156 | PFSI.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 157 | TFSL 1.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 158 | TFSL 2.JPG | Waterstone objects to this exhibit as lacking foundation. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 159 | WSBF 1.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 160 | WSBF 2.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 161 | 2014 Surplus Bond.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 162 | 2010 Surplus Bond.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 163 | 2006 Surplus Bond.JPG | Waterstone objects to this exhibit as lacking foundation. |
| 164 | Kroll Industry Benchmark - GICS 40201050 (2023-03-31).xlsx | Waterstone objects to this exhibit as lacking foundation. |
| 165 | Kroll Cost of Equity - Build-Up (06-15-2023).pdf | Waterstone objects to this exhibit as lacking foundation. |
| 166 | Rosevear Exhibits | Stipulated for use in trial, not in evidence. |
| 167 | Federal Reserve CPI | Waterstone objects to this exhibit as lacking foundation. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 168 | Federal Reserve Interest Rates | Waterstone objects to this exhibit as lacking foundation. |
| 169 | Fannie Mae May 2023 Forecast | Waterstone objects to this exhibit as lacking foundation. |
| 170 | Freddie Mac Economic Outlook | Waterstone objects to this exhibit as lacking foundation. |
| 171 | Kroll Cost of Capital Navigator | Waterstone objects to this exhibit as lacking foundation. |
| 172 | Moody's Analytics | Waterstone objects to this exhibit as lacking foundation. |
| 173 | MBA Data | Waterstone objects to this exhibit as lacking foundation. |
| 174 | Mutual Investor Presentation March 2023 | Waterstone objects to this exhibit as lacking foundation. |
| 175 | Mutual Statutory Financial Statements 2019-2022 | Admitted |
| 176 | State Corporate Tax Brackets 2022 | Waterstone objects to this exhibit as lacking foundation. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 177 | State Corporate Tax Rates 2002-2023 | Waterstone objects to this exhibit as lacking foundation. |
| 178 | Urban Institute Housing Finance at a Glance | Waterstone objects to this exhibit as lacking foundation. |
| 179 | Armstrong Extrapolation Treatise | Waterstone objects to this exhibit as lacking foundation. |
| 180 | Armstrong Forecasting Treatise | Waterstone objects to this exhibit as lacking foundation. |
| 181 | Calculating Damages Treatise | Waterstone objects to this exhibit as lacking foundation. |
| 182 | Statistics Treatise | Waterstone objects to this exhibit as lacking foundation. |
| 183 | Financial Valuation Treatise | Waterstone objects to this exhibit as lacking foundation. |
| 184 | Calculating Lost Profits Treatise | Waterstone objects to this exhibit as lacking foundation. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 185 | Evaluating US Surplus Notes | Waterstone objects to this exhibit as lacking foundation. |
| 186 | Federal Reserve CPI | Waterstone objects to this exhibit as lacking foundation. |
| 187 | Article Regarding Purchase of MOB | Waterstone objects to this exhibit as lacking foundation. |
| 188 | Article Regarding Purchase of MOB | Waterstone objects to this exhibit as lacking foundation. |
| 189 | Mutual Affiliates Webpage | Admitted |
| 190 | Mutual Press Release Regarding Keller Mortgage | Admitted |
| 191 | Mutual Timeline Webpage | Admitted |
| 192 | Mutual Contact Us Webpage | Admitted |
| 193 | Mutual Find MLO Webpage | Admitted |
| 194 | Mutual Our Story Webpage | Admitted |
| 195 | Article Regarding Acquisition of MOB | Admitted |
| 196 | CPI FAQs | Waterstone objects to this exhibit as lacking foundation. |
| 197 | Fundamentals of Financial Management | Waterstone objects to this exhibit as lacking foundation. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 198 | Meier Journal Article | Waterstone objects to this exhibit as irrelevant and lacking foundation. |
| 199 | YSP Margin Calculation 1726-1756 | Waterstone objects to this exhibit as lacking foundation. |
| 200 | YSP Margin Calculation 1743-1755-1781 | Waterstone objects to this exhibit as lacking foundation. |
| 201 | 10/8/2021 Email from D. Owen to D. Hutto Regarding Waterstone Marketing | Admitted |
| 202 | Branch P&L's Identified in Mutual's Responses to Waterstone's Fifth Requests for Production | Waterstone objects to this exhibit as lacking foundation. |
| 203 | C. Manley Resignation Letter from Mutual | Admitted |
| 204 | C. Manley Bonus Agreement at Mutual | Admitted |
| 205 | 4/19/2022 Email from T. Giraldo to D. Owen and others regarding construction loans | Admitted |
| 206 | 4/20/2022 Email from T. Giraldo to C. Wolf re processing of Amico loan | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 207 | 4/26/2022 Resignation email from T. Giraldo to K. Theobald | Admitted |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 208 | 4/26/2022 Email from T. Giraldo to C. Holley regarding Cuevas loan documents | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 209 | 4/26/2022 Email from T. Giraldo to C. Holley regarding Gochernouer loan documents | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 210 | 4/28/2022 Email from T. Giraldo (personal) to T. Giraldo (Waterstone) with Pipeline | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 211 | 4/28/2022 Email from T. Giraldo (personal) to T. Giraldo (Waterstone) attaching 1003s | Waterstone objects to this exhibit as irrelevant, needlessly cumulative, and likely to confuse and mislead the jury. |
| 212 | 6/15/22 Matthew Landgraff Resignation | Admitted |
| 213 | 6/15/22 Nathan Dahlin resignation | Admitted |
| 214 | Article Regarding PrimeLending Joint Venture | Admitted |
| 215 | Waterstone Ormond Beach Branch NMLS | Admitted |
| 216 | Waterstone Tampa Branch NMLS | Admitted |
| 217 | NMLS Consumer Access | Admitted |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 218 | Spreadsheet of Florida Branches | Waterstone objects to this exhibit as lacking foundation. |
| 219 | Summary of Voluminous Records - Mutual Branches Only | Waterstone objects to this exhibit as lacking foundation. |
| 220 | Federal Reserve Mortgage Origination Data | Waterstone objects to this exhibit as lacking foundation. |
| 221 | John Utsch Mutual Agreements | Admitted |
| 222 | 7/14/2023 Expert Rebuttal Report of Candice Rosevear | Stipulated for use in trial, not in evidence. |
| 223 | 6/28/2024 Supplemental Expert Report of Candice Rosevear | Stipulated for use in trial, not in evidence. |
| 224 | 2/14/2025 Supplemental Expert Report of Candice Rosevear | Stipulated for use in trial, not in evidence. |
| 225 | 12/31/2024 Rebuttal Expert Report of James Dietch | Stipulated for use in trial, not in evidence. |
| 226 | 6/5/2023 Expert Report of Steven Oscher | Stipulated for use in trial, not in evidence. |
| 227 | 11/18/2024 Supplemental Expert Report of Steven Oscher | Stipulated for use in trial, not in evidence. |
| 228 | 11/18/2024 Expert Report of John Bone | Stipulated for use in trial, not in evidence. |
| 229 | 9/30/2024 Hearing Transcript | Waterstone objects to this exhibit as irrelevant. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 230(A) | Waterstone Spreadsheet Reflecting Credit Report Order Dates/Credit Pulls (WMC013773) | Waterstone objects to this exhibit as irrelevant. |
| 230(B) | Waterstone Spreadsheet Reflecting Credit Report Order Dates/Credit Pulls (WMC013892) | Waterstone objects to this exhibit as irrelevant. |
| 230(C) | Waterstone Spreadsheet Reflecting Credit Report Order Dates/Credit Pulls (WMC013774) | Waterstone objects to this exhibit as irrelevant. |
| 230(D) | Waterstone Spreadsheet Reflecting Credit Report Order Dates/Credit Pulls (WMC013775) | Waterstone objects to this exhibit as irrelevant. |
| 231 | Waterstone's Responses to Mutual's Third Set of Document Requests | Admitted |
| 232 | Reliant Agreement with BBMC | Waterstone objects to this exhibit as irrelevant. |
| 232 | Signed Synergy One Loan Originator Employment Agreement Rev. 11-30-2016 and Slipsheet | Admitted |
| 234 | Kali Nandwani Outside LO Agreement | Admitted |
| 235 | Employee Termination Report | Waterstone objects to this exhibit as lacking foundation. |
| 236 | Table of Mutual's Lost Profits | Waterstone objects to this exhibit as lacking foundation and for the reasons set forth in Waterstone's Motion *In Limine* (D.E. 258). |
| **Joint Exhibits** | | |
| 300 | Waterstone Deposition Exhibit 05 Jeff Gennarelli (April 24, 2022 Emails) (MOM-0000001-10) | Admitted |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 301 | Waterstone Deposition Exhibit 07 Jeff Gennarelli (Mutual's Summary of Corporate Earnings from Tampa) (MOM-0003484) | Admitted |
| 302 | Waterstone Deposition Exhibit 14 Jeff Gennarelli (Mutual's '24 and '23 Plan) (MOM-0011229) | Admitted |
| 303 | Waterstone Deposition Exhibit 13 Christine Leyden (Trade Secret Ex. 20 (MOM1175-1206)) | Admitted |
| 304 | Waterstone Deposition Exhibit 23 Christine Leyden (Tyson File (Mutual identified Borrower as out of state) (WMC006263-6271) | Admitted |
| 305 | 2023-10-02 Mutual's Responses and Objections to Waterstone's Third Set of Interrogatories | Admitted |
| 306 | Transcript of February 21, 2023 Deposition of Dustin Owen | Stipulated for use in trial, not in evidence. |
| 307 | Transcript of April 6, 2023 Deposition of Elizabeth Spragg | Stipulated for use in trial, not in evidence. |
| 308 | Transcript of May 25, 2023 30(b)(6) Deposition of Mutual of Omaha Mortgage | Stipulated for use in trial, not in evidence. |
| 309 | Transcript of May 26, 2023 30(b)(6) Deposition of Mutual of Omaha Mortgage | Stipulated for use in trial, not in evidence. |
| 310 | Transcript of June 16, 2023 Deposition of Dwayne Hutto | Stipulated for use in trial, not in evidence. |
| 311 | Transcript of June 16, 2023 Deposition of Christopher Smith | Stipulated for use in trial, not in evidence. |
| 312 | Transcript of June 22, 2023 Deposition of Christine Leyden | Stipulated for use in trial, not in evidence. |
| 313 | Transcript of June 23, 2023 Deposition of Brian Tomalak | Stipulated for use in trial, not in evidence. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 314 | Transcript of June 23, 2023 Deposition of Kiley King | Stipulated for use in trial, not in evidence. |
| 315 | Transcript of July 20, 2023 Deposition of Candice Rosevear | Stipulated for use in trial, not in evidence. |
| 316 | Transcript of July 25, 2023 Deposition of Christopher Wolf | Stipulated for use in trial, not in evidence. |
| 317 | Transcript of August 24, 2023 30(b)(6) Deposition of Waterstone Mortgage Corporation (Kevin Allen) | Stipulated for use in trial, not in evidence. |
| 318 | Transcript of September 28, 2023 Deposition of Steve Oscher | Stipulated for use in trial, not in evidence. |
| 319 | Transcript of August 19, 2024 30(b)(6) Deposition of Mutual of Omaha (Christine Leyden) | Stipulated for use in trial, not in evidence. |
| 320 | Transcript of February 7, 2025 30(b)(6) Deposition of Waterstone Mortgage Corporation (Ericka Smith) | Stipulated for use in trial, not in evidence. |
| 321 | Transcript of February 3, 2025 Deposition of Jim Deitch | Stipulated for use in trial, not in evidence. |
| 322 | Waterstone Offer Letter Chris Smith (WMC011460) | Admitted |
| 323 | Waterstone Offer Letter Dwayne Hutto (WMC003723) | Admitted |
| 324 | Rosevear Analysis (MOM-0014887) | Admitted |
| | | |
| **Waterstone Exhibits** | | |
| 400 | Waterstone Deposition Exhibit 01 Jeff Gennarelli (Amended Notice of Deposition of Mutual of Omaha) | Admitted. |
| 401 | Waterstone Deposition Exhibit 02 Jeff Gennarelli (LinkedIn Profile) | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 402 | Waterstone Deposition Exhibit 03 Jeff Gennarelli (Mutual's Fourth Amended Responses and Objections to Waterstone's First Set of Requests for Production) | Admitted. |
| 403 | Waterstone Deposition Exhibit 04 Jeff Gennarelli (Mutual's Second Amended Responses and Objections to Waterstone's First Set of Interrogatories) | Admitted. |
| 404 | Waterstone Deposition Exhibit 06 Jeff Gennarelli (June 16, 2022 Emails) (MOM-0002923-2924) | Admitted. |
| 405 | Waterstone Deposition Exhibit 08 Jeff Gennarelli (Mutual's Responses and Objections to Waterstone's Second Set of Interrogatories) | Admitted. |
| 406 | Waterstone Deposition Exhibit 09 Jeff Gennarelli (Mutual's 2019 Profit and Loss Statement) (MOM-0010942) | Admitted. |
| 407 | Waterstone Deposition Exhibit 10 Jeff Gennarelli (Tampa Profit and Loss Statement) (MOM-0010964) | Admitted. |
| 408 | Waterstone Deposition Exhibit 11 Jeff Gennarelli (Independent Auditor's Reports and Statements for Mutual) (MOM-0011163-11228) | Admitted. |
| 409 | Waterstone Deposition Exhibit 12 Jeff Gennarelli (July 12, 2022 Emails) (MOM-0014667-14678) | Admitted. |
| 410 | Waterstone Deposition Exhibit 13 Jeff Gennarelli (July 21, 2022 Emails) (MOM-0014675-14677) | Admitted. |
| 411 | Waterstone Deposition Exhibit 15 Jeff Gennarelli (Glossary of Financial Terms, etc.) (MOM-0000106-182, 209, 397, 448-449, 1205) | Admitted. |
| 412 | Waterstone Deposition Exhibit 16 Jeff Gennarelli (Mutual's Buyer Do's and Don'ts) (MOM-0000055-57, 65-74, 327, 334-338, 406) | Admitted. |
| 413 | Waterstone Deposition Exhibit 17 Jeff Gennarelli (Tampa's 2021 Stats) | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 414 | Waterstone Deposition Exhibit 18 Theobald (Mutual's First Amended Complaint) | Admitted. |
| 415 | Waterstone Deposition Exhibit 19 Theobald (Second Meet and Confer letter from Godfrey & Kahn) | Admitted. |
| 416 | Waterstone Deposition Exhibit 20 Christine Leyden (LinkedIn for Christine Leyden) | Admitted. |
| 417 | Waterstone Deposition Exhibit 21 Brian Tomalak (Tomalak Consumer Access Report) | Admitted. |
| 418 | Waterstone Offer Letter Chris Wolf (WMC005264) | Admitted. |
| 419 | March 08, 2016 – March 10, 2016 Email Chain (WMC012770-12809) | Admitted. |
| 420 | Waterstone Offer Letter John Utsch (WMC005558) | Admitted. |
| 421 | Waterstone Deposition Exhibit 25 Brian Tomalak (April 15, 2022 Email Chain) (MOM-0014046-14050) | Admitted. |
| 422 | Waterstone Deposition Exhibit 26 Brian Tomalak (April 27, 2022 Email Chain) (MOM-0014143-0014145) | Admitted. |
| 423 | Waterstone Deposition Exhibit 27 Brian Tomalak (April 29, 2022 Email Chain) (MOM-0014151) | Admitted. |
| 424 | Waterstone Deposition Exhibit 28 Brian Tomalak (July 05, 2022 Email Chain) (MOM-0014631-14632) | Admitted. |
| 425 | Waterstone Deposition Exhibit 29 Kiley King (King consumer Access Report) | Admitted. |
| 426 | Waterstone Deposition Exhibit 01 Christine Leyden (Second Notice of Deposition of Mutual) | Admitted. |
| 427 | Waterstone Deposition Exhibit 04 Christine Leyden (Mutual's Identified Trade Secrets) | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 428 | Waterstone Deposition Exhibit 05 Christine Leyden (Excerpts from Trade Secret Ex. 1) | Admitted. |
| 429 | Waterstone Deposition Exhibit 06 Christine Leyden (Excerpts from Trade Secret Ex. 2 (WMC5910) | Admitted. |
| 430 | Waterstone Deposition Exhibit 07 Christine Leyden (Excerpts from Trade Secret Ex. 3 (WMC2150-Columbis Passport)) | Admitted. |
| 431 | Waterstone Deposition Exhibit 10 Christine Leyden (Excerpt from Trade Secret Ex. 5 (WMC1224-1226 Hennessy Dissolution of Marriage)) | Admitted. |
| 432 | Waterstone Deposition Exhibit 16 Christine Leyden (Mutual's Responses to Waterstone's Sixth Set of Requests for Production of Documents, Fourth Set of Interrogatories, and Second Set of Requests to Admit) | Admitted. |
| 433 | Waterstone Deposition Exhibit 03 James Deitch (MOM Transaction Listings (MOM-0000034)) | Admitted. |
| 434 | 2022-11-03 Mutual's Responses and Objections to Waterstone's First Set of Interrogatories | Admitted. |
| 435 | 2023-01-06 Mutual's Amended Responses and Objections to Waterstone's First Set of Interrogatories | Admitted. |
| 436 | 2023-11-06 Mutual's Amended Responses and Objections to Waterstone's Third Set of Interrogatories | Admitted. |
| 437 | 2023-11-16 Mutual's Second Amended Responses and Objections to Waterstone's Third Set of Interrogatories | Admitted. |
| 438 | 2024-04-04 Mutual's Third Amended Responses and Objections to Waterstone's First Set of Interrogatories | Admitted. |
| 439 | 2024-11-08 Mutual's Responses and Objections to Waterstone's Fifth Set of Interrogatories | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 440 | 2024-12-23 Mutual's Responses and Objections to Waterstone's Sixth Set of Interrogatories | Admitted. |
| 441 | Exhibit 7 – Candice Rosevear (MOM-0003484) | Admitted. |
| 442 | Exhibit 22 – Candice Rosevear (NML Consumer Access – Chris Smith) | Admitted. |
| 443 | Exhibit 24 – Candice Rosevear (NML Consumer Access – Hutto) | Admitted. |
| 444 | MBA – IMB Production Profits Decrease in First Quarter of 2022 (WMC014031) | Admitted. |
| 445 | MBA – IMBs Production Losses Reach Series High in 2023 (WMC013896) | Admitted. |
| 446 | MBA – IMBs Post Net Production Profit for First Time in Two Years – August 20, 2024 (WMC013899) | Admitted. |
| 447 | Independent Auditor's Reports and Statements for Mutual for the years ended December 31, 2020 and 2019 (MOM-0011048 – MOM011101) | Admitted. |
| 448 | Independent Auditor's Reports and Statements for Mutual for the years ended December 31, 2021 and 2020 (MOM-0011102 – MOM011162) | Admitted. |
| 449 | MBA Mortgage Finance dated May 16, 2022 | Admitted. |
| 450 | MBA Mortgage Finance dated May 16, 2024 | Admitted. |
| 451 | Employee Transition Timeline | Mutual objects on the ground(s) of foundation, authenticity, and was not produced in discovery. |
| 452 | MMI Mutual of Omaha 2025 Data | Mutual objects on the ground(s) of relevance, foundation, authenticity, and was not produced in discovery. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 453 | 2022-11-03 Mutual's Responses and Objections to Waterstone's First Set of Requests for Admission | Admitted. |
| 454 | Expert Report of Steven S. Oscher dated June 5, 2023 | Stipulated for use in trial, not in evidence. |
| 455 | Expert Rebuttal Report of Candice L. Rosevear dated July 14, 2023 | Stipulated for use in trial, not in evidence. |
| 456 | Expert Report of John Bone dated November 18, 2024 | Stipulated for use in trial, not in evidence. |
| 457 | Supplemental Expert Report of Candice L. Rosevear dated June 28, 2024 | Stipulated for use in trial, not in evidence. |
| 458 | Supplemental Expert Report of Steven Oscher dated November 18, 2024 | Stipulated for use in trial, not in evidence. |
| 459 | Supplemental Expert Report of Candice L. Rosevear dated February 14, 2025 | Stipulated for use in trial, not in evidence. |
| 460 | March 21, 2022 Kristie Johnson to Zeke Waterman re: 370 Evergreen Lane-Byers & Byers (MOM0017344) | Mutual objects on the ground(s) of Relevance. |
| 461 | Castaneda Conversation Log Entries (MOM0021977-0021984) | Mutual objects on the ground(s) of Relevance. |
| 462 | Smith Office Lease – July 17, 2018 (WMC013842) | Admitted. |
| 463 | Smith Sublease to WMC – June 30, 2022 (WMC013791) | Admitted. |
| 464 | Smith First Amendment to Lease transferring to JSMS Equity LLC 2020 (WMC13798) | Admitted. |
| 465 | Wolf Office Lease – March 1, 2021 (WMC013804) | Admitted. |
| 466 | Email Re: MOOM Financial Performance for June 2022 (MOM-0014681) | Admitted. |
| 467 | Email Re: MOOM Financial Performance for July 2022 (MOM-0014691) | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 468 | Email Re: MOOM Financial Performance for August 2022 (MOM-0014700) | Admitted. |
| 469 | Email Re: MOOM Financial Performance for September 2022 (MOM-0014709) | Admitted. |
| 470 | Email Re: MOOM Financial Performance for October 2022 (MOM-0014718) | Admitted. |
| 471 | Email Re: MOOM Financial Performance for November 2022 (MOM-0014728) | Admitted. |
| 472 | Email Re: MOOM Financial Performance for January 2023 (MOM-0014750) | Admitted. |
| 473 | Email Re: MOOM Financial Performance for February 2023 (MOM-0014759) | Admitted. |
| 474 | Email Re: MOOM Financial Performance for March 2023 (MOM-0014769) | Admitted. |
| 475 | Email Re: MOOM Financial Performance for April 2023 (MOM-0034371) | Admitted. |
| 476 | Email Re: MOOM Financial Performance for May 2023 (MOM-0034389) | Admitted. |
| 477 | Email Re: MOOM Financial Performance for June 2023 (MOM-0034398) | Admitted. |
| 478 | Email Re: MOOM Financial Performance for July 2023 (MOM-0034425) | Admitted. |
| 479 | Email Re: MOOM Financial Performance for August 2023 (MOM-0034337) | Admitted. |
| 480 | Email Re: MOOM Financial Performance for September 2023 (MOM-0034416) | Admitted. |
| 481 | Email Re: MOOM Financial Performance for October 2023 (MOM-0034491) | Admitted. |
| 482 | Email Re: MOOM Financial Performance for November 2023 (MOM-0034502) | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 483 | Email Re: MOOM Financial Performance for December 2023 (MOM-0034451) | Admitted. |
| 484 | Email Re: MOOM Financial Performance for December 2022 (MOM-0014737) | Admitted. |
| 485 | Email Re: MOOM Financial Performance for December 2022 corrected (MOM-0014746) | Admitted. |
| 486 | Email Re: MOOM Financial Performance for January 2024 (MOM-0034470) | Admitted. |
| 487 | Email Re: MOOM Financial Performance for February 2024 (MOM-0034461) | Admitted. |
| 488 | Email re: MOOM Financial Performance for March 2024 (MOM-0034434) | Admitted. |
| 489 | Email re: MOOM Financial Performance for April 2024 (MOM-0034354) | Admitted. |
| 490 | Email re: MOOM Financial Performance for May 2024 (MOM-0034345) | Admitted. |
| 491 | Email Re: MOOM Financial Performance for June 2024 (MOM-0034380) | Admitted. |
| 492 | Email Re: MOOM Financial Performance for August 2024 (MOM-0034407) | Admitted. |
| 493 | Email Re: MOOM Financial Performance for September 2024 (MOM-0034479) | Admitted. |
| 494 | Email Re: MOOM Financial Performance for October 2024 (MOM-0034442) | Admitted. |
| 495 | Email Re: MOOM Financial Performance for November 2024 (MOM-0034362) | Admitted. |
| 496 | November 15, 2023 Declaration of Chris Smith | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 497 | November 15, 2023 Declaration of Matthew Landgraff | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 498 | November 17, 2023 Declaration of Jake Lowe | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 499 | November 15, 2023 Declaration of Dawson Walker | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 500 | November 15, 2023 Declaration of Chris Wolf | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 501 | November 17, 2023 Declaration of John Utsch | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 502 | November 15, 2023 Declaration of Dwayne Hutto | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 503 | 12/31/2022 Profit and Loss Daytona (MOM-0034505) | Admitted. |
| 504 | 6/30/2023 Profit and Loss Daytona (MOM-0034506) | Admitted. |
| 505 | July – December 2022 Profit and Loss Tampa (MOM-0034507) | Admitted. |
| 506 | 7/31/2023 Profit and Loss Tampa (MOM-0034508) | Admitted. |
| 507 | 2023-2024 Plan vs. 2023 Prior Plan and 2022 Forecast (MOM-0034319) | Admitted. |
| 508 | 2023-2027 Plan (MOM-0034316) | Admitted. |
| 509 | 2023-2028 Plan (MOM-0034317) | Admitted. |
| 510 | 2024-2029 Plan (MOM-0034320) | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 511 | Mutual FL Branches (MOM-0034315) | Admitted. |
| 512 | NMLS Consumer Access, Christopher Smith | Admitted. |
| 513 | NMLS Consumer Access, Dwayne Hutto | Admitted. |
| 514 | NMLS Consumer Access, Chris Wolf | Admitted. |
| 515 | NMLS Consumer Access, John Utsh | Admitted. |
| 516 | August 9, 2022 A. Eiden Letter to Schifino, Bennett, Raskas, and McCall re: Mutual of Omaha outreach to Waterstone employees | Admitted. |
| 517 | April 12, 2022 Email from Spragg to Wolf (WMC008120) | Admitted. |
| 518 | May 25, 2022 Email from Jen Witon to Chris Smith re: Waterstone Mortgage Application (MOM-0015295) | Admitted. |
| 519 | June 9, 2022 Email from Jen Witon to John Utsch re: Waterstone Mortgage – Next Steps (WMC005565) | Admitted. |
| 520 | March 28, 2022 Chris Wolf Fwd: You paid to Contract Concierge USA for invoice 0002 (MOM-0001254) | Admitted. |
| 521 | April 7, 2022 Chris Wolf re: March expense report – Chris Wolf (MOM-0001299) | Admitted. |
| 522 | Mutual of Omaha Mortgage Website – Ormond Beach, FL | Admitted. |
| 523 | Mutual of Omaha Mortgage Website – Tampa, FL | Admitted. |
| 524 | Mobility Market Intelligence (MMI) Database – User Interface Demonstrative | Mutual objects on the ground(s) of Relevance, and Authentication. |
| 525 | RETR Database – User Interface Demonstrative | Mutual objects on the ground(s) of Relevance, and Authentication. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 526 | RETR Real Estate Track Record for Dwayne Hutto | Mutual objects on the ground(s) of Relevance, and Authentication. |
| 527 | RETR Real Estate Track Record for Chris Wolf | Mutual objects on the ground(s) of Relevance, and Authentication. |
| 528 | RETR Real Estate Track Record for John Utsch | Mutual objects on the ground(s) of Relevance, and Authentication. |
| 529 | RETR Real Estate Track Record for Chris Smith | Mutual objects on the ground(s) of Relevance, and Authentication. |
| 530 | July 25, 2022 Email Re Jaime Calle (MOM-0017904) | Admitted. |
| 531 | April 15, 2022 Emails re: Termination – Dawson Walker (MOM-0014056-0014060) | Mutual objects on the ground(s) of Relevance. |
| 532 | January 30, 2024 Motion Hearing Transcript | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 533 | October 12, 2022 Motion Hearing Transcript | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 534 | November 18, 2016 Demand letter to Mr. Deitch | Mutual objects on the ground(s) of Relevance, Rule 403, and Hearsay. |
| 535 | Smith Resignation (MOM-0009947) | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 536 | April 29, 2022 Giraldo to King re: Missing commission pay (MOM-0014149) | Mutual objects on the ground(s) of Relevance and that Mutual prevailed on a Motion *in Limine* to exclude evidence of breach of contract by Mutual. |
| 537 | April 29, 2022 King to Giraldo re: Missing commission pay (MOM-0014154) | Mutual objects on the ground(s) of Relevance and that Mutual prevailed on a Motion *in Limine* to exclude evidence of breach of contract by Mutual. |
| 538 | July 5, 2022 Tomalak to Mayle re: Hoboken (MOM-0014638) | Admitted. |
| 539 | June 30, 2022 Utsch to HR re: John Utsch Pay (MOM-0015231) | Mutual objects on the ground(s) of Relevance and that Mutual prevailed on a Motion *in Limine* to exclude evidence of breach of contract by Mutual. |
| 540 | July 28, 2023 Chris Smith Email to Mutual Counsel (MOM-0015702-0015729) | Mutual objects on the ground(s) of Relevance, Incompleteness, and Authentication. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 541 | September 17, 2021 Email re: Castaneda #423254 – denied due to derogatory credit (MOM-0026675) | Mutual objects on the ground(s) of Relevance. |
| 542 | November 9, 2021 Email re: re: Follow up from meeting with Chris & Dwayne (WMC008372) | Admitted. |
| 543 | January 31, 2022 Email re: re: Thank you! (WMC007373) | Admitted. |
| 544 | April 26, 2022 Email re: Remaining pipeline (MOM-0002391) | Mutual objects on the ground(s) of Relevance. |
| 545 | July 1, 2022 Mutual of Omaha Mortgage Notifications re: Jaime Calle has completed disclosure assignment Disclosure Package 3 (MOM-0017839) | Mutual objects on the ground(s) of Relevance. |
| 546 | July 1, 2022 Mutual of Omaha Mortgage Notifications re: Jaime Calle has completed disclosure assignment Disclosure Package 2 (MOM-0017841) | Mutual objects on the ground(s) of Relevance. |
| 547 | July 20, 2022 Elizabeth Blandon re: Conditional Approval – Jaime Calle (MOM-0017892) | Mutual objects on the ground(s) of Relevance. |
| 548 | Employee List (MOM-0001776) | Mutual objects on the ground(s) of Relevance. |
| 549 | June 14, 2022 Letter re: Transfer Appraisal for 15928 Front Beach Rd, Unit 1002 (MOM-0002361) | Admitted. |
| 550 | New Jersey Closed Loans from June 16 – August 15 (WMC000679) | Admitted. |
| 551 | 2022-09-28 Ormond Beach Closings from April 27 - June 27.XLSX (WMC000680) | Admitted. |
| 552 | 2022-09-28 Tampa - Closed Loans from June 16 - August 15.XLSX (WMC000681) | Admitted. |
| 553 | Waterstone's Rule 30(b)(6) Amended Deposition Notice | Admitted. |
| 554 | "Branch P&Ls" - MOM-0010964, MOM-0010965, MOM-0010988, MOM-0010989, MOM-0011012, MOM-0011013, MOM-0011025, and MOM-0011026 | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 555 | MBA Mortgage Finance dated May 19, 2023 | Admitted. |
| 556 | Ormond Beach – Paramus – Tampa – April-December 2023 (WMC013893) | Admitted. |
| 557 | Ormond Beach – Paramus – Tampa – January-July 2024 (WMC013895) | Admitted. |
| 558 | Ormond Beach – Paramus – Tampa – August-November 2024 (WMC013894) | Admitted. |
| 559 | Stipulation to Exclude Mutual of Omaha Mortgage Inc.'s Diverted Loan Damages | Admitted. |
| 560 | MBA Annual Mortgage Bankers Performance Report (2022 Data) (WMC013929) | Admitted. |
| 561 | MBA Annual Mortgage Bankers Performance Report (2023 Data) (WMC014134) | Admitted. |
| 562 | MBA Quarterly Mortgage Bankers Performance Report (Q1 2022) (WMC014034) | Admitted. |
| 563 | MBA Quarterly Mortgage Bankers Performance Report (Q2 2024) (WMC014239) | Admitted. |
| 564 | Stipulation to Exclude Royalty and Unjust Enrichment Damages (DE 254) | Admitted. |
| 565 | Stipulation to Exclude Mutual's Diverted Loan Damages (DE 196) | Admitted. |
| 566 | Stipulation to Grant, in part, Waterstone's Motion *In Limine*: Category 3 ($750,000) Damages to be Excluded (DE 76) | Admitted. |
| 567 | Mutual's Stipulation on Lost Profit Damages (DE 144) | Admitted. |
| 568 | N/A – document intentionally omitted | |
| 569 | Mutual 2022 Income Statement (MOM-0014740) | Admitted. |
| 570 | Mutual 2023 Income Statement (MOM-0034448) | Admitted. |
| 571 | Mutual 2024 Income Statement (MOM-0034357) | Admitted. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 572 | Waterstone Incident Reports "INC0363316" and "INC0363317" (Ex. C to Creasy Expert Report) | Admitted. |
| 573 | Employees Starting at Waterstone (Demonstrative) | Admitted. |
| 574 | Mutual Profitability Over Damage Period (Demonstrative) | Mutual objects on the ground(s) of Relevance and Authentication. |
| 575 | New Jersey Fundings through April 5, 2023 (WMC012767) | Mutual objects on the ground(s) of Relevance. |
| 576 | Ormond Beach Fundings through April 5, 2023 (WMC012768) | Admitted. |
| 577 | Tampa Fundings through April 5, 2023 (WMC012769) | Admitted. |
| 578 | Docket 207 – Exhibit 1 List of Mutual's Trade Secrets | Mutual objects on the ground(s) of Relevance and Authentication. |
| 579 | Hutto MMI Report (WMC013901) | Mutual objects on the ground(s) of Relevance and Authentication. |
| 580 | Smith MMI Report (WMC013902) | Mutual objects on the ground(s) of Relevance and Authentication. |
| 581 | Utsch MMI Report (WMC013903) | Mutual objects on the ground(s) of Relevance and Authentication. |
| 582 | Wolf MMI Report (WMC013904) | Mutual objects on the ground(s) of Relevance and Authentication. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 583 | Conversation Log Entries, Kemp (MOM-0023722) | Mutual objects on the ground(s) of Relevance. |
| 584 | Statement of Credit Denial, Kemp (MOM-0023887) | Mutual objects on the ground(s) of Relevance. |
| 585 | June 8, 2022 Email Cindy Manley to Cynthia Manley re: Gertrude Manley Apt. 222 (MOM-000455) | Mutual objects on the ground(s) of Relevance. |
| 586 | July 8, 2022 Email Katherine Theobald to Cynthia Manley, Human Resources re: Cynthia Manley (MOM-0010372) | Mutual objects on the ground(s) of Relevance and that Mutual prevailed on a Motion *in Limine* to exclude evidence of breach of contract by Mutual. |
| 587 | April 26, 2022 Email Jennifer Zappie re: remaining pipeline (MOM-0002462) | Mutual objects on the ground(s) of Relevance. |
| 588 | Waterstone's Rule 30(b)(6) Deposition Notice | Admitted. |
| 589 | Defendant Waterstone Mortgage Corporation's Third Set of Requests for Production of Documents | Admitted. |
| 590 | Alleged Lost Profits Demonstrative | Mutual objects on the ground(s) of Relevance, Authentication, and Hearsay. |
| 591 | Loan Volume of Waterstone Employees Demonstrative | Mutual objects on the ground(s) of Relevance, Authentication, and Hearsay. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 592 | Appraisal Transfer Request Donald Jones (MOM-0002430) | Mutual objects on the ground(s) of Relevance. |
| 593 | Jennifer Zappie to Brian Tomalak re: Daytona/Waterstone VA Case Number/Appraisal Transfer – Jones, Donald (MOM-0014204) | Mutual objects on the ground(s) of Relevance. |
| 594 | June 9, 2022 Email Chris Smith to John Utsch re: Fw: Encompass Export Field Map (MOM-0015279) | Admitted. |
| 595 | Plaintiff Mutual of Omaha Mortgage, Inc.'s Second Amended Responses and Objections to Waterstone Mortgage Corporation's First Set of Requests for Production of Documents | Admitted. |
| 596 | Defendant Waterstone Mortgage Corporation's Second Set of Requests for Production of Documents | Admitted. |
| 597 | Plaintiff Mutual of Omaha Mortgage, Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Third Set of Requests for Production of Documents | Admitted. |
| 598 | Plaintiff Mutual of Omaha Mortgage, Inc.'s Responses and Objections to Defendant Waterstone Mortgage Corporation's Second Set of Requests for Production of Documents | Admitted. |
| 599 | Plaintiff Mutual of Omaha Mortgage, Inc.'s Supplemental Responses and Objections to Defendant Waterstone Mortgage Corporation's Third Set of Requests for Production of Documents | Admitted. |
| 600 | Order Granting in Part and Denying in Part "Waterstone Mortgage Corporation's Motion to Exclude or Limit Plaintiff's Expert Testimony on Damages" (DE 146) | Mutual objects on the ground(s) of Relevance, Rule 403, and that it is cumulative of the Court's instructions and orders. |

| Proposed Exhibit No. | Document | Stipulations as to Admissibility / Objections[1] |
|---|---|---|
| 601 | Loan Volume Data relied on by Steve Oscher | Mutual objects on the ground(s) of Relevance. |
| 602 | Tampa Employees Documents | Admitted. |
| 603 | Daytona Employees Documents | Admitted. |
| 604 | Bone Supporting Documents | Stipulated for use in trial, not in evidence. |

Dated: March 5, 2025

MITCHELL SANDLER PLLC

By: */s/ Ari Karen*

Ari Karen (admitted *pro hac vice*)
Arielle Stephenson (admitted *pro hac vice*)
2020 K St. NW, Suite 760
Washington, D.C. 20006
Email: akaren@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

GODFREY KAHN S.C.

By: */s/ Emma J. Jewell*

Maria L. Kreiter (admitted *pro hac vice*)
Emma J. Jewell (admitted *pro hac vice*)
Xavier O. Jenkins (admitted *pro hac vice*)
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
 (414) 287-9466 (Telephone)
mkreiter@gklaw.com
ejewell@gklaw.com
xjenkins@gklaw.com

Daniel P. Dietrich
Florida Bar No. 934461
Gregory L. Pierson
Florida Bar No. 123905
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
ddietrich@gunster.com
gpierson@gunster.com
Telephone: (813) 228-9080

*Attorneys for Plaintiff*
*Mutual of Omaha Mortgage, Inc.*

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
**HILL, WARD & HENDERSON, P.A.**
101 East Kennedy Blvd., Suite 3700
Post Office Box 2231
Tampa, Florida 33601
(813) 221-3900 (Telephone)
carolina.blanco@hwhlaw.com
scott.mclaren@hwhlaw.com

*Attorneys for Defendant*
*Waterstone Mortgage Corporation*