```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION


MUTUAL OF OMAHA MORTGAGE, INC.    )
                                  )
                Plaintiff,        )
                                  )
          vs.                     ) Case No.
                                  )
WATERSTONE MORTGAGE CORPORATION,  ) 8:22-cv-1660-AEP
                                  )
                Defendant.        )



                    MOTION HEARINGS - ZOOM

            Sam M. Gibbons United States Courthouse
                    801 North Florida Avenue
                     Tampa, Florida  33602
                         March 4, 2025
                           2:01 p.m.


         BEFORE THE HONORABLE ANTHONY E. PORCELLI

                 UNITED STATES MAGISTRATE JUDGE



           SHARON A. MILLER, CSR, RPR, CRR, RMR
                Federal Official Court Reporter
           Sam M. Gibbons United States Courthouse
             801 North Florida Avenue, Room 13A
                    Tampa, Florida  33602
                sharon_miller@flmd.uscourts.gov
                         813.301.5041


       Proceedings recorded by digital recording via Zoom
       Transcript produced by computer-assisted transcription
     UNITED STATES DISTRICT COURT ~ FLMD ~ TAMPA DIVISION
```

EXHIBIT A

```
 1                      APPEARANCES

 2   PRESENT ON BEHALF OF THE PLAINTIFF:

 3                      MR. ARI KAREN, ESQ.
                        MS. AIRELLE STEPHENSON, ESQ.
 4                      Mitchell Sandler, PLLC
                        1120 29th Street, NW, Suite 725
 5                      Washington, DC  20036
                        (202)886-5260
 6

 7                      GUNSTER, YOAKLEY & STEWART, P.A.
                        MR. DANIEL PAUL DIETRICH
 8                      MR. GREGORY LATHROP PIERSON
                        401 E. Jackson Street, Suite 1500
 9                      Tampa, FL  33602
                        (813)228-9080
10
                        MR. MARK CARROLL, ESQ.
11                      Mutual of Omaha Mortage
                        1 E 22nd Street, Suite 401
12                      Lombard, Il  60148
                        (630)432-6400
13
     PRESENT ON BEHALF OF THE DEFENDANT:
14
                        MS. MARIA L. KREITER, ESQ
15                      MS. EMMA JEWELL, ESQ.
                        Godfrey & Kahn, S.C.
16                      833 East Michigan Street,  Suite 1800
                        Milwaukee, WI 53202
17                      (414)287-9466

18
                        MR. SCOTT A. McLAREN, ESQ.
19                      Hill Ward Henderson
                        101 E. Kennedy Boulevard, Suite 3700
20                      P.O. BOX 2231
                        Tampa, FL 33602
21                      (813)221-3900

22


23                      MS. STEPHANIE ZIEBELL, ESQ.
                        Waterstone Mortgage Corporation
24                      11200 W. Plank Court
                        Wauwatosa, WI  53226
25                      (414)761-1000


     UNITED STATES DISTRICT COURT ~ FLMD ~ TAMPA DIVISION
```

```
 1   discovery period that you are going to be able to sufficiently
 2   rely upon that, because if the answer -- and I will have to
 3   look at the testimony now.  If it is, they don't tend to
 4   leave, that is vastly different than no one leaves, we've not
 5   had anyone leave to date.  And so that is a big difference,
 6   and so what I'm going to do is at this time I'm going to take
 7   it under reservation at 258.
 8           I want the transcript that you're going to rely upon
 9   provided to me, and if I need to, we'll go forward with the
10   examination but I will address this again before evidence
11   comes in as to the damages.
12           To be clear, if I find that there is no support for
13   the duration time period, then I'm going to start looking at
14   where that is grounded in.  And one thing also to be clear.
15   I'm assuming based on the record, as I understand it, there is
16   no expert opinion coming in to demonstrate that because we
17   have two separate issues, the solicitation issue and then the
18   trade secrets.
19           Now, if there's evidence, Mr. Karen, or testimony
20   that's in the record that I'm unaware of that's going to
21   demonstrate that beyond the solicitation that the damages for
22   the misappropriation can support the 30-month period, that is
23   something I will hear as well as to what supports that.
24           And so in that regard, why don't we jump ahead then
25   to 263, because I find that to be probative to the issue or
```

UNITED STATES DISTRICT COURT ~ FLMD ~ TAMPA DIVISION