UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK'S MINUTES

| CASE NO.: 8:22-cv-1660-AEP | DATE: March 10, 2025 |
|---|---|
| HONORABLE ANTHONY E. PORCELLI | |
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION | **PLAINTIFF COUNSEL:**<br>Ari Karen, Arielle Stephenson,<br>Dan Dietrich<br>Mark Carroll: In-house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Emma Jewel,<br>Scott McLaren, Adam Cares and Penny Lalonde<br>Stephanie Ziebell, Waterstone GC |
| **COURT REPORTER:** Digital - Sharon Miller | **DEPUTY CLERK:** Lynne Vito |
| **TIME:** 9:41 to 10:06   **TOTAL:** 25 min | **COURTROOM:** 10B |

**PROCEEDINGS:** MOTION HEARING – IN PERSON

**#258 MOTION** In Limine to Exclude Lost Profit Damages and Any New Evidence as to the Duration of Lost Profits Damages [Corrected version intended to replace ECF 255] by WaterStone Mortgage Corporation.

Oral Argument heard.

Granted, however, limited to what was testified in the 30b6 deposition.