UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK'S MINUTES

| CASE NO.: 8:22-cv-1660-AEP | DATE: March 10, 2025 | |
|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | |
| MUTUAL OF OMAHA MORTGAGE, INC. <br><br> v. <br><br> WATERSTONE MORTGAGE CORPORATION | PLAINTIFF COUNSEL: <br> Ari Karen, Arielle Stephenson, <br> Dan Dietrich <br> Mark Carroll: In-house counsel Mutual <br><br> DEFENSE COUNSEL: <br> Maria Kreiter, Emma Jewel, <br> Scott McLaren, Adam Cares and Penny Lalonde <br> Stephanie Ziebell, Waterstone GC | |
| COURT REPORTER: Digital - Sharon Miller | DEPUTY CLERK: Lynne Vito | |
| TIME: 10:20-1:22 <br> 2:27 to 4:59        TOTAL: 5.24 min | COURTROOM: | 10B |

**PROCEEDINGS:** JURY SELECTION/TRIAL (Day 1)

Court addresses issues with counsel prior to jury selection.

10:36 – Prospective panel present; Jury selection begins.

Jurors excused for lunch 1:05

Out of presence of jury: The court addresses the prospective panel & challenges to the jury pool

Resume with prospective jury – 2:27

2:30 – 12 jurors selected and sworn.

Jury instructions are read into the record.

Opening statements. Sequestration Rule.

4:05 plaintiff witness: Katherine Theobald (sworn)

4:56 – Jury released until 3/11 at 9:30 a.m. Court addresses concern of one of the jurors with counsel.
4:59 - Court adjourned