UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK'S MINUTES

| CASE NO.: 8:22-cv-1660-AEP | DATE: March 11, 2025 | |
|---|---|---|
| HONORABLE ANTHONY E. PORCELLI | | |
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>v.<br><br>WATERSTONE MORTGAGE CORPORATION | PLAINTIFF COUNSEL:<br>Ari Karen, Arielle Stephenson, Dan Dietrich<br>Mark Carroll: In-house counsel Mutual<br><br>DEFENSE COUNSEL:<br>Maria Kreiter, Emma Jewel,<br>Scott McLaren, Adam Cares and Penny Lalonde<br>Stephanie Ziebell, Waterstone GC | |
| COURT REPORTER: n/a | DEPUTY CLERK: | Lynne Vito |
| TIME: 8:00 to 10:00   TOTAL: 2 hours | COURTROOM: | 10A |

**PROCEEDINGS:** Settlement conference

The case has reported settled.