UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**CLERK'S MINUTES**

| CASE NO.: 8:22-cv-1660-AEP | DATE: March 11, 2025 | |
|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | |
| **MUTUAL OF OMAHA MORTGAGE, INC.**<br><br>v.<br><br>**WATERSTONE MORTGAGE CORPORATION** | **PLAINTIFF COUNSEL:**<br>Ari Karen, Arielle Stephenson, Dan Dietrich<br>Mark Carroll: In-house counsel Mutual<br><br>**DEFENSE COUNSEL:**<br>Maria Kreiter, Emma Jewel,<br>Scott McLaren, Adam Cares and Penny Lalonde<br>Stephanie Ziebell, Waterstone GC | |
| **COURT REPORTER:** Digital - Sharon Miller | **DEPUTY CLERK:** Lynne Vito | |
| **TIME: 10:13 to 10:21   TOTAL: 8 min** | **COURTROOM:** | 10B |

**PROCEEDINGS:**   JURY TRIAL (Day 2)

OUT OF PRESENCE OF JURY:  (10:13)

The parties along with the court have been in mediation.  An agreement has been reached.

The case has settled.

10:16 jury present

Court announces the settlement to the jury.   Jurors excused from further service.

Settlement terms to be emailed to the court.

Court adjourned 10:21