UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MUTUAL OF OMAHA MORTGAGE, INC.,

    Plaintiff,

v.                                                  Case No. 8:22-cv-01660-AEP

WATERSTONE MORTGAGE CORPORATION.,

    Defendant.
_____/

**ORDER**

The parties have reached an agreement on the terms of settlement in this case (Doc. 307). Accordingly, pursuant to Local Rule 3.09(b), this action is DISMISSED WITHOUT PREJUDICE to the right of any party, within sixty (60) days from the date of this Order, to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to (1) administratively close the case and (2) terminate all pending motions and deadlines.

DONE AND ORDERED in Tampa, Florida, on this 11th day of March 2025.

*/s/ Anthony E. Porcelli*
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record