# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MUTUAL OF OMAHA MORTGAGE, INC.<br><br>　　　　　　　Plaintiff,<br>v.<br><br>WATERSTONE MORTGAGE CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. 8:22-cv-01660-TPB-JSS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Mutual of Omaha Mortgage, Inc. and Defendant Waterstone Mortgage Corporation stipulate to dismissal of this lawsuit, and all claims asserted or that could have been asserted, with prejudice, including all costs and attorney's fees, inclusive of the pending Waterstone fees petition.

Dated April 7, 2025.

/s/ Ari Karen
Ari Karen (admitted pro hac vice)
Arielle Stephenson (admitted pro hac vice)
MITCHELL SANDLER LLC
1120 20th Street N.W., Suite 725
Washington, D.C. 20036
Email: akaren@mitchellsandler.com
Email: astephenson@mitchellsandler.com
Telephone: (202) 886-5292

John A. Schifino
GUNSTER, YOAKLEY & STEWART, P.A.
Florida Bar No. 0072321
401 East Jackson Street, Suite 1500
Tampa, Florida 33602
jschifino@gunster.com
Telephone: (813) 739-6962

*Attorneys for Plaintiff Mutual of Omaha Mortgage, Inc.*

/s/ Maria Kreiter
Maria Kreiter (admitted pro hac vice)
Emma Jewell (admitted pro hac vice)
GODFREY KAHN S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202
mkreiter@gklaw.com
ejewell@gklaw.com
Telephone: (414) 287-9466

Scott A. McLaren (FBN: 414816)
Carolina Y. Blanco (FBN: 0098878)
HILL, WARD & HENDERSON, P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33601
Telephone: (813) 221-3900
scott.mclaren@hwhlaw.com
carolina.blanco@hwhlaw.com

*Attorneys for Defendant Waterstone Mortgage Corporation*

32829338.1